UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

THE BOARD OF EDUCATION OF THE CITY SCHOOL
DISTRICT OF THE CITY OF NEW YORK

                                          Plaintiff,

                                  v.

UNITED STATES DEPARTMENT OF EDUCATION,
LINDA MCMAHON, in her official capacity as
Secretary of the United States Department of Education,
CRAIG W. TRAINOR, in his capacity as Acting Assistant
Secretary for Civil Rights, and LINDSEY M. BURKE, in
her capacity as Deputy Chief of Staff for Policy and
Programs,

                                        Defendants.

------------------------------------------------------------------------x

25-cv-08547 (AS)

**[PROPOSED]**

**ORDER TO SHOW CAUSE
FOR PRELIMINARY
INJUNCTION**

      Upon the Declaration of Melanie C. T. Ash dated October 16, 2025; the Declaration of Melissa Aviles-Ramos dated October 15, 2025 and exhibits thereto; the Declaration of Seritta Scott dated October 15, 2025 and exhibits thereto; and the accompanying Memorandum of Law, it is

      **ORDERED** that the above named defendants show cause before a motion term of this Court, at Room ____, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on **October ____, 2025**, at ____ **o'clock**, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure:

      (a) Ordering defendants to rescind their denial of no-cost grant extensions;
      (b) Ordering defendants to rescind the September 29, 2025 amended Grant Award Notifications; and

(c) Ordering defendants to take such other steps as are necessary to enable plaintiff to access and use the carryover funds from Fiscal Year 2025 MSAP grants pending the determination of this action.

**ORDERED** that security in the amount of $0 be posted by the Plaintiff prior to **October __, 2025**; and it is further

**ORDERED** that personal service or electronic delivery via email of this Order, together with all supporting papers, upon Defendants or their counsel on or before **October __, 2025**, shall be deemed good and sufficient service thereof and Plaintiff must file proof of service on the docket by **October __, 2025**; and it is further

**ORDERED** that Defendants shall file and serve responsive papers, if any, in opposition to Plaintiff's application no later than the close of business on **October 23, 2025**, and Plaintiff shall file and serve reply papers, if any, no later than the close of business on **October 27, 2025**.

DATED:  _____
New York, New York

_____
Hon. Arun Subramanian
United States District Judge