UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

THE BOARD OF EDUCATION OF THE CITY
SCHOOL DISTRICT OF THE CITY OF NEW YORK

                                            Plaintiff,

       v.

UNITED STATES DEPARTMENT OF EDUCATION,
LINDA MCMAHON, in her official capacity as Secretary
of the United States Department of Education, CRAIG W.
TRAINOR, in his capacity as Acting Assistant Secretary
for Civil Rights, and LINDSEY M. BURKE, in her
capacity as Deputy Chief of Staff for Policy and
Programs,

                                            Defendants.
------------------------------------------------------------------- x

No. 25-cv-__8547__

**DECLARATION OF
MELISSA AVILES-RAMOS**

        MELISSA AVILES-RAMOS, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct:

        1.     I am the Chancellor of the Board of Education of the City School District of the City of New York, operating as New York City Public Schools ("NYCPS"), and have held this position since October 16, 2024. Before that time, I served as Deputy Chancellor of Family and Community Engagement and External Affairs, and Chief of Staff to former Chancellor David C. Banks. I began my career at NYCPS in 2007 as an English teacher and NYC Teaching Fellow at Harry S. Truman High School in the Bronx. I later served as principal at Schuylerville Preparatory High School and then became acting superintendent for Bronx High School Districts 8, 10, and 11.

        2.     I am familiar with the information in the statements set forth below through personal knowledge, consultation with NYCPS staff, or from my review of relevant documents

1

and information. I submit this Declaration to put before the Court certain testimony and documents relevant to the relief requested in Plaintiffs' Motion for a Preliminary Injunction.

**The Loss of MSAP Funding Puts the Survival of 19 Magnet Schools at Serious Risk**

3. In this case, NYCPS is challenging the decision by the United States Department of Education ("USDE") to cancel Magnet School Assistance Program ("MSAP") grants awarded to five NYCPS Magnet School grant projects (the "Grant Projects").

4. NYCPS was awarded MSAP grant funding for the five magnet school projects through competitive grant application processes in 2022 and 2023. Three groups of schools ("consortia") received grants starting in October 2022; and two groups of schools started in October 2023. The five Grant Projects—each tied to a specific consortium of schools—encompass 19 schools in twelve districts, across four boroughs of New York City, and serve approximately 7,700 students.

5. The Grant Projects are based on a multi-district, unscreened approach to enrollment, which means that there are no special considerations for enrollment and admission is done by lottery, which may follow certain geographic priorities. This approach facilitates a broader applicant pool and ensures that NYC students have meaningful access to these programs, regardless of their race, gender, ability, family and/or economic circumstances, etc. Together, the Grant Projects each cover multiple grade levels, so that students can pursue and progress through a curriculum and program based on their chosen theme through successive grades and schools.

6. On September 16, 2025, NYCPS received a letter from Acting Assistant Secretary Craig Trainor from the USDE Office for Civil Rights ("OCR") notifying NYCPS that the MSAP grant was being non-continued (the "Trainor Letter"). A true copy of the Trainor Letter is attached hereto as Exhibit 1.

7. Friday, September 19, 2025, NYCPS General Counsel Liz Vladeck submitted a response to the Trainor Letter ("NYCPS Letter") on my behalf. A true copy of the NYCPS Letter is attached hereto as Exhibit 2.

8. On Saturday night, September 20, 2025, NYCPS received an email from Mr. Trainor (the "Trainor Email"). A true copy of the Trainor Email is attached hereto as Exhibit 3.

9. On September 26, 2025, NYCPS received another letter concerning the MSAP grant from USDE's Deputy Chief of Staff for Policy and Programs, Lindsey M. Burke (the "Burke Letter"). A true copy of the Burke Letter is attached hereto as Exhibit 4.

10. The Trainor Letter, Trainor Email and the Burke Letter, all of which were received after the 2025-2026 school year had already started, were the first notice NYCPS received that the MSAP funding for our five Grant Projects was being cut off, effective October 1, 2025, the start of federal fiscal year (FY) 2026.

11. This decision came as a complete shock to NYCPS. Currently, NYCPS has an available balance of approximately $11 million in MSAP funding allocated in FY 2025, which we therefore authorized the schools to spend. In my experience, it is standard operating procedure and consistent with the MSAP grant program that this type of leftover allocated but unspent grant funding carries over and becomes available to spend the following fiscal year. Carryover of funding is caused by several factors: (1) funding for the first year of the grant is not received until after the school year, limiting ability to fully staff the programming; (2) the first year of the program includes additional planning, not full implementation, so not all of the funding is used and remains to be used in the next year; (3) in subsequent years, this initial carryover must be used before the new funding is used, which results in some of the new funding being

3

carried over to the next year. The process continues with each year thereafter. This benefits the programs because any remaining carryover can be used after the grant period ends to stabilize the school budget during that year.

12. It is my understanding that, when taken together, the overall impact of USDE's actions is the immediate cessation of MSAP funding, including both carryover FY 2025 funds that schools are counting on for their current spending, and all anticipated and budgeted FY MSAP 2026 funds.

13. USDE's actions, and especially their timing—coming as they did after the budgets for NYCPS' schools had been set and the school year started—threaten imminent harm to the 19 Grant Project schools, both by canceling the remaining fiscal years of the grant, including FY 2026, which is already underway, and in the clear message that, after September 30, 2025, NYCPS may not spend against its remaining carryover funds from FY 2025.

14. As of September 30, 2025, these consortia, and their magnet schools have all completed only two or three years of programming and have not yet achieved full and sustainable implementation. Without the immediate restoration of our ability to access the FY 2025 carryover funds, and continuation of NYCPS' MSAP grants for the remainder of their anticipated 5-year terms, the magnet programs in the 19 schools funded as part of the NYCPS Grant Projects will face immediate negative consequences, as the entirety of the funding supporting these developing magnet school programs will be cut off.

15. The multi-year MSAP grant funding at issue here provides critical support for the kind of innovation, equal educational opportunity, and increased achievement at the core of my statutory authority and NYCPS' mission. With the financial support provided by the MSAP

grants, magnet schools have been able to develop innovative programming that attracts a diverse group of students to the schools.

16. USDE's enforcement action against NYCPS in this instance poses a threat to those 19 schools as well as to other schools and aspects of NYCPS systems that are affected by critical, abrupt and large-scale funding losses like those at issue here. NYCPS' District-wide budget is set in June, and it is at that point that NYCPS determines and advises each school on its individual budget for the coming fiscal year. Schools, parents and students rely on the planned funding. USDE's notification of funding changes after the school year has started does not allow school districts adequate time to adjust and pivot. Even with earlier notice, NYCPS relies on federal funding in its budgeting process, and cannot replace funding as available funds have already been allocated to support other critical programs across the New York City School District.

17. As I describe in more detail below, if USDE's decision to discontinue NYCPS' MSAP grant funding is not reversed, NYCPS will have to remove all magnet funding from its budget for the remainder of this fiscal year and take immediate steps to discontinue the magnet school programming for all 19 schools. The schools, parents and children who have relied on this programming and enrolled in these schools will be confronted with these changes mid-way through the school year, when it is too late to choose programs elsewhere. Students and families have relied on the existence of these programs in choosing to apply for and attend these magnet schools. In addition, NYCPS has already incurred expenditures, entered into contracts and undertaken other initiatives associated with the magnet programming starting July 1, 2025, in reliance on USDE;s normal allowance of access to the FY 2025 carryover funds. If such access is now denied, NYCPS will be required to immediately pull the plug on its magnet programming.

**Background on NYCPS**

18. The mission of NYCPS—the nation's largest school system—is to ensure that our schools provide rigorous academic and real-world learning experiences so that students graduate with the knowledge, skills, and confidence to succeed in their careers and communities. In my role as Chancellor, I am responsible for overall management of NYCPS, comprising over 1,600 early childhood programs, elementary schools, middle schools, high schools and vocational schools, educating close to 1 million students each year, and employing more than 130,000 employees, the majority of whom are teachers and other school-based staff.

19. NYCPS encompasses 32 geographic community school districts, as well as several specialized districts, including District 75, which offers intensive programming and services to students with disabilities, and District 79, which offers specialized educational programs and support services for students who may be disengaged from traditional schooling. Each community school district has a superintendent; there are also 11 additional superintendents who are specifically responsible for specific groups of high schools.

20. In 2002, the New York State legislature adopted significant changes to NYCPS governance. Whereas previously day-to-day decision-making and managerial authority had been largely vested in local school boards and district superintendents, as well as a central board of education, the adoption of "Mayoral Control" centralized overall authority and accountability for all New York City public schools in the office of the Chancellor, who is appointed by and serves at the pleasure of the Mayor of New York City.

21. Pursuant to the 2002 changes, as "superintendent" of schools for NYCPS, I oversee all 45 district superintendents and am responsible for executive and administrative functions, including day-to-day operation of our schools. My responsibilities under New York

State law include "promot[ing] an equal educational opportunity for all students in [NYC] schools …promot[ing] fiscal and educational equity, increase[ing] student achievement and school performance and encourag[ing] local school-based innovation." N.Y. Educ. Law § 2590-h.

22. In practical terms, this means I have ultimate responsibility for all system-wide policies and decisions, including: student admissions, enrollment and attendance; curricula and other pedagogical practices; personnel, and human resources; school buildings and their operation; physical and emotional safety of our students and staff; establishment and management of system wide technology systems (software and hardware); adoption of citywide policies, informed by information and experience from all of NYC's school districts; procurement of goods and services, compliance with legal requirements; and budget priorities and allocation.

23. As, effectively, the Chief Executive Officer of the largest government agency in New York City, it is my job to marry my deep experience as a teacher, school and district leader with the operational realities of educating hundreds of thousands of students and young people, from ages 3 through 21. Among other things, a core aspect of my role is accountability for all aspects of NYC public schools' budget.

**NYCPS Provides a Safe and Supportive Learning Environment for All Students**

24. Consistent with my obligations, and those of NYCPS under federal, state and local law, it is the policy of NYCPS to provide equal educational opportunities in accordance with applicable laws and regulations, and without regard to actual or perceived race, color, religion, age, creed, ethnicity, national origin, alienage, citizenship status, disability, sexual orientation, gender (including actual or perceived gender identity, gender expression, pregnancy/conditions related to pregnancy or childbirth), or weight, and to maintain an environment free of harassment on the basis of any of the above protected classifications,

including sexual harassment and retaliation. This anti-discrimination policy was developed in accordance with, among other federal laws, Title VI and Title IX, as well as New York State and City Human Rights Laws and Provisions of Anti-Discrimination in Collective Bargaining Agreements of NYCPS.

25. We strive to make all our schools safe and welcoming places for students with a wide range of interests. One way this is accomplished is through our magnet school program, currently consisting of approximately 200 schools with a variety of themes and programmatic offerings. Our magnet schools provide excellent educational opportunities for students of a wide range of backgrounds and interests. The growth of these essential programs is now being threatened by USDE.

**The MSAP Grants at Issue Provide Thousands of NYCPS Students with Access to Critical and Life-Changing Educational Opportunities**

26. The magnet program model has been extremely successful in improving public schools in New York City. An example of that success can be seen in three consortia covering 12 schools which received MSAP grants in 2017. With MSAP grant funds, these schools developed sustainable models, and on the elementary school level, within a nine-year period showed increases in test scores demonstrating proficiency from 10% to 46% in in English Language Arts ("ELA") and 20% to 45% in math. The sole middle school in the cohort showed an increase of 9.4% in ELA and 14.2% in math. These schools continue to thrive as magnet schools.

27. It is my understanding that, in 2015, Congress changed MSAP grants from three to five years because it recognized that a full five-year term is essential to developing a magnet school's curriculum and ensuring the sustainability of its revamped and thematic

8

programming. In NYCPS' experience, the five-year term of a magnet grant is critical to the successful development and sustainability of a magnet program.

28. The identification of schools for inclusion in a grant application is made after careful deliberation. A central administrative team within NYCPS develops applications for magnet grants. When a potential school is identified, the central Magnet team talks with the relevant superintendent to ensure there is adequate district support. All magnet schools must have a theme; the extra financial support allows them to integrate this theme into all aspects of the curriculum and programming. The central team considers whether the school has the leadership capacity, interest in developing or expanding a thematic approach and the ability to attract students. Combining schools across districts into a consortium affords the opportunity to diversify enrollment across districts and ensures that NYC students have meaningful access to these programs, regardless of their race, gender, ability, family and/or economic circumstances, etc.

29. Once a consortium is successful in receiving an MSAP grant, the 5-year plan for schools in the consortium is put into effect. In the first year of the program, planning activities are front and center, and implementation of the program begins. The leadership teams for each NYCPS MSAP Grant Project regularly meet and start building capacity around theme, curriculum, diversity, recruitment, family engagement and leadership. Schools begin developing specialty spaces and programs. Curricula are developed and rolled out. In year two, additional work happens to further develop the program themes and additional professional development supports teacher development. Schools may contract with outside partners for residencies and increase purchasing of supplies and technology. As a grant moves into year three, schools move towards full implementation and start focusing on ensuring that systems and structures are in place to sustain the program beyond the life of the grant. Years four and five are focused on

ensuring the continuity of the program. Thus, if a school's MSAP grant funding is terminated before the full grant cycle is completed, there is a high risk it would not be sufficiently developed to ensure its continuation.

30. The MSAP grant funds are used by the Grant Projects for many purposes, including planning, professional development, curriculum development, project-based learning, creation of dedicated spaces (such as media rooms, laboratories, podcast studios, gardens), partnerships with outside entities, enhancing parent engagement and community involvement, and purchasing supplies and equipment (such as art materials and software). The high school magnet programs support college and career readiness, including paid internships, opportunities to earn college credits, financial literacy programs, and career and technical education programs.

31. During the funded grant period, each consortium has a central Project Director who is supported and led by the Director of Magnet Schools Assistance Program. Each school designates one or two staff or on-site coaches (paid with grant funds) who are dedicated to supporting the development and implementation of the magnet program. In each year of the grant period, the Central MSAP team works closely with the schools in each consortium to develop and update the schools' spending plans. Each school principal then further refines their spending plan, consistent with the theme and goals of the school. The Central MSAP team works with the school to review the plan to ensure compliance with the terms of the grant and furtherance of the school's theme.

32. Schools make decisions based on the expectation that grant funds will reimburse them for expenditures made. Funds are used for many purposes, including per session costs for after-school and Saturday programming, teacher salaries and fringe benefits, and recruitment efforts for new students. Funds may also be used to contract with outside entities for

services and programming, such as Columbia University Division of Technology and School Change, Carnegie Hall, and the Metropolitan Museum of Art. Grant money allows school staff to collaborate with and learn from one another. These collaborations are only possible when schools have additional funds to pay substitute teachers to work during the school day or pay staff per session (overtime) for working beyond the school day.

33. The 19 magnet schools at issue in this case offer curricula with themes and programmatic focuses such as journalism and multimedia; innovative leadership and civic activism; multimedia arts and engineering; discovery and applied learning; leadership and exploration; multimedia and the performing arts; leadership through science, technology, engineering, arts and math, or "STEAM"; early college exploration; career connected learning; aspiring educators; and innovation through visual arts.

34. The schools cover multiple grade levels. This allows students to focus on their chosen theme throughout different grade levels (e.g., elementary to middle school), thereby developing students' interests in particular areas or skills. In District 19, for example, at the elementary school level, a school established a leadership and social justice theme for its magnet program. The school created a debate program and partnered with the New York Historical Society. In the middle school in the same consortium, a related theme of Innovation and Leadership allows students to expand their knowledge and skills in these areas, including by taking a trip to Washington D.C. every year at no cost to the students.

35. The 2023 Magnet grants include, for the first time, six high schools. This will enable students to attend magnet schools from kindergarten through twelfth grade. It also allows the schools to provide programming targeted at students preparing to graduate. For example, one school developed as part of the 2023 Grant Projects offers early college courses

with a local college and another established Advanced Placement classes and a dual enrollment option with a local college.

36. Using MSAP funding, Grant Project schools have established a student-led broadcasting station, created specialty learning spaces including a podcasting lab and a STEAM lab, hired full-time engineering/STEM instructors, developed an active student newspaper and morning news station, begun to establish a state-of-the-art fabrication lab and recording studio, and created a puppet-making residency.

37. Using MSAP funding, Grant Project schools have also developed a financial technology lab with a financial literacy curriculum, facilitated an entirely student-designed and -produced full scale musical production, launched a student-led social media team providing students with hands-on experience in graphic design, digital storytelling, and strategic communication, and developed a design lab.

38. At the Grant Project schools, onsite coaches work to support magnet schools in promoting the sustainability of the program after the conclusion of the grant. For example, coaches help schools build internal fundraising capacity to replace the grant funding after the grant period ends. One example is the annual trip of one school's 8th grade classes to Washington, D.C. With each year of the grant, the proportion of the MSAP grant's contribution to the field trip is reduced, with the school building its fundraising support. Another example is the development of key external partnerships with performing arts entities in NYC. Through magnet grants, schools establish relationships that continue though funds raised by parents, donations, or other means after the end of the grant period. The increase in enrollment to the magnet schools also brings in additional funds to sustain thematic programming.

39. The MSAP Grant Projects have made significant progress in their development and have promoted students' academic success. Virtually every school showed an improvement in English Language Arts and Math scores, with some schools experiencing increases of over 20% in English and/or math proficiency. As shown through the above examples, magnet program grant funding allows us to completely change the trajectory of a school and its students and, by extension, the community to which it belongs.

**NYCPS Supports All Students, Including Transgender and Gender Expansive Students**

40. In addition to our magnet programs, another way that NYCPS strives to make our schools safe and welcoming places for students with a wide range of interests is through our policies and guidelines. As described above, under its anti-discrimination policy, NYCPS must provide equal educational opportunities in accordance with applicable laws and regulations and without regard to actual or perceived race, color, religion, age, creed, ethnicity, national origin, alienage, citizenship status, disability, sexual orientation, gender (including actual or perceived gender identity, gender expression, pregnancy/conditions related to pregnancy or childbirth), or weight and to maintain an environment free of harassment on the basis of any of the above protected classifications, including sexual harassment and retaliation.

41. This anti-discrimination policy was created to align with, among other legal requirements, Title VI, Title IX of the federal Civil Rights Act, New York State and City Human Rights Laws and Provisions of Anti-Discrimination in Collective Bargaining Agreements of the NYCPS. Similarly, Chancellor's Regulation A-830 sets forth NYCPS' anti-discrimination policy and the mechanisms for making and investigating complaints or violations. Chancellor's Regulations are proposed by the Chancellor and then approved by our board of education, known as the Panel for Education Policy.

42. Both NYCPS's anti-discrimination policy and Chancellor's Regulation A-830 define gender to include gender identity and gender expression, meaning self-image, appearance, behavior, expression, or other gender-related characteristic, regardless of the sex assigned to that person at birth. Students may not be denied access to restrooms, changing rooms, locker rooms, and/or field trips based on any of the protected categories. The same is true for our *Transgender and Gender Nonconforming Student Guidelines*, which the Department now cites as violating Title IX.

43. In 2014, NYCPS released the *Transgender Student Guidelines* to provide direction for schools to support transgender students. These guidelines reiterated NYCPS's anti-discrimination policy, as well as the handling of discrimination or harassment complaints under Chancellor's Regulations A-830 and A-832, the regulation on Student-to-Student Discrimination, Harassment, Intimidation and/or Bullying. They also established guidance and best practices on privacy, records, names, dress codes, resources, as well as accessibility to restrooms, locker rooms and other circumstances where a student must be permitted access in accordance with their gender identity asserted at school. The guidelines emphasized the goal of ensuring a safe learning environment free from discrimination and harassment and that the needs of each student must be assessed on a case-by-case basis, to address individual student and family concerns.

44. In 2017, NYCPS released an update, the *Transgender and Gender Nonconforming Student Guidelines*, which covered similar topics and again emphasized a case-by-case approach to supporting students.

45. In June 2019, NYCPS issued the *Guidelines for Supporting Transgender and Gender Expansive Students* (the "Guidelines"), to take effect at the start of the 2019-2020 school year. A true copy of the Guidelines is attached hereto as Exhibit 5. The 2019 Guidelines

apply to NYCPS school-based and central staff, set forth protocol, and describe best practices for supporting transgender and gender expansive students.

46. In my role as Chancellor, as well as from my previous roles, I am familiar with the goals and application of the Guidelines, which recognize that transgender and gender expansive students are at high risk for being bullied and marginalized, that schools must foster a culture of respect that values all students, and that the needs of each student should be assessed on an individual basis.

47. In addition to thoughtful discussion of terminology, student records, names, privacy, curriculum, and forms of support, the Guidelines make clear that:

- NYCPS sports and physical education classes, programs, and school teams are educational opportunities where transgender and gender expansive students must be given the same opportunities to participate as all other students.
- With few exceptions, a student must generally be permitted to participate in physical education, intramural sports, and competitive athletic activities and contact sports in accordance with the student's gender identity asserted at school.
- Transgender and gender expansive students must be provided access to facilities (restrooms, locker rooms, or changing rooms) consistent with their gender identity asserted at school, and they may not be required to use an alternative facility or a facility that conflicts with the student's gender identity asserted at school.
- Schools must provide reasonable alternative arrangements for any student who expresses a need or desire for increased privacy, in a non-stigmatizing manner that protects student privacy and is not marginalizing or disruptive for the student.

48. In 2020, the New York State Division of Human Rights ("NYSDHR"), which enforces the SHRL, also issued guidance concerning gender identity discrimination. Specifically, NYSDHR instructed schools that denying the use of restrooms or other facilities consistent with a student's gender identity or asking individuals to show medical or other documents in order to use facilities such as restrooms, locker rooms, and other facilities is an unlawful discriminatory practice.

49. In June 2023, NYSED issued a legal update and best practices for *Creating a Safe, Supportive, and Affirming School Environment for Transgender and Gender Expansive Students*. NYSED reiterated that denying the use of restrooms or other facilities because of a person's gender identity is a violation of SHRL and constitutes unlawful discrimination. Moreover, NYSED advised that students must be permitted to participate in all school activities (including field trips) in accordance with their gender identity asserted at school, and that requests for privacy and other arrangements should be handled on a case-by-case basis.

50. In 2024, the voters of New York State decided, by a margin of 62% to 37% to explicitly incorporate the legal understanding of "sex" as including "gender identity" into the New York State Constitution's Equal Protection Clause (NYS Const. Art. I Sec. 11).

51. In February 2025, the New York State Attorney General ("NYAG") and NYSED issued a joint statement, informing all NYS school districts that two presidential Executive Orders purporting to restrict K-12 schools from supporting transgender students' social transition and their access to athletics do not affect the rights of transgender students and individuals in New York's public schools. Specifically, the NYAG and NYSED observed that the President cannot restrict the meaning of "sex" in Title IX to exclude gender identity "unilaterally" and the presidential statements of policy are therefore "legally ineffective."

### USDE's Actions Hurt Magnet School Students and Trans and Gender Expansive Students Alike

52. Pulling down these five Grant Projects deprives these schools of necessary funding to develop and maintain their magnet schools. Large parts of our earlier efforts will be lost, as the schools will not yet have fully developed the mechanisms to maintain these programs. Many of the services and programming that have been developed will be discontinued. Students who selected these magnet schools because of the creative nature of the programming will find

the core elements of their chosen educational path to have disappeared. This will be a huge loss to the students, staff and parents at these schools. Morale in schools, which increases with the introduction of magnet programming, will be drastically impacted. The schools face a likely loss of enrollment in the coming year, which deepens their financial bind, as funding formulas provide per student funding as the core element of schools' budgets. These harms will be particularly disruptive if the grants are cut off without any advance notice, as the school year has already begun and entire school communities face the prospect of their anchor programming disappearing overnight.

53. A few examples illustrate the devastating impact our magnet schools will experience due to this loss of funding. The Magnet School of Leadership and Engineering (32K145) is a magnet elementary school located in Brooklyn. To support its program, the school hired a dedicated engineering teacher and is developing an engineering/makerspace lab. The school has a residency with the BEAM center; BEAM is an organization that works with schools to support students through collaborative project-based learning, developing hands-on skills to give students direct experience in engineering and technology; classroom teachers work closely with the BEAM center to implement special programs. For example, first grade students worked with BEAM to design and build a free little library that was placed in the schoolyard. The students worked with the community and small businesses to fill the library. As students move from grade to grade, they continue to work on projects that develop technical skills while also supporting the community. If the magnet funding is discontinued, the school will no longer be able to support the cost of the engineering teacher and its partnership with BEAM.

54. The Catherine and Count Basie Magnet School for Multi-media and Performing Arts (28Q072), is a magnet middle school with a multi-media and performing arts

17

theme. The school has established residencies to support electives and theme-based units. Students at the school pick an elective each semester, such as dancing, photography or animation. If magnet funds are not available, the school will be unable to continue its residencies and will lose the expertise provided by the residency that will ultimately enable teachers to lead and manage the arts programming on their own. Not only would prior investments in the program be wasted, but the school would lose the extra programming that has made it a desirable one.

55. At middle school 06M293, the City College Magnet School of the Arts, grant money used to purchase podcasting equipment to support a multimedia podcasting course will be wasted if the school is unable to continue developing its media programming. In addition, without grant funds, the school will be constrained in its expansion of access to Advanced Placement classes, and its partnership with City College that provides college courses for students. After-school, Saturday programs and summer professional development will also be terminated.

56. Middle School 16K035, the Stephen Decatur Magnet School of Leadership, Exploration, and the Arts, received the Magnet School of America's 2025 "New and Emerging Magnet School of Merit Award of Excellence." This school is in the process of seeking International Baccalaureate (IB) middle school designation. The magnet grant pays for professional development for the teachers, residencies on filmmaking, podcasting, musical theatre presentations, and other arts programming. In connection with IB certification, magnet money has already supported certification of 12 teachers and other teachers are part of the way down a path towards completing requirements for their own certification. The magnet funds are also earmarked to pay the requisite fees for the school to become IB certified. For the 2024-25 school year, that school's proficiency in ELA and math increased from the 2021-22 year by over 20

percent. The immediate loss of funds means the end of the theme-based after-school program, the film-making residency, the loss of specialty teachers brought in to support the school's theme and discontinuation of efforts to obtain IB certification.

57. In three high school magnet schools, (Bronx High School for the Visual Arts 11X418, Jacqueline Kennedy Onassis High School 02M529, Esperanza Prep 04M372), grant money supports dual enrollment of the schools' students in CUNY programs. These programs offer the opportunity to earn up to two years of college credit or an associate's degree at no cost. Since most of our students are Title I eligible, the financial savings are immensely impactful for students and their families. Each high school added classes in media productions, financial technology and liberal arts. Grant funds have enabled NYCPS teachers to receive professional development that enhances their instructional expertise to provide the foundational coursework necessary for accessing college and career programming. The loss of magnet funds will halt these efforts.

58. These are just a few examples of the huge losses students, staff and parents at these schools will face, and those harms will be particularly disruptive because the grants are being cut off without any advance notice, after the school year has already begun. Schools must put on hold, suspend or cancel any planning for future years of their magnet programs; if the FY 2025 carryover funds are not released, they will also have to pull the plug on their current programs overnight. Neither they, nor their impacted students will have any way to salvage their year, not to mention the rest of each student's chosen educational trajectory for all but the 12th graders who are set to graduate in the spring.

59. OCR has based its decision to terminate and discontinue MSAP grant funding for NYCPS's 19 magnet schools on our Guidelines supporting transgender students. OCR

apparently finds it "predictable" that the Guidelines cause students to experience a hostile educational environment, denies them equal access, or "will [do so] in the future." Trainor Letter. But they cite no evidence for this speculation. Rather, USDE has unceremoniously terminated critical funding ostensibly due to a policy that has been in place for years, with no significant changes, before these grants were awarded and every year they were continued, during which time the MSAP grants were repeatedly (re)certified and continued by OCR.

60. On the other hand, USDE's actions have already had a serious and negative impact on transgender and gender expansive students and their families throughout our system causing confusion and fear. At many of NYCPS' public events since the news of USDE's actions broke, multiple parents have expressed fears about the vulnerability of their children to bullying, cruelty, and disregard for their basic humanity.

61. As a lifelong educator, and parent to a sixth-grader, the artificial, zero-sum choice USDE has thrust upon us—which of our students to favor or punish—is anathema to me, to the values of our school system, and to the more than two-thirds of New Yorkers who voted last year to enshrine protections for transgender students and members of our communities in our State Constitution. To ensure our students thrive academically and socially, every one of them must feel seen, supported and safe in our schools. We all have a stake in their success.

Dated:    October 15, 2025
             New York, New York

_____
MELISSA AVILES-RAMOS