# Exhibit 3

| From: | Trainor, Craig |
|---|---|
| To: | Liz Vladeck |
| Cc: | Jayne, Mike; Schaefer, Steven |
| Subject: | RE: MSAP Letter to Chairperson Faulkner from ED/OCR"s Acting Assistant Secretary |
| Date: | Saturday, September 20, 2025 7:40:34 PM |
| Attachments: | image001.png |

Dear Ms. Vladeck:

Thank you for your response on behalf of Chancellor Aviles-Ramos.

Your requests are denied. My September 16, 2025, letter and the authorities cited therein speak for themselves.

I will, however, grant NYC DOE until 5:00 p.m. ET, on Tuesday, September 23, 2025, to implement the remedial measures articulated in my September 16 letter. Failure to do so will result in a denial of reconsideration, and my decision not to certify NYC DOE's grant under 20 U.S.C. § 7231d(c) and non-continue its MSAP grant under 34 C.F.R. § 75.253(a)(5) will stand.

I suggest Chancellor Aviles-Ramos discuss this matter with Mayor Eric Adams who recently announced that the practical effect of NYC DOE's *Guidelines to Support Transgender and Gender Expansive Students* is that New York City students are "not safe." OCR is in full agreement.

Regards,
Craig Trainor



**Craig W. Trainor**
**Acting Assistant Secretary for Civil Rights**
U.S. DEPARTMENT OF EDUCATION | OFFICE FOR CIVIL RIGHTS
400 MARYLAND AVENUE, S.W. | WASHINGTON, D.C 20202

---

**From:** Liz Vladeck <LVladeck@schools.nyc.gov>
**Sent:** Friday, September 19, 2025 4:52 PM
**To:** Trainor, Craig <Craig.Trainor@ed.gov>
**Cc:** Jayne, Mike <William.Jayne@ed.gov>
**Subject:** RE: MSAP Letter to Chairperson Faulkner from ED/OCR's Acting Assistant Secretary

> You don't often get email from lvladeck@schools.nyc.gov. Learn why this is important
>
> **CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Dear Acting Assistant Secretary Trainor:

Please see attached letter from me on behalf of Chancellor Aviles-Ramos for the New York City Department of Education in response to your letter dated 9.16.25 (also attached).

Also, please address future correspondence to the Chancellor and copy me.

Sincerely,

Liz Vladeck
New York City Department of Education
General Counsel
LVladeck@schools.nyc.gov
212-374-6888

---

**From:** Jayne, Mike <William.Jayne@ed.gov>
**Sent:** Tuesday, September 16, 2025 5:16 PM
**To:** Todd Levitt <TLevitt@schools.nyc.gov>; Giuseppina Cohen <GCohen7@schools.nyc.gov>; Jenna Krueger <JKrueger2@schools.nyc.gov>; Shannon Lynch <SLynch2@schools.nyc.gov>
**Subject:** MSAP Letter to Chairperson Faulkner from ED/OCR's Acting Assistant Secretary

Good afternoon, all:

Please find attached to this email a letter from the Acting Assistant Secretary for Civil Rights to Chairperson Faulkner. It's in regards to the NYC CSD grants under the Magnet Schools Assistance Program.

Sincerely,

W. Mike Jayne
Office for Civil Rights
U.S. Department of Education

Email: william.jayne@ed.gov
Phone Number: (202) 219-2082