UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Board of Education of The City School District of The City of New York,<br><br>      Plaintiff,<br><br>  -against-<br><br>United States Department of Education, et al.,<br><br>      Defendants. | 25-cv-8547 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  In light of the motion hearing scheduled for November 7, 2025 for the court to consider plaintiff's motion for a preliminary injunction, the initial pre-trial conference currently scheduled for November 13, 2025, is CANCELLED. The parties should be prepared to discuss any case logistics or next steps during the motion hearing on November 7.

  SO ORDERED.

Dated: October 22, 2025
   New York, New York

                  _____
                    ARUN SUBRAMANIAN
                   United States District Judge