UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

THE BOARD OF EDUCATION OF THE CITY
SCHOOL DISTRICT OF THE CITY OF NEW YORK

No. 25-cv-8547 (AS)(OTW)

Plaintiff,

v.

UNITED STATES DEPARTMENT OF EDUCATION,
LINDA MCMAHON, in her official capacity as Secretary
of the United States Department of Education, CRAIG W.
TRAINOR, in his capacity as Acting Assistant Secretary
for Civil Rights, and LINDSEY M. BURKE, in her
capacity as Deputy Chief of Staff for Policy and
Programs,

Defendants.
-------------------------------------------------------------------- x

## DECLARATION OF CERTIFIED MAIL SERVICE ON DEFENDANTS

I hereby declare as follows:

1. I am over eighteen years old and am not a party to this litigation.

2. I received summonses directed to defendants the U.S. Department of Education, Linda McMahon, Craig W. Trainor, and Lindsey M. Burke.

3. On October 27, 2025, I sent copies of the summonses described in the preceding paragraph, along with copies of the Complaint (Dkt. No. 1) by certified mail to the defendants as follows:

| **Summons Directed To:** | **Summons and Complaint Mailed To:** |
|---|---|
| U.S. Department of Education | United States Department of Education<br>400 Maryland Avenue, SW<br>Washington, D.C. 20202 |
| Linda McMahon<br>Secretary of Education | United States Department of Education<br>400 Maryland Avenue, SW<br>Washington, D.C. 20202 |

| | |
|---|---|
| Craig W. Trainor<br>Acting Assistant Secretary for Civil Rights | United States Department of Education<br>400 Maryland Avenue, SW<br>Washington, D.C. 20202 |
| Lindsey M. Burke<br>Deputy Chief of Staff for Policy and Programs | United States Department of Education<br>400 Maryland Avenue, SW<br>Washington, D.C. 20202 |
| United States | Attorney General of the United States<br>950 Pennsylvania Ave. NW<br>Washington, D.C. 20530 |

I declare under penalty of perjury that the foregoing is true and correct.

10/27/2025
Date

Bianca C. Isaias

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

THE BOARD OF EDUCATION OF THE CITY      No. 25-cv-8547 (AS)(OTW)
SCHOOL DISTRICT OF THE CITY OF NEW YORK

                     Plaintiff,

           v.

UNITED STATES DEPARTMENT OF EDUCATION,
LINDA MCMAHON, in her official capacity as Secretary
of the United States Department of Education, CRAIG W.
TRAINOR, in his capacity as Acting Assistant Secretary
for Civil Rights, and LINDSEY M. BURKE, in her
capacity as Deputy Chief of Staff for Policy and
Programs,

                     Defendants.
---------------------------------------------------------------- x

## DECLARATION OF IN-PERSON SERVICE ON THE UNITED STATES ATTORNEY'S OFFICE

I hereby declare as follows:

1.     I am over eighteen years old and am not a party to this litigation.

2.     I received summonses directed to defendants the U.S. Department of Education, Linda McMahon, Craig W. Trainor, and Lindsey M. Burke.

3.     On October 28, 2025, I hand delivered a copy of the summonses described in the preceding paragraph, along with copies of the Complaint (Dkt. No. 1) to the United States Attorney's Office for the Southern District of New York at 86 Chambers Street, 3rd Floor, New York, NY 10007. *Lisa Ahearn, a female of suitable age and discretion, received the papers.*

4.     The foregoing documents were left with an individual authorized to accept service of process on behalf of the United States Attorney's Office.

I declare under penalty of perjury that the foregoing is true and correct.

October 28, 2025
Date

Eli H. Jacobson
Eli H. Jacobson

KRISTA ANN FRIEDRICH
Notary Public, State of New York
No. 02FR6216306
Qualified in New York County
Commission Expires 01/11/2026

10/28/2025