# EXHIBIT A

*The Board of Education of the City School District of the City of New York v. United States Department of Education, et al.*,
No. 25 Civ. 8547 (AS)
<u>Chart of Elements Not Plausibly Alleged by Plaintiffs</u>

**I.     Count I – Violation of the Administrative Procedure Act Through Agency Action Without Observance of Procedure Required by Law (Title IX)**

| Elements Not Plausibly Alleged | Plaintiffs' Responsive Citations |
|---|---|
| That the agency action was taken without observance of procedure required by law | |

**II.    Count II – Violation of the Administrative Procedure Act through Agency Action Without Observance of Procedure Required by Law (MSAP, GEPA, 2 C.F.R. § 200)**

| Elements Not Plausibly Alleged | Plaintiffs' Responsive Citations |
|---|---|
| That the agency action was taken without observance of procedure required by law | |

**III.   Count III – Violation of the Administrative Procedure Act through Arbitrary and Capricious Agency Action**

| Elements Not Plausibly Alleged | Plaintiffs' Responsive Citations |
|---|---|
| That the agency action was arbitrary or capricious | |

**IV.    Count IV – Violation of the Administrative Procedure Act, 5 U.S.C. § 706(2)(D) through Agency Action without Notice and Comment Rulemaking**

| Elements Not Plausibly Alleged | Plaintiffs' Responsive Citations |
|---|---|
| That the agency action was required to go through notice-and-comment rulemaking | |

**V.     Count V – Violation of the Administrative Procedure Act, 5 U.S.C. § 706(2)(D) through Agency Action Contrary to Law**

| Elements Not Plausibly Alleged | Plaintiffs' Responsive Citations |
|---|---|
| That the agency action was not in accordance with law | |