UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK, <br><br>                        Plaintiff,<br><br>                    v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, LINDA MCMAHON, in her capacity as Secretary of the United States Department of Education, CRAIG W. TRAINOR, in his capacity as Acting Assistant Secretary for Civil Rights, and LINDSEY M. BURKE, in her capacity as Deputy Chief of Staff for Policy and Programs,<br><br>                        Defendants. | No. 25 Civ. 08547 (AS) |

## DECLARATION OF JENNIFER TODD

I, Jennifer Todd, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am the Director of the Office of Well-Rounded Education ("OWRE"), and I served as the Acting Director of School Community Improvement Programs ("SCIP") in the Office of Elementary and Secondary Education at the Department of Education ("ED") headquartered in Washington, D.C. I make this declaration based on my own personal knowledge, information contained in the records of ED, and information provided to me by ED employees. I have served in my current position as Director of OWRE since September 2021. I served as the Acting Director of SCIP from February 2025 until September 2025.

2. In my role at ED, among my duties, I oversee the management of a discretionary grant portfolio including the federal Magnet School Assistance Program ("MSAP").

3. ED, through the federal MSAP, awards grants providing federal funds to eligible local educational agencies ("LEA") or consortia to establish and operate magnet schools. 20 U.S.C.

§ 7231b. To receive an MSAP grant award, the LEA must meet certain eligibility requirements, including that the Assistant Secretary of Education for Civil Rights determines that the applicant will not engage in discrimination on the basis of race, religion, color, national origin, sex, or disability. 20 U.S.C. § 7231d(c). The grants can be awarded for a period of up to five fiscal years, and continuation grant funds are generally awarded each new fiscal year. 20 U.S.C. § 7231h(a).

4. A grant recipient must agree to the terms and conditions contained in the grant award notification ("GAN") in order to receive the grant. MSAP GANs incorporate 34 C.F.R. Part 75 as a term and condition of the grant.

5. In the case of a multi-year grant, funding is usually only provided for the initial budget period of not more than 12 months, and, in each subsequent year, ED must determine whether to continue the grant. 34 C.F.R. § 75.251. Grant non-continuation is distinct from grant termination. Termination ends a grant on the date specified in a termination letter—typically the same day as the letter. Non-continuation declines to continue the grant beyond the end of the approved budget period.

6. As incorporated into the MSAP GANs, 34 C.F.R. Part 75 permits ED to non-continue grant funding after the approved budget period if the recipient fails to meet enumerated requirements, including receiving a determination from the Secretary "that continuation of the project is in the best interest of the Federal Government." 34 C.F.R. §§ 75.253(a)(5), (f). Multi-year MSAP GANs also specifically state that the award is only for the initial budget period, and that continuation of funding is dependent on future funding decisions by ED, which will consider, among other things, whether doing so would be in the best interests of the government.

7. If a multi-year MSAP GAN is non-continued, the Secretary must "notify the grantee of the decision, the grounds on which it is based, and consistent with 2 C.F.R. § 200.342,

provide the grantee with an opportunity to request reconsideration of the decision." 34 C.F.R. § 75.253(g). The grantee must seek reconsideration by the date stated in the notice of non-continuation and "[s]et forth the basis for disagreeing with the Secretary's decision not to make a continuation award and include relevant supporting documentation." 34 C.F.R. §§ 75.253(g)(1)(i)-(ii).

8.      "If the Secretary decides not to make a continuation award . . ., the Secretary may authorize a no-cost extension of the last budget period of the grant in order to provide for the orderly closeout of the grant." *Id*. § 75.253(h). A no-cost extension is at the discretion of the Secretary, and allows funds allocated but not spent during the grant performance period to be used beyond the performance period. *Id*.

9.      Even if the Secretary declines to authorize a no-cost extension, the MSAP grant recipient continues to have access to any previously authorized unspent funds during a 120-day liquidation period. 2 C.F.R. § 200.344. During this period, the recipient can continue to use the funds for obligations incurred by it on or before the effective date of the non-continuation continuation or for reasonable grant winddown and closeout costs. 2 C.F.R. § 200.472(b).

10.     For fiscal year ("FY") 2023, ED awarded MSAP grants to three projects of the Board of Education of the City School District of the City of New York, operating as New York City Public Schools (the "Plaintiff" or "NYCPS"): (1) Brooklyn Inter-District (Community School Districts 32 and 16); (2) Brooklyn and Queens Inter-District (Community School Districts 19 and 27); and (3) Queens Inter-District (Community School Districts 28 and 29). A true and correct copy of the Brooklyn Inter-District GAN is attached hereto as Exhibit 1. A true and correct copy of the Brooklyn and Queens Inter-District GAN is attached hereto as Exhibit 2. A true and correct copy of the Queens Inter-District GAN is attached hereto as Exhibit 3.

11. Each of the GANs authorized funding for the budget period of 10/01/2022 – 09/30/2023, incorporated 34 C.F.R. Part 75 as a term and condition of the grant, and included the following as a term and condition:

> THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, THE SECRETARY CONSIDERS, AMONG OTHER THINGS, CONTINUED FUNDING IF: . . .
>
> 2) THE DEPARTMENT DETERMINES THAT CONTINUING THE PROJECT WOULD BE IN THE BEST INTERESTS OF THE GOVERNMENT; . . .

Ex. 1 at 3-4; Ex. 2 at 3-4; Ex 3 at 3-4.

12. Continuation GANs were awarded for each of the three projects identified in paragraph 10 above through the budget period ending September 30, 2025. True and correct copies of the continuation GANs for the three projects are attached hereto as Exhibit 4.

13. For FY 2024, ED awarded MSAP grants to two other NYCPS projects: (1) Bronx Inter-District (Community School Districts 7, 10, and 11); and (2) Manhattan Inter-District (Community School District 4, 2, and 6). The GANs for these projects authorized funding for the budget period of 10/01/2023 – 9/30/2024, incorporated 34 C.F.R. Part 75 as a term and condition of the grant, and included the same term and condition identified in paragraph 11 above. A true and correct copy of the Bronx Inter-District GAN is attached hereto as Exhibit 5. A true and correct copy of the Manhattan Inter-District GAN is attached hereto as Exhibit 6.

14. Supplemental GANs were awarded for each of the two projects identified in paragraph 13 above to frontload funds for the period of 10/1/2024 – 9/30/2025. Frontloading permits the use of appropriated funds available for obligation in a particular fiscal year to fund, in whole or in part, future budget periods of the award. True and correct copies of the supplemental GANs are attached hereto as Exhibit 7.

15. On September 16, 2025, Acting Assistant Secretary for Civil Rights Craig W. Trainor notified NYCPS that its MSAP grants were being non-continued as no longer in the best interest of the Federal Government. A true and correct copy of the September 16 letter is attached hereto as Exhibit 8.

16. On September 26, 2025, ED denied reconsideration and informed NYCPS that ED was electing, under 34 C.F.R. § 75.253(h), to not authorize a no-cost extension. A true and correct copy of the September 26 letter is attached hereto as Exhibit 9.

17. On September 29, 2025, ED issued GANs to NYCPS effectuating the non-continuation of each MSAP grant. True and correct copies of the non-continuation GANs are attached hereto as Exhibit 10.

18. As of October 1, 2025, the effective date of the non-continuation, $12,770,137 in MSAP grant funding remained in NYCPS' MSAP grant accounts and was eligible for use in FY 2026 if the no-cost extension was authorized. NYCPS continues to have access to the unspent funds for use during a 120-day liquidation period that expires on January 29, 2026. During this period, NYCPS can continue to use the funds for obligations incurred by it on or before the effective date of the non-continuation, September 30, 2025, or for reasonable grant winddown and closeout costs. 2 C.F.R §§ 200.344, 200.472(b)

19. As of October 29, 2025, NYCPS has withdrawn $1,063,903 in MSAP funds since the non-continuation took effect on October 1, 2025. True and correct copies of the G5 Award History Reports for NYCPS' MSAP Grant Accounts are attached hereto as Exhibit 11.

Dated: Washington, DC
      October 29, 2025

JENNIFER TODD
Digitally signed by JENNIFER TODD
Date: 2025.10.29 16:54:53 -04'00'

JENNIFER TODD