# U.S. Department of Education - EDCAPS
## G5 - Award History Report

10/23/2025
14:17:55

UEI Number:    DHJ6MWMNEH38    Grantee Name: CITY OF NEW YORK BOARD OF EDUCATION

**PR/Award Number:    S165A220032**

| Effective Date | Transaction Date | Authorization | Draw | Return | Adjustment | Refund /Offset | Confirmed Deposit | Unprocessed Deobligation | Available Balance | Action By |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/10/2025 | 10/10/2025 | | | | | | 294,422.00 | | 1,467,172.00 | valerie Cruz Santos |
| 10/09/2025 | 10/09/2025 | | 294,422.00 | | | | | | 1,467,172.00 | Derrick D Jackson |
| 08/26/2025 | 08/26/2025 | | | | | | 569,757.00 | | 1,761,594.00 | Felicite Ganao |
| 08/25/2025 | 08/25/2025 | | 569,757.00 | | | | | | 1,761,594.00 | valerie Cruz Santos |
| 06/05/2025 | 06/05/2025 | | | | | | 622,660.00 | | 2,331,351.00 | valerie Cruz Santos |
| 06/04/2025 | 06/04/2025 | | 622,660.00 | | | | | | 2,331,351.00 | valerie Cruz Santos |
| 04/11/2025 | 04/11/2025 | | | | | | 45,988.00 | | 2,954,011.00 | Derrick D Jackson |
| 04/11/2025 | 04/11/2025 | | | | | | 1,117,132.00 | | 2,954,011.00 | Derrick D Jackson |
| 04/10/2025 | 04/10/2025 | | 45,988.00 | | | | | | 2,954,011.00 | Derrick D Jackson |
| 04/10/2025 | 04/10/2025 | | 1,117,132.00 | | | | | | 2,999,999.00 | Derrick D Jackson |
| 02/06/2025 | 02/06/2025 | | | | | | 402,832.00 | | 4,117,131.00 | Derrick D Jackson |
| 02/05/2025 | 02/05/2025 | | 402,832.00 | | | | | | 4,117,131.00 | Derrick D Jackson |
| 12/17/2024 | 12/17/2024 | | | | | | 700,759.00 | | 4,519,963.00 | Derrick D Jackson |
| 12/16/2024 | 12/16/2024 | | 700,759.00 | | | | | | 4,519,963.00 | Derrick D Jackson |
| 10/18/2024 | 10/22/2024 | | | | | | 1,112,251.00 | | 5,220,722.00 | Derrick D Jackson |
| 10/17/2024 | 10/17/2024 | | 1,112,251.00 | | | | | | 5,220,722.00 | Derrick D Jackson |
| 10/01/2024 | 09/27/2024 | 1,269,172.00 | | | | | | | 6,332,973.00 | Lisa Harrison |
| 08/13/2024 | 08/13/2024 | | | | | | 418,133.00 | | 5,063,801.00 | Derrick D Jackson |
| 08/12/2024 | 08/12/2024 | | 418,133.00 | | | | | | 5,063,801.00 | valerie Cruz Santos |
| 06/07/2024 | 06/07/2024 | | | | | | 363,704.00 | | 5,481,934.00 | Derrick D Jackson |
| 06/06/2024 | 06/06/2024 | | 363,704.00 | | | | | | 5,481,934.00 | Derrick D Jackson |
| 04/12/2024 | 04/12/2024 | | | | | | 420,013.00 | | 5,845,638.00 | Derrick D Jackson |
| 04/11/2024 | 04/11/2024 | | 420,013.00 | | | | | | 5,845,638.00 | Derrick D Jackson |
| 02/13/2024 | 02/13/2024 | | | | | | 308,292.00 | | 6,265,651.00 | Derrick D Jackson |
| 02/12/2024 | 02/12/2024 | | 308,292.00 | | | | | | 6,265,651.00 | Derrick D Jackson |
| 12/20/2023 | 12/20/2023 | | | | | | 594,125.00 | | 6,573,943.00 | valerie Cruz Santos |
| 12/19/2023 | 12/19/2023 | | 594,125.00 | | | | | | 6,573,943.00 | Derrick D Jackson |
| 10/17/2023 | 10/17/2023 | | | | | | 562,757.00 | | 7,168,068.00 | Derrick D Jackson |
| 10/16/2023 | 10/16/2023 | | 562,757.00 | | | | | | 7,168,068.00 | Derrick D Jackson |
| 09/28/2023 | 09/28/2023 | 1,730,827.00 | | | | | | | 7,730,825.00 | Kia Weems |
| 09/30/2022 | 09/30/2022 | 2,999,999.00 | | | | | | | 5,999,998.00 | Lisa Harrison |
| 10/01/2022 | 09/30/2022 | 2,999,999.00 | | | | | | | 2,999,999.00 | Lisa Harrison |
| Totals | | 8,999,997.00 | 7,532,825.00 | 0.00 | | 0.00 | 7,532,825.00 | 0.00 | | |

10/23/2025
14:18:31

UEI Number:    DHJ6MWMNEH38    Grantee Name: CITY OF NEW YORK BOARD OF EDUCATION

**PR/Award Number:  S165A220034**

| Effective Date | Transaction Date | Authorization | Draw | Return | Adjustment | Refund /Offset | Confirmed Deposit | Unprocessed Deobligation | Available Balance | Action By |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/10/2025 | 10/10/2025 | | | | | | 155,846.00 | | 3,184,923.00 | valerie Cruz Santos |
| 10/09/2025 | 10/09/2025 | | 155,846.00 | | | | | | 3,184,923.00 | Derrick D Jackson |
| 09/16/2025 | 09/16/2025 | | | | | | 1,792,258.00 | | 3,340,769.00 | valerie Cruz Santos |
| 09/15/2025 | 09/15/2025 | | 1,792,258.00 | | | | | | 3,340,769.00 | Derrick D Jackson |
| 08/26/2025 | 08/26/2025 | | | | | | 107,265.00 | | 5,133,027.00 | Felicite Ganao |
| 08/25/2025 | 08/25/2025 | | 107,265.00 | | | | | | 5,133,027.00 | valerie Cruz Santos |
| 06/05/2025 | 06/05/2025 | | | | | | 135,955.00 | | 5,240,292.00 | valerie Cruz Santos |
| 06/04/2025 | 06/04/2025 | | 135,955.00 | | | | | | 5,240,292.00 | valerie Cruz Santos |
| 02/13/2025 | 02/13/2025 | | | | | | 122,175.00 | | 5,376,247.00 | Derrick D Jackson |
| 02/12/2025 | 02/12/2025 | | 122,175.00 | | | | | | 5,376,247.00 | Derrick D Jackson |
| 12/20/2024 | 12/20/2024 | | | | | | 299,769.00 | | 5,498,422.00 | valerie Cruz Santos |
| 12/19/2024 | 12/19/2024 | | 299,769.00 | | | | | | 5,498,422.00 | Derrick D Jackson |
| 10/16/2024 | 10/16/2024 | | | | | | 255,023.00 | | 5,798,191.00 | Derrick D Jackson |
| 10/15/2024 | 10/15/2024 | | 255,023.00 | | | | | | 5,798,191.00 | Derrick D Jackson |
| 10/01/2024 | 09/27/2024 | 1,269,172.00 | | | | | | | 6,053,214.00 | Lisa Harrison |
| 08/15/2024 | 08/15/2024 | | | | | | 446,516.00 | | 4,784,042.00 | Derrick D Jackson |
| 08/14/2024 | 08/14/2024 | | 446,516.00 | | | | | | 4,784,042.00 | Derrick D Jackson |
| 06/07/2024 | 06/07/2024 | | | | | | 420,273.00 | | 5,230,558.00 | Derrick D Jackson |
| 06/06/2024 | 06/06/2024 | | 420,273.00 | | | | | | 5,230,558.00 | Derrick D Jackson |
| 04/05/2024 | 04/05/2024 | | | | | | 374,068.00 | | 5,650,831.00 | Derrick D Jackson |
| 04/04/2024 | 04/04/2024 | | 374,068.00 | | | | | | 5,650,831.00 | valerie Cruz Santos |
| 02/08/2024 | 02/08/2024 | | | | | | 262,461.00 | | 6,024,899.00 | Derrick D Jackson |
| 02/07/2024 | 02/07/2024 | | 262,461.00 | | | | | | 6,024,899.00 | Derrick D Jackson |
| 12/20/2023 | 12/20/2023 | | | | | | 443,520.00 | | 6,287,360.00 | valerie Cruz Santos |
| 12/19/2023 | 12/19/2023 | | 443,520.00 | | | | | | 6,287,360.00 | Derrick D Jackson |
| 10/13/2023 | 10/13/2023 | | | | | | 199,684.00 | | 6,730,880.00 | Derrick D Jackson |
| 10/12/2023 | 10/12/2023 | | 199,684.00 | | | | | | 6,730,880.00 | Derrick D Jackson |
| 09/28/2023 | 09/28/2023 | 1,730,827.00 | | | | | | | 6,930,564.00 | Kia Weems |
| 08/10/2023 | 08/10/2023 | | | | | | 334,868.00 | | 5,199,737.00 | Felicite Ganao |
| 08/09/2023 | 08/09/2023 | | 334,868.00 | | | | | | 5,199,737.00 | Derrick D Jackson |
| 06/08/2023 | 06/08/2023 | | | | | | 238,327.00 | | 5,534,605.00 | valerie Cruz Santos |
| 06/07/2023 | 06/07/2023 | | 238,327.00 | | | | | | 5,534,605.00 | valerie Cruz Santos |
| 04/06/2023 | 04/06/2023 | | | | | | 93,909.00 | | 5,772,932.00 | Derrick D Jackson |
| 04/05/2023 | 04/05/2023 | | 93,909.00 | | | | | | 5,772,932.00 | Derrick D Jackson |
| 02/14/2023 | 02/16/2023 | | | | | | 133,157.00 | | 5,866,841.00 | Derrick D Jackson |
| 02/13/2023 | 02/13/2023 | | 133,157.00 | | | | | | 5,866,841.00 | Derrick D Jackson |
| 09/30/2022 | 09/30/2022 | 2,999,999.00 | | | | | | | 5,999,998.00 | Lisa Harrison |

# U.S. Department of Education - EDCAPS
## G5 - Award History Report

10/23/2025
14:18:31

UEI Number: DHJ6MWMNEH38    Grantee Name: CITY OF NEW YORK BOARD OF EDUCATION

**PR/Award Number: S165A220034**

| Effective Date | Transaction Date | Authorization | Draw | Return | Adjustment | Refund /Offset | Confirmed Deposit | Available Balance | Action By |
|---|---|---|---|---|---|---|---|---|---|
| 10/01/2022 | 09/30/2022 | 2,999,999.00 | | | | | | 2,999,999.00 | Lisa Harrison |
| Totals | | 8,999,997.00 | 5,815,074.00 | 0.00 | | 0.00 | 5,815,074.00 | 0.00 | |

Page 2 of 2

10/23/2025
14:19:02

UEI Number:   DHJ6MWMNEH38   Grantee Name: CITY OF NEW YORK BOARD OF EDUCATION

**PR/Award Number:   S165A220037**

| Effective Date | Transaction Date | Authorization | Draw | Return | Adjustment | Refund /Offset | Confirmed Deposit | Unprocessed Deobligation | Available Balance | Action By |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/10/2025 | 10/10/2025 | | | | | | 273,865.00 | | 2,445,182.00 | valerie Cruz Santos |
| 10/09/2025 | 10/09/2025 | | 273,865.00 | | | | | | 2,445,182.00 | Derrick D Jackson |
| 08/26/2025 | 08/26/2025 | | | | | | 280,952.00 | | 2,719,047.00 | Felicite Ganao |
| 08/26/2025 | 08/26/2025 | | | | | | 240,924.00 | | 2,719,047.00 | Felicite Ganao |
| 08/25/2025 | 08/25/2025 | | 280,952.00 | | | | | | 2,719,047.00 | valerie Cruz Santos |
| 08/25/2025 | 08/25/2025 | | 240,924.00 | | | | | | 2,999,999.00 | valerie Cruz Santos |
| 06/12/2025 | 06/12/2025 | | | | | | 495,918.00 | | 3,240,923.00 | Derrick D Jackson |
| 06/11/2025 | 06/11/2025 | | 495,918.00 | | | | | | 3,240,923.00 | Derrick D Jackson |
| 04/11/2025 | 04/11/2025 | | | | | | 279,527.00 | | 3,736,841.00 | Derrick D Jackson |
| 04/10/2025 | 04/10/2025 | | 279,527.00 | | | | | | 3,736,841.00 | Derrick D Jackson |
| 02/13/2025 | 02/13/2025 | | | | | | 542,840.00 | | 4,016,368.00 | Derrick D Jackson |
| 02/12/2025 | 02/12/2025 | | 542,840.00 | | | | | | 4,016,368.00 | Derrick D Jackson |
| 12/20/2024 | 12/20/2024 | | | | | | 744,808.00 | | 4,559,208.00 | valerie Cruz Santos |
| 12/19/2024 | 12/19/2024 | | 744,808.00 | | | | | | 4,559,208.00 | Derrick D Jackson |
| 10/16/2024 | 10/16/2024 | | | | | | 387,172.00 | | 5,304,016.00 | Derrick D Jackson |
| 10/15/2024 | 10/15/2024 | | 387,172.00 | | | | | | 5,304,016.00 | Derrick D Jackson |
| 10/01/2024 | 09/27/2024 | 1,269,172.00 | | | | | | | 5,691,188.00 | Lisa Harrison |
| 08/08/2024 | 08/08/2024 | | | | | | 456,264.00 | | 4,422,016.00 | Derrick D Jackson |
| 08/07/2024 | 08/07/2024 | | 456,264.00 | | | | | | 4,422,016.00 | Derrick D Jackson |
| 06/07/2024 | 06/07/2024 | | | | | | 535,435.00 | | 4,878,280.00 | Derrick D Jackson |
| 06/06/2024 | 06/06/2024 | | 535,435.00 | | | | | | 4,878,280.00 | Derrick D Jackson |
| 04/05/2024 | 04/05/2024 | | | | | | 639,495.00 | | 5,413,715.00 | Derrick D Jackson |
| 04/04/2024 | 04/04/2024 | | 639,495.00 | | | | | | 5,413,715.00 | valerie Cruz Santos |
| 02/08/2024 | 02/08/2024 | | | | | | 246,493.00 | | 6,053,210.00 | Derrick D Jackson |
| 02/07/2024 | 02/07/2024 | | 246,493.00 | | | | | | 6,053,210.00 | Derrick D Jackson |
| 12/20/2023 | 12/20/2023 | | | | | | 436,104.00 | | 6,299,703.00 | valerie Cruz Santos |
| 12/19/2023 | 12/19/2023 | | 436,104.00 | | | | | | 6,299,703.00 | Derrick D Jackson |
| 10/17/2023 | 10/17/2023 | | | | | | 282,551.00 | | 6,735,807.00 | Derrick D Jackson |
| 10/16/2023 | 10/16/2023 | | 282,551.00 | | | | | | 6,735,807.00 | Derrick D Jackson |
| 09/28/2023 | 09/28/2023 | 1,730,827.00 | | | | | | | 7,018,358.00 | Kia Weems |
| 08/10/2023 | 08/10/2023 | | | | | | 226,548.00 | | 5,287,531.00 | Felicite Ganao |
| 08/09/2023 | 08/09/2023 | | 226,548.00 | | | | | | 5,287,531.00 | Derrick D Jackson |
| 06/08/2023 | 06/08/2023 | | | | | | 181,196.00 | | 5,514,079.00 | valerie Cruz Santos |
| 06/07/2023 | 06/07/2023 | | 181,196.00 | | | | | | 5,514,079.00 | valerie Cruz Santos |
| 04/06/2023 | 04/06/2023 | | | | | | 183,997.00 | | 5,695,275.00 | Derrick D Jackson |
| 04/05/2023 | 04/05/2023 | | 183,997.00 | | | | | | 5,695,275.00 | Derrick D Jackson |
| 02/15/2023 | 02/16/2023 | | | | | | 120,726.00 | | 5,879,272.00 | Derrick D Jackson |

**U.S. Department of Education - EDCAPS**
**G5 - Award History Report**

10/23/2025
14:19:02

UEI Number:    DHJ6MWMNEH38    Grantee Name: CITY OF NEW YORK BOARD OF EDUCATION

**PR/Award Number:   S165A220037**

| Effective Date | Transaction Date | Authorization | Draw | Return | Adjustment | Refund /Offset | Confirmed Deposit | Available Balance | Action By |
|---|---|---|---|---|---|---|---|---|---|
| 02/14/2023 | 02/14/2023 | | 120,726.00 | | | | | 5,879,272.00 | Derrick D Jackson |
| 09/30/2022 | 09/30/2022 | 2,999,999.00 | | | | | | 5,999,998.00 | Lisa Harrison |
| 10/01/2022 | 09/30/2022 | 2,999,999.00 | | | | | | 2,999,999.00 | Lisa Harrison |
| Totals | | 8,999,997.00 | 6,554,815.00 | 0.00 | | 0.00 | 6,554,815.00 | 0.00 | |

Page 2 of 2

# U.S. Department of Education – EDCAPS
## G5 - Award History Report

10/23/2025
14:17:14

UEI Number:     DHJ6MWMNEH38     Grantee Name: CITY OF NEW YORK BOARD OF EDUCATION

**PR/Award Number:   S165A230011**

| Effective Date | Transaction Date | Authorization | Draw | Return | Adjustment | Refund /Offset | Confirmed Deposit | Unprocessed Deobligation | Available Balance | Action By |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/26/2025 | 08/26/2025 | | | | | | 836,662.00 | | 1,874,286.00 | Felicite Ganao |
| 08/25/2025 | 08/25/2025 | | 836,662.00 | | | | | | 1,874,286.00 | valerie Cruz Santos |
| 06/12/2025 | 06/12/2025 | | | | | | 652,193.00 | | 2,710,948.00 | Derrick D Jackson |
| 06/11/2025 | 06/11/2025 | | 652,193.00 | | | | | | 2,710,948.00 | Derrick D Jackson |
| 04/11/2025 | 04/11/2025 | | | | | | 639,072.00 | | 3,363,141.00 | Derrick D Jackson |
| 04/10/2025 | 04/10/2025 | | 639,072.00 | | | | | | 3,363,141.00 | Derrick D Jackson |
| 02/13/2025 | 02/13/2025 | | | | | | 746,609.00 | | 4,002,213.00 | Derrick D Jackson |
| 02/12/2025 | 02/12/2025 | | 746,609.00 | | | | | | 4,002,213.00 | Derrick D Jackson |
| 01/09/2025 | 01/10/2025 | | | | | | 483,205.00 | | 4,748,822.00 | valerie Cruz Santos |
| 01/08/2025 | 01/08/2025 | | 483,205.00 | | | | | | 4,748,822.00 | Derrick D Jackson |
| 10/22/2024 | 10/23/2024 | | | | | | 218,621.00 | | 5,232,027.00 | Derrick D Jackson |
| 10/21/2024 | 10/21/2024 | | 218,621.00 | | | | | | 5,232,027.00 | Derrick D Jackson |
| 08/13/2024 | 08/13/2024 | | | | | | 239,819.00 | | 5,450,648.00 | Derrick D Jackson |
| 08/12/2024 | 08/12/2024 | | 239,819.00 | | | | | | 5,450,648.00 | valerie Cruz Santos |
| 06/07/2024 | 06/07/2024 | | | | | | 102,912.00 | | 5,690,467.00 | Derrick D Jackson |
| 06/06/2024 | 06/06/2024 | | 102,912.00 | | | | | | 5,690,467.00 | Derrick D Jackson |
| 04/12/2024 | 04/12/2024 | | | | | | 147,538.00 | | 5,793,379.00 | Derrick D Jackson |
| 04/11/2024 | 04/11/2024 | | 147,538.00 | | | | | | 5,793,379.00 | Derrick D Jackson |
| 02/13/2024 | 02/13/2024 | | | | | | 29,990.00 | | 5,940,917.00 | Derrick D Jackson |
| 02/12/2024 | 02/12/2024 | | 29,990.00 | | | | | | 5,940,917.00 | Derrick D Jackson |
| 12/20/2023 | 12/20/2023 | | | | | | 29,091.00 | | 5,970,907.00 | valerie Cruz Santos |
| 12/19/2023 | 12/19/2023 | | 29,091.00 | | | | | | 5,970,907.00 | Derrick D Jackson |
| 09/29/2023 | 09/29/2023 | 2,999,999.00 | | | | | | | 5,999,998.00 | Lisa Harrison |
| 10/01/2023 | 09/28/2023 | 2,999,999.00 | | | | | | | 2,999,999.00 | Lisa Harrison |
| Totals | | 5,999,998.00 | 4,125,712.00 | 0.00 | | 0.00 | 4,125,712.00 | 0.00 | | |

# U.S. Department of Education – EDCAPS
## G5 - Award History Report

10/23/2025
14:16:29

UEI Number: DHJ6MWMNEH38   Grantee Name: CITY OF NEW YORK BOARD OF EDUCATION

**PR/Award Number: S165A230012**

| Effective Date | Transaction Date | Authorization | Draw | Return | Adjustment | Refund/Offset | Confirmed Deposit | Unprocessed Deobligation | Available Balance | Action By |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/10/2025 | 10/10/2025 | | | | | | 339,770.00 | | 2,741,671.00 | valerie Cruz Santos |
| 10/09/2025 | 10/09/2025 | | 339,770.00 | | | | | | 2,741,671.00 | Derrick D Jackson |
| 08/26/2025 | 08/26/2025 | | | | | | 414,128.00 | | 3,081,441.00 | Felicite Ganao |
| 08/25/2025 | 08/25/2025 | | 414,128.00 | | | | | | 3,081,441.00 | valerie Cruz Santos |
| 06/13/2025 | 06/13/2025 | | | | | | 373,241.00 | | 3,495,569.00 | Derrick D Jackson |
| 06/12/2025 | 06/12/2025 | | 373,241.00 | | | | | | 3,495,569.00 | Derrick D Jackson |
| 04/11/2025 | 04/11/2025 | | | | | | 71,207.00 | | 3,868,810.00 | Derrick D Jackson |
| 04/10/2025 | 04/10/2025 | | 71,207.00 | | | | | | 3,868,810.00 | Derrick D Jackson |
| 02/19/2025 | 02/19/2025 | | | | | | 358,339.00 | | 3,940,017.00 | Derrick D Jackson |
| 02/18/2025 | 02/18/2025 | | 358,339.00 | | | | | | 3,940,017.00 | Derrick D Jackson |
| 01/09/2025 | 01/10/2025 | | | | | | 523,719.00 | | 4,298,356.00 | valerie Cruz Santos |
| 01/08/2025 | 01/08/2025 | | 523,719.00 | | | | | | 4,298,356.00 | Derrick D Jackson |
| 10/22/2024 | 10/23/2024 | | | | | | 227,984.00 | | 4,822,075.00 | Derrick D Jackson |
| 10/21/2024 | 10/21/2024 | | 227,984.00 | | | | | | 4,822,075.00 | Derrick D Jackson |
| 08/08/2024 | 08/08/2024 | | | | | | 247,027.00 | | 5,050,059.00 | Derrick D Jackson |
| 08/07/2024 | 08/07/2024 | | 247,027.00 | | | | | | 5,050,059.00 | Derrick D Jackson |
| 06/07/2024 | 06/07/2024 | | | | | | 238,424.00 | | 5,297,086.00 | Derrick D Jackson |
| 06/06/2024 | 06/06/2024 | | 238,424.00 | | | | | | 5,297,086.00 | Derrick D Jackson |
| 04/12/2024 | 04/12/2024 | | | | | | 204,921.00 | | 5,535,510.00 | Derrick D Jackson |
| 04/11/2024 | 04/11/2024 | | 204,921.00 | | | | | | 5,535,510.00 | Derrick D Jackson |
| 02/13/2024 | 02/13/2024 | | | | | | 203,485.00 | | 5,740,431.00 | Derrick D Jackson |
| 02/12/2024 | 02/12/2024 | | 203,485.00 | | | | | | 5,740,431.00 | Derrick D Jackson |
| 12/20/2023 | 12/20/2023 | | | | | | 56,082.00 | | 5,943,916.00 | valerie Cruz Santos |
| 12/19/2023 | 12/19/2023 | | 56,082.00 | | | | | | 5,943,916.00 | Derrick D Jackson |
| 09/29/2023 | 09/29/2023 | 2,999,999.00 | | | | | | | 5,999,998.00 | Lisa Harrison |
| 10/01/2023 | 09/28/2023 | 2,999,999.00 | | | | | | | 2,999,999.00 | Lisa Harrison |
| Totals | | 5,999,998.00 | 3,258,327.00 | 0.00 | | 0.00 | 3,258,327.00 | 0.00 | | |