*The Board of Education of the City School District of the City of New York v. United States Department of Education, et al.*, No. 25 Civ. 8547 (AS)

<u>Plaintiff's Response to Defendants' Chart of Elements</u>

**I.     Count I – Violation of the Administrative Procedure Act Through Agency Action Without Observance of Procedure Required by Law (Title IX)**

| Defendants' Statement of Elements Not Plausibly Alleged | Plaintiffs' Responsive Citations |
|---|---|
| That the agency action was taken without observance of procedure required by law | See Complaint ¶¶ 50-63 (agency actions); 82-92 (agency failure to follow Title IX procedure); 102-108 (agency failure was in violation of the APA) |

**II.    Count II – Violation of the Administrative Procedure Act through Agency Action Without Observance of Procedure Required by Law (MSAP, GEPA, 2 C.F.R. § 200)**

| Defendants' Statement of Elements Not Plausibly Alleged | Plaintiffs' Responsive Citations |
|---|---|
| That the agency action was taken without observance of procedure required by law | See Complaint ¶¶ 50-63 (agency actions); 27-32, 82-92 (agency failure to follow MSAP procedure); 111-115 (agency failure was in violation of the APA) |

**III.   Count III – Violation of the Administrative Procedure Act through Arbitrary and Capricious Agency Action**

| Defendants' Statement of Elements Not Plausibly Alleged | Plaintiffs' Responsive Citations |
|---|---|
| That the agency action was arbitrary or capricious | See Complaint ¶¶ 20, 25-32 (failure to consider relevant factors); 38-41, 51-59, 82-92 (failure to provide reasoned explanation); 25-49 (failure to account for reliance interests); 118-127 (agency actions arbitrary and capricious in violation of the APA) |

**IV.    Count IV – Violation of the Administrative Procedure Act, 5 U.S.C. § 706(2)(D) through Agency Action without Notice and Comment Rulemaking**

| Defendants' Statement of Elements Not Plausibly Alleged | Plaintiffs' Responsive Citations |
|---|---|
| That the agency action was required to go through notice-and-comment rulemaking | See Complaint ¶¶ 72-77 (agency actions); 131-134 (agency failed to engage in required rulemaking in violation of the APA) |

**V.     Count V – Violation of the Administrative Procedure Act, 5 U.S.C. § 706(2)(D) through Agency Action Contrary to Law**

| Defendants' Statement of Elements Not Plausibly Alleged | Plaintiffs' Responsive Citations |
|---|---|
| That the agency action was not in accordance with law | See Complaint ¶¶ 50-63, 72-77 (agency actions); 139-141 (agency actions were contrary to law in violation of the APA) |