UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Board of Education of The City School District of The City of New York,<br><br>                      Plaintiff,<br><br>-against-<br><br>United States Department of Education, et al.,<br><br>                      Defendants. | 25-cv-8547 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The hearing on the motion for a preliminary injunction scheduled for Monday, November 10 has been rescheduled to Thursday, November 13 at 10 a.m. ET in Courtroom 15A.

      Any attorney who wishes to appear remotely shall send a request by email to chambers no later than 12 noon on Friday, November 7, so that court staff has sufficient time to coordinate the videoconference technology.

      SO ORDERED.

Dated: November 6, 2025
       New York, New York

                                                  ARUN SUBRAMANIAN
                                                  United States District Judge