UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
THE BOARD OF EDUCATION OF THE CITY SCHOOL
DISTRICT OF THE CITY OF NEW YORK

                              Plaintiff,

                        v.

UNITED STATES DEPARTMENT OF EDUCATION,
LINDA MCMAHON, in her official capacity as Secretary
of the United States Department of Education, CRAIG W.
TRAINOR, in his capacity as Acting Assistant Secretary for
Civil Rights, and LINDSEY M. BURKE, in her capacity as
Deputy Chief of Staff for Policy and Programs,

                              Defendants.
------------------------------------------------------------------------x

No. 25-cv-08547

**DECLARATION OF
SERITTA SCOTT**

SERITTA SCOTT, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct:

1.      I am the Chief Financial Officer ("CFO") of the Board of Education of the City School District of the City of New York, operating as New York City Public Schools ("NYCPS") and have held this position since October 2022. NYCPS is the nation's largest school system, with almost a million students attending over 1,600 schools.

2.      As CFO, I oversee all financial and budgetary operations for NYCPS, including, but not limited to, State and federal grants, city tax levy allocations, and school allocations. Prior to serving as CFO, for 10 years, I served in the Education Unit of the New York City Office of Management and Budget, during the last few years in director-level positions as Assistant Director from August 2018 to November 2020 and Associate Director from November 2020 to October 2022, managing issues related to expense, revenue and capital for NYCPS, the City University of New York, and the School Construction Authority.

3.      I make this Declaration in my capacity as CFO of NYCPS based on my personal knowledge and observations, conversations with my staff and other officials of NYCPS, and my review of NYCPS' documents and records, and I am familiar with the matters set forth herein.

4.      I respectfully submit this Declaration in support of Plaintiffs' Motion for a Preliminary Injunction in order to place before the Court certain testimony and documents relevant to the relief requested.

**The Magnet Schools Assistance Program**

5.      NYCPS operates an extensive portfolio of distinct types of schools, including magnet schools. Magnet schools receive federal grant funding through the Magnet Schools Assistance Program ("MSAP"). MSAP was first authorized by Congress in 1965 to provide federal funding to public schools to support desegregation, and was reauthorized in 2015.

6.      MSAP grants are awarded through a competitive process and provide for annual awards of up to $15M per school or consortium of schools over the course of the five-year grant cycle. For subsequent "continuation" years (i.e., every year in a multi-year grant after the first budget year), the grants are not competitive and are approved on the basis of performance and financial reports regarding the current federal grant year, which runs from October 1st through September 30th.

7.      NYCPS currently has five Magnet School grant projects that received MSAP grant awards in 2022 and 2023, and are the subject of this lawsuit. Each of these projects involves two or more of NYCPS's 32 community school districts ("CSD"): (1) Brooklyn Inter-District (CSD 32 and 16); (2) Brooklyn and Queens Inter-District (CSD 19 and 27); (3) Queens Inter-District (CSD 28 and 29); (4) Bronx Inter-District (CSD 7, 10, and 11); and (5) Manhattan

Inter-District (CSD 4, 2, and 6) (together, the "MSAP Grant Projects" or the "Projects"). The Projects draw students from two or more CSDs as this creates a broad applicant pool that supports the goal of diversity. Together, the Projects serve approximately 7,700 students.

8.      The U.S. Department of Education ("USDE") awarded MSAP grants to three of the Projects—the Brooklyn Inter-District Project, the Brooklyn and Queens Inter-District Project, and the Queens Inter-District Project—commencing on October 1, 2022 (together, the "MSAP 2022 Projects"), and awarded MSAP grants to the other two Projects—the Bronx Inter-District Project and the Manhattan Inter-District Project—commencing on October 1, 2023 (the "MSAP 2023 Projects"). Each MSAP Grant Project was awarded $14,999,995 to be disbursed over a five-year period, with each Project to receive approximately $3M each year of the grant period, for a total grant award, across all of the MSAP Grant Projects, of almost $75 million. Of that grant award, since October 1, 2022, USDE has allocated $39M to the five MSAP Grant Projects across multiple grant periods through the end of the federal fiscal year 2025. Funds are "allocated" or promised to NYCPS when USDE sends the Grant Award Notification ("GAN") to NYCPS, providing notification that the grant has been awarded for the upcoming annual grant budget period (i.e., October 1 through September 30) and identifying the amount of the award for that period. The remaining balance of the original grant award—$36 million divided amongst the five MSAP Grant Projects—was anticipated to be allocated over the final two annual grant budget periods for the MSAP 2022 Projects, and the final three annual grant budget periods for the MSAP 2023 Projects.

**The MSAP Grant Cycle**

9.      MSAP grants follow a typical annual grant cycle linked to the federal fiscal year. For example, in the first year of an MSAP 2022 Project grant, USDE sent to each Project, on

or about September 30, 2022, a GAN, which authorized funding for the budget period commencing on October 1st of that year, and concluding on September 30 of the following year. The GAN set forth the amount of funding being allocated for a particular budget period, and it also identified the performance period for the grant, that is, the complete length of time the Project is proposed to be funded to complete the approved activities – in this case, 5 years. True copies of the first year GANs for each MSAP Grant Project (without attachments) are attached here to as Exhibit 1.

10.    Once NYCPS received the GAN, NYCPS' MSAP Program Office then notified the MSAP-funded schools (the "Schools") of the amount of funding they would receive under the grant for that grant year. The amount for each School was then entered into Galaxy, a NYCPS digital platform that allows schools to use funding allocated to them for expenditures and to journal and track them. Schools were then able to begin using the funding for supplies, personnel salaries, technology, and books and curricular materials, among other things.

11.    Because MSAP grants operate on a reimbursable basis, during each grant period, NYCPS periodically notifies USDE of the amount of money schools have expended on allowable purchases to obtain reimbursement for these expenditures. This is called "drawing down" on the grant funding.

12.    At the end of an annual grant period, if not all of the funds have been spent during the fiscal year, NYCPS has always been permitted to "carryover" the unspent funds to the following grant period. The carryover funds must be spent before the new funding is utilized in the new grant continuation year. There is often additional carryover in the early years of a grant, which causes the carryover amount to increase, cumulatively, with each successive year.

13.    After the initial year, continuation of a grant is conditioned on progress toward meeting performance requirements (as demonstrated by performance reports and financial

reporting) and on certification by USDE's Office for Civil Rights ("OCR") that each MSAP Project complies with previously provided assurances that it will not engage in discrimination based on race, religion, color, national origin, sex, or disability.  USDE typically bases continuation of a grant on data and information submitted by NYCPS about performance metrics, specifically, in the Spring Annual Performance Report ("APR"), as well as on OCR's certification of compliance with the civil rights assurances.  The APR, which each MSAP Project submits in April or May each year, provides information about the performance of each MSAP-funded School and financial information about expenditures.  Based upon this information, as well as any specific inquiries made after reviewing the APR, USDE determines whether the grant will be continued during the next grant continuation year.

14.    Each year, USDE communicates to NYCPS about whether a grant will continue by sending a GAN regarding the relevant MSAP Project.  It typically does so at the very end of September, just before the next budget period begins on October 1st.

15.    For the first three years of the MSAP 2022 Projects, and the first two years of the MSAP 2023 Projects, USDE sent GANs for each of the Projects to NYCPS on the following dates:

| MSAP GRANTS | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|
| CSD 4/2/6 | | 9/28/23 | ** 10/29/24 | 9/29/25 |
| CSD 7/10/11 | | 9/28/23 | ** 10/29/24 | 9/29/25 |
| CSD 19/27 | 9/30/22 | 9/29/23 | ** 10/29/24 | 9/29/25 |
| CSD 28/29 | 9/30/22 | 9/29/23 | 9/27/24 | 9/29/25 |
| CSD 32/16 | 9/30/22 | 9/28/23 | 9/27/24 | 9/29/25 |

**In 2024, NYCPS did not receive the GANs by 9/30.  NYCPS reached out to USDE two times, on 10/2/24 and 10/15/24, to inquire about the GANs.  NYCPS received the GANs on 10/29/24.

**The FY 2025 Grant Cycle**

16.    In mid-September of the FY25 grant cycle, there was an abrupt change in

the grant process.

17.    Until then, the grant cycle had proceeded on the timelines described above. However, in FY 2025, each MSAP Project had submitted its APR to USDE on May 30, 2025, and was expecting to receive a GAN from USDE that would continue the MSAP Project Grants in late September, on either September 28th or 29th, as in prior years.

18.    In September 2025, the total balance remaining on all of the MSAP Project grants for FY25 was approximately $12 million, which NYCPS expected would become carryover for the next grant period.  Consistent with usual practice, NYCPS notified the Schools at the end of June 2025 that this carryover funding would be in their FY26 budgets and available to spend as of July 1, 2025, the first day of NYCPS' fiscal year, which runs from July 1st through June 30th, so they could begin planning programming and purchasing needed supplies for the upcoming school year.

19.    During the summer months, the Schools began spending to prepare for the upcoming school year.  Typical expenditures include: purchasing supplies, technology, and curricular materials, planning for professional development, developing thematic programming, and preparing recruitment materials.

20.    On September 16, 2025, NYCPS received a letter from Acting Assistant Secretary Craig Trainor of OCR, notifying NYCPS that he would not certify NYCPS' MSAP Grants for FY26 and each grant would be "non-continued … because it is no longer in the interest of the Federal Government."  ("Trainor Letter", attached to the Declaration of Chancellor Aviles-Ramos (the "Aviles-Ramos Declaration"), as Exh. 1.)

21.    The Trainor Letter was followed by a letter sent to NYCPS on September 26, 2025, by Lindsey M. Burke, Deputy Chief of Staff for Policy and Programs, USDE, reiterating

that NYCPS' MSAP Grants are being non-continued, and encouraging the Projects to "carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to 'promptly refund any unobligated funds' that have been paid out but 'are not authorized to be retained'." ("Burke Letter", attached to the Aviles-Ramos Declaration as Exhibit 4.)

22.    Based on the language used in the Burke letter, it was my understanding that no further MSAP grant funding would be allocated to the NYCPS MSAP Projects for the remaining years of the five-year grants, including FY26, which had already commenced.

23.    My understanding was confirmed by the five amended GANs that NYCPS received on September 29, 2025, which expressly stated that the "Performance Period" for each of NYCPS' MSAP Grants ended on 9/30/25", rather than the previous end date of 9/30/27 or 9/30/28. True copies of the September 29, 2025 GANs for each MSAP Grant Project (without attachments) are attached here to as Exhibit 2.

24.    These GANs confirmed that NYCPS' MSAP Grants were being non-continued as of September 30, 2025, there would be no carryover of remaining grant funds from FY25 into FY26, and all MSAP grant funding for the MSAP-funded Schools would cease as of September 30, 2025.

**Harmful Effects of Termination of MSAP Grant Funding**

25.    The sudden, unexpected termination of MSAP grant funding is very damaging to the MSAP Project Schools and the students and families they serve.

26.    Without this funding, many of the services and programming that have been provided to date – and made these schools Magnet Schools – will no longer be available. Such services and programming include full-time magnet staff at each school, "per session" funds to

pay for instruction at after-school programs, partnerships with outside entities (such as the Metropolitan Museum of Art), professional development programs for school staff to enhance pedagogical practices, creation of thematic and interdisciplinary curricula, activities that engage families, and a robust outreach program that draws a diverse pool of student applicants.

27. The timing of the grant discontinuance – after the school year has begun – exacerbates the harm. It deprives students who have enrolled in and are attending these programs of the educational opportunities they applied for and expected to receive. It also harms the schools. Because this is a reimbursable grant, schools plan and make expenditures based upon the expectation that grant funding will reimburse those expenditures. The harm is immediate and severe where, as here, funding is discontinued without warning during the school year, after planning for budgets and programming has been completed, thematic courses are being taught, partnerships have been created, after-school programs are operating, and schools are relying on reimbursement of these expenditures under the grants to continue providing specialized programming.

28. Finally, USDE's modification of the grant period to make it terminate on September 30, 2025, deprives the schools of the approximately $11 million in carryover funding from FY 2025 that remained after September 30, 2025. This funding could have sustained the schools while this litigation proceeded, but it has been cut as well, leaving the schools with no grant funding for programming beginning on October 1, 2025.

Dated: October 15, 2025
New York, New York

_____
SERITTA SCOTT

- 8 -