UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Board of Education of The City School District of The City of New York,<br><br>                    Plaintiff,<br><br>-against-<br><br>United States Department of Education, et al.,<br><br>                    Defendants. | 25-cv-8547 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      In advance of Thursday's hearing, defendants' counsel should consult with their clients to determine whether defendants would agree to permit plaintiff to use non-expended funds from the prior budget year for the current budget year, including for obligations arising after September 30, 2025. Defendants already have agreed that such funds can be used for obligations incurred on or before that date. Dkt. 24 at 32. Such an agreement would moot plaintiff's motion for interim relief while preserving all of defendants' arguments with respect to the remainder of plaintiff's action, including the argument raised on defendant's motion to dismiss.

      SO ORDERED.

Dated: November 12, 2025
       New York, New York

                                                    ARUN SUBRAMANIAN
                                                  United States District Judge