UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK,<br><br>                              Plaintiff,<br><br>               -against-<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>                              Defendants. | 25-cv-8547 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The Court was informed at today's hearing that the parties have reached a settlement in principle regarding the relief sought in plaintiff's preliminary-injunction motion. The Court directs the parties to proceed as follows:

1. By Monday, November 17, 2025, the parties should finalize their settlement and file any their proposed order regarding the relief on the preliminary-injunction motion.

2. By the same date, the parties should file a joint letter proposing a deadline for production of the administrative record and a briefing schedule for motions for summary judgment.

      SO ORDERED.

Dated: November 13, 2025
       New York, New York

                                                                 ARUN SUBRAMANIAN
                                                                 United States District Judge