

| | THE CITY OF NEW YORK | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **MELANIE C.T. ASH**<br>*Deputy Chief*<br>P: (212) 356-2276<br>mash@law.nyc.gov |

November 17, 2025

**VIA ECF**

Hon. Arun Subramanian
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:  *Board of Education of the City School District of the City of New York v. United States Department of Education, et al.*, No. 25-cv-08547 (AS)(OTW)

Dear Judge Subramanian:

      Pursuant to the Court's Order on November 13, 2025 (Dkt. No. 36) I write on behalf of the parties in the above-entitled action to submit the following agreed-upon, proposed schedule for production of the administrative record and briefing of the parties' motions for summary judgment:

Defendants to produce the administrative record by November 25, 2025;
Plaintiff to file its motion for summary judgment by December 16, 2025;
Defendants to file their cross-motion/opposition by January 14, 2026;
Plaintiff to file its opposition/reply by February 6, 2026; and
Defendants to file their reply no later than two weeks from the date that Plaintiff's opposition/reply is filed.

      The parties are in the process of meeting and conferring on language for a consent order resolving Plaintiff's motion for a preliminary injunction, and respectfully request one additional day to reach agreement and file the proposed order.

                                                  Respectfully submitted,

                                                    Melanie C.T. Ash

cc: Jeffrey Oestericher
    Assistant United States Attorney
    Jeffrey.oestericher@usdoj.gov
    *via email*