

| | THE CITY OF NEW YORK | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **MELANIE C.T. ASH**<br>*Deputy Chief*<br>P: (212) 356-2276<br>mash@law.nyc.gov |

November 17, 2025

**VIA ECF**

Hon. Arun Subramanian
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re: *Board of Education of the City School District of the City of New York v. United States Department of Education, et al.*, No. 25-cv-08547 (AS)(OTW)

Dear Judge Subramanian:

      Pursuant to the Court's Order on November 13, 2025 (Dkt. No. 36) I write on behalf of the parties in the above-entitled action to submit the following agreed-upon, proposed schedule for production of the administrative record and briefing of the parties' motions for summary judgment:

      Defendants to produce the administrative record by November 25, 2025;
      Plaintiff to file its motion for summary judgment by December 16, 2025;
      Defendants to file their cross-motion/opposition by January 14, 2026;
      Plaintiff to file its opposition/reply by February 6, 2026; and
      Defendants to file their reply no later than two weeks from the date that Plaintiff's opposition/reply is filed.

      The parties are in the process of meeting and conferring on language for a consent order resolving Plaintiff's motion for a preliminary injunction, and respectfully request one additional day to reach agreement and file the proposed order.

                                                           Respectfully submitted,

                                                            Melanie C.T. Ash

cc: Jeffrey Oestericher
Assistant United States Attorney
Jeffrey.oestericher@usdoj.gov
*via email*

The one-day extension to file the proposed agreement regarding preliminary relief is GRANTED. The agreement should be filed today, November 18.

The Court adopts the parties' proposed schedule for summary judgment. Should defendants move for summary judgment, the Court intends to deny their pending motion to dismiss as moot, without prejudice to defendants raising the same arguments in their summary judgment briefing. Alternatively, should defendants choose not file a motion for summary judgment, the Court will consider their pending motion to dismiss alongside plaintiff's motion for summary judgment.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: November 18, 2025