

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

November 18, 2025

**BY ECF**

The Honorable Arun Subramanian
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    *Board of Education of the City School District of the City of New York v. United States Department of Education, et al.*, 25 Civ. 08547 (AS)(OTW)

Dear Judge Subramanian:

        This Office represents the defendants in the above-referenced matter. I write, with the consent of plaintiff's counsel, respectfully to request a one-day extension of the parties' deadline to file the proposed agreement regarding preliminary relief (*see* ECF No. 38). The parties are continuing to meet and confer on language for a consent order resolving plaintiff's motion for a preliminary injunction and require one additional day to discuss the matter.

<div style="float:right">

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:  /s/ *Jeffrey Oestericher*
JEFFREY OESTERICHER
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2695
E-mail: jeffrey.oestericher@usdoj.gov

</div>

GRANTED.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 39.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: November 19, 2025