

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 44.

November 25, 2025

SO ORDERED.

**By ECF**
The Honorable Arun Subramanian
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007

Arun Subramanian, U.S.D.J.
Date: November 25, 2025

Re:   *Board of Education of the City School District of New York v. United States Department of Education, et al.*, No. 25 Civ. 08547 (AS)

Dear Judge Subramanian:

      This Office represents the United States Department of Education, Linda McMahon, in her capacity as Secretary of the United States Department of Education, Kimberly M. Richey, in her capacity as Assistant Secretary for Civil Rights, and Lindsey M. Burke, in her capacity as Deputy Chief of Staff for Policy and Programs (collectively, the "Government" or "Defendants") in the above-referenced action brought by plaintiff The Board of Education of the City School District of New York ("Plaintiff"). Pursuant to Section 11.C.iv of Your Honor's Individual Practices, we respectfully request, with Plaintiff's consent, that the Court allow Defendants to deliver the administrative record in this action to the Clerk of Court, along with courtesy copies by CD, thumb drive, or secure file transfer delivered to Chambers and Plaintiff, in lieu of electronically filing the record on the docket.

      Because this is an action under the Administrative Procedure Act, Defendants must provide the Court with the agency administrative record in connection with the Court's review. The agency administrative record contains numerous references to personally identifiable information pursuant to Federal Rule of Civil Procedure 5.2, including the names and contact information of parents, students, and teachers. In addition, the agency administrative record is voluminous, totaling over 3,000 pages across over 40 separate PDF documents.  For these reasons, we respectfully request the Court's leave to deliver the agency administrative record to the Clerk of Court, along with courtesy copies by CD, thumb drive, or secure file transfer to Chambers and Plaintiff, in lieu of filing the record electronically on the public docket.

Page 2

We thank the Court for its consideration of this request.

                                              Respectfully submitted,

                                              JAY CLAYTON
                                              United States Attorney for the
                                              Southern District of New York

                                    By: /s/ *Jeffrey Oestericher*
                                              JEFFREY S. OESTERICHER
                                              Assistant United States Attorney
                                              86 Chambers Street, Third Floor
                                              New York, New York 10007
                                              Tel.: (212) 637-2695
                                              jeffrey.oestericher@usdoj.gov

CC: Plaintiff's counsel (by ECF)