

**GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 48.**

**SO ORDERED.**

*Arun Subramanian, U.S.D.J.*
*Date: December 16, 2025*

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MELANIE C.T. ASH**
*Deputy Chief*
P: (212) 356-2276
mash@law.nyc.gov

December 15, 2025

**VIA ECF**

Hon. Arun Subramanian
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re: *Board of Education of the City School District of the City of New York v. United States Department of Education, et al.*, No. 25-cv-08547 (AS)(OTW)

Dear Judge Subramanian:

  I write, pursuant to Your Honor's Individual Practice Rule 8(A), on behalf of the Plaintiff, Board of Education of the City School District of the City of New York, with consent of Defendants' counsel, to request an expansion of the word-count for initial Summary Judgment briefing, from 8,750 words to 10,500 words for each parties' moving memorandum of law. The Plaintiff submits that such expansion is necessary to provide the Court with adequate briefing given the complexity and diversity of questions to be addressed in the memoranda.

             Respectfully submitted,

             Melanie C.T. Ash

cc: Jeffrey Oestericher
   Assistant United States Attorney
   Jeffrey.oestericher@usdoj.gov
   *via email*