UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
THE BOARD OF EDUCATION OF THE CITY
SCHOOL DISTRICT OF THE CITY OF NEW YORK,

                                  Plaintiff,

        -against-

UNITED STATES DEPARTMENT OF EDUCATION,
LINDA MCMAHON, in her official capacity as
Secretary of the United States Department of Education,
KIMBERLY W. RICHEY, in her capacity as Assistant
Secretary for Civil Rights, and LINDSEY M. BURKE,
in her capacity as Deputy Chief of Staff for Policy and
Programs,

                                  Defendants.
------------------------------------------------------------------- x

No. 25-cv-08547 (AS)(OTW)

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

        **PLEASE TAKE NOTICE** that upon the Declaration of Melissa Aviles-Ramos, dated October 15, 2025 and the exhibits annexed thereto (Dkt 6); the Declaration of Seritta Scott, dated October 15, 2025 and the exhibits annexed thereto (Dkt 32); the Supplemental Declaration of Seritta Scott dated December 16, 2025 and the exhibits annexed thereto; and upon Plaintiff's Memorandum of Law in Support of Motion for Summary Judgment, Plaintiff The Board of Education of the City School District of the City of New York, by its attorney, Muriel Goode-Trufant, Corporation Counsel of the City of New York, will move this Court, at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order pursuant to Fed. R. Civ. P. 56:

        (1) granting summary judgment to Plaintiff on its claims;

        (2) holding unlawful, vacating, and setting aside in all respects the Discontinuation of the five MSAP grants, including as effectuated through the September 29, 2025 amended Grant Award Notifications;

1

(3) granting declaratory and injunctive relief to ensure that the Department issues a lawful continuation determination for FY2026 as to each MSAP grant, within ten (10) days of entry of this Court's order;

(4) permanently enjoining Defendants from issuing Discontinuation decisions or otherwise refusing to continue funding of the MSAP grants based on Title IX findings, or "civil rights violations" relating to Title IX, unless and until complying with the Title IX procedures including those required by 20 U.S.C. § 1682; and

(5) granting such other and further relief as the Court deems just and proper.

Dated:     December 16, 2025
             New York, New York

Muriel Goode-Trufant
*Corporation Counsel of the City of New York*
Attorney for Plaintiff

By: _____
Melanie C.T. Ash
Deputy Chief
100 Church Street, 3rd Floor
New York, NY 10007
(212) 356-2276
mash@law.nyc.gov