UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Board of Education of The City School District of The City of New York,<br><br>        Plaintiff,<br><br>    -against-<br><br>United States Department of Education et al.,<br><br>        Defendants. | 25-CV-8547 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The unopposed motions for leave to file amicus briefs by The Defense of Freedom Institute and by Oklahoma and 17 other states are GRANTED. The briefs are deemed filed.

  Defendants' initial motion to dismiss, or in the alternative, for summary judgment has been superseded by their renewed motion. *See* Dkts. 23, 56. It is therefore DENIED WITHOUT PREJUDICE. To be clear, the Court is not ruling on the merits of the motion, and defendants are free to raise the same arguments in their renewed motion. The existing briefing schedule remains in place, and the Court will rule on plaintiff's motion for summary judgment and defendants renewed motion to dismiss or for summary judgment in due course.

  The Clerk of Court is respectfully directed to terminate the motions at Dkts. 23, 61, and 67.

  SO ORDERED.

Dated: January 22, 2026
    New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge