**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
 The Board of Education of the City School District
of the City of New York,

                              Plaintiff,

            -against-                                                    25 **CIVIL** 8547 (AS)

                                                                        **JUDGMENT**

United States Department of Education et al.,

                              Defendants.
------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated April 8, 2026, NYCPS's motion for summary

judgment is GRANTED; defendants' motion to dismiss or for summary judgment is DENIED;

accordingly, the case is closed.

**Dated:** New York, New York

    April 9, 2026

                                                      **TAMMI M. HELLWIG**
                                         _____
                                                      **Clerk of Court**


                                  **BY:** _____
                                                      **Deputy Clerk**