UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

THE BOARD OF EDUCATION OF THE CITY SCHOOL
DISTRICT OF THE CITY OF NEW YORK,

          Plaintiff,

          v.

UNITED STATES DEPARTMENT OF EDUCATION, et al.,

          Defendants.

------------------------------------------------------------------------x

25-cv-08547 (AS)

**[PROPOSED]**

**ORDER TO SHOW CAUSE**

Upon the Declaration of Melanie C. T. Ash dated May 14, 2026; the Declaration of Todd Levitt dated May 14, 2026; and the accompanying Memorandum of Law, it is

**ORDERED** that the above named defendants show cause before a motion term of this Court, at Room ____, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on **May ____, 2026**, at ____ **o'clock**, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure:

    (a) Ordering defendants to remedy their non-compliance with the Court's April 8, 2026 order to make a continuation determination with respect to each of NYCPS's MSAP grants within 10 days of the order; and

    (b) The United States Department of Education having decided to continue the grants on April 17, 2026, ordering defendants to make continuation awards and issue corresponding Grant Award Notifications reflecting the continuation determinations within 5 days.

**ORDERED** that electronic delivery via ECF of this Order, together with all supporting papers, upon Defendants' counsel on or before **May __, 2026**, shall be deemed good and

-2-

sufficient service thereof and Plaintiff must file proof of service on the docket by **May __, 2026**; and it is further

ORDERED that Defendants shall file and serve responsive papers, if any, in opposition to Plaintiff's application no later than **May 21, 2026**, and Plaintiff shall file and serve reply papers, if any, no later than **May 25, 2026**.

DATED:    _____
New York, New York

_____
Hon. Arun Subramanian
United States District Judge