# EXHIBIT A

| | |
|---|---|
| **From:** | Ash, Melanie (Law) |
| **To:** | "Fidler, Harry (USANYS)"; "Marryshow, Danielle (USANYS)"; Mackie, Gavin (Law); Buch, June (Law) |
| **Cc:** | "Oestericher, Jeffrey (USANYS)" |
| **Subject:** | RE: [EXTERNAL] Board of Education of the City School District of the City of New York v. United States Department of Justice, et al., 25-civ-08547 |
| **Date:** | Tuesday, April 14, 2026 6:58:00 PM |

Hi Harry,

I write in response to your call yesterday seeking a 2-week extension of the 10-day deadline in the Court's April 8, 2026 Order for USDOE to issue continuation determination for each of NYCPS' five MSAP grants. We cannot agree to the extension.  In our conversation, you justified your request by noting that USDOE would shortly be sending out a letter requesting a written statement of how funds made available will be used, for use in making the determinations. While NYCPS has not received any such letter to date, as you know, continuation determinations are supposed to be made based on the annual performance reports submitted by the grantees. NYCPS provided USDOE with written statements in the form of the annual performance reports for each of the grants in May 2025, and as such USDOE already has in its possession all the information necessary to make the continuation determinations for the affected grants.

Thanks,

Melanie C.T. Ash
Deputy Chief, Affirmative Litigation Division
NYC Law Department
c: 917.828.3930
o: 212.356.2276

**From:** Ash, Melanie (Law)
**Sent:** Tuesday, April 14, 2026 3:35 PM
**To:** Fidler, Harry (USANYS) <Harry.Fidler@usdoj.gov>; Marryshow, Danielle (USANYS) <Danielle.Marryshow@usdoj.gov>; Isaias, Bianca (Law) <bisaias@law.nyc.gov>; Mackie, Gavin (Law) <gmackie@law.nyc.gov>; Buch, June (Law) <jbuch@law.nyc.gov>
**Cc:** Oestericher, Jeffrey (USANYS) <Jeffrey.Oestericher@usdoj.gov>
**Subject:** RE: [EXTERNAL] Board of Education of the City School District of the City of New York v. United States Department of Justice, et al., 25-civ-08547

Hi Harry,
Thanks for your email. I have a call scheduled with my client for this afternoon, and I hope to be able to get back to you soon after that.

Best,

Melanie C.T. Ash

Deputy Chief, Affirmative Litigation Division
NYC Law Department
c: 917.828.3930
o: 212.356.2276

---

**From:** Fidler, Harry (USANYS) <Harry.Fidler@usdoj.gov>
**Sent:** Tuesday, April 14, 2026 3:29 PM
**To:** Ash, Melanie (Law) <mash@law.nyc.gov>; Marryshow, Danielle (USANYS) <Danielle.Marryshow@usdoj.gov>; Isaias, Bianca (Law) <bisaias@law.nyc.gov>; Mackie, Gavin (Law) <gmackie@law.nyc.gov>; Buch, June (Law) <jbuch@law.nyc.gov>
**Cc:** Oestericher, Jeffrey (USANYS) <Jeffrey.Oestericher@usdoj.gov>
**Subject:** RE: [EXTERNAL] Board of Education of the City School District of the City of New York v. United States Department of Justice, et al., 25-civ-08547

Hi, Melanie:

Hope you are doing well.

I am following up on our conversation to see if you have an update on our request to extend the continuation decision deadline by two weeks – from April 17 to May 1.

Thanks,

Harry

_____

**Harry K. Fidler**
Assistant United States Attorney
Southern District of New York
86 Chambers Street, Third Floor
New York, NY 10007
Tel.: (212) 637-2321
Cell: (646) 832-8041
Harry.Fidler@usdoj.gov

---

**From:** Ash, Melanie (Law) <mash@law.nyc.gov>
**Sent:** Friday, October 31, 2025 4:47 PM
**To:** Marryshow, Danielle (USANYS) <Danielle.Marryshow@usdoj.gov>; Isaias, Bianca (Law) <bisaias@law.nyc.gov>; Mackie, Gavin (Law) <gmackie@law.nyc.gov>; Buch, June (Law) <jbuch@law.nyc.gov>
**Cc:** Fidler, Harry (USANYS) <Harry.Fidler@usdoj.gov>; Oestericher, Jeffrey (USANYS) <Jeffrey.Oestericher@usdoj.gov>
**Subject:** RE: [EXTERNAL] Board of Education of the City School District of the City of New York v. United States Department of Justice, et al., 25-civ-08547

Hi Danielle,