UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
THE BOARD OF EDUCATION OF THE
CITY SCHOOL DISTRICT OF THE CITY OF
NEW YORK

No. 25-cv-08547 (AS)

                      Plaintiff,

**DECLARATION OF
TODD LEVITT**

      v.

UNITED STATES DEPARTMENT OF
EDUCATION, et al.,

                    Defendants.
----------------------------------------------------------x

**TODD LEVITT**, pursuant to 28 U.S.C. § 1746(2), declares under penalty of perjury that the following is true and correct:

1.     I have been employed by the New York City Public Schools ("NYCPS") for more than thirty years and now serve as the Magnet School Assistance Program ("MSAP") Team Lead for NYCPS. I have held this position since 2019, after serving as Co-Lead for the MSAP Team beginning in 2009. I have also been a Magnet Project Director since 2008 and currently serve as Magnet Project Director of the District 13 MSAP Grant (which is not involved in this litigation). In these MSAP leadership positions, I have been responsible for the design, implementation, and oversight of NYCPS Magnet School Programs across all five boroughs of the City, in 23 of the City's 32 community school districts. My duties involve supervising all aspects of the MSAP Program, including, but not limited to, coordinating resources and services to maximize instructional and operational support for magnet schools; overseeing programs to support professional knowledge and skill development of MSAP Program personnel; developing outreach and informational strategies for recruitment; managing program evaluation, data-collecting, and reporting; managing the fiscal aspects of the program, including supporting schools and offices in

1

developing budgets and monitoring expenditures and drawdowns; liaising with the United States Department of Education ("USDE") and USDE's Office for Civil Rights on magnet school grant issues; and overseeing compliance in grant implementation.

2.　　I submit this Declaration in my capacity as NYCPS MSAP Team Lead based on my personal knowledge and observations, conversations with my staff and other officials of NYCPS, and my review of NYCPS' documents and records, and I am familiar with all matters set forth herein.

3.　　I respectfully submit this Declaration in support of Plaintiff's Motion to Enforce the Court's order issued in this case on April 8, 2026 (the "Order") and to place before the Court certain testimony and documents relevant to the relief requested.

**Events Since the Court's April 8, 2026 Opinion and Order**

4.　　I am aware that in an Order issued on April 8, 2026, the Court ordered defendants "to make a continuation determination with respect to each of NYCPS's MSAP grants within 10 days of this Order." Order, at p. 10.

5.　　On April 17, 2026, I received a "Notice of Continuation Determination" as to each of the five MSAP grants ("Notices"), which were sent by Murray Bessette, the Principal Deputy Assistant Secretary/Acting Assistant Secretary of USDE. The Notices for the MSAP Projects in District 7 and District 28 were sent directly to me; those for the other MSAP Projects were sent to the respective Magnet Project Directors, who forwarded them to me. Copies of the Notices are annexed hereto collectively as **Exhibit A.**

6.      The Notices stated that "[i]n compliance with the April 8, 2026, judgment" in this case, USDE "is issuing a new continuation determination for your grant award" and that "your grant award is being continued from October 1, 2025 through September 30, 2026."[1] *Id.* at 1.

7.      However, USDE did not award any funding in connection with the continuation determinations, which, in my experience, would always be included with a grant continuation. The Notices required "updated grant performance and financial information before making available further funding" and advised that "[a]fter receiving and reviewing the updated materials, the Department will evaluate the amount of continuation funding consistent with the procedures of 34 C.F.R. § 75.253(e)." *Id.*

8.      On April 20, 2026, I received Grant Award Notifications ("GANS") for each of the five MSAP Grants, annexed hereto as **Exhibit B**, from Gillian Cohen-Boyer of USDE's School Community and Improvement Programs. Each of these GANS extended the budget period to September 30, 2026, from the previous end-date of June 30, 2026. Each GAN also indicated that the amount of funding awarded for this budget period is "$0.00". Exhibit B at 1, Block 6.

9.      In emails sent by Ms. Boyer as to each of the grants on April 22, 2026, annexed hereto as **Exhibit C**, USDE reiterated its request for performance and budget information for the five MSAP projects, for the period covering October 1, 2024 through March 31, 2026. This period includes both the last funded year of the grant (October 1, 2024-September 30, 2025), as well as the unfunded six-month period following the non-continuation determinations (October 1, 2025-March 31, 2026).

---

[1] Each Notice stated that "this continuation determination is being issued in protest and solely to comply with the above court order" and that USDE "continues to have concerns regarding your grant." The Notices said nothing further about any such unexplained concerns. Exhibit A at 1.

10.     NYCPS had already submitted some of this information. Budget and performance information for the six-month period comprising October 1, 2024 through March 31, 2025 was included in the Spring Annual Performance Reports ("APRs"), which we submitted to USDE in May 2025, consistent with the standard procedure for MSAP project continuation grants. Budget and performance information for the first half of the grant year, October through March, is regularly compiled and submitted to USDE in May. It has been my experience that USDE uses that information to decide whether to make continuation determinations for the next year of the grant, so for grant year 2025-2026, information about performance from October 1, 2024 to March 2025 would have been the scope of the information considered. In the ordinary course, we then submit in October, following the close of the grant year on September 30, the full-year APRs, which include the second half of the grant year. By the time those are submitted, USDE has already made the continuation determinations for the upcoming year.

11.     In my experience, USDE's request for this updated information for the second half of the grant year for the purpose of making grant continuation determinations is unprecedented. In response to the request, we noted our objection, but on May 1, 2026, submitted the budget and performance reports for the second half of federal fiscal year 2025. Those reports, as described above, would have been submitted in October 2025, in the ordinary course, but for USDE's non-continuation of these MSAP grants. Due to the non-continuation, we did not submit the updated APRs at that time;  instead, in connection with this litigation, we submitted a budget in December 2025 to describe the use of the carryover funds for this year.

12.     USDE now has the full-year FY2025 performance and budget reporting, instead of only the first-half APRs that it had in May 2025 – which is more information than it usually has to make a continuation award.

13.    However, USDE also requested updated APRs for the first half of the current year, October 1, 2025-March 31, 2026, during which time the five Magnet Projects did not have MSAP grants. Instead, after a two-month pause in funding access (October and November 2025), we have used carryover funds from the prior year. I understand that counsel for NYCPS submitted a letter to USDE on May 1, 2026, which provided NYCPS's objection to this irregular request to submit the current-year information in connection with the grant award for the current year.

14.    Because the APRs for the first half of the year, which are submitted in May, are used by USDE to determine whether to continue a grant for the next year, NYCPS will be submitting the APRs for the first half of this year (the unfunded, non-continuation year) by May 15, 2026, to be considered in connection with the 2026-2027 grant continuations.

**USDE's Delay Continues to Harm the Magnet Schools Program**

**Ongoing Harm Due To Defendants' Noncompliance With This Court's Order**

15.    USDE's ongoing failure to issue continuation awards for the five MSAP grants following the Court's April 8th Order compounds the harm already wrought on the 19 magnet schools by its unlawful non-continuation of these grants in September of 2025. Its failure by April 18th to issue GANS with awards for the 2025-2026 year is now threatening the instructional programs of some of the MSAP schools for the remainder of the school year, and will seriously impact upcoming end-of-year activities, summer programming, and summer planning for the next school year. All this is on top of the harm inflicted by the absence of awards from October until April, while the litigation was pending.

16.    **End of Year Activities**. In the immediate term, the 19 magnet schools lack sufficient funds to provide programs and events typically offered at the end of the school year, with no clarity about whether or when additional resources will become available. For example,

Bronx High School of the Visual Arts typically has a showcase for its Career and Technical Education ("CTE") Program to highlight and celebrate students' accomplishments. This year, that event will either be cancelled or curtailed because there is insufficient magnet funding to pay staff for overtime services to organize and host the event. This is one example of many programs that schools will have to cancel or curtail because the programs require "per session" payment to staff (i.e., extra pay for activities that take place outside of the normal school day), and the necessary funding is absent or uncertain.

17. **End of Year Education Staffing and Summer Staffing.** Even more alarming is District 28 MSAP Project's circumstances. This project has exhausted virtually all of its carryover funding at this point. It is unclear how staff will be paid for the remainder of the school year. Other magnet projects are facing similar circumstances. These schools may experience an immediate disruption of end-of-year learning activities if staff must be excessed from the school.

18. Relatedly, these and the other MSAP schools also may not be able to conduct their programs over the summer. Absent new grant awards, it is virtually certain that summer programming cannot be sustained, but at this time the magnet programs do not have any idea of what amount of funding will be available, and when. As part of their programming, magnet schools schedule activities to occur over the summer, including planning and curriculum development for the upcoming school year; professional development sessions for staff (including workshops for newly hired teachers to share the school's magnet vision and expectations); and summer enrichment activities for students.

19. Each of these activities requires the hiring of staff, including teachers, site coordinators and resource specialists on a per-session basis. For this summer, some magnet schools have been unable to post these positions due to uncertainty of available funding. Pursuant to the

union contract, these postings must be issued no later than 20 school days before the end of the school year, which is the last week in May. Even posting positions by this late date is problematic because many summer per-session job postings have already been issued, and staff who have applied for other posted positions are likely to no longer be available if/when these magnet positions are posted. In the absence of grant awards for the 2025-2026 year, professional development that is typically provided by the Central Magnet Team, and instrumental in successful project implementation, is uncertain, and at serious risk, for this summer.

20.    **Summer Enrichment Programs for Students**. In prior years, several schools held summer art and academic enrichment activities designed to encourage rising 8th graders to apply to a magnet school for high school. These programs served to introduce middle school students to high school curricula and the thematic studies provided at magnet schools. Because of uncertainty of funding, these programs have been put on hold.

21.    **Summer Curriculum Development and Program Planning**. The lack or uncertainty of funding has curtailed curriculum development and program planning for the upcoming school year. Magnet schools create curriculum maps (i.e., outlines of topics and subjects, aligned to standards, to be taught in courses) for their theme-integrated and problem-based learning units during July and/or August for the following school year, and Magnet Program Directors and principals plan their budgets for the upcoming school year in June and during the summer. Absent a grant award for the 2025-2026 school year that enables hiring of staff and/or planning over the summer, schools will not be able to appropriately plan curricula or retain magnet staff positions for the upcoming year. They will be unable to include magnet staff in their budgets for the next school year. This will have a significant impact on the overall hiring and programming for the school and will prevent the hiring of staff who teach thematic courses and specialized

7

magnet staff (e.g., the Magnet Resource Specialist and Site Coordinator). Thematic courses that made the schools attractive to students may therefore be discontinued. Furthermore, schools with specialized programs, such as those in the process of obtaining International Baccalaureate (IB) certifications, will be unable to fulfill those projects if they cannot retain specialized staff and provide required professional development.

22.    **Loss of Curricular Partners**. As a result of this funding uncertainty, several curricular partners have already refused to enter into agreements for the upcoming year. For example, Borough of Manhattan Community College ("BMCC") has refused to partner with the District 7 and District 4 MSAP Projects to create early college programs because of funding uncertainty. This early college program was a core component of those magnet programs.  In addition, special trips related to curriculum, such as an annual trip to Washington D.C., cannot be scheduled due to funding shortages or uncertainty. And after-school activities will need to be sharply curtailed for the same reasons. This results in a loss of thematic programming and creative coursework, which is the signature feature of our magnet schools.

23.    **Recruitment of Students**. The lack of committed funding not only impacts school programming, it also hampers the planning of recruitment activities that would take place in the fall. For example, some of the schools have in the past partnered with a vendor to expand recruitment activities to broaden the reach of the school's recruitment efforts beyond the local community. Without the assurance of new funding, this partnership was cancelled for the current school year – 2025-2026 – and may need to be cancelled for the upcoming year.

24.    **Procurement**. The failure to issue grant awards also impacts purchases that would ordinarily be made over the summer for the upcoming school year. While purchase orders cannot now be created until July 1 under NYCPS procurement policy, several steps in the purchasing

process can be initiated in advance of July 1 to expedite the procurement process over the summer. These steps can only be initiated once USDE issues GANs: the funding must be registered in the grant tracking system and then transferred to each school location and allocated into different spending categories. Starting this process before July 1, 2026, reduces obstacles for purchasing during the summer months.

25.    All this uncertainty diminishes the ability of these programs to function or continue. The continued delay in grant awards makes meaningful planning impossible, hindering instructional preparation, curriculum development, thematic events and trips, teacher retention, professional development opportunities, and student recruitment efforts. It tarnishes the reputation of these magnet schools and makes it impossible for them to provide the thematic coursework and special educational opportunities at the core of their mission. Each day grant awards are not made increases the level of chaos and curtailment confronting these schools.

Dated: New York, New York
       May 14, 2026

_____
TODD LEVITT