# EXHIBIT A

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF PLANNING, EVALUATION AND POLICY DEVELOPMENT

*April 17, 2026*

Todd Levitt

City of New York Board of Education

## Notice of Continuation Determination

Dear Grantee:

In compliance with the April 8, 2026, judgment in *The Board of Education of the City School District of the City of New York v. U.S. Department of Education, et al.*, Case No. 25-cv-8547-AS (S.D.N.Y.) ("*NYCPS v. ED*"), the United States Department of Education ("Department") is issuing a new continuation determination for your grant award, S165A220032. This action is being taken in accordance with the Court's Opinion and Order, and all applicable laws, regulations, and procedures.

This letter serves as notice that your grant award is **being continued from October 1, 2025 through September 30, 2026**. *See* 34 C.F.R. § 75.251(a). Please be advised that this continuation determination is being issued in protest and solely to comply with the above court order, and the Department continues to have concerns regarding your grant.

The Department notes that the most recent performance reporting for this grant was submitted in May 2025 and is no longer a current representation of your grant's performance. Under the Secretary's authority in 34 C.F.R. § 75.118(a) to require submission of "the most current performance and financial expenditure information," the Department will request updated grant performance and financial information before making available further funding. This information is needed to fulfill the Department's responsibility to understand the grant's current operations and to determine an appropriate continuation award amount. After receiving and reviewing the updated materials, the Department will evaluate the amount of continuation funding consistent with the procedures of 34 C.F.R. § 75.253(e).

The Department further notes that, under the November 20, 2025 Consent Order in the *NYCPS v. ED* litigation, you submitted and received approval for a budget to continue normal grant activities through June 30, 2026, using available excess carryover funds. That budget remains in effect until the Department solicits, receives, and reviews updated grant performance and

1

financial information under 34 C.F.R. § 75.118 and approves a new budget under 2 C.F.R. § 200.308. The currently approved budget is enclosed for your reference.

The Department will follow up promptly with additional information, including the process of submitting performance and financial information requests referenced above.

If you have any questions, please contact your assigned program officer and copy the program inbox at msap.team@ed.gov.

Sincerely,

Murray Bessette, Ph.D.
Principal Deputy Assistant Secretary/Acting Assistant Secretary
Office of Planning, Evaluation and Policy Development
400 Maryland Ave. SW
Washington, DC 20202

Enclosure

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF PLANNING, EVALUATION AND POLICY DEVELOPMENT

*April 17, 2026*

Jenna Kruegger-Utter

City of New York Board of Education

### Notice of Continuation Determination

Dear Grantee:

In compliance with the April 8, 2026, judgment in *The Board of Education of the City School District of the City of New York v. U.S. Department of Education, et al.*, Case No. 25-cv-8547-AS (S.D.N.Y.) ("*NYCPS v. ED*"), the United States Department of Education ("Department") is issuing a new continuation determination for your grant award, S165A220034. This action is being taken in accordance with the Court's Opinion and Order, and all applicable laws, regulations, and procedures.

This letter serves as notice that your grant award is **being continued from October 1, 2025 through September 30, 2026**. *See* 34 C.F.R. § 75.251(a). Please be advised that this continuation determination is being issued in protest and solely to comply with the above court order, and the Department continues to have concerns regarding your grant.

The Department notes that the most recent performance reporting for this grant was submitted in May 2025 and is no longer a current representation of your grant's performance. Under the Secretary's authority in 34 C.F.R. § 75.118(a) to require submission of "the most current performance and financial expenditure information," the Department will request updated grant performance and financial information before making available further funding. This information is needed to fulfill the Department's responsibility to understand the grant's current operations and to determine an appropriate continuation award amount. After receiving and reviewing the updated materials, the Department will evaluate the amount of continuation funding consistent with the procedures of 34 C.F.R. § 75.253(e).

The Department further notes that, under the November 20, 2025 Consent Order in the *NYCPS v. ED* litigation, you submitted and received approval for a budget to continue normal grant activities through June 30, 2026, using available excess carryover funds. That budget remains in effect until the Department solicits, receives, and reviews updated grant performance and

1

financial information under 34 C.F.R. § 75.118 and approves a new budget under 2 C.F.R. § 200.308. The currently approved budget is enclosed for your reference.

The Department will follow up promptly with additional information, including the process of submitting performance and financial information requests referenced above.

If you have any questions, please contact your assigned program officer and copy the program inbox at msap.team@ed.gov.

Sincerely,

Murray Bessette, Ph.D.
Principal Deputy Assistant Secretary/Acting Assistant Secretary
Office of Planning, Evaluation and Policy Development
400 Maryland Ave. SW
Washington, DC 20202

Enclosure

2

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF PLANNING, EVALUATION AND POLICY DEVELOPMENT

*April 17, 2026*

Giuseppina Cohen

City of New York Board of Education

### Notice of Continuation Determination

Dear Grantee:

In compliance with the April 8, 2026, judgment in *The Board of Education of the City School District of the City of New York v. U.S. Department of Education, et al.*, Case No. 25-cv-8547-AS (S.D.N.Y.) ("*NYCPS v. ED*"), the United States Department of Education ("Department") is issuing a new continuation determination for your grant award, S165A220037. This action is being taken in accordance with the Court's Opinion and Order, and all applicable laws, regulations, and procedures.

This letter serves as notice that your grant award is **being continued from October 1, 2025 through September 30, 2026**. *See* 34 C.F.R. § 75.251(a). Please be advised that this continuation determination is being issued in protest and solely to comply with the above court order, and the Department continues to have concerns regarding your grant.

The Department notes that the most recent performance reporting for this grant was submitted in May 2025 and is no longer a current representation of your grant's performance. Under the Secretary's authority in 34 C.F.R. § 75.118(a) to require submission of "the most current performance and financial expenditure information," the Department will request updated grant performance and financial information before making available further funding. This information is needed to fulfill the Department's responsibility to understand the grant's current operations and to determine an appropriate continuation award amount. After receiving and reviewing the updated materials, the Department will evaluate the amount of continuation funding consistent with the procedures of 34 C.F.R. § 75.253(e).

The Department further notes that, under the November 20, 2025 Consent Order in the *NYCPS v. ED* litigation, you submitted and received approval for a budget to continue normal grant activities through June 30, 2026, using available excess carryover funds. That budget remains in effect until the Department solicits, receives, and reviews updated grant performance and

1

financial information under 34 C.F.R. § 75.118 and approves a new budget under 2 C.F.R. § 200.308. The currently approved budget is enclosed for your reference.

The Department will follow up promptly with additional information, including the process of submitting performance and financial information requests referenced above.

If you have any questions, please contact your assigned program officer and copy the program inbox at msap.team@ed.gov.

Sincerely,

Murray Bessette, Ph.D.
Principal Deputy Assistant Secretary/Acting Assistant Secretary
Office of Planning, Evaluation and Policy Development
400 Maryland Ave. SW
Washington, DC 20202

Enclosure

2

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF PLANNING, EVALUATION AND POLICY DEVELOPMENT

*April 17, 2026*

Shannon Lynch

City of New York Board of Education

## Notice of Continuation Determination

Dear Grantee:

In compliance with the April 8, 2026, judgment in *The Board of Education of the City School District of the City of New York v. U.S. Department of Education, et al.*, Case No. 25-cv-8547-AS (S.D.N.Y.) ("*NYCPS v. ED*"), the United States Department of Education ("Department") is issuing a new continuation determination for your grant award, S165A230011. This action is being taken in accordance with the Court's Opinion and Order, and all applicable laws, regulations, and procedures.

This letter serves as notice that your grant award is **being continued from October 1, 2025 through September 30, 2026**. *See* 34 C.F.R. § 75.251(a). Please be advised that this continuation determination is being issued in protest and solely to comply with the above court order, and the Department continues to have concerns regarding your grant.

The Department notes that the most recent performance reporting for this grant was submitted in May 2025 and is no longer a current representation of your grant's performance. Under the Secretary's authority in 34 C.F.R. § 75.118(a) to require submission of "the most current performance and financial expenditure information," the Department will request updated grant performance and financial information before making available further funding. This information is needed to fulfill the Department's responsibility to understand the grant's current operations and to determine an appropriate continuation award amount. After receiving and reviewing the updated materials, the Department will evaluate the amount of continuation funding consistent with the procedures of 34 C.F.R. § 75.253(e).

The Department further notes that, under the November 20, 2025 Consent Order in the *NYCPS v. ED* litigation, you submitted and received approval for a budget to continue normal grant activities through June 30, 2026, using available excess carryover funds. That budget remains in effect until the Department solicits, receives, and reviews updated grant performance and

1

financial information under 34 C.F.R. § 75.118 and approves a new budget under 2 C.F.R. § 200.308. The currently approved budget is enclosed for your reference.

The Department will follow up promptly with additional information, including the process of submitting performance and financial information requests referenced above.

If you have any questions, please contact your assigned program officer and copy the program inbox at msap.team@ed.gov.

Sincerely,

Murray Bessette, Ph.D.
Principal Deputy Assistant Secretary/Acting Assistant Secretary
Office of Planning, Evaluation and Policy Development
400 Maryland Ave. SW
Washington, DC 20202

Enclosure

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF PLANNING, EVALUATION AND POLICY DEVELOPMENT

*April 17, 2026*

Todd Levitt

City of New York Board of Education

### Notice of Continuation Determination

Dear Grantee:

In compliance with the April 8, 2026, judgment in *The Board of Education of the City School District of the City of New York v. U.S. Department of Education, et al.*, Case No. 25-cv-8547-AS (S.D.N.Y.) ("*NYCPS v. ED*"), the United States Department of Education ("Department") is issuing a new continuation determination for your grant award, S165A230012. This action is being taken in accordance with the Court's Opinion and Order, and all applicable laws, regulations, and procedures.

This letter serves as notice that your grant award is **being continued from October 1, 2025 through September 30, 2026**. *See* 34 C.F.R. § 75.251(a). Please be advised that this continuation determination is being issued in protest and solely to comply with the above court order, and the Department continues to have concerns regarding your grant.

The Department notes that the most recent performance reporting for this grant was submitted in May 2025 and is no longer a current representation of your grant's performance. Under the Secretary's authority in 34 C.F.R. § 75.118(a) to require submission of "the most current performance and financial expenditure information," the Department will request updated grant performance and financial information before making available further funding. This information is needed to fulfill the Department's responsibility to understand the grant's current operations and to determine an appropriate continuation award amount. After receiving and reviewing the updated materials, the Department will evaluate the amount of continuation funding consistent with the procedures of 34 C.F.R. § 75.253(e).

The Department further notes that, under the November 20, 2025 Consent Order in the *NYCPS v. ED* litigation, you submitted and received approval for a budget to continue normal grant activities through June 30, 2026, using available excess carryover funds. That budget remains in effect until the Department solicits, receives, and reviews updated grant performance and

1

financial information under 34 C.F.R. § 75.118 and approves a new budget under 2 C.F.R. § 200.308. The currently approved budget is enclosed for your reference.

The Department will follow up promptly with additional information, including the process of submitting performance and financial information requests referenced above.

If you have any questions, please contact your assigned program officer and copy the program inbox at msap.team@ed.gov.

Sincerely,

Murray Bessette, Ph.D.
Principal Deputy Assistant Secretary/Acting Assistant Secretary
Office of Planning, Evaluation and Policy Development
400 Maryland Ave. SW
Washington, DC 20202

Enclosure