# EXHIBIT C

**From:** **Cohen-Boyer, Gillian** Gillian.Cohen-Boyer@ed.gov
**Subject:** Request for Performance Information for S165A220032
**Date:** April 22, 2026 at 6:27 PM
**To:** Todd Levitt tlevitt@schools.nyc.gov, rsin@schools.nyc.gov



# UNITED STATES DEPARTMENT OF EDUCATION
Office of Elementary and Secondary Education

April 22, 2026

Dear Todd and Reina:

Per the communication from Murray Bessette, Acting Assistant Secretary for the Office of Planning, Evaluation and Policy Development, on April 17, 2026, I am writing to provide guidance on submitting updated performance and budget information for award S165A220032 which was previously non-continued in September 2025.  As discussed below, the requested information must be submitted by no later than 4:30 pm Eastern Time on May 15, 2026.

As we have not received performance information on this grant since spring 2025, the midpoint for the third performance year, we would like to receive final performance and financial data for last performance year (October 1, 2024-September 30, 2025), as well as an update on implementation progress during this fourth performance year (October 1, 2025-March 31, 2026).

More specifically, we are requesting:
- Final results for performance measures last performance year and any information that may be available for this performance year
- Narrative discussion of the projects' implementation in the second half of last performance year (April 1-September 30, 2025), as well as the first half of this performance year (October 1, 2025-March 31, 2026)
- Budget information providing total expenditures for year 3 (October 1, 2024-September 30, 2025) and carryover into this budget year; as well as expenditures thus far this year from September 30, 2025- March 30, 2026, and your planned expenditures from April 1-September 30, 2026, taking into account the original recommended award amount of $2,999,999 for year 4.
- The information required by the Office for Civil Rights (OCR) pursuant to 34 C.F.R. § 280.20(d).

As always, the Department may follow up with additional questions or information based on the information received.

MAPS is currently open for Annual Performance Report submissions and will close on **May 15, 2026, at 4:30 p.m. Eastern time**, so that system is already open to you to provide updates on progress in the first half of this performance year (October 1, 2025-

March 31, 2026). The TA Center has identified a work around so that you can also provide the information from last performance year (October 1, 2024-September 30, 2025) through MAPS which we can discuss, presuming you'd prefer to submit that electronically rather than using the ED-524b. Let me know and we can schedule some time to meet with the MSAP TA Center to walk through the submission process.

I am attaching the general APR guidance and MAPS user guide, but as the MAPS system continues to remain unchanged from recent years, we have not offered specific TA this APR submission season. However, as always you can be in touch as questions arise. As you know,
questions regarding the content of your Annual Performance Report should be directed to the ED program team and me in particular; technical questions regarding MAPS can be directed to the Magnet Schools TA Center or your Technical Assistance Partner (TAP). Finally, if any member of your team does not have credentials for MAPS and needs them, please email the MSAP TA Center at info@Magnet-TA.com and copy me for approval to enter the private workspace of the MSAP Technical Assistance Center (MSAP TA Center) website (https://msapcenter.ed.gov).

Best, Gillian

Gillian Cohen-Boyer
School Community and Improvement Programs
Office of Elementary and Secondary Education
U.S. Department of Education
Phone: 202-365-7944



     

Spring            MAPS User
2026_...ce.pdf    Guide_...26.pdf

**From:** **Cohen-Boyer, Gillian** Gillian.Cohen-Boyer@ed.gov
**Subject:** Request for Performance Information for S165A220034
**Date:** April 22, 2026 at 6:24 PM
**To:** Todd Levitt tlevitt@schools.nyc.gov, Krueger Jenna jkrueger2@schools.nyc.gov
**Cc:** Todd, Jennifer Jennifer.Todd@ed.gov



**UNITED STATES DEPARTMENT OF EDUCATION**
Office of Elementary and Secondary Education

April 22, 2026

Dear Todd and Jenna:

Per the communication from Murray Bessette, Acting Assistant Secretary for the Office of Planning, Evaluation and Policy Development, on April 17, 2026, I am writing to provide guidance on submitting updated performance and budget information for award S165A220034 which was previously non-continued in September 2025. As discussed below, the requested information must be submitted by no later than 4:30 pm Eastern Time on May 15, 2026.

As we have not received performance information on this grant since spring 2025, the midpoint for the third performance year, we would like to receive *final* performance and financial data for last performance year (October 1, 2024-September 30, 2025), as well as an update on implementation progress during this fourth performance year from October 1, 2025-March 31, 2026.

More specifically, we are requesting:
- Final results for performance measures last performance year and any information that may be available for this performance year
- Narrative discussion of the projects' implementation in the second half of last performance year (April 1-September 30, 2025), as well as the first half of this performance year (October 1, 2025-March 31, 2026)
- Budget information providing total expenditures for year 3 (October 1, 2024-September 30, 2025) and carryover into this budget year; as well as expenditures thus far this year from September 30, 2025- March 30, 2026, and your planned expenditures from April 1 to September 30, 2026, taking into account the original recommended award amount of $2,999,999 for year 4.
- The information required by the Office for Civil Rights (OCR) pursuant to 34 C.F.R. § 280.20(d)**.**

As always, the Department may follow up with additional questions or information based on the information received.

MAPS is currently open for Annual Performance Report submissions and will close on **May 15, 2026, at 4:30 p.m. Eastern time**, so that system is already open to you to provide updates on progress in the first half of this performance year - **October 1, 2025-**

**March 31, 2026**. The TA Center has identified a work around so that you can also provide the information from last performance year through MAPS which we can discuss, presuming you'd prefer to submit that electronically rather than the ED-524b. Let me know and we can schedule some time to meet with the MSAP TA Center to walk through the submission process.

I am attaching the general APR guidance and MAPS user guide, but as the MAPS system continues to remain unchanged from recent years, we have not offered specific TA this APR submission season. However, as always you can be in touch as questions arise. As you know,
questions regarding the content of your Annual Performance Report should be directed to the ED program team and me in particular; technical questions regarding MAPS can be directed to the Magnet Schools TA Center or your Technical Assistance Partner (TAP). Finally, if any member of your team does not have credentials for MAPS and needs them, please email the MSAP TA Center at info@Magnet-TA.com and copy me for approval to enter the private workspace of the MSAP Technical Assistance Center (MSAP TA Center) website (https://msapcenter.ed.gov).

Best, Gillian


Gillian Cohen-Boyer
School Community and Improvement Programs
Office of Elementary and Secondary Education
U.S. Department of Education
Phone: 202-365-7944




Spring
2026_...ce.pdf


MAPS User
Guide_...26.pdf

From: **Cohen-Boyer, Gillian** Gillian.Cohen-Boyer@ed.gov 📎
Subject: Request for Performance Information for S165A220037
Date: April 22, 2026 at 6:31 PM
To: Cohen Giuseppina gcohen7@schools.nyc.gov, Todd Levitt tlevitt@schools.nyc.gov
Cc: Todd, Jennifer Jennifer.Todd@ed.gov





**UNITED STATES DEPARTMENT OF EDUCATION**
Office of Elementary and Secondary Education

April 22, 2026

Dear Josephina and Todd:

Per the communication from Murray Bessette, Acting Assistant Secretary for the Office of Planning, Evaluation and Policy Development, on April 17, 2026, I am writing to provide guidance on submitting updated performance and budget information for award S165A220037 which was previously non-continued in September 2025. As discussed below, the requested information must be submitted by no later than 4:30 pm Eastern Time on May 15, 2026.

As we have not received performance information on this grant since spring 2025, the midpoint for the third performance year, we would like to receive final performance and financial data for last performance year (October 1, 2024-September 30, 2025), as well as an update on implementation progress during this fourth performance year (October 1, 2025-March 31, 2026).

More specifically, we are requesting:
- Final results for performance measures last performance year and any information that may be available for this performance year
- Narrative discussion of the projects' implementation in the second half of last performance year (April 1-September 30, 2025), as well as the first half of this performance year (October 1, 2025-March 31, 2026)
- Budget information providing total expenditures for year 3 (October 1, 2024-September 30, 2025) and carryover into this budget year; as well as expenditures thus far this year from September 30, 2025- March 30, 2026, and your planned expenditures from April 1-September 30, 2026, taking into account the original recommended award amount of $2,999,999 for year 4.
- The information required by the Office for Civil Rights (OCR) pursuant to 34 C.F.R. § 280.20(d).

As always, the Department may follow up with additional questions or information based on the information received.

MAPS is currently open for Annual Performance Report submissions and will close on

**May 15, 2026, at 4:30 p.m. Eastern time**, so that system is already open to you to provide updates on progress in the first half of this performance year (October 1, 2025-March 31, 2026). The TA Center has identified a work around so that you can also provide the information from last performance year (October 1, 2024-September 30, 2025) through MAPS which we can discuss, presuming you'd prefer to submit that electronically rather than using the ED-524b. Let me know and we can schedule some time to meet with the MSAP TA Center to walk through the submission process.

I am attaching the general APR guidance and MAPS user guide, but as the MAPS system continues to remain unchanged from recent years, we have not offered specific TA this APR submission season. However, as always you can be in touch as questions arise. As you know,
questions regarding the content of your Annual Performance Report should be directed to the ED program team and me in particular; technical questions regarding MAPS can be directed to the Magnet Schools TA Center or your Technical Assistance Partner (TAP). Finally, if any member of your team does not have credentials for MAPS and needs them, please email the MSAP TA Center at info@Magnet-TA.com and copy me for approval to enter the private workspace of the MSAP Technical Assistance Center (MSAP TA Center) website (https://msapcenter.ed.gov).

Best, Gillian


Gillian Cohen-Boyer
School Community and Improvement Programs
Office of Elementary and Secondary Education
U.S. Department of Education
Phone: 202-365-7944



  

Spring           MAPS User
2026_...ce.pdf   Guide_...26.pdf

**From:** **Cohen-Boyer, Gillian** Gillian.Cohen-Boyer@ed.gov
**Subject:** Request for Performance Information for S165A230011
**Date:** April 22, 2026 at 6:34 PM
**To:** Todd Levitt tlevitt@schools.nyc.gov, Shannon Lynch slynch2@schools.nyc.gov
**Cc:** Todd, Jennifer Jennifer.Todd@ed.gov



**UNITED STATES DEPARTMENT OF EDUCATION**
Office of Elementary and Secondary Education

April 22, 2026

Dear Todd and Shannon:

Per the communication from Murray Bessette, Acting Assistant Secretary for the Office of Planning, Evaluation and Policy Development, on April 17, 2026, I am writing to provide guidance on submitting updated performance and budget information for award S165A230011 which was previously non-continued in September 2025. As discussed below, the requested information must be submitted by no later than 4:30 pm Eastern Time on May 15, 2026.

As we have not received performance information on this grant since spring 2025, the midpoint for the second performance year, we would like to receive final performance and financial data for last performance year (October 1, 2024-September 30, 2025), as well as an update on implementation progress during this third performance year (October 1, 2025-March 31, 2026).

More specifically, we are requesting:
- Final results for performance measures last performance year and any information that may be available for this performance year
- Narrative discussion of the projects' implementation in the second half of last performance year (April 1-September 30, 2025), as well as the first half of this performance year (October 1, 2025-March 31, 2026)
- Budget information providing total expenditures for year 2 (October 1, 2024-September 30, 2025) and carryover into this budget year; as well as expenditures thus far this year from September 30, 2025- March 30, 2026, and your planned expenditures from April 1-September 30, 2026, taking into account the original recommended award amount of $2,999,999 for year 3.
- The information required by the Office for Civil Rights (OCR) pursuant to 34 C.F.R. § 280.20(d).

As always, the Department may follow up with additional questions or information based on the information received.

MAPS is currently open for Annual Performance Report submissions and will close on **May 15, 2026, at 4:30 p.m. Eastern time**, so that system is already open to you to

provide updates on progress in the first half of this performance year (October 1, 2025-March 31, 2026). The TA Center has identified a work around so that you can also provide the information from last performance year (October 1, 2024-September 30, 2025) through MAPS which we can discuss, presuming you'd prefer to submit that electronically rather than using the ED-524b. Let me know and we can schedule some time to meet with the MSAP TA Center to walk through the submission process.

I am attaching the general APR guidance and MAPS user guide, but as the MAPS system continues to remain unchanged from recent years, we have not offered specific TA this APR submission season. However, as always you can be in touch as questions arise. As you know,
questions regarding the content of your Annual Performance Report should be directed to the ED program team and me in particular; technical questions regarding MAPS can be directed to the Magnet Schools TA Center or your Technical Assistance Partner (TAP). Finally, if any member of your team does not have credentials for MAPS and needs them, please email the MSAP TA Center at info@Magnet-TA.com and copy me for approval to enter the private workspace of the MSAP Technical Assistance Center (MSAP TA Center) website (https://msapcenter.ed.gov).

Best, Gillian


Gillian Cohen-Boyer
School Community and Improvement Programs
Office of Elementary and Secondary Education
U.S. Department of Education
Phone: 202-365-7944



    

Spring            MAPS User
2026_...ce.pdf    Guide_...26.pdf

From: **Cohen-Boyer, Gillian** Gillian.Cohen-Boyer@ed.gov
Subject: Request for Performance Information for S165A230012
Date: April 22, 2026 at 6:36 PM
To: Todd Levitt tlevitt@schools.nyc.gov, Shannon Lynch slynch2@schools.nyc.gov
Cc: Todd, Jennifer Jennifer.Todd@ed.gov



**UNITED STATES DEPARTMENT OF EDUCATION**
Office of Elementary and Secondary Education

April 22, 2026

Dear Todd and Shannon:

Per the communication from Murray Bessette, Acting Assistant Secretary for the Office of Planning, Evaluation and Policy Development, on April 17, 2026, I am writing to provide guidance on submitting updated performance and budget information for award S165A230012 which was previously non-continued in September 2025.  As discussed below, the requested information must be submitted by no later than 4:30 pm Eastern Time on May 15, 2026.

As we have not received performance information on this grant since spring 2025, the midpoint for the second performance year, we would like to receive final performance and financial data for last performance year (October 1, 2024-September 30, 2025), as well as an update on implementation progress during this third performance year (October 1, 2025-March 31, 2026).

More specifically, we are requesting:
- Final results for performance measures last performance year and any information that may be available for this performance year
- Narrative discussion of the projects' implementation in the second half of last performance year (April 1-September 30, 2025), as well as the first half of this performance year (October 1, 2025-March 31, 2026)
- Budget information providing total expenditures for year 2 (October 1, 2024-September 30, 2025) and carryover into this budget year; as well as expenditures thus far this year from September 30, 2025- March 30, 2026, and your planned expenditures from April 1-September 30, 2026, taking into account the original recommended award amount of $2,999,999 for year 3.
- The information required by the Office for Civil Rights (OCR) pursuant to 34 C.F.R. § 280.20(d)**.**

As always, the Department may follow up with additional questions or information based on the information received.

MAPS is currently open for Annual Performance Report submissions and will close on **May 15, 2026, at 4:30 p.m. Eastern time**, so that system is already open to you to provide updates on progress in the first half of this performance year (October 1, 2025-

March 31, 2026). The TA Center has identified a work around so that you can also provide the information from last performance year (October 1, 2024-September 30, 2025) through MAPS which we can discuss, presuming you'd prefer to submit that electronically rather than using the ED-524b. Let me know and we can schedule some time to meet with the MSAP TA Center to walk through the submission process.

I am attaching the general APR guidance and MAPS user guide, but as the MAPS system continues to remain unchanged from recent years, we have not offered specific TA this APR submission season. However, as always you can be in touch as questions arise. As you know,
questions regarding the content of your Annual Performance Report should be directed to the ED program team and me in particular; technical questions regarding MAPS can be directed to the Magnet Schools TA Center or your Technical Assistance Partner (TAP). Finally, if any member of your team does not have credentials for MAPS and needs them, please email the MSAP TA Center at info@Magnet-TA.com and copy me for approval to enter the private workspace of the MSAP Technical Assistance Center (MSAP TA Center) website (https://msapcenter.ed.gov).

Best, Gillian


Gillian Cohen-Boyer
School Community and Improvement Programs
Office of Elementary and Secondary Education
U.S. Department of Education
Phone: 202-365-7944



  

Spring            MAPS User
2026_...ce.pdf   Guide_...26.pdf