# Exhibit A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE OF WASHINGTON, et al.,

Plaintiff(s),

v.

UNITED STATES DEPARTMENT OF
EDUCATION, et al.,

Defendant(s).

CASE NO. C25-1228-KKE

ORDER MEMORIALIZING ORAL
RULING ON DEFENDANTS' MOTION TO
AMEND AND PLAINTIFFS' MOTION TO
ENFORCE

The Court ruled from the bench at an oral argument on Defendants' motion to amend and Plaintiffs' motion to enforce, and hereby memorializes its oral ruling. *See* Dkt. No. 355.

(1) For the reasons stated on the record, the Court GRANTS Defendants' motion. Dkt. No. 276. The Court's prior order (Dkt. No. 273) is amended to order Defendants to issue new continuation determinations no later than February 6, 2026, and to issue any new continuation awards no later than February 11, 2026, backdated to February 6, 2026, to avoid a gap in funding. Defendants shall file a status report no later than February 12, 2026, to confirm compliance with this order.

(2) For the reasons stated on the record, the Court DENIES Plaintiffs' motion (Dkt. No. 288) without prejudice.

ORDER MEMORIALIZING ORAL RULING ON DEFENDANTS' MOTION TO AMEND AND PLAINTIFFS'
MOTION TO ENFORCE - 1

(3) As stated in the Court's order granting summary judgment (Dkt. No. 269 at 36), the Court retains jurisdiction to enforce its injunction and judgment.

Dated this 22nd day of January, 2026.

_Kymberly K Evanson_

Kymberly K. Evanson
United States District Judge

ORDER MEMORIALIZING ORAL RULING ON DEFENDANTS' MOTION TO AMEND AND PLAINTIFFS' MOTION TO ENFORCE - 2