IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, *ET AL*<br><br>Defendants. | Case No.: 1:25-cv-8547 (AS) |

**<u>MOTION TO WITHDRAW AS ATTORNEY</u>**

Deputy Associate Attorney General Abhishek Kambli, moves to withdraw as attorney for Defendants in this case. Mr. Kambli is leaving the Department of Justice and will no longer represent the Defendants. The Defendants will continue to be represented by Jeffrey Oestricher in this case.

WHEREFORE, Abhishek Kambli respectfully requests that the Court grant this Motion to Withdraw as Attorney.

Respectfully submitted,

STANLEY E. WOODWARD JR.
Associate Attorney General

/s/ *Abhishek S. Kambli*

ABHISHEK S. KAMBLI
Deputy Associate Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Telephone: (202) 514-9500

*Counsel for Defendants*