IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, *ET AL*<br><br>Defendants. | Case No.: 1:25-cv-8547 (AS) |

**ORDER**

Upon consideration of Abhishek Kambli's Motion to Withdraw as Attorney for all Defendants in this matter, ECF __, it is hereby:

ORDERED that Abhishek Kambli's Motion is GRANTED; and it is further

ORDERED that Abhishek Kambli is discharged from any and all further obligations of representation for the Defendants in the above-captioned case.

SO ORDERED.

DATED: __________, 2026

____________________________
Arun Subramanium
District Court Judge
United States District Court
for the Southern District of New York