UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Board of Education of The City School District of The City of New York,<br><br>　　　　　　　　Plaintiff,<br><br>　-against-<br><br>United States Department of Education et al.,<br><br>　　　　　　　　Defendants. | 25-CV-8547 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

　　Defendants are directed to respond to plaintiff's motion to enforce the judgment, Dkt. 85, by 5 p.m. on Thursday, May 21, 2026. Plaintiff may file a reply by 5 p.m. on Monday, May 25, 2026.

　　SO ORDERED.

Dated: May 18, 2026
　　　　New York, New York

_____
　　ARUN SUBRAMANIAN
　United States District Judge