UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Board of Education of The City School District of The City of New York,<br><br>       Plaintiff,<br><br>  -against-<br><br>United States Department of Education et al.,<br><br>       Defendants. | 25-CV-8547 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The Court will hold a hearing on the motion on Tuesday, June 2, 2026, at 3:30 p.m. in Courtroom 15A.

  In advance of the hearing, the parties should meet and confer to discuss if there is a mutually agreeable interim resolution that could moot the motion. Defendants have stated that they will make a funding determination by June 30. Dkt. 93 at 6. So any dispute will be short-lived.

  Potential options could include an interim grant, which would give plaintiff financial certainty while allowing defendants to ascertain the amount of the grant. It appears that an interim grant was offered in the *State of Washington v. United States Department of Education* case, which both parties cite in their briefing. Or it could involve an agreement to allow plaintiff to significantly overdraw on their carryover funding, with the overdraft covered by any subsequent funding determination.

  The parties should submit a joint letter to the Court by 5 p.m. on June 1, 2026, stating whether the parties were able to reach an interim resolution. Should the parties reach a resolution and plaintiff withdraws the motion, the hearing will be canceled.

  SO ORDERED.

Dated: May 28, 2026
   New York, New York

                     _____
                       ARUN SUBRAMANIAN
                    United States District Judge