

**THE CITY OF NEW YORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**MELANIE ASH**
Deputy Chief, Affirmative Litigation
mash@law.nyc.gov 212-356-2276

May 28, 2026

**VIA ECF**

Hon. Arun Subramanian
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

        Re:   *Board of Education of the City School District of the City of New York v.*
              *United States Department of Education, et al.*, No. 25-cv-08547 (AS)(OTW)

Dear Judge Subramanian:

        Upon receiving notice today of this Court's Order (Dkt No. 99), it became apparent that the Tuesday, June 2, 2026 hearing date set by the Court for Plaintiff's Motion to Enforce, conflicts with a previously scheduled out-of-town business trip on Tuesday and Wednesday next week. After consultation with our colleagues at the United States Attorney's Office, I write, with their consent, to ask that the hearing be rescheduled for Thursday or Friday next week, or whatever date after Wednesday that is convenient for the Court.

        I thank the Court for its consideration of this request.

                           Respectfully Submitted,

                           Melanie Ash

cc:    (via ECF)
      Jeffrey Oestericher, Esq.
      Harry Fidler, Esq.
      Danielle Marryshow, Esq.

GRANTED. The conference is rescheduled to 1 p.m. on Thursday, June 4, 2026. The deadline for the parties to submit the joint letter stated in the prior order is extended to 12 noon on Wednesday, June 3, 2026. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 100. SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: May 28, 2026