

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 3, 2026

**By ECF**

The Honorable Arun Subramanian
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *The Board of Education of the City School District of the City of New York v. United States Department of Education, et al.*, No. 25 Civ. 8547 (AS)

Dear Judge Subramanian:

This Office represents the defendants in the above-referenced action. We write on behalf of the parties in response to the Court's May 28, 2026 orders (ECF Nos. 99 and 101) requiring the parties to meet and confer "to discuss if there is a mutually agreeable interim resolution that could moot" plaintiff's motion to enforce judgment by order to show cause. ECF No. 99. In compliance with the Court's orders, the parties conferred via email and exchanged proposals to moot the pending motion. The parties also discussed and considered the potential options raised by the Court. However, the parties have not been able to reach agreement on an interim resolution to moot the motion.

We thank the Court for its attention to this matter.

Respectfully,

JAY CLAYTON
United States Attorney

By:   /s/ *Jeffrey Oestericher*
JEFFREY OESTERICHER
Assistant United States Attorney
Tel.: (212) 637-2695
Jeffrey.Oestericher@usdoj.gov

cc: Counsel of Record (By ECF)