UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The Board of Education of The City School
District of The City of New York,

      Plaintiff,

-against-

United States Department of Education et al.,

      Defendants.

25-CV-8547 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

 Plaintiff's motion to enforce the Court's judgment is GRANTED for the reasons stated on the record at the June 4, 2026, hearing. By June 9, 2026, defendants are required to determine the appropriate continued award amount for the grants at issue. For the avoidance of doubt, defendants must make any determination that serves as the predicate for the funding of the grants by this deadline, as well as issue GANs reflecting those award determinations.

 The Clerk of Court is respectfully directed to terminate the motion at Dkt. 85.

 SO ORDERED.

Dated: June 4, 2026
   New York, New York

                _____
                ARUN SUBRAMANIAN
                United States District Judge