UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

THE BOARD OF EDUCATION OF THE CITY
SCHOOL DISTRICT OF THE CITY OF NEW
YORK,

          Plaintiff,

        v.

UNITED STATES DEPARTMENT OF
EDUCATION, LINDA MCMAHON, in her
capacity as Secretary of the United States
Department of Education, KIMBERLY M.
RICHEY, in her capacity as Assistant Secretary
for Civil Rights, and LINDSEY M. BURKE, in
her capacity as Deputy Chief of Staff for Policy
and Programs,

          Defendants.

------------------------------------------------------------ x

25 Civ. 8547 (AS)

**NOTICE OF APPEAL**

      All defendants appeal to the United States Court of Appeals for the Second Circuit from the final judgment entered on April 9, 2026.

Dated:    New York, New York
          June 8, 2026

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York
Attorney for Defendants

By:   /s/ Jeffrey S. Oestericher
     Jeffrey S. Oestericher
     Assistant United States Attorney
     86 Chambers Street
     New York, New York 10007
     Telephone: (212) 637-2695
     E-mail: jeffrey.oestericher@usdoj.gov