# EXHIBIT B

Outlook

**Reimbursement Process for Grant S165A220032**

**From** Cohen-Boyer, Gillian <Gillian.Cohen-Boyer@ed.gov>
**Date** Mon 6/15/2026 10:26 AM
**To** Todd Levitt <TLevitt@schools.nyc.gov>
**Cc** Neseth, Hans <Hans.Neseth@ed.gov>

1 attachment (32 KB)
Procedures to Request Reimbursement under MSAP.docx;

Dear Todd,

As you know from the GAN issued on June 9, 2026, the Department has placed this MSAP grant – S165A220032 - on Reimbursement Pay status.

Please see the attached directions for submitting a request for reimbursement to Hans, your program officer.

Please, however, copy me on any requests as well. Hans and I will work together to respond to your emails within 24 hours and to review and process the requests expeditiously.

Best, Gillian

Gillian Cohen-Boyer
Lead, Magnet Schools Assistance Program
Office of Elementary and Secondary Education
U.S. Department of Education
Phone: 202-365-7944

Outlook

**Reimbursement Process for Grant S165A220034**

**From** Cohen-Boyer, Gillian <Gillian.Cohen-Boyer@ed.gov>
**Date** Mon 6/15/2026 10:24 AM
**To** Jenna Krueger <JKrueger2@schools.nyc.gov>
**Cc** Todd Levitt <TLevitt@schools.nyc.gov>; Neseth, Hans <Hans.Neseth@ed.gov>

1 attachment (32 KB)
Procedures to Request Reimbursement under MSAP.docx;

Dear Jenna,

As you know from the GAN issued on June 9, 2026, the Department has placed this MSAP grant – S165A220034 - on Reimbursement Pay status.

Please see the attached directions for submitting a request for reimbursement to Hans, your program officer.

Please, however, copy me on any requests as well. Hans and I will work together to respond to your emails within 24 hours and to review and process the requests expeditiously.

Best, Gillian

Gillian Cohen-Boyer
Lead, Magnet Schools Assistance Program
Office of Elementary and Secondary Education
U.S. Department of Education
Phone: 202-365-7944

Outlook

**Reimbursement Process for Grant S165A220037**

**From** Cohen-Boyer, Gillian <Gillian.Cohen-Boyer@ed.gov>
**Date** Mon 6/15/2026 10:24 AM
**To** Giuseppina Cohen <GCohen7@schools.nyc.gov>
**Cc** Todd Levitt <TLevitt@schools.nyc.gov>; Neseth, Hans <Hans.Neseth@ed.gov>

1 attachment (32 KB)
Procedures to Request Reimbursement under MSAP.docx;

Dear Josephine,

As you know from the GAN issued on June 9, 2026, the Department has placed this MSAP grant – S165A220037 - on Reimbursement Pay status.

Please see the attached directions for submitting a request for reimbursement to Hans, your program officer.

Please, however, copy me on any requests as well. Hans and I will work together to respond to your emails within 24 hours and to review and process the requests expeditiously.

Best, Gillian

Gillian Cohen-Boyer
Lead, Magnet Schools Assistance Program
Office of Elementary and Secondary Education
U.S. Department of Education
Phone: 202-365-7944

Outlook

**Reimbursement Process for Grants S165A230011 and S165A230012**

**From** Cohen-Boyer, Gillian <Gillian.Cohen-Boyer@ed.gov>
**Date** Mon 6/15/2026 10:24 AM
**To** Shannon Lynch <SLynch2@schools.nyc.gov>
**Cc** Todd Levitt <TLevitt@schools.nyc.gov>; Neseth, Hans <Hans.Neseth@ed.gov>

1 attachment (32 KB)
Procedures to Request Reimbursement under MSAP.docx;

Dear Shannon,

As you know from the GAN issued on June 9, 2026, the Department has placed these MSAP grant – S165A230011 and S165A230012 - on Reimbursement Pay status.

Please see the attached directions for submitting a request for reimbursement to Hans, your program officer.

Please, however, copy me on any requests as well. Hans and I will work together to respond to your emails within 24 hours and to review and process the requests expeditiously.

Best, Gillian

Gillian Cohen-Boyer
Lead, Magnet Schools Assistance Program
Office of Elementary and Secondary Education
U.S. Department of Education
Phone: 202-365-7944

Procedures to Request Reimbursement

Under the reimbursement payment flag status, all expenditures must be paid in advance using the grantee's own funds.

All payments must align with your approved application and budget, including any subsequent approved revisions, as required by the Department.

To request reimbursement and release of funds, please submit your payment request to your grant Program Officer, Hans Neseth at Hans.Neseth@ed.gov. Please include the PR award number for this award in the subject line of the email to assist with processing.

Your request for reimbursement must include:

1. A narrative description of the expenditure for which you are requesting reimbursement
2. Demonstration of the allowability of the expenditure with documentation of the alignment to your approved project and/or budget narrative.
3. Documentation for the funds that have been expended. This documentation may include, but is not limited to, extracts from your grant management system or other payment files.

For example, in your email, you may want to include a table such as the following to direct our attention to the requested information above:

| **Budget Category** | **Line Item** | **Specific Expenditure** | **Justification** | **Amount** | **Description of Attached Documentation** |
|---|---|---|---|---|---|
| Personnel | Director of Special Projects | Payroll 2/1/25-3/1/25 | 20% FTE for position outlined in budget narrative line item 54. | $4,000 | Payroll management system output – attachment 1 |

*Note:* Please remove any personally identifiable information prior to sending the request to the Department.

As a reminder, you must provide documentation to support the allowability and timely obligation of the associated reimbursement upon request. It may be helpful to include information that explains file extracts or payment files if the relationship between your payment codes and the use of funds is not clear.

Department staff will review the documentation to ensure alignment with the approved project and budget. All requests will be diligently and expeditiously reviewed. If approved, your program officer will direct you to make the request for funds within G5 and notify him as such, and payment will be authorized in G5.