UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Board of Education of the City School District of the City of New York,<br><br>                           Plaintiff,<br><br>         -against-<br><br>United States Department of Education et al.,<br><br>                        Defendants. | 25-CV-8547 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Plaintiff's motion to enforce alleges that defendants' reduction in the grant amount and their decision to non-continue the grants was based on Title IX considerations without the required process.

The Court's prior opinion and order permanently enjoined defendants "from non-continuing MSAP grants to NYCPS based on Title IX findings or 'civil rights violations' related to Title IX without following the required Title IX procedures" *Bd. of Educ. of City Sch. Dist. of City of New York v. United States Dep't of Educ.*, 2026 WL 948205, at *8 (S.D.N.Y. Apr. 8, 2026). That judgment is now final. *See* Dkt. 106 (mandate of the Second Circuit dismissing defendants' appeal).

The Court cannot determine on the current record on what basis defendants (1) reduced the grant amount and (2) non-continued the grants. By Monday, July 20, 2026, defendants should supply the administrative record and any declarations on which they wish to rely. Plaintiff may submit a revised moving brief no later than Friday, July 24, 2026, with citations to the record supplied. Defendants' opposition may be filed no later than August 7, 2026, and plaintiff may file any reply by August 14, 2026.

The Court notes that while it retains the power to enforce its injunction, it cannot entertain any claims that go beyond its bounds in this posture. Should plaintiffs seek to challenge the determinations on other grounds (e.g., arguing that they are arbitrary and capricious), plaintiffs may file an amended complaint no later than July 24, 2026.

SO ORDERED.

Dated: July 13, 2026
      New York, New York

_____
    ARUN SUBRAMANIAN
    United States District Judge