UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOARD OF EDUCATION OF THE CITY
SCHOOL DISTRICT OF NEW YORK,

               Plaintiff,

     v.

U.S. DEPARTMENT OF EDUCATION, et al,

               Defendants.

Case No. 25 Civ. 08547 (AS)

## **CERTIFICATION OF THE ADMINISTRATIVE RECORD**

I, Candice Jackson, am Deputy General Counsel at the United States Department of Education ("Department").  I have been employed in that capacity since January 20, 2025, and in that capacity am responsible for supervising attorneys who have prepared the administrative record in this case.

As part of my duties as Deputy General Counsel, I have been provided with information regarding the compilation of the Administrative Record on which the Department relied in issuing the June 9, 2026, Grant Award Notifications to the grantees subject to the above referenced litigation and the documents contained therein.

Based on information provided to me as part of my official duties, I hereby certify that the attached Administrative Record is a true and correct copy of the non-privileged documents other than readily available authorities that the Department does not typically include in administrative records that, to the best of my knowledge, were directly or indirectly considered in connection with the Department's decision to issue the June 9, 2026, GANs at issue in this case.

Executed this 20th Day of July 2026.

Candice Jackson
Deputy General Counsel
United States Department of Education