# U.S. Department of Education

**Washington, D.C. 20202-5335**



## MSAP Annual Performance Report
**CFDA # 84.165A**

**PR/Award # S165A230011**

**Budget Period # 2**

**Report Type: Annual Performance**

PR/Award # S165A230011

USDOE-Contiunation_000001



# U.S. Department of Education
# Grant Performance Report Cover Sheet (ED 524B)
*Check only one box per Program Office instructions.*
[✓] Annual Performance Report    [  ] Final Performance Report

OMB No. 1855-0025
Exp. 02/28/2025

**General Information**

1. PR/Award #: S165A230011

*(Block 5 of the Grant Award Notification - 11 characters.)*

2. Grantee NCES ID#: 3600079

*(See instructions. Up to 12 characters.)*

3 Project Title: The Manhattan Inter-District Magnet Consortium

*(Enter the same title as on the approved application.)*

4. Grantee Name *(Block 1 of the Grant Award Notification.):* NYC Department of Education - Community School District 4

5. Grantee Address *(See instructions.)*

6. Project Director *(See instructions.)* Name: Shannon Lynch          Title:

   Ph #: ( 718 ) 968 - 6180     Ext: (        )          Fax #: (        ) _____ - _____

   Email Address: Slynch2@schools.nyc.gov

**Reporting Period Information** *(See instructions.)*

7. Reporting Period:     From: 10 / 01 / 2024     To: 09 / 30 / 2025     (mm/dd/yyyy)

**Budget Expenditures** *(To be completed by your Business Office. See instructions. Also see Section B.)*

8. Budget Expenditures

|  | **Federal Grant Funds** | **Non-Federal Funds** *(Match/Cost Share)* |
|---|---|---|
| a. Previous Budget Period | $1,747,142.00 | $0.00 |
| b. Current Budget Period | $1,767,164.00 | $0.00 |
| c. Entire Project Period *(For Final Performance Reports only)* | $0.00 | $0.00 |

**Indirect Cost Information** *(To be completed by your Business Office. See instructions.)*

9. Indirect Costs

   a. Are you claiming indirect costs under this grant?  ✓ Yes ___ No

   b. If yes, do you have an Indirect Cost Rate Agreement approved by the Federal Government?  ✓ Yes ___ No

   c. If yes, provide the following information:

   Period Covered by the Indirect Cost Rate Agreement: From: 07 / 01 / 2024   To: 06 / 30 / 2025   (mm/dd/yyyy)

   Approving Federal agency:  ✓ ED  ___ Other *(Please specify)*: _____

   Type of Rate *(For Final Performance Reports Only)*:  ___ Provisional ___ Final ___ Other *(Please specify)*: _____

   d. For Restricted Rate Programs (check one) -- Are you using a restricted indirect cost rate that:

   ✓ Is included in your approved Indirect Cost Rate Agreement?

   ___ Complies with 34 CFR 76.564(c)(2)?

**Human Subjects (Annual Institutional Review Board (IRB) Certification)** *(See instructions.)*

10. Is the annual certification of Institutional Review Board (IRB) approval attached?  ✓ Yes ___ No ___ N/A

**Performance Measures Status and Certification** *(See instructions.)*

11. Performance Measures Status

   a. Are complete data on performance measures for the current budget period included in the Project Status Chart? ___ Yes ✓ No

   b. If no, when will the data be available and submitted to the Department? 10 / 31 / 2025  (mm/dd/yyyy)

12. To the best of my knowledge and belief, all data in this performance report are true and correct and the report fully discloses all known weaknesses concerning the accuracy, reliability, and completeness of the data.

Kristy Dela Cruz

Title: Community Superintendent

Name of Authorized Representative:

Signature: *kristy Dela Cruz*

Date: 10/29/ 2025

ED 524B

**Community Partnerships**

| Partner name | Partnership type | Partnership primary focus | Partnership primary service | Partnership secondary focus | Partnership secondary service | Performance measure link |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

USDOE-Contiunation_000003

PR/Award #S165A230011

OMB # 1855-0025
Exp. 02/28/2025

**Section B – Budget Summary**

| INCOME U.S. DEPARTMENT OF EDUCATION AND OTHER FEDERAL FUNDS | | |
|---|---|---|
| **Funding Stream** | **Approved Budget** | |
| *Reporting Period:* | *Start:* 10/1/24 *End:* 9/30/25 | |
| 1. MSAP | | |
| Other: | School Name | Amount |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

USDOE-Contiunation_000004

## Section B – Budget Summary

| | EXPENSES U.S. DEPARTMENT OF EDUCATION FUNDS | | | | |
|---|---|---|---|---|---|
| **Budget Categories** | **Carryover from Previous Budget Period** | **Approved Budget** | **Expenditures** | **Anticipated Costs** | **Carryover to Future Budget Period** |
| *Reporting Period:* | *Start:* 10/1/23 *End:* 9/30/24 | *Start:* 10/1/24 *End:* 9/30/25 | *Start:* 10/1/24 *End:* 9/30/25 | *Start:* N/A *End:* | *Start:* 10/1/25 *End:* 9/30/26 |
| 2. Personnel | | | | | |
| 3. Fringe Benefits | | | | | |
| 4. Travel | | | | | |
| 5. Equipment | | | | | |
| 6. Supplies | | | | | |
| 7. Contractual | | | | | |
| 8. Construction | | | | | |
| 9. Other | | | | | |
| 10. Total Direct Costs (items 2-9) | | | | | |
| 11. Indirect Costs | | | | | |
| 12. Training Stipends | | | | | |
| 13. Total Costs (items 10-12) | | | | | |
| | | | | | |

USDOE-Contiunation_000005

*Page 2*

1.  Please provide an explanation if funds have not been drawn down from the G5 System to pay for the budget expenditure amounts reported in items 8a. – 8c of the Cover Sheet.

Page 3

2.   Please provide an explanation if you *did not* expend funds at the expected rate during the reporting period.

*Page 4*

3.   Describe any significant changes to your budget resulting from modification of project activities.

*Page 5*

4.  Please describe any changes to your budget that affected your ability to achieve your approved project activities and/or project objectives.

*Page 6*

5.  Do you expect to have any unexpended (carryover) funds at the end of the current budget period?  ☐ Yes ☐ No.

      a. If yes, please explain why, provide an estimate, and indicate how you plan to use the unexpended funds in the next budget period.

*Page 7*

6.  Describe any anticipated changes in your budget for the *next* budget period that require prior approval from the Department? (See EDGAR, 2 CFR 200.407, as applicable.)

**OMB # 1855-0025**
**Exp. 02/28/2025**

PR/Award #S165A230011

**Table 1: Enrollment Data-LEA Level**

☐ *Check this box if all the magnet schools included in the program are implementing a magnet program for the first time.*

Actual Enrollment    **October 1, 2024**

| Grade Level | American Indian / Alaskan Native (Number) | American Indian / Alaskan Native (%) | Asian (Number) | Asian (%) | Black or African American (Number) | Black or African American (%) | Hispanic/Latino (Number) | Hispanic/Latino (%) | Native Hawaiian or Other Pacific Islander (Number) | Native Hawaiian or Other Pacific Islander (%) | White (Number) | White (%) | Two or more races (Number) | Two or more races (%) | Total Students |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PK | | | | | | | | | | | | | | | |
| K | | | | | | | | | | | | | | | |
| 1 | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| Total | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 |

USDOE-Contiunation_000012

OMB # 1855-0025
Exp. 02/28/2025

Table 2: Enrollment Data-Feeder Schools

| Schools | | Actual Enrollment as of October 1, 2024 | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FEEDER | MAGNET(S) | American Indian /Alaskan Native (Number) | American Indian /Alaskan Native (%) | Asian (Number) | Asian (%) | Black or African-American (Number) | Black or African-American (%) | Hispanic/Latino (Number) | Hispanic/Latino (%) | Native Hawaiian or Other Pacific Islander (Number) | Native Hawaiian or Other Pacific Islander (%) | White (Number) | White (%) | Two or more races (Number) | Two or more races (%) | Total Students |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |

USDOE-Contiunation_000013

**NYCPS CSD 4-2-6 Performance Report Project Year 2 (Oct. 1, 2025-Sept. 30, 2026)**
**PR AWARD# 165A230011**

<u>**Catch Up Report 10/1/2024-9/30/25 Narrative discussion of the project's implementation**</u>

The NYC MSAP District 4 (4, 2, 6) Manhattan Inter-district Magnet Consortium is a consortium project that completed its second year of transforming three schools into magnet schools on October 1, 2025. Included in this cohort are: **Esperanza Early College Exploration and Leadership Magnet** is located in East Harlem; **City College Magnet School of the Arts**; **Jacqueline Kennedy Onassis STEAM Magnet School of Business Careers**. The schools experienced a number of successes that enabled them to provide transformative experiences to their students. Included in those successes were:

1. *Further development of theme aligned instructional programs*

MSAP grant funds facilitated the development and implementation of specialized instructional programs tailored to each school's magnet theme. Each school implemented at least two instructional units that are aligned to their magnet theme. This included innovative curricula focusing on **Early College Exploration and Leadership** at Esperanza; Multimedia Arts and Early College Access City College Magnet School of the Arts, and Business Careers and Early College Access. The efforts toward thematic instruction in Project Year 2 furthered the magnet programs and made them both more engaging to students and appealing to families.

The magnet grant supports Esperanza Magnet School for Early College, Exploration, and Leadership. in enhancing the Early College Program to provide opportunities for all students, continuing its dual language program, and providing a school-wide focus on global citizenship and college and career preparation. Interdisciplinary curriculum units are being developed using a standards-aligned and scaffolded across grade levels to engage students in learning through school-wide themes, such as identity, exploration, and global citizenship.  Developing and implementing one signature experience PBL for each grade level to provide real world applications of the leadership and exploration magnet theme has been a cornerstone of the school's year two progress. The thematic units provide community connections and opportunities for students to learn original research, communication and presentation skills, and elevate their voice.

With the magnet program, CCMSA is continuing to strengthen the school's partnership with CCNY to provide opportunities for all students to earn college credits while in high school and is expanding the arts program with a media arts focus to bring a 21st century lens to its offerings. CCMSA is working toward developing a scaffolded menu of arts coursework across grades 6-12 and integrating the arts into core curriculum as a tool for increasing student achievement and engagement.

As Jaqueline Kennedy Onassis, participation in work-based learning opportunities continues to be strong and that most of the students in the entrepreneurship and hospitality & tourism tracks earned endorsement. JKO leverages its neighbor, the Roundabout Theater Company, based on its unique location, steps from Times Squre, to build authentic learning experiences for students in a range of arts modalities. JKO also fosters college and career readiness, previously through an AP for All approach and with its partnerships with Berkeley College and soon to be partnership to BMCC

2. *Continued expansion of robust partnerships*

Through their partnerships, MSAP-funded schools were able to enrich their educational offerings by providing students with real-world learning experiences, access to resources, mentorship opportunities, and exposure to diverse perspectives. Each school in the project continued their collaboration with various stakeholders, including higher education institutions, nonprofits, local businesses, and cultural institutions. Key partnerships included the Grandview Stack, CKing Ed, Paideia Center, For a Bright Future, Roundabout Theater, City College of New York-Borough of Manhattan Community College, and City College of New York-Hunter College
.

3. *Ongoing advancement of the magnet community and cohort*

Every school advanced their use of platforms that were easily accessible to students and families. The schools expanded their use of social media in order to publicize the high quality work being done in the schools. The social media platforms serve as a recruitment tool for both prospective students and staff members.  Developing a strong reputation for quality and rigor for and keeping the greater community abreast of their instructional, extracurricular, early college, and enrichment opportunities was a priority for year two. The schools worked within and across the MSAP cohorts to facilitate inter-visitations and student collaboration.

Individual schools note the following successes:

- Esperanza created a team of interested teachers from different departments to begin transition to magnet and meet regularly to address curricular shifts and horizontal and vertical curricular alignment which includes discussions around curriculum and how the magnet theme lives in the thematic units of study. A number of teachers were trained in PBL and a group of teachers participated in Paideia training. Time is allocated to turnkey learning from professional development to the whole staff.
- CCMSA added the following courses based on both student and teacher interest:
  - Podcasting & Technology
  - World Politics
  - Computer Science
  - Movement in American History
  - Speech and Debate
  - Sculpture
  - Physiology
  - Set Design
  - Concepts in STEM
  - Science of Cooking
  - Financial Literacy
  - Yoga

In addition, the following advanced placement options are being offered:

- AP Composition (English 101 & 102)
  - Two sections were offered this year
  - 58 students sat for the exam
- AP Computer Science
  - Two sections were offered this year
  - 49 students sat for the exam
- AP Geography
  - One section was offered this year
  - 17 students sat for the exam

- JKO has started developing additional early college opportunities with a partnership with BMCC.  The school also continued to expand early college opportunities through AP for All and its Berkeley College partnership.  In addition, the school added a computer science class.  A magnet team was developed to acquire student feedback in an effort to promote academic engagement, content area relevance to students, and the rigor of instruction.

During the second year of implementation, the Magnet Schools Assistance Program made significant strides in providing students with access to high-quality, innovative educational opportunities while fostering collaboration among schools, communities, parents, and staff to support student success. This resulted in schools meeting eleven out of twelve academic project measures.

The CSD 4-6-2 MSAP has focused heavily on updating and improving marketing and recruitment strategies to ensure families were aware of additional magnet school choice options with a strong brand identity for each school based on the school's magnet theme.  Each school implemented outreach campaigns to connect with families throughout the city. Schools connected with preceding grade levels, with the middle schools partnering with elementary schools to educate families about programming options and to encourage enrollment.  High schools reaching out to middle schools with a similar theme to capture students' and families' interests. Every school attended enrollment fairs, showcasing school's theme and unique program offerings.  Many families brought in new families to the school based on the positive experiences and new programmatic offerings.  In some cases, enrollment did increase, but those families tended to be from same community which led to limited improvement in recruitment goals.

The schools integrated thematic content into all aspects of the curriculum, providing students with engaging and relevant learning experiences. Schools offered enrichment programs and extracurricular activities that complemented the thematic content and promoted interdisciplinary learning. Family engagement was crucial to student success, and the team worked diligently to increase parent involvement in the magnet schools. Efforts during this project year included: hosting family workshops and events on topics such as academic support, college readiness, and social-emotional learning, including family portals, newsletters, and online learning platforms. School also embraced technology for families to access magnet themed events, workshops, and student performances.

Professional development played a critical role in supporting the growth and development of magnet school educators. This year, a variety of PD opportunities were offered both at the district level and in individual schools tailored to the needs of staff. The district offered teachers in every magnet school professional development in the following areas:

- Project Based Learning
- Program Design and Implementation
- Phenomenon Based Science Learning
- Adobe digital creation tools (Adobe Express, Photoshop, Illustrator, Animation, Podcasting)
- Level Up Math Instruction
- Paideia Socratic Seminar and discussion techniques
- Curriculum design and implementation
- Collaborative Planning Tool
- Using Padlet in the Classroom
- Teach Hub Tools

Schools also conducted customized professional development throughout the school year to meet the needs of students and teachers in response to data collection. Professional development at the school level included:

- Strategies to support ELLs in the classroom
- Using data to drive instruction
- Educational technology
- Differentiation strategies
- Phonics instruction
- Deepening academic rigor

PR/Award #S165A230011

- Danielson Framework for effective teaching
- Discussion techniques
- Curriculum development and support for core curriculum
- Specialized Instruction for SWDs

District Leadership is proud of the District 4-2-6 Consortium's work in Year Two. The schools have made great strides in magnet implementation related to all pillars of magnet design.

**Successes**

From the start, the District 4-2-6 magnet schools have understood the importance of creating a sustainable magnet program that will persist over time. They have worked diligently to build capacity among school staff and cultivate strong relationships with professional partners, community based organizations, and other NYC magnet schools to deepen their understanding of magnet priorities and build strong systems and structures to optimize their use of federal funds. This measured approach to implementation and spending has yielded positive results as the schools have begun to build a strong foundation for sustainability and are positioned well to effectively invest in themed labs, specialty spaces, equipment, and resources in upcoming project years.

In Year 2, all District 4-2-6 magnet schools individually made strides in building capacity within their buildings and setting up meaningful systems and structures to support magnet goals. Perhaps the project's most impactful accomplishment, however, was the establishment of an Inter-project Leadership Cohort between the Manhattan Inter-district 4-2-6 Magnet Schools and the Bronx Inter-district 7-10-11 Magnet Schools. These consortiums include the first MSAP-funded high schools in NYC in recent memory. While there are several existing elementary and middle school magnet programs, these cohorts are ideally situated to support one another as they navigate the process of becoming magnet schools. The 4-2-6 and 7-10-11 schools met quarterly to network, engage in professional learning, assess progress, and share best practices. This collaboration was strengthened through participation in ongoing Zoom meetings and quarterly inter-visitations where teams toured each other's buildings, visited classrooms, participated in panel discussions, and addressed shared challenges. These visits also provided an opportunity for magnet leadership to brainstorm, reflect on progress, and explore ways to apply new strategies.

To further enhance this collaborative work, the 4-2-6 schools partnered with Grandview Stack consultancy to develop a Magnet Schools Program Design Toolkit specifically to support this inter-district HS cohort. The toolkit serves as a five-year resource to guide the development and implementation of high-quality magnet programs over time. It's devised around a backward-design process to help schools build Graduate Profiles**,** Signature Experiences, Core Practices, and Systems and Structures that align with their school's magnet goals. This toolkit includes practical resources such as templates, graphic organizers, flowcharts, checklists, calendars, frameworks, rubrics, and assessments. It also offers a digital platform for sharing and archiving artifacts, adding an important layer of sustainability to the project. In project Year 2, the schools drafted Graduate Profiles which outlined the knowledge, skills, and dispositions their graduates should achieve. Schools also began developing signature experiences to help students attain profile goals.

This collaborative effort has already yielded positive outcomes. Magnet educators from both the Manhattan and Bronx projects increasingly reach out to each other, and site visits and magnet events have shown noticeable improvements in the schools' quality of implementation. Looking ahead to Project Year 3**,** we anticipate that magnet leadership teams will focus on developing core practices and key systems and structures as they continue this collaboration between magnet projects.

In project year two (PY2) schools developed creative and manageable ways to design Project Based Learning (PBL) units across the curriculum that are standards-aligned and magnet-themed within the context of the complexities of student programming. The 4-2-6 schools and the Central Magnet Team have done a good job providing professional development and ongoing school-based support around high-quality PBL practices. Project design is often front-loaded work that requires

PR/Award #S165A230011

complex content knowledge, hours of preparation, and carefully thought-out planning. Additionally, high quality implementation of PBL projects is not easy, and it takes time for teachers to feel comfortable with the process. For teachers who are not used to facilitating hands-on, student-centered instruction such as this, particularly early on when neither teacher nor student is familiar with this work, can seem challenging. The challenges of aligning projects with shifting standards and curricular mandates, managing group dynamics, creating rigorous assessments, preparing students for tests, and dealing with planning and logistics - particularly when projects involve outside partners, trips, and guest speakers – may be overwhelming. Themed projects that extend beyond the classroom - and the best ones often do - add another layer of complexity among many competing priorities. Coordinating the details is time consuming to arrange logistics, permissions, and schedules. To address these issues, Magnet Leadership Teams have begun to recognize the importance of allowing teachers the time and additional support they need to prepare themselves and their students for full PBL implementation. The D 4-2-6 principals have allowed teachers to develop this work with more straightforward projects that focus on one area of expertise, with the goal of moving towards designing more complex projects in years 3 and 4. The principals recognized the need for additional support and training around classroom management, protocols, and routines, particularly for new staff members. Through professional learning from partners such as PBLWorks, the National Paideia Center, CTSC, and CKing Ed, and inter-visitations and discourse with educators who are further along in the PBL process - at National Conferences, Project Directors Meetings, or by visiting local NYC Magnet Schools - the teachers better understand that PBL requires strong facilitation skills, a deep understanding of project management, and the ability to assess in new and varied ways. Proper training and access to resources, are needed to carry out this pedagogical shift. Taking a slower, more measured approach to this work in Year 2 has helped educators and leaders to embrace the implementation of thematic, project based instruction. .

**Recruitment**
All D4-2-6 Magnet schools offered Open Houses, information sessions, took part in district and city-wide fairs, and offered school tours of their buildings. They developed branding, recruitment, and marketing plans, and created a wide range of marketing materials such as flyers, brochures, and infographics. The schools redesigned their logos to better reflect their magnet themes, and they began cultivating a rich online presence through updates and/or redesigns of their websites and social media platforms. These sites provide information and links about their magnet programs. The NYC Magnet Schools central website also provides information about the D 4-2-6 magnet programs and is ADA accessible and equipped with translation tools.

This year, with support from the Central Magnet Team and consultants from Grandview Stack, all D4-2-6 Magnet Leadership Teams have engaged in extensive work to develop graduate profiles and signature experiences that will deepen the overall efficacy and impact of magnet implementation throughout the school, including efforts in marketing and recruitment. JKO M529 in District 2 has already added their graduate profile to their school's website. Esperanza M372 has integrated aspects of their profile into the *Principal's Message* section of their website, and City College M293 in District 6 uses a graphic representation of their graduate profile to help prospective students and families better understand their magnet program. In Year 3 the schools will dive deeper into graduate profiles and signature experiences and develop core practices and systems and structures that will support recruitment efforts and be incorporated into marketing materials, websites and social media.

**Student Achievement**
All Manhattan Inter-district magnet schools provide access to college-level courses, career experiences, and college credit accumulation, resulting in up to an Associate's degree or two years of college credits at no cost to students or families. The schools also offer Regents classes, AP classes, and CTE classes, along with multiple supports to help students with special needs and struggling learners to persist and succeed in these offerings. The Central Magnet Team has partnered with PBLWorks and CTSC to offer PBL training and in-school follow-up to all 4-2-6 magnet teachers. All magnet schools have begun the process of designing and implementing magnet themed PBL projects across the curriculum. These projects are aligned to current standards and curricular mandates, and include opportunities for extended inquiry, student voice & choice, real-world connections, critique & revision, reflection, and public presentations of student learning. All 4-2-6 magnet students have been exposed to at least two PBL units of study that are aligned to current standards and the school's magnet theme. Additionally, with support from the Central Magnet Team and partners from the National Paideia Center, teachers began to facilitate student-led Paideia seminars in their classrooms linked to magnet themed units. These seminars promote deeper understanding of content through student-generated discourse, critical thinking, perspective-taking,

and active listening. The magnet schools have also established themed electives, enrichments, and clubs to excite and inspire students based on their individual talents and interests, and they have developed systems and structures to honor and motivate high achieving students and support and engage at-risk or struggling students.

Specific examples of these accomplishments include the creation of a Master Magnet Padlet at City College M293. This multimedia platform allows for content-sharing between educators and for PBL units to be fully transparent and shared among the M293 staff. Additionally, the vast majority of 9th-12th grade students received AP or college credit from CCNY in Year 2, and a very successful podcasting elective, in partnership with professional podcaster Rob DeLarossa, was added to the program as well. In Year 2, Esperanza M372 has implemented newly designed career connected PBL units on both the middle and high school levels. They also offer a Peer Group Connections course to 12th graders that is dedicated to developing key leadership skills, fostering responsibility, and encouraging students to take initiative. The course provides opportunities for students to explore different career paths and gain early exposure to college experiences. At JKO M529, the school established AP classes and a Dual Enrollment option with Berkley College for 11th and 12th graders. As part of this program, students can receive up to nine college credits in one year through the completion of three college level ELA courses.

**Professional Development**

As outlined in the "Successes" section of this narrative, and guided by our partner from Grandview Stack, magnet leadership teams from all District 4-2-6 magnet schools are actively engaged in professional learning sessions with their counterparts from the District 7-10-11 (Bronx) Inter-District Consortium. These sessions are focused on currently funded Magnet high schools (grades 9-12 or 6-12) and include magnet inter-visitations, where leadership teams tour each other's schools, visit classrooms, share best practices, and engage in discussions around common challenges. These visits foster collaboration, allowing educators to brainstorm solutions, reflect on progress, and explore new strategies for implementing in their own buildings. In addition to these collaborative sessions, the Central Magnet Team offers a wide range of professional development opportunities for teachers and school leaders throughout the year. These sessions are available during vacations, summer breaks, after school, and during the school day, providing flexible options to meet teachers' needs. The PD sessions are facilitated by district-wide partners, Central Magnet Team members, magnet-funded staff, and teacher-leaders, and are offered in various formats including in-person, virtual, and hybrid models. Offerings include full-day institutes, multi-session series, small-group sessions, one-on-one office hours, professional learning communities, and magnet school visitations. This year - in partnership with organizations such as PBLWorks, CTSC, the National Paideia Center, Adobe, CKing Ed, League of Young Inventors, Liberty Science Center, and magnet-funded curriculum specialists - the Central Magnet Team is providing targeted professional learning opportunities aimed at supporting teachers in deepening their thematic curriculum connections and designing sustainable, high-quality magnet-themed units. PD topics include, but are not limited to:

- Designing, managing, and implementing thematic project-based learning.
- Using free digital tools, such as Adobe Express and Canva, to create engaging multimedia projects that support student learning.
- Building critical thinking protocols, student discourse, and Paideia seminars into PBL units to enhance student engagement and higher order thinking.
- Identifying real-world, standards-based mathematical connections within PBL curriculum and magnet themes.
- Supporting student growth through project-based engineering and authentic, hands-on design challenges.
- Outreach and Recruitment Office Hours, where teachers and leaders can collaborate with the Central Magnet Outreach and Family Engagement Coordinator to strategize on marketing, outreach, and branding efforts for their schools.

Individual school PD highlights include a "Magnet Summit" facilitated by the Magnet Team at City College M293. In addition to year-round, full-staff magnet PD that included sessions on using multimedia and the arts to guide the creation of PBL units, and PBL Padlet creation & upload to the Master Padlet, the the school's leadership team hosted a Magnet Summit in February 2025 to share best practices with K-12 magnet schools from across the city - including fellow 4-2-6 cohort schools. Over the Midwinter Break, in February 2025, Esperanza M372 provided PBL 101 training facilitated by partners from PBLWorks to ⅓ of its staff that had not previously been trained. In addition, in late June 2025, the school provided 23 teachers with foundational Paideia seminar training facilitated through the National Paideia Center. This training includes two full day sessions, along with participant access to the NPC seminar library for a year. At JKO M529, the staff

PR/Award #S165A230011

engaged in ongoing coaching sessions with PBLWorks coaches to receive individualized support on their PBL planning. These sessions allowed teachers who were hesitant about creating units to talk through their ideas and get guidance from an expert. In addition, the school provided the staff with magnet-led Monday PD & common planning time focusing on PBL Gold Standards, analyzing standards-based assessments, writing driving questions, creating authentic activities, grouping strategies, and incorporating student voice & choice. Teachers also engaged in professional learning around the Paideia seminar method, promoting collaborative dialogue, critical thinking, and deeper inquiry. Select teachers also met with facilitators from CTSC to develop 6 units that focused on Financial Literacy.

**Family Engagement**

This year the schools continue to plan and implement several themed family events, activities, forums, workshops, presentations and showcases to engage families in meaningful ways that help them communicate with staff and administration, connect to important services and information, voice their opinions and ideas, and provide important input regarding their child's education. For example, all 4-2-6 magnet schools have Parent Coordinators who work specifically with teachers, administrators, parents, CBOs, and community members to provide information, answer questions, plan events, offer workshops, and set up forums to address parents' questions and concerns. In addition, the schools include parents on School Leadership Teams (SLT) that meet monthly to share information and make decisions about school programs, practices, policies, and budgets. The magnet schools conduct monthly PTA meetings open to the school community and parent-teacher conferences so that parents can communicate directly with teachers and school staff. The schools have begun publishing parent-facing newsletters to share information about the magnet program and showcase student work and the innovations made to teaching and learning because of the magnet grant. The schools are also working with the Magnet Recruitment and Outreach Specialist and individual school partners to update their websites and social media platforms to better reflect their magnet themes and help parents to understand the new magnet programs and offerings at the school. The websites are fully ADA accessible and include special parent pages with calendars of events and links to tools such as Jupiter grades and other online communications systems to help parents keep up to date with student assignments, grades, teacher communications, special events and more. Despite all of this, the magnet schools understand that more needs to be done to truly involve parents as partners in their student's education and as champions and advocates for the school. Next year the schools will work to develop sustainable practices, systems, and structures to involve families even more.

The Year 2 Manhattan Inter-district Consortium is aligned with the Chancellor's vision for a revamped student experience that emphasizes career-connected learning. The aim is to help students achieve long-term economic security. Each magnet school is in the process of creating innovative, theme-based programs that provide college access, rigorous instruction, and enrichment activities to all students. The three magnet high schools plan to provide families choice options through unique thematic programs that offer early college access and career pathways. A strategic approach to outreach and recruitment is designed to message the academic and economic opportunities offered by attending a magnet school. By creating a magnet pipeline for K-12 education, magnet elementary and middle school families, as well as any other family, can now choose a magnet middle school and/or high school that offers compelling, rigorous, and innovative theme-based programs and partnerships. These programs provide access to college-level courses, career experiences, and college credit accumulation, resulting in up to an Associate's degree or two years of college credits at no cost to students or families. The 4, 2, 6 schools have choice-based enrollment pathways for cross-district, borough, and citywide student entry. The secondary school pathways will build upon current and sustained early grade magnet schools in the district, borough, and city, thereby creating a K-12 magnet pipeline. The 4, 2, 6 magnet schools are strategically situated throughout Manhattan, making them easily accessible through different modes of transportation. These schools have started to focus on strategically recruiting students from neighboring boroughs, by emphasizing a 6-12 experience, college and career readiness, early college credit, and paid internships. For instance, students from areas like lower Manhattan, Brooklyn, and Staten Island would have about an hour or less of travel to reach these schools.

**Sustainability**

From the outset, the Central Magnet Team has emphasized sustainability as a core priority for the 4-2-6 magnet schools as they develop and implement their programs. School leadership teams are encouraged to approach this work thoughtfully and incrementally, reimagining the use of time and space, setting strategic goals, identifying needs-based actions, and making intentional investments aligned with each school's unique theme, vision, and values. A key principle in this

PR/Award #S165A230011

approach is the understanding that the most sustainable resources are those rooted in the school community - resources that will remain after grant funding ends. These include school-based staff, students, families, local community members, CBOs, businesses, and cultural institutions. Rather than relying heavily on external support, schools are guided to build internal capacity and strengthen partnerships that can endure over time. To this end, the 4-2-6 Project Director has prioritized capacity-building through high-quality professional development and the cultivation of strategic, long-term partnerships. While paid consultants and partner organizations play a vital role during the funding period of the grant, the magnet program places a strong emphasis on developing teacher teams, professional communities, affinity groups, and family and community partnerships as key drivers of sustainability. These networks offer authentic, ongoing support and foster a sense of shared ownership in the magnet mission.

**Lessons Learned**
Overall, the schools have learned that building a sustainable magnet program that provides choices to all families in the community, will take time, commitment, and support from all stakeholders and key partners. It requires a clear vision and strong systems and structures for communication, collaboration, shared leadership, and responsibility.

**Individual School Highlights**
**06M293 City College Magnet School of the Arts** is located in the Inwood community at the northern tip of Manhattan. It is a 6-12 school with approximately 550 students enrolled.  In Project Year 2, three major accomplishments have significantly advanced CCMSA's magnet program and exemplified their magnet theme: the formation of a robust, teacher-led Magnet Leadership Team, the successful launch of a multimedia podcasting course in partnership with renown podcaster, Rob DeLarosa, and the student designed full scale musical production of *Mean Girls*.
Perhaps the most impactful development this year was the creation of a highly effective internal Magnet Leadership Team, composed primarily of teacher-leaders. This team consists of 13 staff members: one representative from each content area, along with two educators dedicated to managing the school's social media presence and website development. The formation of this team has greatly improved communication, collaboration, and the overall efficiency of the school's magnet work. Rather than relying solely on the magnet site coordinator to drive initiatives and disseminate information, this broader leadership model ensures that ideas, updates, and resources are shared more seamlessly across the school. This collective leadership has empowered staff, increased buy-in, and allowed the school to make significant strides in implementing and sustaining magnet-aligned practices.

Aligned with their multimedia and arts integration theme, the school successfully launched an innovative podcasting course that has quickly become a signature feature of CCMSA's magnet program. Developed and led by one of their own teachers, this course was designed not only to provide students with hands-on experience in storytelling, production, and audio editing, but also to help them explore media as a form of self-expression and social impact. To elevate the course, the school established a partnership with renowned podcaster Rob DeLarosa, who collaborates directly with the school's in-house instructors. This model has enhanced the learning experience for both students and staff - ensuring that the expertise shared through the partnership is embedded in classroom practice and builds capacity among the teachers. The podcasting program has already drawn attention and praise from visiting magnet schools and peers across the district, and it stands as a model for other programs. The school community is proud of this achievement and excited to see how it continues to evolve in the years to come.

Finally, one of the school's most prominent and celebrated Signature Experiences is the annual school musical, which this year features a full-scale production of *Mean Girls*. The musical is entirely student-designed, with participants taking lead roles in set construction, costume and prop design, lighting, and more. Open to all students in grades 6–12, the production exemplifies the school's commitment to integrating the arts with rigorous academics and real-world skills. It provides a powerful platform for creative expression, teamwork, and leadership - hallmarks of CCMSA's magnet theme.

**04M372 Esperanza Early College Exploration and Leadership Magnet** is a 6th-12th grade high school located in East Harlem, which is situated between central Manhattan, Queens, and the South Bronx. The school's population is approximately 575 students. Esperanza works to bridge the gap between high school, college, and careers, and cultivates an environment where students are leaders, contributors, and change-makers. In Year Two, the roles of Magnet Coordinator

and Resource Specialist have been firmly established and embedded in the school's leadership structure. A magnet leadership team was formed and the members met weekly with school administration to collaborate and plan activities to support magnet implementation. This consistent communication ensured that the school's magnet themes were thoughtfully implemented and fully integrated into day-to-day instruction and school culture. Along with internal leadership development, Esperanza also prioritized branding and recruitment to support its goal of providing choice for all families and engaging the community. The school revitalized its digital presence by updating its website and social media platforms and by showcasing the work taking place across classrooms and programs. In addition, bilingual students received a NYS Seal of Biliteracy, and their capstone projects were recorded and archived to share with the community. One of the most impactful examples of leadership integration, however, has been the school's partnership with Peer Group Connection, a school-based mentoring program that focuses on easing the transition of students from middle to high school. Esperanza expanded and leveraged this partnership to enhance their leadership theme. Juniors and seniors acted as mentors and role models for incoming students. They were trained to be peer mentors and mediators, and were provided with leadership training to help them develop communication, collaboration, and goal-setting skills.

**M529 Jacqueline Kennedy Onassis STEAM Magnet School of Business Careers** is located in the heart of midtown Manhattan's theater district. The school consists of approximately 288 high school students. In Year 2, JKO continued the marketing and recruitment work it began last year. They conducted open houses at their school, attended several high school fairs, researched mailing addresses that might provide more school choice to NYC families who live near local subway lines, and conducted mailings to those families. Although their efforts have not yet affected enrollment numbers the way they predict they will over time, they have significantly increased their applicant pool since the start of the grant. In addition to marketing and recruitment efforts, JKO established several partnerships with career connected learning organizations who offer field trips, after-school programs, internships, and residencies. Some of these partners include National Academy Foundation, Academy of Hospitality and Tourism, and Virtual Enterprise International. The school established AP classes and a Dual Enrollment option with Berkley College for 11th and 12th graders. As part of this program, students can receive up to nine college credits in one year through the completion of three college level ELA courses. To integrate the school's magnet theme, JKO partnered with PBLWorks and CTSC to provide support to teachers in designing, managing, and implementing PBL units that are aligned to the school's innovation, business and finance theme. Over 80% of teachers in the school have engaged in PBL and 100% of students have been exposed to themed units. Finally, JKO continued their work to add a STEM component to their business and finance theme. The school consulted with vendors to design plans for a finance and technology lab in their building which will support the creation and implementation of themed projects and products. They plan to implement these projects, practices, and products during Year 3 of the grant.



# U.S. Department of Education
## Grant Performance Report (ED 524B)
### Project Status Chart

**SECTION A-Performance Objectives Information and Related Performance Measures Data** (See Instructions.  Use as many pages as necessary.)

**1. Project Objective**    ☐  Check if this is a status update for the previous budget period.

**Desegregation and Choice:** **To reduce minority group isolation (MGI) among Black/African American, Hispanic, and Asian students in proposed magnet schools.**

| 1.1a Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| By September 30 of each project year, M372 (D4) will reduce MGI among Hispanic students to: 80.8% by October 1, 2024 (PY1); 79.3% by October 1, 2025 (PY2); 77.2% by October 1, 2026 (PY3); 74.5% by October 1, 2027 (PY4); and 71.5% by October 1, 2028 (PY5). | GPRA | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | | | 79.3% | | | 82.8% |

a)  **Status of progress:**

   ○ Met

   ⊗ Not met

   ○ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b)  **Description of progress (include challenges faced, if any):**

As of September 30, 2025, the total school enrollment at M372 (D4) included 82.8% Hispanic students, which did not meet the target of reducing MGI among this student subgroup below 79.3%.

c)  **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

The school will continue to develop their thematic instructional program and continue their outreach and community efforts to attract students to magnet choice program. The number of eight graders in Manhattan decreased by 300 students and the overall number of students enrolled in NYCPS has decreased by 5,816 students. Additionally there is a loss of 981students within the borough of Manhattan. While there are less students enrolled both within the city and the borough, the school will continue to share in recruitment outreach their unique instructional offerings including a new early college access program offering.

PR/Award #S165A230011

| 1.1b Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| By September 30 of each project year, M529 (D2) will reduce MGI among Hispanic students to: 65.1% by October 1, 2024 (PY1); 63.4% by October 1, 2025 (PY2); 61.1% by October 1, 2026 (PY3); 58.5% by October 1, 2027 (PY4); and 56.0% by October 1, 2028 (PY5). | GPRA | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | | | 63.4% | | | 67.7% |

a) **Status of progress:**

&#9675; Met

&#8855; Not met

&#9675; In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

As of September 30, 2025, the total school enrollment at M529 (D2) included 67.7% Hispanic students, which did not meet the target of reducing MGI among this student subgroup below 63.4%.

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

The school decreased the gap of the percentage of the MGI applicant pool to the target by almost 50% from the first year of the grant to the second year of the grant. The school will continue to develop their thematic instructional program and continue their outreach and community efforts to attract students to magnet choice program despite the loss of 981students within the borough of Manhattan. The school will continue to share their unique instructional offerings including a new and additional financial literacy and technology program offering to attract a decreased pool of applicants.

| 1.1c Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| By September 30 of each project year, M293 (D6) will reduce MGI among Hispanic students to: 94.2% by October 1, 2024 (PY1); 92.7% by October 1, 2025 (PY2); 90.8% by October 1, 2026 (PY3); 87.9% by October 1, 2027 (PY4); and 84.8% by October 1, 2028 (PY5) | GPRA | **Target** | | | **Actual Performance Data** | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | | | 92.7% | | | 94.4% |

a) **Status of progress:**

○ Met

⊗ Not met

○ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

As of September 30, 2025, the total school enrollment at M293 (D6) included 94.4% Hispanic students, which did not meet the target of reducing MGI among this student subgroup below 92.7%.

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

The percentage of the MGI group within the applicant pool stayed flat from the first year of the grant to the second year of the grant despite the percentage of the MGI group in the district increasing by 1% and the percentage of these students increasing by 2.9% within the borough.  The school will continue to develop their thematic instructional program and continue their outreach and community efforts with in person events, inter district and intra district collaboration to attract students to their magnet choice program despite the loss of 981students within the borough of Manhattan. The school will continue to share their unique instructional offerings including a new multimedia offerings with a broadcasting class and the expanding the broadcasting offerings to attract increased pool of applicants.

| 1.2a Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| By September 30 of each of Years 2-5 of the grant, the number of magnet applicants received M372 will increase by 5% or more over the previous year (with Year 1 data serving as baseline). | Project | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | 628 | | | 746 | | |

a) **<u>Status of progress</u>:**

⊗ Met

◯ Not met

◯ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **<u>Description of progress (include challenges faced, if any):</u>**

As of September 30, 2025, M372 received a total of 746 magnet applications, which meets the target of increasing the number of magnet applications by 5% over the previous year.

c) **<u>If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:</u>**

| 1.2b Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| By September 30 of each of Years 2-5 of the grant, the number of magnet applicants received M529 will increase by 5% or more over the previous year (with Year 1 data serving as baseline). | Project | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | 266 | | | 800 | | |

a) **Status of progress:**

⊗ Met

○ Not met

○ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

As of September 30, 2025, M529 received a total of 800 magnet applications, which meets the target of increasing the number of magnet applications by 5% over the previous year.

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

| 1.2c Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| By September 30 of each of Years 2-5 of the grant, the number of magnet applicants M293 received will increase by 5% or more over the previous year (with Year 1 data serving as baseline). | **Project** | **Target** | | | **Actual Performance Data** | | |
| | | **Raw Number** | **Ratio** | **%** | **Raw Number** | **Ratio** | **%** |
| | | 1,472 | | | 1,769 | | |

**a)** **Status of progress:**

⊗ Met

○ Not met

○ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

**b)** **Description of progress (include challenges faced, if any):**

As of September 30, 2025, M293 received a total of 1,769 magnet applications, which meets the target of increasing the number of magnet applications by 5% over the previous year.

**c)** **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

-



## U.S. Department of Education
## Grant Performance Report (ED 524B)
## Project Status Chart

**SECTION A-Performance Objectives Information and Related Performance Measures Data** (See Instructions.  Use as many pages as necessary.)

**2. Project Objective**      ☐  Check if this is a status update for the previous budget period.

**Student achievement: To ensure that all students attending the magnet schools meet challenging academic standards and are college- and career-ready.**

| 2.1a Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| | | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| By September 30 of each year of the grant, M372 will increase the proportion of students (in grade 6-8) achieving proficiency in the core academic subject of ELA, as measured by the following percentage point increases in the proportion of students who score in Performance Levels 3 and 4 on the New York State (NYS) assessments in ELA compared with baseline of 32% (2022–23): 2 percentage points in Year 1, 3 points in Year 2, 4 points in Year 3, 5 points in Year 4, and 6 points in Year 5. | Project | | | 35% | | | 29.9% |

a)  **Status of progress:**

   ○ Met

   ⊗ Not met

   ○ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b)  **Description of progress (include challenges faced, if any):**

State assessment data indicates that as of September 30, 2025, 29.9% of students tested at M372 achieved proficiency in the state ELA assessments, which did not meet the target of increasing the proportion of students to 35.0% (3 percentage points compared to baseline).

c)  **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

The school plans to improve the effectiveness of core instruction using the new English Language Arts core curriculum.  Additionally the school aims to enhance instructional quality and strategies by planning and implementing school-wide ELA and coaching using Teaching Matters and AEBL.  The students

enter the school in middle school grades with limited proficiency however the school is able to make progress during their time in the school to increase the students' proficiency the longer the students are enrolled in the school.

In 2023, NYSED aligned the ELA tests to new standards.  Changes to the Standards impacted all levels of the educational system, and across multiple areas (curriculum, assessment, professional development, pedagogy, education of All students, data, accountability, and teacher preparation). This transition required substantial changes in instructional practice, pacing, and assessment alignment for both teachers and students. It is well established that during the initial years of new curriculum implementation, student performance on standardized assessments may temporarily stagnate or decline due to:

• Teacher adjustment to new materials and increased rigor

• Student adaptation to new instructional approaches and expectations

• Transitional misalignment between instruction and assessment.

The school is adopting advanced literacies as a universal instructional end goal, with a common set of instructional practices and guidelines to be implemented in science, math, social studies and English/language arts, which are referred to as hallmarks which support addressing this project measure. '

| 2.1b Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| | | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| By September 30 of each year of the grant, M293 will increase the proportion of students (in grade 6-8) achieving proficiency in the core academic subject of ELA, as measured by the following percentage point increases in the proportion of students who score in Performance Levels 3 and 4 on the New York State (NYS) assessments in ELA compared with baseline of 46.2% (2022–23): 2 percentage points in Year 1, 3 points in Year 2, 4 points in Year 3, 5 points in Year 4, and 6 points in Year 5. | Project | | | 49.2% | | | 48.7% |

a) **Status of progress:**

○ Met

⊗ Not met

○ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

State assessment data indicates that as of September 30, 2025, 48.7% of students tested at M293 achieved proficiency in the state ELA assessments, which does not meet the target of increasing the proportion of students to 49.2% (3 percentage points compared to baseline).

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

The school will use formative assessment to analyze instructional strategies such as phonics based learning and provide dedicated reading periods, along with periodic assessments to support students in need and monitor progress. A multi-tiered response to intervention approach will be utilized.  The school is adopting advanced literacies as a universal instructional end goal, with a common set of instructional practices and guidelines to be implemented in science, math, social studies and English/language arts, which are referred to as hallmarks which support addressing this project measure. '

| 2.2a Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| By September 30 of each year of the grant, M372 will increase the proportion of students (in grade 6-8) achieving proficiency in the core academic subject of Math, as measured by the following percentage point increases in the proportion of students who score in Performance Levels 3 and 4 on the New York State (NYS) assessments in ELA compared with baseline of 22.6% (2022–23): 2 percentage points in Year 1, 3 points in Year 2, 4 points in Year 3, 5 points in Year 4, and 6 points in Year 5. | Project | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | | | 25.6% | | | 28.4% |

a) <u>**Status of progress**</u>:

⊗ Met

◯ Not met

◯ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) <u>**Description of progress (include challenges faced, if any):**</u>

State assessment data indicates that as of September 30, 2025, 28.4% of students tested at M372 achieved proficiency in the state math assessments, which met the target of increasing the proportion to 25.6% (3 percentage points compared to baseline).

c) <u>**If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**</u>

| 2.2b Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| | | Target | | | Actual Performance Data | | |
| By September 30 of each year of the grant, M293 will increase the proportion of students (in grade 6-8) achieving proficiency in the core academic subject of Math, as measured by the following percentage point increases in the proportion of students who score in Performance Levels 3 and 4 on the New York State (NYS) assessments in ELA compared with baseline of 30.3% (2022–23): 2 percentage points in Year 1, 3 points in Year 2, 4 points in Year 3, 5 points in Year 4, and 6 points in Year 5. | Project | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | | | 33.3% | | | 33.8% |

a) **Status of progress:**

⊗ Met

◯ Not met

◯ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

State assessment data indicates that as of September 30, 2025, 33.8% of students tested at M293 achieved proficiency in the state math assessments, which met the target of increasing the proportion to 33.3% (3 percentage points compared to baseline).

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

| 2.3a Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| | | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| Each year of the grant M372 will increase the proportion of students who take high school level course in middle school as measured by an increase in the number of students who are enrolled in at least one accelerated high school level course compared with baseline of 34% (2022–23): by 2 percentage points in Year 1, 3 points in Year 2, 4 points in Year 3, 5 points in Year 4, and 6 points in Year 5. | Project | | | 37% | | | 39% |

a) **Status of progress:**

⊗ Met

○ Not met

○ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

In Year 2 of the grant, 39% of students at M372 took at least one accelerated high school level course in middle school, which exceeded the target of increasing the proportion by 3 percentage points from 34% at baseline.

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

| 2.3b Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| | | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| Each year of the grant M293 will increase the proportion of students who take high school level course in middle school as measured by an increase in the number of students who are enrolled in at least one accelerated high school level course compared with baseline of 29% (2022–23): by 2 percentage points in Year 1, 3 points in Year 2, 4 points in Year 3, 5 points in Year 4, and 6 points in Year 5. | Project | | | 32% | | | 30% |

a) **Status of progress:**

&#9675; Met

&#8855; Not met

&#9675; In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

In Year 2 of the grant, 30% of students at M293 took at least one accelerated high school level course in middle school, which did not meet the target of increasing the proportion by 3 percentage points from 29% at baseline.

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

The middle school students complete an accelerated curricula in which they are required to sit for New York State High School Exit Examinations in English, Biology, Algebra, and US History and Government.  Post COVID, students are coming in with decreased foundational skills which is leading decelerated participation in these courses upon admission to the school. Despite this constraint, the graduation rate is 95.2%.  Additionally staffing to develop more high school courses within the middle school grades could support this project measure in year three and beyond.  The school has ramped up recruiting teachers but the viable applicant pool is limited due to the national teacher shortage, which is higher than the national average in urban districts and STEM subject areas.

| 2.4a Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| By September 30 of each year of the grant, M372 will increase the proportion of high school students who are on track for graduation based on the number of credits accumulated by year compared with baseline of 67% (2022–23): by 2 percentage points in Year 1, 3 points in Year 2, 4 points in Year 3, 5 points in Year 4, and 6 points in Year 5. | Project | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | | | 70% | | | 56% |

a) **Status of progress:**

○ Met

⊗ Not met

○ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

By September 30 of Year 2, 56% of high school students at M372 were on track for graduation, which did not meet the target of increasing the proportion to 70% (by 3 percentage points in Year 2 as compared to baseline).

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

The school is on target for an 85% graduation rate but students will receive targeted supports and interventions early in their academic career to increase their on track for graduation metrics.  The following strategies will continue to be deployed to ensure that students are on track to graduate and to support this project measure:

- Use of data to focus on early identification of at-risk students,
- Monitoring credit accumulation
- Tracking attendance
- Providing targeted academic support.
- Implementing personalized learning plans
- Offering credit recovery
- Enhancing family engagement to prevent dropouts

| 2.4b Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| By September 30 of each year of the grant, M293 will increase the proportion of high school students who are on track for graduation based on the number of credits accumulated by year compared with baseline of 69% (2022–23): by 2 percentage points in Year 1, 3 points in Year 2, 4 points in Year 3, 5 points in Year 4, and 6 points in Year 5. | Project | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | | | 72% | | | 65% |

a) **Status of progress:**

○ Met

⊗ Not met

○ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

By September 30 of Year 2, 65% of high school students at M293 were on track for graduation, which did not meet the target of increasing the proportion to 72% (by 3 percentage points in Year 2 as compared to baseline).

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

Students enroll in their choice of college courses beginning in the ninth grade. In the tenth and eleventh grades, students may take up to 12 credits each semester. The students have modified schedules depending on the college courses they are taking. By the senior, students are expected to attend CCNY as full time students. In addition alternate pathways to graduation are available such as credit recovery, Co-Tech, and Future Ready to ensure students are college and career ready.  As a secondary school, the middle school students completing an accelerated curricula in which they are required to sit for New York State Regents Examinations in English, the Biology, Algebra, and US History and Government by the end of the eight grade. College and career readiness begins in the 6th grade when students visit the college for tours and to visit with the high school students who serve as their mentors. In the 7th grade, students attend the CCNY Institute, a week long program that culminates in a tour of colleges in the neighborhood and its cultural centers. In the 8th grade, the students sample what it means to be a college student through Bridge to College.  Based on this accelerated course work which starts in middle school, the four year graduation rate is 95.2%

| 2.4c Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| By September 30 of each year of the grant, M529 will increase the proportion of high school students who are on track for graduation based on the number of credits accumulated by year compared with baseline of 73% (2022–23): by 2 percentage points in Year 1, 3 points in Year 2, 4 points in Year 3, 5 points in Year 4, and 6 points in Year 5. | Project | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | | | 76% | | | 66% |

a) **<u>Status of progress:</u>**

&#9711; Met

&#8855; Not met

&#9711;  In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **<u>Description of progress (include challenges faced, if any):</u>**

By September 30 of Year 2, 66% of high school students at M529 were on track for graduation, which did not meet the target of increasing the proportion to 76% (by 3 percentage points in Year 2 as compared to baseline).

c) **<u>If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:</u>**

The academic advisor and guidance counselor develops a personalized academic plan focusing on credit recovery, course sequencing, and graduation requirements, considering potential past academic disruptions.  Tutoring services are embedded within their daily schedules and attendance is mandatory to address specific academic needs. This approach ensures consistent progress toward grade-level standards and graduation requirements which has resulted in a current graduation rate of 84.7%.  The following strategies will continue to be deployed to ensure that students are on track to graduate and to support this project measure:

- Tracking attendance
- Providing targeted academic support.
- Implementing personalized learning plans
- Offering credit recovery Use of data to focus on early identification of at-risk students,
- Enhancing family engagement to prevent dropouts
- Monitoring credit accumulation

PR/Award #S165A230011

**Budget information providing total expenditures for year 3 (October 1, 2024-September 30, 2025) and carryover into this budget year**

Based on budget figures provided by the NYCDOE business office, the Community School District 4-2-6 MSAP reported $1,747,142 in expenditures for the budget period of October 1, 2024 - September 30, 2025 (Project Year 2). This total includes the allowable MSAP grant obligations for the applicable budget period using financial data available at that time. All of these grant obligations were made within the existing scope of the project and in support of project objectives. Specifically, the expenditures for the year three budget period through September 30, 2025 correlated to the following budget categories:

1. Personnel- $719,683
2. Fringe Benefits- $212,759
3. Travel- $40,248
4. Equipment- $24,636
5. Supplies- $269,044
6. Contractual- $391,628
7. Construction- $0
8. Other- $59,363
9. Total Direct Costs- $1,717,361
10. Indirect Costs- $49,803
11. Training Stipends- $0
12. Total Costs- $1,767,164

(Notes: Fringe benefit amounts were calculated using FY25 fringe rate of 42.05% on salaries and 18.99% on per session as well as 8.15% on per diem. Current NYCDOE fringe rates are 45.83% on salaries and 20.76% on per session and 8.15% on per diem. Personnel costs from July-September were calculated at current rates. The indirect costs reported above reflect the indirect costs of 2.9% on the spent amount in this budget period. Additionally, the financial reports pulled on October 1, 2025 may have included some encumbrances that have been liquidated and were not fully processed at that time. As with previous carryover budget reporting, this data represents October data to estimate carryover into the following grant year; any data shared after this time period represents cash drawdowns that are ongoing and cumulative.)

Personnel:
- Two full-time district magnet positions were funded by MSAP. This included a Project Director and an Instructional Technology/Curriculum Specialist.
- All three magnet schools used magnet funding to pay for two positions to support magnet programming in Project Year 3.
- The District paid per session for District-sponsored professional development. Schools used per session funding for curriculum development and further professional development as well as to pay teachers who facilitated specialized enrichment programs after school hours and on weekends. Per diem funding was used for coverage so that teachers could attend magnet professional development.

Supplies:

PR/Award #S165A230011

- All schools purchased supplies to support both their instructional magnet program and the professional development provided to their teachers.

Equipment:

- Jacqueline Kennedy Onassis STEAM Magnet School of Business Careers procured specialty fixtures for the financial literacy and technology specialty space

Travel:

- The District and all three schools sent representatives to the Magnet Schools of America Conference in Nashville in order to network with other magnet school districts and build and expand expertise and skills.

Contractual:

- The District contracted with its External Evaluator, Metis to oversee the D 4-2-6 grant. Additionally, the District brought in instructional partners to improve pedagogy including CKing Ed, Grandview Stack, and Liberty Science Center
- Esperanza Early College Exploration and Leadership Magnet worked with National Paideia Center, Columbia Center for Technology and School Change, and Teaching Matters to provide pedagogical coaches
- City College Magnet School of the Arts developed and deepened their partnership with In the Living Room Productions, New York Sun Works and the New York City Urban Debate Center
- Jacqueline Kennedy Onassis STEAM Magnet School of Business Careers partnered with Roundabout Theater, For a Bright Future, and Columbia Center for Technology and School Change

Other:

- All schools expended funds to improve their marketing and branding efforts. This included updating websites, external and internal signage, and promotional materials. The "Other" category was utilized for student admissions to college trips and admissions to cultural institutions connected with magnet theme instruction.

The amount of MSAP expenditures, defined as allowable grant obligations made during the applicable budget period is $1,767,164. This amount represents approximately 89% of the total year three allocation. The District D 4-2-6 grant MSAP project expended MSAP funds at a reasonable rate during the current budget period.

**Carryover Budget**

All projected expenditures for year three carryover funds are for allowable costs that fall within the scope and objectives of the CSD 4-2-6 MSAP project. These funds will directly support the magnet program's goals and are planned to be scheduled across the following categories:

| Budget Categories | Carryover to Current Budget Period |
|---|---|
| 1. Personnel | $1,089,642 |

| | |
|---|---|
| 2. Fringe Benefits | $518,984 |
| 3. Travel | $8,000 |
| 4. Equipment | $54,926 |
| 5. Supplies | $22,892 |
| 6. Contractual | $117,926 |
| 7. Construction | $0 |
| 8. Other | $7,325 |
| Direct Costs | $1,819,695 |
| IC 3% | $54,591 |
| Total Costs | $1,874,286 |

(Notes: Fringe benefit amounts were calculated using FY25 fringe rate of 42.05% on salaries and 18.99% on per session as well as 8.15% on per diem. Current NYCDOE fringe rates are 45.83% on salaries and 20.76% on per session and 8.15% on per diem. Personnel costs from July-September were calculated at current rates. The indirect costs reported above reflect the indirect costs of 2.9% on the spent amount in this budget period. Additionally, the financial reports pulled on October 1, 2025 may have included some encumbrances that have been liquidated and were not fully processed at that time. As with previous carryover budget reporting, this data represents October data to estimate carryover into the following grant year; any data shared after this time period represents cash drawdowns that are ongoing and cumulative.)

**Personnel** – Personnel allocations will fund full salaries of each of the District and school's magnet staff positions in addition to per session and per diem. School-based magnet staff are instrumental in supporting program implementation. Per session funds will support additional participation in magnet planning and curriculum writing, professional development for staff, and supporting extended day learning for students, and per diem will allow the hiring of substitute teachers so classroom teachers can be freed up for magnet training. A total of $1,089,642 Carry-over is projected to be spent on Personnel.
This includes:
*Salaries*- Allocations will pay for full salaries of each of the District and school project positions.

**Salaries- $982,142**

*Per Session*- The three schools hours and the district will receive will receive approximately 1,637 per session to use in year 3 for the aforementioned support/activities. Per session rate is $61 per hour, providing a total of $100,000.

**Per Session - $100,000**

*Per Diem*- Each of the four schools will receive 33 days of per diem funds to cover educators for magnet-related training. The per diem rate is $224.

**Per Diem- $7,500**

PR/Award #S165A230011

**Fringe** - A total of $518,984 carry-over is projected to be spent on Fringe Benefits for Year 3. Fringe benefit allocations for the carryover were calculated at NYCDOE FY26 rates on above personnel costs (45.83% on salaries, 20.76% on per session, 8.15% on per diem)
*Salaries*- $477,116 Fringe
*Per Session*- $40,957 Fringe
*Per Diem*- $911 Fringe

**Travel** - A total of $8,000 carry-over is projected to be spent on Travel for Year 3. The project hopes to expand learning opportunities for additional staff members at each school, which will include: USDE meetings, MSA National conference, National School Public Relations Association conference, and International Society of Technology in Education conference.

**Equipment**: A total of $54,926 carry-over is projected to be spent on equipment for Year 3. This includes specialized spaces in each school that will require additional equipment, including microphones, cameras, computers, 3D printers, laser printers, and interactive white boards. Jaqueline Kennedy Onassis High School continue to develop their financial literacy lab and City College Magnet School of the Arts will expand their podcasting broadcasting program and develop a broadcasting studio, which will require the purchase of media equipment.

**Supplies** - A total of $ $22,892 carry-over is projected to be spent on Supplies for Year 3. Supplies will be school and theme specific and will support programming in each school. Examples are included below.

| School/District | Supplies |
|---|---|
| District | Professional development supplies and materials |
| Esperanza | PD materials, interactive boards, computers, office supplies |
| Jaqueline Kennedy Onassis | Computers, interactive white boards, office supplies, art supplies |
| City College Magnet School of the Arts | Cameras, editing bays, computers, microphones, recorders, art supplies |

**Contractual Services** - A total of $117,926 carry-over is projected to be spent on Contracts/Consultants for Year 4. Anticipated contractual services to be paid with carryover funds are as follows.

| School/District | Contractual Service Provider | Estimated Cost |
|---|---|---|
| District | Metis Program Evaluation, Grandview Stack, CKing Education | $37,000 |
| Esperanza | Columbia University Center for Technology School Change, City College of New York-Hunter College & Borough of Manhattan Community College | $25,000 |

PR/Award #S165A230011

| Jaqueline Kennedy Onassis | For A Bright Future, Roundabout Theatre, City College of New York Borough of Manhattan Community College | $31,000 |
| City College Magnet School of the Arts | In the Living Room Pod, DFCM Productions | $24,926 |

**Other**- Carryover for 'other' will cover miscellaneous costs at both the school and district level. (recruitment materials, advertisements, memberships, parent engagement, student admissions) A total of $7,325 is projected to be spent in this category. Examples are outlined below.

| School/District | Purchases |
| --- | --- |
| District | Professional Memberships-Magnet School of America |
| Esperanza | Advertising and communications |
| Jaqueline Kennedy Onassis | Promotional items and postage |
| City College Magnet School of the Arts | Website maintenance, and printing |

**Total Carryover Amount $1,874,286**

**Information required by Office for Civil Rights (OCR) pursuant to 34 C.F.R. § 280.20(d)**

Assurances attached.

Docusign Envelope ID: 0D797F33-F882-804C-8268-FCE56DD1AD0C

---

### 3. Magnet Schools Assistance Program Assurances

In accordance with section 4405(b)(2) of the ESSA, the applicant hereby assures and certifies that it will——

*(A) use grant funds under this part for the purposes specified in section 4401(b);*

*(B) employ highly qualified teachers in the courses of instruction assisted under this part;*

*(C) not engage in discrimination based on race, religion, color, national origin, sex, or disability in the hiring, promotion, or assignment of employees of the applicant or other personnel for whom the applicant has any administrative responsibility;*

*(D) not engage in discrimination based on race, religion, color, national origin, sex, or disability in the assignment of students to schools, or to courses of instruction within the schools, of such applicant, except to carry out the approved plan;*

*(E) not engage in discrimination based on race, religion, color, national origin, sex, or disability in designing or operating extracurricular activities for students;*

*(F) carry out a high-quality education program that will encourage greater parental decision-making and involvement; and*

*(G) give students residing in the local attendance area of the proposed magnet school program equitable consideration for placement in the program, consistent with desegregation guidelines and the capacity of the applicant to accommodate the students.*

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

If the applicant has an approved desegregation plan, the applicant hereby assures and certifies that it is implementing that desegregation plan as approved.

Signed by:

*Kristy De La Cruz*
34A1640D61BB4C2...
Signature of Authorized
Representative

10/25/25
Date

Community Superintendent
Printed Name & Title of Authorized Representative:



May 1, 2026

Claire Aulicino
Managing Senior Associate
Metis Associates, Inc.
Re: IRB approval of the continued New York City Public Schools Inter-District MSAP Grant evaluation

Dear Ms. Aulicino,

This letter serves to inform you that the Metis IRB has reviewed and approved the IRB protocol for the New York City Public Schools Inter-District MSAP Grant evaluation. An expedited review was conducted as authorized by 45 CFR 46.110 and 21 CFR 56.110, pertaining to Research Category 7.

Approval was granted as the research continues to involve no more than minimal risk to the subjects with an adequate plan in place to provide informed consent and to employ appropriate procedures for protecting the identity of all study participants. All study instruments were reviewed and found to be suitable for their intended target groups.

Please feel free to contact me with any questions.

Sincerely,

Michael Scuello
Senior Associate for Design and Analysis
Chair, IRB Committee

# U.S. Department of Education

**Washington, D.C. 20202-5335**



## MSAP Annual Performance Report
**CFDA # 84.165A**
**PR/Award # S165A230012**
**Budget Period # 2**
**Report Type: Annual Performance**

PR/Award # S165A230012

OMB # 1855-0025
Exp. 02/28/2025

PR/Award #S165A230012

**Community Partnerships**

| Partner name | Partnership type | Partnership primary focus | Partnership primary service | Partnership secondary focus | Partnership secondary service | Performance measure link |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

USDOE-Contiunation_000047

PR/Award #S165A230011

**Section B – Budget Summary**

OMB # 1855-0025
Exp. 02/28/2025

| INCOME U.S. DEPARTMENT OF EDUCATION AND OTHER FEDERAL FUNDS | | |
|---|---|---|
| **Funding Stream** | **Approved Budget** | |
| *Reporting Period:* | *Start:* 10/1/24 *End:* 9/30/25 | |
| 1. MSAP | | |
| Other: | School Name | Amount |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

USDOE-Contiunation_000048

**Section B – Budget Summary**

<table>
<tr><td colspan="6" align="center"><b>EXPENSES<br>U.S. DEPARTMENT OF EDUCATION FUNDS</b></td></tr>
<tr>
<td><b>Budget Categories</b></td>
<td align="center"><b>Carryover from Previous Budget Period</b></td>
<td align="center"><b>Approved Budget</b></td>
<td align="center"><b>Expenditures</b></td>
<td align="center"><b>Anticipated Costs</b></td>
<td align="center"><b>Carryover to Future Budget Period</b></td>
</tr>
<tr>
<td align="right"><i>Reporting Period:</i></td>
<td><i>Start:</i> 10/1/23<br><i>End:</i> 9/30/24</td>
<td><i>Start:</i> 10/1/24<br><i>End:</i> 9/30/25</td>
<td><i>Start:</i> 10/1/24<br><i>End:</i> 9/30/25</td>
<td><i>Start:</i> N/A<br><i>End:</i></td>
<td><i>Start:</i> 10/1/25<br><i>End:</i> 9/30/26</td>
</tr>
<tr><td>2. Personnel</td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td>3. Fringe Benefits</td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td>4. Travel</td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td>5. Equipment</td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td>6. Supplies</td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td>7. Contractual</td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td>8. Construction</td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td>9. Other</td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td>10. Total Direct Costs (items 2-9)</td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td>11. Indirect Costs</td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td>12. Training Stipends</td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td>13. Total Costs (items 10-12)</td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td></td><td></td><td></td><td></td><td></td><td></td></tr>
</table>

USDOE-Contiunation_000049

*Page 2*

1.  Please provide an explanation if funds have not been drawn down from the G5 System to pay for the budget expenditure amounts reported in items 8a. – 8c of the Cover Sheet.

Page 3

2.  Please provide an explanation if you *did not* expend funds at the expected rate during the reporting period.

*Page 4*

3.   Describe any significant changes to your budget resulting from modification of project activities.

*Page 5*

4.  Please describe any changes to your budget that affected your ability to achieve your approved project activities and/or project objectives.

*Page 6*

5.  Do you expect to have any unexpended (carryover) funds at the end of the current budget period?  ☐ Yes ☐ No.

      a. If yes, please explain why, provide an estimate, and indicate how you plan to use the unexpended funds in the next budget period.

*Page 7*

6.  Describe any anticipated changes in your budget for the *next* budget period that require prior approval from the Department? (See EDGAR, 2 CFR 200.407, as applicable.)

PR/Award #S165A230011
OMB # 1855-0025
Exp. 02/28/2025

**Table 1: Enrollment Data-LEA Level**

☐ *Check this box if all the magnet schools included in the program are implementing a magnet program for the first time.*

Actual Enrollment     **October 1, 2024**

| Grade Level | American Indian / Alaskan Native (Number) | American Indian / Alaskan Native (%) | Asian (Number) | Asian (%) | Black or African American (Number) | Black or African American (%) | Hispanic/Latino (Number) | Hispanic/Latino (%) | Native Hawaiian or Other Pacific Islander (Number) | Native Hawaiian or Other Pacific Islander (%) | White (Number) | White (%) | Two or more races (Number) | Two or more races (%) | Total Students |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PK | | | | | | | | | | | | | | | |
| K | | | | | | | | | | | | | | | |
| 1 | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| Total | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 |

USDOE-Contiunation_000056

OMB # 1855-0025
Exp. 02/28/2025

Table 2: Enrollment Data-Feeder Schools

| Schools | | Actual Enrollment as of October 1, 2024 | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FEEDER | MAGNET(S) | American Indian /Alaskan Native (Number) | American Indian /Alaskan Native (%) | Asian (Number) | Asian (%) | Black or African-American (Number) | Black or African-American (%) | Hispanic/Latino (Number) | Hispanic/Latino (%) | Native Hawaiian or Other Pacific Islander (Number) | Native Hawaiian or Other Pacific Islander (%) | White (Number) | White (%) | Two or more races (Number) | Two or more races (%) | Total Students |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |

USDOE-Contiunation_000057

PR/Award #S165A230012

**Catch Up Report 10/1/2024-9/30/25 Narrative discussion of the project's implementation**

The NYC MSAP District 7 (7, 10, 11) Bronx Inter-district Magnet Consortium is a consortium project that completed its second year of transforming three schools into magnet schools on October 1, 2025. Included in this cohort are: **Magnet School of Career Connected Learning** is located in the South Bronx in the most impoverished Congressional District in the nation; **Magnet School for Aspiring 21st Century Educators and Leaders**; and **The Bronx Magnet High School for Innovation through the Visual Arts**. The schools experienced a number of successes that enabled them to provide transformative experiences to their students. Included in those successes were:

**MSAP Bronx Inter-district 7-10-11 Consortium Annual Performance Report**

District leadership is proud of the MSAP CSD 7-10-11 Magnet Consortium's accomplishments in Project Year 2. The schools have made great strides in magnet implementation related to all pillars of magnet design.

**Successes**

One of D7-10-11's most impactful successes this year has been to strengthen its magnet schools through the establishment of collegial partnerships from within the Bronx consortium and from across the city. Fundamental to this success is understanding that the most sustainable resources a school can invest in are those rooted in the community - resources such as school-based staff, students, families, community members, and CBOs. Rather than relying heavily on external or temporary support, the schools are beginning to build internal capacity through professional development and improved structures for collaboration. This was a strategic decision to defer resources within the five year grant cycle to the latter part of the project when the school community has a clear and laser focused understanding of the schools' theme and how that theme comes alive within the schools' instructional program and culture.  Schools have formed and are continuing to develop a variety of teams and committees to support curriculum work, recruitment, and family engagement; they are strategically hiring staff who possess skills, talents and interests that can meet the needs of the school; and they are strengthening community partnerships that can endure over time.

One such partnership that was established in Year 2 is an Inter-project Leadership Cohort between the currently funded D7-10-11 Bronx Magnet Consortium and the D4-2-6 Manhattan Magnet Consortium. These MSAP Projects are the first magnet-funded high schools in New York City in over 30 years. While these 9-12 and 6-12 high schools have a lot in common with currently funded elementary and middle school MSAP Projects in the area - and can benefit from their experiences -  as *high schools*, the Bronx and Manhattan consortiums are uniquely positioned to support each other as they transition to magnet schools.

The Inter-project Leadership Cohort meets quarterly to network, engage in professional learning, assess progress, and share best practices. This collaboration is strengthened through inter-visitations, where teams tour each other's buildings, visit classrooms, participate in panel discussions, and address shared challenges. These visits also provide an opportunity for schools to brainstorm, reflect on progress, and explore ways to apply new strategies within their buildings. In Year 2, magnet leadership teams from all three of the Bronx Consortium schools attended and hosted inter-visitations. To further support this work, our partner from Grandview Stack consultancy developed a Magnet Schools Program Design Toolkit specifically for this high school  and secondary school cohort. The toolkit serves as a five-year resource to guide the development and implementation of high-quality magnet programs. It's developed through a backward-design process, helping schools build Graduate Profiles**,** Signature Experiences, Core Practices, and Systems and Structures that align with their magnet program goals. The toolkit includes practical resources such as templates, graphic organizers, flowcharts, checklists, calendars, frameworks, rubrics, and assessments. It also offers a platform for sharing and archiving artifacts, adding an important layer of sustainability to the project. Currently, all of the Bronx Inter-District schools have drafted their Graduate Profiles, which outline the knowledge, skills, and dispositions their students should be prepared with upon graduating the magnet program. The schools have also begun developing signature experiences to help students practice and achieve these goals. This collaborative effort is already yielding positive outcomes. Magnet educators from both the Bronx and Manhattan projects are increasingly reaching out to each other, and school site visits and magnet events have shown noticeable improvements in their quality of implementation. Looking ahead to Project Year 3**,** we anticipate this Leadership Cohort will continue.

**Challenges**

Although the 7-10-11 Inter-district Consortium has made substantial progress this year in the overall design and implementation of the Magnet Project - and has generated excitement in the community around the individual magnet schools - recruitment and enrollment remain ongoing challenges.

The beginning of Project Year 2 was the first real experience the D 7-10-11 Consortium has had navigating these time-sensitive recruitment challenges. School-based recruitment teams now recognize that recruitment must be an ongoing, year-round process, and that it's critical to lay the groundwork before schools close in June - or allocate time during the summer and/or in early September - for planning and outreach so that recruitment events and activities can reach full force by October. School have partnered with other magnet schools across the city to recruit students from schools with similar themes and offering to ensure continuity of instruction from K-12.

Additionally, declining enrollment citywide and in local elementary schools has impacted the pool of potential applicants. The number of 5th grade public school students decreased in Year 2 which not only affects 6th grade applications, but 9th grade applications too, as recruitment teams are now looking beyond their immediate neighborhoods for students. Some are beginning to engage with newly built apartment complexes and housing developments in the area to connect with prospective families.

To address these challenges, schools in the consortium are planning to:
- Connect with residents in new apartment and condo developments to promote awareness of the magnet program;
- Navigate the shifting educational landscape to recruit to schools where students are seeking transition options;
- Build partnerships with local community-based organizations that serve families from diverse demographic groups;
- Expand outreach to nearby magnet elementary and middle schools through shared events, showcases, and collaborative projects;
- Coordinate strategic, in-person outreach efforts, including spring visits to middle schools, breakfasts for guidance counselors, and themed family nights; and
- Leverage student ambassadors and parent volunteers to reach deeper into the community through personal networks.

**Recruitment**

Although D7-10-11 magnet schools experienced challenges with recruitment and enrollment efforts - as noted above - they have made great strides in this area as well. All the magnet schools offered open houses, information sessions, took part in district and city-wide fairs, and offered school tours of their buildings. They developed branding, recruitment, and marketing plans, and created a wide range of marketing materials such as flyers, brochures, and infographics. Many of the recruitment materials were designed, developed, and showcased by students.

The schools are currently in the process of rebranding. They installed interior and exterior signage, re-designed their logos to better reflect their magnet themes, and they began developing an online presence through updates and/or redesigns of their websites and social media platforms. These sites provide information about their programs, links to applications, showcases of student work, and insights into their school community. The NYC Magnet Schools website is ADA accessible and equipped with translation tools.

Specific examples of some of these efforts include the *High School Heroes* program at The Lab School 7X223 where 10th grade finance students visited elementary schools to teach financial literacy and promote their magnet program. The school also hosted the District 7 Elementary Basketball Tournament to bring elementary families from across the district into their building for a fun and friendly day. At Teaching and Professions 10X433, a school community worker was formally designated to focus part of her workday on recruitment efforts, with a particular emphasis on engaging prospective students and families from neighboring districts. They have also been actively collaborating with the Superintendent of Middle Schools to create a plan that increases the school's visibility and presence at local middle schools. This includes the development of targeted events and student engagement opportunities designed to build early interest and support a

PR/Award #S165A230012

sustainable recruitment pipeline. Finally, at Bronx Visual Arts 11X418 the school has increased its community presence by working with Union Community Health Center (UCHC) to feature student art work for a year-long exhibition, creating public awareness of the visual arts program the school offers. The school has also marketed heavily on social media, reaching 300 instagram followers over the course of the year with their content reaching 110,000 views from May 1, 2025 to September 15, 2025, including a reach of 3,800 accounts and over 2,000 interactions. Their reach was expanded by partnerships with UCHC, Bronx River Art Center, the Lehman College Art Gallery, and with help from District 11's social media manager.

**Student Achievement**

The Central Magnet Team has partnered with PBLWorks and CTSC to offer PBL training and in-school follow-up to all D7-10-11 magnet teachers. All magnet schools have begun the process of designing and implementing magnet themed PBL projects across the curriculum. These projects are aligned to current standards and curricular mandates, and include opportunities for extended inquiry, student voice and choice, real-world connections, critique and revision, reflection, and public presentations of student learning.

By the end of Project Year Two, all D7-10-11 magnet students were exposed to at least two PBL units of study that are aligned to current standards and the school's magnet theme. Additionally, with support from the Central Magnet Team and partners from the National Paideia Center, some teachers are beginning to facilitate student-led Paideia seminars in their classrooms linked to magnet themed units. These seminars promote deeper understanding of content through student-generated discourse, critical thinking, perspective-taking, and active listening. The magnet schools have also established themed electives, enrichments, and clubs to excite and inspire students based on their individual talents and interests.

Access to Early College and Career-Connected Learning is also a priority for the D7-10-11 schools. To this end, all magnet sites provide access to college-level courses, career experiences, and college credit accumulation, resulting in up to an Associate's degree or two years of college credits at no cost to students or families. The schools also offer Regents classes, AP classes, and CTE classes, along with multiple supports to help English language learners, students with special needs, and struggling learners to persist and succeed in these offerings.

CTE, Work Based Learning, and Early College access have been expanded this year at the D7-10-11 schools through the development of new pathways, innovative scheduling, and the hiring of new staff with skills and expertise to design and implement these courses and programs. The schools have also leveraged existing partnerships and developed new ones that offer additional internships, paid employment opportunities, and Work Based Learning opportunities after school, during the school day, and in the summer.

Specific examples of some of these efforts include 3 new pathways now offered by The Lab School 7X223 to their 9-12 students in finance, computer science, and Spanish language, after school interventions for grades 6-8 reading and math, online on demand tutoring - as well as in-class tutoring - with partners from *Practice.* At Teaching and the Professions (10X433) their Future Ready partners helped develop and clarify the course progression for the students' Educator Pathway, creating a clear sequence for students to build theme-based knowledge and leadership skills, and they supported the integration of college and career readiness skills aligned to the school's Educators & Leaders magnet theme. In addition, On June 30th, the school partnered with Hunter College's School of Education to launch an inaugural cohort for a pilot program designed to prepare students to become future educators. Through this program, students will take courses at Hunter College School of Education and can graduate high school with 12 to 15 college credits focused on education, along with a paraprofessional certification. Finally, at Bronx Visual Arts 11X418 the school secured an articulation agreement with the Borough of Manhattan Community College (BMCC) from 2025-2030 that will grant CTE students who have achieved a minimum of an 80% average in their Career and Technical Education (CTE) courses instant acceptance to the college, advanced standing in the respective degree pathways, and three college credits for prior work done at the magnet school.

**Professional Development**

PR/Award #S165A230012

Professional development experiences at the D7-10-11 magnet schools are designed to empower teachers to enhance their practice, collaborate with peers, and build sustainable magnet programs that foster student success. All magnet teachers at the D7-10-11 schools received a minimum of 50 hours of professional development per teacher, per year. At least 1.5 of those hours were provided through regularly scheduled Monday afternoon learning sessions. An additional 18 of those hours were provided through mandated Chancellor's Professional Development days throughout the course of the school year. All schools have Instructional Leadership and Data Inquiry teams that observe instruction and collect and analyze a wide variety of school data to help them design professional learning cycles based on individual school needs.

As referenced earlier, Magnet leadership teams from all 7-10-11 (Bronx) magnet schools are actively engaged in professional learning sessions with their counterparts from the 4-2-6 (Manhattan) magnet schools. These sessions are focused on currently funded magnet high schools (grades 9-12 or 6-12) and include magnet inter-visitations, where leadership teams tour each other's schools, visit classrooms, share best practices, and engage in discussions around common challenges. These visits foster collaboration that allows educators to brainstorm, reflect, and explore new strategies for magnet implementation in their own buildings.

In addition to these collaborative sessions, the Central Magnet Team offers a wide range of professional development opportunities for teachers and school leaders throughout the year. These sessions are available during vacations, summer breaks, after school, and during the school day, providing flexible options to meet teachers' needs. The PD sessions are facilitated by district-wide partners, Central Magnet Team members, magnet-funded staff, and teacher-leaders, and are offered in various formats including in-person, virtual, and hybrid models. Offerings include full-day institutes, multi-session series, small-group sessions, one-on-one office hours, professional learning communities, and magnet school visitations.

This year - in partnership with PBLWorks, CTSC, the National Paideia Center, Adobe Education, CKing Ed, League of Young Inventors, Liberty Science Center, and internal Curriculum Specialists - the Central Magnet Team is providing targeted professional learning opportunities aimed at supporting teachers in deepening their thematic curriculum connections and designing sustainable, high-quality magnet-themed units. PD topics include, but are not limited to:

- Designing, managing, and implementing thematic project-based learning.
- Using free digital tools, such as Adobe Express and Canva, to create engaging multimedia projects that support student learning.
- Building critical thinking protocols, student discourse, and Paideia seminars into PBL units to enhance student engagement and higher order thinking.
- Identifying real-world, standards-based mathematical connections within PBL curriculum and magnet themes.
- Supporting student growth through project-based engineering and authentic, hands-on design challenges.
- Outreach and Recruitment Office Hours, where teachers and leaders can collaborate with the Central Magnet Outreach and Family Engagement Coordinator to strategize on marketing, outreach, and branding efforts for their schools.

Specific examples of some of these PD efforts include the following: In-house PD at The Lab School 7X223 on career-connected learning and project based learning; teacher coaching in all five core subjects (including computer science) with partners from *Literacy and Math Matters*, *Metamorphosis Math*, and *Advancing Literacy*; and strategy coaching for special needs students from *G&R Group* to ensure everyone - including special needs students - receive high quality, theme-integrated instruction. At Teaching and the Professions 10X433 partners from Future Ready provided professional learning for teachers to better align classroom instruction with real-world educator skills and competencies. The school also designed a way to conduct professional learning in small, strategic groups that support individual teachers' needs. Through the development of a Professional Development Committee that meets once a week to plan PD, along with weekly full-staff meetings where teachers receive PD, the school is able to implement more individualized PD. Finally, this past summer at Bronx Visual Arts 11X418, key teachers, guidance counselors, administration, and magnet staff worked with partners from Future Ready NYC to develop and train staff for the first year of a new business and marketing pathway to further the school's art theme by adding a marketable, career-ready pathway for students.

**Family Engagement**

D7-10-11 schools are working to include families in the school community through several initiatives that seek to engage them in their child's education and ensure their voices are heard and represented. This year the schools continue to plan and implement several themed family events, activities, forums, workshops, presentations and showcases to help them communicate with staff and administration, connect to important services and information, voice their opinions, and provide important input regarding school programs.

For example, all D7-10-11 magnet schools have Parent Coordinators who work specifically with teachers, administrators, parents, CBOs, and community members to provide information, answer questions, plan events, offer workshops, and set up forums to address parents' questions and concerns. In addition, the schools include parents on School Leadership Teams that meet monthly to share information and make decisions about school programs, practices, policies, and budgets. The magnet schools conduct monthly PTA meetings open to the school community, and parent-teacher conferences so that parents can communicate directly with teachers and school staff.

The schools have begun publishing parent-facing newsletters to share information about the magnet program and showcase student work and the innovations made to teaching and learning because of the magnet grant. The schools are also working to leverage their social media platforms to better reflect their magnet themes and help parents to understand the new magnet programs and offerings at the schools. They have offered Zoom meetings and livestreams of school events to involve families who are unable to attend functions in person. School websites are accessible and include special parent pages with calendars of events and links to tools such as Jupiter grades and other online communications systems to help parents keep up to date with student assignments, grades, teacher communications, special events and more. The schools also try to be responsive to families' needs by offering services such as adult classes, food pantry distributions, family food and gift drives, and more.

**Strategies to Increase Diversity through SES**

The Year 2 Bronx Inter-district Consortium is aligned with the Chancellor's vision for a revamped student experience that emphasizes career-connected learning. The aim is to help students achieve long-term economic security. Each D7-10-11 magnet school is in the process of creating innovative, theme-based programs that provide college access, rigorous instruction, and enrichment activities to all students. The three magnet high schools plan to attract a more diverse population through unique thematic programs that offer early college access and career pathways. A targeted approach to outreach and recruitment is designed to message the academic choice and economic opportunities offered by attending a magnet school. By creating a magnet pipeline for K-12 education, magnet elementary and middle school families, as well as any other family, can now choose a magnet middle school and/or high school that offers compelling, rigorous, and innovative theme-based programs and partnerships. These programs provide access to college-level courses, career experiences, and college credit accumulation, resulting in up to an Associate's degree or two years of college credits at no cost to students or families. The District 7, 10, 11 schools have choice-based enrollment pathways for cross-district, borough, and citywide student entry, fostering family and student choice options. The secondary school pathways will build upon current and sustained early grade magnet schools in the district, borough, and city, thereby creating a K-12 magnet pipeline.

**Sustainability**

The D7-10-11magnet schools are building a path to sustainability by increasing their capacity to support great programming aligned to their magnet themes and building relationships internally and externally with individuals and organizations that share the same values as they do. The schools are always considering the ways that they can experiment with new innovations, monitor progress, and develop sustainable methods to optimize what's working and improve what isn't. The schools are being intentional about staffing and programmatic decisions, and they communicate and consult with stakeholders throughout this process. Even in Year 2 the schools have already considered ways to leverage funding and resources to ensure they will be able to continue their magnet programs when the project ends in 2028.

**Lessons Learned**

One of the lessons the schools learned in Year 2 was to let the students lead. Using students' talents and letting their voices be heard has been instrumental in ideation and implementation of magnet programs and practices at the D7-10-11 schools. By creating a sense of community and ownership, students have been leading the way on many magnet endeavors. For example, D7-10-11 magnet students have initiated new courses and clubs at their schools. They have become mentors to other students and leaders in the school community. Students have taken over the responsibility for campus newsletters and social media sites, which has enhanced family involvement and recruitment as well. Students have even received recognition from city offices and local organizations for their work in the community.

**Individual School Accomplishments**

**07X223 Magnet School of Career Connected Learning** (The Lab School)
The Magnet School of Career Connected Learning has made significant strides this year in expanding access to college and career opportunities for all students. Through strategic scheduling, new partnerships, and an intentional focus on serving all students, the school has created multiple pathways that connect classroom learning to real-world experiences.

One of the school's most notable achievements has been its expansion of college access opportunities. This year, there was an exponential increase in the number of students earning college credits, thanks to strong partnerships with CUNY Hostos Community College and Accenture. To support this growth, the school introduced a dedicated G Block in the schedule, allowing 11th and 12th grade students to leave campus during school hours on Mondays and Wednesdays to attend classes at Hostos. Additionally, the school expanded its use of a January Term, enabling 58 10th grade students to earn college credit through a CUNY First Year Seminar - an early college experience that prepares students for postsecondary success.

Another key success has been the implementation of personalized, 1:1 advising. By expanding the Magnet Career-Connected Learning Team and working closely with the school's College Office and Summer Youth Employment Program partners, the school was able to provide tailored support to match students with both paid summer internships and school-year employment opportunities that aligned with their interests and career goals. This targeted advising ensures that students are not only aware of opportunities but are supported in accessing and navigating them.

The Lab School 7X223 also significantly expanded its Work-Based Learning opportunities to include a wider range of students. Through its ongoing partnership with Future Ready NYC, the school added an additional pathway this year, enabling both computer science and finance pathway students to participate in high-quality work-based learning experiences. The school also extended access to its Spanish language pathway students, who took part in a workplace challenge with partners from Accenture, where they collaborated to design innovative wearable technologies.

Furthermore, the school restructured its Week Without Walls intensive program, moving it to 9th grade to ensure that all freshmen were introduced to Work Based Learning early in their high school careers. These efforts have helped increase participation across all grade levels by providing every student with work-based experience and whetting their appetites for this work early on.

Finally, in June of 2025, the school had its first major showcase of Magnet Career-Connected Learning. Over 200 students in grades 6-12 were presenters of their learning either in classes or in CCL experiences beyond the school day. The Expo was attended by classes from the school, family members, and school partners. It was a day that allowed students to show pride in their work and understand its significance to other people, but also to demonstrate to the school's partners and families the great work that is happening there.

Together, these initiatives reflect the school's deep commitment to preparing students for college and careers through meaningful, hands-on learning experiences that are embedded throughout the culture and curriculum.

**10X433 Magnet School for Aspiring 21st Century Educators and Leaders** (Teaching and Professions)

In Year 2, the Magnet School for Aspiring 21st Century Educators and Leaders has made significant progress in developing curriculum and expanding partnerships that reinforce its magnet theme. These initiatives have strengthened both teaching and learning, creating a more engaging educational experience for students and staff alike.

One of the school's earliest successes in Year 2 was their ability to develop and begin rolling out a magnet graduate profile, which not only helped their school community develop a clearer sense of where they are headed with thematic implementation and magnet priorities, but also served as an example for other magnet schools as they crafted graduate profiles of their own. Teaching and Professions 10X433 hosted the first inter-visitation at the start of the year for the District 7-10-11 & 4-2-6 Inter-project Leadership Cohort, mentioned earlier in this narrative. The visit included a presentation from their Principal and magnet specialists, a Q&A with teachers and students, a tour of the school, and classroom visits. The purpose of the inter-visitation was to connect with other newly formed magnet high schools and share the work they did on their graduate profile.

Another cornerstone of their work in Year 2 has been the school's investment in professional development for teachers. Targeted professional learning opportunities have been offered throughout the year to help educators more effectively integrate the magnet theme into their instruction. These sessions have focused on aligning rigorous academic standards with thematic content, resulting in stronger, more cohesive classroom experiences that reflect both academic excellence and the school's mission.

In support of long-term planning and innovation, the school formed a dedicated curriculum committee to lead the development of theme-based lessons and activities intended to begin during Year 3 of the grant. As part of this effort, the school successfully piloted magnet-themed, project-based learning units in selected classrooms during Year 2. These pilot programs allowed staff to collect valuable feedback from both students and teachers, which will be used to refine and scale the curriculum for broader implementation in Year 3.

Beyond the classroom, the school prioritized extension opportunities for students that deepened their connection to the magnet theme. This included after-school programs such as College Now, which provided early college access, as well as field trips and enrichment activities tied directly to the school's focus on education and leadership. Strategic partnerships with organizations such as Future Ready NYC (FRNYC) and Peer Group Connection have further expanded students' exposure to real-world applications of their learning and helped them develop the skills and dispositions of aspiring educators and leaders.

Student voice and leadership roles were also central to the school's success in Year 2. Students took on meaningful roles in planning school events, facilitating theme-based discussions, and mentoring younger peers - embodying the school's vision of cultivating the next generation of educators, and leaders.

Another significant advancement in Year 2 was the integration of Paideia Seminars into magnet-themed instruction. A group of teachers participated in a train-the-trainer cohort led by the Central Magnet Team, in partnership with the National Paideia Center. This training prepared teachers to design, facilitate, and coach colleagues in leading student-driven seminars aligned to PBL units. Some of those involved in the cohort already began implementing Paideia seminars in their classrooms, creating rich opportunities for student discourse, critical thinking, and deeper thematic engagement.

**11X418 Bronx Magnet High School for Innovation through Visual Art** (Bronx Visual Arts)
In Year 2, The Bronx Magnet High School for Visual Arts made meaningful progress in deepening its magnet theme through new programs, student leadership opportunities, and community engagement. These accomplishments reflect the school's commitment to preparing students for college, careers, and creative expression through the visual arts.

A major highlight this year has been the creation of an annual CTE Showcase, a Signature Experience that brings together both of the school's Career and Technical Education pathways - Media Production and Graphic Design - alongside several themed project-based learning units. This event served as a celebration of student work and a platform for engaging families, community members, and local partners. It provided a unique opportunity for the broader school community to experience the innovative projects being developed within the school's visual arts program and to see first-hand how students were applying their learning in authentic, creative ways. In May with 110 guests in attendance, students showcased not only the themed work of their CTE pathway classes, but also various PBL presentations including the Legacy Builders and Literature Circle classes. The school learned from this mini-showcase the benefits of including engaging, interactive exhibits to promote the school, such as graffiti walls, button making stations, and scratch art stations.

The school also achieved a significant milestone with the development of Media Production as a formal CTE pathway, expanding on its core visual arts theme. Responding to student interest, the school successfully added a photography elective in Year 2, further enhancing students' access to digital media tools and creative outlets. The program has already yielded impressive results - one senior was selected as an official youth photographer for the 2025 Youth Summit NYC, which was held at Teachers College. This kind of recognition highlights the impact of the school's growing media production program and the opportunities it is creating for students.

Another key development was the launch of a student-led social media team, guided by the Magnet Resource Specialist. This initiative provided students with hands-on experience in graphic design, digital storytelling, and strategic communication, while also amplifying the school's presence in the community. Through platforms like Instagram, students not only showcased school events and student work, but also honed real-world communication skills and supported the school's outreach and recruitment goals. The initiative seamlessly integrated with the school's visual arts theme, reinforcing both technical skill development and student voice.

Finally, Bronx Visual Arts 11X418 successfully achieved an articulation agreement with BMCC for their CTE pathways. Students who earn an 80% average or higher in their CTE pathway course sequence will gain:
- Guaranteed Admissions
- Prior Learning Credit: Graduates from select programs in the CTE *Media Technology & Design* and in the *Media Production* portfolio of high schools who enroll at BMCC may earn up to 3 prior learning credits).
  - Advanced Standing: These credits will provide graduates with advanced standing in the following majors in the *Media Arts and Technology Department,* should students choose one of the following degrees
  - Animation and Motion Graphics (A.S.)
  - Multimedia Programming and Design (A.S.)
  - Video Arts and Technology (A.S.)



## U.S. Department of Education
## Grant Performance Report (ED 524B)
## Project Status Chart

**SECTION A-Performance Objectives Information and Related Performance Measures Data** (See Instructions.  Use as many pages as necessary.)

**1. Project Objective**     ☐ Check if this is a status update for the previous budget period.

**Desegregation and Choice: To reduce minority group isolation (MGI) among Black/African American, Hispanic, and Asian students in proposed magnet schools.**

| 1.1a Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Target | | | Actual Performance Data | |
| By September 30 of each project year, X223 (D7) will reduce MGI among Hispanic students to: 81.3% by October 1, 2024 (PY1); 79.7% by October 1, 2025 (PY2); 77.6% by October 1, 2026 (PY3); 74.9% by October 1, 2027 (PY4); and 72.1% by October 1, 2028 (PY5). | GPRA | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | | | 79.7% | | | 77.9% |

**Status of progress:**

⊗ Met

◯ Not met

◯ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

**Description of progress (include challenges faced, if any):**

As of October 2025, the total school enrollment at X223 (D7) included 77.9% Hispanic students, which met the target of reducing MGI among this student subgroup below 79.7%.

a) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

| 1.1b Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| By September 30 of each project year, X418 (D11) will reduce MGI among Hispanic students to: 58.3% by October 1, 2024 (PY1); 56.8% by October 1, 2025 (PY2); 55.0% by October 1, 2026 (PY3); 52.5% by October 1, 2027 (PY4); and 49.2% by October 1, 2028 (PY5). | GPRA | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | | | 56.8% | | | 60.1% |

a) **Status of progress:**

○ Met

⊗ Not met

○ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

As of October 2025, the total school enrollment at X418 (D11) included 60.1% Hispanic students, which did not meet the target of reducing MGI among this student subgroup below 56.8%.

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

The school will continue to develop their thematic instructional program and continue their outreach and community efforts to attract students to magnet choice program. The number of eight graders in the Bronx decreased by 620 students and the overall number of students enrolled in NYCPS has decreased by 5,816 students. Additionally there is a loss of 1,961 students within the Bronx. While there are less students enrolled both within the city and the borough, the school will continue to share their unique instructional offerings including a new and additional NYS CTLE program offering,

| 1.1c Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| By September 30 of each project year, X433 (D10) will reduce MGI among Hispanic students to: 81.2% by October 1, 2024 (PY1); 79.7% by October 1, 2025 (PY2); 77.7% by October 1, 2026 (PY3); 74.9% by October 1, 2027 (PY4); and 71.7% by October 1, 2028 (PY5) | GPRA | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | | | 79.7% | | | 82.5% |

a) **Status of progress:**

○ Met

⊗ Not met

○ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

As of October 2025, the total school enrollment at X433 (D10) included 82.5% Hispanic students, which did not meet the target of reducing MGI among this student subgroup below 79.7%.

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

The school will continue to develop their thematic instructional program and continue their outreach and community efforts to attract students to magnet choice program. The number of eight graders in the Bronx decreased by 620 students and the overall number of students enrolled in NYCPS has decreased by 5,816 students. Additionally there are 1,961 loss of students within the Bronx and 55 ninth graders within District 10.  The school has expanded their Peer Group Collaborative as part of their core practices so that incoming students feel supported upon enrollment and in their transition from middle school.  The supportive nature of this program and the school's student ambassadors who are utilized to share the school program offerings will help to support their recruitment efforts.

| 1.2a Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| By September 30 of each of Years 2-5 of the grant, the number of magnet applicants received X223 will increase by 5% or more over the previous year (with Year 1 data serving as baseline). | **Project** | **Target** | | | **Actual Performance Data** | | |
| | | **Raw Number** | **Ratio** | **%** | **Raw Number** | **Ratio** | **%** |
| | | 1528 | | | 1829 | | |

a) **Status of progress:**

⊗ Met

○ Not met

○ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

As of September 30, 2025, X223 received a total of 1,829 magnet applications, meeting the target of increasing the number of magnet applicants by 19.6% over the previous year.

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

| 1.2b Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| By September 30 of each of Years 2-5 of the grant, the number of magnet applicants received X418 will increase by 5% or more over the previous year (with Year 1 data serving as baseline). | Project | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | 984 | | | 1,481 | | |

a) **Status of progress:**

⊗ Met

◯ Not met

◯ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

As of September 30, 2025, X418 received a total of 1,481 magnet applications, meeting the target of increasing the number of magnet applicants by 50% over the previous year.

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

| 1.2c Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| By September 30 of each of Years 2-5 of the grant, the number of magnet applicants received X433 will increase by 5% or more over the previous year (with Year 1 data serving as baseline). | Project | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | 462 | | | 496 | | |

a) **Status of progress:**

⊗ Met

◯ Not met

◯  In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

As of September 30, 2025, X433 received a total of 496 magnet applications, meeting the target of increasing the number of magnet applicants by 5% over the previous year.

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

-



**U.S. Department of Education**
**Grant Performance Report (ED 524B)**
**Project Status Chart**

**SECTION A-Performance Objectives Information and Related Performance Measures Data** (See Instructions.  Use as many pages as necessary.)

**2. Project Objective**    ☐  Check if this is a status update for the previous budget period.
**Student achievement: To ensure that all students attending the magnet schools meet challenging academic standards and are college- and career-ready.**

| 2.1a Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| | | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| By September 30 of each year of the grant, X223 will increase the proportion of students (in grade 6-8) achieving proficiency in the core academic subject of ELA, as measured by the following percentage point increases in the proportion of students who score in Performance Levels 3 and 4 on the New York State (NYS) assessments in ELA compared with baseline of 55.3% (2022–23): 2 percentage points in Year 1, 3 points in Year 2, 4 points in Year 3, 5 points in Year 4, and 6 points in Year 5. | Project | | | 58.3% | | | 47.7% |

a)  **Status of progress:**

  ○ Met

  ⊗ Not met

  ○ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b)  **Description of progress (include challenges faced, if any):**

State assessment data indicates that as of September 2025 data, 47.7% of tested students at X223 scored in Performance levels 3 and 4 on the state ELA assessment, which did not meet the target of increasing the proportion of students to 58.3% (3 percentage points over the baseline).

c)  **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

The school will use interim assessments at varied intervals during the year. Additionally cool downs and unit assessments will indicate which learning standards require more time and attention for groupings of students.  The school plans to improve the effectiveness of core instruction using the new English Language Arts core curriculum.  The school is adopting advanced literacies as a universal instructional end goal, with a common set of instructional practices and guidelines to be implemented in science, math, social studies and English/language arts, which are referred to as hallmarks which support addressing this project measure. ' The school adopted and implemented a new, standards-aligned ELA curriculum in the 2023 – 2024 school year,  In 2023, NYSED aligned the

PR/Award #S165A230012

ELA tests to new standards.  Changes to the Standards impacted all levels of the educational system, and across multiple areas (curriculum, assessment, professional development, pedagogy, education of All students, data, accountability, and teacher preparation). This transition required substantial changes in instructional practice, pacing, and assessment alignment for both teachers and students. It is well established that during the initial years of new curriculum implementation, student performance on standardized assessments may temporarily stagnate or decline due to:

• Teacher adjustment to new materials and increased rigor

• Student adaptation to new instructional approaches and expectations

• Transitional misalignment between instruction and assessment.

| 2.2a Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| By September 30 of each year of the grant, X223 will increase the proportion of students (in grade 6-8) achieving proficiency in the core academic subject of Math, as measured by the following percentage point increases in the proportion of students who score in Performance Levels 3 and 4 on the New York State (NYS) assessments in ELA compared with baseline of 62% (2022–23): 2 percentage points in Year 1, 3 points in Year 2, 4 points in Year 3, 5 points in Year 4, and 6 points in Year 5. | Project | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | | | 65.0% | | | 63.3% |

a) **Status of progress:**

○ Met

⊗ Not met

○ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

State assessment data indicates that as of September 2025 data, 63.3% of tested students at X223 scored in Performance levels 3 and 4 on the state ELA assessment, which did not meet the target of increasing the proportion of students to 65.0% (3 percentage points over the baseline).

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

The teachers have been participating in the District's professional learning opportunities of Level Up Your Math Instruction and Math Shift and Heavy Lifts focusing on effective mathematics pedagogy.  There will be a focus on individual and small group tutoring both during the day and after school. In 2023, NYSED aligned the Math tests to new standards.  Changes to the Standards impacted all levels of the educational system, and across multiple areas (curriculum, assessment, professional development, pedagogy, education of All students, data, accountability, and teacher preparation). This transition required substantial changes in instructional practice, pacing, and assessment alignment for both teachers and students. It is well established that during the initial years of new curriculum implementation, student performance on standardized assessments may temporarily stagnate or decline due to:

• Teacher adjustment to new materials and increased rigor

• Student adaptation to new instructional approaches and expectations

• Transitional misalignment between instruction and assessment.

A new mathematics core curriculum was implemented during the 2024-2025 school year. Teachers will continue to receive training and coaching for the new curriculum implementation.

| 2.3a Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| Each year of the grant X223 will increase the proportion of students who take high school level course in middle school as measured by an increase in the number of students who are enrolled in at least one accelerated high school level course compared with baseline of 33% (2022–23): by 2 percentage points in Year 1, 3 points in Year 2, 4 points in Year 3, 5 points in Year 4, and 6 points in Year 5. | Project | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | | | 36% | | | 32% |

a) **Status of progress:**

○ Met

⊗ Not met

○ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

In Year 2 of the grant, 32% of students at X223 took at least one accelerated high school level course in middle school, which did not meet the target of increasing the proportion by 3 percentage points in Year 2.

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

Due to staff changes fewer high school level course opportunities for the middle school students could be offered. It is anticipated that this will be resolved during year three of the project.

PR/Award #S165A230012

| 2.4a Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| By September 30 of each year of the grant, X223 will increase the proportion of high school students who are on track for graduation based on the number of credits accumulated by year compared with baseline of 36% (2022–23): by 2 percentage points in Year 1, 3 points in Year 2, 4 points in Year 3, 5 points in Year 4, and 6 points in Year 5. | Project | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | | | 39% | | | 79% |

a) **Status of progress:**

⊗ Met

○ Not met

○ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

By September 30 of Year 2, X223 increased the proportion of high school students on track for graduation to 79%, which met the target of increasing the proportion to 39% (by 3 percentage points in Year 2 as compared to baseline).

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

PR/Award #S165A230012

| 2.4b Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| By September 30 of each year of the grant, X433 will increase the proportion of high school students who are on track for graduation based on the number of credits accumulated by year compared with baseline of 63% (2022–23): by 2 percentage points in Year 1, 3 points in Year 2, 4 points in Year 3, 5 points in Year 4, and 6 points in Year 5. | Project | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | | | 66% | | | 55% |

a)  **Status of progress:**

  ◯ Met

  ⊗ Not met

  ◯  In progress (only applicable to measures with completion dates that fall after the end of the reporting period).


b)  **Description of progress (include challenges faced, if any):**

By September 30 of Year 2, 55% of high school students at X433 were on track for graduation, which did not meet the target of increasing to 66% (3 percentage points in Year 2 as compared to baseline).


c)  **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

Teachers will analyze both formative and summative data to create an action plan guiding daily lessons as well as end of semester efforts to target instruction and to ensure a high-quality academic experience leading to an increase in the percentage of being in track to graduate.  Students will be identified using benchmark and interim and periodic assessments to identify students in need of additional support. Students will be supported to access appropriately rigorous curriculum and engaging in a high quality, high interest learning experiences to increase culminating examination passing rates.  The students who are not on track to graduate will receive targeted supports and interventions early in their academic career to increase their on track for graduation metrics.  The following strategies will continue to be deployed to ensure that students are on track to graduate and to support this project measure:

- Use of data to focus on early identification of at-risk students,
- Monitoring credit accumulation
- Tracking attendance
- Providing targeted academic support.
- Implementing personalized learning plans
- Offering credit recovery
- Enhancing family engagement to prevent dropouts

| 2.4c Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| By September 30 of each year of the grant, X418 will increase the proportion of high school students who are on track for graduation based on the number of credits accumulated by year compared with baseline of 59% (2022–23): by 2 percentage points in Year 1, 3 points in Year 2, 4 points in Year 3, 5 points in Year 4, and 6 points in Year 5. | Project | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | | | 62% | | | 53% |

a) **Status of progress:**

O Met

⊗ Not met

O In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

By September 30 of Year 2, 53% of high school students at X418 were on track for graduation, which did not meet the target of increasing to 62% (3 percentage points in Year 2 as compared to baseline).

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

The school has an 89% graduation rate but students will receive targeted supports and interventions early in their academic career to increase their on track for graduation metrics. Students will be identified using benchmark and interim and periodic assessments to identify students in need of additional support. Students will be supported to access appropriately rigorous curriculum and engaging in a high quality, high interest learning experiences to increase culminating examination passing rates. The students who are not on track to graduate will receive targeted supports and interventions early in their academic career to increase their on track for graduation metrics. The following strategies will continue to be deployed to ensure that students are on track to graduate and to support this project measure:

- Use of data to focus on early identification of at-risk students,
- Monitoring credit accumulation
- Tracking attendance
- Providing targeted academic support.
- Implementing personalized learning plans
- Offering credit recovery
- Enhancing family engagement to prevent dropouts

**Budget information providing total expenditures for year 3 (October 1, 2024-September 30, 2025) and carryover into this budget year**

Based on budget figures provided by the NYCDOE business office, the Community School District 7-10-11 MSAP reported $2,317,314 in expenditures for the budget period of October 1, 2024 - September 30, 2025 (Project Year 2). This total includes the allowable MSAP grant obligations for the applicable budget period using financial data available at that time. All of these grant obligations were made within the existing scope of the project and in support of project objectives. Specifically, the expenditures for the year three budget period through September 30, 2025 correlated to the following budget categories:

| | | |
|---|---|---|
| 1. | Personnel | $811,213 |
| 2. | Fringe Benefits | $217,258 |
| 3. | Travel | $19,397 |
| 4. | Equipment | |
| 5. | Supplies | $401,787 |
| 6. | Contractual | $715,944 |
| 7. | Construction | |
| 8. | Other | $86,408 |
| 9. | Total Direct Costs | $2,252,006 |
| 10. | Indirect Costs | $65,308 |
| 11. | Training Stipends | |
| 12. | Total Costs | $2,317,314 |

(Notes: Fringe benefit amounts were calculated using FY25 fringe rate of 42.05% on salaries and 18.99% on per session as well as 8.15% on per diem. Current NYCDOE fringe rates are 45.83% on salaries and 20.76% on per session and 8.15% on per diem. Personnel costs from July-September were calculated at current rates. The indirect costs reported above reflect the indirect costs of 2.9% on the spent amount in this budget period. Additionally, the financial reports pulled on October 1, 2025 may have included some encumbrances that have been liquidated and were not fully processed at that time. As with previous carryover budget reporting, this data represents October data to estimate carryover into the following grant year; any data shared after this time period represents cash drawdowns that are ongoing and cumulative.)

Personnel:
- Two full-time district magnet positions were funded by MSAP. This included a Project Director and an Instructional Technology/Curriculum Specialist.
- All three magnet schools used magnet funding to pay for two positions to support magnet programming in Project Year 3.
- The District paid per session for District-sponsored professional development. Schools used per session funding for curriculum development and further professional development as well as to pay teachers who facilitated specialized enrichment programs after school hours and on weekends. Per diem funding was used for coverage so that teachers could attend magnet professional development.

Supplies:

- All schools purchased supplies to support both their instructional magnet program and the professional development provided to their teachers.

Equipment:

- Equipment over $5,000 was not purchased

Travel:

- The District and all three schools sent representatives to the Magnet Schools of America Conference in Nashville in order to network with other magnet school districts and build and expand expertise and skills.

Contractual:

- The District contracted with its External Evaluator, Metis to oversee the D 7-10-11 grant. Additionally, the District brought in instructional partners to improve pedagogy including CKing Ed, Grandview Stack, and Liberty Science Center
- The Magnet School Career Connect Learning partnered with Hostos Community College of early college access course, Urban Arts Partnership and Salvadori Center for student enrichment opportunities.
- Magnet School for Aspiring 21st Century Educators and Leaders utilized the AVID Center as a core component of the students executive functioning development practices, PBL Works to support the development of their teacher implementation of thematic project based learning and Generation Ready to support targeted instruction for students.
- The Bronx Magnet High School for Innovation through the Visual Arts worked with For a Bright Future, Facilitating Focus, Reel Works, and Elevate Education to develop the new CTE pathway and support the continued development of the school as a arts center the that captures the past, present, and future of the Bronx.

Other:

- All schools expended funds to improve their marketing and branding efforts. This included updating websites, external and internal signage, and promotional materials. The "Other" category was utilized for student admissions to college trips and admissions to cultural institutions connected with magnet theme instruction.

The amount of MSAP expenditures, defined as allowable grant obligations made during the applicable budget period is $1,767,164. This amount represents approximately 89% of the total year three allocation. The District D 7-10-11 grant MSAP project expended MSAP funds at a reasonable rate during the current budget period.

PR/Award #S165A230012

**Carryover Budget**

All planned expenditures for the Year 2 carryover funds, totaling **$2,741,671**, are fully allowable and align with the scope and objectives of the MSAP project. These funds will directly support the magnet program's goals and will be allocated across the following categories:

| Budget Categories | Carryover to Current Budget Period |
|---|---|
| 1. Personnel | $1,411,403 |
| 2. Fringe Benefits | $612,377 |
| 3. Travel | $9,000 |
| 4. Equipment | $61,000 |
| 5. Supplies | $201,470 |
| 6. Contractual | $325,231 |
| 7. Construction | N/A |
| 8. Other | $41,336 |
| Direct Costs | $2,661,817 |
| IC 3% | $79,854 |
| Total Costs | $2,741,671 |

The projected carryover of magnet funds will be used for personnel salaries, fringe benefits, travel, supplies, contractual services, and other costs (see detailed carryover budget allocation below). The year two carry-over funds will support a comprehensive effort to continue to address magnet program goals. It is estimated that this carryover will be allocated in the following budget categories:

**Personnel** – Personnel – Personnel allocations will cover the full salaries of all district and school project staff, as well as per-session and per-diem costs. School-based magnet personnel are essential to effective program implementation. Per-session funds will support staff participation in magnet planning, curriculum development, and professional learning aimed at strengthening instructional practices across both the district and school levels. These funds will also provide for extended-day learning opportunities for students. In addition, per-diem allocations will allow schools to hire substitute teachers so that magnet staff can be released

for magnet training.

- Salaries - MSAP D7.10.11 has a total of 9.5 magnet teacher staff positions, as well as District personnel. The Year 3 Total Salaries (including anticipated contractual salary and step increases) is $1,285,403.
- Per Session – Each of the three schools and the district will receive 492 per session hours at a contractual rate of approximately $61 per hour, totaling $120,000 to use in Year 3 for the aforementioned support/activities.
- Per Diem – Each of the three schools will receive 11 days of per diem funds to cover educators for magnet related training. The per diem rate is $ 224.83, totaling in the amount of $6,000 to support magnet based trainings.

**Fringe Benefits –** Fringe benefit allocations for the carryover were calculated at NYCDOE FY26 rates on above personnel costs (45.83% on salaries, 20.76% on per session, 8.15% on per diem.  Salaries $1,285,403*45.83%= $589,100; Per Session $120,000 *20.76%= $$22,788; Per Diem $6,000*8.15%=$489
**Total Fringe:**
**$612,377**

**Travel –** The travel allocation of carryover funds will support participation of staff in professional development activities by funding both local and out of town conferences and training opportunities (2026 Magnet Schools of America National Conference)
**$9,000**

**Equipment** – This allocation of carryover funds will be used to purchase equipment that will support the development of Podcasting Studios, Multimedia and broadcasting labs, early college access as well as technology initiatives in several of our schools.
**$61,000**

**Supplies** - Projected supplies allocations will be used to purchase a variety of instructional, technology, podcasting, and arts supplies to support the programs in each of the schools.
**$201,470**

**Contractual Services -** The contractual services portion of the carryover will fund district-level service needs, as well as professional development, curriculum development, and theme-based enrichment provided by external partners at magnet schools. These services are essential to effective magnet theme implementation and to supporting long-term program sustainability.
**$325,231**

| Location | Contractual Service Providers | Estimated Cost |
|---|---|---|
| District | Metis Associates, Grandview Stack, CKing Ed, Liberty Science Center, Paideia, | $85,000 |
| Finance & Technology | Hostos Community College, Playing With Purpose, Sarah Benis Scheier-Dolberg, Crossways Driving School, YMCA of NY, Arete Education | $51,305 |
| HS for Teaching and the Professions | Generation Ready, AVID, Ramapo, PBL Works | $103,000 |
| Bronx HS for the Visual Arts | For a Bright Future, Vivid Voice- Art based mentor, Radiant Pathways, BrainPower Wellness, Fusion Education, CTSC-Teachers College, Access2Achieve Facilitating Focus, City University of NY Borough of Manhattan Community College (BMCC) | $85,926 |
| TOTAL CONTRACTUAL SERVICES AMOUNT | | $325,231 |

**Other** – Carryover for 'other' will cover miscellaneous costs of both the school and district level. (recruitment materials, advertisements, memberships, parent engagement, student admissions)
**$41,336**

**Indirect Costs** – A total of **$79,854** is projected to be spent on indirect for Year 3.  This will cover the possible shortfall in this category due to an anticipated difference between the indirect cost rate in the application and this project year's indirect cost rate.
**$79,854**

**Total Carryover Amount**                                          **$2,741,671**



**U.S. Department of Education**
**Grant Performance Report Cover Sheet (ED 524B)**
*Check only one box per Program Office instructions.*
[✓] **Annual Performance Report**    [  ] **Final Performance Report**

OMB No. 1855-0025
Exp. 02/28/2025

## General Information

1. PR/Award #: S165A230012

    *(Block 5 of the Grant Award Notification - 11 characters.)*

2. Grantee NCES ID#: 3600084

    *(See instructions. Up to 12 characters.)*

3 Project Title: The Bronx Inter-District Magnet Consortium

    *(Enter the same title as on the approved application.)*

4. Grantee Name *(Block 1 of the Grant Award Notification.):* NYC Department of Education - Community School District 4

5. Grantee Address *(See instructions.)*

6. Project Director *(See instructions.)* Name: Shannon Lynch          Title:

    Ph #: ( 718 ) 968 - 6180     Ext: (     )          Fax #: (     )      -

    Email Address: Slynch2@schools.nyc.gov

## Reporting Period Information *(See instructions.)*

7. Reporting Period:    From: 10 / 01 / 2024    To: 09 /30/ 2025    (mm/dd/yyyy)

## Budget Expenditures *(To be completed by your Business Office. See instructions. Also see Section B.)*

8. Budget Expenditures

|  | **Federal Grant Funds** | **Non-Federal Funds** *(Match/Cost Share)* |
|---|---|---|
| a. Previous Budget Period | $1,854,481.00 | $0.00 |
| b. Current Budget Period | $2,317,314.00 | $0.00 |
| c. Entire Project Period *(For Final Performance Reports only)* | $0.00 | $0.00 |

## Indirect Cost Information *(To be completed by your Business Office. See instructions.)*

9. Indirect Costs

    a. Are you claiming indirect costs under this grant?  ✓ Yes    No

    b. If yes, do you have an Indirect Cost Rate Agreement approved by the Federal Government?  ✓ Yes    No

    c. If yes, provide the following information:

    Period Covered by the Indirect Cost Rate Agreement: From: 07 / 01 / 2024  To: 06 / 30 / 2025  (mm/dd/yyyy)

    Approving Federal agency:  ✓ ED    Other *(Please specify)*:

    Type of Rate *(For Final Performance Reports Only)*:    Provisional    Final    Other *(Please specify)*:

    d. For Restricted Rate Programs (check one) -- Are you using a restricted indirect cost rate that:

    ✓ Is included in your approved Indirect Cost Rate Agreement?

    Complies with 34 CFR 76.564(c)(2)?

## Human Subjects (Annual Institutional Review Board (IRB) Certification) *(See instructions.)*

10. Is the annual certification of Institutional Review Board (IRB) approval attached?  ✓ Yes    No    N/A

## Performance Measures Status and Certification *(See instructions.)*

11. Performance Measures Status

    a. Are complete data on performance measures for the current budget period included in the Project Status Chart?    Yes  ✓ No

    b. If no, when will the data be available and submitted to the Department? 10 / 31 / 2025  (mm/dd/yyyy)

12. To the best of my knowledge and belief, all data in this performance report are true and correct and the report fully discloses all known weaknesses concerning the accuracy, reliability, and completeness of the data.

Roberto Padilla

Name of Authorized Representative:

Title: Community Superintendent

Signature: *Roberto Padilla*

Date: 10/29/ 2025

ED 524B

USDOE-Contiunation_000084

**Page 39**

### 3.  Magnet Schools Assistance Program Assurances

In accordance with section 4405(b)(2) of the ESSA, the applicant hereby assures and certifies that it will——

*(A) use grant funds under this part for the purposes specified in section 4401(b);*

*(B) employ highly qualified teachers in the courses of instruction assisted under this part;*

*(C) not engage in discrimination based on race, religion, color, national origin, sex, or disability in the hiring, promotion, or assignment of employees of the applicant or other personnel for whom the applicant has any administrative responsibility;*

*(D) not engage in discrimination based on race, religion, color, national origin, sex, or disability in the assignment of students to schools, or to courses of instruction within the schools, of such applicant, except to carry out the approved plan;*

*(E) not engage in discrimination based on race, religion, color, national origin, sex, or disability in designing or operating extracurricular activities for students;*

*(F) carry out a high-quality education program that will encourage greater parental decision-making and involvement; and*

*(G) give students residing in the local attendance area of the proposed magnet school program equitable consideration for placement in the program, consistent with desegregation guidelines and the capacity of the applicant to accommodate the students.*

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

If the applicant has an approved desegregation plan, the applicant hereby assures and certifies that it is implementing that desegregation plan as approved.

*Roberto Padilla*
_____          10/25/25
Signature of Authorized          Date
Representative
Roberto Padilla          Superintendent
_____
Printed Name & Title of Authorized Representative:



May 1, 2026

Claire Aulicino
Managing Senior Associate
Metis Associates, Inc.
Re: IRB approval of the continued New York City Public Schools Inter-District MSAP Grant evaluation

Dear Ms. Aulicino,

This letter serves to inform you that the Metis IRB has reviewed and approved the IRB protocol for the New York City Public Schools Inter-District MSAP Grant evaluation. An expedited review was conducted as authorized by 45 CFR 46.110 and 21 CFR 56.110, pertaining to Research Category 7.

Approval was granted as the research continues to involve no more than minimal risk to the subjects with an adequate plan in place to provide informed consent and to employ appropriate procedures for protecting the identity of all study participants. All study instruments were reviewed and found to be suitable for their intended target groups.

Please feel free to contact me with any questions.

Sincerely,

Michael Scuello
Senior Associate for Design and Analysis
Chair, IRB Committee

# U.S. Department of Education

**Washington, D.C. 20202-5335**



## MSAP Annual Performance Report
**CFDA # 84.165A**
**PR/Award # S165A220034**
**Budget Period #3**
**Report Type: Annual Performance**

PR/Award # S165A220034

Docusign Envelope ID: D305B76D-F2FD-4FDF-822C-A9929FEF69B3



### U.S. Department of Education
### Grant Performance Report Cover Sheet (ED 524B)
*Check only one box per Program Office instructions.*
**[ ✓ ] Annual Performance Report    [    ] Final Performance Report**

OMB No. 1855-0025
Exp. 02/28/2025

## General Information

1. PR/Award #:  S165A220034

    *(Block 5 of the Grant Award Notification - 11 characters.)*

2. Grantee NCES ID#:  3600120

    *(See instructions. Up to 12 characters.)*

3 Project Title:  Community School Districts 19-27 Consortium Magnet Schools Assistance Program

    *(Enter the same title as on the approved application.)*

4. Grantee Name *(Block 1 of the Grant Award Notification.):* NYC Department of Education - Community School District 19

5. Grantee Address *(See instructions.)*

6. Project Director *(See instructions.)* Name: Jenna Krueger-Utter          Title:  Project Director

    Ph #: ( 929 )  561    -  1850       Ext: (        )          Fax #:  (      )  _____  -  _____

    Email Address:  jkrueger2@schools.nyc.gov

## Reporting Period Information *(See instructions.)*

7. Reporting Period:    From:  10  / 01  / 2024     To:  09  / 30  / 2025       (mm/dd/yyyy)

## Budget Expenditures *(To be completed by your Business Office.  See instructions.  Also see Section B.)*

8. Budget Expenditures

|  | **Federal Grant Funds** | **Non-Federal Funds** *(Match/Cost Share)* |
|---|---|---|
| a. Previous Budget Period | $2,209,540.00 | $0.00 |
| b. Current Budget Period | $2,672,860.00 | $0.00 |
| c. Entire Project Period *(For Final Performance Reports only)* | $0.00 | $0.00 |

## Indirect Cost Information *(To be completed by your Business Office.  See instructions.)*

9. Indirect Costs

    a. Are you claiming indirect costs under this grant?  ✓ Yes  ___No

    b. If yes, do you have an Indirect Cost Rate Agreement approved by the Federal Government?  ✓ Yes  ___No

    c. If yes, provide the following information:

    Period Covered by the Indirect Cost Rate Agreement:  From: 07  / 01  / 2025     To: 06  / 30  / 2026     (mm/dd/yyyy)

    Approving Federal agency:   ✓ ED  ___Other *(Please specify)*: _____

    Type of Rate *(For Final Performance Reports Only)*: ___ Provisional ___ Final ___ Other *(Please specify)*: _____

    d. For Restricted Rate Programs (check one) -- Are you using a restricted indirect cost rate that:

    ✓ Is included in your approved Indirect Cost Rate Agreement?

    ___ Complies with 34 CFR 76.564(c)(2)?

## Human Subjects (Annual Institutional Review Board (IRB) Certification) *(See instructions.)*

10.  Is the annual certification of Institutional Review Board (IRB) approval attached?  ✓ Yes  ___ No  ___ N/A

## Performance Measures Status and Certification *(See instructions.)*

11. Performance Measures Status

    a. Are complete data on performance measures for the current budget period included in the Project Status Chart?  ✓ Yes  ___ No

    b. If no, when will the data be available and submitted to the Department?  _____/_____/_____  (mm/dd/yyyy)

12. To the best of my knowledge and belief, all data in this performance report are true and correct and the report fully discloses all known weaknesses concerning the accuracy, reliability, and completeness of the data.

Dr. Tamra Collins                                    Title:  Superintendent

Name of Authorized Representative:

Signature:                                           Date:  10/27/2025  /

**Community Partnerships**

| Partner name | Partnership type | Partnership primary focus | Partnership primary service | Partnership secondary focus | Partnership secondary service | Performance measure link |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

USDOE-Contiunation_000089

PR/Award #S165A230011

**Section B – Budget Summary**

OMB # 1855-0025
Exp. 02/28/2025

| | | |
|---|---|---|
| **INCOME**<br>**U.S. DEPARTMENT OF EDUCATION AND OTHER FEDERAL FUNDS** | | |
| **Funding Stream** | **Approved Budget** | |
| *Reporting Period:* | *Start:* 10/1/24<br>*End:* 9/30/25 | |
| 1. MSAP | | |
| Other: | School Name | Amount |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

USDOE-Contiunation_000090

## Section B – Budget Summary

| | EXPENSES U.S. DEPARTMENT OF EDUCATION FUNDS | | | | |
|---|---|---|---|---|---|
| **Budget Categories** | **Carryover from Previous Budget Period** | **Approved Budget** | **Expenditures** | **Anticipated Costs** | **Carryover to Future Budget Period** |
| *Reporting Period:* | *Start:* 10/1/23 *End:* 9/30/24 | *Start:* 10/1/24 *End:* 9/30/25 | *Start:* 10/1/24 *End:* 9/30/25 | *Start:* N/A *End:* | *Start:* 10/1/25 *End:* 9/30/26 |
| 2. Personnel | | | | | |
| 3. Fringe Benefits | | | | | |
| 4. Travel | | | | | |
| 5. Equipment | | | | | |
| 6. Supplies | | | | | |
| 7. Contractual | | | | | |
| 8. Construction | | | | | |
| 9. Other | | | | | |
| 10. Total Direct Costs (items 2-9) | | | | | |
| 11. Indirect Costs | | | | | |
| 12. Training Stipends | | | | | |
| 13. Total Costs (items 10-12) | | | | | |
| | | | | | |

USDOE-Contiunation_000091

*Page 2*

1.  Please provide an explanation if funds have not been drawn down from the G5 System to pay for the budget expenditure amounts reported in items 8a. – 8c of the Cover Sheet.

Page 3

2.  Please provide an explanation if you *did not* expend funds at the expected rate during the reporting period.

USDOE-Contiunation_000093

*Page 4*

3.  Describe any significant changes to your budget resulting from modification of project activities.

USDOE-Contiunation_000094

*Page 5*

4.  Please describe any changes to your budget that affected your ability to achieve your approved project activities and/or project objectives.

*Page 6*

5.  Do you expect to have any unexpended (carryover) funds at the end of the current budget period?  ☐ Yes ☐ No.

> a. If yes, please explain why, provide an estimate, and indicate how you plan to use the unexpended funds in the next budget period.

*Page 7*

6.  Describe any anticipated changes in your budget for the *next* budget period that require prior approval from the Department? (See EDGAR, 2 CFR 200.407, as applicable.)

PR/Award #S165A230011

OMB # 1855-0025
Exp. 02/28/2025

**Table 1: Enrollment Data-LEA Level**

☐ *Check this box if all the magnet schools included in the program are implementing a magnet program for the first time.*

Actual Enrollment    **October 1, 2024**

| Grade Level | American Indian / Alaskan Native (Number) | American Indian / Alaskan Native (%) | Asian (Number) | Asian (%) | Black or African American (Number) | Black or African American (%) | Hispanic/Latino (Number) | Hispanic/Latino (%) | Native Hawaiian or Other Pacific Islander (Number) | Native Hawaiian or Other Pacific Islander (%) | White (Number) | White (%) | Two or more races (Number) | Two or more races (%) | Total Students |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PK | | | | | | | | | | | | | | | |
| K | | | | | | | | | | | | | | | |
| 1 | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| Total | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 |

USDOE-Contiunation_000098

OMB # 1855-0025
Exp. 02/28/2025

Table 2: Enrollment Data-Feeder Schools

| Schools | | | Actual Enrollment as of October 1, 2024 | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FEEDER | MAGNET(S) | | American Indian /Alaskan Native (Number) | American Indian /Alaskan Native (%) | Asian (Number) | Asian (%) | Black or African-American (Number) | Black or African-American (%) | Hispanic/Latino (Number) | Hispanic/Latino (%) | Native Hawaiian or Other Pacific Islander (Number) | Native Hawaiian or Other Pacific Islander (%) | White (Number) | White (%) | Two or more races (Number) | Two or more races (%) | Total Students |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |

USDOE-Contiunation_000099

**NYCPS CSD 19/27 Performance Report Project Year 3 (Oct 1, 2024 – Sept 30, 2025)**
**PR/Award #S165A220034**

**CSD 19/27 Catch Up Report 10/1/2024 - 9/30/2025**

**Narrative discussion of the project's implementation**

The NYC Community School Districts 19/27 Magnet Schools Assistance Program (D19/27 MSAP) is an interdistrict project that completed its third year of transforming four community schools into magnet schools on October 1, 2025. Included in this cohort are: PS 64- The Joseph P. Addabbo Magnet School of Leadership & Social Justice Activism; PS 202- The Ernest S. Jenkyns Magnet School of Journalism and Multimedia; IS 171- The Abraham Lincoln Magnet School of Leadership and Innovation; and IS 654- The Magnet School of Multimedia Arts & Engineering at Van Siclen Community Middle School. The schools experienced several successes that enabled them to provide transformative experiences to their students. Included in those successes were:

1. *Further development of specialized instructional programs*

MSAP grant funds facilitated the development and implementation of specialized instructional programs tailored to each school's magnet theme. Each school implemented at least three instructional units that are aligned to their magnet theme. This included innovative curricula focusing on Leadership and Social Justice Activism at PS 64; Multimedia Arts and Engineering at IS 654 Van Siclen Community Middle School (VCMS); Leadership and Innovation at IS 171; and Journalism and Multimedia at PS 202. The efforts toward specialized instruction in Project Year 3 furthered the magnet programs and made them both more engaging to students and appealing to families. For example, PS 64 engaged in the Young Debaters Program to help their students develop their ability to research and present informed points of view. IS 171 worked with the Billion Oyster Project to learn about the work being done in New York waterways through the restoration of the oyster population, which serves as natural water filters. PS 202 used podcasting and other multimedia resources to allow students to find their voices and share their pride in the local community. Students at IS 654 VSCMS worked in the newly opened Fabrication Lab, where they were able to learn the skills of soldering, electronics, and woodworking as foundational skills that can open doors for future work.

2. *Continued use of strong community partnerships*

Each school in the project continued their collaboration with various community stakeholders, including local businesses, nonprofits, cultural institutions, and higher education institutions. Through these partnerships, MSAP-funded schools were able to enrich their educational offerings by providing students with real-world learning experiences, access to resources, mentorship opportunities, and exposure to diverse perspectives. Key partnerships included the League of Young Inventors, BEAM, Magic Box Productions, Paideia Center, and Studio in a School.

3. *Refining communication techniques and sharing success stories*

Schools in the MSAP made an intentional effort during this project year to better their communication with parents and families. Every school used platforms that were easily accessible by families, and they expanded their use of social media to publicize the high-quality work being done in the schools. The schools worked hard to find ways to inform the greater community about the work being done in the current grant to develop a strong reputation for quality and rigor in the surrounding areas, resulting in higher application numbers in three out of four schools. This included connecting with city council members and local and state politicians, sharing achievements with local news outlets, and encouraging parents to share in their community circles about what they love about their child's school.

Individual schools note the following successes:

- PS 64- The Joseph P. Addabbo School Magnet School of Leadership and Social Justice exposed students to new career paths in arts and business during innovative after school enrichment programs. This included Biz Kidz, a club that helped students gain financial literacy through running a school store. PS 64 also felt that their partnerships with Studio in a School and League of Young Inventors were critical

**NYCPS CSD 19/27 Performance Report Project Year 3 (Oct 1, 2024 – Sept 30, 2025)**

components to their success in Project Year 3. Students were able to tap into expression, confidence, communication skills and critical thinking- all important skills for leaders.

- IS 171- The Abraham Lincoln Magnet School of Leadership and Innovation brought parents together to celebrate their children through cultural celebrations, student performances and award ceremonies. This gave the families a stronger sense of their students' progress and a greater pride in their school. The teachers also worked on curriculum maps and pacing guides with Center for Technology and School Change (CTSC), which they feel improved their specialized thematic instruction and strengthened their program. They hoped to continue this work going forward so that they can have a solid foundation for future continuation of their magnet theme program.
- PS 202- The Ernest S. Jenkyns Magnet School of Journalism and Multimedia brought podcasting and video casting to students using their partnership with Alister Arden. The students were more engaged during these projects and exhibited higher levels of comprehension of the material as well as increased confidence. Additionally, the school rebranded with a new school logo and promotional materials.
- IS 654- The Magnet School of Multimedia Arts & Engineering at VSCMS gained traction with recruitment of new students. The team used data shared by the central magnet office to target areas that would support the increase of applications. Student ambassadors were trained to go into elementary schools and showcase the specialized work being done at the school. The number of incoming sixth grade students who accepted their offers increased (from 41 in 24-25 to 61 for 25-26). IS 654 VSCMS also felt that the work done with CTSC to refine the school curriculum and fine-tune Project Based Learning units was highly valuable.

During the third year of implementation, the Magnet Schools Assistance Program made significant strides in providing students with access to high-quality, innovative educational opportunities while fostering collaboration among schools, communities, parents, and staff to support student success. This resulted in schools meeting eleven out of twelve academic project measures.

The CSD19/27 MSAP has focused heavily on updating and improving marketing and recruitment strategies to encourage diversity and inclusivity in our magnet schools. Each school implemented outreach campaigns to connect with families throughout the city. Schools connected with preceding grade levels, with the elementary schools partnering with daycare centers and the middle schools partnering with elementary schools to educate families about programming options and to encourage enrollment. Every school hosted multiple open houses, showcasing the curriculum and giving families the opportunity to see what the schools could offer their children. With the implementation of the MSAP grant along with increased focus on recruitment, many families brought in new families to the school who are from their home community and come from the majority cultural group, which led to increased MGI in three out of four schools. Through robust recruitment efforts, the project hopes to make progress in MGI numbers.

The project's focus on promoting student achievement was central to the success of the CSD 19/27 thematic magnet schools. The schools integrated thematic content into all aspects of the curriculum, providing students with engaging and relevant learning experiences. Schools offered enrichment programs and extracurricular activities that complemented the thematic content and promoted interdisciplinary learning. Family engagement was crucial to student success, and the teams worked diligently to increase parent involvement in the magnet schools. Efforts during this project year included: hosting family workshops and events on topics such as academic support, college readiness, and social-emotional learning; establishing parent advisory councils to provide feedback and input on school policies and programs; providing resources and tools for parents to

PR/Award #S165A220034

**NYCPS CSD 19/27 Performance Report Project Year 3 (Oct 1, 2024 – Sept 30, 2025)**

support their child's learning at home, including parent portals, newsletters, and online learning platforms; and offering opportunities for parents to volunteer in the classroom, chaperone field trips, and participate in school committees and activities.

Professional development played a critical role in supporting the growth and development of magnet school educators. This year, a variety of PD opportunities were offered both at the district level and in individual schools tailored to the needs of staff. The district offered teachers in every magnet school professional development in the following areas:

- Adobe digital creation tools (Adobe Express, Photoshop, Illustrator, Animation, Podcasting)
- Level Up Math Instruction
- Paideia Socratic Seminar and discussion techniques
- Developing Project Based Learning Units
- Using Padlet in the Classroom
- Teach Hub Tools
- Creativity in Engineering

Schools also conducted customized professional development throughout the school year to meet the needs of students and teachers in response to data collection. Professional development at the school level included:

- Curriculum development and support for core curriculum
- Using data to drive instruction
- Deepening academic rigor
- Differentiation strategies
- Phonics instruction
- Civics for All (Project Soapbox)
- Discussion techniques
- Specialized Instruction for SWDs
- Strategies to support ELLs in the classroom
- Educational technology
- League of Young Inventors problem-based learning instruction
- BRIC- multimedia education
- Culturally responsive teaching

To ensure the core concepts of the PD were being applied, schools implemented various monitoring and follow-up efforts. Instructional Leadership Team (ILT) members engaged in classroom observations and walkthroughs to assess implementation fidelity and provide feedback to educators. Regular check-ins and follow-up meetings with PD participants were conducted to discuss progress, address challenges, and provide additional support as needed. The ILT participated in data analysis of student outcomes and teacher practices to measure the impact of PD on student achievement and instructional quality. Surveys and feedback forms were used to gather input from educators on the effectiveness of PD sessions and identify areas for improvement.

**NYCPS CSD 19/27 Performance Report Project Year 3 (Oct 1, 2024 – Sept 30, 2025)**

CSD 19/27 magnet schools offered a variety of theme-aligned out-of-school time and extended learning opportunities to enhance student learning and enrichment. This year, schools were providing the following opportunities for students:

- PS 64- The Joseph P. Addabbo School Magnet School of Leadership and Social Justice Activism provided after school clubs including STEM Club, arts clubs, Ajna Dance, gardening, sports clubs, and student council. Additionally, students had the opportunity to participate in ELL Support and Academic Intervention Services during extended learning hours as well as leadership development opportunities like Project Soapbox, in which students practice their public speaking skills, delivering a speech to an authentic audience about an issue of concern to them.
- Students at IS 171- The Abraham Lincoln Magnet School of Leadership and Innovation had the opportunity to participate in sports outside of school hours, building their teamwork and leadership skills. They also had the opportunity to try coding and robotics or to engage in 1:1 tutoring.
- PS 202- The Ernest S. Jenkyns Magnet School of Journalism and Multimedia had an active and robust afterschool program that included opportunities for students to engage in a range of multimedia activities including film, podcasting, and journalism.
- At IS 654- The Magnet School of Multimedia Arts & Engineering at Van Siclen Community Middle School, Lego Robotics club was a very popular choice for students. Other student clubs included: Music Production, Photography, Visual Arts, DJing, Airbrush, Fashion Design, and E-gaming.

Ensuring the sustainability of magnet programs beyond the life of the grant is a key priority for the CSD 19/27 MSAP project. This year, the team took proactive steps to build program sustainability. Schools began developing long-term strategic plans and sustainability frameworks that outlined goals, strategies, and action steps for maintaining and expanding magnet programs. Additionally, all four magnet schools prioritized cultivating partnerships with local businesses, foundations, and community organizations to secure additional funding and resources to support magnet schools going forward. The district team began to build capacity within school leadership teams and staff to effectively manage and sustain magnet programs through professional development, mentorship, and leadership training. Meanwhile, the magnet teams engaged stakeholders including parents, students, educators, and community members, in the planning and decision-making process to ensure buy-in and support for sustained program success.

Overall, the CSD 19/27 MSAP made significant strides towards meeting project goals and addressing challenges in various areas, including reducing minority group isolation, promoting student achievement, increasing family engagement, providing effective professional development, offering theme-aligned out-of-school time opportunities, and building program sustainability. The project is committed to continuous improvement and innovation as work continues to create inclusive, high-quality magnet programs that benefit all students and families in the community.

**NYCPS CSD 19/27 Performance Report Project Year 3 (Oct 1, 2024 – Sept 30, 2025)**

**Final results for performance measures (Oct 1, 2024-Sept 30, 2025)**

**1. Project Objective**

**Desegregation and Choice: To reduce minority group isolation (MGI) among Black/African American, Hispanic, and Asian students in proposed magnet schools.**

| 1.1 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| PS 202 (D19) will reduce MGI among Black/African American students from a baseline of 57.8% to: 53.8% by October 1, 2025. | GPRA | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | | | 53.8% | | | 51.9% |

    a) **Status of progress:**

       ⊗ Met

       ○ Not met

       ○ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

    b) **Description of progress (include challenges faced, if any):**

As of October 2025, the total school enrollment at PS 202 (D19) included 51.9% Black/African American students, which exceeded the target of reducing MGI among this student subgroup below 53.8% by 1.9%.

    c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

**NYCPS CSD 19/27 Performance Report Project Year 3 (Oct 1, 2024 – Sept 30, 2025)**

| 1.2 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| IS 654 (D19) will reduce MGI among Black/African American students from a baseline of 66.7% to: 61.3% by October 1, 2025. | GPRA | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | | | 61.3% | | | 67.7% |

a) **Status of progress:**

⭘ Met

⊗ Not met

⭘ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

As of October 2025, the total school enrollment at IS 654 (D19) included 67.7% Black/African American students, which did not meet the target of reducing MGI among this student subgroup below 61.3%.

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

IS 654 will complete recruitment and outreach activities with the goal of reaching their MGI target. Specifically, the outreach and recruitment team will incorporate student ambassadors to go into elementary schools and share projects and highlights from their middle school experience. IS 654 will also foster a partnership with the Family Welcome Center so that families who are new to NYC Public Schools who come to receive placement can learn about the magnet program at IS 654 and see if it might be a good fit for their student.

**NYCPS CSD 19/27 Performance Report Project Year 3 (Oct 1, 2024 – Sept 30, 2025)**

| 1.3 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| IS 171 (D19) will reduce MGI among Hispanic students from a baseline of 80.1% to: 75.7% by October 1, 2025. | GPRA | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | | | 75.7% | | | 83.1% |

a) **Status of progress:**

○ Met

⊗ Not met

○ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

As of October 2025, the total school enrollment at IS 171 (D19) included 83.1% Hispanic students, which did not meet the target of reducing MGI among this student subgroup below 75.7%.

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

IS 171 is completing recruitment and outreach activities with the goal of reaching their MGI target. The school had prior success with recruitment by creating partnerships with elementary schools and hosting field trips for fourth graders to experience "a day in the life" of an IS 171 student. In order to make progress toward MGI goals, the school will expand this approach and reach out to new elementary schools with diverse student populations.

**NYCPS CSD 19/27 Performance Report Project Year 3 (Oct 1, 2024 – Sept 30, 2025)**

| 1.4 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| PS 64 (D27) will reduce MGI among Asian students from a baseline of 66.4% to: 61.8% by October 1, 2025. | GPRA | **Target** | | | **Actual Performance Data** | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | | | 61.8% | | | 73.5% |

a) **Status of progress:**

&#9711; Met

&#8855; Not met

&#9711; In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

As of October 2025, the total school enrollment at PS 64 (D27) included 73.5% Asian students, which did not meet the target of reducing MGI among this student subgroup below 61.8%.

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

PS 64 is completing recruitment and outreach activities with the goal of reaching their MGI target. Specifically, PS 64 will work with a multimedia company to develop an advertisement video that highlights the magnet program to share with prospective families. They will also use demographic data along with enrollment data from previous years to recruit students from out of the geographic zone who would bring more diversity to the school community.

**NYCPS CSD 19/27 Performance Report Project Year 3 (Oct 1, 2024 – Sept 30, 2025)**

| 1.5 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| By September 30 of each of years 2-5 of the grant, the number of magnet applicants received by PS 202 (D19) will increase by 5% or more over the previous year (with year 1 serving as baseline). | **Project** | | **Target** | | | **Actual Performance Data** | |
| | | **Raw Number** | **Ratio** | **%** | **Raw Number** | **Ratio** | **%** |
| | | **98** | | | **99** | | |

a) **Status of progress:**

⊗ Met

◯ Not met

◯ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**
The school received 99 applications, exceeding the target by 1 application.

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

**NYCPS CSD 19/27 Performance Report Project Year 3 (Oct 1, 2024 – Sept 30, 2025)**

| 1.6 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| By September 30 of each of years 2-5 of the grant, the number of magnet applicants received by IS 654 (D19) will increase by 5% or more over the previous year (with year 1 serving as baseline). | Project | **Target** | | | **Actual Performance Data** | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | **228** | | | **235** | | |

a) **Status of progress:**

⊗ Met

○ Not met

○ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**
The school received 235 applications, exceeding the target by 7 applications.

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

**NYCPS CSD 19/27 Performance Report Project Year 3 (Oct 1, 2024 – Sept 30, 2025)**

| 1.7 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| By September 30 of each of years 2-5 of the grant, the number of magnet applicants received by IS 171 (D19) will increase by 5% or more over the previous year (with year 1 serving as baseline). | Project | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | 505 | | | 380 | | |

a) **Status of progress:**

⭘ Met

⊗ Not met

⭘ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**
The school received 380 applications, which is less than the target of 505 applications.

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

IS 171 had a large increase in applications in Project Year 2 (356 applications in PY 1 to 481 applications in PY 2) which could be attributed to excitement in the community about the new MSAP program, but experienced a reduction in Project Year 3 (380 applications) likely due to the opening of a brand-new charter middle school nearby. IS 171 still had a larger number of applications in Project Year 3 than Project Year 1, with an increase of 7% from PY 1 to PY 3. The school is conducting outreach to local elementary schools including "A Day in the Life of an IS 171 Magnet Student" to increase interest and is working to publicize the instructional shifts that have taken place because of the MSAP work and is hopeful that this will result in an increased applicant pool.

**NYCPS CSD 19/27 Performance Report Project Year 3 (Oct 1, 2024 – Sept 30, 2025)**

| 1.8 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| By September 30 of each of years 2-5 of the grant, the number of magnet applicants received by PS 64 (D27) will increase by 5% or more over the previous year (with year 1 serving as baseline). | Project | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | **204** | | | **236** | | |

a) **Status of progress:**

⊗ Met

○ Not met

○ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).


b) **Description of progress (include challenges faced, if any):**

The school received 236 applications, exceeding the target by 32 applications.



c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

**NYCPS CSD 19/27 Performance Report Project Year 3 (Oct 1, 2024 – Sept 30, 2025)**

**2. Project Objective**

**Student achievement: To ensure that all students attending the magnet schools meet challenging academic standards and are college- and career-ready.**

| 2.1 Performance Measure | Measure Type | Quantitative Data | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PS 202 (D19) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in ELA compared with baseline (2021-22) by: 4 percentage points by June 30, 2025. | Project | Target | | | Actual Performance Data | | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % | |
| | | | | 31.3% | | | 23.9% | |

a) **Status of progress:**

&#9711; Met

&#8855; Not met

&#9711; In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

Assessment data from spring 2025 shows that 23.9% of students at PS 202 (D19) scored in Performance levels 3 and 4 on the NYS assessments in ELA, which did not meet the target of 31.3%.

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

PS 202 was experiencing a transitional year, with a transition in leadership from both Project Year 1 to Project Year 2 and Project Year 2 to Project Year 3. In order to ensure continued progress toward academic goals, the new principal and magnet site coordinator will participate in professional development and mentoring and PS 202 will work with the district support staff as well as magnet staff to refine their instructional approach and meet their academic targets. Some of the strategies the school will use to ensure academic progress include:

- PS 202 will adopt Edmentum, a technology-based platform that customizes learning paths for individual students to support acquisition of reading skills at both their current performance level and pushing students to perform on their individual grade levels.
- Teachers and students at PS 202 will participate in specialized instruction periods called What I Need Periods (WIN) that group students by targeted skills related to assessment data. Teachers will develop lesson plans to develop the identified skills with their student groups during those periods.

**NYCPS CSD 19/27 Performance Report Project Year 3 (Oct 1, 2024 – Sept 30, 2025)**

- A dedicated interventionist will work with struggling students in Grades 2-5 to identify specific areas where those students struggle and to provide academic intervention while also supporting both the teacher and the family to work with those students and extend the instruction.
- Teachers will work with students using the iReady system to assess student needs and develop instruction to meets those needs. Teachers will also partner with district representatives with the support of the School Data Team to track data across time to ensure progress is being made.
- PS 202 will use a Multi-Tiered System of Support to identify students who have the greatest need. Those students will receive specialized instruction (using Acadience) during WIN periods.
- Students who are below grade level in every grade will be assessed for phonics skills and will be given support using the Wilson System by a trained specialist for any lagging skills.
- District coaches will work with teachers on how to better integrate the Wit & Wisdom curriculum and how to use the lessons and assessment features to ensure student progress.

**NYCPS CSD 19/27 Performance Report Project Year 3 (Oct 1, 2024 – Sept 30, 2025)**

| 2.2 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| IS 654 (D19) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in ELA compared with baseline (2021-22) by: 4 percentage points by June 30, 2025. | **Project** | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | | | 29.8% | | | 37.0% |

a) <u>**Status of progress**</u>**:**

⊗ Met

○ Not met

○ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) <u>**Description of progress (include challenges faced, if any):**</u>

Assessment data from spring 2025 shows that 37.0% of students at IS 654 (D19) scored in Performance levels 3 and 4 on the NYS assessments in ELA, which exceeded the target of 29.8% by 7.2%.

c) <u>**If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress**</u>**:**

**NYCPS CSD 19/27 Performance Report Project Year 3 (Oct 1, 2024 – Sept 30, 2025)**

| 2.3 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| IS 171 (D19) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in ELA compared with baseline (2021-22) by: 4 percentage points by June 30, 2025. | Project | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | | | 35.3% | | | 41.7% |

a) **Status of progress:**

⊗ Met

○ Not met

○ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

Assessment data from spring 2025 shows that 41.7% of students at IS 171 (D19) scored in Performance levels 3 and 4 on the NYS assessments in ELA, which exceeded the target of 35.3% by 6.4%.

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

**NYCPS CSD 19/27 Performance Report Project Year 3 (Oct 1, 2024 – Sept 30, 2025)**

| 2.4 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| PS 64 (D27) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in ELA compared with baseline (2021-22) by: 4 percentage points by June 30, 2025. | **Project** | **Target** | | | **Actual Performance Data** | | |
| | | **Raw Number** | **Ratio** | **%** | **Raw Number** | **Ratio** | **%** |
| | | | | **39.9%** | | | **44.7%** |

a) **Status of progress:**

&#8855; Met

&#9711; Not met

&#9711; In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

Assessment data from spring 2025 shows that 44.7% of students at PS 64 (D27) scored in Performance levels 3 and 4 on the NYS assessments in ELA, which exceeded the target of 39.9% by 4.8%.

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

**NYCPS CSD 19/27 Performance Report Project Year 3 (Oct 1, 2024 – Sept 30, 2025)**

| 2.5 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| PS 202 (D19) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in math compared with baseline (2021-22) by: 4 percentage points by June 30, 2025. | Project | **Target** | | | **Actual Performance Data** | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | | | 22.2% | | | 23.2% |

a) **Status of progress:**

⊗ Met

◯ Not met

◯ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

Assessment data from spring 2025 shows that 23.2% of students at PS 202 (D19) scored in Performance levels 3 and 4 on the NYS assessments in math, which exceeded the target of 22.2% by 1%.

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

**NYCPS CSD 19/27 Performance Report Project Year 3 (Oct 1, 2024 – Sept 30, 2025)**

| 2.6 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| IS 654 (D19) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in math compared with baseline (2021-22) by: 4 percentage points by June 30, 2025. | Project | **Target** | | | **Actual Performance Data** | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | | | **11%** | | | **36.7%** |

a) <u>**Status of progress**</u>:

⊗ Met

◯ Not met

◯ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) <u>**Description of progress (include challenges faced, if any):**</u>

Assessment data from Spring 2025 shows that 36.7% of students at IS 654 (D19) scored in Performance levels 3 and 4 on the NYS assessments in math, which exceeded the target of 11% by 25.7%.

c) <u>**If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress**</u>:

**NYCPS CSD 19/27 Performance Report Project Year 3 (Oct 1, 2024 – Sept 30, 2025)**

| 2.7 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| IS 171 (D19) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in math compared with baseline (2021-22) by: 4 percentage points by June 30, 2025. | Project | | Target | | | Actual Performance Data | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | | | 15.4% | | | 47.8% |

a) **Status of progress:**

&#8855; Met

&#9711; Not met

&#9711; In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

Assessment data from spring 2025 shows that 47.8% of students at IS 171 (D19) scored in Performance levels 3 and 4 on the NYS assessments in math, which exceeded the target of 15.4% by 32.4%.

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

**NYCPS CSD 19/27 Performance Report Project Year 3 (Oct 1, 2024 – Sept 30, 2025)**

| 2.8 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| PS 64 (D27) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in math compared with baseline (2021-22) by: 4 percentage points by June 30, 2025. | Project | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | | | 35.6% | | | 50.7% |

a) **Status of progress:**

⊗ Met

○ Not met

○ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

Assessment data from spring 2025 shows that 50.7% of students at PS 64 (D27) scored in Performance levels 3 and 4 on the NYS assessments in math, which exceeded the target of 35.6% by 15.1%.

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

**NYCPS CSD 19/27 Performance Report Project Year 3 (Oct 1, 2024 – Sept 30, 2025)**

| 2.9 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| PS 202 (D19) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in science compared with baseline (2021-22) by: 4 percentage points by June 30, 2025. | Project | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | | | 16% | | | 24% |

a) **Status of progress:**

⊗ Met

○ Not met

○   In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

State assessment data indicates that in Year 3, 24% of students tested at PS 202 (D19) scored in performance levels 3 and 4 on the NYS assessments in science, which exceeded the target of 16% by 8%(based on a baseline in 2023-24 which was the first year that the science test was administered to students in 5th grade. The previous science test was administered to student in 4th grade).

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

**NYCPS CSD 19/27 Performance Report Project Year 3 (Oct 1, 2024 – Sept 30, 2025)**

| 2.10 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| IS 654 (D19) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in science compared with baseline (2021-22) by: 4 percentage points by June 30, 2025. | Project | **Target** | | | **Actual Performance Data** | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | | | 17% | | | 34% |

a) **Status of progress:**

⊗ Met

◯ Not met

In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

State assessment data indicates that in Year 3, 34% of students tested at IS 654 (D19) scored in performance levels 3 and 4 on the NYS assessments in science, which exceeded the target of 17% by 17%.

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

**NYCPS CSD 19/27 Performance Report Project Year 3 (Oct 1, 2024 – Sept 30, 2025)**

| 2.11 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| IS 171 (D19) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in science compared with baseline (2021-22) by: 4 percentage points by June 30, 2025. | Project | **Target** | | | **Actual Performance Data** | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | | | 33% | | | 41% |

a) **Status of progress:**

  ⊗ Met

  ○ Not met

  ○ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

State assessment data indicates that in Year 3, 41% of students tested at IS 171 (D19) scored in performance levels 3 and 4 on the NYS assessments in science, which exceeded the target of 33% by 8%.

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

**NYCPS CSD 19/27 Performance Report Project Year 3 (Oct 1, 2024 – Sept 30, 2025)**

| 2.12 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| PS 64 (D27) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in science compared with baseline (2021-22) by: 3 percentage points by June 30, 2024. | Project | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | | | 31% | | | 35% |

a) **Status of progress:**

⊗ Met

◯ Not met

◯  In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

State assessment data indicates that in Year 3, 35% of students tested at PS 64 (D27) scored in performance levels 3 and 4 on the NYS assessments in science, which exceeded the target of 31% by 4% (based on a baseline in 2023-24 which was the first year that the science test was administered to students in 5th grade. The previous science test was administered to student in 4th grade).

**If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

**NYCPS CSD 19/27 Performance Report Project Year 3 (Oct 1, 2024 – Sept 30, 2025)**

**Budget information providing total expenditures for year 3 (October 1, 2024-September 30, 2025) and carryover into this budget year**

Based on budget figures provided by the NYCDOE business office, the Community School District 19/27 MSAP reported $2,672,860 in expenditures for the budget period of October 1, 2024 - September 30, 2025 (Project Year 3). This total includes the allowable MSAP grant obligations for the applicable budget period using financial data available at that time. All of these grant obligations were made within the existing scope of the project and in support of project objectives. Specifically, the expenditures for the year three budget period through September 30, 2025 correlated to the following budget categories:

1. Personnel- $1,057,626
2. Fringe Benefits- $405,705
3. Travel- $55,069
4. Equipment- $88,670
5. Supplies- $325,076
6. Contractual- $594,884
7. Construction- $0
8. Other- $70,502
9. Total Direct Costs- $2,597,532
10. Indirect Costs- $75,328
11. Training Stipends- $0
12. Total Costs- $2,672,860

(Notes: Fringe benefit amounts were calculated using FY25 fringe rate of 42.05% on salaries and 18.99% on per session as well as 8.15% on per diem. Current NYCDOE fringe rates are 45.83% on salaries and 20.76% on per session and 8.15% on per diem. Personnel costs from July-September were calculated at current rates. The indirect costs reported above reflect the indirect costs of 2.9% on the spent amount in this budget period. As with previous carryover budget reporting, this data represents October data to estimate carryover into the following grant year; any data shared after this time period represents cash drawdowns that are ongoing and cumulative.)

Personnel:

- Two full-time district magnet positions were funded by MSAP. This included a Project Director and an Instructional Technology/Curriculum Specialist.
- All four magnet schools used magnet funding to pay for positions to support magnet programming in Project Year 3. Three schools funded 1.5 positions and one school (19K202) funded 1 full position.
- The District paid per session for District-sponsored professional development. Schools used per session funding for curriculum development and further professional development as well as to pay teachers who facilitated specialized enrichment programs after school hours and on weekends. Per diem funding was used for coverage so that teachers could attend magnet professional development.

Supplies:

**NYCPS CSD 19/27 Performance Report Project Year 3 (Oct 1, 2024 – Sept 30, 2025)**

- All schools purchased supplies to support both their instructional magnet program and the professional development provided to their teachers.
- Some of the expenditures originally classified as equipment have been re-classified as supplies because the items purchased did not meet the individual cost per item threshold for equipment. This includes computers purchased at IS 171 and iPads purchased at PS 202.

Equipment:
- PS 64 replaced outdated equipment in their auditorium that is used to assist in student and staff-led presentations and assemblies.
- PS 202 and IS 171 purchased interactive whiteboards for several classrooms.

Travel:
- The District, PS 64, PS 202, and IS 171 sent representatives to the Magnet Schools of America Conference in Nashville in order to network with other magnet school districts and build and expand expertise and skills. PS 64 also attended the National Paideia Center Conference in Asheville along with representation from the District.

Contractual:
- The District contracted with its External Evaluator, Metis to oversee the D 19/27 grant. Additionally, the District brought in instructional partners to improve pedagogy including National Paideia Center, League of Young Inventors, CKing Ed, and Teachers College Center for Technology and School Change (CTSC).
- PS 64 contracted with the following theme-based partners:  League of Young Inventors, Leader in Me, Studio in a School, Magic Box, Ajna Dance, and Edible Schoolyards.
- IS 171 contracted with the following theme-based partners: 826NYC, WEL education consultants, Celia Arts, Practice Makes Perfect, and Gassaway.
- PS 202 contracted with the following theme-based partners: How Can I? Podcasting and Production, Alister Arden Creative (Student-Led Murals),  Quadrant One STEM Center, Teachers College Center for Technology and School Change (CTSC), and Executive Leadership Institute.
- IS 654 contracted with: Candystore Productions, How Can I? Podcasting and Production, Urban Wall St., Elite Vision Enterprises, Victor Niosi Art, BRIC Media Arts and BEAM Center.

Other:
- All schools expended funds to improve their marketing and branding efforts. This included updating websites, external and internal signage, and promotional materials. PS 64, IS 171, and PS 202 also used funds in the "Other" category for student admissions to cultural institutions connected with magnet theme instruction. IS 171 used funds in the same category for students to travel to Washington, DC in order to further their theme-based unit on the US Constitution.

The amount of MSAP expenditures, defined as allowable grant obligations made during the applicable budget period is $2,672,860. This amount represents approximately 89% of the total year three allocation. The District 19/27 MSAP project expended MSAP funds at a reasonable rate during the current budget period.

PR/Award #S165A220034

**NYCPS CSD 19/27 Performance Report Project Year 3 (Oct 1, 2024 – Sept 30, 2025)**

**Carryover Budget**

All projected expenditures for year three carryover funds are for allowable costs that fall within the scope and objectives of the CSD 19/27 MSAP project. These funds will directly support the magnet program's goals and are planned to be scheduled across the following categories:

| Budget Categories | Carryover to Current Budget Period |
|---|---|
| 1. Personnel | $1,276,382 |
| 2. Fringe Benefits | $509,817 |
| 3. Travel | $74,000 |
| 4. Equipment | $81,800 |
| 5. Supplies | $365,059 |
| 6. Contractual | $645,000 |
| 7. Construction | $0 |
| 8. Other | $140,100 |
| Direct Costs | $3,092,158 |
| IC 3% | $92,765 |
| Total Costs | $3,184,923 |

The projected carryover of magnet funds will be used for personnel salaries, fringe benefits, travel, supplies, contractual services, and other costs (see detailed carryover budget allocation below). The year three carry-over funds will support a comprehensive effort to continue to address magnet program goals. It is estimated that this carryover will be allocated in the following budget categories:

**Personnel** – Personnel allocations will fund full salaries of each of the District and school's magnet staff positions in addition to per session and per diem. School-based magnet staff are instrumental in supporting program implementation. Per session funds will support additional participation in magnet planning and curriculum writing, professional development for staff, and supporting extended day learning for students, and per diem will

**NYCPS CSD 19/27 Performance Report Project Year 3 (Oct 1, 2024 – Sept 30, 2025)**

allow the hiring of substitute teachers so classroom teachers can be freed up for magnet training. A total of $1,276,382 Carry-over is projected to be spent on Personnel.

This includes:

*Salaries*- Allocations will pay for full salaries of each of the District and school project positions.

**Salaries- $987,939**

*Per Session*- Each of the four schools will receive approximately 890 per session hours and the district will receive 800 hours of per session to use in year 4 for the aforementioned support/activities. Per session rate is $61 per hour, providing a total of $54,290 per site and $48,800 for the District, resulting in a combined total of $265,960.

**Per Session - $265,960**

*Per Diem*- Each of the four schools will receive 25 days of per diem funds to cover educators for magnet-related training. The per diem rate is $224.83.

**Per Diem- $22,483**

**Fringe** - A total of $509,817 carry-over is projected to be spent on Fringe Benefits for Year 4. Fringe benefit allocations for the carryover were calculated at NYCDOE FY25 rates on above personnel costs (45.83% on salaries, 20.76% on per session, 8.15% on per diem)

*Salaries*- $452,772 Fringe

*Per Session*- $55,213 Fringe

*Per Diem*- $1,832 Fringe

**Travel** - A total of $74,000 carry-over is projected to be spent on Travel for Year 4. The project hopes to expand learning opportunities for additional staff members at each school, which will include: USDE meetings, MSA National conference, National School Public Relations Association conference, and International Society of Technology in Education conference.

**Equipment**: A total of $81,800 carry-over is projected to be spent on equipment for Year 4. This includes specialized spaces in each school that will require additional equipment, including microphones, cameras, computers, 3D printers, laser printers, and interactive white boards. PS 202 will have a new journalism and broadcasting room, which will require the purchase of media equipment.

**Supplies** - A total of $365,059 carry-over is projected to be spent on Supplies for Year 4. Supplies will be school and theme specific and will support programming in each school. Examples are included below.

| School/District | Supplies |
|---|---|
| District | PD texts and supplies |

PR/Award #S165A220034

**NYCPS CSD 19/27 Performance Report Project Year 3 (Oct 1, 2024 – Sept 30, 2025)**

| | |
|---|---|
| PS 64 | Art Supplies, makerspace supplies, 3D printers, iPads, computers, office supplies, PD materials |
| IS 171 | Computers, interactive white boards, 3D printers, iPads, office supplies, art supplies |
| PS 202 | Cameras, iPads, computers, microphones, recorders |
| VCMS (654) | Robotics supplies, iPads, laptops, instructional supplies |

**Contractual Services** - A total of $645,000 carry-over is projected to be spent on Contracts/Consultants for Year 4. Anticipated contractual services to be paid with carryover funds are as follows.

| School/District | Contractual Service Provider | Estimated Cost |
|---|---|---|
| District | Columbia University Center for Technology and School Change, edLio, League of Young Inventors, Plug Ugly Films, The National Paideia Institute, Thinking Maps, and Buck Institute for Education, Left of Center | $150,000 |
| PS 64 | CTSC, Studio in a School, League of Young Inventors | $125,000 |
| IS 171 | 826NYC, Seeds to Flowers, We Got Games, Practice Makes Perfect, Gassaway | $120,000 |
| PS 202 | BRIC Media Arts, Quadrant One STEM Center, Rosebud Art Studio, Plug Ugly Films | $125,000 |

**NYCPS CSD 19/27 Performance Report Project Year 3 (Oct 1, 2024 – Sept 30, 2025)**

| | | |
|---|---|---|
| VCMS (654) | Candy Store Productions, Urban Wall StreetBRIC Media Arts, BEAM Center, Plug Ugly Films | $125,000 |

**Other**- Carryover for 'other' will cover miscellaneous costs at both the school and district level. (recruitment materials, advertisements, memberships, parent engagement, student admissions) A total of $140,100 is projected to be spent in this category. Examples are outlined below.

| School/District | Purchases |
|---|---|
| District | Advertisements on social media and in local publications, recruitment materials, promotional items |
| PS 64 | External signage, promotional items, student admissions, family workshop materials, professional memberships |
| IS 171 | Website maintenance, social Media blasts, student admissions, professional memberships, student leadership trips |
| PS 202 | Promotional items, school messenger, educational subscriptions, professional memberships |
| VCMS (654) | Internal signage, promotional items, advertisements, creative subscriptions, professional memberships |

**Total Carryover Amount $3,184,923**

**Information required by Office for Civil Rights (OCR) pursuant to 34 C.F.R. § 280.20(d)**

Assurances attached.

Docusign Envelope ID: D305B76D-F2FD-4FDF-822C-A9929FEF69B3

## Magnet Schools Assistance Program Assurances

In accordance with section 4405(b)(2) of the ESSA, the applicant hereby assures and certifies that it will—

(A) use grant funds under this part for the purposes specified in section 4401(b);

(B) employ highly qualified teachers in the courses of instruction assisted under this part;

(C) not engage in discrimination based on race, religion, color, national origin, sex, or disability in the hiring, promotion, or assignment of employees of the applicant or other personnel for whom the applicant has any administrative responsibility;

(D) not engage in discrimination based on race, religion, color, national origin, sex, or disability in the assignment of students to schools, or to courses of instruction within the schools, of such applicant, except to carry out the approved plan;

(E) not engage in discrimination based on race, religion, color, national origin, sex, or disability in designing or operating extracurricular activities for students;

(F) carry out a high-quality education program that will encourage greater parental decision-making and involvement; and

(G) give students residing in the local attendance area of the proposed magnet school program equitable consideration for placement in the program, consistent with desegregation guidelines and the capacity of the applicant to accommodate the students.

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

If the applicant has an approved desegregation plan, the applicant hereby assures and certifies that it is implementing that desegregation plan as approved.

Superintendent     10/27/2025

Signature of Authorized     Date
Representative



**Department of
Education**

*David C. Banks, Chancellor*

**Institutional Review Board
and Ethics Review
Committee**

August 17, 2025

**52 Chambers Street
Room 310
New York, NY  10007**

Ms. Claire Aulicino

100 Wall Street
Suite 802
New York, NY 10005

Dear Ms. Claire Aulicino:

I am happy to inform you that the New York City Department of Education's Ethics or Institutional Review Board has approved or cleared your request for a continuation of your research study numbered 4839 and titled "Evaluation of NYCDOE FY22 Magnet Schools Assistance Program grants for D19/27, D32/16, and D28/29." The continuation approval is for a period of one year:

| | |
|---|---|
| **Continuation Approval Date:** | **September 10, 2025** |
| **Continuation Expiration Date:** | **September 10, 2026** |

Consent forms, letters to research subjects and research protocols approved for use in your continuation study must contain a date falling within the approval period.

**\*\*\* COVID-19 Response:**
**If this study requires in-person interactions or interventions with research subjects, note that these procedures <u>cannot</u> take place without explicit written permission for site access from the NYC DOE IRB and principal or site director.**

**Unless explicitly detailed in this protocol and reviewed and approved by the NYC DOE IRB/ERC, virtual interactions or interventions with research subjects may not take place.**

**This information is subject to change without notice. \*\*\***

**Responsibilities of Principal Investigators:** Please find below a list of responsibilities of Principal Investigators who have DOE IRB approval to conduct research in New York City public schools.

- Approval by this office does not guarantee access to any particular school, individual or data.  You are responsible for making appropriate contacts and getting the required permissions and consents before initiating the study.
- When requesting permission to continue conducting your study in schools, submit the approved Principal Information Letter to the school Principal summarizing your research design and methodology along with this IRB Approval letter.
- Researchers who join the study team after the inception of the research must be added to the protocol through an Amendment and fingerprinted.
- You are responsible for ensuring that the research is conducted in accordance with your research proposal as approved for continuation by the DOE IRB and for the actions of all co-investigators and research staff involved with the research.

Institutional Review Bo
Protocol Number: 4839-N
**Page 46**

P a g e | **2**                                                                                    August 17, 2025

- You are responsible for informing all participants (e.g., administrators, teachers, parents, and students) that their participation is strictly voluntary and that there are no consequences for non-participation or withdrawal at any time during the study.
- Researchers must:  Use the consent forms approved by the DOE IRB; provide all research subjects with copies of their signed forms; maintain signed forms in a secure place for a period of at least three years after study completion; and destroy the forms in accordance with the data disposal plan approved by the IRB.

**Mandatory Reporting to the IRB:**  The principal investigator must report to the IRB Director and Chair, within three (3) business days, any serious problem, adverse effect, or outcome that occurs with frequency or degree of severity greater than that anticipated.  In addition, the principal investigator must report any event or series of events that prompt the temporary or permanent suspension of a research project involving human subjects or any deviations from the approved protocol.

**Amendments/Modifications:**  All amendments/modification of protocols involving human subjects, including, but not limited to, personnel changes, must have prior IRB approval, except those involving the prevention of immediate harm to a subject, which must be reported within 24 hours to the NYC Department of Education IRB.

**Continuation of your research:**  It is your responsibility to insure that an application for continuing review approval is submitted three months before the expiration date noted above.  If you do not receive approval before the expiration date, all study activities must stop until you receive a new approval letter.

**Research findings:**  We require a copy of the report of findings from the research.  Interim reports may also be requested for multi-year studies.  Your report should not include identification of the superintendency, district, any school, student, or staff member. Please submit a final report with the closure form through our electronic platform.

If you have any questions, please contact IRB@schools.nyc.gov.

Good luck with your research.


Sincerely,
New York City Department of Education Institutional Review Board

# U.S. Department of Education

**Washington, D.C. 20202-5335**



## MSAP Annual Performance Report
**CFDA # 84.165A**
**PR/Award # S165A220032**
**Budget Period # 3**
**Report Type: Annual Performance**

PR/Award # S165A220032



# U.S. Department of Education
## Grant Performance Report Cover Sheet (ED 524B)
*Check only one box per Program Office instructions.*
[✔] Annual Performance Report    [   ] Final Performance Report

OMB No. 1855-0025
Exp. 02/28/2025

## General Information

1. PR/Award #:  S165A220032

2. Grantee NCES ID#:  3600100

*(Block 5 of the Grant Award Notification - 11 characters.)*    *(See instructions. Up to 12 characters.)*

3 Project Title:  Community School Districts 28-29 Consortium Magnet Schools Assistance Program

*(Enter the same title as on the approved application.)*

4. Grantee Name *(Block 1 of the Grant Award Notification.):* NYC Department of Education - Community School District 28

5. Grantee Address *(See instructions.)*

6. Project Director *(See instructions.)* Name: Reina Sin    Title: MAGNET DIRECTOR

Ph #: ( 718 ) _968_ - _6180_    Ext: (      )    Fax #: (      ) _____ - _____

Email Address:  RSIN@SCHOOLS.NYC.GOV

## Reporting Period Information *(See instructions.)*

7. Reporting Period:    From: _10_ / _01_ / _2024_    To: _09_ / _30_ / _2025_    (mm/dd/yyyy)

## Budget Expenditures *(To be completed by your Business Office. See instructions. Also see Section B.)*

8. Budget Expenditures

|  | **Federal Grant Funds** | **Non-Federal Funds** *(Match/Cost Share)* |
|---|---|---|
| a. Previous Budget Period | $2,130,218.00 | $0.00 |
| b. Current Budget Period | $2,836,274.00 | $0.00 |
| c. Entire Project Period *(For Final Performance Reports only)* | $0.00 | $0.00 |

## Indirect Cost Information *(To be completed by your Business Office. See instructions.)*

9. Indirect Costs

    a. Are you claiming indirect costs under this grant?  ✔ Yes ___No

    b. If yes, do you have an Indirect Cost Rate Agreement approved by the Federal Government?  ✔ Yes ___No

    c. If yes, provide the following information:

        Period Covered by the Indirect Cost Rate Agreement:  From: _07_ / _01_ / _2024_    To: _06_ / _30_ / _2025_  (mm/dd/yyyy)

        Approving Federal agency:  ✔ ED ___Other *(Please specify):* _____

        Type of Rate *(For Final Performance Reports Only)*: ___ Provisional ___ Final ___ Other *(Please specify):* _____

    d. For Restricted Rate Programs (check one) -- Are you using a restricted indirect cost rate that:

        ✔ Is included in your approved Indirect Cost Rate Agreement?

        ___ Complies with 34 CFR 76.564(c)(2)?

## Human Subjects (Annual Institutional Review Board (IRB) Certification) *(See instructions.)*

10.  Is the annual certification of Institutional Review Board (IRB) approval attached?  ✔ Yes ___ No ___ N/A

## Performance Measures Status and Certification *(See instructions.)*

11. Performance Measures Status

    a. Are complete data on performance measures for the current budget period included in the Project Status Chart?  ✔ Yes ___ No

    b. If no, when will the data be available and submitted to the Department?  _____/_____/_____  (mm/dd/yyyy)

12. To the best of my knowledge and belief, all data in this performance report are true and correct and the report fully discloses all known weaknesses concerning the accuracy, reliability, and completeness of the data.

Eric Blake
_____    Title: Superintendent D28
Name of Authorized Representative:

*Eric Blake*
_____    Date: 10/28/2025 / _____ / _____
Signature:

ED 524B

USDOE-Contiunation_000135

**Page 2**

PR/Award #S165A220032

OMB # 1855-0025
Exp. 02/28/2025

**Community Partnerships**

| Partner name | Partnership type | Partnership primary focus | Partnership primary service | Partnership secondary focus | Partnership secondary service | Performance measure link |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

USDOE-Contiunation_000136

PR/Award #S165A230011

OMB # 1855-0025
Exp. 02/28/2025

## Section B – Budget Summary

| INCOME<br>U.S. DEPARTMENT OF EDUCATION AND OTHER FEDERAL FUNDS | | |
|---|---|---|
| **Funding Stream** | **Approved Budget** | |
| *Reporting Period:* | *Start:*  10/1/24<br>*End:*  9/30/25 | |
| 1. MSAP | | |
| Other: | School Name | Amount |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

USDOE-Contiunation_000137

## Section B – Budget Summary

| | EXPENSES U.S. DEPARTMENT OF EDUCATION FUNDS | | | | |
|---|---|---|---|---|---|
| **Budget Categories** | **Carryover from Previous Budget Period** | **Approved Budget** | **Expenditures** | **Anticipated Costs** | **Carryover to Future Budget Period** |
| *Reporting Period:* | *Start:* 10/1/23 *End:* 9/30/24 | *Start:* 10/1/24 *End:* 9/30/25 | *Start:* 10/1/24 *End:* 9/30/25 | *Start:* N/A *End:* | *Start:* 10/1/25 *End:* 9/30/26 |
| 2. Personnel | | | | | |
| 3. Fringe Benefits | | | | | |
| 4. Travel | | | | | |
| 5. Equipment | | | | | |
| 6. Supplies | | | | | |
| 7. Contractual | | | | | |
| 8. Construction | | | | | |
| 9. Other | | | | | |
| 10. Total Direct Costs (items 2-9) | | | | | |
| 11. Indirect Costs | | | | | |
| 12. Training Stipends | | | | | |
| 13. Total Costs (items 10-12) | | | | | |
| | | | | | |

USDOE-Contiunation_000138

*Page 2*

1.  Please provide an explanation if funds have not been drawn down from the G5 System to pay for the budget expenditure amounts reported in items 8a. – 8c of the Cover Sheet.

Page 3

2.  Please provide an explanation if you *did not* expend funds at the expected rate during the reporting period.

USDOE-Contiunation_000140

*Page 4*

3.   Describe any significant changes to your budget resulting from modification of project activities.

*Page 5*

4.  Please describe any changes to your budget that affected your ability to achieve your approved project activities and/or project objectives.

*Page 6*

5.  Do you expect to have any unexpended (carryover) funds at the end of the current budget period?  ☐ Yes ☐ No.

    a. If yes, please explain why, provide an estimate, and indicate how you plan to use the unexpended funds in the next budget period.

*Page 7*

6.  Describe any anticipated changes in your budget for the *next* budget period that require prior approval from the Department? (See EDGAR, 2 CFR 200.407, as applicable.)

OMB # 1855-0025
Exp. 02/28/2025

## Section C – Additional Information
*Desegregation Plan Information Forms*

**Type of Desegregation Plan**
**(Check one and attach the appropriate documents)**

☐ A Required Plan: A plan that is (1) implemented pursuant to a final order of a court of the United States, or a court of any State, or any other state agency or official of competent jurisdiction and (2) the order requires the desegregation of minority group segregated children or faculty in the elementary and secondary schools of that agency or those agencies.

Attach the Following Documents
•     A copy of the court or agency order that demonstrated that the magnet school(s) for which assistance is sought under the grant are a part of the approved plan.
•     Note: If the applicant is implementing a previously approved plan that does not include the magnet school(s) for which assistance is requested, the plan must be modified to include the new magnet school(s). The applicant must obtain approval of the new magnet schools, or any other modification to its desegregation plan, from the court, agency or official that originally approved the plan. The date by which proof of approval of any desegregation plan modification must be submitted to the US Department of Education is identified in the closing date notice.

Any desegregation plan modification should be mailed to: Gillian Cohen-Boyer
US Department of Education
Office of Elementary and Secondary Education
400 Maryland Avenue SW, Rm 3C140
Washington, DC 20202-5970

☐ A Voluntary Plan: A plan to reduce, eliminate or prevent minority group isolation that is being implemented (or would be implemented if assistance under the Magnet Schools Assistance Program is made available) on either a voluntary basis or as required under Title VI of the Civil Rights Act of 1964.

Attach the Following Documents
•     A copy of the plan
•     A copy of the school board resolution adopting and implementing the plan, or agreeing to adopt and implement the plan upon the award of assistance.

OMB # 1855-0025
Exp. 02/28/2025

PR/Award #S165A230011

**Table 1: Enrollment Data-LEA Level**

☐ *Check this box if all the magnet schools included in the program are implementing a magnet program for the first time.*

Actual Enrollment    **October 1, 2024**

| Grade Level | American Indian / Alaskan Native (Number) | American Indian / Alaskan Native (%) | Asian (Number) | Asian (%) | Black or African American (Number) | Black or African American (%) | Hispanic/Latino (Number) | Hispanic/Latino (%) | Native Hawaiian or Other Pacific Islander (Number) | Native Hawaiian or Other Pacific Islander (%) | White (Number) | White (%) | Two or more races (Number) | Two or more races (%) | Total Students |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PK | | | | | | | | | | | | | | | |
| K | | | | | | | | | | | | | | | |
| 1 | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| Total | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 |

USDOE-Contiunation_000146

OMB # 1855-0025
Exp. 02/28/2025

Table 2: Enrollment Data-Feeder Schools

| Schools | | | Actual Enrollment as of October 1, 2024 | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FEEDER | MAGNET(S) | | American Indian /Alaskan Native (Number) | American Indian /Alaskan Native (%) | Asian (Number) | Asian (%) | Black or African-American (Number) | Black or African-American (%) | Hispanic/Latino (Number) | Hispanic/Latino (%) | Native Hawaiian or Other Pacific Islander (Number) | Native Hawaiian or Other Pacific Islander (%) | White (Number) | White (%) | Two or more races (Number) | Two or more races (%) | Total Students |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |

USDOE-Contiunation_000147

PR/Award #S165A220032

**NYCPS CSD28/29 Performance Report Project Year 3 (Oct 1, 2024 – Sep 30, 2025)**
**PR/Award #S165A220032**

**CSD28/29 Catch-Up Report – 10/1/2024 - 9/30/2025**
**Narrative Discussion of the Project's Implementation**

The New York City Department of Education is proud of the District 28/29 Consortium's work in Year Three. District 28 currently serves approximately 39,250 students, while District 29 serves approximately 24,200 students. As a consortium, the five schools serve approximately 2,200 students.

**Successes**

Our biggest success in Project Year 3 was deepening thematic integration through design and revision of Project-Based Learning units of study, enhancement of district-wide and individual school partnerships to align to each school's magnet theme, and providing multiple opportunities for teacher learning through strategic professional development that was differentiated according to teachers' content needs, learning styles, and skill levels. The Central Magnet Team continued to work with leadership cohorts from each District 28/29 magnet school to regularly check in, learn together, assess progress, discuss new understandings, and share best practices. Based on feedback from these leadership cohorts - as well as information gathered from regular site visits, surveys, and other data collection - the Central Magnet Team expanded its professional learning opportunities to provide all District 28/29 magnet educators with a wide range of offerings designed to build their capacity to develop, manage, and better facilitate themed PBL units and use innovative tools and approaches to engage and excite students. The Central Team leveraged existing partnerships and formed new ones to ensure that D28 magnet educators were provided with customized PD that met each learner's needs. One highlight this year included a new partnership with CKing Education designed to help math teachers identify real-world, standards-based mathematical connections to PBL curriculum and magnet theme. This opportunity was originally offered after-school in the fall and spring but was so well received that the Central Team provided it again over the summer for new teachers, along with a second iteration for those who wanted to dive deeper into this work. In addition, the Central Magnet Team, along with long-standing partners from the National Paideia Center (NPC), formed an inter-district Paideia coaching cohort and co-designed a six-session professional learning cycle based on a train-the-trainer model. The cohort, made up of magnet resource teachers, coaches, and teacher-leaders from across the city, met virtually each month to learn strategies to support their schools as they engaged in Paideia work. In May 2025, the cohort gathered in-person for an inter-visitation at PS 182 in District 28. It was a powerful experience for both the members of the Magnet Coaching Cohort and the PS 182 educators who opened their doors to share their school-wide practices. The PS 182 school community shined as teachers facilitated Paideia seminars for all students on every grade level – including English language learners and students with special needs. This experience provided the cohort a firsthand understanding of how Paideia seminar could be implemented as a school-wide practice that connects to PBL units and magnet theme. Overall, the Central Team, along with partners from CKing Ed, NPC, League of Young Inventors, PBLWorks, Liberty Science Center, and Adobe provided approximately 150 hours of professional learning opportunities during the school year with an additional 130 hours offered over the summer, with approximately 150 educators from district 28-29 taking part. These numbers do not include the school-based professional learning that took place at the individual school sites.

In addition to District successes, D28 magnet schools also found individual success as they deepened their understanding of PBL and magnet theme integration. In Year Three, all D28/29 magnet schools implemented themed PBL units of study on all grade levels and began strategically aligning school-based partnerships and residencies to support this work. The schools continued developing systems and structures within their buildings, such as common planning time, curriculum design teams, themed curriculum maps, PBL planners, PBL rubrics, discrete classes, and digital platforms to

support ongoing design and implementation of magnet projects over time (see individual school sections at the end of this narrative for more details on individual school successes).

**Challenges**

The most common challenge the schools cited in Year 3 was increasing the number of families attending in-person events and workshops in their buildings. Although there was an increase in virtual engagement through social media, digital platforms, videoconferences, and livestreams, and a rise in parental attendance at student concerts and performances, parent participation in in-person academic and informational activities remained low. To address this issue, schools reviewed family surveys and found that transportation, work schedules, and childcare issues inhibited parents' ability to attend many in-person activities. Moving forward, the schools will make efforts to align in-person informational and academic family offerings with enjoyable events where parents can bring their children. Efforts will also be made to provide dinner, through the PTA or other non-magnet funding, if activities coincide with regular dinner hours (often the only times families can attend).

**Student Achievement**

In Year 3 student achievement was promoted through multiple interconnected approaches that aligned to each school's magnet theme. Leadership teams from all District 28/29 magnet schools participated in regular professional learning facilitated by the Central Magnet Team. Principals and school leadership regularly identified strengths, assessed needs, and looked for innovative opportunities to promote student achievement, generally, and with regard to thematic content and curriculum. All schools utilized their data teams to regularly analyze school-wide and individual student data to assess needs, provide targeted interventions, and monitor progress. All schools leveraged a wide range of multi-tiered supports, services, and resources for English language learners, students with special needs, and struggling learners. They also implemented school-wide Positive Behavioral Intervention Systems (PBIS) and Social Emotional Learning (SEL) programs. Magnet educators received district-wide and school-based support from PBLWorks and the Center for Technology and School Change to train staff members to design, manage and implement themed, PBL units of study that align to current standards and meet student needs. These units were built around PBLWorks' "Gold Standard" framework that included alignment to current standards, a driving question, extended inquiry, authentic application & context, student voice & choice, critique & revision, reflection, and a public product. PBL units were enhanced by a wide-range of theme-integrated trips, after-school programs, in-school residencies, and discrete classes that provided students with additional platforms to deepen their learning and apply their knowledge.  These offerings reinforced content taught in the classroom and provided students a chance to explore their individual interests while developing important communication, collaboration, critical thinking and technical skills. Moreover, all schools received ongoing support from our Magnet Curriculum and Technology Specialist and district partners from Adobe to integrate technology into daily instruction. This engaged students and strengthened their ability to communicate and showcase their learning through a variety of free digital and technological tools and formats that highlighted their strengths and met their individual needs.

**Professional Development**

District 28/29 magnet schools continued to develop teacher capacity by providing strategic professional development focused on methods to promote innovative instruction and theme implementation. All District 28/29 magnet schools provided teachers with at least 1.5 hours of professional learning each week, with an additional 18 hours of mandated Chancellor's professional development throughout the course of the school year. In addition to each school's individualized professional development based on their specific needs and theme, the Central Magnet Team provided ongoing professional development opportunities to teachers and school leaders over vacations, summer breaks, and during after school sessions. The Central Team also offered in-school trainings, workshops, and follow-up sessions conducted, in-person or virtually, by district-wide partners or team members, and

provided opportunities for teachers to participate in PLCs, Critical Friends groups, and/or visitations to high-functioning magnet schools. In partnership with PBLWorks, CTSC, the National Paideia Center, Adobe, CKing Ed, League of Young Inventors, Liberty Science Center, as well as internal NYC staff developers, the Central Team offered a wide range of professional learning experiences to support teachers in deepening thematic connections to curriculum and designing sustainable themed PBL units. PD topics included, but were not limited to: designing, managing, and implementing themed PBL projects; using free Adobe Express and Canva digital tools to engage students and support the creation of high-quality multimedia projects; building critical thinking protocols, student discourse, and Paideia seminars into PBL units; identifying real-world, standards-based, mathematical connections to PBL curriculum and magnet theme; supporting student growth through project-based engineering and authentic, hands-on design; and *Outreach and Recruitment Office Hours* with the Central Magnet Outreach and Family Engagement Coordinator to strategize and brainstorm around marketing, outreach and branding. Overall, the Central Team, along with district-wide partners, provided approximately 150 hours of professional learning opportunities during the school year with an additional 130 hours offered over the summer, with approximately 150 magnet educators from across districts 28-29 taking part. These numbers do not include the school-based professional learning that took place at the individual school sites.

**Family Engagement**
All District 28/29 magnet schools implemented a wide range of events, activities, forums, and platforms to engage current families in their child's education and connect them to important information and services. All schools provided opportunities for families to meet with stakeholders, both in-person and virtually, to check on student progress, ask questions, offer input, volunteer, and provide support for planning, implementation, and sustainability of the magnet program. All schools hosted themed-specific family workshops and activities, student performances, expos, and showcases, as well as opportunities to interact with teachers, administrators, and other parents through "Coffee with the Principal", "Chat and Chews", PTA and SLT meetings, family learning walks, and Technology Help Desks. The schools continued to strengthen their communications systems through ongoing updates to websites, monthly newsletters, translation services, phone blasts, surveys, social media platforms, and online digital communications platforms, such as Class Dojo and Jupiter Grades, that allowed families to keep up with their children's assignments, progress, and grades. Although all the schools reported an increase in virtual family engagement through social media, digital platforms, videoconferences, and livestreams, in-person family engagement continued to be a challenge in Year 3 that the schools will work on with renewed efforts moving forward.

**Sustainability**
The D28/29 Magnet Schools are intentionally building systems, structures, and staff capacity to ensure that the progress made through the grant will continue to flourish beyond the funding period of the project. Our approach to sustainability is rooted in shared leadership, consistent practices, and strategic professional learning. With support from district partners, internal NYC staff developers, and magnet funded D28/29 curriculum specialists, the schools continued to successfully build systems, structures, and staff capacity around theme, curriculum, recruitment, family engagement, and distributed leadership. The magnet schools utilized various teams to assess and address magnet initiatives, and continued to rework their use of time, space, and resources so they could accommodate common planning, ongoing professional learning cycles, themed specialty spaces and discrete Magnet programming. In the spirit of capacity-building and the development of sustainable structures, the Central Magnet Team devoted their quarterly City-wide Magnet Institutes to providing opportunities for cross-project magnet school intervisitations and teacher-led presentations which highlighted best practices in the five-pillars of magnet. Each month, this cohort of magnet-funded staff from all currently funded schools, along with invited staff from formerly funded magnet schools, got together to share best practices, tour each other's buildings, and brainstorm about how to address common challenges and needs. The purpose of these joint meetings was to create an affinity group among our NYC Magnet Schools to support each other now and in the future. Another example of this inter-district support strategy is the inter-district "train-the-trainer" Paideia cohort,

designed to teach coaches and teacher-leaders how to best support student-driven seminar work in their buildings. This cohort added an extra layer to D28/29's sustainability efforts, by setting the stage for a long-term professional learning community with the capacity to support each other in the design and implementation of school-wide paideia programs. Though in its early stages, this cohort began the process of producing in-house staff developers who will be capable of supporting school-based educators as they design themed seminars across grade levels and subject areas; onboard and mentor paideia work for new-hires; and develop sustainable systems and structures for teachers to access resources, receive ongoing feedback, and archive previously designed seminar plans. These are just a few ways that District 28/29 is preparing for sustainability beyond the life of the grant.

**Lessons Learned**

Overall, the schools have learned that building a sustainable magnet program will take time, commitment, and buy-in from everyone. It requires a clear vision and strong systems for communication, collaboration, and optimizing the combined efforts of all stakeholders. We hope to use this learning to improve our project by creating high-functioning systems and structures within and among the district 28/29 magnet schools that will last the test of time. School Specific activities include the following:

**MS 72, The Catherine and Count Basie Magnet School of Multimedia and the Performing Arts** has enhanced their recruitment initiatives by organizing middle school tours and open houses, in addition to inviting fourth graders from D28 schools to attend performing arts performances and school recruitment events. Furthermore, they have expanded their presence on social media and improved their website, which now includes an interest form to collect information from prospective families who are interested in learning about the school. These activities and events have proven effective, as the school received inquiries from parents only days after prospective students toured the school. The tours featured classroom visits, dance performances, and a meet-and-greet with student council members and school staff. As for their performing arts and multimedia theme, the school hired a new performing arts department head and a new theater teacher in Year 3 who worked with students from all grades. The theater teacher applied for and received an Arthur Miller Foundation grant that provided ongoing professional development and support to the theater teacher and the theater program as a whole.  In addition, the school strategically aligned all their partnerships to support the implementation of newly designed magnet themed PBL units of instruction, and ELA teachers met weekly to align District-mandated HMH units to magnet theme and PBL practices. Teachers regularly participated in professional development through sessions with the Central Magnet Team's Curriculum Specialist, the school-based magnet specialist, teacher-leaders, and partners from Adobe, Microsoft, Magic Box Productions, Ajna Bollywood Dance Company, the "How Can I" Podcast, Story Pirates, Broadway Junior, and NY Alliance. The school hosted  a two-day Paideia training in their building where facilitators from the National Paideia Center taught NYC Magnet teachers, including a cohort of teachers from their own building, to design and implement facilitated Paideia seminars to generate student-led discussions and help students enhance skills that are particularly important in performing arts careers, such as speaking, listening, creative thinking, and working with others as an ensemble. Student elective programs continued to meet 2x per week during the school day for the length of the school year. The school provided all students with an elective, including drumline, instrumental band, theater, dance, podcasting, and /or photography. At Monthly Town Halls, students performed and showcased performing arts and multimedia presentations for the community. The school reached out to current families and offered family fun nights, student performing arts performances, and monthly workshops which included titles such as: *Jupiter Grades Parent Information Night*; *High School Application Workshop*; *Navigating the Parent Journey with Love and Resilience*; *Investing in Your Child's Future*; and *Starting a Business.*

At **PS 182 Magnet School for Discovery and Applied Learning**, teachers utilize a project-based approach through engaging, authentic challenges so that students acquire new skills, apply new learning, and develop thoughtful approaches to discovering and solving real-world problems. Teacher cohorts continued their work with the Center for Technology and School Change in Year 3 to revise integrated curriculum maps, create additional themed project-based units, and to align mandated standards and new curriculum resources to themed units of instruction. The school also continued its work with the National Paideia Center by bringing facilitators into the building and starting a school-wide Paideia cohort. This school-based cohort of ten teachers met monthly to deepen their understanding of the paideia seminar process and design customized seminar plans and resources to support themed PBL instruction through facilitated discussions on all grade levels. In May, the school hosted a city-wide Paideia coaching cohort in their building that enabled magnet teachers from across the city to network with each other, learn about PS 182's school-wide Paideia program, and visit classrooms to observe live student seminars. Staff from the school also presented at the Magnet Schools of America National Conference in Nashville, Tennessee on a project where students combined AI technology, gaming, and inquiry. Students had further opportunities to continue their discovery of interests and passions through themed clubs and field trips. Among the clubs, held during the day or after school hours, were the PS 182 Battle of the Boroughs club that uses Minecraft and coding skills to solve real-world problems, STEM club, Art club, student council, and Debate club. This year, PS 182 debaters won the District 28 elementary debate tournament. To support themed learning, teacher schedules were designed to include PBL planning time on a rotating basis to ensure the school's theme was infused in all magnet units. PBL planning was focused on creating authentic learning experiences for the school community and the school worked with their lead partners from CTSC, the National Paideia Center, League of Young Inventors and ReimaginED to design year-long plans to ensure high-quality professional development for all of their staff. The school established PBL, Math, and Technology Coaches to help with planning mathematical reasoning and student-focused discussion as well as ensure that there was school-based support for all magnet curriculum work. The school also built teacher capacity and planned for sustainability with partners from STEM Passport, who worked with fourth grade students this year on a PBL project where they designed a makerspace for the school. With input from peers, experts, and teachers, the students prototyped different makerspace designs, and teaching artists from STEM Passport used these designs to build the school's new makerspace, now known as the "Application Area". The space has been designated for teachers and students to work on themed PBL projects and to support students' overall learning. Although the school has increased their marketing and recruitment efforts this year, reducing MGI remained a challenge. While PS 182 has increased interest in their program, according to the buzz around the community, word has spread most quickly to the surrounding neighborhood, which primarily serves the school's current MGI population. Moving forward, PS 182 will review data and revise their recruitment plan to include a more strategic marketing and recruitment strategy. The magnet team plans to work with the site coordinator from PS 312, another magnet school from the D28 cohort, which has been enormously successful in reducing its MGI population, already surpassing their Year-Five MGI goal by several percentage points.

**PS 312, The Jamaica Children's School for Innovative Leadership and Civic Activism** continued their work to develop future leaders in creative fields, such as the Visual and Performing Arts, and to address underrepresentation from the school community in arts-focused colleges and the work force. Since Year 1, PS 312 has been enormously successful in reducing their school's MGI population, already surpassing their Year-Five MGI goal by several percentage points. PS 312's Magnet Site Coordinator used her considerable recruitment and marketing prowess to support magnet funded staff members from across the city. She shared best practices by creating recruitment and marketing resources and presenting valuable strategies to magnet resource specialists during Magnet Institutes organized by the Central Magnet Team. These strategies included: forming school-based recruitment teams, analyzing data, building relationships with NYC Public Schools' Welcome Centers, and creating a school recruitment toolbox that includes action goals, school strengths, and resources for digital and face-to-face recruitment. To enhance the school's magnet theme, PS 312 continued to integrate *Leader in Me* programming across all classrooms, clusters, and leadership teams. This social emotional curriculum fosters strategies that empower students and teachers to take initiative and advocate for positive changes in their classrooms and school community. In year 3 the school

introduced newly revised PBL planners, enhanced rubrics, theme alignment in each PBL unit, and 21st century tools to support each themed project. In order to provide effective PD to all staff, PS 312 tailored its year-long PD schedule to meet teacher-needs based on feedback. They continued to work with CTSC to ensure all themed PBL units were standards-based and aligned to mandated curriculum. The Instructional Leadership Team created an agenda around 21st century skills and digital implementation, and they began progress monitoring walk-throughs each month to follow up on professional learning. In addition, this year, the school established a new role of "Class Parent" for each classroom and a Leader in Me Certification class for parents who wanted to become Leader in Me facilitators with the ability to train families in the 7 Habits of Highly Effective Families.

**The Magnet School for Leadership and Exploration (MS 332)** continued to leverage their Magnet grant in Year 3 to help instill responsibility, determination, and empathy in students so they will be prepared to engage with each other in productive ways and make positive impacts in their school and community. School successes in Year 3 include implementing the themed PBL units teachers developed with partners from CTSC last year and aligning them to field trips and residencies that connect to the school's magnet theme. The school also worked with partners from "How Can I" Podcasting and the New York Historical Society (NYHS) to develop two new themed programs. The How Can I Entrepreneurship Course used PBL to teach students to solve real-world problems through hands-on digital media skills. The NYHS, helped students learn about democracy through experiential learning, art-making, writing, and theater activities. To ensure teachers received ongoing professional development to help them implement a theme-based curriculum, the school employed an HMH curriculum coach and made new teacher mentoring available for new hires. The school also partnered with Solved Consultants to provide asynchronous PD to the faculty after-school and on mandatory Monday afternoon professional learning sessions to learn best teaching practices,and they have begun surveying teachers after all sessions to gather feedback and perspectives on how content can be used in their classrooms and to determine next steps. This year MS 332 implemented several new recruitment and marketing strategies. The school provided tours to 5th grade students who were invited to the school to participate in themed activities, see the facilities, and hear about the school's educational and enrichment programs; conducted open houses for prospective families to answer questions and inform them about the school's magnet program; gave presentations for the D28 Community Education Council; sent bi-weekly emails from the school's Magnet Coordinator with friendly reminders and updates about the recruitment process; and visited NYC Welcome Centers to form relationships and distribute recruitment materials. To engage current families, this year teachers continued to share monthly parent newsletters on Google Classrooms and sent out phone blasts with important school information. MS 332 regularly updated their social media platforms, surveyed families about the school's learning environment, and hosted monthly workshops on relevant topics to best support families and students. Monthly events were celebrated throughout the year to acknowledge student accomplishments, such as honor roll, attendance, exhibiting kindness, and other positive achievements.

**The Bellaire School (PS 135)** in Queens Village has a magnet theme of **Exploration through the Arts**. In year 3 students across grades K–5 continued to engage in rigorous Project-Based Learning units tied directly to the school's magnet theme. Units such as *"Balloons Over Bellaire"* brought social studies content and visual storytelling together in a vibrant school-wide parade where students used art and design to share their understandings of core subject area knowledge. Residencies were strategically selected to enhance PBL units, while at the same time providing theme-based professional development to teachers. For example, the school's Smartworks puppet-making residency connected to environmental units, and their Inside Broadway partnership supported storytelling through theater. These thematic links helped promote student leadership, critical thinking, and collaborative problem-solving while at the same time taught arts-based strategies to magnet educators. The school continued to expand a wide array of arts-based enrichment opportunities, including Afro-Caribbean Dance (Alvin Ailey), Latin American Percussion (Marquis Studios), Photography, Animation, and ORFF Music Ensemble. These experiences not only aligned with PBL content, but also enhanced student voice, built confidence, and celebrated creative expression. By intentionally matching residencies with academic units, students had more meaningful opportunities to explore

PR/Award #S165A220032

core content through a lens of the arts. Moreover, as part of PS 135's school-wide approach to fostering student discourse and critical thinking, students participated in several Paideia seminars linked to their thematic units. These structured, text-based discussions built students' ability to analyze complex ideas, listen actively, and express their thinking clearly, essential skills for both academic achievement and arts-integrated learning. Through these strategies, student achievement was fostered, not only in traditional academic areas, but also in creative expression, leadership, and social-emotional development—all integral to the school's vision. As for recruitment and marketing, PS 135 expanded its visibility and appeal through updated branding efforts, including refreshed exterior signage and curated displays on the outside of the building to visually communicate the magnet theme. The school's website underwent design enhancements to better reflect magnet programs, with dedicated space for showcasing arts-integrated learning. Recruitment efforts this year also included increased Instagram activity, open house events during peak seasons, and outreach to community hubs such as libraries and daycare centers—strategies that have helped boost application interest and parent engagement. PS 135's most effective strategies have combined digital engagement, in-person outreach, and strategic marketing tools to strengthen awareness of the theme and increase enrollment. Analytics indicated steady growth in follower engagement on digital platforms, particularly during peak recruitment periods. To bridge family engagement with recruitment, PS 135 utilized current families as ambassadors who shared their personal experiences with prospective families, offering authentic, relatable perspectives that helped build trust and enthusiasm among incoming families. This approach highlighted the Magnet theme, student work, and schoolwide events in a very personal way, ensuring that prospective families received a clear, consistent message about opportunities available at P.S. 135 and current families had a voice in propelling those efforts. Other family engagement opportunities included a variety of informative, and creative offerings for families to connect with the school community. Events such as Family Paint Nights, Neon Art Experiences, and Family Dinner Night provided fun, interactive ways for families to engage with their children's learning while building lasting school-home relationships. Through performances such as the Winter Concert, a Percussion Showcase, and Hip-Hop Residencies, parents witnessed the impact of our magnet theme through arts integrated experiences and celebrated their student's achievement firsthand.

USDOE-Contiunation_000154

PR/Award #S165A220032



**U.S. Department of Education**
**Grant Performance Report (ED 524B)**
**Project Status Chart**

**SECTION A-Performance Objectives Information and Related Performance Measures Data** (See Instructions.  Use as many pages as necessary.)

**1. Project Objective**    ☐ Check if this is a status update for the previous budget period.

**Desegregation and Choice: To reduce minority group isolation (MGI) among Black/African American, Hispanic, and Asian students in proposed magnet schools.**

| 1.1 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| PS 312 (D28) will reduce MGI among Black/African American students from a baseline of 58.7% to: 55.3% by October 1, 2025. | GPRA | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | | | 55.3% | | | 46.0% |

a) **Status of progress:**

⊗ Met

○ Not met

○ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

As of October 2025, the total school enrollment at PS 312 (D28) included 46.0% Black/African American students, which exceeded the target of reducing MGI among this student subgroup below 55.3%.

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

| 1.2 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| MS 72 (D28) will reduce MGI among Black/African American students from a baseline of 66.8% to: 62.1% by October 1, 2025. | GPRA | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | | | 62.1 % | | | 64.6% |

a) **Status of progress:**

   ○ Met

   ⊗ Not met

   ○ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

As of October 2025, the total school enrollment at MS 72 (D28) included 64.6% Black/African American students, which did not meet the target of reducing MGI among this student subgroup below 62.1%. However, MS 72 is making strides toward achieving its MGI goal. The MGI has slightly decreased from 65.15% in Year 2 to 64.6% in Year 3. Moving forward, action steps for this year include analyzing enrollment and recruitment data and developing a comprehensive plan to expand outreach to further reduce MGI.

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

Some next steps to implement are:

**Strategic Applicant Recruitment:** MS72's applicant pool reflects the diversity that will influence a decrease in MGI. They will continue to reach out to potential students to revisit MS72 as an option for 7th and 8th grade. MS72 will send student leaders to elementary schools, as well as, invite potential families to the magnet events and celebrations to showcase their arts themed magnet program and increase in achievement scores.

**Hosting Information Pop-ups:** Set up informational tables at community events, local fairs, and outdoor markets to engage directly with families and distribute flyers, brochures, and other promotional materials in targeted neighborhoods.

**Collaborating with Local Businesses:** Partner with nearby businesses to display recruitment materials and leverage their customer base. This can include window displays, posters in-store, and brochures.

**Community Workshops**: Organize free workshops or seminars at local community centers, libraries, or parks where families can learn more about our magnet programs, engage with faculty and staff, and ask questions about the enrollment process.

**Hosting "Bring a Friend" Events:** Encourage current students to invite friends and family to attend special open houses, school tours, or information sessions, making the process more personal and relatable through peer recommendations.

| 1.3 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| MS 332 (D28) will reduce MGI among Black/African American students from a baseline of 74.2% to: 69.8% by October 1, 2025. | GPRA | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | | | 69.8% | | | 57.0% |

a) **Status of progress:**

⊗ Met

◯ Not met

◯ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

As of October 2025, the total school enrollment at MS 332 (D28) included 57.0% Black/African American students, which exceeded the target of reducing MGI among this student subgroup below 69.8%.

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

| 1.4 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| PS 182 (D28) will reduce MGI among Hispanic students from a baseline of 53.3% to: 49.6% by October 1, 2025. | | Target | | | Actual Performance Data | | |
| | GPRA | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | | | 49.6% | | | 59.1% |

a) **Status of progress:**

○ Met

⊗ Not met

○ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

As of October 2025, the total school enrollment at PS 182 (D28) included 59.1% Hispanic students, which did not meet the target of reducing MGI among this student subgroup below 49.6%. PS182's MGI was on an upward trend to 58.08% from the initial grant application submission before the project was approved for funding. However, PS182 has made strides toward achieving its MGI goal. The MGI has slightly decreased from 60.67% in Year 2 to 59.1% in Year 3. Moving forward, action steps for this year include analyzing enrollment and recruitment data and developing a comprehensive plan to expand outreach to further reduce MGI.

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

Some next steps to implement are:

**Strategic Applicant Recruitment:** PS182 will send student leaders to preschools and invite potential families to magnet events and celebrations to showcase their discovery and applied learning themed magnet program and increase in achievement scores.

**Hosting Information Pop-ups:** Setting up informational tables at community events, local fairs, and outdoor markets to engage directly with families and distribute flyers, brochures, and other promotional materials in targeted neighborhoods.

**Collaborating with Local Businesses:** Partnering with nearby businesses to display recruitment materials and leverage their customer base. This can include window displays, posters in-store, and brochures.

**Community Workshops**: Organizing free workshops or seminars at local community centers, libraries, or parks where families can learn more about our magnet programs, engage with faculty and staff, and ask questions about the enrollment process.

**Hosting "Bring a Friend" Events:** Encouraging current students to invite friends and family to attend special open houses, school tours, or information sessions, making the process more personal and relatable through peer recommendations.

| 1.5 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| PS 135 (D29) will prevent MGI among Asian students from a baseline of 36.6% to: 32.5% by October 1, 2025. | GPRA | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | | | 32.5% | | | 40.8% |

a) **Status of progress:**

◯ Met

⊗ Not met

◯ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

As of October 2025, the total school enrollment at PS 135 (D29) included 40.8% Asian students, which did not meet the target of reducing MGI among this student sub-group below 32.5%. PS135 has been working on preventing MGI. Moving forward, action steps for this year include analyzing enrollment and recruitment data and developing a comprehensive plan to expand outreach to further prevent MGI.

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

Some next steps to implement are:

**Strategic Applicant Recruitment:** PS135 will send student leaders to preschools and invite potential families to magnet events and celebrations to showcase their arts themed magnet program and increase in achievement scores.

**Hosting Information Pop-ups:** Setting up informational tables at community events, local fairs, and outdoor markets to engage directly with families and distribute flyers, brochures, and other promotional materials in targeted neighborhoods.

**Collaborating with Local Businesses:** Partnering with nearby businesses to display recruitment materials and leverage their customer base. This can include window displays, posters in-store, and brochures.

**Community Workshops**: Organizing free workshops or seminars at local community centers, libraries, or parks where families can learn more about our magnet programs, engage with faculty and staff, and ask questions about the enrollment process.

**Hosting "Bring a Friend" Events:** Encouraging current students to invite friends and family to attend special open houses, school tours, or information sessions, making the process more personal and relatable through peer recommendations.

| 1.6 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| By September 30 of each of years 2-5 of the grant, the number of magnet applicants received by PS 312 (D28) will increase by 5% or more over the previous year (with year 1 serving as baseline). | **Project** | **Target** | | | **Actual Performance Data** | | |
| | | **Raw Number** | **Ratio** | **%** | **Raw Number** | **Ratio** | **%** |
| | | 132 | | | 178 | | |

a) **Status of progress:**

⊗ Met

○ Not met

○ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

As of October 2025, PS312 (D28) received 178 magnet applications, which exceeded the target of increasing the number of magnet applicants received by 5% or more over the previous year.

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

| 1.7 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| By September 30 of each of years 2-5 of the grant, the number of magnet applicants received by MS 72 (D28) will increase by 5% or more over the previous year (with year 1 serving as baseline). | Project | **Target** | | | **Actual Performance Data** | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | **440** | | | **507** | | |

a) **Status of progress:**

⊗ Met

○ Not met

○ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

As of October 2025, MS72 (D28) received 507 magnet applications, which exceeded the target of increasing the number of magnet applicants received by 5% or more over the previous year.

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

| 1.8 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| By September 30 of each of years 2-5 of the grant, the number of magnet applicants received by MS 332 (D28) will increase by 5% or more over the previous year (with year 1 serving as baseline). | Project | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | 312 | | | 390 | | |

a) **Status of progress:**

⊗ Met

○ Not met

○ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

As of October 2025, MS332 (D28) received 390 magnet applications, which exceeded the target of increasing the number of magnet applicants received by 5% or more over the previous year.

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

| 1.9 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| By September 30 of each of years 2-5 of the grant, the number of magnet applicants received by PS 182 (D28) will increase by 5% or more over the previous year (with year 1 serving as baseline). | Project | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | 275 | | | 373 | | |

a) **Status of progress:**

⊗ Met

○ Not met

○ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

As of October 2025, PS182 (D28) received 373 magnet applications, which exceeded the target of increasing the number of magnet applicants received by 5% or more over the previous year.

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

| 1.10 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| By September 30 of each of years 2-5 of the grant, the number of magnet applicants received by PS 135 (D29) will increase by 5% or more over the previous year (with year 1 serving as baseline). | Project | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | 186 | | | 219 | | |

a) **Status of progress:**

⊗ Met

○ Not met

○ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

As of October 2025, PS135 (D29) received 219 magnet applications, which exceeded the target of increasing the number of magnet applicants received by 5% or more over the previous year.

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

PR/Award #S165A220032



# U.S. Department of Education
## Grant Performance Report (ED 524B)
### Project Status Chart

---

**SECTION A-Performance Objectives Information and Related Performance Measures Data** (See Instructions.  Use as many pages as necessary.)

---

**2. Project Objective**        ☐   Check if this is a status update for the previous budget period.

<u>Student achievement</u>: **To ensure that all students attending the magnet schools meet challenging academic standards and are college- and career-ready.**

| 2.1 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| PS 312 (D28) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in ELA compared with baseline (2021-22) by: 4 percentage points by June 30, 2025. | **Project** | **Target** | | | **Actual Performance Data** | | |
| | | **Raw Number** | **Ratio** | **%** | **Raw Number** | **Ratio** | **%** |
| | | | | 32.3% | | | 54.8% |

a) **<u>Status of progress</u>:**

⊗ Met

◯ Not met

◯  In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **<u>Description of progress (include challenges faced, if any):</u>**

PS 312 increased the proportion of students who scored in Performance levels 3 and 4 on the NYS assessments in ELA to 54.8%, exceeding the target of increasing the proportion to 32.3% by June 30, 2025.

c) **<u>If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:</u>**

| 2.2 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| MS 72 (D28) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in ELA compared with baseline (2021-22) by: 4 percentage points by June 30, 2025. | Project | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | | | 44.7% | | | 37.9% |

a) **Status of progress:**

&#9675; Met

&#8855; Not met

&#9675;  In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

The proportion of students at MS 72 who scored in Performance levels 3 and 4 on the NYS assessments in ELA was 37.9%, which did not meet the target of increasing the proportion to 44.7% by June 30, 2025.

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

MS72 will make strides toward their ELA achievement goal by implementing the strategies below.

- **Schoolwide Instructional Framework for Literacy:** Establish and implement a uniform instructional framework aligned to grade-level standards that promotes consistent use of evidence-based comprehension and annotation strategies across all classrooms, supported by targeted professional development to build teacher capacity and ensure clarity in instructional expectations.
- **Strategic ELA Interventions (All Grades)**: Establish a data driven intervention system that increases access to Tier 2 and Tier 3 supports during the school day, expands after school opportunities for struggling readers, and incorporates consistent progress monitoring to ensure interventions are effective and responsive to student needs.
- **Theme-Based Units of Study**: All students will continue to engage in at least four theme-based units that incorporate literacy and 21st-century learning skills such as collaboration, critical thinking, creativity, and communication.
- **Family Involvement:** The school will engage families through a series of events and workshops, including curriculum nights, data nights, and "Coffee and Conversation" sessions, to build understanding of instructional programs, academic expectations, and student progress. In addition, school leadership, PTA, and SLT will review assessment data (including i-Ready BOY, MOY, and EOY results) and collaborate with families to gather feedback and strengthen support for student achievement in ELA.

| 2.3 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| MS 332 (D28) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in ELA compared with baseline (2021-22) by: 4 percentage points by June 30, 2025. | Project | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | | | 46.4% | | | 44.3% |

a) **Status of progress:**

○ Met

⊗ Not met

○ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

The proportion of students at MS 332 who scored in Performance levels 3 and 4 on the NYS assessments in ELA was 44.3%, which did not meet the target of increasing the proportion to 46.4% by June 30, 2025.

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

MS332 will make strides toward their ELA achievement goal by implementing the strategies below.

- **Evidence-Based Literacy Strategies:** Provide instruction of evidence-based literacy strategies to support students' strengthening their writing and comprehension skills, with a focus on developing critical analysis and fostering deeper understanding of texts.
- **Strategic ELA Interventions (All Grades):** Targeted interventions will be provided across all grade levels to support struggling readers and writers based on iReady assessment data. Based on iReady data, students will be placed on personalized learning paths with targeted instructional support aligned to their specific needs.
- **Professional Development:** A comprehensive professional development framework will be established to support ongoing teacher learning and collaboration through structured team opportunities. Teacher teams will engage in targeted professional learning experiences focused on strengthening instructional alignment with the Next Generation Standards. Emphasis will be placed on building a shared understanding of the revised standards, ensuring that all teachers are equipped to effectively implement them in their instructional practices.
- **Instructional Planning and Collaboration:** Teachers will engage in curriculum mapping, develop pacing calendars, and evaluate unit plans while using assessment data to design targeted lessons that support growth in reading and writing; departments will collaborate regularly to explore and refine units of study using HMH and TeachHub resources.
- **Theme-Based Units of Study:** All students will continue to engage in at least four theme-based units that incorporate literacy and 21st-century learning skills such as collaboration, critical thinking, creativity, and communication.
- **Family Involvement:** Outreach to families via email, phone, PupilPath, and send out progress reports regarding progress of students. Family workshops will include teaching test taking strategies and ways they can support their child in ELA.

| 2.4 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| PS 182 (D28) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in ELA compared with baseline (2021-22) by: 4 percentage points by June 30, 2025. | **Project** | **Target** | | | **Actual Performance Data** | | |
| | | **Raw Number** | **Ratio** | **%** | **Raw Number** | **Ratio** | **%** |
| | | | | 39.8% | | | 40.2% |

a) **Status of progress:**

⊗ Met

○ Not met

○  In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

PS 182 increased the proportion of students who scored in Performance levels 3 and 4 on the NYS assessments in ELA to 40.2%, which met the target of increasing the proportion to 39.8% by June 30, 2025.

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

| 2.5 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| PS 135 (D29) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in ELA compared with baseline (2021-22) by: 4 percentage points by June 30, 2025. | **Project** | **Target** | | | **Actual Performance Data** | | |
| | | **Raw Number** | **Ratio** | **%** | **Raw Number** | **Ratio** | **%** |
| | | | | 46.1% | | | 54.1% |

a) **Status of progress:**

⊗ Met

○ Not met

○ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

PS 135 increased the proportion of students who scored in Performance levels 3 and 4 on the NYS assessments in ELA to 54.1%, which met the target of increasing the proportion to 46.1% by June 30, 2025.

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

| 2.6 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| PS 312 (D28) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in math compared with baseline (2021-22) by: 4 percentage points by June 30, 2025. | **Project** | **Target** | | | **Actual Performance Data** | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | | | 27.4% | | | 53.5% |

a) **Status of progress:**

⊗ Met

◯ Not met

◯  In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

PS 312 increased the proportion of students who scored in Performance levels 3 and 4 on the NYS assessments in math to 53.5%, exceeding the target of increasing the proportion to 27.4% by June 30, 2025.

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

| 2.7 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| MS 72 (D28) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in math compared with baseline (2021-22) by: 4 percentage points by June 30, 2025. | Project | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | | | 23.2% | | | 30.7% |

a) **Status of progress:**

⊗ Met

○ Not met

○  In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

MS 72 increased the proportion of students who scored in Performance levels 3 and 4 on the NYS assessments in math to 30.7%, exceeding the target of increasing the proportion to 23.2% by June 30, 2025.

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

| 2.8 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| MS 332 (D28) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in math compared with baseline (2021-22) by: 4 percentage points by June 30, 2025. | Project | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | | | 25.7% | | | 45.3% |

a) **Status of progress:**

⊗ Met

○ Not met

○ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

MS 332 increased the proportion of students who scored in Performance levels 3 and 4 on the NYS assessments in math to 45.3%, exceeding the target of increasing the proportion to 25.7% by June 30, 2025.

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

| 2.9 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| PS 182 (D28) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in math compared with baseline (2021-22) by: 4 percentage points by June 30, 2025. | Project | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | | | 29.3% | | | 32.0% |

a)  **Status of progress:**

⊗ Met

○ Not met

○ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b)  **Description of progress (include challenges faced, if any):**

PS 182 increased the proportion of students who scored in Performance levels 3 and 4 on the NYS assessments in math to 32.0%, exceeding the target of increasing the proportion to 29.3% by June 30, 2025.

c)  **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

| 2.10 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| PS 135 (D29) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in math compared with baseline (2021-22) by: 4 percentage points by June 30, 2025. | **Project** | **Target** | | | **Actual Performance Data** | | |
| | | **Raw Number** | **Ratio** | **%** | **Raw Number** | **Ratio** | **%** |
| | | | | 35.1% | | | 52.4% |

a) <u>**Status of progress**</u>:

&#8855; Met

&#9711; Not met

&#9711; In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) <u>**Description of progress (include challenges faced, if any):**</u>

PS 135 increased the proportion of students who scored in Performance levels 3 and 4 on the NYS assessments in math to 52.4%, exceeding the target of increasing the proportion to 35.1% by June 30, 2025.

c) <u>**If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress**</u>:

| 2.11 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| PS 312 (D28) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in science compared with baseline (2021-22) by: 4 percentage points by June 30, 2025. | **Project** | **Target** | | | **Actual Performance Data** | | |
| | | **Raw Number** | **Ratio** | **%** | **Raw Number** | **Ratio** | **%** |
| | | | | 21% | | | 37% |

a) **Status of progress:**

⊗ Met

○ Not met

○  In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

PS 312 increased the proportion of students who scored in Performance levels 3 and 4 on the NYS assessments in science to 37%, exceeding the target of increasing the proportion to 21% by June 30, 2025.

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

| 2.12 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| MS 72 (D28) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in science compared with baseline (2021-22) by: 4 percentage points by June 30, 2025. | **Project** | **Target** | | | **Actual Performance Data** | | |
| | | **Raw Number** | **Ratio** | **%** | **Raw Number** | **Ratio** | **%** |
| | | | | 19% | | | 25% |

a) **Status of progress:**

⊗ Met

○ Not met

○ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

State assessment data indicates that the proportion of all students in tested grades at MS 72 who scored in performance levels 3 and 4 on the NYS assessments in science in Year 3 was 25%, which exceeded the target of increasing the proportion to 19% by June 30, 2025.

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

| 2.13 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| MS 332 (D28) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in science compared with baseline (2021-22) by: 4 percentage points by June 30, 2025. | **Project** | **Target** | | | **Actual Performance Data** | | |
| | | **Raw Number** | **Ratio** | **%** | **Raw Number** | **Ratio** | **%** |
| | | | | 36% | | | 29% |

a) **Status of progress:**

○ Met

⊗ Not met

○ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

State assessment data indicates that the proportion of all students in tested grades at MS 332 who scored in performance levels 3 and 4 on the NYS assessments in science in Year 3 was 29%, which did not meet the target of increasing the proportion to 36% points by June 30, 2025.

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

MS332 will make strides toward their science achievement goal by implementing the strategies below.

- **Implement Hands-On, Inquiry-Based Learning:** Increase opportunities for students to engage in experiments, investigations, and real-world problem-solving to strengthen scientific thinking.
- **Integrate Cross-Curricular Connections:** Connect science with ELA and math through data analysis, science writing, and research projects to reinforce literacy and numeracy skills within science contexts.
- **Provide Targeted PD for Teachers:** Offer professional learning focused on strengthening content knowledge, inquiry-based instruction, data-driven decision-making, and effective questioning techniques in science.
- **Analyze Assessment Data:** Review trends from formative, interim, and state science assessments to identify specific content areas needing improvement.
- **Computer Testing:** Provide students with opportunities to practice taking assessments digitally to prepare them for the computerized state science test.

| 2.14 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| PS 182 (D28) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in science compared with baseline (2021-22) by: 4 percentage points by June 30, 2025. | Project | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | | | 26% | | | 27.3% |

a) **Status of progress:**

⊗ Met

○ Not met

○  In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

PS 182 increased the proportion of students who scored in Performance levels 3 and 4 on the NYS assessments in science to 27.3%, exceeding the target of increasing the proportion to 26% by June 30, 2025.

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

| 2.15 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| PS 135 (D29) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in science compared with baseline (2021-22) by: 4 percentage points by June 30, 2025. | Project | **Target** | | | **Actual Performance Data** | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | | | 29% | | | 41.7% |

a) **Status of progress:**

⊗ Met

◯ Not met

◯  In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

PS 135 increased the proportion of students who scored in Performance levels 3 and 4 on the NYS assessments in science to 41.7%, exceeding the target of increasing the proportion to 29% by June 30, 2025.

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

**NYCPS CSD 28/29 Performance Report Project Year 3 (Oct 1, 2024 – Sept 30, 2025)**
**PR Award#S165A220032**

**Budget Narrative for Year 3 Expenditures 10.1.24- 9.30.2025**
Based on budget figures provided by the NYCDOE business office, the Community School District 28/29 MSAP reported $2,836,274 in expenditures for the budget period of October 1, 2024 - September 30, 2025 (Project Year 3). This total includes the allowable MSAP grant obligations for the applicable budget period using financial data available at that time. All of these grant obligations were made within the existing scope of the project and in support of project objectives. Specifically, the expenditures for the year three budget period through September 30, 2025 correlated to the following budget categories:

| | | |
|---|---|---|
| 1 | Personnel | $1,277,882 |
| 2 | Fringe Benefits | $466,926 |
| 3 | Travel | $29,001 |
| 4 | Equipment | $17,836 |
| 5 | Supplies | $411,112 |
| 6 | Contractual | $470,874 |
| 7 | Construction | $0 |
| 8 | Other | $82,709 |
| 9 | Total Direct Costs | $2,756,340 |
| 10 | Indirect Costs | $79,934 |
| 11 | Training Stipends | $0 |
| 12 | Total Costs | $2,836,274 |

(Notes: Fringe benefit amounts were calculated using FY25 fringe rate of 42.05% on salaries and 18.99% on per session as well as 8.15% on per diem. Current NYCDOE fringe rates are 45.83% on salaries and 20.76% on per session and 8.15% on per diem. Personnel costs from July-September were calculated at current rates. The indirect costs reported above reflect the indirect costs of 2.9% on the spent amount in this budget period.

As with previous carryover budget reporting, this data represents October data to estimate carryover into the following grant year; any data shared after this time period represents cash drawdowns that are ongoing and cumulative.

**Carryover Budget**
**10.1.25 – 6.30.26**

All projected expenditures for the Year 3 carryover funds, totaling **$1,467,172**, are fully allowable and align with the scope and objectives of the MSAP project. These funds will directly support the magnet program's goals and are estimated to be allocated across the following categories:

| BUDGET CATEGORIES | CARRYOVER AMOUNT DISTRIBUTION |
|---|---|
| 1. PERSONNEL | $821,633 |
| 2. FRINGE | $355,486 |
| 3. TRAVEL | $8,000 |
| 4. EQUIPMENT | $0 |
| 5. SUPPLIES | $81,320 |
| 6. CONTRACTUAL | $150,000 |
| 7. CONSTRUCTION | N/A |
| 8. OTHER | $8,000 |
| DIRECT COSTS | $1,424,439 |
| INDIRECT COST (3%) | $42,733 |
| TOTAL COSTS | $1,467,172 |

**Personnel** – Personnel allocations are projected to cover the full salaries of all district and school project staff, as well as per-session and per-diem costs. School-based magnet personnel are essential to effective program implementation. Per-session funds will support staff participation in magnet planning, curriculum development, and professional learning aimed at strengthening instructional practices across both the district and school levels. These funds will also provide for extended-day learning opportunities for students. In addition, per-diem allocations will allow schools to hire substitute teachers so that magnet staff can be released for magnet training.

PR/Award #S165A220032

*Salaries* - MSAP D28/29 has a total of 8 magnet teacher staff positions, as well as District personnel. The Year 3 Carryover Total Salaries (including anticipated contractual salary and step increases) are estimated to be **$738,158.**

*Per Session* – Each of the five schools and the district will receive 225 per session hours at a contractual rate of approximately $61 per hour, estimated totaling **$82,350** to use in Year 3 Carryover for the aforementioned support/activities.

*Per Diem* – Each of the five schools will receive 1 day of per diem funds to cover educators for magnet related training. The per diem rate is $ 224.83, totaling **$1,125** to support magnet based trainings.

Personnel (Salaries): **$738,158**
Per Session: **$82,350**
Per Diem: **$1,125**
**Total Personnel:**                                                                                                    **$821,633**

**Fringe Benefits –** Fringe benefit allocations for the carryover were calculated at NYCDOE FY26 rates on above personnel costs (45.83% on salaries, 20.76% on per session, 8.15% on per diem. Salaries $738,158*45.83%= $338,298; Per Session $82,350*20.76%= $17,096; Per Diem $1,125 *8.15%=  $92)
**Total Fringe:**                                                                                                          **$355,486**

**Travel –** The projected travel allocation of carryover funds will support participation of staff in professional development activities by funding both local and out of town conferences and training opportunities (2026 Magnet Schools of America National Conference)                                                                                                                            **$8,000**

**Equipment –** This allocation of carryover funds will be used to purchase equipment that will support the development of MakerSpaces, Multimedia and broadcasting labs, as well as technology initiatives in several of our schools.                          **$0**

**Supplies** - Projected supplies allocations will be used to purchase a variety of instructional, technology, podcasting, and arts supplies to support the programs in each of the schools.                                                                        **$81,320**

**Contractual Services –** Projected contractual services portion of the carryover will fund district-level service needs, as well as professional development, curriculum development, and theme-based enrichment provided by external partners at magnet schools. These services are essential to effective magnet theme implementation and to supporting long-term program sustainability. Potential service provider examples are included in the chart below.                                                                          **$150,000**

| District/School | Contractual Service Provider | Estimated Cost |
|---|---|---|
| **District** | Metis Associates<br>Left of Center Production | $50,000 |
| **MS72** | NY Alliance Drumline<br>Anja Bollywood Dance Residency<br>MAATH Visual Arts Program<br>Magic Box Productions | $20,000 |
| **PS182** | Run4Fun<br>G&R Inclusive<br>National Paideia Center<br>ReimaginED | $20,000 |
| **PS312** | Education Through Music<br>OmniLearn<br>Magic Box Productions<br>Brooklyn Foundry | $20,000 |
| **MS332** | How Can I<br>Masterpiece Exemplified<br>The Dinner Table Doc - Beyond the Book Club | $20,000 |
| **PS135** | Magic Box Productions<br>Smartworks<br>Inside Broadway<br>Marquis Studios<br>Lego Education | $20,000 |
| **Total Amount for Contractual Services** | | $150,000 |

**Other –** Projected carryover for 'other' will cover miscellaneous costs of both the school and district level.   (recruitment materials, advertisements, memberships, parent engagement, student admissions)     **$8,000**

**Indirect Costs –** A total of $42,733 is projected to be spent on indirect for Year 3 Carryover, at the FY26 IC Rate of 0.3%.     **$42,733**

**Total Carryover Amount**     **$1,467,172**

Docusign Envelope ID: CCC8AFC8-4468-4BC8-873C-9239A999001A

## Magnet Schools Assistance Program Assurances

In accordance with section 4405(b)(2) of the ESSA, the applicant hereby assures and certifies that it will—

(A) use grant funds under this part for the purposes specified in section 4401(b);

(B) employ highly qualified teachers in the courses of instruction assisted under this part;

(C) not engage in discrimination based on race, religion, color, national origin, sex, or disability in the hiring, promotion, or assignment of employees of the applicant or other personnel for whom the applicant has any administrative responsibility;

(D) not engage in discrimination based on race, religion, color, national origin, sex, or disability in the assignment of students to schools, or to courses of instruction within the schools, of such applicant, except to carry out the approved plan;

(E) not engage in discrimination based on race, religion, color, national origin, sex, or disability in designing or operating extracurricular activities for students;

(F) carry out a high-quality education program that will encourage greater parental decision-making and involvement; and

(G) give students residing in the local attendance area of the proposed magnet school program equitable consideration for placement in the program, consistent with desegregation guidelines and the capacity of the applicant to accommodate the students.

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

If the applicant has an approved desegregation plan, the applicant hereby assures and certifies that it is implementing that desegregation plan as approved.

Signed by: Eric Blake

Signature of Authorized Representative

10/28/2025

Date

USDOE-Contiunation_000184



**Department of Education**

*David C. Banks, Chancellor*

**Institutional Review Board and Ethics Review Committee**

**52 Chambers Street Room 310 New York, NY 10007**

August 17, 2025

Ms. Claire Aulicino
100 Wall Street
Suite 802
New York, NY 10005

Dear Ms. Claire Aulicino:

I am happy to inform you that the New York City Department of Education's Ethics or Institutional Review Board has approved or cleared your request for a continuation of your research study numbered 4839 and titled "Evaluation of NYCDOE FY22 Magnet Schools Assistance Program grants for D19/27, D32/16, and D28/29." The continuation approval is for a period of one year:

**Continuation Approval Date:**    **September 10, 2025**
**Continuation Expiration Date:**    **September 10, 2026**

Consent forms, letters to research subjects and research protocols approved for use in your continuation study must contain a date falling within the approval period.

**\*\*\* COVID-19 Response:**
**If this study requires in-person interactions or interventions with research subjects, note that these procedures <u>cannot</u> take place without explicit written permission for site access from the NYC DOE IRB and principal or site director.**

**Unless explicitly detailed in this protocol and reviewed and approved by the NYC DOE IRB/ERC, virtual interactions or interventions with research subjects may not take place.**

**This information is subject to change without notice. \*\*\***

**Responsibilities of Principal Investigators:** Please find below a list of responsibilities of Principal Investigators who have DOE IRB approval to conduct research in New York City public schools.

- Approval by this office does not guarantee access to any particular school, individual or data. You are responsible for making appropriate contacts and getting the required permissions and consents before initiating the study.
- When requesting permission to continue conducting your study in schools, submit the approved Principal Information Letter to the school Principal summarizing your research design and methodology along with this IRB Approval letter.
- Researchers who join the study team after the inception of the research must be added to the protocol through an Amendment and fingerprinted.
- You are responsible for ensuring that the research is conducted in accordance with your research proposal as approved for continuation by the DOE IRB and for the actions of all co-investigators and research staff involved with the research.

Institutional Review Bo
Protocol Number: 4839-N
**Page 32**

P a g e | **2**                                                    August 17, 2025

- You are responsible for informing all participants (e.g., administrators, teachers, parents, and students) that their participation is strictly voluntary and that there are no consequences for non-participation or withdrawal at any time during the study.
- Researchers must: Use the consent forms approved by the DOE IRB; provide all research subjects with copies of their signed forms; maintain signed forms in a secure place for a period of at least three years after study completion; and destroy the forms in accordance with the data disposal plan approved by the IRB.

**Mandatory Reporting to the IRB:** The principal investigator must report to the IRB Director and Chair, within three (3) business days, any serious problem, adverse effect, or outcome that occurs with frequency or degree of severity greater than that anticipated. In addition, the principal investigator must report any event or series of events that prompt the temporary or permanent suspension of a research project involving human subjects or any deviations from the approved protocol.

**Amendments/Modifications:** All amendments/modification of protocols involving human subjects, including, but not limited to, personnel changes, must have prior IRB approval, except those involving the prevention of immediate harm to a subject, which must be reported within 24 hours to the NYC Department of Education IRB.

**Continuation of your research:** It is your responsibility to insure that an application for continuing review approval is submitted three months before the expiration date noted above. If you do not receive approval before the expiration date, all study activities must stop until you receive a new approval letter.

**Research findings:** We require a copy of the report of findings from the research. Interim reports may also be requested for multi-year studies. Your report should not include identification of the superintendency, district, any school, student, or staff member. Please submit a final report with the closure form through our electronic platform.

If you have any questions, please contact IRB@schools.nyc.gov.

Good luck with your research.


Sincerely,
New York City Department of Education Institutional Review Board

# U.S. Department of Education

**Washington, D.C. 20202-5335**



## MSAP Annual Performance Report
**CFDA # 84.165A**
**PR/Award # S165A220037**
**Budget Period # 3**
**Report Type: Annual Performance**

PR/Award # S165A220037

USDOE-Contiunation_000187



# U.S. Department of Education
## Grant Performance Report Cover Sheet (ED 524B)
*Check only one box per Program Office instructions.*
[✔] Annual Performance Report   [  ] Final Performance Report

OMB No. 1855-0025
Exp. 02/28/2025

**General Information**

1. PR/Award #:  S165A220037

*(Block 5 of the Grant Award Notification - 11 characters.)*

2. Grantee NCES ID#:  3600097

*(See instructions. Up to 12 characters.)*

3 Project Title:  Community School Districts 32-16 Consortium Magnet Schools Assistance Program

*(Enter the same title as on the approved application.)*

4. Grantee Name *(Block 1 of the Grant Award Notification.)*: NYC Department of Education - Community School District 32

5. Grantee Address *(See instructions.)*

6. Project Director *(See instructions.)* Name: Josephine Cohen        Title:  Project Director

   Ph #: ( 718 )  968  -  6180    Ext: (       )        Fax #: (     ) _____ - _____

   Email Address:  gcohen7@schools.nyc.gov

**Reporting Period Information** *(See instructions.)*

7. Reporting Period:    From: 10 / 01 / 2024   To: 09 / 30 / 2025    (mm/dd/yyyy)

**Budget Expenditures** *(To be completed by your Business Office.  See instructions.  Also see Section B.)*

8. Budget Expenditures

| | Federal Grant Funds | Non-Federal Funds *(Match/Cost Share)* |
|---|---|---|
| a. Previous Budget Period | $2,447,982.00 | $0.00 |
| b. Current Budget Period | $2,714,828.00 | $0.00 |
| c. Entire Project Period *(For Final Performance Reports only)* | $0.00 | $0.00 |

**Indirect Cost Information** *(To be completed by your Business Office.  See instructions.)*

9. Indirect Costs

   a. Are you claiming indirect costs under this grant?  ✔ Yes ___ No

   b. If yes, do you have an Indirect Cost Rate Agreement approved by the Federal Government?  ✔ Yes ___ No

   c. If yes, provide the following information:

   Period Covered by the Indirect Cost Rate Agreement:  From: 07 / 01 / 2024   To: 06 / 30 / 2025   (mm/dd/yyyy)

   Approving Federal agency:  ✔ ED ___ Other *(Please specify)*: _____

   Type of Rate *(For Final Performance Reports Only)*: ___ Provisional ___ Final ___ Other *(Please specify)*: _____

   d. For Restricted Rate Programs (check one) -- Are you using a restricted indirect cost rate that:

   ✔ Is included in your approved Indirect Cost Rate Agreement?

   ___ Complies with 34 CFR 76.564(c)(2)?

**Human Subjects (Annual Institutional Review Board (IRB) Certification)** *(See instructions.)*

10.  Is the annual certification of Institutional Review Board (IRB) approval attached?  ✔ Yes ___ No ___ N/A

**Performance Measures Status and Certification** *(See instructions.)*

11. Performance Measures Status

   a. Are complete data on performance measures for the current budget period included in the Project Status Chart?  ✔ Yes ___ No

   b. If no, when will the data be available and submitted to the Department?  _____/_____/_____  (mm/dd/yyyy)

12. To the best of my knowledge and belief, all data in this performance report are true and correct and the report fully discloses all known weaknesses concerning the accuracy, reliability, and completeness of the data.

Arelis Parache

Name of Authorized Representative:

Title:  Community School Superintendent

*Arelis Parache*

Signature:

Date: 10 / 29. /25

ED 524B

USDOE-Contiunation_000188

**Page 2**

**Community Partnerships**

| Partner name | Partnership type | Partnership primary focus | Partnership primary service | Partnership secondary focus | Partnership secondary service | Performance measure link |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

USDOE-Contiunation_000189

PR/Award #S165A230011

OMB # 1855-0025
Exp. 02/28/2025

## Section B – Budget Summary

| INCOME<br>U.S. DEPARTMENT OF EDUCATION AND OTHER FEDERAL FUNDS | | |
|---|---|---|
| **Funding Stream** | **Approved Budget** | |
| *Reporting Period:* | *Start:*  10/1/24<br>*End:*  9/30/25 | |
| 1. MSAP | | |
| Other: | School Name | Amount |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

USDOE-Contiunation_000190

## Section B – Budget Summary

| | EXPENSES U.S. DEPARTMENT OF EDUCATION FUNDS | | | | |
|---|---|---|---|---|---|
| **Budget Categories** | **Carryover from Previous Budget Period** | **Approved Budget** | **Expenditures** | **Anticipated Costs** | **Carryover to Future Budget Period** |
| ***Reporting Period:*** | ***Start:*** 10/1/23 ***End:*** 9/30/24 | ***Start:*** 10/1/24 ***End:*** 9/30/25 | ***Start:*** 10/1/24 ***End:*** 9/30/25 | ***Start:*** N/A ***End:*** | ***Start:*** 10/1/25 ***End:*** 9/30/26 |
| 2. Personnel | | | | | |
| 3. Fringe Benefits | | | | | |
| 4. Travel | | | | | |
| 5. Equipment | | | | | |
| 6. Supplies | | | | | |
| 7. Contractual | | | | | |
| 8. Construction | | | | | |
| 9. Other | | | | | |
| 10. Total Direct Costs (items 2-9) | | | | | |
| 11. Indirect Costs | | | | | |
| 12. Training Stipends | | | | | |
| 13. Total Costs (items 10-12) | | | | | |
| | | | | | |

USDOE-Contiunation_000191

*Page 2*

1.  Please provide an explanation if funds have not been drawn down from the G5 System to pay for the budget expenditure amounts reported in items 8a. – 8c of the Cover Sheet.

Page 3

2.  Please provide an explanation if you *did not* expend funds at the expected rate during the reporting period.

*Page 4*

3.  Describe any significant changes to your budget resulting from modification of project activities.

*Page 5*

4.  Please describe any changes to your budget that affected your ability to achieve your approved project activities and/or project objectives.

*Page 6*

5.  Do you expect to have any unexpended (carryover) funds at the end of the current budget period?  ☐ Yes ☐ No.

    a. If yes, please explain why, provide an estimate, and indicate how you plan to use the unexpended funds in the next budget period.

*Page 7*

6.  Describe any anticipated changes in your budget for the *next* budget period that require prior approval from the Department? (See EDGAR, 2 CFR 200.407, as applicable.)

OMB # 1855-0025
Exp. 02/28/2025

PR/Award #S165A230011

**Table 1: Enrollment Data-LEA Level**

☐ *Check this box if all the magnet schools included in the program are implementing a magnet program for the first time.*

Actual Enrollment    **October 1, 2024**

| Grade Level | American Indian / Alaskan Native (Number) | American Indian / Alaskan Native (%) | Asian (Number) | Asian (%) | Black or African American (Number) | Black or African American (%) | Hispanic/Latino (Number) | Hispanic/Latino (%) | Native Hawaiian or Other Pacific Islander (Number) | Native Hawaiian or Other Pacific Islander (%) | White (Number) | White (%) | Two or more races (Number) | Two or more races (%) | Total Students |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PK | | | | | | | | | | | | | | | |
| K | | | | | | | | | | | | | | | |
| 1 | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| Total | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 |

USDOE-Contiunation_000198

OMB # 1855-0025
Exp. 02/28/2025

Table 2: Enrollment Data-Feeder Schools

| Schools | | Actual Enrollment as of October 1, 2024 | | | | | | | | | | | | | | |
| FEEDER | MAGNET(S) | American Indian /Alaskan Native (Number) | American Indian /Alaskan Native (%) | Asian (Number) | Asian (%) | Black or African-American (Number) | Black or African-American (%) | Hispanic/Latino (Number) | Hispanic/Latino (%) | Native Hawaiian or Other Pacific Islander (Number) | Native Hawaiian or Other Pacific Islander (%) | White (Number) | White (%) | Two or more races (Number) | Two or more races (%) | Total Students |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |

USDOE-Contiunation_000199

PR/Award #S165A220037

**NYCPS CSD 32/16 Performance Report Project Year 3 (October 1, 2024 – September 30, 2025) PR#165A220037**

## CSD 32/16 CATCH-UP REPORT – 10/1/2024 – 9/30/2025

### Narrative discussion of the project's implementation

In October 2024, NYC Community School District (CSD) 32-16 entered the third year of its Magnet Schools Assistance Program (MSAP) grant awarded by the U.S. Department of Education. This report outlines the key successes and challenges encountered during Year Three of implementation, as well as ongoing strategies to meet program goals, ensure sustainability, and promote continuous improvement.

### Major Project Successes:

Year Three of the MSAP grant was marked by continued momentum and meaningful growth across all four participating magnet schools. Key accomplishments included:

- **Student Proficiency Achievement:** Out of 12 measures related to increased student proficiency, 11 were not only met (91.6%), but exceeded, with notable gains, from baseline data. This indicates that the program implementation, targeted instructional strategies, aligned curriculum, and sustained professional development efforts are having a meaningful impact on student learning outcomes. The consistent growth across multiple measures (ELA, Math, and Science) reflects improved mastery of grade-level standards and suggests that implemented supports are effectively addressing student needs and contributing to overall academic progress.
- **Increased Student Applications:** Three of the four magnet schools (75%) experienced significant growth in student applications, with increases ranging from nearly 10% to over 100%, compared to the previous year. This substantial rise in interest reflects the strength and appeal of each school's programmatic offerings, particularly their theme-based instruction and enriched learning opportunities. It also indicates the effectiveness of targeted recruitment and outreach strategies, including enhanced visibility, community engagement, and strategic communication efforts. Collectively, these gains demonstrate growing recognition of the schools as high-quality options for students and families.
- **Increased Staff Engagement and Collaboration:** All four magnet schools reported higher levels of staff buy-in and collaboration, both critical to the effective implementation and long-term success of the magnet model.
- **Ongoing Professional Development and Partnerships:** Through sustained partnerships with Columbia's Center for Technology and School Change (CTSC), PBLWorks, Adobe, CK Education, and the National Paideia Center, the district provided robust and ongoing professional development. Educators deepened their practice in pedagogical strategies, instructional practices, theme-based curriculum/unit development, evidence based discourse and the effective use of instructional technology. Schools reported improvements in student discussion quality and both student and teacher proficiency in multimedia and technology platforms.
- **Enhanced Outreach and ADA Compliance:** Each school's expanded social media presence significantly increased visibility across New York City. Additionally, all school websites are fully ADA-compliant, improving accessibility and supporting outreach.
- **Development of Paideia Coaching Cohort:** The district established a Paideia Coaching Cohort composed of school-based personnel receiving ongoing training from the National Paideia Center. These individuals have become in-house

**NYCPS CSD 32/16 Performance Report Project Year 3 (October 1, 2024 – September 30, 2025) PR#165A220037**

Paideia Seminar leaders, supporting sustainability across their respective schools.

- **Implementation of Theme-Based PBL Units:** Each school successfully developed and implemented theme-aligned project-based learning (PBL) units that emphasized student inquiry, civic engagement, student voice and equitable access to learning. The integration of technology into PBL units ensured academic rigor and accessibility, fostered sustained inquiry, and supported real world applications of learning. Assessments were guided by standards-aligned rubrics and checklists. To further support academic achievement, each magnet school implemented differentiated instruction and tiered interventions tailored to meet the diverse learning needs of all students

- **Development of Various Theme-Aligned Specialty Spaces:** Each school designed and began implementing specialty spaces aligned to its magnet theme to enhance instructional delivery and student engagement. These spaces, including podcast studios, media centers, Paideia Room, STEAM labs and flexible learning environments, were equipped to support project-based learning, collaboration, student led instruction and the integration of technology. The shared goal of these spaces are to provide environments that foster creativity, inquiry, and hands-on learning experiences for all students.

## Specific School Level Successes:

- **PS 86: Bushwick Multimedia and Arts Academy:** The most notable success has been the expansion of The Eagle News, the school's in-house student led news broadcasting station. Its goal is to share information with the school community through weekly newscasts. The Eagle News team works together to promote school pride through journalism. Students direct, write, record, interview, and learn all the skills necessary for news reporting, podcasting and so much more!  Another success is the notable increase in teachers' involvement in the implementation of the magnet program.  Multiple teachers have volunteered to lead after school programs in theme - based clubs and have become vested in working with their grade teams during common planning time and afterschool to plan for the integration of the themes of media and arts into the existing curriculum. The engaging theme has also led to an increase in family engagement, increasing family participation at school events.  The school has been successful in aligning a residency from a community-based organization/partnership to each grade's PBL to enhance the thematic components of  the unit. PS 86 met **all** of its student achievement performance measures, as well as the measure of increasing applications.

  **PS 116: Magnet School of Leadership through Multimedia and the Arts:** The school identifies continued success in its recruitment and outreach efforts, driven by a clearly defined magnet program that highlights its core values to a broad community. A strategic and well-structured recruitment action plan, developed by the school's recruitment team, has served as an effective framework for implementing innovative outreach strategies. The magnet program has also expanded opportunities for meaningful engagement among students and families. Additionally, the intentional integration of the multimedia and arts theme into existing curriculum units has strengthened instructional practices and increased student engagement. The development of specialty spaces, including podcasting, arts and Paideia rooms, reflects the ongoing implementation of the theme. Collectively, these efforts have contributed to a stronger school community, increased investment in the magnet program, and a more positive, collaborative school culture.  PS 116 met **all** of its student achievement performance measures, as well as the measure of increasing applications.

  **PS 145: Magnet School of Leadership through Engineering:** The school has continued to prioritize establishing a distinct school identity with their magnet theme as its foundation. Through strategic branding efforts and an intentional use of social media, the

**NYCPS CSD 32/16 Performance Report Project Year 3 (October 1, 2024 – September 30, 2025) PR#165A220037**

theme permeates in all aspects of the school building and beyond. There has been a significant increase in community outreach initiatives, showing fidelity to the leadership component of the theme and having learning extend far beyond the walls of the classroom. In addition, to support thematic instruction, the school now has two full time engineering teachers providing theme based instruction to all students. All PBL units have a STEAM and leadership component and are focused around advocacy for their community. PS 145 met **75%** of its student achievement performance measures, as well as meeting both the MGI and increased applicant data.

**MS 35: Magnet School of Leadership, Exploration and the Arts**: The school continues to be successful in strategically aligning and seamlessly blending their three major programs (Magnet, Leader in Me and IB). The common thread of leadership and the Arts among all three programs has strengthened the identity of the school for the community. The students of MS 35 often perform in their community at cultural events and other venues. A branding campaign has assisted in adorning the school building with signage, rugs, and decals showcasing the school's magnet logo and status.. Most notably, MS 35 has received two impressive recognitions from MSA - Top Magnet School of Excellence (announced and recognized at the most recent MSA conference).  MS 35 met **all** of its student achievement performance measures, as well as meeting the measure of increasing applications.

**All four magnet schools demonstrated significant growth in student achievement,  student engagement, academic performance, leadership development, and community recognition.**

## Theme-Based Partnerships by School:

Each magnet school has developed a robust network of partnerships aligned with their unique themes, enhancing instruction and expanding access to real-world learning experiences across the arts, sciences, and leadership development for all of their students.

**PS 86:** Key partnerships support interdisciplinary learning and creative expression:
- *Studio in a School* (visual arts)
- *Inside Broadway* (theatre)
- *Take Two Film Academy* (multimedia production)
- *Center for Architecture* (design thinking)
- *Puppetry in Practice* (storytelling integration)
- *Siracusano* (Science of Reading)
- *Readsters* (literacy support)

**PS 116:** Collaborative partnerships emphasize technology integration, performing arts,  and creative leadership:
- *Center for Technology and School Change* (curriculum and tech integration)
- *Studio in a School* (visual arts)
- *SMART Works* and *Take Two Film Academy* (multimedia)
- *Marc DeGarmo Dance* and *Ballroom Basix* (dance education)

PR/Award #S165A220037

**NYCPS CSD 32/16 Performance Report Project Year 3 (October 1, 2024 – September 30, 2025) PR#165A220037**

- *Marquis Studio* (arts and multimedia

**PS 145:** Partnerships focus on engineering, sustainability, and STEAM enrichment:
- *BEAM Center* (multimedia and engineering)
- *Third Street Music School Settlement* (music and movement)
- *Studio in a School* (visual arts)
- *Department of Environmental Protection* (environmental education)
- *NY SunWorks* (hydroponics and sustainability)
- *NYC Ballet* and *Viva Flamenco* (dance)
- *Brooklyn Botanic Garden* (gardening and nutrition)
- *PodcastED* (podcasting and digital storytelling)

**MS 35:** Diverse partnerships enrich academic, social-emotional, and career readiness programming:
- *CATS* (social-emotional learning)
- *Take Two Film Academy* (multimedia)
- *Salvadori Center* (engineering and architecture)
- *ScholarSTEM* (STEM and technology)
- *International Baccalaureate (IB)* – Candidate School for the Middle Years Programme
- *PATHS For Us* (entertainment industry immersion)
- *Urban Advantage* (science enrichment)
- *Vivid Imagination* (digital technology)
- *Thurgood Marshall Mock Trial Program* (civics and law)
- *Positive Effect Youth Development* (martial arts and SEL)

## Increasing Family Engagement

Schools facilitated family involvement through theme-aligned events such as PBL galleries, workshops, multicultural celebrations, and interactive showcases. Digital platforms like Google Classroom, Meet, and Flipgrid supported communication and remote access to events. Monthly newsletters and social media were used for outreach and updates. Examples of Family Engagement Events by School:

- **PS 86: Bushwick Multimedia and Arts Academy**

  PS 86 has implemented a robust portfolio of family engagement opportunities designed to build strong school-home partnerships and enhance awareness of magnet programming. Signature events included Project-Based Learning (PBL) gallery exhibitions at the conclusion of instructional units, Magnet Family Night, STEAM Fairs, Family Read-Alouds, and a schoolwide Family Magnet Event. This year, each grade-level team also designed and facilitated arts-based workshops, fostering collaborative, theme-aligned experiences between families and the school community.

**NYCPS CSD 32/16 Performance Report Project Year 3 (October 1, 2024 – September 30, 2025) PR#165A220037**

- **PS 116: Magnet School of Leadership through Multimedia and the Arts**

PS 116 offered a diverse range of family-focused events aimed at increasing participation and deepening understanding of the school's magnet theme. These included monthly themed Family Nights, PBL gallery walks, "Family Falcon Days," and targeted workshops on topics such as nutrition and bullying prevention. In addition, the school hosted Parent ESL classes and facilitated hands-on, arts-based workshops to promote creative engagement and strengthen family-school relationships.

- **PS 145: Magnet School of Leadership through Engineering**

PS 145 promoted meaningful family involvement through culturally responsive and theme-integrated events. Activities included cultural celebrations, engineering-themed learning events, and the innovative *Family Leadership Lab*, where families participated in classroom-based learning alongside students. The school also hosted Family Literacy Nights and held monthly "Coffee Chats" with the principal and parent coordinator to facilitate ongoing dialogue and build community trust.

- **MS 35: Magnet School of Leadership, Exploration, and the Arts**

MS 35 implemented a diverse range of family engagement opportunities aligned to its magnet theme and responsive to the social-emotional and academic needs of its community. These efforts included multicultural celebrations, Parent Café meetings, arts and dance workshops, schoolwide fundraisers, and wellness-focused initiatives such as the "Paint and Communicate Social," as well as sessions on nutrition and financial literacy. The school also provided informational workshops to support families in navigating the high school admissions process, ensuring they are well-informed and actively engaged as partners in their children's success.

## Theme-Aligned Extended Learning Opportunities

Each of the four magnet schools implemented a range of afterschool and weekend programs designed to extend access to theme-based instruction, reinforce academic achievement, and support students' social-emotional development. In addition, each school strategically planned a variety of intentional, theme-aligned field trips to deepen real-world connections to classroom learning and enhance student engagement.

**Examples by School:**

**PS 86**- Champs (fitness), instrumental music, ENL academy, ELA/Math Academy support, small group tutoring, dance, theater, student leadership, student council, debate team, chess club, photography, hydroponics, cooking club
**PS 116**- filmmaking, homework help, arts and theater clubs, chess, broadcasting club, newsletter team, math/literacy support, GLAM (SEL), orchestra, CHAMPS(sports) leadership academy, ELL enrichment, STEAM club, GLEE club, gardening club
**PS 145**- ENL, debate Club, musical theater, dance club, ELA/Math support, mock trial, iReady, sports club, student council, engineering club, art, Choir/Glee Club, Koko Lab/Engineering club, storytelling, Cricut Club, newspaper club, digital filmmaking
**MS 35**- academic enrichment, homework help, Theater, ELA/Math support, mock trial, Regents preparation, PBL extended work time.

**NYCPS CSD 32/16 Performance Report Project Year 3 (October 1, 2024 – September 30, 2025) PR#165A220037**

## Building Program Sustainability

A core principle guiding program implementation at all participating magnet schools is sustainability. From the outset, each school has embedded long-term planning into every aspect of program development and execution.

- Magnet Committees, established at each school, play a critical role in guiding program implementation and supporting overall school improvement. These teams are responsible for decision-making related to curriculum integration, instructional practices, resource allocation, and partnership development, all through the lens of sustaining impact beyond the grant period.

- Professional development (PD) is strategically designed to build capacity around theme-based, rigorous instruction. Each school develops an annual, customized PD plan that includes targeted support for new teachers as well as ongoing training for existing staff. The district also provides a myriad of professional learning opportunities for all CSD32-16 educators. As a result, educators are increasingly serving as in-house experts in thematic areas such as arts, multimedia, use of technology platforms in learning, student discourse, and engineering - positioning schools for continued success beyond the life of the grant.

- To ensure accessibility and longevity, magnet curriculum developed across the schools is shared via a centralized digital platform. This allows for easy dissemination, collaboration, and long-term use. Extensive time and planning have gone into embedding the magnet themes across subject areas, leading to a noticeable cultural shift in teaching and learning practices. Staff and students alike are adopting innovative, theme-aligned instructional approaches that promote creativity, inquiry, and real-world application. Infrastructure investments, made possible through MSAP funding, include the development of new learning environments such as makerspaces, hydroponics labs, and multimedia production studios. These spaces are not only actively used but will be further enhanced with additional equipment and materials in the coming years, ensuring their utility continues beyond the grant period.

- All schools are proactive in pursuing supplemental funding and building strategic partnerships with community-based organizations that offer programming and support at no cost. These efforts further strengthen the sustainability of the magnet programs and reinforce the schools' ability to maintain and grow their thematic focus well into the future.

Together, these deliberate strategies reflect a strong, system-wide commitment to sustaining the magnet program's impact—ensuring that the benefits extend far beyond the duration of the MSAP grant. All implementation decisions from the onset of the grant prioritized long-term sustainability of the program beyond the duration of the funded period. Overall, the CSD 32/16 MSAP project demonstrated substantial progress toward its objectives, achieving 75% of its performance measures. Building on this foundation, the project remains focused on continuous improvement and innovation, with ongoing efforts to expand and strengthen inclusive, high-quality magnet programs that effectively serve all students and families in the community.

**Final results for performance measures (Oct 1, 2024-Sept 30, 2025)**

**NYCPS CSD 32/16 Performance Report Project Year 3 (October 1, 2024 – September 30, 2025) PR#165A220037**

**1. Project Objective**     ☐   Check if this is a status update for the previous budget period.

**Desegregation and Choice: To reduce minority group isolation (MGI) among Black/African American and Hispanic students in proposed magnet schools.**

| 1.1 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| MS 35 (D16) will reduce MGI among Black/African American students from a baseline of 83.0% to: 78.7% by October 1, 2025. | GPRA | | Target | | | Actual Performance Data | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | | | 78.7% | | | 85.6% |

**a)   Status of progress:**

◯ Met

⊗ Not met

◯ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

**b)   Description of progress (include challenges faced, if any):**

As of October 2025, the total school enrollment at MS 35 (D16) included 85.6% Black/African American students, which did not meet the target of reducing MGI among this student subgroup below 78.7%.

**If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**
MS 35 will strengthen its recruitment strategies to increase both the number of applications and the diversity of its applicant pool. The school will leverage its recognition as an MSAP National Top Emerging School of Excellence and Magnet School of Distinction, along with its MYP IB candidacy status, to enhance outreach efforts. MS 35 will also maintain regular meetings of its school-based Outreach and Marketing Team to guide strategic actions, including analyzing zip code demographics to target outreach, building partnerships with community-based organizations, churches, and youth programs, and hosting open houses at varied times in both in-person and virtual formats. Additional efforts will include inviting elementary students and families for tours and performances, distributing multilingual and culturally inclusive materials, and highlighting key partnerships, resources, and specialized programs. The district anticipates that these coordinated efforts and strategies will support progress toward meeting the MGI performance measure.

| 1.2 Performance Measure | Measure Type | Quantitative Data |
|---|---|---|

**NYCPS CSD 32/16 Performance Report Project Year 3 (October 1, 2024 – September 30, 2025) PR#165A220037**

| PS 86 (D32) will reduce MGI among Hispanic students from a baseline of 94.8% to: 91.3% by October 1, 2025. | GPRA | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|---|
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | | | 91.3% | | | 94.9% |

a) **Status of progress:**

○ Met

⊗ Not met

○ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

As of October 2025, the total school enrollment at PS 86 (D32) included 94.9% Hispanic students, which did not meet the target of reducing MGI among this student subgroup below 91.3%. **Although MGI was not met, it is important to note there was a decrease in MGI of 0.8% from the previous year. Additionally, while the District showed an increase of 2.6% among Hispanic students (MGI group) from baseline to present, PS 86 only increased by 0.1% for the same timeframe.**

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

PS 86 will continue to focus on recruitment and outreach strategies including: analysis of demographic data in neighboring zones; continue to form partnerships and present the schools multimedia theme in daycare centers, libraries, CBOs, head start centers, community fairs; continue to host open houses both in person and virtually and have the students showcase the magnet program, leverage the school's podcasting and the student run Eagle News channel, tailor culturally responsive marketing and communication; utilize social media and track digital engagement analytics to identify which messaging and platforms receiving the most traction; and adjust outreach efforts accordingly based on data analysis. The district anticipates that these coordinated efforts and strategies will support progress toward meeting the MGI performance measure.

| 1.3 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| PS 116 (D32) will reduce MGI among Hispanic students from a baseline of 94.1% to: 90.9% by October 1, 2025. | GPRA | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | | | 90.9% | | | 91.9% |

**NYCPS CSD 32/16 Performance Report Project Year 3 (October 1, 2024 – September 30, 2025) PR#165A220037**

a) **Status of progress:**

○ Met

⊗ Not met

○ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

As of October 2025, the total school enrollment at PS 116 (D32) included 91.9% Hispanic students, which did not meet the target of reducing MGI among this student subgroup below 90.9%. **Although MGI was not met,  it is important to note there was a decrease in MGI of 3.3% from the previous year. Additionally, while the District showed an increase of 2.6% among Hispanic students (MGI group) from baseline to present, PS 116 decreased by 2.2% for the same timeframe.**

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

PS 116 will continue to focus on recruitment and outreach strategies including: analysis of demographic data in neighboring zones; continue to form partnerships and present the schools multimedia theme in daycare centers, libraries, CBOs, head start centers, community fairs; continue to host open houses both in person and virtually and have the students showcase the magnet program, leverage the school's podcasting room and arts program, tailor culturally responsive marketing and communication; utilize social media and track digital engagement analytics to identify which messaging and platforms receiving the most traction; and adjust outreach efforts accordingly based on data analysis.  The district anticipates that these coordinated efforts and strategies will support progress toward meeting the MGI performance measure.

**NYCPS CSD 32/16 Performance Report Project Year 3 (October 1, 2024 – September 30, 2025) PR#165A220037**

| 1.4 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| PS 145 (D32) will reduce MGI among Hispanic students from a baseline of 90.0% to: 86.8% by October 1, 2025. | GPRA | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | | | 86.8% | | | 79.4% |

a) **Status of progress:**

⊗ Met

○ Not met

○ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

As of October 2025, the total school enrollment at PS 145 (D32) included 79.4% Hispanic students, which met the target of reducing MGI among this student subgroup below 86.8%. The district is happy to report that PS 145 actually exceeded both Year 4 and 5's MGI measure.

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

**NYCPS CSD 32/16 Performance Report Project Year 3 (October 1, 2024 – September 30, 2025) PR#165A220037**

| 1.5 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| By September 30 of each of years 2-5 of the grant, the number of magnet applicants received by MS 35 (D16) will increase by 5% or more over the previous year (with year 1 serving as baseline). | **Project** | | **Target** | | | **Actual Performance Data** | |
| | | **Raw Number** | **Ratio** | **%** | **Raw Number** | **Ratio** | **%** |
| | | **363** | | | **252** | | |

a) **Status of progress:**

&#9711; Met

&#8855; Not met

&#9711; In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

As of October 1, 2025, MS 35 received 252 applications for enrollment during the Year 3 reporting period. The Year 3 target is 363, calculated as 5% over Year 2's 346 total actual applications, therefore this target was not met. While Year 2 application numbers were notably high, the opening of additional choice schools within the zone contributed to a decline in applications this year.

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

MS 35 will enhance and expand its recruitment strategies to increase the number of applications and broaden its reach to prospective students and families. The school will continue to hold consistent meetings of its school-based Outreach and Marketing Team to guide data-driven recruitment efforts and refine outreach practices. MS 35 will utilize targeted media outlets, including local newspapers, its website, and social media platforms, while implementing a comprehensive campaign to highlight its programmatic strengths. Outreach will include strengthening connections with feeder schools, attending community events, and coordinating efforts with the school's parent coordinator to ensure consistent family engagement. The school will also leverage its recognition as a Top Emerging Magnet School from MSA and highlight its strong academic and theme-based programs across all outreach and advertising efforts to attract a diverse and competitive applicant pool. The district anticipates that these coordinated efforts and strategies will support progress toward meeting the increased applicant measure.

**NYCPS CSD 32/16 Performance Report Project Year 3 (October 1, 2024 – September 30, 2025) PR#165A220037**

| 1.6 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| By September 30 of each of years 2-5 of the grant, the number of magnet applicants received by PS 86 (D32) will increase by 5% or more over the previous year (with year 1 serving as baseline). | Project | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | 161 | | | 182 | | |

a) **Status of progress:**

⊗ Met

○ Not met

○ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

As of October 1, 2025, PS 86 received 182 applications for enrollment during the Year 3 reporting period. The Year 3 target is 161, calculated as 5% over Year 2's 153 total actual applications, therefore this target was met. **The district is happy to report an actual increase of almost 19% in applications for PS 86 from Year 2 to Year 3.**

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

**NYCPS CSD 32/16 Performance Report Project Year 3 (October 1, 2024 – September 30, 2025) PR#165A220037**

| 1.7 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| By September 30 of each of years 2-5 of the grant, the number of magnet applicants received by PS 116 (D32) will increase by 5% or more over the previous year (with year 1 serving as baseline). | Project | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | 172 | | | 179 | | |

a) **Status of progress:**

⊗ Met

◯ Not met

◯ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

As of October 1, 2025, PS 116 received 179 applications for enrollment during the Year 3 reporting period. The Year 3 target is 172, calculated as 5% over Year 2's 164 total actual applications, therefore this target was met. **The district is happy to report an actual increase of 9.1% in applications for PS 86 from Year 2 to Year 3.**

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

**NYCPS CSD 32/16 Performance Report Project Year 3 (October 1, 2024 – September 30, 2025) PR#165A220037**

| 1.8 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| | | Target | | | Actual Performance Data | | |
| By September 30 of each of years 2-5 of the grant, the number of magnet applicants received by PS 145 (D32) will increase by 5% or more over the previous year (with year 1 serving as baseline). | Project | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | 120 | | | 293 | | |

**d) Status of progress:**

⊗ Met

○ Not met

○ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

**a) Description of progress (include challenges faced, if any):**

As of October 1, 2025, PS 145 received 293 applications for enrollment during the Year 3 reporting period. The Year 3 target is 120, calculated as 5% over Year 2's 114 total actual applications, therefore this target was met. **The district is happy to report an impressive increase of 157% in applications for PS 145 from Year 2 to Year 3.**

**b) If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

**NYCPS CSD 32/16 Performance Report Project Year 3 (October 1, 2024 – September 30, 2025) PR#165A220037**



U.S. Department of Education
Grant Performance Report (ED 524B)
Project Status Chart

**SECTION A-Performance Objectives Information and Related Performance Measures Data** (See Instructions. Use as many pages as necessary.)

**2. Project Objective**      ☐  Check if this is a status update for the previous budget period.

**Student achievement: To ensure that all students attending the magnet schools meet challenging academic standards and are college- and career-ready.**

| 2.1 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| MS 35 (D16) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in ELA compared with baseline (2021-22) by: 4 percentage points by June 30, 2025. | Project | Target | | | Actual Performance Data | | |
| | | **Raw Number** | **Ratio** | **%** | **Raw Number** | **Ratio** | **%** |
| | | | | 52.7% | | | 69.8% |

a) **Status of progress:**

⊗ Met

◯ Not met

◯  In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

Assessment data from spring 2025 shows that 69.8% of students at MS 35 (D16) scored in Performance levels 3 and 4 on the NYS assessments in ELA, which exceeds the target of 52.7%.. **The district is happy to report a 43.3 percentage increase in ELA proficiency for MS 35 from Baseline (48.7%) to Year 3.**

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

**NYCPS CSD 32/16 Performance Report Project Year 3 (October 1, 2024 – September 30, 2025) PR#165A220037**

| 2.2 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| PS 86 (D32) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in ELA compared with baseline (2021-22) by: 4 percentage points by June 30, 2025. | Project | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | | | 26.1% | | | 42.7% |

a) **Status of progress:**

⊗ Met

○ Not met

○  In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

Assessment data from spring 2025 shows that 42.7% of students at PS 86 (D32) scored in Performance levels 3 and 4 on the NYS assessments in ELA, which exceeds the target of 26.1%. **The district is happy to report a 93% percentage increase in ELA proficiency for PS 86 from Baseline to Year 3.**

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

**NYCPS CSD 32/16 Performance Report Project Year 3 (October 1, 2024 – September 30, 2025) PR#165A220037**

| 2.3 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| PS 116 (D32) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in ELA compared with baseline (2021-22) by: 4 percentage points by June 30, 2025. | Project | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | | | 19.5% | | | 22.6% |

a) <u>**Status of progress**</u>:

⊗ Met

○ Not met

○ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) <u>**Description of progress (include challenges faced, if any):**</u>

Assessment data from spring 2025 shows that 22.6% of students at PS 116 (D32) scored in Performance levels 3 and 4 on the NYS assessments in ELA, which exceeds the target of 19.5%. **The district is happy to report a 45.8 percentage increase in ELA proficiency for PS 116 from Baseline (15.5%) to Year 3.**

c) <u>**If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**</u>

**NYCPS CSD 32/16 Performance Report Project Year 3 (October 1, 2024 – September 30, 2025) PR#165A220037**

| 2.4 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| PS 145 (D32) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in ELA compared with baseline (2021-22) by: 4 percentage points by June 30, 2025. | Project | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | | | 23.8% | | | 40.4% |

a) **Status of progress:**

⊗ Met

○ Not met

○ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

Assessment data from spring 2025 shows that 40.4% of students at PS 145 (D32) scored in Performance levels 3 and 4 on the NYS assessments in ELA, which exceeds the target of 23.8%. **The district is happy to report a 104 percentage increase in ELA proficiency for PS 145 from Baseline (19.8%) to Year 3.**

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

**NYCPS CSD 32/16 Performance Report Project Year 3 (October 1, 2024 – September 30, 2025) PR#165A220037**

| 2.5 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| MS 35 (D16) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in math compared with baseline (2021-22) by: 4 percentage points by June 30, 2025. | Project | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | | | 40.6% | | | 58.6% |

a) **Status of progress:**

⊗ Met

○ Not met

○ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

Assessment data from spring 2025 shows that 58.6% of students at MS 35 (D16) scored in Performance levels 3 and 4 on the NYS assessments in Math, which exceeds the target of 40.6%. **The district is happy to report a 60 percentage increase in Math proficiency for MS 35 from Baseline (36.6%) to Year 3.**

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

**NYCPS CSD 32/16 Performance Report Project Year 3 (October 1, 2024 – September 30, 2025) PR#165A220037**

| 2.6 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| PS 86 (D32) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in math compared with baseline (2021-22) by: 4 percentage points by June 30, 2025. | Project | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | | | 20.1% | | | 40.8% |

a) **Status of progress:**

⊗ Met

◯ Not met

◯  In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

Assessment data from spring 2025 shows that 40.8% of students at PS 86 (D32) scored in Performance levels 3 and 4 on the NYS assessments in Math, which exceeds the target of 20.1%. **The district is happy to report a 153 percentage increase in Math proficiency for PS 86 from Baseline (16.1%) to Year 3.**

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

**NYCPS CSD 32/16 Performance Report Project Year 3 (October 1, 2024 – September 30, 2025) PR#165A220037**

| 2.7 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| PS 116 (D32) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in math compared with baseline (2021-22) by: 4 percentage points by June 30, 2025. | Project | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | | | 21.3% | | | 32.7% |

a) **Status of progress:**

⊗ Met

○ Not met

○ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

Assessment data from spring 2025 shows that 32.7% of students at PS 116 (D32) scored in Performance levels 3 and 4 on the NYS assessments in Math, which exceeds the target of 21.3%. **The district is happy to report a 89 percentage increase in Math proficiency for PS 116 from Baseline (17.3%) to Year 3.**

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

**NYCPS CSD 32/16 Performance Report Project Year 3 (October 1, 2024 – September 30, 2025) PR#165A220037**

| 2.8 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| PS 145 (D32) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in math compared with baseline (2021-22) by: 4 percentage points by June 30, 2025. | Project | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | | | 26.5% | | | 45.5% |

a) **Status of progress:**

&#8855; Met

&#9711; Not met

&#9711; In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

Assessment data from spring 2025 shows that 45.5% of students at PS 145 (D32) scored in Performance levels 3 and 4 on the NYS assessments in Math, which **far** exceeds the target of 26.5%. **The district is happy to report a 102% percentage increase in Math proficiency for PS 145 from Baseline (22.5%) to Year 3.**

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

**NYCPS CSD 32/16 Performance Report Project Year 3 (October 1, 2024 – September 30, 2025) PR#165A220037**

| 2.9 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| MS 35 (D16) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in science compared with baseline (2021-22) by: 4 percentage points by June 30, 2025. | Project | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | | | 24.0% | | | 60.4% |

a) **Status of progress:**

&#8855; Met

&#9711; Not met

&#9711; In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

State assessment data indicates that in Year 3, 60.4% of the 43 students tested at MS 35 (D16) scored in Performance levels 3 and 4 on the NYS assessments in science, which **far** exceeds the target of 24.0%.

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

**NYCPS CSD 32/16 Performance Report Project Year 3 (October 1, 2024 – September 30, 2025) PR#165A220037**

| 2.10 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| PS 86 (D32) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in science compared with baseline (2021-22) by: 4 percentage points by June 30, 2025. | Project | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | | | 14% | | | 47% |

a) **Status of progress:**

⊗ Met

◯ Not met

◯ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

State assessment data indicates that in Year 3, 47% of the 51 students tested at PS 86 (D32) scored in performance levels 3 and 4 on the NYS assessments in science, which **far** exceeded the target of 14% (based on a baseline in 2023-24 which was the first year that the science test was administered to students in 5th grade. The previous science test was administered to students in 4th grade).

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

**NYCPS CSD 32/16 Performance Report Project Year 3 (October 1, 2024 – September 30, 2025) PR#165A220037**

| 2.11 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| PS 116 (D32) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in science compared with baseline (2021-22) by: 4 percentage points by June 30, 2025. | Project | | Target | | | Actual Performance Data | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | | | 15% | | | 22% |

a) **Status of progress:**

⊗ Met

○ Not met

○  In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

b) **Description of progress (include challenges faced, if any):**

State assessment data indicates that in Year 3, 22% of the 55 students tested at PS 116 (D32) scored in performance levels 3 and 4 on the NYS assessments in science, which exceeds the target of 15% (based on a baseline in 2023-24 which was the first year that the science test was administered to students in 5th grade. The previous science test was administered to student in 4th grade).

c) **If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress:**

**NYCPS CSD 32/16 Performance Report Project Year 3 (October 1, 2024 – September 30, 2025) PR#165A220037**

| 2.12 Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| PS 145 (D32) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in science compared with baseline (2021-22) by: 4 percentage points by June 30, 2025. | Project | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | | | 14% | | | 12% |

**a) <u>Status of progress</u>:**

○ Met

⊗ Not met

○ In progress (only applicable to measures with completion dates that fall after the end of the reporting period).

**b) <u>Description of progress (include challenges faced, if any):</u>**

State assessment data indicates that in Year 3, 12% of the 61 students tested at PS 145 (D32) scored in performance levels 3 and 4 on the NYS assessments in science, which did not meet the target of 14% (based on a baseline in 2023-24 which was the first year that the science test was administered to students in 5th grade. The previous science test was administered to student in 4th grade).

**c) <u>If measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress</u>:**

To increase student proficiency on the NYS Science assessment, PS 145 will implement a focused, multi-tiered approach that strengthens core instruction, builds teacher capacity, and targets student needs. The school schedule will ensure increased instructional time with the dedicated Science Cluster teachers for students in grades 2-5. Instruction will be closely aligned to the NYS P–12 Science Learning Standards, with an emphasis on inquiry-based learning, claim-evidence-reasoning (CER), and data analysis skills reflected on the assessment. Additionally, all teachers will participate in ongoing professional learning, including coaching cycles, collaborative planning, and analysis of student work to refine instructional practices around scientific thinking. The school will also implement a consistent system of formative assessments and item analysis to identify learning gaps and adjust instruction in real time, with targeted small-group interventions and supports for students performing below proficiency. Curriculum pacing will be adjusted to ensure full coverage of standards, with opportunities for spiral review and hands-on lab experiences.. Progress will be monitored through regular data reviews, classroom observations, and interim benchmarks to ensure continuous improvement and increased science proficiency outcomes. All of the aforementioned systemic and instructional strategies will support PS 145 meeting the performance measure.

**NYCPS CSD 32/16 Performance Report Project Year 3 (October 1, 2024 – September 30, 2025) PR#165A220037**

**Budget information providing total expenditures for year 3 (October 1, 2024-September 30, 2025) and carryover into this budget year**

**Budget Summary for Expenditures (10/01/24 – 9/30/25)**

Based on budget figures provided by the NYCDOE business office, the Community School District 32/16 MSAP reported $2,672,860 in expenditures for the budget period of October 1, 2024 - September 30, 2025 (Project Year 3). This total includes the allowable MSAP grant obligations for the applicable budget period using financial data available at that time. All of these grant obligations were made within the existing scope of the project and in support of project objectives. Specifically, the expenditures for the year three budget period through September 30, 2025 correlated to the following budget categories:

1. Personnel- $1,320,479
2. Fringe Benefits- $509,877
3. Travel- $31,198
4. Equipment- $69,487
5. Supplies- $219,646
6. Contractual- $400,490
7. Construction- $0
8. Other- $87,140
9. Total Direct Costs- $2,638,317
10. Indirect Costs- $76,511
11. Training Stipends- $0
12. Total Costs- $2,714,828

(Notes: Fringe benefit amounts were calculated using FY25 fringe rate of 42.05% on salaries and 18.99% on per session as well as 8.15% on per diem. Current NYCDOE fringe rates are 45.83% on salaries and 20.76% on per session and 8.15% on per diem. Personnel costs from July-September were calculated at current rates. The indirect costs reported above reflect the indirect costs of 2.9% on the spent amount in this budget period. Additionally, the financial reports pulled on October 1, 2025 may have included some encumbrances that have been liquidated and were not fully processed at that time. )

*As with previous carryover budget reporting, this data represents October data to estimate carryover into the following grant year; any data shared after this time period represents cash drawdowns that are ongoing and cumulative.*

**NYCPS CSD 32/16 Performance Report Project Year 3 (October 1, 2024 – September 30, 2025) PR#165A220037**

**NYC MSAP CSD 32/16**
**PR AWARD# 165A220037**
**CARRYOVER BUDGET $ 2,445,182**
**10/1/25 - 6/30/26**

All projected expenditures for the Year 3 carryover funds, totaling **$2,445,182**, are fully allowable and align with the scope and objectives of the CSD 32/16 MSAP project. These funds will directly support the magnet program's goals and are planned to be scheduled across the following categories:

| BUDGET CATEGORIES | CARRYOVER AMOUNT DISTRIBUTION |
|---|---|
| 1.  PERSONNEL | $ 1,348,942 |
| 2.  FRINGE | $   560,050 |
| 3.  TRAVEL | $     25,000 |
| 4.  EQUIPMENT | $     45,000 |
| 5.  SUPPLIES | $   115,000 |
| 6.  CONTRACTUAL | $   269,971 |
| 7.  CONSTRUCTION | N/A |
| 8.  OTHER | $     10,000 |
| DIRECT COSTS | $ 2,373,963 |
| INDIRECT COST (3%) | $     71,219 |
| TOTAL COSTS | $ 2,445,182 |
|  |  |

**NYCPS CSD 32/16 Performance Report Project Year 3 (October 1, 2024 – September 30, 2025) PR#165A220037**

*Personnel* – Personnel allocations are projected to cover the full salaries of all district and school project staff, as well as per-session and per-diem costs. School-based magnet personnel are essential to effective program implementation. Per-session funds will support staff participation in magnet planning, curriculum development, and professional learning aimed at strengthening instructional practices across both the district and school levels. These funds will also provide for extended-day learning opportunities for students. In addition, per-diem allocations will allow schools to hire substitute teachers so that magnet staff can be released for magnet training.          *Salaries* - MSAP D32.16 has a total of 8 magnet teacher staff positions, as well as District personnel. The estimated Year 3 Carryover Total Salaries (including anticipated contractual salary and step increases) is **$1,125,956.**

*Per Session* – Each of the four schools and the district will receive approximately 672 per session hours at a contractual rate of approximately $61 per hour, totaling **$205,000** to use in Year 3 Carryover for the aforementioned support/activities.

*Per Diem* – Each of the four schools anticipate using 20 days of per diem funds to cover educators for magnet related training. The per diem rate is $ 224.83, totaling in the amount of **$17,986** to support magnet based trainings.

| | |
|---|---|
| Personnel (Salaries): | $ 1,125,956 |
| Per Session: | $ 205,000 |
| Per Diem: | $ 17,986 |
| **Total Personnel:** | **$ 1,348,942** |

**Fringe Benefits –** Fringe benefit allocations for the carryover were calculated at NYCDOE FY26 rates on above personnel costs (45.83% on salaries, 20.76% on per session, 8.15% on per diem.
Salaries $1,125,956 *45.83%= $516,026; Per Session $205,000*20.76%= $42,558; Per Diem $17,986*8.15%= $1,466
**Total Fringe:    $ 560,050**

**Travel –** Projected travel allocation of carryover funds will support participation of staff in professional development activities by funding both local and out of town conferences and training opportunities     (2026 Magnet Schools of America National Conference)    **$ 25,000**

**Equipment** – Projected allocation of carryover funds in this category will be used to purchase equipment that will support the development of MakerSpaces, Multimedia and broadcasting labs, as well as technology initiatives in several of our schools.    **$ 45,000**

**Supplies** - Projected supplies allocations will be used to purchase a variety of instructional, technology, podcasting, and arts supplies to support the programs in each of the schools.    **$ 115,000**

**Contractual Services -** Projected contractual services portion of the carryover will fund district-level service needs, as well as professional

**NYCPS CSD 32/16 Performance Report Project Year 3 (October 1, 2024 – September 30, 2025) PR#165A220037**

development, curriculum development, and theme-based enrichment provided by external partners at magnet schools. These services are essential to effective magnet theme implementation and to supporting long-term program sustainability.          **$ 269,971**

| Location | Contractual Service Providers | Estimated Cost |
|---|---|---|
| District | Metis Associates, League of Young Inventors, Cking Ed, LefttoCenter | $80,000 |
| PS 86 | Ballet Hispanico, Studio in a School, Take Two Film Academy, Center for Architecture, BEAM Center, Ajna Dance Co, Magic Box | $58,000 |
| PS 116 | Studio in a School, Take Two Film Academy, Marquis Studios, Musical IQ, CityWorks | $47,250 |
| PS 145 | NY Sunworks, Koko NYC, BEAM Center, Podcast Ed, City Works | $47,221 |
| MS 35 | IB MYP, Take two Film Academy, Vivid, Podcast Ed, Edlio, Toddle | $37,500 |
| **TOTAL CONTRACTUAL SERVICES AMOUNT** | | **$269,971** |

**Other –** Projected carryover for 'other' will cover miscellaneous costs of both the school and district level.   (recruitment materials, advertisements, memberships, parent engagement, student admissions)          **$ 10,000**

**Indirect Costs –** A total of $ 71,219 is projected to be spent on indirect for Year 3 Carryover. This will cover the possible shortfall in this category due to an anticipated difference between the indirect cost rate in the application and this project year's indirect cost rate.

**Indirect Cost**:    **$ 71,219**

**Total Carryover Amount: $ 2,445,182**

**Information required by Office for Civil Rights (OCR) pursuant to 34 C.F.R. § 280.20(d)**

Assurances Attached.

## Magnet Schools Assistance Program Assurances

In accordance with section 4405(b)(2) of the ESSA, the applicant hereby assures and certifies that it will—

*(A) use grant funds under this part for the purposes specified in section 4401(b);*

*(B) employ highly qualified teachers in the courses of instruction ossisted under this part;*

*(C) not engage in discrimination based on race, religion, color, national origin, sex, or disability in the hiring, promotion, or assignment of employees of the applicant or other personnel for whom the applicant has any administrative responsibility;*

*(D) nat engage in discrimination based on race, religion, color, national origin, sex, or disability in the assignment of students to schools, or to courses of instruction within the schools, of such applicant, except to carry out the approved plan;*

*(E) not engage in discrimination based on race, religion, color, national origin, sex, or disability in designing or operating extracurricular activities for students;*

*(F) carry out a high-quality educotion program that will encourage greater parental decision-making and involvement; and*

*(G) give students residing in the local attendance area of the proposed magnet school program equitable consideration for placement in the program, consistent with desegregation guidelines and the capacity of the applicant to accommodate the students.*

   *    *    *    *    *    *    *    *    *    *    *

If the applicant has an approved desegregation plan, the applicant hereby assures and certifies that it is implementing that desegregation plan as approved.

_Arelis Parache_       10/29/25

Signature of Authorized       Date
Representative



**Department of
Education**

*David C. Banks, Chancellor*

**Institutional Review Board
and Ethics Review
Committee**

August 17, 2025

**52 Chambers Street
Room 310
New York, NY  10007**

Ms. Claire Aulicino
100 Wall Street
Suite 802
New York, NY 10005

Dear Ms. Claire Aulicino:

I am happy to inform you that the New York City Department of Education's Ethics or Institutional Review Board has approved or cleared your request for a continuation of your research study numbered 4839 and titled "Evaluation of NYCDOE FY22 Magnet Schools Assistance Program grants for D19/27, D32/16, and D28/29." The continuation approval is for a period of one year:

| | |
|---|---|
| **Continuation Approval Date:** | **September 10, 2025** |
| **Continuation Expiration Date:** | **September 10, 2026** |

Consent forms, letters to research subjects and research protocols approved for use in your continuation study must contain a date falling within the approval period.

**\*\*\* COVID-19 Response:**
**If this study requires in-person interactions or interventions with research subjects, note that these procedures <u>cannot</u> take place without explicit written permission for site access from the NYC DOE IRB and principal or site director.**

**Unless explicitly detailed in this protocol and reviewed and approved by the NYC DOE IRB/ERC, virtual interactions or interventions with research subjects may not take place.**

**This information is subject to change without notice. \*\*\***

**Responsibilities of Principal Investigators:** Please find below a list of responsibilities of Principal Investigators who have DOE IRB approval to conduct research in New York City public schools.

- Approval by this office does not guarantee access to any particular school, individual or data.  You are responsible for making appropriate contacts and getting the required permissions and consents before initiating the study.
- When requesting permission to continue conducting your study in schools, submit the approved Principal Information Letter to the school Principal summarizing your research design and methodology along with this IRB Approval letter.
- Researchers who join the study team after the inception of the research must be added to the protocol through an Amendment and fingerprinted.
- You are responsible for ensuring that the research is conducted in accordance with your research proposal as approved for continuation by the DOE IRB and for the actions of all co-investigators and research staff involved with the research.

Institutional Review Bo
Protocol Number: 4839-N
**Page 45**

P a g e | **2**                                                                                    August 17, 2025

- You are responsible for informing all participants (e.g., administrators, teachers, parents, and students) that their participation is strictly voluntary and that there are no consequences for non-participation or withdrawal at any time during the study.
- Researchers must: Use the consent forms approved by the DOE IRB; provide all research subjects with copies of their signed forms; maintain signed forms in a secure place for a period of at least three years after study completion; and destroy the forms in accordance with the data disposal plan approved by the IRB.

**Mandatory Reporting to the IRB:** The principal investigator must report to the IRB Director and Chair, within three (3) business days, any serious problem, adverse effect, or outcome that occurs with frequency or degree of severity greater than that anticipated. In addition, the principal investigator must report any event or series of events that prompt the temporary or permanent suspension of a research project involving human subjects or any deviations from the approved protocol.

**Amendments/Modifications:** All amendments/modification of protocols involving human subjects, including, but not limited to, personnel changes, must have prior IRB approval, except those involving the prevention of immediate harm to a subject, which must be reported within 24 hours to the NYC Department of Education IRB.

**Continuation of your research:** It is your responsibility to insure that an application for continuing review approval is submitted three months before the expiration date noted above. If you do not receive approval before the expiration date, all study activities must stop until you receive a new approval letter.

**Research findings:** We require a copy of the report of findings from the research. Interim reports may also be requested for multi-year studies. Your report should not include identification of the superintendency, district, any school, student, or staff member. Please submit a final report with the closure form through our electronic platform.

If you have any questions, please contact IRB@schools.nyc.gov.

Good luck with your research.


Sincerely,
New York City Department of Education Institutional Review Board

# U.S. Department of Education

**Washington, D.C. 20202-5335**



## MSAP Annual Performance Report
**CFDA # 84.165A**
**PR/Award # S165A230011**
**Budget Period # 3**
**Report Type: Annual Performance**

PR/Award # S165A230011

USDOE-Contiunation_000233



# U.S. Department of Education
# Grant Performance Report Cover Sheet (ED 524B)
*Check only one box per Program Office instructions.*
[✔] Annual Performance Report   [  ] Final Performance Report

OMB No. 1855-0025
Exp. 02/28/2025

## General Information

1. PR/Award #:  S165A230011
*(Block 5 of the Grant Award Notification - 11 characters.)*

2. Grantee NCES ID#:  3600079
*(See instructions. Up to 12 characters.)*

3 Project Title:  The Manhattan Inter-District Magnet Consortium
*(Enter the same title as on the approved application.)*

4. Grantee Name *(Block 1 of the Grant Award Notification.):* NYC Department of Education - Community School District 4

5. Grantee Address *(See instructions.)*

6. Project Director *(See instructions.)* Name: Shannon Lynch                Title: Project Diretor

   Ph #: ( 718 )  968  -  6180      Ext: (        )          Fax #: (      ) _____ - _____

   Email Address:  Slynch2@schools.nyc.gov

## Reporting Period Information *(See instructions.)*

7. Reporting Period:    From:  10  / 01  / 2025    To:  03  / 31  / 2026    (mm/dd/yyyy)

## Budget Expenditures *(To be completed by your Business Office.  See instructions.  Also see Section B.)*

8. Budget Expenditures

|  | Federal Grant Funds | Non-Federal Funds *(Match/Cost Share)* |
|---|---|---|
| a. Previous Budget Period | $1,874,286.00 | $0.00 |
| b. Current Budget Period | $2,120,884.00 | $0.00 |
| c. Entire Project Period *(For Final Performance Reports only)* | $0.00 | $0.00 |

## Indirect Cost Information *(To be completed by your Business Office.  See instructions.)*

9. Indirect Costs

   a. Are you claiming indirect costs under this grant?  ✔ Yes ___ No

   b. If yes, do you have an Indirect Cost Rate Agreement approved by the Federal Government?  ✔ Yes ___ No

   c. If yes, provide the following information:

   Period Covered by the Indirect Cost Rate Agreement:  From:  07  / 01  / 2025    To:  06  / 30  / 2026   (mm/dd/yyyy)

   Approving Federal agency:  ✔ ED ___ Other *(Please specify)*: _____

   Type of Rate *(For Final Performance Reports Only)*: ___ Provisional ___ Final ___ Other *(Please specify)*: _____

   d. For Restricted Rate Programs (check one) -- Are you using a restricted indirect cost rate that:

   ✔  Is included in your approved Indirect Cost Rate Agreement?

   ___ Complies with 34 CFR 76.564(c)(2)?

## Human Subjects (Annual Institutional Review Board (IRB) Certification) *(See instructions.)*

10.  Is the annual certification of Institutional Review Board (IRB) approval attached?  ✔ Yes ___ No ___ N/A

## Performance Measures Status and Certification *(See instructions.)*

11. Performance Measures Status

   a. Are complete data on performance measures for the current budget period included in the Project Status Chart? ___ Yes ✔ No

   b. If no, when will the data be available and submitted to the Department?  10  / 31  / 2026   (mm/dd/yyyy)

12. To the best of my knowledge and belief, all data in this performance report are true and correct and the report fully discloses all known weaknesses concerning the accuracy, reliability, and completeness of the data.

Name of Authorized Representative: Dr. Kristy De La Cruz            Title: Community Superintendent

Signed by:

Signature: 34A1640D61BB4C2...

Date:  5/12/2026

ED 524B

USDOE-Contiunation_000234

**Page 2**

Docusign Envelope ID: 32ED8A35-57BA-84F6-8251-7A9B15EC9A97



Kristy Dela Cruz
Community Superintendent District 4
160 East 120 Street
Manhattan, NY 10035

Magnet Schools Assistance Program (MSAP)
U.S. Department of Education
Office of Elementary and Secondary Education
400 Maryland Avenue, SW Washington, D.C. 20202

May 11, 2026


Re: NYC MSAP District 4 (4, 2, 6) Desegregation Plan

Dear MSAP Program Office:

This letter is to verify that MSAP District 4 (4, 2, 6) Manhattan Inter-district Magnet Consortium (District 4 Lead) operates under the desegregation plan that was submitted with the initial MSAP application. There have been no changes to the voluntary desegregation plan.


Respectfully submitted,

Signed by:

34A1640D61BB4C2...

Kristy Dela Cruz, District 4 Superintendent

**CSD 4-2-6 Manhattan Inter-district Consortium MSAP PY3 APR Executive Summary**
**PR/Award # PRS165A230011**

The Community School District (CSD) 4-2-6- Manhattan Inter-district Consortium is made up of two secondary 6th-12th grade schools and one 9th-12th grade high school. **04M372 Esperanza Preparatory Magnet School for Early College,  Exploration, and Leadership** is a 6th-12th grade school located in East Harlem, which is situated between central Manhattan, Queens, and the South Bronx. Esperanza works to bridge the gap between high school, college, and careers, and cultivates an environment where students are leaders, contributors, and change-makers. **02M529 Jacqueline Kennedy Onassis STEAM Magnet School of Business Careers** is located in the heart of midtown Manhattan's theater district. **06M293 City College Magnet School of the Arts** is located in the Inwood community at the northern tip of Manhattan. It is a 6-12 secondary school with both middle and high school grades. District leadership is proud of the District 4-2-6 Consortium's work during Project Year 3. While the discontinuation of funding impacted magnet implementation, the schools continued to make meaningful progress across all pillars of magnet design.

**Background and Context**

To better understand the accomplishments of the Manhattan Inter-district Consortium in PY3, it is important to consider why MSAP grants transitioned from 3-year funding cycles under No Child Left Behind to 5-year cycles under the Every Student Succeeds Act. This shift reflects a recognition that successful magnet school implementation requires long-term investment, stability, and time. The D 4-2-6-cohort - and all currently funded NYC Magnet Schools - are in the process of comprehensive school reform that depends on sustained planning, staff development, community partnerships, recruitment, and continuous improvement to be implemented effectively. The change to 5-year grant term acknowledged that meaningful change cannot be fully developed or sustained within a short timeline. Schools need time to launch initiatives thoughtfully, learn from challenges, refine practices, and scale successful programs in a strategic and data-driven way.

For this reason, the sudden discontinuance of magnet funding without prior notice created profound challenges for the D 4-2-6 consortium to fully implement magnet initiatives in PY3. By the time funding was discontinued, the magnet schools had already hired staff, launched programs, secured partnerships, and made long-term commitments based on the expectation of continued magnet funding. Without stable and predictable support, the schools were forced to shift from long-term planning and innovation to short-term crisis management, disrupting programs and undermining the sustainability that the 5-year grant model was specifically designed to support.

**Challenges**

The disruption of PY3 MSAP funding has created significant operational hardships for the D4-2-6 magnet cohort. Critical initiatives and professional development opportunities have been stalled, compromising the schools' ability to sustain full magnet implementation at the level originally intended. In addition, the delay in carryover funding and discontinuation of new monies risks undermining community confidence in the long-term reliability of the magnet program, which could make it more difficult to cultivate and maintain meaningful partnerships in the future.

Most notably, the abrupt loss of funding in the fall forced the suspension of several key partnerships that the schools had spent years developing. One such partnership with Borough of Manhattan Community

College (BMCC), which took more than a year and a half to negotiate and finalize. Beginning in Year 3, the agreement would have provided students with access to college-level coursework, career exploration opportunities, and the ability to earn college credits while still in high school. Ultimately, students would have graduated with up to two years of college credits - or an Associate's degree - at no cost to them or their families. Unfortunately, these dual-enrollment opportunities are now indefinitely on hold, with no assurance that they will be restored. This collaboration had the potential to profoundly impact the students and families the cohort serves. The suspension and possible loss of this partnership is a lost opportunity to strengthen students' engagement in learning while expanding their ability to afford and obtain higher education.

The impact of this challenge can also be felt in less visible, but equally significant, ways. Effective longitudinal planning depends on a stable five-year funding stream that allows schools to implement initiatives strategically and consistently over time. The interruption in funding disrupted that continuity, limiting the schools' ability to fully launch long-term initiatives, sustain newly established programs, and allocate resources in a deliberate, data-driven manner. By the time carryover funds were finally released, many vendors were no longer available, forcing schools to operate on a compressed timeline that adversely affected both the pace and scope of magnet implementation. As uncertainty grew, priorities shifted from long-term investment and innovation to short-term adjustments designed to address immediate financial concerns. In many ways, this disruption deprived our schools of their most valuable resource: time.

**Successes**

One positive outcome of this challenging year was the clear value of the capacity-building work completed during Project Years 1 and 2. Because teachers across all three D4-2-6 magnet schools had already participated in themed professional development, they entered PY3 with the instructional skills, strategies, and knowledge needed to continue implementing magnet practices despite major funding disruptions.

During the first two years of the grant, schools also established magnet leadership teams and common planning structures that largely remained in place throughout PY3. These systems allowed teachers to continue collaborating on magnet initiatives even when some programs and activities had to be scaled back. Although delayed access to carryover funds slowed several planned initiatives, the Central Magnet Team worked to support schools by offering virtual professional development opportunities open to all staff. Once carryover funding became available, the team also provided in-person Project-Based Learning training during spring break in partnership with PBLWorks, along with a new professional learning series, *AI in the K–12 Classroom*, developed with the Center for Technology and School Change (CTSC).

Perhaps the greatest success of PY3 was the way the NYC Magnet community came together to support one another during a period of uncertainty. With funding unavailable for many outside consultants and advanced training opportunities, the Central Magnet Team shifted its focus toward the expertise that already existed within NYC Magnet schools. Teachers and staff from current and former MSAP schools collaborated to create and lead a new professional development series called "Deirdre and Friends," named after the Magnet Technology & Curriculum Specialist who facilitates many of the citywide learning sessions. These professional learning and collaboration sessions were designed to continue to

strengthen the magnet community's reliance upon on each other since external supports could no longer be depended upon.

The series was highly successful. Participation was strong, and educators consistently shared how valuable it was to learn directly from fellow NYC teachers working in similar school communities. The sessions highlighted innovative classroom practices across the network, strengthened collaboration between schools, and reinforced a sense of shared professional community among magnet educators. Most importantly, classroom observations and site visits throughout PY3 demonstrated that, despite significant funding challenges, schools continued to strengthen and sustain meaningful magnet practices.

**Recruitment**

It is critical to acknowledge that the implementation of PY3 marketing and recruitment plans was significantly impacted by delays in access to carryover funds and the discontinuation of MSAP grant funding at the start of the new project year. These disruptions created substantial barriers that hindered the schools' ability to fully execute recruitment initiatives as originally planned. Resources intended to support outreach, marketing, and community engagement were limited, requiring schools to adjust expectations, scale back activities, and prioritize only the most essential efforts. As a result, while schools remained committed to meeting project measures and recruitment goals, achieving those outcomes became considerably more challenging.

It is also important to recognize that magnet schools function most effectively as unified, whole-school programs in which all pillars of implementation are interconnected and mutually reinforcing. When implementation slows in one area, the impact is often felt across the entire program. For example, although the partnership with BMCC - discussed in the narrative above - can be viewed through a lens of curriculum and student achievement, it was also a key recruitment and marketing asset. While all the D4-2-6 magnet schools offer access to credit-bearing college level courses, Esperanza M372 and JKO M529 were in the process of cultivating new higher-education partnerships tied to their magnet themes. The cohort anticipated that the BMCC agreement – set to launch this year - would help expand dual-enrollment opportunities while generating broader interest among prospective families seeking school choice programs that offer strong college and career pathways. The delay and suspension of this partnership therefore affected not only programmatic growth, but also the schools' ability to market a distinctive and compelling magnet experience.

At City College Academy of the Arts M293, despite many challenges, the magnet team - together with the school's arts, podcasting, and broadcasting teachers - developed an innovative and engaging strategy to connect with current and prospective families. Drawing inspiration from the television series Abbott Elementary, the school launched a series of short comedic marketing videos written, filmed, and produced entirely in-house by students and staff. Teachers and students served as writers, actors, directors, and production crew members, allowing the project to authentically showcase both student talent and the school's arts and multimedia focus. By creatively leveraging the recognizable style and humor of *Abbott Elementary*, the school was able to promote its magnet theme in a way that was both accessible and engaging. Although the team successfully produced two videos, limited funding prevented them from expanding and promoting the series as fully as originally envisioned. In addition to these creative efforts, the school continued building visibility through partnerships with magnet elementary schools, including

PR/Award #S165A230011

P.S. 64, P.S. 182, and P.S. 189, current and former magnet elementary schools with similar themes that can serve as possible feeders for students interested in continuing their magnet education in grades 6-12. The school also continued open house opportunities that provided families with direct insight into the unique learning experiences and creative opportunities available within the building, although they could not implement as many as originally planned.

At Esperanza M372, funding disruptions affected both the pacing and scope of outreach, recruitment, and program visibility efforts that are essential to increasing enrollment and promoting diversity. While the school was able to maintain portions of its Magnet Action Plan through adjusted internal efforts, implementation lacked the depth, consistency, and momentum originally intended. Nevertheless, the school sustained several important recruitment strategies, albeit in a more limited form. These efforts included hosting open houses; conducting outreach to local NYCPS Family Welcome Centers and enrollment directors; and utilizing the school website and social media platforms to consistently communicate with families and showcase student work, classroom activities, and school events. These ongoing efforts helped maintain visibility for the program and continued to expand awareness among prospective families both within and beyond the district.

At JKO M529, the school continued active recruitment efforts throughout the year by participating in middle school fairs, conducting outreach presentations, and building stronger relationships with schools located in districts connected by nearby train lines in an effort to expand awareness of JKO as a school choice option for families across the city. Recruitment events highlighted the school's business-themed magnet pathways, Project-Based Learning opportunities, dual-enrollment coursework, and career-focused learning experiences. Although funding disruptions limited the school's ability to purchase marketing materials and fully expand recruitment events as planned, the school remained committed to maintaining visibility and promoting the unique opportunities available through its magnet program.

**Student Achievement**

All Manhattan inter-district magnet schools currently provide students with access to college-level coursework, career-connected learning experiences, and opportunities to earn college credit. Across the cohort, students can enroll in Regents, AP, and CTE courses, while also receiving a range of academic and social-emotional supports designed to help struggling learners and students with special needs persist and succeed in these rigorous programs. While these college and career-connected pathways are firmly established, barriers to participation still exist for some students. One of the central goals of this grant has been to leverage MSAP funding to strengthen partnerships with institutions of higher education to expand these opportunities and make them accessible to a broader population of students. Developing impactful dual-enrollment programs that effectively serve an urban student population requires overcoming significant challenges, including financial constraints, instructor certification training, scheduling conflicts, transportation barriers, credit-transfer inconsistencies, and the differing structures and priorities of secondary and postsecondary institutions. After nearly two years of planning, Esperanza M372 and JKO M529 successfully secured partnership agreements with BMCC to advance these efforts. However, as discussed earlier in the narrative, this initiative was negatively impacted by the sudden loss of funding. The schools have continued to sustain college- and career-readiness opportunities that were already established in their buildings prior to this year and they hope at some point the BMCC collaboration can be salvaged, despite current financial setbacks.

PR/Award #S165A230011

In addition to expanding college and career pathways, all three schools have spent the past two years designing and implementing at least two project-based learning units per student, per grade level. Teachers have responded enthusiastically to these units, and most are expected to continue through the end of PY3. Unfortunately, funding disruptions have required some PBL initiatives to be scaled back, and several new units, originally scheduled for launch this year, may need to be postponed.

The schools have continued to offer magnet-themed electives, enrichment opportunities, and student clubs this year, demonstrating a strong commitment to sustaining high-quality programming despite fiscal challenges. However, some activities - particularly those involving trips, residencies, and specialized external partnerships - have been reduced or canceled due to budget constraints. Moreover, the development of magnet-themed specialty spaces, including broadcasting studios and financial technology labs, has been suspended. Projects of this scale require sustained, long-term investment in specialized equipment, adaptable infrastructure, and ongoing operational support to ensure successful implementation and long-term sustainability, conditions that were not possible under the Year 3 funding noncontinuation.

**Family Engagement**

When magnet funding was suddenly and unexpectedly discontinued at the start of PY3, soon after the school year had begun, the D4-2-6 magnet schools were faced with confusion and uncertainty regarding how to proceed and how this disruption would affect family engagement opportunities, and long-term parent outreach planning for the current year. Because information about funding and program continuity was still evolving, the schools' ability to provide families with timely, definitive updates was constrained. This created considerable challenges in determining how best to communicate with families during this period of ongoing uncertainty. School leaders prioritized accuracy, transparency, and reliability in their communications, even when doing so required delaying updates until information could be confirmed. As a result, many planned parent activities, engagement opportunities, and long-term initiatives had to be paused, scaled back, or reconsidered with little notice, often before schools were able to provide families with clear guidance regarding next steps or future plans. Despite these financial and operational obstacles, all D4-2-6 magnet schools demonstrated resilience, flexibility, and a heightened commitment to family partnership, and did their best to provide meaningful opportunities for communication, engagement, and participation in school life throughout the year. Here are some specific examples of family engagement efforts at the individual schools:

At City College Academy of the Arts M293, staff focused on strengthening relationships between families, school personnel, and community stakeholders by creating welcoming opportunities for engagement. One example was an in-person "Sip and Paint" workshop, which brought families together in a relaxed setting to connect with one another and with school staff while reinforcing the school's arts-focused magnet theme. Building on the success of these efforts, the school expanded its outreach through a combination of in-person and virtual workshops designed to address family needs. These included a SyncGrades workshop that supported families in navigating the school's online communication and grading platform. The school is also working to increase support for families participating in the Early College Initiative at City College by integrating parents into Microsoft Teams channels to facilitate real-time updates, video conferencing, and communication with guidance and college counselors. Although some workshops and family events were reduced in scale because of funding limitations, the school

continued to prioritize family support and access through ongoing outreach and collaboration with the Parent Coordinator.

At Esperanza Prep M372, funding limitations required staff to shift from expansion efforts toward strengthening and refining existing family engagement practices. The school has continued to use its website and social media platforms to highlight its magnet theme and showcase student leadership both inside and outside the classroom. Staff members have also worked to ensure that parent conferences are conducted intentionally and thoughtfully to strengthen relationships and encourage greater family involvement. In addition, student government members have spearheaded a student-led initiative to create a promotional video highlighting the school's leadership and exploration theme for both current and prospective families. Despite funding setbacks, the school has planned end-of-year commencement and recognition ceremonies that celebrate student achievement and reinforce the school's magnet identity.

At **JKO M529**, families were invited throughout the year to learn more about the school's programs, pathways, and student projects through a variety of outreach and engagement efforts. Although funding limitations reduced opportunities for several planned workshops, family-centered events, and expanded programming, the school continued to provide parent workshops, monthly newsletters, School Leadership Team meetings, social media communications, and magnet family nights. One particularly successful family engagement initiative this year was "Then and Now," a collaborative potluck celebration developed in partnership with Smash Arts Productions. As part of this interdisciplinary project, students interviewed family and community members from older generations to explore how their experiences compared with and differed from those of students today. The project culminated in digital storybooks, theatrical presentations, and a gallery of family portrait paintings that celebrated family histories, community connections, and intergenerational learning.

**Professional Development**

The Central Magnet Team traditionally provides a broad range of magnet-themed professional development opportunities for teachers and school leaders throughout the year. However, funding issues substantially limited the team's ability to support large-scale professional learning in PY3. In response to these challenges, the Central Magnet Team adapted its approach by relying heavily on the expertise of current magnet specialists, site coordinators, teachers, and formerly funded magnet administrators to facilitate professional development sessions since partnerships were truncated, modified, and/or dissolved due to the revocation of funding.

Once carryover funding was released in the fall, the Central Team revised professional development plans, reassessed budgets, and coordinated targeted learning opportunities with high-impact partners, including Adobe, CKing Education, PBLWorks, and the Center for Technology and School Change (CTSC), and Grandview Stack. Although these efforts could not begin until the carryover funds were reinstated, the Central Magnet Team was still able to provide focused professional learning opportunities designed to deepen thematic curriculum development, foster the sharing of best practices, and elevate teacher-led professional learning across the network.

At City College Magnet School of the Arts M293, the staff continued to participate in weekly co-planning periods that allowed teachers to collaborate across content areas, integrate magnet-aligned instructional

practices, and share effective strategies for interdisciplinary instruction. Building on this collaborative structure, school leadership further strengthened its emphasis on innovative, teacher-led professional development in which educators shared best practices related to magnet curriculum design and implementation. Teachers from the school also facilitated professional development sessions for the broader NYC Magnet Schools community, highlighting CCMA's successful approaches to themed instruction and project-based learning. The school continued to strengthen its use of digital media instruction through a variety of technology-focused sessions centered on Adobe Creative Suite and other audio-video editing tools. The school's podcasting program, which has emerged as a model for multimedia integration and implementation, has drawn interest from other NYC magnet schools, and their teachers have shared best practices during citywide magnet professional development sessions.

At Esperanza Prep M372, funding limitations in PY3 prevented the school from continuing its planned professional development partnerships with the National Paideia Center and the Center for Technology and School Change. These partnerships had been instrumental in supporting magnet-themed instructional development in prior years and were expected to expand during PY3 through work with additional teacher teams and by deepening support for those already participating. Despite these setbacks, school leadership continued to prioritize instructional improvement through ongoing Teaching Matters math and science coaching, as well as ENL-focused professional development for targeted departments. However, while these non-magnet-funded supports have strengthened instructional practices and contributed positively to student learning outcomes, they do not specifically focus on magnet-themed curriculum and instruction. Nevertheless, teacher observations and feedback cycles have remained aligned to magnet priorities established during previous coaching initiatives to maintain curricular coherence and support continuous instructional growth. The school also continued implementation training for Houghton Mifflin Harcourt (HMH) Collections reading curriculum with dedicated planning time provided at both the district and school levels. These efforts are supporting the implementation of at least one additional interdisciplinary unit during the current school year. However, without the restoration of full grant funding, the planned development and rollout of additional magnet-themed interdisciplinary units in future years may not be fully realized.

At JKO M529, school leadership was unable to sustain the common planning time that had been successfully initiated during Project Year 2, but they have provided common planning sessions to targeted teacher teams, on a less frequent basis. The school was also unable to continue its direct partnerships with PBLWorks and CTSC, both of which had previously supported teachers in the design and implementation of high-quality project-based learning units. In place of these magnet-funded opportunities, the school provided professional development supported through non-magnet funding sources, focusing primarily on data analysis, actionable feedback, classroom intervisitations, and implementation of the Danielson Framework for Teaching. While these professional learning opportunities continue to support overall instructional improvement and contribute to the implementation of magnet-themed instruction, the absence of specialized magnet-focused training has significantly limited the school's ability to fully expand and deepen the innovative programming originally envisioned in the grant proposal. Without additional resources to support teacher per-session work, artist and industry residencies, and partnerships with providers specializing in the school's magnet theme, the long-term growth and scalability of the program remain at risk.

**Providing Choice through Socioeconomic Diversity**

The Manhattan Inter-district Consortium is aligned with the Chancellor's vision for a revamped student experience that emphasizes career-connected learning. The aim is to help students achieve long-term economic security.  Each magnet school is in the process of creating innovative, theme-based programs that provide college access, rigorous instruction, and enrichment activities to all students. The three magnet high schools plan to provide families choice options through unique thematic programs that offer early college access and career pathways. A strategic approach to outreach and recruitment is designed to message the academic and economic opportunities offered by attending a magnet school. By creating a magnet pipeline for K-12 education, magnet elementary and middle school families, as well as any other family, can now choose a magnet middle school and/or high school that offers compelling, rigorous, and innovative theme-based programs and partnerships. These programs provide access to college-level courses, career experiences, and college credit accumulation, resulting in up to an Associate's degree or two years of college credits at no cost to students or families. The D4, 2, 6 schools have choice-based enrollment pathways for cross-district, borough, and citywide student entry. The secondary school pathways will build upon current and sustained early grade magnet schools in the district, borough, and city, thereby creating a K-12 magnet pipeline. The 4, 2, 6 magnet schools are strategically situated throughout Manhattan, making them easily accessible through different modes of transportation. These schools have started to focus on strategically recruiting students from neighboring boroughs, by emphasizing a 6-12 experience, college and career readiness, early college credit, and paid internships. For instance, students from lower Manhattan, Brooklyn, and Staten Island would have about an hour or less of travel to reach these schools.

**Lessons Learned**

Overall, the schools have learned that building a sustainable magnet program that provides choices to all families in the community, takes time, commitment, and support from all stakeholders and key partners. It requires a clear vision and strong systems and structures for communication, collaboration, shared leadership, and responsibility. Long-term initiatives, partnerships, staffing, and program development require continuity in order to be planned and implemented effectively. Sudden funding discontinuances not only disrupt operations, but also force schools to shift focus from strategic growth and innovation to short-term problem-solving and crisis management.

**Sustainability**

From the outset, the Central Magnet Team has emphasized sustainability as an essential priority for the 4-2-6 magnet schools as they develop and implement their programs. School leadership teams are encouraged to approach this work thoughtfully and incrementally, reimagining the use of time and space, setting strategic goals, identifying needs-based actions, and making intentional investments aligned with each school's unique theme, vision, and values. Rather than relying heavily on external support, schools are guided to build internal capacity and strengthen partnerships that can endure over time. To this end, the 4-2-6 Project Director has prioritized capacity-building through high-quality professional development and the cultivation of strategic, long-term partnerships.

While this slow and steady approach is optimal for cultivating a sustainable program that can endure over time, it depends on complex longitudinal planning that relies on a steady and predictable funding stream

that allows for consistent, and incremental growth over time. That is precisely why MSAP funding was extended from three-year to five-year funding cycles when the program transitioned from NCLB to ESSA funding.  The sustainability of the program, which is the ultimate goal and planned for from the inception of the grant, is greatly compromised when the funding used to develop, incubate, and grow the program is suddenly discontinued with more than three years of the grant period remaining.

PR/Award #S165A230011

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

**1  Project Objective**
To reduce MGI among Hispanic students in the proposed magnet schools.

1.a **Performance Measure**

| G1.1: M372 (D4) will reduce the minority group isloation (MGI) of Hispanic students. The proportion of Hispanic students attending the school will be no more than 80.8% by October 1, 2024 (PY1); 79.3% by October 1, 2025 (PY2); 77.2% by October 1, 2026 (PY3); 74.5% by October 1, 2027 (PY4); and 71.5% by October 1, 2028 (PY5) with a baseline of 81.5% as reported on October 1, 2022. | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | / | 77.20 | | / | |

**Explanation of Progress**

a)    **Status of progress**

☐ Met          ☐ Not Met          ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000245

Page 13

**b)  Description of progress (include challenges faced, if any)**

Student enrollment data to assess this measure will be collected by October 1, 2026 and reported in the final report.

**c)   If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

**1  Project Objective**
To reduce MGI among Hispanic students in the proposed magnet schools.

**1.b Performance Measure**

| G1.2: M529 (D2) will reduce the minority group isloation (MGI) of Hispanic students. The proportion of Hispanic students attending the school will be no more than 65.1% by October 1, 2024 (PY1); 63.4% by October 1, 2025 (PY2); 61.1% by October 1, 2026 (PY3); 58.5% by October 1, 2027 (PY4); and 56.0% by October 1, 2028 (PY5) with a baseline of 66.1% as reported on October 1, 2022. | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | / | 61.10 | | / | |

**Explanation of Progress**

**a)    Status of progress**

☐ Met          ☐ Not Met        ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000247

Page 15

**b)  Description of progress (include challenges faced, if any)**

Student enrollment data to assess this measure will be collected by October 1, 2026 and reported in the final report.

**c)  If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000248

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

1   **Project Objective**
To reduce MGI among Hispanic students in the proposed magnet schools.

1.c **Performance Measure**

| G1.3: M293 (D6) will reduce the minority group isloation (MGI) of Hispanic students. The proportion of Hispanic students attending the school will be no more than 94.2% by October 1, 2024 (PY1); 92.7% by October 1, 2025 (PY2); 90.8% by October 1, 2026 (PY3); 87.9% by October 1, 2027 (PY4); and 84.8% by October 1, 2028 (PY5) with a baseline of 94.8% as reported on October 1, 2022. | Target | | | Actual Performance Data | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | / | 90.80 | | / | |

**Explanation of Progress**

**a)      Status of progress**

☐ Met          ☐ Not Met          ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000249

PR/Award #S165A230011

**b)  Description of progress (include challenges faced, if any)**

Student enrollment data to assess this measure will be collected by October 1, 2026 and reported in the final report.

**c)  If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000250

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

**2  Project Objective**
To reduce MGI among Hispanic students in the proposed magnet schools.

| 2.a **Performance Measure** | | | | | | |
|---|---|---|---|---|---|---|
| PO1.1: By September 30 of each of Years 2-5 of the grant, the number of magnet applicants received M372 will increase by 5% or more over the previous year (with Year 1 data serving as baseline). | **Target** | | | **Actual Performance Data** | | |
| | **Raw Number** | **Ratio** | **%** | **Raw Number** | **Ratio** | **%** |
| | 637.00 | / | | 376.00 | / | |

**Explanation of Progress**

**a)      Status of progress**

☐ Met            ☐ Not Met      ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000251

**b) Description of progress (include challenges faced, if any)**

As of April 2026, M372 received a total of 376 magnet applications, which does not yet meet the target of increasing the number of magnet applications by 5% over the previous year. Applications will be collected through September 30, 2026 and an update will be provided in the final report.

**c) If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000252

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

| 2  Project Objective |
|---|
| To reduce MGI among Hispanic students in the proposed magnet schools. |

| 2.b **Performance Measure** | | | | | | |
|---|---|---|---|---|---|---|
| PO1.2: By September 30 of each of Years 2-5 of the grant, the number of magnet applicants received M529 will increase by 5% or more over the previous year (with Year 1 data serving as baseline). | **Target** | | | **Actual Performance Data** | | |
| | **Raw Number** | **Ratio** | **%** | **Raw Number** | **Ratio** | **%** |
| | 341.00 | / | | 570.00 | / | |

**Explanation of Progress**

a)      **Status of progress**

[✔] **Met**             [ ] **Not Met**       [ ] **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000253

**b)  Description of progress (include challenges faced, if any)**

As of April 2026, M529 received a total of 570 magnet applications, which exceeded the target of increasing the number of magnet applications by 5% over the previous year.

**c)   If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000254

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

2  **Project Objective**
To reduce MGI among Hispanic students in the proposed magnet schools.

2.c  **Performance Measure**

| PO1.3: By September 30 of each of Years 2-5 of the grant, the number of magnet applicants received M293 will increase by 5% or more over the previous year (with Year 1 data serving as baseline). | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | 1518.00 | / | | 1066.00 | / | |

**Explanation of Progress**

a)    **Status of progress**

☐ Met          ☐ Not Met          ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000255

Page 23

PR/Award #S165A230011

**b)  Description of progress (include challenges faced, if any)**

As of April 2026, M293 received a total of 1,066 magnet applications, which does not yet meet the target of increasing the number of magnet applications by 5% over the previous year. Applications will be collected through September 30, 2026 and an update will be provided in the final report.

**c)  If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000256

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

3  **Project Objective**
To ensure that all students attending the magnet schools meet challenging academic standards and are on track to be college- and career-ready.

3.a **Performance Measure**

| PO2.1: By September 30 of each year of the grant, M372 will increase the proportion of students (in grade 6-8) achieving proficiency in the core academic subject of ELA, as measured by the following percentage point increases in the proportion of students who score in Performance Levels 3 and 4 on the New York State (NYS) assessments in ELA compared with the baseline of 30% (2022–23): 2 percentage points in Year 1, 3 points in Year 2, 4 points in Year 3, 5 points in Year 4, and 6 points in Year 5. | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | / | 36.00 | | / | |

**Explanation of Progress**

a)        **Status of progress**

☐ Met          ☐ Not Met          ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000257

**b)   Description of progress (include challenges faced, if any)**

State assessment data to address this performance measure will be collected by September 30, 2026, and submitted in the final report.

**c)   If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000258

PR/Award #S165A230011

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

3  **Project Objective**
To ensure that all students attending the magnet schools meet challenging academic standards and are on track to be college- and career-ready.

3.b **Performance Measure**

| PO2.3: By September 30 of each year of the grant, M293 will increase the proportion of students (in grade 6-8) achieving proficiency in the core academic subject of ELA, as measured by the following percentage point increases in the proportion of students who score in Performance Levels 3 and 4 on the New York State (NYS) assessments in ELA compared with the baseline of 40% (2022–23): 2 percentage points in Year 1, 3 points in Year 2, 4 points in Year 3, 5 points in Year 4, and 6 points in Year 5. | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | / | 50.20 | | / | |

**Explanation of Progress**

a)      **Status of progress**

☐ Met          ☐ Not Met          ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000259

Page 27

**b)  Description of progress (include challenges faced, if any)**

State assessment data to address this performance measure will be collected by September 30, 2026, and submitted in the final report.

**c)  If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000260

PR/Award #S165A230011

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

**4  Project Objective**

To ensure that all students attending the magnet schools meet challenging academic standards and are on track to be college- and career-ready.

| 4.a **Performance Measure** | | | | | | |
|---|---|---|---|---|---|---|
| | Target | | | Actual Performance Data | | |
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| PO3.1: By September 30 of each year of the grant, M372 will increase the proportion of students (in grade 6-8) achieving proficiency in the core academic subject of Math, as measured by the following percentage point increases in the proportion of students who score in Performance Levels 3 and 4 on the New York State (NYS) assessments in ELA compared with the baseline of 8% (2022–23): 2 percentage points in Year 1, 3 points in Year 2, 4 points in Year 3, 5 points in Year 4, and 6 points in Year 5. | | / | 26.60 | | / | |

**Explanation of Progress**

a)  **Status of progress**

[ ] Met          [ ] Not Met          [✔] **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000261

**b) Description of progress (include challenges faced, if any)**

State assessment data to address this performance measure will be collected by September 30, 2026, and submitted in the final report.

**c) If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000262

PR/Award #S165A230011

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

4  **Project Objective**
To ensure that all students attending the magnet schools meet challenging academic standards and are on track to be college- and career-ready.

4.b **Performance Measure**

| PO3.3: By September 30 of each year of the grant, M293 will increase the proportion of students (in grade 6-8) achieving proficiency in the core academic subject of Math, as measured by the following percentage point increases in the proportion of students who score in Performance Levels 3 and 4 on the New York State (NYS) assessments in ELA compared with the baseline of 13% (2022–23): 2 percentage points in Year 1, 3 points in Year 2, 4 points in Year 3, 5 points in Year 4, and 6 points in Year 5. | Target | | | Actual Performance Data | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | / | 34.30 | | / | |

**Explanation of Progress**

a)      **Status of progress**

☐ Met          ☐ Not Met          ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000263

Page 31

**b) Description of progress (include challenges faced, if any)**

State assessment data to address this performance measure will be collected by September 30, 2026, and submitted in the final report.

**c) If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000264

PR/Award #S165A230011

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

| 5  **Project Objective** |
|---|
| To ensure that all students attending the magnet schools meet challenging academic standards and are on track to be college- and career-ready. |

5.a **Performance Measure**

| PO4.1: Each year of the grant M372 will increase the proportion of students who take high school level course in middle school as measured by an increase in the number of students who are enrolled in at least one accelerated high school level course compared with the baseline of 34% (2022–23): by 2 percentage points in Year 1, 3 points in Year 2, 4 points in Year 3, 5 points in Year 4, and 6 points in Year 5. | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | / | 38.00 | | / | |

**Explanation of Progress**

a)      **Status of progress**

[ ] Met              [ ] Not Met        [✔] **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000265

**Page 33**

**b)  Description of progress (include challenges faced, if any)**

Data to assess this performance measure will be collected by September 30, 2026 and reported in the final report.

**c)  If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000266

PR/Award #S165A230011

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

| 5 **Project Objective** |
| To ensure that all students attending the magnet schools meet challenging academic standards and are on track to be college- and career-ready. |

5.b **Performance Measure**

| PO4.3: Each year of the grant M293 will increase the proportion of students who take high school level course in middle school as measured by an increase in the number of students who are enrolled in at least one accelerated high school level course compared with the baseline of 29% (2022–23): by 2 percentage points in Year 1, 3 points in Year 2, 4 points in Year 3, 5 points in Year 4, and 6 points in Year 5. | Target | | | Actual Performance Data | | |
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | / | 33.00 | | / | |

**Explanation of Progress**

a)      **Status of progress**

☐ Met        ☐ Not Met        ✔ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000267

**b) Description of progress (include challenges faced, if any)**

Data to assess this performance measure will be collected by September 30, 2026 and reported in the final report.

**c) If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000268

PR/Award #S165A230011

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

6 **Project Objective**
To ensure that all students attending the magnet schools meet challenging academic standards and are on track to be college- and career-ready.

6.a **Performance Measure**

| PO5.1: By September 30 of each year of the grant, M372 will increase the proportion of high school students who are on track for graduation based on the number of credits accumulated by year compared with the baseline of 67% (2022–23): by 2 percentage points in Year 1, 3 points in Year 2, 4 points in Year 3, 5 points in Year 4, and 6 points in Year 5. | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | / | 71.00 | | / | |

**Explanation of Progress**

a)      **Status of progress**

☐ Met          ☐ Not Met          ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000269

Page 37

PR/Award #S165A230011

**b)  Description of progress (include challenges faced, if any)**

Data to assess this performance measure will be collected by September 30, 2026 and reported in the final report.

**c)  If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000270

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

6  **Project Objective**
To ensure that all students attending the magnet schools meet challenging academic standards and are on track to be college- and career-ready.

6.b **Performance Measure**

| PO5.2: By September 30 of each year of the grant, M529 will increase the proportion of high school students who are on track for graduation based on the number of credits accumulated by year compared with the baseline of 73% (2022–23): by 2 percentage points in Year 1, 3 points in Year 2, 4 points in Year 3, 5 points in Year 4, and 6 points in Year 5. | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | / | 73.00 | | / | |

**Explanation of Progress**

a)      **Status of progress**

[ ] Met          [ ] Not Met          [✔] **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000271

**b)  Description of progress (include challenges faced, if any)**

Data to assess this performance measure will be collected by September 30, 2026 and reported in the final report.

**c)  If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

6  **Project Objective**
To ensure that all students attending the magnet schools meet challenging academic standards and are on track to be college- and career-ready.

6.c **Performance Measure**

| PO5.3: By September 30 of each year of the grant, M293 will increase the proportion of high school students who are on track for graduation based on the number of credits accumulated by year compared with the baseline of 69% (2022–23): by 2 percentage points in Year 1, 3 points in Year 2, 4 points in Year 3, 5 points in Year 4, and 6 points in Year 5. | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | / | 77.00 | | / | |

**Explanation of Progress**

a)  **Status of progress**

☐ Met          ☐ Not Met          ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000273

PR/Award #S165A230011

**b)   Description of progress (include challenges faced, if any)**

Data to assess this performance measure will be collected by September 30, 2026 and reported in the final report.

**c)   If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000274

Data Collection Tables - Grant Project

Part I. Student Recruitment and Selection

Student Recruitment

Providing Student and Family Choice through Thematic Program Offerings

The Manhattan Inter-district Consortium's recruitment strategy is designed to engage families from diverse socioeconomic communities across New York City and expand access to high-quality magnet school choice options. Through strategic outreach, cross-district recruitment, and community-based engagement, the Consortium promotes the academic, college, and career opportunities available through its magnet schools to families throughout Manhattan and neighboring boroughs.

The Manhattan Inter-district Consortium is aligned with the NYC Public Schools' vision for a reimagined student experience that emphasizes career-connected learning. The goal is to help students achieve long-term economic security. Each magnet school is in the process of creating innovative, theme-based programs that provide college access, rigorous instruction, and enrichment activities to all students. The three magnet high schools plan to provide families choice options through unique thematic programs that offer early college access and career pathways. A strategic approach to outreach and recruitment is designed to message the academic and economic opportunities offered by attending a magnet school. By creating a magnet pipeline for K-12 education, prospective students can now choose a magnet middle school and/or high school that offers compelling, rigorous, and innovative theme-based programs and partnerships.

These programs provide access to college-level courses, career experiences, and college credit accumulation, resulting in up to an Associate's degree or two years of college credits at no cost to students or families. The 4, 2, 6 schools have choice-based enrollment pathways for cross-district, borough, and citywide student entry. The secondary school pathways will build upon current and sustained early grade magnet schools in the district, borough, and city, thereby creating a K-12 magnet pipeline. The 4, 2, 6 magnet schools are strategically situated throughout Manhattan, making them easily accessible through different modes of transportation. These schools have started to focus on strategically recruiting students from neighboring boroughs, by emphasizing a 6-12 experience, college and career readiness, early college credit, and paid internships. For instance, students from areas like lower Manhattan, Brooklyn, and Staten Island would have about an hour or less of travel to reach these schools.

By the start of PY3, the D4-2-6 cohort had made great strides in advancing their program. After almost two years of planning, M529 and M372 had finally secured a Dual-enrollment agreement with the Borough of Manhattan Community College. The partnership would have provided students with access to college-level CTE coursework, dual-enrollment, and career-connected learning opportunities, creating a pathway for students to earn up to two years of college credit - or potentially an Associate's degree - at no cost to them or their families. Unfortunately, the abrupt loss of funding at the start the school year led to an indefinite suspension of this agreement.  Recruitment was challenging due to the disruption of magnet funds during fall enrollment application period because some partnerships,  student enrichment opportunities, and course offerings had to be cancelled or truncated.

School-specific Activities

The Magnet Project Director worked with all magnet-funded staff at the District and individual school

locations to implement a multifaceted approach to outreach and recruitment that included the strategic use of district- and school-level resources to share information about magnet programs with a diverse group of families and community members. This occurred through print materials, web-based and virtual promotion, in-person events, and effective word-of-mouth marketing. Data analytics from social media platforms were closely monitored and used to guide new approaches, as needed. Examples of school-specific activities are as follows:

02M293 City College Magnet School of the Arts
• Engaged with local community-based organizations.
• Participated in High School Fairs
• Leveraged social media to share information about the magnet program.
• Showcased the school's arts theme and Early College partnership with City College on website and promotional materials.
• Created podcasting and broadcasting partnerships with former magnet elementary schools to increase the visibility of their programs with prospective students who want to continue a magnet education.
• Produced a series of humorous promotional videos based on the Abbott Elementary television show.
• Offered Open House experiences and tours to provide prospective families with direct insight into the unique opportunities available at the school.
• Maintained and updated school website with admissions information, social media links, and resources for prospective families
• Utilized the school's new podcasting and broadcasting classes to produce promotional content for the school's website and social media platforms.
• Created a visual representation of their school's Graduate Profile and used it as a promotional tool to help prospective families better understand the school's magnet identity.

04M372 Esperanza Preparatory Magnet School for Early College, Exploration, and Leadership
• Revitalized the school's social media presence with more frequent updates that highlight classroom learning, student projects, and school-wide events.
• Conducted Open Houses and school tours.
• Reached out to Family Welcome Centers and enrollment directors to share Magnet goals and seek their support.
• Conducted presentations to elementary schools, potential 6th graders, to increase enrollment numbers.
• Enhanced the school's website with images of student activities and school life as a communication tool to highlight and showcase the magnet theme inside and outside the classroom.
• Shared school information with a broader audience by opening magnet family engagement activities to prospective families, both within and beyond the district.

02M529 Jacqueline Kennedy Onassis STEAM Magnet School of Business Careers
• Conducted outreach presentations.
• Promoted the school's business themed pathways.
• Participated in multiple high school fairs outside of the immediate school district to broaden awareness of the magnet program and attract a more diverse applicant pool.
• Visited middle schools outside the district, strategically located near subway lines that can be easily accessed from their building.

• Opened student showcases to prospective families.

• Offered new career-focused experiences during recruitment events.

• Hosted Open Houses and school tours.

• Maintained and updated school website with magnet program details, admissions information, partner organizations, and resources for prospective families.

*There have been no changes in PY3 in the way enrollment lotteries were conducted.

USDOE-Contiunation_000277

**CSD 4-2-6 Manhattan Inter-district Consortium MSAP PY3 APR Recruitment**
**PR/Award # PRS165A230011**

**Providing Student and Family Choice through Thematic Program Offerings**
The Manhattan Inter-district Consortium's recruitment strategy is designed to engage families from diverse socioeconomic communities across New York City and expand access to high-quality magnet school choice options. Through strategic outreach, cross-district recruitment, and community-based engagement, the Consortium promotes the academic, college, and career opportunities available through its magnet schools to families throughout Manhattan and neighboring boroughs.

The Manhattan Inter-district Consortium is aligned with the NYC Public Schools' vision for a reimagined student experience that emphasizes career-connected learning. The goal is to help students achieve long-term economic security. Each magnet school is in the process of creating innovative, theme-based programs that provide college access, rigorous instruction, and enrichment activities to all students. The three magnet high schools plan to provide families choice options through unique thematic programs that offer early college access and career pathways. A strategic approach to outreach and recruitment is designed to message the academic and economic opportunities offered by attending a magnet school. By creating a magnet pipeline for K-12 education, prospective students can now choose a magnet middle school and/or high school that offers compelling, rigorous, and innovative theme-based programs and partnerships.

These programs provide access to college-level courses, career experiences, and college credit accumulation, resulting in up to an Associate's degree or two years of college credits at no cost to students or families. The 4, 2, 6 schools have choice-based enrollment pathways for cross-district, borough, and citywide student entry. The secondary school pathways will build upon current and sustained early grade magnet schools in the district, borough, and city, thereby creating a K-12 magnet pipeline. The 4, 2, 6 magnet schools are strategically situated throughout Manhattan, making them easily accessible through different modes of transportation. These schools have started to focus on strategically recruiting students from neighboring boroughs, by emphasizing a 6-12 experience, college and career readiness, early college credit, and paid internships. For instance, students from areas like lower Manhattan, Brooklyn, and Staten Island would have about an hour or less of travel to reach these schools.

By the start of PY3, the D4-2-6 cohort had made great strides in advancing their program. After almost two years of planning, M529 and M372 had finally secured a Dual-enrollment agreement with the Borough of Manhattan Community College. The partnership would have provided students with access to college-level CTE coursework, dual-enrollment, and career-connected learning opportunities, creating a pathway for students to earn up to two years of college credit - or potentially an Associate's degree - at no cost to them or their families. Unfortunately, the abrupt loss of funding at the start the school year led to an indefinite suspension of this agreement. Recruitment was challenging due to the disruption of magnet funds during fall enrollment application period because some partnerships, student enrichment opportunities, and course offerings had to be cancelled or truncated.

**School-specific Activities**
The Magnet Project Director worked with all magnet-funded staff at the District and individual school locations to implement a multifaceted approach to outreach and recruitment that included the strategic use of district- and school-level resources to share information about magnet programs with a diverse group of families and community members. This occurred through print materials, web-

based and virtual promotion, in-person events, and effective word-of-mouth marketing. Data analytics from social media platforms were closely monitored and used to guide new approaches, as needed. Examples of school-specific activities are as follows:

**02M293 City College Magnet School of the Arts**
- Engaged with local community-based organizations.
- Participated in High School Fairs
- Leveraged social media to share information about the magnet program.
- Showcased the school's arts theme and Early College partnership with City College on website and promotional materials.
- Created podcasting and broadcasting partnerships with former magnet elementary schools to increase the visibility of their programs with prospective students who want to continue a magnet education.
- Produced a series of humorous promotional videos based on the Abbott Elementary television show.
- Offered Open House experiences and tours to provide prospective families with direct insight into the unique opportunities available at the school.
- Maintained and updated school website with admissions information, social media links, and resources for prospective families
- Utilized the school's new podcasting and broadcasting classes to produce promotional content for the school's website and social media platforms.
- Created a visual representation of their school's Graduate Profile and used it as a promotional tool to help prospective families better understand the school's magnet identity.

**04M372 Esperanza Preparatory Magnet School for Early College,  Exploration, and Leadership**
- Revitalized the school's social media presence with more frequent updates that highlight classroom learning, student projects, and school-wide events.
- Conducted Open Houses and school tours.
- Reached out to Family Welcome Centers and enrollment directors to share Magnet goals and seek their support.
- Conducted presentations to elementary schools, potential 6th graders, to increase enrollment numbers.
- Enhanced the school's website with images of student activities and school life as a communication tool to highlight and showcase the magnet theme inside and outside the classroom.
- Shared school information with a broader audience by opening magnet family engagement activities to prospective families, both within and beyond the district.

**02M529 Jacqueline Kennedy Onassis STEAM Magnet School of Business Careers**
- Conducted outreach presentations.
- Promoted the school's business themed pathways.
- Participated in multiple high school fairs outside of the immediate school district to broaden awareness of the magnet program and attract a more diverse applicant pool.
- Visited middle schools outside the district, strategically located near subway lines that can be easily accessed from their building.

- Opened student showcases to prospective families.
- Offered new career-focused experiences during recruitment events.
- Hosted Open Houses and school tours.
- Maintained and updated school website with magnet program details, admissions information, partner organizations, and resources for prospective families.

**\*There have been no changes in PY3 in the way enrollment lotteries were conducted**.

OMB # 1855-0025
Exp. 02/28/2025

Student Selection

1.My lottery system is used for (Select one.)
☐ MSAP schools only
☐  A larger subset of local education agency (LEA) schools
☐  Entire LEA
☐ Multiple LEAs

2)  How are the student enrollment applications made available to students and families? (Select all that apply.)
☐  Online
☐  Hard copy
☐ In multiple languages

**Community Partnerships**

| Partner name | Partnership type | Partnership primary focus | Partnership primary service | Partnership secondary focus | Partnership secondary service | Performance measure link |
|---|---|---|---|---|---|---|
| ENL Instructional Co | Education services org | Teacher centered | Teacher centered: Professional development | Student centered | Student centered: In-class i | Professional developm |
| AMERICAN EAGLE | For-profit business | Student centered | Student centered: College/career readiness | Student centered | Student centered: Mentor | Academic achievemen |
| AP for all | Education services org | Student centered | Student centered: College/career readiness | School centered | School centered: Program | General instruction |
| BERKELEY COLLEG | Education services org | Student centered | Student centered: In-class instruction | Student centered | Student centered: College/ | Academic achievemen |
| Brothers Keeper | Nonprofit organization | School centered | School centered: Program sustainability | Student centered | Student centered: Aftersch | Social emotional learni |
| Cking Education | Education services org | Teacher centered | Teacher centered: Professional development | Teacher centered | Teacher centered: Professi | Professional developm |
| Creative Outlet | Education services org | Student centered | Student centered: College/career readiness | Student centered | Student centered: In-class i | Other |
| CUNY Explorers | Education services org | Student centered | Student centered: College/career readiness | Student centered | Student centered: College/ | Other |
| Grandview Stack | For-profit business | Teacher centered | Teacher centered: Professional development | Teacher centered | Teacher centered: Mentorir | Professional developm |
| Left of Center | For-profit business | Community centered | Community centered: Theme-based | Community centered | Community centered: Them | Family/community eng |
| Model UN | Education services org | Student centered | Student centered: College/career readiness | Student centered | Student centered: In-class i | General instruction |
| MORGAN STANLEY | For-profit business | Student centered | Student centered: College/career readiness | Student centered | Student centered: Mentor | Magnet theme integrat |
| Mount-Sinai | Nonprofit organization | Community centered | Community centered: Health services | Student centered | Student centered: Mentor | Other |
| NAF | Nonprofit organization | Student centered | Student centered: In-class instruction | Student centered | Student centered: Field trip | Student engagement |
| Opus | Education services org | Student centered | Student-centered: Internship/externship | School centered | School centered: Program | Other |
| Paideia | For-profit business | Teacher centered | Teacher centered: Professional development | Teacher centered | Teacher centered: Mentorir | Professional developm |
| PBL Works | For-profit business | Teacher centered | Teacher centered: Professional development | Teacher centered | Teacher centered: Mentorir | Professional developm |

**Community Partnerships**

| Partner name | Partnership type | Partnership primary focus | Partnership primary service | Partnership secondary focus | Partnership secondary service | Performance measure link |
|---|---|---|---|---|---|---|
| RAPP / Step Program | Nonprofit organization | Community centered | Community centered: Health services | Community centered | Community centered: Healt | Other |
| ROUNDABOUT THE | Nonprofit organization | Community centered | Community centered: Cultural | Student centered | Student centered: College/c | Student engagement |
| SEO Scholars | Nonprofit organization | Student centered | Student centered: Mentor | Student centered | Student centered: Mentor | Other |
| VEI | Nonprofit organization | Student centered | Student centered: Field trips | Student centered | Student centered: College/c | Magnet theme integrat |
| Wayfinder | Education services org | School centered | School centered: Program sustainability | School centered | School centered: Direct fun | Other |
| YMCA | Nonprofit organization | School centered | School centered: Program sustainability | School centered | School centered: Program s | Academic achievement |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

USDOE-Contiunation_000283

OMB # 1855-0025
Exp. 02/28/2025

## Data Collection Tables – School

*Part I. School Demographic Data*

| School demographic data | |
|---|---|
| 1.    School name | City College Academy of the Arts |
| 2.    Grantee name | NYC Department of Education - Community School District 4 |
| 3.Was this school in a planning year or an implementation year? | ☐ Planning year        ☑ Implementation year |

USDOE-Contiunation_000284

OMB #
1855-0025 Exp.
02/28/2025

PR/Award #S165A230011

*Part II. Minority Group Isolation Data*

4. Indicate the targeted racial/ethnic group the school wants to enroll to reduce minority group isolation. The targeted racial/ethnic group is the group of students the school plans to enroll more of to change the enrollment of the minority/racially isolated group. If the school has more than one targeted racial/ethnic group, select all that apply.

☑American Indian or Alaska Native students
☑Asian students
☑Black or African-American students
❏Hispanic or Latino students
☑Native Hawaiian or Other Pacific Islander students
☑White students

USDOE-Contiunation_000285

Page 53

PR/Award #S165A230011

**OMB #
1855-0025 Exp.
02/28/2025**

*Part III. Achievement Data*

| State assessment participation data | | | | State assessment achievement data | | | |
|---|---|---|---|---|---|---|---|
| **Number of students that participated in the state assessment in reading/language arts, mathematics, and science** | **Reading** | **Math** | **Science** | **Number of students who met or exceeded the state's standards in reading/language arts, mathematics, and science** | **Reading** | **Math** | **Science** |
| 19. All students | | | | 29. All students | | | |
| 20. American Indian or Alaska Native students | | | | 30. American Indian or Alaska Native students | | | |
| 21. Asian students | | | | 31. Asian students | | | |
| 22. Black or African-American students | | | | 32. Black or African-American students | | | |
| 23. Hispanic or Latino students | | | | 33. Hispanic or Latino students | | | |
| 24. Native Hawaiian or Other Pacific Islander students | | | | 34. Native Hawaiian or Other Pacific Islander students | | | |
| 25. White students | | | | 35. White students | | | |
| 26. Two or more races students | | | | 36. Two or more races students | | | |
| 27. Economically disadvantaged students | | | | 37. Economically disadvantaged students | | | |
| 28. English language learners | | | | 38. English language learners | | | |

☐ Check this box if some fields were intentionally left blank

USDOE-Contiunation_000286

OMB # 1855-0025
Exp. 02/28/2025

PR/Award #S165A230011

**Student Selection**

25) Are any students automatically admitted to the MSAP school?

☐  Yes ☐  No

25a. If yes, what criteria are used to automatically admit students?  (Select all that apply.)

☐ Reside in attendance zone

☐ Sibling of enrolled student

☐ Parent/guardian's place of employment/district employee

☐ Other, please specify

☐ None

26) How are students who are not automatically admitted to the MSAP school selected?

☐ First come, first served basis

☐ Random lottery

☐ Weighted lottery

27) If a weighted lottery is used to select students not automatically admitted to the MSAP school, what weights did you use this grant year? (Select all that apply.)

☐ Racial composition of geographic area

☐ Socioeconomic status of a geographic area

☐ Race/ethnicity of individual student

☐ Socioeconomic status of individual student

☐ Sibling of enrolled student

☐ Reside in attendance zone

☐ Reside outside of the attendance zone

☐ Parent/guardian's place of employment

☐ Magnet theme articulation

☐ Other, please specify

☐ Not applicable

28) What entrance requirements does this school have, if any? (Select all that apply.)

USDOE-Contiunation_000287

OMB # 1855-0025    PR/Award #S165A230011
Exp. 02/28/2025

☐ Course grades or grade point average

☐ Test scores

☐ Essays

☐ Prerequisite courses

☐ Identification of student as gifted

☐ Audition/portfolio

☐ Other, please specify

☐ None

29) What is the total number of seats available for students based on the MSAP school's building capacity?

30) How many seats were available in this school's magnet program?

31) How many magnet program seats were available for students who reside outside of the MSAP school's attendance zone?                                                           ☐ Not applicable

32) Percentage of total school capacity seats available to non-zoned students.

33 ) Percentage of magnet program seats available to non-zoned students.

34) This school is currently (select one)

    At capacity

    Oversubscribed

        If oversubscribed, describe the waitlist process for this MSAP school.

    Undersubscribed

        If undersubscribed, how are you addressing undersubscription at this MSAP school.

**OMB # 1855-0025**
**Exp. 02/28/2025**

## Data Collection Tables – School

*Part I. School Demographic Data*

| School demographic data | |
|---|---|
| 1.    School name | Esperanza Preparatory Academy |
| 2.    Grantee name | NYC Department of Education - Community School District 4 |
| 3.Was this school in a planning year or an implementation year? | ☐ Planning year      ☑ Implementation year |

USDOE-Contiunation_000289

OMB #
1855-0025 Exp.
02/28/2025

PR/Award #S165A230011

*Part II. Minority Group Isolation Data*

4.  Indicate the targeted racial/ethnic group the school wants to enroll to reduce minority group isolation. The targeted racial/ethnic group is the group of students the school plans to enroll more of to change the enrollment of the minority/racially isolated group. If the school has more than one targeted racial/ethnic group, select all that apply.

☑American Indian or Alaska Native students
☑Asian students
☑Black or African-American students
❒Hispanic or Latino students
☑Native Hawaiian or Other Pacific Islander students
☑White students

USDOE-Contiunation_000290

**OMB #**
**1855-0025 Exp.**
**02/28/2025**

*Part III. Achievement Data*

| State assessment participation data | | | | State assessment achievement data | | | |
|---|---|---|---|---|---|---|---|
| Number of students that participated in the state assessment in reading/language arts, mathematics, and science | Reading | Math | Science | Number of students who met or exceeded the state's standards in reading/language arts, mathematics, and science | Reading | Math | Science |
| 19. All students | | | | 29. All students | | | |
| 20. American Indian or Alaska Native students | | | | 30. American Indian or Alaska Native students | | | |
| 21. Asian students | | | | 31. Asian students | | | |
| 22. Black or African-American students | | | | 32. Black or African-American students | | | |
| 23. Hispanic or Latino students | | | | 33. Hispanic or Latino students | | | |
| 24. Native Hawaiian or Other Pacific Islander students | | | | 34. Native Hawaiian or Other Pacific Islander students | | | |
| 25. White students | | | | 35. White students | | | |
| 26. Two or more races students | | | | 36. Two or more races students | | | |
| 27. Economically disadvantaged students | | | | 37. Economically disadvantaged students | | | |
| 28. English language learners | | | | 38. English language learners | | | |

☐ Check this box if some fields were intentionally left blank

OMB # 1855-0025
Exp. 02/28/2025

PR/Award #S165A230011

**Student Selection**

25) Are any students automatically admitted to the MSAP school?

☐ Yes ☐ No

25a. If yes, what criteria are used to automatically admit students? (Select all that apply.)

☐ Reside in attendance zone

☐ Sibling of enrolled student

☐ Parent/guardian's place of employment/district employee

☐ Other, please specify

☐ None

26) How are students who are not automatically admitted to the MSAP school selected?

☐ First come, first served basis

☐ Random lottery

☐ Weighted lottery

27) If a weighted lottery is used to select students not automatically admitted to the MSAP school, what weights did you use this grant year? (Select all that apply.)

☐ Racial composition of geographic area

☐ Socioeconomic status of a geographic area

☐ Race/ethnicity of individual student

☐ Socioeconomic status of individual student

☐ Sibling of enrolled student

☐ Reside in attendance zone

☐ Reside outside of the attendance zone

☐ Parent/guardian's place of employment

☐ Magnet theme articulation

☐ Other, please specify

☐ Not applicable

28) What entrance requirements does this school have, if any? (Select all that apply.)

OMB # 1855-0025
Exp. 02/28/2025

PR/Award #S165A230011

☐ Course grades or grade point average

☐ Test scores

☐ Essays

☐ Prerequisite courses

☐ Identification of student as gifted

☐ Audition/portfolio

☐ Other, please specify

☐ None

29) What is the total number of seats available for students based on the MSAP school's building capacity?

30) How many seats were available in this school's magnet program?

31) How many magnet program seats were available for students who reside outside of the MSAP school's attendance zone?                                                                                    ☐ Not applicable

32) Percentage of total school capacity seats available to non-zoned students.

33 ) Percentage of magnet program seats available to non-zoned students.

34) This school is currently (select one)

    At capacity

    Oversubscribed

        If oversubscribed, describe the waitlist process for this MSAP school.

    Undersubscribed

        If undersubscribed, how are you addressing undersubscription at this MSAP school.

USDOE-Contiunation_000293

OMB # 1855-0025
Exp. 02/28/2025

## Data Collection Tables – School

*Part I. School Demographic Data*

| School demographic data | |
|---|---|
| 1.    School name | Jacqueline Kennedy Onassis High School |
| 2.    Grantee name | NYC Department of Education - Community School District 4 |
| 3.Was this school in a planning year or an implementation year? | ☐ Planning year        ☑ Implementation year |

USDOE-Contiunation_000294

OMB #
1855-0025 Exp.
02/28/2025

PR/Award #S165A230011

*Part II. Minority Group Isolation Data*

4.  Indicate the targeted racial/ethnic group the school wants to enroll to reduce minority group isolation. The targeted racial/ethnic group is the group of students the school plans to enroll more of to change the enrollment of the minority/racially isolated group. If the school has more than one targeted racial/ethnic group, select all that apply.


☑American Indian or Alaska Native students
☑Asian students
☑Black or African-American students
❏Hispanic or Latino students
☑Native Hawaiian or Other Pacific Islander students
☑White students

USDOE-Contiunation_000295

**Page 63**

**OMB #
1855-0025 Exp.
02/28/2025**

*Part III. Achievement Data*

| State assessment participation data | | | | State assessment achievement data | | | |
|---|---|---|---|---|---|---|---|
| **Number of students that participated in the state assessment in reading/language arts, mathematics, and science** | **Reading** | **Math** | **Science** | **Number of students who met or exceeded the state's standards in reading/language arts, mathematics, and science** | **Reading** | **Math** | **Science** |
| 19. All students | | | | 29. All students | | | |
| 20. American Indian or Alaska Native students | | | | 30. American Indian or Alaska Native students | | | |
| 21. Asian students | | | | 31. Asian students | | | |
| 22. Black or African-American students | | | | 32. Black or African-American students | | | |
| 23. Hispanic or Latino students | | | | 33. Hispanic or Latino students | | | |
| 24. Native Hawaiian or Other Pacific Islander students | | | | 34. Native Hawaiian or Other Pacific Islander students | | | |
| 25. White students | | | | 35. White students | | | |
| 26. Two or more races students | | | | 36. Two or more races students | | | |
| 27. Economically disadvantaged students | | | | 37. Economically disadvantaged students | | | |
| 28. English language learners | | | | 38. English language learners | | | |

☐ Check this box if some fields were intentionally left blank

USDOE-Contiunation_000296

**Student Selection**

25) Are any students automatically admitted to the MSAP school?

☐ Yes ☐ No

    25a. If yes, what criteria are used to automatically admit students?  (Select all that apply.)

      ☐ Reside in attendance zone

      ☐ Sibling of enrolled student

      ☐ Parent/guardian's place of employment/district employee

      ☐ Other, please specify

      ☐ None

26) How are students who are not automatically admitted to the MSAP school selected?

    ☐ First come, first served basis

    ☐ Random lottery

    ☐ Weighted lottery

27) If a weighted lottery is used to select students not automatically admitted to the MSAP school, what weights did you use this grant year? (Select all that apply.)

    ☐ Racial composition of geographic area

    ☐ Socioeconomic status of a geographic area

    ☐ Race/ethnicity of individual student

    ☐ Socioeconomic status of individual student

    ☐ Sibling of enrolled student

    ☐ Reside in attendance zone

    ☐ Reside outside of the attendance zone

    ☐ Parent/guardian's place of employment

    ☐ Magnet theme articulation

    ☐ Other, please specify

    ☐ Not applicable

28) What entrance requirements does this school have, if any? (Select all that apply.)

☐ Course grades or grade point average

☐ Test scores

☐ Essays

☐ Prerequisite courses

☐ Identification of student as gifted

☐ Audition/portfolio

☐ Other, please specify

☐ None

29) What is the total number of seats available for students based on the MSAP school's building capacity?

30) How many seats were available in this school's magnet program?

31) How many magnet program seats were available for students who reside outside of the MSAP school's attendance zone?    ☐ Not applicable

32) Percentage of total school capacity seats available to non-zoned students.

33 ) Percentage of magnet program seats available to non-zoned students.

34) This school is currently (select one)

    At capacity

    Oversubscribed

        If oversubscribed, describe the waitlist process for this MSAP school.

    Undersubscribed

        If undersubscribed, how are you addressing undersubscription at this MSAP school.

**OMB # 1855-0025**
**Exp. 02/28/2025**

## Section B – Budget Summary

| INCOME U.S. DEPARTMENT OF EDUCATION AND OTHER FEDERAL FUNDS | | | |
|---|---|---|---|
| **Funding Stream** | **Approved Budget** | | |
| *Reporting Period:* | *Start:* 10/01/25 *End:* 03/31/26 | | |
| 1. MSAP | 1874286.00 | | |
| Other: High Need Support for Title I | School Name City College Magnet School of the Arts | Amount | 15485.00 |
| High Need Support for Title I STH | City College Magnet School of the Arts | | 2896.00 |
| Title I SWP | The Esperanza Preparatory Academy | | 543464.00 |
| Supplemental Support for Title I Servic | City College Magnet School of the Arts | | 54277.00 |
| Supplemental Support for Title I STH S | City College Magnet School of the Arts | | 10150.00 |
| Title I SWP | City College Magnet School of the Arts | | 546797.00 |
| Title I SWP Parent and Family Engage | City College Magnet School of the Arts | | 5468.00 |
| Title I SWP STH | City College Magnet School of the Arts | | 102247.00 |
| Title I SWP Translation Services | City College Magnet School of the Arts | | 2470.00 |
| Title III LEP | City College Magnet School of the Arts | | 12000.00 |
| Title III LEP Carryover | City College Magnet School of the Arts | | 8000.00 |
| Title IV Summer Rising Pathways Initia | City College Magnet School of the Arts | | 20000.00 |
| Title I SWP Carry Over | City College Magnet School of the Arts | | 31765.00 |
| Title I SWP Carry Over Parent and Fan | City College Magnet School of the Arts | | 318.00 |
| High Need Support for Title I | The Esperanza Preparatory Academy | | 15391.00 |
| High Need Support for Title I STH | The Esperanza Preparatory Academy | | 5791.00 |
| Title I SWP Carry Over | The Esperanza Preparatory Academy | | 31571.00 |
| Title I SWP Carry Over Parent and Fan | The Esperanza Preparatory Academy | | 316.00 |

USDOE-Contiunation_000299

Page 67

## Section B – Budget Summary

<table>
<tr><td colspan="6" align="center"><strong>EXPENSES<br>U.S. DEPARTMENT OF EDUCATION FUNDS</strong></td></tr>
<tr>
<td><strong>Budget Categories</strong></td>
<td align="center"><strong>Carryover from Previous Budget Period</strong></td>
<td align="center"><strong>Approved Budget</strong></td>
<td align="center"><strong>Expenditures</strong></td>
<td align="center"><strong>Anticipated Costs</strong></td>
<td align="center"><strong>Carryover to Future Budget Period</strong></td>
</tr>
<tr>
<td align="right"><strong><em>Reporting Period:</em></strong></td>
<td><em>Start:</em> 10/1/24<br><em>End:</em> 9/30/25</td>
<td><em>Start:</em> 10/1/25<br><em>End:</em> 9/30/26</td>
<td><em>Start:</em> 10/1/25<br><em>End:</em> 3/31/26</td>
<td><em>Start:</em> 4/1/26<br><em>End:</em> 9/30/26</td>
<td><em>Start:</em> 10/1/26<br><em>End:</em> 9/30/27</td>
</tr>
<tr><td>2. Personnel</td><td>1089642.00</td><td>0.00</td><td>1055727.00</td><td>0.00</td><td>0.00</td></tr>
<tr><td>3. Fringe Benefits</td><td>518984.00</td><td>0.00</td><td>410447.00</td><td>0.00</td><td>0.00</td></tr>
<tr><td>4. Travel</td><td>8000.00</td><td>0.00</td><td>7942.00</td><td>0.00</td><td>0.00</td></tr>
<tr><td>5. Equipment</td><td>54926.00</td><td>0.00</td><td>10575.00</td><td>0.00</td><td>0.00</td></tr>
<tr><td>6. Supplies</td><td>22892.00</td><td>0.00</td><td>200717.00</td><td>0.00</td><td>0.00</td></tr>
<tr><td>7. Contractual</td><td>117926.00</td><td>0.00</td><td>332392.00</td><td>0.00</td><td>0.00</td></tr>
<tr><td>8. Construction</td><td>0.00</td><td>0.00</td><td>0.00</td><td>0.00</td><td>0.00</td></tr>
<tr><td>9. Other</td><td>7325.00</td><td>0.00</td><td>41311.00</td><td>0.00</td><td>0.00</td></tr>
<tr><td>10. Total Direct Costs (items 2-9)</td><td>1819695.00</td><td></td><td>2059111.00</td><td></td><td></td></tr>
<tr><td>11. Indirect Costs</td><td>54591.00</td><td>0.00</td><td>61773.00</td><td>0.00</td><td>0.00</td></tr>
<tr><td>12. Training Stipends</td><td>0.00</td><td>0.00</td><td>0.00</td><td>0.00</td><td>0.00</td></tr>
<tr><td>13. Total Costs (items 10-12)</td><td>1874286.00</td><td></td><td>2120884.00</td><td></td><td></td></tr>
<tr><td></td><td></td><td></td><td></td><td></td><td></td></tr>
</table>

*Page 2*

1.  Please provide an explanation if funds have not been drawn down from the G5 System to pay for the budget expenditure amounts reported in items 8a. – 8c of the Cover Sheet.

    The NYC Department of Education's Division of Financial Administration draws down budget expenditures from the G5 system when charges have cycled through the department's accounting system. These draw-downs typically occur approximately every 2-3 months

Page 3

2.  Please provide an explanation if you ***did not*** expend funds at the expected rate during the reporting period.

    During the reporting period, funds were not expended at the anticipated rate due to the absence of new funding allocations for the project year. As a result, expenditures were limited to the use of remaining carryover funds.

*Page 4*

3.  Describe any significant changes to your budget resulting from modification of project activities.

     N/A

*Page 5*

4.  Please describe any changes to your budget that affected your ability to achieve your approved project activities and/or project objectives.

    CSD 4,2,6 is operating on an austerity budget this year as a result of the USDE non-continuation award of MSAP grant funding beginning in September 2025, compounded by a funding pause that left the district without access to grant funds from October through December 2025. These significant budgetary disruptions adversely impacted the district's ability to fully implement approved project activities and objectives, affecting instructional programming, enrichment opportunities, school events and outreach efforts, professional development, staffing support, end-of-year activities, summer programming, and summer planning for the upcoming school year. Schools were required to scale back or delay partnerships, residencies, field trips, recruitment initiatives, and out-of-school-time programming, while also limiting access to instructional materials, external consultants, and per-session support critical to sustaining high-quality magnet implementation.

*Page 6*

5.  Do you expect to have any unexpended (carryover) funds at the end of the current budget period?  ☐ Yes ☑ No.

      a. If yes, please explain why, provide an estimate, and indicate how you plan to use the unexpended funds in the next budget period.

*Page 7*

6. Describe any anticipated changes in your budget for the *next* budget period that require prior approval from the Department? (See EDGAR, 2 CFR 200.407, as applicable.)

   Any possible budget changes that require prior approval are yet to be determined.

| NYC District 4 Budget Report by Location | | | | |
|---|---|---|---|---|
| Year Three Expenditures 10/1/2025 – 3/31/2026 | | | | |
| | District | 04M372 | 02M529 | 06M293 | Total Costs |
| 1. Personnel | $261,113 | $334,154 | $161,285 | $299,175 | $1,055,727 |
| 2. Fringe Benefits* | $116,326 | $126,958 | $68,496 | $98,667 | $410,447 |
| 3. Travel | $2,554 | $3,322 | $2,066 | | $7,942 |
| 4. Equipment | | | | $10,575 | $10,575 |
| 5. Supplies | $24,999 | $75,118 | $57,182 | $43,418 | $200,717 |
| 6. Contractual | $164,245 | $55,005 | $13,501 | $99,641 | $332,392 |
| 7. Construction | $0 | $0 | $0 | $0 | $0 |
| 8. Other | $1,900 | $0 | $4,200 | $35,211 | $41,311 |
| 9. Total Direct Costs (lines 1-8) | $571,137 | $594,557 | $306,730 | $586,687 | $2,059,111 |
| 10. Indirect Costs** | $17,133 | $17,837 | $9,202 | $17,601 | $61,773 |
| 11. Training Stipends | $0 | $0 | $0 | $0 | $0 |
| 12. Total Costs (lines 9-11) | $588,270 | $612,394 | $315,932 | $604,288 | $2,120,884 |

*Fringe benefit amounts are calculated at FY26 rates – 45.83% on pedagogue salaries, 20.76% on per session, and 8.15% on per diem for FY26.

**The indirect cost reported above $61,773 reflects the FY26 indirect cost of 3.0% on the year three direct expenditure $2,059,111. The indirect cost rate that District 04 applies to federal grant programs is determined by the New York City Department of Education and approved by the New York State Department of Education.

| NYC District 4 Budget Report by Location | | | | |
|---|---|---|---|---|
| Year Three Projection 4/1/2026 – 9/30/2026 | | | | |
| | District | 04M372 | 02M529 | 06M293 | Total Costs |
| 1. Personnel | $0 | $0 | $0 | $0 | $0 |
| 2. Fringe Benefits* | $0 | $0 | $0 | $0 | $0 |
| 3. Travel | $0 | $0 | $0 | $0 | $0 |
| 4. Equipment | $0 | $0 | $0 | $0 | $0 |
| 5. Supplies | $0 | $0 | $0 | $0 | $0 |
| 6. Contractual | $0 | $0 | $0 | $0 | $0 |
| 7. Construction | $0 | $0 | $0 | $0 | $0 |
| 8. Other | $0 | $0 | $0 | $0 | $0 |
| 9. Total Direct Costs (lines 1-8) | $0 | $0 | $0 | $0 | $0 |
| 10. Indirect Costs** | $0 | $0 | $0 | $0 | $0 |
| 11. Training Stipends | $0 | $0 | $0 | $0 | $0 |
| 12. Total Costs (lines 9-11) | $0 | $0 | $0 | $0 | $0 |

*Fringe benefit amounts are calculated at FY26 rates – 45.83% on pedagogue salaries, 20.76% on per session, and 8.15% on per diem for FY26.

**The indirect cost reported above $0 reflects the FY26 indirect cost of 3.0% on the year three direct expenditure $0. The indirect cost rate that District 04 applies to federal grant programs is determined by the New York City Department of Education and approved by the New York State Department of Education.

OMB # 1855-0025
Exp. 02/28/2025

## Section C – Additional Information
*Desegregation Plan Information Forms*

| **Type of Desegregation Plan**<br>**(Check one and attach the appropriate documents)** |
|---|

☐  A Required Plan: A plan that is (1) implemented pursuant to a final order of a court of the United States, or a court of any State, or any other state agency or official of competent jurisdiction and (2) the order requires the desegregation of minority group segregated children or faculty in the elementary and secondary schools of that agency or those agencies.

Attach the Following Documents
•       A copy of the court or agency order that demonstrated that the magnet school(s) for which assistance is sought under the grant are a part of the approved plan.
•       Note: If the applicant is implementing a previously approved plan that does not include the magnet school(s) for which assistance is requested, the plan must be modified to include the new magnet school(s). The applicant must obtain approval of the new magnet schools, or any other modification to its desegregation plan, from the court, agency or official that originally approved the plan. The date by which proof of approval of any desegregation plan modification must be submitted to the US Department of Education is identified in the closing date notice.

Any desegregation plan modification should be mailed to: Gillian Cohen-Boyer
US Department of Education
Office of Elementary and Secondary Education
400 Maryland Avenue SW, Rm 3C140
Washington, DC 20202-5970

☑ A Voluntary Plan: A plan to reduce, eliminate or prevent minority group isolation that is being implemented (or would be implemented if assistance under the Magnet Schools Assistance Program is made available) on either a voluntary basis or as required under Title VI of the Civil Rights Act of 1964.

Attach the Following Documents
•       A copy of the plan
•       A copy of the school board resolution adopting and implementing the plan, or agreeing to adopt and implement the plan upon the award of assistance.

**Desegregation Plan and Assurances**
**OMB-1855-0011- Expiration 01/31/2025**

To facilitate the review of the LEA's Desegregation Plan for the purposes of determining eligibility for an MSAP award, please provide the following information:

**1. Plan Type – Please check the appropriate box and attach required documentation**

☐ A Required Plan: A plan that is undertaken pursuant to a final order issued by a court of the United States, or a court of any State, or any other state agency or official of competent jurisdiction that requires the desegregation of minority group segregated children or faculty in the elementary and secondary schools of that agency or those agencies.

Attach the Following Documents:
- A copy of the court or agency order that demonstrated that the magnet school(s) for which assistance is sought under the grant are a part of the approved plan.
- All subsequent related court orders.
- If a State Agency-Required Plan, include documentation showing state agency approval of the plan.
- If an OCR-Required Plan: the original OCR-required desegregation plan.

Modifications to Plans: If the applicant is implementing a previously approved plan that does not include the magnet school(s) for which assistance is requested, the plan must be modified to include the new magnet school(s). The applicant must obtain approval of the new magnet schools, or any other modification to its desegregation plan, from the court, agency or official that originally approved the plan. The date by which proof of approval of any desegregation plan modification must be submitted to the US Department of Education is identified in the closing date notice. Any **required desegregation plan modification** should be received by May 25, 2022, and should be scanned and emailed to Gillian Cohen-Boyer at msap.team@ed.gov or mailed to her at U.S. Department of Education; Office of Elementary and Secondary Education; 400 Maryland Avenue SW; Washington, DC 20202-5970

☑ A Voluntary Plan: A plan to reduce, eliminate, or prevent minority group isolation that is being implemented (or would be implemented if assistance under the Magnet Schools Assistance Program is made available) on either a voluntary basis or as required under Title VI of the Civil Rights Act of 1964.

*Attach the Following Documents*
- A copy of the plan
- A copy of the school board resolution adopting and implementing the plan or agreeing to adopt and implement the plan upon the award of assistance.
- If the applicant is not a traditional LEA, but rather an entity considered an LEA for the purposes of grants (such as some charter school LEA or regional service providers), include appropriate documentation indicating the entity is an eligible LEA under MSAP in the State where the entity proposes to create, implement, or expand magnet schools to support the appropriate approvals described above.



**Department of
Education**

Office of Student Enrollment
Sarah Kleinhandler
Chief Executive Officer
52 Chamber Street
New York, NY 10007

May 5, 2023

Dear Superintendents De La Cruz, Beidleman, and Walsh:

The Office of Student Enrollment (OSE) has reviewed the Voluntary Inter-District Desegregation Plan for Districts 4, 6, and 2 to support a Magnet Schools Assistance Program application.

The plan includes the following designated magnet schools: S.S. M372, S.S. M293, and H.S. M529. The intent of the Districts 4, 6, and 2 plan is to reduce and or eliminate minority group isolation in participating schools through voluntary inter-district, borough, and city-wide student enrollment.

Insofar as the plan is an optional program designed to promote a reduction in racial isolation and increase diversity in schools in Districts 4, 6, and 2, this office is approving the plan. Approval is made with the understanding that Districts 4, 6, and 2 will monitor aspects of the plan to ensure the achievement of the desegregation objectives at all participating schools.

Further, you are advised that the availability of student transportation is established by Chancellor's Regulations, as administered by the Office of Pupil Transportation.

If you need further assistance, please contact me at (212)374-6702.

Sincerely,

Sarah Kleinhandler
Chief Executive Officer
Office of Student Enrollment



**Department of
Education**

Kristy De La Cruz
Superintendent District 4
160 East 120th Street
New York, NY 10035

Gary Beidleman
Superintendent District 2
333 7th Avenue
New York, NY 10001

Frederick Walsh
Superintendent District 6
333 7th Avenue
New York, NY 10001

May 1, 2023

Sarah Kleinhandler, CEO
Office of Student Enrollment
52 Chambers Street
New York, NY 10007

Dear Ms. Kleinhandler:

The following document is being submitted for your approval.  This proposal has the full
support of Superintendents of Districts 4, 2 and 6

- Inter-District Voluntary Desegregation Plan for Districts 4, 2 and 6

We are requesting an expedited review. Magnet Schools Assistance Program applications must
be received by the US Department of Education by May 12, 2023.

Thank you for your support of these efforts.

Sincerely,

Kristy De La Cruz, Community School District 4 Superintendent

Gary Beidleman, School District 2 Superintendent

*Fred Walsh*
Frederick Walsh, School District 6 Superintendent

USDOE-Contiunation_000312

MANHATTAN INTER-DISTRICT VOLUNTARY DESEGREGATION PLAN

COMMUNITY SCHOOL DISTRICTS 4, 6, AND 2

MAY 2023

Community School Districts 4, 6, and 2 submit the following Inter-district Voluntary Desegregation Plan. The plan meets the statutory requirements of Title IV, Part D of Every Student Succeeds Act (ESSA) (Sections 4401-4409) which authorizes the Magnet Schools Assistance Program;

This voluntary desegregation plan and the plan summary is submitted to the New York City Department of Education, Office of Student Enrollment

Under the Voluntary Manhattan Inter-District Desegregation Plan, Community School Districts 4, 6, and 2 will establish three new magnet schools Esperanza Preparatory Academy (M372), City College Academy of the Arts (M293), and Jacqueline Kennedy Onassis High School (M529). Dependent on Title IV ESSA funding, each magnet school will provide a special curriculum, access to college level courses and college credit accumulation, and authentic career experiences, which will be capable of bringing together substantial numbers of students from different social, economic, ethnic, and racial backgrounds.

These magnet schools will encourage the voluntary reduction of minority group isolation in schools with substantial portions of minority students. The course of instruction within each magnet school will substantially strengthen the knowledge of academic subjects and attainment of tangible and marketable vocational, technological, and professional skills of students attending these schools.

In addition, the magnet program at the schools will assist Community School Districts 4, 6, and 2 in the development and design of innovative educational methods and practices. The special curriculum at each school in conjunction with early college access and career pathways will provide subject matter and teaching methodologies that are not generally offered to students of the- same age or grade level in other schools in the districts.

**District 4-6-2 Manhattan Inter-district MSAP Consortium Voluntary Desegregation Plan Summary**

The District 4, District 6, and District 2 Inter-district Voluntary Desegregation Plan meets the statutory requirements of Title IV, Part D of the Every Student Succeeds Act (ESSA) (Sections 4401-4409), which authorizes the Magnet Schools Assistance Program. Under this Voluntary Inter-district Desegregation Plan, the D4-D6-D2 consortium will establish three new, whole-school, theme-based magnet schools Esperanza Preparatory Academy (M372) in District 4, City College Academy of the Arts (M293) in District 6, and Jacqueline Kennedy Onassis High School (M529) in District 2. The intent of the inter-district voluntary desegregation plan is, through voluntary inter-district student enrollment, to reduce minority group isolation at the District 4 participating school (M372) and the District 2 participating school (M529), and eliminate minority group isolation at the District 6 participating school (M293).

According to the definition established by the D4-D6-D2 consortium, minority group isolation is present when the proportion of students belonging to a specific minority group is greater than 10 percentage points above the district average percentage for that group. The minority isolated group at all three schools (M372, M293, and M529) is Hispanic/Latino (24.6, 10, and 20.8 percentage points above their Districts, respectively). The D4-6-2 inter-district magnet initiative will capitalize on the ethnic, racial, and SES diversity present within and across the Consortium districts, within the borough of Manhattan, and across New York City. The geographic and accessible locations of the proposed magnet schools in the project are intentional, to maximize potential diversity of the participating schools across the three contiguous districts. The demographic and SES differences across the districts provide diversification possibilities, as does the borough of Manhattan and NYC as a whole. The vibrant opportunities for racially and socioeconomically diversifying schools – both across district lines, within districts, within the borough and across the city – are powerful combinations.

The D4-6-2 inter-district magnet initiative further capitalizes on ethnic, racial, and SES diversity within and across the districts, borough, and city by targeting a sub-set of feeder schools. These feeder schools have more diverse ethnic and racial enrollments and substantially lower levels of poverty percentages than the magnet schools. Across the consortium districts, 73.3% of students qualify for free or reduced priced lunch, or are eligible for Human Resources Administration Benefits, meeting the NYC poverty definition. The percentages at the proposed magnet schools range from a low of 76.1% to a high of 94.2% — all above the districtwide averages. In contrast, the 10 feeder schools, four 9th-12th grade (HS 412, 418, 475, 696, 430), one 6th – 12th grade (SS 291), three 6th – 8th grade (MS 114, 243, 312), and one PreK- 8th grade (PS/MS 12), have poverty indices that range from 20.6% in MS 243 to 56.8% in HS 430. Most of these feeder schools are also severely overcrowded, ranging from 115% to 133% utilization, compared to the magnet schools, each with less than 100% utilization. An important goal is to attract students who would ordinarily attend the identified feeder schools to voluntarily enroll in the project magnet schools.

The Consortium also plans to attract students from diverse backgrounds who are attending charter, parochial and non-denominational non-public schools. NYC is home to some of the most prestigious private schools in the nation, and about 13% of school-age children in NYC attend charter schools. While the demographics of students attending charter and parochial schools tend to mirror those of traditional public schools, private non-denominational schools in NYC tend to have much higher enrollments of non-minority students.

By concurrently creating secondary and high school pathways, while developing new, attractive, and academically rigorous magnet programs with early college and/or dual enrollment coursework, personalized for every student, the schools will be able to attract a more diverse population of students. Each new magnet school will provide a unique thematic curriculum, with subject matter, post-secondary

**District 4-6-2 Manhattan Inter-district MSAP Consortium Voluntary Desegregation Plan Summary**

and career learning exploratory activities, and teaching methodologies that are not generally offered to students of the same grade level in other schools in the districts. These magnet schools will create high quality, compelling, rigorous, personalized, and innovative learning environments with state-of-the-art technology, proven instructional methods, and standards- and evidence-based programs within the NYC public school system. Programs will substantially strengthen students' knowledge of academic subjects and their attainment of tangible and marketable vocational, technological, and professional skills. In addition, the project will bring together a robust set of community partners to support the various facets of the magnet program design, including curriculum development, student enrichment, professional development, and coaching. Consortium partners include the City University of New York, Columbia University, and New York University, globally recognized post-secondary institutions, and career level agencies that enhance curricula offerings to bridge the gap between academic coursework and workplace opportunities and experiences (For a Bright Future). By transforming teaching and learning in the three new whole-school magnet programs through innovative, inquiry-based programs of instruction with a thematic focus and a college-going culture, the District 4-6-2 Manhattan Inter-district MSAP Consortium will increase equity of access to programs of choice, help improve academic achievement and outcomes for all students and staff, and reduce MGI in the magnet schools

Robust and targeted outreach and recruitment, designed using multi-faceted communication and dissemination strategies, including support from an experienced communications firm (Technology Therapy Group), will promote awareness of magnet program offerings to attract a more diverse population of families than is currently attending the proposed magnet schools. Collectively, consortium, district- and school-based staff will develop promotional materials, establish relationships with the local press, create a strong social media presence, and network with community-based organizations to inform families about the magnet schools. Additionally, each school will work with their district staff and the NYCDOE Translation Unit to provide verbal and written information about the programs with native speakers of languages other than English. Each school will also work to recruit native speakers of languages other than English from their staff, parents, and local communities to interact directly with families so that they feel welcome in the school buildings and understand the information shared. Further buoying diversity and inclusion goals, a diverse educator workforce, coupled with professional growth strategies, will be leveraged to help elevate the backgrounds, experiences, and perspectives of NYCDOE students, parents, and families. An Inter-District Consortium Committee, comprised of Superintendent representatives from all three districts; the MSAP Project Director; the Senior Advisor to Chancellor's Leadership team; and administrators, magnet support staff, students, and families from each magnet school, will meet quarterly to plan and reflect on benchmarks and goals, effective and efficient coordination of resources, as well as plan, implement, and review cross-district initiatives, to recruitment. Specific initiatives will include developing a clear pathway between magnet middle and high schools, inter-district Critical Friends groups to improve pedagogical practices, and creating opportunities for students, staff, and families to share and celebrate their diverse experiences.

In NYC, all families have the opportunity to enroll in public secondary and high schools, using the standard admission policies and in line with DOE admissions priorities for secondary and high schools. The admissions process for the three D4-D6-D2 magnet schools will be fully aligned with these processes. Furthermore, the admissions process will use a race-neutral lottery that does not include academic achievement as a selection criterion. All students will have options to pursue rigorous and attractive magnet programs within and across all three districts, the borough, and New York City.

Manhattan Inter-district Magnet Consortium

Definition of Minority Group Isolation

In Community School Districts 4, 6 and 2, minority group isolation occurs at a school when the proportion of students belonging to a specific minority group is greater than the district average percentage for that group by at least 10 percentage points. In Community School Districts 4, 6, and 2, the minority isolated group is Hispanic at all three schools: Secondary School M372, Secondary School M293, and High School M529.

USDOE-Contiunation_000316

NYC Districts 4-6-2 Manhattan Inter-district MSAP Desegregation Plan Information

Please note that New York City does not have school boards. Therefore, the voluntary desegregation plan for the Districts 4-6-2 MSAP proposal was not approved via a school board resolution. It was submitted to the New York City Department of Education by the Community Superintendents of Districts 4-6-2, and then approved by the Chief Executive Officer from the Department of Education's Office of Student Enrollment. Copies of the District 4-6-2 voluntary desegregation plan and plan summary, the districts' request for approval and the approval are included in this Desegregation Plan section of this NYC Districts 4-6-2 Manhattan Inter-district MSAP Application.

NYC Districts 4-6-2 Manhattan Inter-district MSAP Desegregation Plan Information

Please note that New York City does not have school boards. Therefore, the voluntary desegregation plan for the Districts 4-6-2 MSAP proposal was not approved via a school board resolution. It was submitted to the New York City Department of Education by the Community Superintendents of Districts 4-6-2, and then approved by the Chief Executive Officer from the Department of Education's Office of Student Enrollment. Copies of the District 4-6-2 voluntary desegregation plan and plan summary, the districts' request for approval and the approval are included in this Desegregation Plan section of this NYC Districts 4-6-2 Manhattan Inter-district MSAP Application.

PR/Award #S165A230011

Docusign Envelope ID: 32ED8A35-57BA-84F6-8251-7A9B15EC9A97

---

### 3.  Magnet Schools Assistance Program Assurances

In accordance with section 4405(b)(2) of the ESSA, the applicant hereby assures and certifies that it will——

*(A) use grant funds under this part for the purposes specified in section 4401(b);*

*(B) employ highly qualified teachers in the courses of instruction assisted under this part;*

*(C) not engage in discrimination based on race, religion, color, national origin, sex, or disability in the hiring, promotion, or assignment of employees of the applicant or other personnel for whom the applicant has any administrative responsibility;*

*(D) not engage in discrimination based on race, religion, color, national origin, sex, or disability in the assignment of students to schools, or to courses of instruction within the schools, of such applicant, except to carry out the approved plan;*

*(E) not engage in discrimination based on race, religion, color, national origin, sex, or disability in designing or operating extracurricular activities for students;*

*(F) carry out a high-quality education program that will encourage greater parental decision-making and involvement; and*

*(G) give students residing in the local attendance area of the proposed magnet school program equitable consideration for placement in the program, consistent with desegregation guidelines and the capacity of the applicant to accommodate the students.*

      \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

If the applicant has an approved desegregation plan, the applicant hereby assures and certifies that it is implementing that desegregation plan as approved.

Signed by:

_____    5/12/2026
34A1640D61BB4C2...

Signature of Authorized                Date
Representative
Dr. Kristy De La Cruz          Community Superintendent
_____
Printed Name & Title of Authorized Representative:

---

OMB # 1855-0025
Exp. 02/28/2025

PR/Award #S165A230011

**Table 1: Enrollment Data-LEA Level**

☐ *Check this box if all the magnet schools included in the program are implementing a magnet program for the first time.*

Actual Enrollment
**October 1, 2025**

| Grade Level | American Indian / Alaskan Native (Number) | American Indian / Alaskan Native (%) | Asian (Number) | Asian (%) | Black or African American (Number) | Black or African American (%) | Hispanic/Latino (Number) | Hispanic/Latino (%) | Native Hawaiian or Other Pacific Islander (Number) | Native Hawaiian or Other Pacific Islander (%) | White (Number) | White (%) | Two or more races (Number) | Two or more races (%) | Total Students |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PK | | | | | | | | | | | | | | | |
| K | | | | | | | | | | | | | | | |
| 1 | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | |
| 6 | 6 | 0.91 | 51 | 7.77 | 142 | 21.65 | 419 | 63.87 | 1 | 0.15 | 28 | 4.27 | 9 | 1.37 | 656 |
| 7 | 7 | 0.94 | 59 | 7.91 | 149 | 19.97 | 475 | 63.67 | 2 | 0.27 | 40 | 5.36 | 14 | 1.88 | 746 |
| 8 | 6 | 0.79 | 42 | 5.53 | 183 | 24.08 | 480 | 63.16 | 4 | 0.53 | 35 | 4.61 | 10 | 1.32 | 760 |
| 9 | 13 | 1.46 | 133 | 14.96 | 170 | 19.12 | 482 | 54.22 | 4 | 0.45 | 64 | 7.20 | 23 | 2.59 | 889 |
| 10 | 8 | 0.83 | 124 | 12.88 | 210 | 21.81 | 528 | 54.83 | 5 | 0.52 | 73 | 7.58 | 15 | 1.56 | 963 |
| 11 | 8 | 0.88 | 176 | 19.26 | 198 | 21.66 | 470 | 51.42 | 3 | 0.33 | 47 | 5.14 | 12 | 1.31 | 914 |
| 12 | 7 | 0.74 | 125 | 13.13 | 220 | 23.11 | 543 | 57.04 | 4 | 0.42 | 46 | 4.83 | 7 | 0.74 | 952 |
| Total | 55 | 0.94 | 710 | 12.07 | 1,272 | 21.63 | 3,397 | 57.77 | 23 | 0.39 | 333 | 5.66 | 90 | 1.53 | 5,880 |

USDOE-Contiunation_000320

Page 88

OMB # 1855-0025
Exp. 02/28/2025

Table 2: Enrollment Data-Feeder Schools

| Schools | | Actual Enrollment as of October 1, 2025 | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FEEDER | MAGNET(S) | American Indian /Alaskan Native (Number) | American Indian /Alaskan Native (%) | Asian (Number) | Asian (%) | Black or African-American (Number) | Black or African-American (%) | Hispanic/Latino (Number) | Hispanic/Latino (%) | Native Hawaiian or Other Pacific Islander (Number) | Native Hawaiian or Other Pacific Islander (%) | White (Number) | White (%) | Two or more races (Number) | Two or more races (%) | Total Students |
| MS 114 | City College Academy of the Arts Esperanza Preparatory Academy | 1 | 0.23 | 98 | 22.58 | 21 | 4.84 | 78 | 17.97 | 0 | 0.00 | 204 | 47.00 | 32 | 7.37 | 434 |
| MS 312 | City College Academy of the Arts Esperanza Preparatory Academy | 1 | 0.18 | 218 | 40.30 | 24 | 4.44 | 85 | 15.71 | 1 | 0.18 | 160 | 29.57 | 52 | 9.61 | 541 |
| PS/MS 12 | City College Academy of the Arts Esperanza Preparatory Academy | 4 | 0.69 | 276 | 47.50 | 64 | 11.02 | 97 | 16.70 | 3 | 0.52 | 98 | 16.87 | 39 | 6.71 | 581 |
| SS 291 | City College Academy of the Arts Esperanza Preparatory Academy | 1 | 0.14 | 50 | 6.83 | 91 | 12.43 | 219 | 29.92 | 3 | 0.41 | 332 | 45.36 | 36 | 4.92 | 732 |
| HS 412 | Jacqueline Kennedy Onassis High School | 0 | 0.00 | 106 | 26.63 | 28 | 7.04 | 115 | 28.89 | 2 | 0.50 | 124 | 31.16 | 23 | 5.78 | 398 |
| HS 418 | Jacqueline Kennedy Onassis High School | 1 | 0.15 | 261 | 39.61 | 43 | 6.53 | 107 | 16.24 | 4 | 0.61 | 206 | 31.26 | 37 | 5.61 | 659 |
| HS 430 | Jacqueline Kennedy Onassis High School | 32 | 0.58 | 3,238 | 58.80 | 275 | 4.99 | 441 | 8.01 | 25 | 0.45 | 1,324 | 24.04 | 172 | 3.12 | 5,507 |
| HS 475 | Jacqueline Kennedy Onassis High School | 6 | 0.19 | 2,329 | 71.97 | 65 | 2.01 | 155 | 4.79 | 14 | 0.43 | 509 | 15.73 | 158 | 4.88 | 3,236 |
| HS 696 | Jacqueline Kennedy Onassis High School | 3 | 0.83 | 86 | 23.89 | 28 | 7.78 | 84 | 23.33 | 2 | 0.56 | 139 | 38.61 | 18 | 5.00 | 360 |

**Table 3: Enrollment Data-Magnet Schools  OMB-1855-0025  Expiration 02/28/2025**

- Use a separate copy of this table (or the applicants own format) for each magnet school participating in the project.
- Provide data for all students in each grade for which the school enrolls students.

## City College Academy of the Arts

| Grade Level | American Indian / Alaskan Native (Number) | American Indian / Alaskan Native (%) | Asian (Number) | Asian (%) | Black or African American (Number) | Black or African American (%) | Hispanic/Latino (Number) | Hispanic/Latino (%) | Native Hawaiian or Other Pacific Islander (Number) | Native Hawaiian or Other Pacific Islander (%) | White (Number) | White (%) | Two or more races (Number) | Two or more races (%) | Total Students |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PK | | | | | | | | | | | | | | | |
| K | | | | | | | | | | | | | | | |
| 1 | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | |
| 6 | 1 | 1.19 | 1 | 1.19 | 3 | 3.57 | 75 | 89.29 | 0 | 0.00 | 3 | 3.57 | 1 | 1.19 | 84 |
| 7 | 0 | 0.00 | 0 | 0.00 | 2 | 2.38 | 80 | 95.24 | 0 | 0.00 | 2 | 2.38 | 0 | 0.00 | 84 |
| 8 | 0 | 0.00 | 0 | 0.00 | 2 | 2.74 | 69 | 94.52 | 0 | 0.00 | 2 | 2.74 | 0 | 0.00 | 73 |
| 9 | 0 | 0.00 | 0 | 0.00 | 1 | 1.15 | 84 | 96.55 | 1 | 1.15 | 1 | 1.15 | 0 | 0.00 | 87 |
| 10 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 83 | 98.81 | 0 | 0.00 | 1 | 1.19 | 0 | 0.00 | 84 |
| 11 | 1 | 1.19 | 0 | 0.00 | 0 | 0.00 | 79 | 94.05 | 0 | 0.00 | 2 | 2.38 | 2 | 2.38 | 84 |
| 12 | 0 | 0.00 | 0 | 0.00 | 3 | 4.17 | 66 | 91.67 | 0 | 0.00 | 3 | 4.17 | 0 | 0.00 | 72 |
| Total | 2 | 0.35 | 1 | 0.18 | 11 | 1.94 | 536 | 94.37 | 1 | 0.18 | 14 | 2.46 | 3 | 0.53 | 568 |

Actual Enrollment  (October 1, 2025)

**Table 3: Enrollment Data-Magnet Schools  OMB-1855-0025  Expiration 02/28/2025**

- Use a separate copy of this table (or the applicants own format) for each magnet school participating in the project.
- Provide data for all students in each grade for which the school enrolls students.

### Esperanza Preparatory Academy

Actual Enrollment (October 1, 2025)

| Grade Level | American Indian / Alaskan Native (Number) | American Indian / Alaskan Native (%) | Asian (Number) | Asian (%) | Black or African American (Number) | Black or African American (%) | Hispanic/Latino (Number) | Hispanic/Latino (%) | Native Hawaiian or Other Pacific Islander (Number) | Native Hawaiian or Other Pacific Islander (%) | White (Number) | White (%) | Two or more races (Number) | Two or more races (%) | Total Students |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PK | | | | | | | | | | | | | | | |
| K | | | | | | | | | | | | | | | |
| 1 | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | |
| 6 | 0 | 0.00 | 0 | 0.00 | 3 | 6.98 | 39 | 90.70 | 0 | 0.00 | 1 | 2.33 | 0 | 0.00 | 43 |
| 7 | 2 | 3.57 | 0 | 0.00 | 7 | 12.50 | 44 | 78.57 | 0 | 0.00 | 2 | 3.57 | 1 | 1.79 | 56 |
| 8 | 0 | 0.00 | 1 | 1.43 | 15 | 21.43 | 54 | 77.14 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 70 |
| 9 | 2 | 2.38 | 1 | 1.19 | 6 | 7.14 | 72 | 85.71 | 0 | 0.00 | 2 | 2.38 | 1 | 1.19 | 84 |
| 10 | 0 | 0.00 | 2 | 1.90 | 13 | 12.38 | 88 | 83.81 | 0 | 0.00 | 2 | 1.90 | 0 | 0.00 | 105 |
| 11 | 0 | 0.00 | 0 | 0.00 | 5 | 9.26 | 49 | 90.74 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 54 |
| 12 | 0 | 0.00 | 0 | 0.00 | 10 | 13.70 | 63 | 86.30 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 73 |
| Total | 4 | 0.82 | 4 | 0.82 | 59 | 12.16 | 409 | 84.33 | 0 | 0.00 | 7 | 1.44 | 2 | 0.41 | 485 |

**Table 3: Enrollment Data-Magnet Schools  OMB-1855-0025  Expiration 02/28/2025**

- Use a separate copy of this table (or the applicants own format) for each magnet school participating in the project.
- Provide data for all students in each grade for which the school enrolls students.

### Jacqueline Kennedy Onassis High School

**Actual Enrollment** (October 1, 2025)

| Grade Level | American Indian / Alaskan Native (Number) | American Indian / Alaskan Native (%) | Asian (Number) | Asian (%) | Black or African American (Number) | Black or African American (%) | Hispanic/Latino (Number) | Hispanic/Latino (%) | Native Hawaiian or Other Pacific Islander (Number) | Native Hawaiian or Other Pacific Islander (%) | White (Number) | White (%) | Two or more races (Number) | Two or more races (%) | Total Students |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PK | | | | | | | | | | | | | | | |
| K | | | | | | | | | | | | | | | |
| 1 | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | |
| 9 | 0 | 0.00 | 5 | 6.02 | 16 | 19.28 | 59 | 71.08 | 0 | 0.00 | 3 | 3.61 | 0 | 0.00 | 83 |
| 10 | 0 | 0.00 | 3 | 4.84 | 15 | 24.19 | 40 | 64.52 | 0 | 0.00 | 4 | 6.45 | 0 | 0.00 | 62 |
| 11 | 1 | 1.54 | 2 | 3.08 | 13 | 20.00 | 44 | 67.69 | 1 | 1.54 | 4 | 6.15 | 0 | 0.00 | 65 |
| 12 | 0 | 0.00 | 2 | 2.60 | 16 | 20.78 | 52 | 67.53 | 2 | 2.60 | 5 | 6.49 | 0 | 0.00 | 77 |
| Total | 1 | 0.35 | 12 | 4.18 | 60 | 20.91 | 195 | 67.94 | 3 | 1.05 | 16 | 5.57 | 0 | 0.00 | 287 |

**Table 1: Enrollment Data-LEA Level**

**Community School District 2**

Actual Enrollment as of October 1, 2025

| Grade | Native American/ Alaskan Native | | Asian | | African American/Black | | Hispanic | | Pacific Islander | | White | | Two or More Races | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | % | N | % | N | % | N | % | N | % | N | % | N | % | |
| 06 | 11 | 0.48% | 533 | 23.13% | 182 | 7.90% | 545 | 23.65% | 3 | 0.13% | 827 | 35.89% | 203 | 8.81% | 2304 |
| 07 | 17 | 0.77% | 511 | 23.03% | 191 | 8.61% | 556 | 25.06% | 4 | 0.18% | 767 | 34.57% | 173 | 7.80% | 2219 |
| 08 | 5 | 0.22% | 578 | 25.12% | 221 | 9.60% | 517 | 22.47% | 4 | 0.17% | 826 | 35.90% | 150 | 6.52% | 2301 |
| 09 | 41 | 0.53% | 1374 | 17.63% | 1324 | 16.99% | 3638 | 46.69% | 19 | 0.24% | 1159 | 14.87% | 237 | 3.04% | 7792 |
| 10 | 47 | 0.56% | 1315 | 15.59% | 1582 | 18.76% | 4039 | 47.90% | 25 | 0.30% | 1185 | 14.05% | 240 | 2.85% | 8433 |
| 11 | 45 | 0.59% | 1342 | 17.50% | 1350 | 17.60% | 3458 | 45.09% | 24 | 0.31% | 1220 | 15.91% | 230 | 3.00% | 7669 |
| 12 | 44 | 0.63% | 1322 | 18.91% | 1253 | 17.93% | 3089 | 44.19% | 38 | 0.54% | 1057 | 15.12% | 187 | 2.68% | 6990 |
| Total | 210 | 0.56% | 6975 | 18.50% | 6103 | 16.18% | 15842 | 42.01% | 117 | 0.31% | 7041 | 18.67% | 1420 | 3.77% | 37708 |

**Table 1: Enrollment Data-LEA Level**

**Community School District 6**

Actual Enrollment as of October 1, 2025

| Grade | Native American/ Alaskan Native | | Asian | | African American/Black | | Hispanic | | Pacific Islander | | White | | Two or More Races | | Total |
|-------|-----|-------|-----|-------|-----|--------|------|--------|-----|-------|-----|-------|-----|-------|------|
| | N | % | N | % | N | % | N | % | N | % | N | % | N | % | |
| 06 | 3 | 0.27% | 13 | 1.18% | 77 | 6.96% | 911 | 82.37% | 2 | 0.18% | 67 | 6.06% | 33 | 2.98% | 1106 |
| 07 | 2 | 0.18% | 7 | 0.63% | 54 | 4.89% | 943 | 85.34% | 1 | 0.09% | 75 | 6.79% | 23 | 2.08% | 1105 |
| 08 | 5 | 0.41% | 14 | 1.16% | 62 | 5.13% | 1044 | 86.42% | 2 | 0.17% | 71 | 5.88% | 10 | 0.83% | 1208 |
| 09 | 10 | 0.75% | 12 | 0.90% | 194 | 14.60% | 1086 | 81.72% | 4 | 0.30% | 16 | 1.20% | 7 | 0.53% | 1329 |
| 10 | 3 | 0.23% | 8 | 0.61% | 172 | 13.01% | 1119 | 84.64% | 0 | 0.00% | 16 | 1.21% | 4 | 0.30% | 1322 |
| 11 | 3 | 0.26% | 7 | 0.61% | 119 | 10.41% | 986 | 86.26% | 4 | 0.35% | 21 | 1.84% | 3 | 0.26% | 1143 |
| 12 | 7 | 0.63% | 13 | 1.16% | 118 | 10.55% | 960 | 85.79% | 3 | 0.27% | 16 | 1.43% | 2 | 0.18% | 1119 |
| Total | 33 | 0.40% | 74 | 0.89% | 796 | 9.55% | 7049 | 84.60% | 16 | 0.19% | 282 | 3.38% | 82 | 0.98% | 8332 |

USDOE-Contiunation_000326

PR/Award # S165A230011

**NYC Community School District 4**
**MSAP Project Year 3 APR Budget Narrative**

The New York City Department of Education Community School MSAP District 4 (4, 2, 6) Manhattan Inter-district Magnet Consortium Magnet Schools Assistance Program grant, PR # S165A230011, was awarded $0 for Project Year three.

Expenditures for Project Year 3, from 10/01/2025-03/31/2026 total $2,120,884. This total is listed in item #8b on the cover page of this report, and it covers the allowable MSAP grant obligations for the applicable Project Year 3 budget/reporting period. The projected expenditures for the remainder of Project year 3, 04/01/2025-09/30/2025, total $0. The combined total equals a projected Project Year 3 total expenditure of $2,120,884. The total NYC CSD 4 MSAP grant allocation for Project year 3 ($0) minus the combined expenditure for Project Year 3 through 03/31/2025 and projected expenditure through 09/30/2026 ($2,120,884).

All of these MSAP expenditures were made within the existing scope of the project and in support of project objectives. Specifically, the expenditures for the year three budget period correlate to the following budget categories:

| | |
|---|---|
| Personnel | $1,055,727 |
| Fringe Benefits* | $410,447 |
| Travel | $7,942 |
| Equipment | $10,575 |
| Supplies | $200,717 |
| Contractual | $332,392 |
| Construction | $0 |
| Other | $41,311 |
| Total Direct Costs | $2,059,111 |
| Indirect Costs** (2.9%) | $61,773 |
| Training Stipend | $0 |
| Total Costs | $2,120,884 |

*Fringe benefit amounts are calculated at FY26 rates – 45.83% on pedagogue salaries, 20.76% on per session, and 8.15% on per diem for FY26.
**The indirect cost reported above $61,773 reflects the FY26 indirect cost of 3.0% on the year three direct expenditure $$2,059,111. The indirect cost rate that District 04 applies to federal grant programs is determined by the New York City Department of Education and approved by the New York State Department of Education.

The New York City Department of Education's Division of Financial Administration draws down budget expenditures from when charges have cycled through the department's accounting system. These draw downs typically occur approximately every 2-3 months.

PR/Award # S165A230011

### Personnel summary

The project's approved MSAP budget includes personnel funds for full positions, per session hours and teacher per diem. Tables and narratives below give further details.

The MSAP funded staff table below provides details on grant- funded location, costs, and fringe on salaried personnel.

#### KEY PERSONNEL BUDGET DETAIL

| Location | Salary charged to Grant PY3 |
|----------|------------------------------|
| District 4 | $247,783 |
| 04M372 | $229,710 |
| 02M529 | $139,657 |
| 06M293 | $172,680 |
| **ALL** | **Total Salary $789,831** |

The salaries of all staff are established by the NYC Department of Education in agreement with the United Federation of Teachers (UFT) and Council of Supervisors and Administrators (CSA) according to contract. The salaries are further dependent on an individual's level of education, years in the system and license area.

A total of $789,831 has been expended to pay for Personnel salaries so far this second project year.
A total of $0 in projected Personnel salaries expenditures are estimated for the remainder of the project year.

### Per session summary

Per session activities involve staff development, curriculum activities and student extended day activities that take place before or after the contracted school day and year. Staff developments are aligned to long-range reform efforts and designed to ensure that Magnet Staff have the tools to deliver magnet theme instruction aligned to local and state standards, to improve the academic achievement of all students and to prepare students for college and career. Per session Professional Development opportunities have included, Instructional Technology, Paideia, and PBL Works (formerly Buck Institute of Education).

#### PER SESSION BUDGET DETAIL

| Location | Per Session charged to Grant PY3 |
|----------|-----------------------------------|
| District 4 | $13,330 |
| 04M372 | $104,444 |
| 02M529 | $21,628 |
| 06M293 | $80,679 |
| **ALL** | **Total Per Session  $220,081** |

The contracted hourly Per session rate is determined by the 2023 NYC UFT and CSA contract, and is used to calculate the cost for Per session.

A total of $220,081 has been expended to pay for Per session so far this second project year.
A total of $0 in projected Per session expenditures are estimated for the remainder of the project year.

### Per Diem summary

Per-diem subs will enable magnet school staff to attend workshops, trainings and conferences, and work

on unit planning and curriculum writing during the school day.

**PER DIEM BUDGET DETAIL**

| Magnet School | Per Diem Expenditures |
|---|---|
| 04M372 | $0 |
| 02M529 | $0 |
| 06M293 | $45,816 |
| **ALL** | Total Per Diem $45,816 |

The contracted daily per-diem rate, determined by the 2023 NYC UFT contract, and is used to calculate the cost for per-diem substitute teachers who work on a day-to-day basis.

A total of $45,816 has been expended to pay for Per Diem substitute teachers so far this second project year.
A total of $0 in projected Per diem expenditures are estimated for the remainder of the project year.

## Fringe Budget Summary

The District 4 MSAP project uses standard NYCDOE fringe benefit rates. The composition of the fringe benefits charged on the project's personnel costs is contained in the table below. This year's NYCDOE fringe rates are higher than they were at the time of the MSAP application. Fringe benefits are charged at the current rates for each fiscal year, which changes every July 1st.
The anticipated carryover from this category is detailed in the budget summary form later in this report.

## Fringe Budget Detail

|  | Pedagogical Staff Salaries | Per Session | Per Diem |
|---|---|---|---|
|  | FY26 | FY26 | FY26 |
| Health | 22.24% |  |  |
| FICA | 7.65% | 7.66% | 7.65% |
| UIB | 0.50% | 0.50% | 0.50% |
| Welfare | 2.11% |  |  |
| Annuity | 0.36% |  |  |
| Pension | 12.61% | 12.61% |  |
| Sabbatical | 0.36% |  |  |
| Composite Rate | 45.83% | 20.76% | 8.15% |

## Travel Summary

Travel opportunities will directly align to MSAP grant objectives and will allow MSAP district and school personnel to attend staff development, both local and non-local. MSAP staff and key school personnel will attend staff development and conferences sponsored by the US Department of Education (Washington, DC) and Magnet Schools of America (MSA).

**TRAVEL BUDGET DETAIL**

| Location | Total by Location |
|---|---|
| District 4 | $2,554 |

| 04M293 | $3,322 |
|--------|--------|
| 02M529 | $2,066 |
| 06M293 | $0 |
| ALL Total | $7,942 |

A total of $7,942has been expended to pay for Travel costs so far this second project year.
A total of $0 in projected Travel expenditures are estimated for the remainder of the project year.

## Equipment Summary

Equipment items have more than a $5,000 cost per individual unit.

### EQUIPMENT BUDGET DETAIL

| Location | Item |
|----------|------|
| Schools | $10,575 |
| All Total | $10,575 |

A total of $10,575 has been expended to pay for Equipment costs so far this first project year.
A total of $0 in projected Equipment expenditures are estimated for the remainder of the project year.

## Supply Summary

Any item with less than a $5,000 cost per individual unit falls under supplies. Supply purchases support and have a direct impact on teaching, learning and assessment at each school. The types of materials purchased vary according to theme and need. The supplies expenditures, broken down by location and category of supply, are listed in the table below.

Examples of purchases include: General/Instructional supplies – science lab supplies, makerspace material, art and design supplies; Computer/technology supplies –Apple computers/iPads, Chromebooks, desktops/laptops; Books and Libraries, thematic, student achievement, college and career, Advanced Placement, accelerated courses and professional development related materials and resources.

### SUPPLIES BUDGET DETAIL

| Location | Item Type | Expenditures |
|----------|-----------|--------------|
| District 4 | PD Materials, General/Instructional Supplies - | $24,999 |
| 04M372 | General/Instructional Supplies, Computers/Technology | $75,118 |
| 02M529 | Specialty furniture, General/Instructional Supplies, Computers/Technology - | $57,182 |
| 06M293 | General/Instructional Supplies, Computers/Technology, Microphones, Camera, Podcasting Supplies | $43,418 |
| Total | | $200,717 |

A total of $200,717 has been expended to pay for Supply costs so far this first project year.
A total of $0 in projected Supply expenditures are estimated for the remainder of the project year.

## Consultant/Contracts Summary

Funds have been expended to provide residencies, professional development, curriculum development and opportunities for outside partnerships throughout the year. Consultant/Contract expenditures and the major district and school-based consultant/contractual service providers are listed in the table below.

CONSULTANTS/CONTRACTS BUDGET DETAIL

| Location | Name of consultants | Expenditures |
|---|---|---|
| District 4 | Metis Associates Inc., PBL Works (Buck Institute of Education), Grand View Stack, CKing Education, Liberty Science Center, Left of Center, In The Living Room Podcast, DFCM Productions | $164,245 |
| 04M372 | Classroom Culture Development, AimHigh International, BMCC | $55,005 |
| 02M529 | Magic Box Productions, Virtual Enterprises International | $13,501 |
| 06M293 | In The Living Room Podcast, DFCM Productions, New York Sun Works, The Jazz Drama Program | $99,641 |
| | | |
| ALL | | Total $332,392 |

A total of $332,392 has been expended to pay for Consultants/Contract costs so far this first project year. A total of $0 in projected Consultants/Contract expenditures are estimated for the remainder of the project year.
.

## Other Costs Budget Summary

Other expenditures, broken down by location and type are listed in the table below. Examples of purchases include: Advertisement/Recruitment –Marketing- to provide information on our magnet schools to strengthen community awareness of our magnet program, promote open houses and provide contact and enrollment information; Professional Memberships – Magnet Schools of America (MSA).

### OTHER COSTS BUDGET DETAIL

| Location | Description | Expenditures |
|---|---|---|
| District 4 | Professional Memberships (MSA) | $1,900 |
| 04M372 | Professional Memberships (MSA) | $0 |
| 02M529 | Professional Memberships, (MSA), Admissions, Advertising/Recruitment | $4,200 |
| 06M293 | Professional Memberships (MSA), Advertising/Recruitment | $35,211 |
| | | |
| ALL | | Total $41,311 |

A total of $41,311 has been expended to pay for Other costs so far this first project year.
A total of $0 in projected Other expenditures are estimated for the remainder of the project year.

PR/Award # S165A230011

| NYC District 4 Budget Report by Location | | | | |
|---|---|---|---|---|
| Year Three Expenditures 10/1/2025 – 3/31/2026 | | | | |
| | **District** | **04M372** | **02M529** | **06M293** | **Total Costs** |
| 1. Personnel | $261,113 | $334,154 | $161,285 | $299,175 | $1,055,727 |
| 2. Fringe Benefits* | $116,326 | $126,958 | $68,496 | $98,667 | $410,447 |
| 3. Travel | $2,554 | $3,322 | $2,066 | | $7,942 |
| 4. Equipment | | | | $10,575 | $10,575 |
| 5. Supplies | $24,999 | $75,118 | $57,182 | $43,418 | $200,717 |
| 6. Contractual | $164,245 | $55,005 | $13,501 | $99,641 | $332,392 |
| 7. Construction | $0 | $0 | $0 | $0 | $0 |
| 8. Other | $1,900 | $0 | $4,200 | $35,211 | $41,311 |
| 9. Total Direct Costs (lines 1-8) | $571,137 | $594,557 | $306,730 | $586,687 | $2,059,111 |
| 10. Indirect Costs** | $17,133 | $17,837 | $9,202 | $17,601 | $61,773 |
| 11. Training Stipends | $0 | $0 | $0 | $0 | $0 |
| 12. Total Costs (lines 9-11) | $588,270 | $612,394 | $315,932 | $604,288 | $2,120,884 |

*Fringe benefit amounts are calculated at FY26 rates – 45.83% on pedagogue salaries, 20.76% on per session, and 8.15% on per diem for FY26.

**The indirect cost reported above $61,773 reflects the FY26 indirect cost of 3.0% on the year three direct expenditure $2,059,111. The indirect cost rate that District 04 applies to federal grant programs is determined by the New York City Department of Education and approved by the New York State Department of Education,

USDOE-Contiunation_000332

PR/Award # S165A230011

| NYC District 4 Budget Report by Location | | | | |
|---|---|---|---|---|
| Year Three Projection 4/1/2026 – 9/30/2026 | | | | |
| | District | 04M372 | 02M529 | 06M293 | Total Costs |
| 1. Personnel | $0 | $0 | $0 | $0 | $0 |
| 2. Fringe Benefits* | $0 | $0 | $0 | $0 | $0 |
| 3. Travel | $0 | $0 | $0 | $0 | $0 |
| 4. Equipment | $0 | $0 | $0 | $0 | $0 |
| 5. Supplies | $0 | $0 | $0 | $0 | $0 |
| 6. Contractual | $0 | $0 | $0 | $0 | $0 |
| 7. Construction | $0 | $0 | $0 | $0 | $0 |
| 8. Other | $0 | $0 | $0 | $0 | $0 |
| 9. Total Direct Costs (lines 1-8) | $0 | $0 | $0 | $0 | $0 |
| 10. Indirect Costs** | $0 | $0 | $0 | $0 | $0 |
| 11. Training Stipends | $0 | $0 | $0 | $0 | $0 |
| 12. Total Costs (lines 9-11) | $0 | $0 | $0 | $0 | $0 |

*Fringe benefit amounts are calculated at FY26 rates – 45.83% on pedagogue salaries, 20.76% on per session, and 8.15% on per diem for FY26.

**The indirect cost reported above $0 reflects the FY26 indirect cost of 3.0% on the year three direct expenditure $0. The indirect cost rate that District 04 applies to federal grant programs is determined by the New York City Department of Education and approved by the New York State Department of Education.

USDOE-Contiunation_000333

PR/Award # S165A230011

| Budget Categories | Carryover from Previous Budget Period | Approved Budget | Expenditures | Anticipated Costs | Carryover to Future Budget Period |
|---|---|---|---|---|---|
| *Reporting Period:* | *Start: 10/1/23* *End: 09/31/24* | *Start: 10/01/25* *End: 09/30/26* | *Start: 10/01/25* *End: 03/31/26* | *Start: 04/01/26* *End: 09/30/26* | *Start: 10/01/26* *End: 9/30/27* |
| Personnel | $1,089,642 | $0 | $1,055,727 | $0 | $0 |
| Fringe Benefits* | $518,984 | $0 | $410,447 | $0 | $0 |
| Travel | $8,000 | $0 | $7,942 | $0 | $0 |
| Equipment | $54,926 | $0 | $10,575 | $0 | $0 |
| Supplies | $22,892 | $0 | $200,717 | $0 | $0 |
| Contractual | $117,926 | $0 | $332,392 | $0 | $0 |
| Construction | $0 | $0 | $0 | $0 | $0 |
| Other | $7,325 | $0 | $41,311 | $0 | $0 |
| Total Direct Costs | $1,819,695 | $0 | $2,059,111 | $0 | $0 |
| Indirect Costs** (2.9%) | $54,591 | $0 | $61,773 | $0 | $0 |
| Training Stipend | $0 | $0 | $0 | $0 | $0 |
| Total Costs | $1,874,286 | $0 | $2,120,884 | $0 | $0 |

*Fringe benefit amounts are calculated at FY26 rates – 45.83% on pedagogue salaries, 20.76% on per session, and 8.15% on per diem for FY26.

**The indirect cost reported above $61,773 reflects the FY26 indirect cost of 3.0% on the year three direct expenditure $2,059,111. The indirect cost rate that District 07 applies to federal grant programs is determined by the New York City Department of Education and approved by the New York State Department of Education.

| Budget Categories | Carryover from Previous Budget Period | Approved Budget | Expenditures | Anticipated Costs | Carryover to Future Budget Period |
|---|---|---|---|---|---|
| *Reporting Period:* | *Start: 10/1/23* *End: 09/31/24* | *Start: 10/01/25* *End: 09/30/26* | *Start: 10/01/25* *End: 03/31/26* | *Start: 04/01/26* *End: 09/30/26* | *Start: 10/01/26* *End: 9/30/27* |
| Personnel | $1,089,642 | $0 | $1,055,727 | $0 | $0 |
| Fringe Benefits* | $518,984 | $0 | $410,447 | $0 | $0 |
| Travel | $8,000 | $0 | $7,942 | $0 | $0 |
| Equipment | $54,926 | $0 | $10,575 | $0 | $0 |
| Supplies | $22,892 | $0 | $200,717 | $0 | $0 |
| Contractual | $117,926 | $0 | $332,392 | $0 | $0 |
| Construction | $0 | $0 | $0 | $0 | $0 |
| Other | $7,325 | $0 | $41,311 | $0 | $0 |
| Total Direct Costs | $1,819,695 | $0 | $2,059,111 | $0 | $0 |
| Indirect Costs** (2.9%) | $54,591 | $0 | $61,773 | $0 | $0 |
| Training Stipend | $0 | $0 | $0 | $0 | $0 |
| Total Costs | $1,874,286 | $0 | $2,120,884 | $0 | $0 |

*Fringe benefit amounts are calculated at FY26 rates – 45.83% on pedagogue salaries, 20.76% on per session, and 8.15% on per diem for FY26.

**The indirect cost reported above $61,773 reflects the FY26 indirect cost of 3.0% on the year three direct expenditure $2,059,111. The indirect cost rate that District 07 applies to federal grant programs is determined by the New York City Department of Education and approved by the New York State Department of Education.

# U.S. Department of Education

**Washington, D.C. 20202-5335**



## MSAP Annual Performance Report
**CFDA # 84.165A**
**PR/Award # S165A230012**
**Budget Period # 3**
**Report Type: Annual Performance**

PR/Award # S165A230012



## U.S. Department of Education
## Grant Performance Report Cover Sheet (ED 524B)
*Check only one box per Program Office instructions.*
[✓] Annual Performance Report   [  ] Final Performance Report

OMB No. 1855-0025
Exp. 02/28/2025

**General Information**

1. PR/Award #:  S165A230012

2. Grantee NCES ID#:  3600084

*(Block 5 of the Grant Award Notification - 11 characters.)*        *(See instructions. Up to 12 characters.)*

3 Project Title:  The Bronx Inter-District Magnet Consortium Program

*(Enter the same title as on the approved application.)*

4. Grantee Name *(Block 1 of the Grant Award Notification.):* NYC Department of Education - Community School District 7

5. Grantee Address *(See instructions.)*

6. Project Director *(See instructions.)* Name: Shannon Lynch                     Title:

   Ph #: ( 718 )  968  -  6180     Ext: (     )          Fax #: (     ) _____ - _____

   Email Address:  Slynch2@schools.nyc.gov

**Reporting Period Information** *(See instructions.)*

7. Reporting Period:   From:  10 / 01 / 2025   To:  03 / 31 / 2026     (mm/dd/yyyy)

**Budget Expenditures** *(To be completed by your Business Office.  See instructions.  Also see Section B.)*

8. Budget Expenditures

|  | **Federal Grant Funds** | **Non-Federal Funds** *(Match/Cost Share)* |
|---|---|---|
| a. Previous Budget Period | $2,741,671.00 | $0.00 |
| b. Current Budget Period | $1,704,019.00 | $0.00 |
| c. Entire Project Period *(For Final Performance Reports only)* | $0.00 | $0.00 |

**Indirect Cost Information** *(To be completed by your Business Office.  See instructions.)*

9. Indirect Costs

   a. Are you claiming indirect costs under this grant?  ✔ Yes ___No

   b. If yes, do you have an Indirect Cost Rate Agreement approved by the Federal Government?  ✔ Yes ___No

   c. If yes, provide the following information:

   Period Covered by the Indirect Cost Rate Agreement:  From:  07 / 01 / 2025   To:  06 / 30 / 2026  (mm/dd/yyyy)

   Approving Federal agency:  ✔ ED  ___Other *(Please specify)*: _____

   Type of Rate *(For Final Performance Reports Only)*: ___ Provisional ___ Final ___ Other *(Please specify)*: _____

   d. For Restricted Rate Programs (check one) -- Are you using a restricted indirect cost rate that:

   ✔ Is included in your approved Indirect Cost Rate Agreement?

   ___ Complies with 34 CFR 76.564(c)(2)?

**Human Subjects (Annual Institutional Review Board (IRB) Certification)** *(See instructions.)*

10.  Is the annual certification of Institutional Review Board (IRB) approval attached?  ✔ Yes ___ No ___ N/A

**Performance Measures Status and Certification** *(See instructions.)*

11. Performance Measures Status

   a. Are complete data on performance measures for the current budget period included in the Project Status Chart? ___Yes ✔ No

   b. If no, when will the data be available and submitted to the Department? 10 / 31 / 2026  (mm/dd/yyyy)

12. To the best of my knowledge and belief, all data in this performance report are true and correct and the report fully discloses all known weaknesses concerning the accuracy, reliability, and completeness of the data.

Roberto Padilla

Title: Superintendent

Name of Authorized Representative:

Signature:

Signed by:
ACA5BFDB2181456...

Date:  5/13/2026

ED 524B

USDOE-Contiunation_000337

PR/Award #S165A230012

Docusign Envelope ID: 32ED8A35-57BA-84F6-8251-7A9B15EC9A97



Kristy Dela Cruz
Community Superintendent District 4
160 East 120 Street
Manhattan, NY 10035

Magnet Schools Assistance Program (MSAP)
U.S. Department of Education
Office of Elementary and Secondary Education
400 Maryland Avenue, SW Washington, D.C. 20202

May 11, 2026


Re: NYC MSAP District 4 (4, 2, 6) Desegregation Plan

Dear MSAP Program Office:

This letter is to verify that MSAP District 4 (4, 2, 6) Manhattan Inter-district Magnet Consortium (District 4 Lead) operates under the desegregation plan that was submitted with the initial MSAP application. There have been no changes to the voluntary desegregation plan.


Respectfully submitted,

Signed by:

34A1640D61BB4C2...

Kristy Dela Cruz, District 4 Superintendent

**CSD 7-10-11 Bronx Inter-district Consortium MSAP PY3 APR Executive Summary**
**PR/Award # PRS165A230012**

The District 7-10-11 Bronx Inter-District Consortium's work was significant and impactful during Project Year 3, despite significant challenges caused by delays in access to MSAP carry-over funds and the discontinuation of all new monies. While these funding disruptions impacted implementation, the schools continued to make meaningful progress across all pillars of magnet design.

**Background and Context**

The sudden discontinuation of magnet funding at the start of PY3 can only be fully understood within the context of the differing timelines between the D7-10-11 magnet schools and the federal fiscal calendar. Although the U.S. Department of Education's fiscal year begins on October 1, NYC public schools begin classes nearly a month earlier. In order to be fully operational by the first day of school in September, the D7-10-11 schools must complete major planning, hiring, purchasing, and contracting during the preceding spring and summer months.

As a result, by the time PY3 officially began in October, the magnet schools had already made commitments based on the expectation that funding would continue. Staff had been hired, vendors and contracts secured, instructional programs launched, and students enrolled with the understanding that magnet services and opportunities would proceed as planned.

When funding was suddenly discontinued without prior notice, schools were placed in an extremely difficult position. With the school year already underway and major operational decisions finalized, there was little time or financial flexibility to revise plans or absorb the sudden loss of funding without causing significant disruption to students, staff, families, vendors, and community partners.

**Challenges**

The delay of Magnet funds in Year 3 of the Bronx Inter-district grant created a cascading set of disruptions that touched nearly every dimension of the D7-10-11 consortium: Student enrichment, family engagement, professional development, community outreach, innovative curriculum, and access to career-connected pathways were all affected by the sudden loss of funding and uncertainty surrounding program continuity.

This forced schools to cancel celebrations or scale back events, narrowing their reach and diminishing their impact. After-school programming and planning for Project-Based Learning initiatives were forced to be suspended, disrupting student engagement and impeding learning. Professional development opportunities were also affected, as several planned training series could not move forward, shortening implementation timelines and limiting staff access to sustained support and coaching.

At **07X223 Magnet School of Career Connected Learning (the Lab School)**, the staff began the year with a loss of one of their magnet-funded resource teacher positions. Leadership did not move to replace the position because of funding uncertainties surrounding the grant. Consequently, this reduced the school's capacity to support, nurture and strengthen programs across the middle school grades, which was a primary focus of the project.

A major challenge at **11X433 Magnet School for Aspiring 21st Century Educators and Leaders (Teaching & Professions)** was ensuring consistent magnet theme integration across all subject areas.

PR/Award #S165A230012

While some departments successfully implemented theme-based units, the disruption in funding restricted the school's ability to provide additional planning time and professional development with industry experts. This slowed the school's progress toward achieving full, meaningful magnet theme integration across all disciplines. Teachers continue to work toward ensuring the magnet theme is embedded in schoolwide instruction, but momentum was lost and progress has been slowed.

In addition, plans for magnet-themed specialty spaces were placed on hold with no guarantee that projects would continue. Spaces such as a media lab and arts studio to enhance career-connected learning at **11X418 The Bronx Magnet High School for Innovation through Visual Art (BHSVA)** require long-term investment in specialized equipment, infrastructure, training, and ongoing operational support to be fully implemented and sustainable. Without stable and reliable MSAP funding, these projects could not move forward as intended, leaving portions of the initial infrastructure unfinished or underutilized.

Among the most disheartening setbacks was the suspension of a planned partnership with BMCC that had been developed through nearly two years of planning and collaboration. The partnership would have provided students across the Bronx Inter-district Magnet Schools with access to college-level Career and Technical Education (CTE) coursework, creating a pathway for students to earn up to two years of college credit - or potentially an Associate's degree - at no cost to their families. However, without the funding necessary to support initial training and implementation, the partnership could not move forward.

Recruitment and outreach efforts were similarly constrained, pushing the schools toward an over-reliance on digital marketing and limiting their physical presence in the communities they most need to reach. Taken together, these disruptions did not simply delay the schools' progress, they interrupted relationships, narrowed opportunities, and forced the cohort to make painful choices between priorities that should never have been in competition with one another.

**Successes**

Under these challenging circumstances, the fact that the Bronx Inter-district Consortium continued to progress - and achieve - is a testament to the resilience and resourcefulness of the D7-10-11 leadership and staff. Despite the setbacks they faced, all of the schools have expanded their college offerings and exposure to career and work-based opportunities.

For example, **The Lab School 07X223** has continued its strong increase in the number of students earning college credits this year through partnerships with CUNY Hostos and non-funded partners from the National Education Opportunity Network. The school expanded the number of offerings that take place during the G Block in students' schedules so that students in grades 11-12 can be released on Mondays and Wednesdays during school hours to walk to Hostos Community College and take college courses in both the fall and spring terms. 41 students received credit for fall semester courses. 34 students are enrolled in spring semester courses. The school also expanded use of the January Term in 2026 so that 79 10th graders received college credit for CUNY First Year Seminar, and 99 11th-12th graders received college credits in January at Hostos. As for career-connected and work-based opportunities, for the past several years, The Lab School's 10th graders have participated in visits to corporations during the Career Discovery Week initiative of Future Ready NYC (non funded partners). This year, they were able to create a similar experience for all 9th grade students to visit a business or nonprofit organization for

career exposure. Additionally, last year, the school had three workplace challenges, where students had opportunities to gain real world, work based experiences with professionals in that respective field to solve a problem.  These challenges were spread throughout the school year, but this year they expanded it to four. They added a workplace challenge experience during the school day for their 11th and 12th grade Spanish language concentration students through a collaboration with Hire Cause. The Hire Cause Fellowship is a 5-week experiential learning program that empowers your students in grades 7-12 to grow professional skills through service-internship projects that raise awareness and money for the charity of their choice.  As a result, all of their HS students have access to career-connected curriculum through either business, computer science, or Spanish. The school also added a workplace challenge-style activity for 8th graders during their "mentoring" period, and significantly increased the number of 11th and 12th grade students with summer and school-year internships by partnering with Futures and Options (a nonprofit that acts as an intermediary in placing students in internships), as well as with the Bronx's Third Avenue Business Improvement District, known as the HUB. The HUB Third Avenue Business Improvement District (BID), established in 1988, promotes the growth, vitality, and visibility of the premiere shopping destination in the Mott Haven area of the South Bronx. Programs retail services, sanitation, and public safety that augment the city's own services, small business development services, streetscape and open space improvements, horticulture installations, robust public programming, event planning, and visitor services

A major success for **Teaching & Professions 10X433** in Year 3 has been the expansion and formalization of their teaching-focused course sequence, which now provides a coherent, developmentally aligned pathway for students interested in careers in education. The course sequence begins with 9th grade AVID (Advancement Via Individual Determination)/Career Exploration, followed by 10th grade Intro to Teaching and Learning, 11th grade Child Development, and 12th grade Instructional Practices and Teaching Practicum. A key strength of this sequence is the emphasis on applied learning and authentic teaching experiences. Students in grades 10–12 also have access to college-level coursework, further strengthening the rigor and relevance of the pathway. By 12th grade, all students complete at least one paid teaching or leadership experience. While funded through a separate grant, these placements directly support our magnet theme by providing authentic, career-aligned experiences that bridge theory and practice. Together, this sequence ensures that students are not only learning about education, but actively practicing and refining their identities as future educators and leaders.

At **BHSVA 11X418** one of the school's most significant areas of growth in PY3 has been the expansion of real-world learning experiences for students. The school increased the number of students participating in internships and work-based learning placements, giving more of them direct exposure to professional environments aligned with their CTE pathways. Equally important, they strengthened the documentation processes that support these experiences which created clearer systems for tracking student participation. This back-end work may be less visible than the experiences themselves, but it is essential to the credibility and scalability of the school's work-based learning program moving forward.

### Recruitment

A lesson learned from PY2's recruitment efforts is that there is little time at the start of the school year to launch effective recruitment before applications are due. This means that by the time schools reopen each September, recruitment and marketing season is at its peak**.** Therefore, magnet teams need to return from

PR/Award #S165A230012

the summer ready to jump into recruitment immediately. As a consequence of this compressed timeline, it is best to plan and implement marketing activities from June-September and launch recruitment from October-November. This way all planning is finished by mid-September and schools can immediately implement open houses, tours, Meet & Greets, and more, when students return from summer vacation.

Due to funding inconsistencies at the start of PY3, however, recruitment teams were forced to cancel or scale back some of their activities. With limited funding for marketing and recruitment materials and professionals who could assist with the development and implementation of effective strategies and systems design, the schools' efforts - though commendable - were not what they might have been. Reduced access to printed marketing materials meant that the cohort's physical presence in feeder schools and community spaces was diminished. Staffing limitations further affected capacity to attend fairs, host tours, and conduct the kind of consistent, relationship-based outreach that moves the needle on enrollment. Moving forward, restoring dedicated funding for recruitment activities is essential to ensuring that the magnet program provides the high-quality educational choices to families it was designed to offer.

Despite these challenges, as part of an ongoing strategy to increase enrollment and meet specific recruitment goals, the schools have implemented several key outreach activities and initiatives:

At **The Lab School 07X223** the school community is revamping its website to highlight school strengths and developing orientation videos connected to a new landing site for recruitment and retention of students over the summer. Staff has taken part in in-person visits to district and charter elementary schools, including additional principal visits to main feeder schools to recruit and later, welcome, incoming students. The school has conducted outreach to Magnet elementary schools to recruit 6th graders interested in continuing their magnet education, reached out to local communities of worship, and hosted both in-person and online open houses. Other, more innovative, ways they've interacted with District elementary students was through a High School Heroes program they developed where 10th grade finance students visited elementary schools to teach financial literacy, and by hosting the District 7 elementary school basketball tournament. The school has also conducted several community events for both current and prospective families to recruit extended family members and family friends of current students. Events included aThanksgiving Giveaway, Holiday Kickoff Meal, Family Field Trip, and Eid Celebration. Finally, the school worked to improve its social media presence by hiring an alum as a social media coordinator to increase their social media presence, training students to work with their social media coordinator, and by working with NYC Public Schools Office of Student Pathways to promote 07X223's innovative work through the office's social media platforms.

At **Teaching & Professions 10X433** the magnet team worked to expand outreach beyond district boundaries by participating in multiple high school fairs outside of the school's immediate district to broaden awareness of their Magnet status and attract a more diverse applicant pool. They have also tried to assign dedicated recruitment personnel to help plan and implement these efforts. Although this has been very difficult without magnet funds to cover the cost of teacher per session work, the school has tried to bridge some of the gaps by designating a school community coordinator to dedicate part of her workday to recruitment efforts, with a particular emphasis on engaging prospective students and families from neighboring districts. Additionally, they are trying to from strategic partnerships with District

Leadership, and have been actively collaborating with the Superintendent of Middle Schools to create a plan that increases the school's visibility and presence at local middle schools. This includes the development of tailored events and student engagement opportunities designed to build early interest and support a sustainable recruitment pipeline. This is a challenge with limited magnet funding for marketing and recruitment materials and professionals who can assist with website enhancement and both traditional and digital marketing strategies, but the effort continues.

Staff from **BHSVA 11X418** participated in high school fairs as a primary avenue for direct student recruitment. These events are among the school's most valuable opportunities to connect face-to-face with prospective students and their families to share their story, showcase their college and career pathways, and make the kind of personal impression that digital outreach simply cannot replicate. The school's presence at these fairs allowed them to speak directly to the students they most want to reach: those who are drawn to creative, career-connected learning but may not yet know that a school like BHSVA exists. However, staffing limitations constrained how consistently and broadly they were able to participate, and there were face-to-face opportunities the school was unable to pursue as thoroughly as they would have liked. However, the school is hoping for funding and is actively planning to expand their summer outreach efforts in ways that place prospective students directly inside the program's culture and community. If funding is obtained, the summer of 2026 will mark the school's third annual Art Boot Camp, a signature experience that has become an important touchpoint for introducing incoming and prospective students to BHSVA's art-centered identity. Building on that foundation, they are also launching a newly designed week-long Marketing Camp - a focused, hands-on immersive experience that will give participants direct exposure to one of the school's Business and Marketing FutureReady Pathways. Both programs serve a dual purpose: they provide meaningful enrichment for the students who attend, while also functioning as powerful recruitment tools, allowing young people to experience firsthand what learning looks like at BHSVA. Expanding these summer opportunities reflects the school's commitment to meeting prospective students where they are and giving them a solid reason to choose BHSVA.

**Student Achievement**

By the end of last year, all D7-10-11 magnet schools had developed Graduate Profiles that outlined the knowledge, skills, and dispositions students must attain upon graduation from each magnet school. The schools had also begun developing Signature Experiences, which are a core component of the Program Design Framework, which are unique student experiences tied to the schools magnet theme and are a hallmark of the school's instructional program. The school's Signature Experiences are correlated to the school's graduate profile and help students practice and achieve those profile goals. Additionally, all magnet students participated in at least two PBL units of study that aligned to current standards and the school's magnet theme. Some teachers began to facilitate student-led Paideia seminars in their classrooms linked to magnet themed units, and the magnet schools established several new electives, enrichments, and clubs to excite and inspire students based on their individual talents and interests.

By the start of PY3, the cohort gained momentum from these accomplishments, and was ready to build on these achievements, when MSAP funding was abruptly discontinued. Agreements with District partners from Grandview Stack, PBLWorks, The National Paideia Center, and CKing Ed to develop Signature Experiences, deepen PBL units, and expand Paideia seminar programs had to be canceled. Contracts with school-based partners and vendors to build specialty spaces and provide expert training to both teachers

and students were halted, and key partnerships supporting newly established electives, clubs, college-connected enrichments, and work-based opportunities were suspended.

Although all magnet sites continue to provide access to college-level courses, career experiences, and college credit-bearing opportunities - along with multiple supports to help students with special needs and struggling learners to succeed in these offerings - a promising dual-enrollment collaboration with BMCC, discussed earlier in this narrative, had to be put on hold.

Although the Bronx cohort is successfully sustaining - and in some cases growing - certain innovative aspects of their programs to promote student achievement, all of the MSAP funded partnerships that were put on hold had the potential to profoundly impact the development of new pathways, specialty spaces, core curricular and instructional practices, innovative scheduling, hiring, and development of staff with the skills and expertise necessary to implement new programs and design systems and structures to sustain them in the long-term.

Despite these challenges, all of the schools have made commendable strides in promoting student achievement.

The **Lab School 07X223** offers three pathways in high school: finance, computer science, and Spanish language, all of which are career-connected. The school also provides after school interventions for reading and math, grades 6-8, after school tutoring, online on-demand tutoring from Practice, in-class tutors from Practice and Follow Us, whole-staff PD on career-connected learning and project based learning, teacher coaching in all five core subjects (including computer science) from Literacy and Math Matters consultants, Metamorphosis Math, and Advancing Literacy. However, this year one of the things the school is most proud of is the development of a 9th grade workplace challenge experience (described in the Successes section) where students have the opportunity to work on a career-connected project and visit a business or nonprofit organization for career exposure. The Lab School 07X223 also launched a collaboration with the NYC Department of Transportation in which students in their 9th period Career Lab course helped redesign a major intersection in the neighborhood and presented their work to the local Community Board.

At **Teaching & Professions 10X433,** one of the school's  most impactful accomplishments has been deepening their implementation of the PBL model and Graduate Profile, both of which teachers began in project years 1 and 2. This year, the school's magnet funded Resource Specialist and Site Coordinator used the school's Graduate Profile for professional learning sessions and began to introduce attribute-specific rubrics to teachers. The goal is to ensure the Graduate Profile permeates across grade levels, giving teachers and students a clearer, more consistent way to achieve and measure growth. For example, students act as Advocates in the 9th grade, Educators in the 10th grade, Innovators in the 11th grade and Leaders in the 12th grade. Alongside this work, the school launched a unified PBL model after training all staff through the school's PBL feedback support and in-house professional learning series. As a result, PBL is now fully embedded across the school. Each grade level participates in two PBL units per class, meaning students engage in approximately 8–12 high-quality, theme-aligned PBL experiences

throughout the year. This has created a more coherent, rigorous, and engaging learning environment. Unfortunately, funding challenges prevented the school from hiring external professionals to support the development of Graduate Profile-aligned rubrics and other specialized PBL curriculum work. As a result, magnet staff had to take on a substantial amount of independent research and planning outside of the school day. While their commitment has allowed progress to continue, this approach is not sustainable and limits opportunities for collaboration, shared expertise, high-quality product development.

At **BHSVA 11X418** perhaps the most ambitious and distinctive success of Year 3 has been the development and execution of a year-long Project-Based Learning course centered on intergenerational community-building within its local community district. The course pairs students with elder community members, inviting young people to listen deeply, document carefully, and tell stories that might otherwise go untold. The experience culminates in the production of an 80-page coffee table book and a corresponding website - both student-authored - as well as a mini-documentary produced through our Media Production program that captures the arc of the process itself. The scope, intentionality, and community impact of this project reflects exactly the kind of meaningful, arts-integrated learning the magnet program was designed to make possible. The work was featured at the 2026 Magnet Schools of America Conference in San Diego, bringing national visibility to what their students, staff, and community partners have built together. In addition, BHSVA has continued to sustain its Marking Period Award Ceremonies to build a consistent culture of recognition and reinforce the connection between attendance and academic achievement. The school's WIN (What I Need) Strategic Reading Program continues to be a meaningful vehicle for promoting literacy and academic growth, and their social media platforms continue to promote student recognition. Despite the funding constraints this year, they continued to use the school's social media presence as a consistent and accessible stage for celebrating student creativity and achievement. Their "Found Art Friday" series gave student artists regular visibility, reinforcing the message that creative work is valued and worth sharing with the world. Beyond the arts, the school's platforms captured highlight reels from school award ceremonies, documented important events, and celebrated one of BHSVA's most notable achievements of the year: an honorable mention awarded to students for their documentary, *Teen Anxiety*, recognized at the annual F. John Outcalt Award Screening at Warner Bros. Discovery in Hudson Yards and presented by Reel Works. This recognition brought meaningful external validation to their students' work and demonstrated the real-world impact that a well-resourced media production program can have on student achievement, confidence, and aspiration.

## Family Engagement
Despite the schools' genuine commitment to family engagement, the disruption in funding significantly limited their ability to deliver the full scope of programming they had planned.

**The Lab School 07X223** held several family engagement activities in PY3 including: Monthly in-person meetings, each with a different focus and presenter; monthly Zoom meetings;  in-person parent-teacher conferences; holiday grab and go food and gift distributions; monthly food pantry and food distributions; cultural celebrations, including International Holiday Kickoff  Brunch and an Eid community celebration coming in late May; Mother's Day Celebration; and Lunch with Lincoln - a chance to eat and talk with the principal.

At **Teaching & Professions 10X433,** the school has successfully engaged families through various initiatives, ensuring their voices were heard and represented in decision-making processes. Some of the key successes and structures in place include: the hiring of a new Parent Coordinator who has built strong relationships with parents, fostering trust and open communication; an informational night to ensure all parents understood the thematic supports being offered, promoting transparency and engagement; continuous communication with families through letters, the school website, teach hub and social media, keeping parents informed and involved; a PGC Family Brunch and Family Night, providing a relaxed setting for families to connect and engage with school staff; the parent coordinator held regular parent association meetings to encourage active participation in school governance; a Thanksgiving potluck, celebrating community and gratitude; cultural celebrations such as the Eid celebration lunch and tea party for Women's History Month to honor different cultures and histories, celebrations for mothers, fathers, and guardians to recognize their vital roles in our community; an end-of-school-year ice cream party to celebrate the achievements and hard work of students and families; and open communication channels to provide parents with volunteering opportunities for various events, fostering a sense of ownership and involvement.  In addition, the Parent Coordinator acts as a liaison between the school and families, ensuring parents' concerns and suggestions are communicated effectively and the school holds parent association meetings and other parent meetings to provide platforms for parents to voice parent opinions and contributes to decision-making processes.  The school also conducted surveys and gathered feedback from parents to understand their needs and preferences, which informs school policies and initiatives, and maintained open and transparent communication channels through various mediums to keep parents informed and engaged in school activities and decisions.

At **BHSVA 11X418,** with the Magnet funds available to them in PY3, the school made intentional investments in bringing families closer to their programs. They opened the school year with pathway-specific family nights for Media Production, Graphic Design, and Business and Marketing; these events gave families a direct window into what their students were learning and where those skills could lead. The evenings helped build the kind of informed family investment that strengthens both enrollment and student persistence. Most recently, the school held an Art Award Night to recognize student artists for their contributions to school culture and classroom engagement. It was a celebration that honored not just technical skill but the role students play in shaping the identity of the school community.

**Professional Development**
Professional development experiences at the D7-10-11 magnet schools are designed to empower teachers to enhance their practice, collaborate with peers, and build sustainable magnet programs that foster student success. Despite limited funding, all magnet teachers at the D7-10-11 schools are still on-track to received a minimum of 50 hours of professional development per teacher, this year. At least 1.5 of those hours per week are provided through regularly scheduled Monday afternoon learning sessions, and an additional 18 of those hours will be provided through mandated Chancellor's Professional Development days throughout the course of the school year.

Although professional development has continued despite the funding disruption, its scope and delivery have changed significantly. Limited and unreliable funding reduced the team's capacity to provide large-scale professional learning opportunities centered on magnet themes and facilitated by industry professionals with specialized expertise in their respective fields.

In addition, many of our professional development initiatives were designed as comprehensive, multi-year efforts. As a result, the cohort was forced to suspend phased, long-range professional learning activities, and schools were compelled either to discontinue learning cycles midstream or continue implementation without the professional resources and personnel necessary to fully support the work. This created additional strain on magnet-funded site coordinators and specialists, teacher leaders, administrators, and Central Magnet staff, many of whom worked extended hours - often on their own time - to sustain programming and support schools. Ultimately, these challenges slowed progress, disrupted continuity, diminished institutional momentum, and weakened the long-term sustainability of several initiatives.

Despite these challenges, the D7-10-11 cohort remained intact and committed to sustaining this work. Magnet leadership shifted and found strategic and innovative ways to continue building teacher capacity. The Central Team developed a new PD series capitalizing on the expertise that already existed within NYC Magnet Schools. Teachers and staff from current and former MSAP schools came together to lead timely, and relevant teacher-led professional learning sessions that provided a powerful forum for magnet educators to share best practices and support each other to solve common challenges.

The series was highly successful. Participation was strong, and educators consistently shared how valuable it was to learn directly from fellow NYC teachers working in similar school communities. The sessions highlighted innovative classroom practices across the network, strengthened collaboration between schools, and reinforced a sense of shared professional community among magnet educators. Most importantly, classroom observations and site visits throughout PY3 demonstrated that, despite significant funding challenges, schools continued to strengthen and sustain meaningful magnet practices.

The individual D 7-10-11 schools also shifted to meet the moment. The  disruption in funding limited the pace of implementation. The schools had to prematurely shift into maintenance of systems and internal leadership structures, rather than continued expansion of their magnet program.

HS math teachers from **The Lab School 7X22,** attended the Math Exchange Performance Standards Consortium's monthly PD with teachers from other Consortium schools and a Metamorphosis coach visited throughout the year to coach middle school math teachers. The school worked with an Advancing Literacy coach who visited several days during the year to coach ELA teachers.  The school's Future Ready NYC coach supports the school's Magnet team and whole school PD with career-connected and work-based learning.  Paraprofessional coaching was implemented to identify the best paras for assigned students' needs and to support whole classroom operations. The school implemented ongoing monitoring and follow-up from the administrative team and from coaches who visited and met with teachers on a regular basis. In addition, these teams conducted in-house surveys to follow up with teachers.

At **Teaching & Professions 10X433,** the professional learning efforts were significantly impacted by the disruption in Magnet funding, which created challenges in maintaining momentum and deepening staff expertise. This interruption, combined with the rollout of newly mandated curricula, made it more difficult to consistently integrate the school's magnet theme across content areas and fully embed it into the ethos of the school. Despite these challenges the school maintained a structure of targeted, differentiated professional learning, organizing teachers into small groups based on identified needs in areas such as literacy, student engagement, and feedback/competency-based grading. These focus areas were informed by intervisitations, classroom observations, and teacher feedback, ensuring that professional learning remained responsive and relevant. Professional learning continued through: Weekly

full-staff professional learning sessions focused on high-leverage instructional practices and thematic integration; a Professional Development Committee, which met weekly to plan, refine, and adapt sessions based on emerging needs; and ongoing opportunities for teachers to collaborate, implement strategies, and reflect on student work, even within the constraints of time and resources.

**BHSVA 11X4** has continued to provide effective PD in PY3 through: Instructional Coaching focused on the school's ICT teachers; Pathway-Specific Coaching**,** providing targeted coaching through Vivid Voice partners to support the unique needs of the school's Media Production and Graphic Design pathway programs and their teachers; and sending staff from each department to participate in the Central Magnet Team's Magnet Wednesdays professional development series, with attendees responsible for turnkeying what they learned within their respective departments. Padlet and Canva emerged as standout tools, quickly becoming classroom favorites among several teachers. While the professional learning series, called "Deirdre and Friends," did not launch until Term 2 due to the discontinuation of Magnet grant funds, participants actively applied and shared these tools as creative instructional resources. In addition, the school's Magnet Site Coordinator facilitated a session on Canva and AI Gaming and is scheduled to present later in May on building a student-led social media club, further extending the reach and sustainability of this professional learning. The withholding of Magnet grant funds had a direct impact on the delivery of professional development this year. Most notably, the Magnet Wednesdays PD series was postponed and did not begin until Term 2, limiting the number of sessions available and compressing the timeline for teachers to apply and practice new skills.

### Strategies to Increase Diversity through SES

The Bronx Inter-district Consortium is aligned with the Chancellor's vision for a revamped student experience that emphasizes career-connected learning. The aim is to help students achieve long-term economic security. Each D7-10-11 magnet school is in the process of creating innovative, theme-based programs that provide college access, rigorous instruction, and enrichment activities to all students. The three magnet high schools plan to attract a more diverse population through unique thematic programs that offer early college access and career pathways. A targeted approach to outreach and recruitment is designed to message the academic and economic opportunities offered by attending a magnet school. By creating a magnet pipeline for K-12 education, magnet elementary and middle school families, as well as any other family, can now choose a magnet middle school and/or high school that offers compelling, rigorous, and innovative theme-based programs and partnerships. These programs provide access to college-level courses, career experiences, and college credit accumulation, resulting in up to an Associate's degree or two years of college credits at no cost to students or families. The District 7, 10, 11 schools have choice-based enrollment pathways for cross-district, borough, and citywide student entry, fostering integration and reducing MGI. The secondary school pathways will build upon current and sustained early grade magnet schools in the district, borough, and city, thereby creating a K-12 magnet pipeline.

### Sustainability and Lessons Learned

Perhaps the most enduring lesson of Year 3 is that the greatest resource the cohort has is the people already in the buildings.  Their skills, their relationships, their commitment to students, and their willingness to step up when external support was unavailable, made the continuation of magnet work possible under very difficult circumstances. Staff members from each school who had developed

expertise in tools like Canva, Cricut, Adobe professional products, and Padlet became informal instructors for their colleagues. Relationships with partners that had been built over the last two years became the professional connections that held the schools' student opportunities intact. The teachers and leaders within each school leaned into their roles with creativity and flexibility, finding ways to deliver meaningful experiences for students and families even within significant constraints. This lesson has reshaped how the cohort thinks about program design and sustainability. While the schools absolutely intend to restore and expand their use of external partners, vendors, and enrichment providers if funding continues - and we believe the project has proven its worth - the cohort is also committed to building a program that does not collapse when those supports are delayed or reduced. That means continuing to invest in staff development so that expertise lives inside the schools' walls. It means documenting what works so that institutional knowledge is preserved regardless of staffing changes, and it means honoring the culture of collaboration and mutual support that carried the D7-10-11 consortium through this year.

Operating under delayed and decreased funding was genuinely difficult, and the impact on students, families, and staff was real. The uncertainty of funding and support over the next three years compromises the thoughtful development and implementation of the program.

PR/Award #S165A230012

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

**1   Project Objective**
To reduce MGI among Hispanic students in the proposed magnet schools.

**1.a Performance Measure**

G1.1: X223 (D7) will reduce MGI among Hispanic students. The proportion of Hispanic students attending the school will be no more than 81.3% by October 1, 2024 (PY1); 79.7% by October 1, 2025 (PY2); 77.6% by October 1, 2026 (PY3); 74.9% by October 1, 2027 (PY4); and 72.1% by October 1, 2028 (PY5) with a baseline of 82.1% as reported on October 1, 2022.

| | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | / | 77.60 | | / | |

**Explanation of Progress**

**a)        Status of progress**

☐ Met            ☐ Not Met        ✔ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000350

PR/Award #S165A230012

**b)   Description of progress (include challenges faced, if any)**

Student enrollment data to assess this measure will be collected by October 1, 2026 and reported in the Final report.

**c)   If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000351

PR/Award #S165A230012

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

| 1  **Project Objective** |
|---|
| To reduce MGI among Hispanic students in the proposed magnet schools. |

| 1.b **Performance Measure** | | | | | | |
|---|---|---|---|---|---|---|
| G1.2: X418 (D11) will reduce MGI among Hispanic students. The proportion of Hispanic students attending the school will be no more than 58.3% by October 1, 2024 (PY1); 56.8% by October 1, 2025 (PY2); 55.0% by October 1, 2026 (PY3); 52.5% by October 1, 2027 (PY4); and 49.2% by October 1, 2028 (PY5) with a baseline of 59.2% as reported on October 1, 2022. | **Target** | | | **Actual Performance Data** | | |
| | **Raw Number** | **Ratio** | **%** | **Raw Number** | **Ratio** | **%** |
| | | / | 55.00 | | / | |

**Explanation of Progress**

**a)    Status of progress**

☐ Met          ☐ Not Met          ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000352

PR/Award #S165A230012

**b)   Description of progress (include challenges faced, if any)**

Student enrollment data to assess this measure will be collected by October 1, 2026 and reported in the Final report.

**c)   If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

**1  Project Objective**
To reduce MGI among Hispanic students in the proposed magnet schools.

**1.c Performance Measure**

| G1.3: M433 (D10) will reduce MGI among Hispanic students. The proportion of Hispanic students attending the school will be no more than 81.2% by October 1, 2024 (PY1); 79.7% by October 1, 2025 (PY2); 77.7% by October 1, 2026 (PY3); 74.9% by October 1, 2027 (PY4); and 71.7% by October 1, 2028 (PY5) with a baseline of 82.0% as reported on October 1, 2022. | Target | | | Actual Performance Data | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | / | 77.70 | | / | |

**Explanation of Progress**

a)       **Status of progress**

☐ Met          ☐ Not Met          ☑ In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.

In Progress measures must be updated in the Ad Hoc Report )

USDOE-Contiunation_000354

**b) Description of progress (include challenges faced, if any)**
Student enrollment data to assess this measure will be collected by October 1, 2026 and reported in the Final report.

**c) If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000355

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

| 2 **Project Objective** |
|---|
| To reduce MGI among Hispanic students in the proposed magnet schools. |

| 2.a **Performance Measure** | | | | | | |
|---|---|---|---|---|---|---|
| PO1.1: By September 30 of each of Years 2-5 of the grant, the number of magnet applicants received X223 will increase by 5% or more over the previous year (with Year 1 data serving as baseline). | **Target** | | | **Actual Performance Data** | | |
| | **Raw Number** | **Ratio** | **%** | **Raw Number** | **Ratio** | **%** |
| | 1422.00 | / | | 1179.00 | / | |

**Explanation of Progress**

a)     **Status of progress**

☐ Met          ☐ Not Met          ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000356

**b)  Description of progress (include challenges faced, if any)**

As of April 2026, X223 received a total of 1,179 magnet applications. The school will continue to collect applications through September 2026. The final number of applications will be provided in the final report.

**c)  If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000357

PR/Award #S165A230012

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

**2  Project Objective**
To reduce MGI among Hispanic students in the proposed magnet schools.

2.b **Performance Measure**

| PO1.2: By September 30 of each of Years 2-5 of the grant, the number of magnet applicants received X418 will increase by 5% or more over the previous year (with Year 1 data serving as baseline). | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | 1094.00 | / | | 891.00 | / | |

**Explanation of Progress**

a)      **Status of progress**

☐ Met          ☐ Not Met          ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000358

PR/Award #S165A230012

**b)   Description of progress (include challenges faced, if any)**

As of April 2026, X418 received a total of 891 magnet applications. The school will continue to collect applications through September 2026. The final number of applications will be provided in the final report.

**c)   If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

PR/Award #S165A230012

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

**2  Project Objective**
To reduce MGI among Hispanic students in the proposed magnet schools.

2.c **Performance Measure**

PO1.3: By September 30 of each of Years 2-5 of the grant, the number of magnet applicants received X433 will increase by 5% or more over the previous year (with Year 1 data serving as baseline).

| | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | **Raw Number** | **Ratio** | **%** | **Raw Number** | **Ratio** | **%** |
| | 521.00 | / | | 382.00 | / | |

**Explanation of Progress**

a)      **Status of progress**

☐ Met          ☐ Not Met          ✔ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000360

Page 25

PR/Award #S165A230012

**b)  Description of progress (include challenges faced, if any)**

As of April 2026, X433 received a total of 382 magnet applications. The school will continue to collect applications through September 2026. The final number of applications will be provided in the final report.

**c)   If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000361

PR/Award #S165A230012

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

3  **Project Objective**
To ensure that all students attending the magnet schools meet challenging academic standards and are on track to be college- and career-ready.

3.a **Performance Measure**

| PO2.1: By September 30 of each year of the grant, X223 will increase the proportion of students (in grade 6-8) achieving proficiency in the core academic subject of ELA, as measured by the following percentage point increases in the proportion of students who score in Performance Levels 3 and 4 on the New York State (NYS) assessments in ELA compared with the baseline of 69% (2022–23): 2 percentage points in Year 1, 3 points in Year 2, 4 points in Year 3, 5 points in Year 4, and 6 points in Year 5. | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | / | 59.30 | | / | |

**Explanation of Progress**

**a)    Status of progress**

☐ Met          ☐ Not Met          ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000362

PR/Award #S165A230012

**b) Description of progress (include challenges faced, if any)**

State assessment data to address this performance measure will be collected by September 30, 2026, and submitted in the Final report.

**c) If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000363

PR/Award #S165A230012

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

4  **Project Objective**
To ensure that all students attending the magnet schools meet challenging academic standards and are on track to be college- and career-ready.

4.a **Performance Measure**

| | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| PO3.1: By September 30 of each year of the grant, X223 will increase the proportion of students (in grade 6-8) achieving proficiency in the core academic subject of Math, as measured by the following percentage point increases in the proportion of students who score in Performance Levels 3 and 4 on the New York State (NYS) assessments in Math compared with the baseline of 43% (2022–23): 2 percentage points in Year 1, 3 points in Year 2, 4 points in Year 3, 5 points in Year 4, and 6 points in Year 5. | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | / | 66.00 | | / | |

**Explanation of Progress**

a)      **Status of progress**

☐ Met          ☐ Not Met          ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000364

PR/Award #S165A230012

**b)  Description of progress (include challenges faced, if any)**

State assessment data to address this performance measure will be collected by September 30, 2026, and submitted in the Final report.

**c)   If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000365

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

5  **Project Objective**
To ensure that all students attending the magnet schools meet challenging academic standards and are on track to be college- and career-ready.

| 5.a **Performance Measure** | | | | | | |
|---|---|---|---|---|---|---|
| PO4.1: Each year of the grant X223 will increase the proportion of students who take high school level course in middle school as measured by an increase in the number of students who are enrolled in at least one accelerated high school level course compared with baseline of 33% (2022–23): by 2 percentage points in Year 1, 3 points in Year 2, 4 points in Year 3, 5 points in Year 4, and 6 points in Year 5. | **Target** | | | **Actual Performance Data** | | |
| | **Raw Number** | **Ratio** | **%** | **Raw Number** | **Ratio** | **%** |
| | | / | 37.00 | | / | |

**Explanation of Progress**

a)      **Status of progress**

☐ Met          ☐ Not Met          ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000366

PR/Award #S165A230012

**b)   Description of progress (include challenges faced, if any)**

Data to assess this performance measure will be collected by September 30, 2026 and reported in the final report.

**c)   If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000367

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

6  **Project Objective**
To ensure that all students attending the magnet schools meet challenging academic standards and are on track to be college- and career-ready.

6.a **Performance Measure**

| PO5.1: By September 30 of each year of the grant, X223 will increase the proportion of high school students who are on track for graduation based on the number of credits accumulated by year compared with the baseline of 36% (2022–23): by 2 percentage points in Year 1, 3 points in Year 2, 4 points in Year 3, 5 points in Year 4, and 6 points in Year 5. | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | / | 40.00 | | / | |

**Explanation of Progress**

a)      **Status of progress**

☐ Met          ☐ Not Met          ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000368

**b) Description of progress (include challenges faced, if any)**

Data to assess this performance measure will be collected by September 30, 2026 and reported in the final report.

**c) If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000369

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

6  **Project Objective**

To ensure that all students attending the magnet schools meet challenging academic standards and are on track to be college- and career-ready.

6.b **Performance Measure**

| PO5.2: By September 30 of each year of the grant, X433 will increase the proportion of high school students who are on track for graduation based on the number of credits accumulated by year compared with the baseline of 63% (2022–23): by 2 percentage points in Year 1, 3 points in Year 2, 4 points in Year 3, 5 points in Year 4, and 6 points in Year 5. | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | / | 67.00 | | / | |

**Explanation of Progress**

a)    **Status of progress**

☐ Met          ☐ Not Met          ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000370

**b)** **Description of progress (include challenges faced, if any)**

Data to assess this performance measure will be collected by September 30, 2026 and reported in the final report.

**c)** **If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000371

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

6  **Project Objective**

To ensure that all students attending the magnet schools meet challenging academic standards and are on track to be college- and career-ready.

6.c **Performance Measure**

| PO5.3: By September 30 of each year of the grant, X418 will increase the proportion of high school students who are on track for graduation based on the number of credits accumulated by year compared with the baseline of 59% (2022–23): by 2 percentage points in Year 1, 3 points in Year 2, 4 points in Year 3, 5 points in Year 4, and 6 points in Year 5. | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | / | 63.00 | | / | |

**Explanation of Progress**

**a)**      **Status of progress**

☐ Met          ☐ Not Met          ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000372

**b)   Description of progress (include challenges faced, if any)**

Data to assess this performance measure will be collected by September 30, 2026 and reported in the final report.

**c)   If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000373

Data Collection Tables - Grant Project

Part I. Student Recruitment and Selection

Student Recruitment

APR Recruitment Questions

Strategies to Increase Diversity through SES

The Year 3 Bronx Inter-district Consortium is aligned with New York City Public Schools' vision for a revamped student experience that emphasizes career-connected learning. The aim is to help students achieve long-term economic security. Each D7-10-11 magnet school is in the process of creating innovative, theme-based programs that provide college access, rigorous instruction, and enrichment activities to all students. The three magnet high schools plan to attract a more diverse population through unique thematic programs that offer early college access and career pathways. A targeted approach to outreach and recruitment is designed to message the academic and economic opportunities offered by attending a magnet school. By creating a magnet pipeline for K-12 education, magnet elementary and middle school families, as well as any other family, can now choose a magnet middle school and/or high school that offers compelling, rigorous, and innovative theme-based programs and partnerships. These programs provide access to college-level courses, career experiences, and college credit accumulation, resulting in up to an Associate's degree or two years of college credits at no cost to students or families. The District 7-10-11 schools have choice-based enrollment pathways for cross-district, borough, and citywide student entry, fostering integration and reducing MGI. The secondary school pathways will build upon current and sustained early grade magnet schools in the district, borough, and city, thereby creating a K-12 magnet pipeline.

In Year 3 of the grant, funding uncertainty created barriers to fully implementing outreach efforts and achieving recruitment goals. Reduced financial resources limited the development and distribution of high-quality marketing materials, which affected the schools' ability to reach a broader audience. Limited financial resources impacted key program components, including funding for partnerships and per-session for staff to support the planning and facilitation of in-person outreach and recruitment experiences.

The most disheartening setback, however, was the suspension of a planned partnership with the Borough of Manhattan Community College that had finally been developed after two years of discussion and planning. The partnership would have provided students across the Bronx Inter-district Magnet Schools with access to college-level CTE coursework, dual-enrollment, and career-connected learning opportunities, creating a pathway for students to earn up to two years of college credit - or potentially an Associate's degree - at no cost to them or their families. Without essential funding to support initial training and implementation, the partnership was unable to move forward.


School-specific activities were as follows:

7X223 Magnet School of Career Connected Learning

• School is revamping its website to highlight school strengths

• Developing orientation videos for recruitment and retention of students over the summer.

• Staff has taken part in in-person visits to district and charter elementary schools

• Principal visits to main feeder schools to recruit and welcome incoming students.

• Conducted outreach to Magnet elementary schools to recruit 6th graders interested in continuing a magnet education,

• Reached out to local communities of worship

• Hosted both in-person and online Open Houses.

• High School Heroes program - 10th grade finance students visited elementary schools to teach financial literacy and make personal connections with prospective students

• Hosted the District 7 elementary school basketball tournament.

• Improved social media presence by hiring an alumnus as social media coordinator and trained students to work with them

• Worked with the NYC Public Schools Office of Student Pathways to promote the school's achievements through the Office's social media platforms.

• Participated in High School Fairs

• Hosted school tours.


10X433 Magnet School for Aspiring 21st Century Educators and Leaders Expanded Outreach Beyond District Boundaries:

• Participated in multiple high school fairs outside of the immediate school district to broaden awareness of magnet program and attract a more diverse applicant pool.

• One of the school's community workers has been formally designated to focus part of her workday on recruitment efforts, with a particular emphasis on engaging prospective students and families from neighboring districts.

• Strategic Partnerships with District Leadership: the school is actively collaborating with the Superintendent of Middle Schools to create a plan that increases the school's visibility at local middle schools. This includes the development of strategic events and student engagement opportunities designed to build early interest and support a sustainable recruitment pipeline.

• Participated in High School Fairs

• Hosted Open Houses and school tours.

• Maintained and updated a school website with magnet program details, admissions information, partner organizations, social media links, and resources for current families


11X418 The Bronx Magnet High School for Innovation through Visual Art

•

• Stakeholders participated in high school fairs as a primary avenue for direct student recruitment.

• Art Boot Camp - conducted this signature experience to introduce incoming and prospective students to BHSVA's art-centered identity.

• Participated in High School Fairs

• Hosted Open Houses and school tours.

• Found Art Friday - Social Media campaign to promote school theme; recurring every Friday

• Maintained and updated a school website with magnet program details, admissions information, partner organizations, social media links, and resources for current families

• Hosted school tours for prospective families

*There have been no changes in PY3 in the way lotteries were conducted.

**CSD 7-10-11 Bronx Inter-district Consortium MSAP PY3 APR Recruitment**
**PR/Award # PRS165A230012**

**Recruitment Strategies**

The Year 3 Bronx Inter-district Consortium is aligned with New York City Public Schools' vision for a revamped student experience that emphasizes career-connected learning. The aim is to help students achieve long-term economic security. Each D7-10-11 magnet school is in the process of creating innovative, theme-based programs that provide college access, rigorous instruction, and enrichment activities to all students. The three magnet high schools plan to attract a more diverse population through unique thematic programs that offer early college access and career pathways. A targeted approach to outreach and recruitment is designed to message the academic and economic opportunities offered by attending a magnet school. By creating a magnet pipeline for K-12 education, magnet elementary and middle school families, as well as any other family, can now choose a magnet middle school and/or high school that offers compelling, rigorous, and innovative theme-based programs and partnerships. These programs provide access to college-level courses, career experiences, and college credit accumulation, resulting in up to an Associate's degree or two years of college credits at no cost to students or families. The District 7-10-11 schools have choice-based enrollment pathways for cross-district, borough, and citywide student entry, fostering integration and reducing MGI. The secondary school pathways will build upon current and sustained early grade magnet schools in the district, borough, and city, thereby creating a K-12 magnet pipeline.

In Year 3 of the grant, funding uncertainty created barriers to fully implementing outreach efforts and achieving recruitment goals. Reduced financial resources limited the development and distribution of high-quality marketing materials, which affected the schools' ability to reach a broader audience. Limited financial resources impacted key program components, including funding for partnerships and per-session for staff to support the planning and facilitation of in-person outreach and recruitment experiences.

The most disheartening setback, however, was the suspension of a planned partnership with the Borough of Manhattan Community College that had finally been developed after two years of discussion and planning. The partnership would have provided students across the Bronx Inter-district Magnet Schools with access to college-level CTE coursework, dual-enrollment, and career-connected learning opportunities, creating a pathway for students to earn up to two years of college credit - or potentially an Associate's degree - at no cost to them or their families. Without essential funding to support initial training and implementation, the partnership was unable to move forward.

**School-specific activities were as follows:**
**7X223 Magnet School of Career Connected Learning**
- School is revamping its website to highlight school strengths
- Developing orientation videos for recruitment and retention of students over the summer.
- Staff has taken part in in-person visits to district and charter elementary schools
- Principal visits to main feeder schools to recruit and welcome incoming students.
- Conducted outreach to Magnet elementary schools to recruit 6th graders interested in continuing a magnet education,
- Reached out to local communities of worship
- Hosted both in-person and online Open Houses.

**CSD 7-10-11 Bronx Inter-district Consortium MSAP PY3 APR Recruitment**
**PR/Award # PRS165A230012**

- High School Heroes program - 10th grade finance students visited elementary schools to teach financial literacy and make personal connections with prospective students
- Hosted the District 7 elementary school basketball tournament.
- Improved social media presence by hiring an alumnus as social media coordinator and trained students to work with them
- Worked with the NYC Public Schools Office of Student Pathways to promote the school's achievements through the Office's social media platforms.
- Participated in High School Fairs
- Hosted school tours.

**10X433 Magnet School for Aspiring 21st Century Educators and Leaders** Expanded Outreach Beyond District Boundaries:
- Participated in multiple high school fairs outside of the immediate school district to broaden awareness of magnet program and attract a more diverse applicant pool.
- One of the school's community workers has been formally designated to focus part of her workday on recruitment efforts, with a particular emphasis on engaging prospective students and families from neighboring districts.
- Strategic Partnerships with District Leadership: the school is actively collaborating with the Superintendent of Middle Schools to create a plan that increases the school's visibility at local middle schools. This includes the development of strategic events and student engagement opportunities designed to build early interest and support a sustainable recruitment pipeline.
- Participated in High School Fairs
- Hosted Open Houses and school tours.
- Maintained and updated a school website with magnet program details, admissions information, partner organizations, social media links, and resources for current families

**11X418 The Bronx Magnet High School for Innovation through Visual Art**
-
- Stakeholders participated in high school fairs as a primary avenue for direct student recruitment.
- Art Boot Camp - conducted this signature experience to introduce incoming and prospective students to BHSVA's art-centered identity.
- Participated in High School Fairs
- Hosted Open Houses and school tours.
- Found Art Friday - Social Media campaign to promote school theme; recurring every Friday
- Maintained and updated a school website with magnet program details, admissions information, partner organizations, social media links, and resources for current families
- Hosted school tours for prospective families

**\*There have been no changes in PY3 in the way lotteries were conducted**.

PR/Award #S165A230012

OMB # 1855-0025
Exp. 02/28/2025

Student Selection

1. My lottery system is used for (Select one.)
   ☐ MSAP schools only
   ☐ A larger subset of local education agency (LEA) schools
   ☐ Entire LEA
   ☐ Multiple LEAs

2) How are the student enrollment applications made available to students and families? (Select all that apply.)
   ☐ Online
   ☐ Hard copy
   ☐ In multiple languages

**Community Partnerships**

| Partner name | Partnership type | Partnership primary focus | Partnership primary service | Partnership secondary focus | Partnership secondary service | Performance measure link |
|---|---|---|---|---|---|---|
| Akouo, Wested, Child | Education services org | Student centered | Student centered: Afterschool programming | Student centered | Student centered: College/c | Social emotional learni |
| Arete Education | Nonprofit organization | Student centered | Student centered: College/career readiness | Student centered | Student centered: Afterscho | Student engagement |
| Arte | Nonprofit organization | Student centered | Student centered: Afterschool programming | Student centered | Student centered: Tutoring | Academic achievement |
| CUNY Explorers | Nonprofit organization | Student centered | Student centered: Afterschool programming | Student centered | Student centered: College/c | Academic achievement |
| CUNY Hostos | Nonprofit organization | Student centered | Student centered: College/career readiness | Student centered | Student centered: College/c | Academic achievement |
| Education Through M | Nonprofit organization | Student centered | Student centered: In-class instruction | Student centered | Student centered: Afterscho | Student engagement |
| Generation Ready | Education services org | Teacher centered | Teacher centered: Professional development | Teacher centered | Teacher centered: Mentorin | Professional developm |
| Grandview Stack | Education services org | Teacher centered | Teacher centered: Professional development | Teacher centered | Teacher centered: Professi | Professional developm |
| Junior Achievement | Nonprofit organization | Student centered | Student centered: In-class instruction | Student centered | Student centered: In-class i | Academic achievement |
| Morningside | Nonprofit organization | Teacher centered | Teacher centered: Mentoring/coaching | Student centered | Student centered: Mentor | Professional developm |
| National Paideia Cen | For-profit business | Student centered | Student centered: In-class instruction | Teacher centered | Teacher centered: Professi | Professional developm |
| PBL Works | For-profit business | Teacher centered | Teacher centered: Professional development | Student centered | Student centered: In-class i | Professional developm |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

USDOE-Contiunation_000379

OMB # 1855-0025
Exp. 02/28/2025

## Data Collection Tables – School

*Part I. School Demographic Data*

| School demographic data | |
|---|---|
| 1.    School name | Bronx High School for the Visual Arts |
| 2.    Grantee name | NYC Department of Education - Community School District 7 |
| 3.Was this school in a planning year or an implementation year? | ☐ Planning year        ☑ Implementation year |

USDOE-Contiunation_000380

OMB # 1855-0025 Exp. 02/28/2025

PR/Award #S165A230012

*Part II. Minority Group Isolation Data*

4.  Indicate the targeted racial/ethnic group the school wants to enroll to reduce minority group isolation. The targeted racial/ethnic group is the group of students the school plans to enroll more of to change the enrollment of the minority/racially isolated group. If the school has more than one targeted racial/ethnic group, select all that apply.


☑ American Indian or Alaska Native students
☑ Asian students
☑ Black or African-American students
❏ Hispanic or Latino students
☑ Native Hawaiian or Other Pacific Islander students
☑ White students

**OMB #
1855-0025 Exp.
02/28/2025**

*Part III. Achievement Data*

| State assessment participation data | | | | State assessment achievement data | | | |
|---|---|---|---|---|---|---|---|
| **Number of students that participated in the state assessment in reading/language arts, mathematics, and science** | **Reading** | **Math** | **Science** | **Number of students who met or exceeded the state's standards in reading/language arts, mathematics, and science** | **Reading** | **Math** | **Science** |
| 19.  All students | | | | 29. All students | | | |
| 20.  American Indian or Alaska Native students | | | | 30. American Indian or Alaska Native students | | | |
| 21.  Asian students | | | | 31. Asian students | | | |
| 22.  Black or African-American students | | | | 32. Black or African-American students | | | |
| 23.  Hispanic or Latino students | | | | 33. Hispanic or Latino students | | | |
| 24.  Native Hawaiian or Other Pacific Islander students | | | | 34. Native Hawaiian or Other Pacific Islander students | | | |
| 25.  White students | | | | 35. White students | | | |
| 26.  Two or more races students | | | | 36. Two or more races students | | | |
| 27.  Economically disadvantaged students | | | | 37. Economically disadvantaged students | | | |
| 28.  English language learners | | | | 38. English language learners | | | |

☐ Check this box if some fields were intentionally left blank

USDOE-Contiunation_000382

**Student Selection**

25) Are any students automatically admitted to the MSAP school?

☐ Yes ☐ No

25a. If yes, what criteria are used to automatically admit students? (Select all that apply.)

☐ Reside in attendance zone

☐ Sibling of enrolled student

☐ Parent/guardian's place of employment/district employee

☐ Other, please specify

☐ None

26) How are students who are not automatically admitted to the MSAP school selected?

☐ First come, first served basis

☐ Random lottery

☐ Weighted lottery

27) If a weighted lottery is used to select students not automatically admitted to the MSAP school, what weights did you use this grant year? (Select all that apply.)

☐ Racial composition of geographic area

☐ Socioeconomic status of a geographic area

☐ Race/ethnicity of individual student

☐ Socioeconomic status of individual student

☐ Sibling of enrolled student

☐ Reside in attendance zone

☐ Reside outside of the attendance zone

☐ Parent/guardian's place of employment

☐ Magnet theme articulation

☐ Other, please specify

☐ Not applicable

28) What entrance requirements does this school have, if any? (Select all that apply.)

☐ Course grades or grade point average

☐ Test scores

☐ Essays

☐ Prerequisite courses

☐ Identification of student as gifted

☐ Audition/portfolio

☐ Other, please specify

☐ None

29) What is the total number of seats available for students based on the MSAP school's building capacity?

30) How many seats were available in this school's magnet program?

31) How many magnet program seats were available for students who reside outside of the MSAP school's attendance    ☐ Not applicable
zone?

32) Percentage of total school capacity seats available to non-zoned students.

33 ) Percentage of magnet program seats available to non-zoned students.

34) This school is currently (select one)

    At capacity

    Oversubscribed

        If oversubscribed, describe the waitlist process for this MSAP school.

    Undersubscribed

        If undersubscribed, how are you addressing undersubscription at this MSAP school.

OMB # 1855-0025
Exp. 02/28/2025

**Data Collection Tables – School**

*Part I. School Demographic Data*

| School demographic data | |
|---|---|
| 1.    School name | High School for Teaching and the Professions |
| 2.    Grantee name | NYC Department of Education - Community School District 7 |
| 3.Was this school in a planning year or an implementation year? | ☐ Planning year      ☑ Implementation year |

USDOE-Contiunation_000385

OMB # 1855-0025 Exp. 02/28/2025

PR/Award #S165A230012

*Part II. Minority Group Isolation Data*

4.  Indicate the targeted racial/ethnic group the school wants to enroll to reduce minority group isolation. The targeted racial/ethnic group is the group of students the school plans to enroll more of to change the enrollment of the minority/racially isolated group. If the school has more than one targeted racial/ethnic group, select all that apply.

    ☑American Indian or Alaska Native students
    ☑Asian students
    ☑Black or African-American students
    ❏Hispanic or Latino students
    ☑Native Hawaiian or Other Pacific Islander students
    ☑White students

USDOE-Contiunation_000386

**OMB #**
**1855-0025 Exp.**
**02/28/2025**

*Part III. Achievement Data*

| State assessment participation data | | | | State assessment achievement data | | | |
|---|---|---|---|---|---|---|---|
| **Number of students that participated in the state assessment in reading/language arts, mathematics, and science** | **Reading** | **Math** | **Science** | **Number of students who met or exceeded the state's standards in reading/language arts, mathematics, and science** | **Reading** | **Math** | **Science** |
| 19. All students | | | | 29. All students | | | |
| 20. American Indian or Alaska Native students | | | | 30. American Indian or Alaska Native students | | | |
| 21. Asian students | | | | 31. Asian students | | | |
| 22. Black or African-American students | | | | 32. Black or African-American students | | | |
| 23. Hispanic or Latino students | | | | 33. Hispanic or Latino students | | | |
| 24. Native Hawaiian or Other Pacific Islander students | | | | 34. Native Hawaiian or Other Pacific Islander students | | | |
| 25. White students | | | | 35. White students | | | |
| 26. Two or more races students | | | | 36. Two or more races students | | | |
| 27. Economically disadvantaged students | | | | 37. Economically disadvantaged students | | | |
| 28. English language learners | | | | 38. English language learners | | | |

☐ Check this box if some fields were intentionally left blank

USDOE-Contiunation_000387

Page 52

**Student Selection**

25) Are any students automatically admitted to the MSAP school?

☐  Yes ☐  No

25a. If yes, what criteria are used to automatically admit students?  (Select all that apply.)

☐ Reside in attendance zone

☐ Sibling of enrolled student

☐ Parent/guardian's place of employment/district employee

☐ Other, please specify

☐ None

26) How are students who are not automatically admitted to the MSAP school selected?

☐ First come, first served basis

☐ Random lottery

☐ Weighted lottery

27) If a weighted lottery is used to select students not automatically admitted to the MSAP school, what weights did you use this grant year? (Select all that apply.)

☐ Racial composition of geographic area

☐ Socioeconomic status of a geographic area

☐ Race/ethnicity of individual student

☐ Socioeconomic status of individual student

☐ Sibling of enrolled student

☐ Reside in attendance zone

☐ Reside outside of the attendance zone

☐ Parent/guardian's place of employment

☐ Magnet theme articulation

☐ Other, please specify

☐ Not applicable

28) What entrance requirements does this school have, if any? (Select all that apply.)

OMB # 1855-0025
Exp. 02/28/2025

PR/Award #S165A230012

☐ Course grades or grade point average

☐ Test scores

☐ Essays

☐ Prerequisite courses

☐ Identification of student as gifted

☐ Audition/portfolio

☐ Other, please specify

☐ None

29) What is the total number of seats available for students based on the MSAP school's building capacity?

30) How many seats were available in this school's magnet program?

31) How many magnet program seats were available for students who reside outside of the MSAP school's attendance zone?                    ☐ Not applicable

32) Percentage of total school capacity seats available to non-zoned students.

33 ) Percentage of magnet program seats available to non-zoned students.

34) This school is currently (select one)

    At capacity

    Oversubscribed

        If oversubscribed, describe the waitlist process for this MSAP school.

    Undersubscribed

        If undersubscribed, how are you addressing undersubscription at this MSAP school.

USDOE-Contiunation_000389

OMB # 1855-0025
Exp. 02/28/2025

**Data Collection Tables – School**

*Part I. School Demographic Data*

| School demographic data | |
|---|---|
| 1.    School name | The Laboratory School of Finance and Technology |
| 2.    Grantee name | NYC Department of Education - Community School District 7 |
| 3.Was this school in a planning year or an implementation year? | ☐ Planning year    ☑ Implementation year |

USDOE-Contiunation_000390

OMB # 1855-0025 Exp. 02/28/2025

PR/Award #S165A230012

*Part II. Minority Group Isolation Data*

4.  Indicate the targeted racial/ethnic group the school wants to enroll to reduce minority group isolation. The targeted racial/ethnic group is the group of students the school plans to enroll more of to change the enrollment of the minority/racially isolated group. If the school has more than one targeted racial/ethnic group, select all that apply.


☑American Indian or Alaska Native students
☑Asian students
☑Black or African-American students
❏Hispanic or Latino students
☑Native Hawaiian or Other Pacific Islander students
☑White students

USDOE-Contiunation_000391

**Page 56**

**OMB #
1855-0025 Exp.
02/28/2025**

*Part III. Achievement Data*

| State assessment participation data | | | | State assessment achievement data | | | |
|---|---|---|---|---|---|---|---|
| **Number of students that participated in the state assessment in reading/language arts, mathematics, and science** | **Reading** | **Math** | **Science** | **Number of students who met or exceeded the state's standards in reading/language arts, mathematics, and science** | **Reading** | **Math** | **Science** |
| 19. All students | | | | 29. All students | | | |
| 20. American Indian or Alaska Native students | | | | 30. American Indian or Alaska Native students | | | |
| 21. Asian students | | | | 31. Asian students | | | |
| 22. Black or African-American students | | | | 32. Black or African-American students | | | |
| 23. Hispanic or Latino students | | | | 33. Hispanic or Latino students | | | |
| 24. Native Hawaiian or Other Pacific Islander students | | | | 34. Native Hawaiian or Other Pacific Islander students | | | |
| 25. White students | | | | 35. White students | | | |
| 26. Two or more races students | | | | 36. Two or more races students | | | |
| 27. Economically disadvantaged students | | | | 37. Economically disadvantaged students | | | |
| 28. English language learners | | | | 38. English language learners | | | |

☐ Check this box if some fields were intentionally left blank

USDOE-Contiunation_000392

**Student Selection**

25) Are any students automatically admitted to the MSAP school?

☐  Yes ☐  No

25a. If yes, what criteria are used to automatically admit students?  (Select all that apply.)

☐ Reside in attendance zone

☐ Sibling of enrolled student

☐ Parent/guardian's place of employment/district employee

☐ Other, please specify

☐ None

26) How are students who are not automatically admitted to the MSAP school selected?

☐ First come, first served basis

☐ Random lottery

☐ Weighted lottery

27) If a weighted lottery is used to select students not automatically admitted to the MSAP school, what weights did you use this grant year? (Select all that apply.)

☐ Racial composition of geographic area

☐ Socioeconomic status of a geographic area

☐ Race/ethnicity of individual student

☐ Socioeconomic status of individual student

☐ Sibling of enrolled student

☐ Reside in attendance zone

☐ Reside outside of the attendance zone

☐ Parent/guardian's place of employment

☐ Magnet theme articulation

☐ Other, please specify

☐ Not applicable

28) What entrance requirements does this school have, if any? (Select all that apply.)

OMB # 1855-0025    PR/Award #S165A230012
Exp. 02/28/2025

☐ Course grades or grade point average

☐ Test scores

☐ Essays

☐ Prerequisite courses

☐ Identification of student as gifted

☐ Audition/portfolio

☐ Other, please specify

☐ None

29) What is the total number of seats available for students based on the MSAP school's building capacity?

30) How many seats were available in this school's magnet program?

31) How many magnet program seats were available for students who reside outside of the MSAP school's attendance zone?                    ☐ Not applicable

32) Percentage of total school capacity seats available to non-zoned students.

33 ) Percentage of magnet program seats available to non-zoned students.

34) This school is currently (select one)

    At capacity

    Oversubscribed

        If oversubscribed, describe the waitlist process for this MSAP school.

    Undersubscribed

        If undersubscribed, how are you addressing undersubscription at this MSAP school.

USDOE-Contiunation_000394

**Section B – Budget Summary**

OMB # 1855-0025
Exp. 02/28/2025

| INCOME U.S. DEPARTMENT OF EDUCATION AND OTHER FEDERAL FUNDS | | | |
|---|---|---|---|
| **Funding Stream** | **Approved Budget** | | |
| *Reporting Period:* | *Start:* 10/01/25 *End:* 03/31/26 | | |
| 1. MSAP | 2741671.00 | | |
| Other: High Need Support for Title I | School Name | Magnet High School for Innovation through the ' | Amount | 34181.00 |
| High Need Support for Title I STH | Magnet High School for Innovation through the ' | | 3929.00 |
| Supplemental Support for Title I Servic | Magnet High School for Innovation through the ' | | 49329.00 |
| Supplemental Support for Title I STH S | Magnet High School for Innovation through the ' | | 5670.00 |
| Title I SWP | Magnet High School for Innovation through the ' | | 496618.00 |
| Title I SWP Carry Over | Magnet High School for Innovation through the ' | | 25484.00 |
| Title I SWP Carry Over Parent and Far | Magnet High School for Innovation through the | | 255.00 |
| Title I SWP Parent and Family Engage | Magnet High School for Innovation through the | | 4966.00 |
| Title I SWP STH | Magnet High School for Innovation through the | | 57082.00 |
| Title I SWP Translation Services | Magnet High School for Innovation through the | | 2129.00 |
| Title III LEP | Magnet High School for Innovation through the | | 12000.00 |
| Title III LEP Carryover | Magnet High School for Innovation through the | | 8000.00 |
| Title IV Student Pathways FRNYC | Magnet High School for Innovation through the | | 89524.00 |
| Title IV Summer Rising Pathways Initia | Magnet High School for Innovation through the | | 1727.00 |
| High Need Support for Title I | Magnet High School for Innovation through the | | 29662.00 |
| High Need Support for Title I STH | Magnet High School for Innovation through the | | 57082.00 |
| Title I SWP Translation Services | Magnet High School for Innovation through the | | 2129.00 |
| Title III LEP | Magnet High School for Innovation through the | | 12000.00 |

USDOE-Contiunation_000395

## Section B – Budget Summary

| | EXPENSES U.S. DEPARTMENT OF EDUCATION FUNDS | | | | |
|---|---|---|---|---|---|
| **Budget Categories** | **Carryover from Previous Budget Period** | **Approved Budget** | **Expenditures** | **Anticipated Costs** | **Carryover to Future Budget Period** |
| *Reporting Period:* | *Start:* 10/1/24 *End:* 9/30/25 | *Start:* 10/1/25 *End:* 9/30/26 | *Start:* 10/1/25 *End:* 3/31/26 | *Start:* 4/1/26 *End:* 9/30/26 | *Start:* 10/1/26 *End:* 9/30/27 |
| 2. Personnel | 1411403.00 | 0.00 | 602960.00 | 495240.00 | 0.00 |
| 3. Fringe Benefits | 612377.00 | 0.00 | 246041.00 | 226969.00 | 0.00 |
| 4. Travel | 9000.00 | 0.00 | 6001.00 | 0.00 | 0.00 |
| 5. Equipment | 61000.00 | 0.00 | 0.00 | 35687.00 | 0.00 |
| 6. Supplies | 201470.00 | 0.00 | 268477.00 | 100002.00 | 0.00 |
| 7. Contractual | 325231.00 | 0.00 | 454562.00 | 140359.00 | 0.00 |
| 8. Construction | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 9. Other | 41336.00 | 0.00 | 76346.00 | 9172.00 | 0.00 |
| 10. Total Direct Costs (items 2-9) | 2661817.00 | | 1654387.00 | 1007429.00 | |
| 11. Indirect Costs | 79854.00 | 0.00 | 49632.00 | 30223.00 | 0.00 |
| 12. Training Stipends | | 0.00 | 0.00 | | 0.00 |
| 13. Total Costs (items 10-12) | 2741671.00 | | 1704019.00 | 1037652.00 | |

*Page 2*

1.  Please provide an explanation if funds have not been drawn down from the G5 System to pay for the budget expenditure amounts reported in items 8a. – 8c of the Cover Sheet.

    The NYC Department of Education's Division of Financial Administration draws down budget expenditures from the G5 system when charges have cycled through the department's accounting system. These draw-downs typically occur approximately every 2-3 months.

Page 3

2.  Please provide an explanation if you **_did not_** expend funds at the expected rate during the reporting period.

    During the reporting period, funds were not expended at the anticipated rate due to the absence of new funding allocations for the project year. As a result, expenditures were limited to the use of remaining carryover funds

*Page 4*

3.  Describe any significant changes to your budget resulting from modification of project activities.

    N/A

*Page 5*

4.  Please describe any changes to your budget that affected your ability to achieve your approved project activities and/or project objectives.

    CSD 7,10,11 is operating on an austerity budget this year as a result of the USDE non-continuation award of MSAP grant funding beginning in September 2025, compounded by a funding pause that left the district without access to grant funds from October through December 2025. These significant budgetary disruptions adversely impacted the district's ability to fully implement approved project activities and objectives, affecting instructional programming, enrichment opportunities, school events and outreach efforts, professional development, staffing support, end-of-year activities, summer programming, and summer planning for the upcoming school year. Schools were required to scale back or delay partnerships, residencies, field trips, recruitment initiatives, and out-of-school-time programming, while also limiting access to instructional materials, external consultants, and per-session support critical to sustaining high-quality magnet implementation

*Page 6*

5.  Do you expect to have any unexpended (carryover) funds at the end of the current budget period?  ☐ Yes ☑ No.

     a. If yes, please explain why, provide an estimate, and indicate how you plan to use the unexpended funds in the next budget period.

*Page 7*

6. Describe any anticipated changes in your budget for the *next* budget period that require prior approval from the Department? (See EDGAR, 2 CFR 200.407, as applicable.)

Any possible budget changes that require prior approval are yet to be determined.

USDOE-Contiunation_000402

| NYC District 7 Budget Report by Location | | | | |
|---|---|---|---|---|
| Year Three Expenditures 10/1/2025 – 4/31/2026 | | | | |
| | **District** | **07X223** | **10X433** | **11X418** | **Total Cost** |
| **1. Personnel** | $139,818 | $159,400 | $230,804 | $72,938 | $602,960 |
| **2. Fringe Benefits*** | $56,987 | $69,268 | $88,554 | $31,232 | $246,041 |
| **3. Travel** | $2,886 | | | $3,115 | $6,001 |
| **4. Equipment** | | | | | $0 |
| **5. Supplies** | $24,999 | $59,989 | $24,962 | $158,527 | $268,477 |
| **6. Contractual** | $144,310 | $200,480 | $20,937 | $88,835 | $454,562 |
| **7. Construction** | $0 | $0 | $0 | $0 | $0 |
| **8. Other** | | $34,314 | $42,032 | | $76,346 |
| **9. Total Direct Costs (lines 1-8)** | $369,000 | $523,451 | $407,289 | $354,647 | $1,654,387 |
| **10. Indirect Costs**** | $11,070 | $15,704 | $12,219 | $10,639 | $49,632 |
| **11. Training Stipends** | $0 | - | | | $0 |
| **12. Total Costs (lines 9-11)** | $380,070 | $539,155 | $419,508 | $365,286 | $1,704,019 |

*Fringe benefit amounts are calculated at FY26 rates – 45.83% on pedagogue salaries, 20.76% on per session, and 8.15% on per diem for FY26.

**The indirect cost reported above $49,632 reflects the FY26 indirect cost of 3.0% on the year three direct expenditure $1,654,387. The indirect cost rate that District 07 applies to federal grant programs is determined by the New York City Department of Education and approved by the New York State Department of Education.

| Budget Categories | District | 07X223 | 10X433 | 11X418 | Total |
|---|---|---|---|---|---|
| **NYC District 7 Budget Report by Location** | | | | | |
| **Year Three Projection 4/1/2026 – 9/30/2026** | | | | | |
| **1. Personnel** | $139,818 | $152,400 | $130,084 | $72,938 | $495,240 |
| **2. Fringe Benefits\*** | $57,915 | $49,268 | $88,554 | $31,232 | $226,969 |
| **3. Travel** | $0 | $0 | $0 | $0 | $0 |
| **4. Equipment** | $0 | $14,235 | $11,005 | $10,447 | $35,687 |
| **5. Supplies** | $4,127 | $29,386 | $28,962 | $37,527 | $100,002 |
| **6. Contractual** | $20,107 | $40,480 | $30,937 | $48,835 | $140,359 |
| **7. Construction** | $0 | $0 | $0 | $0 | $0 |
| **8. Other** | $1,542 | $3,314 | $2,032 | $2,284 | $9,172 |
| **9. Total Direct Costs (lines 1-8)** | $223,509 | $289,083 | $291,574 | $203,263 | $1,007,429 |
| **10. Indirect Costs\*\*** | $6,705 | $8,672 | $8,748 | $6,098 | $30,223 |
| **11. Training Stipends** | $0 | $0 | $0 | $0 | $0 |
| **12. Total Costs (lines 9-11)** | $230,214 | $297,755 | $300,322 | $209,361 | $1,037,652 |

\*Fringe benefit amounts are calculated at FY26 rates – 45.83% on pedagogue salaries, 20.76% on per session, and 8.15% on per diem for FY26.

\*\*The indirect cost reported above $30,223 reflects the FY26 indirect cost of 3.0% on the year three direct expenditure $1,007,429. The indirect cost rate that District 07 applies to federal grant programs is determined by the New York City Department of Education and approved by the New York State Department of Education.

OMB # 1855-0025
Exp. 02/28/2025

## Section C – Additional Information
*Desegregation Plan Information Forms*

| Type of Desegregation Plan |
|---|
| **(Check one and attach the appropriate documents)** |

☐  A Required Plan: A plan that is (1) implemented pursuant to a final order of a court of the United States, or a court of any State, or any other state agency or official of competent jurisdiction and (2) the order requires the desegregation of minority group segregated children or faculty in the elementary and secondary schools of that agency or those agencies.

Attach the Following Documents
•       A copy of the court or agency order that demonstrated that the magnet school(s) for which assistance is sought under the grant are a part of the approved plan.
•       Note: If the applicant is implementing a previously approved plan that does not include the magnet school(s) for which assistance is requested, the plan must be modified to include the new magnet school(s). The applicant must obtain approval of the new magnet schools, or any other modification to its desegregation plan, from the court, agency or official that originally approved the plan. The date by which proof of approval of any desegregation plan modification must be submitted to the US Department of Education is identified in the closing date notice.

Any desegregation plan modification should be mailed to: Gillian Cohen-Boyer
US Department of Education
Office of Elementary and Secondary Education
400 Maryland Avenue SW, Rm 3C140
Washington, DC 20202-5970

☑ A Voluntary Plan: A plan to reduce, eliminate or prevent minority group isolation that is being implemented (or would be implemented if assistance under the Magnet Schools Assistance Program is made available) on either a voluntary basis or as required under Title VI of the Civil Rights Act of 1964.

Attach the Following Documents
•       A copy of the plan
•       A copy of the school board resolution adopting and implementing the plan, or agreeing to adopt and implement the plan upon the award of assistance.

## Desegregation Plan and Assurances
### OMB-1855-0011- Expiration 01/31/2025

To facilitate the review of the LEA's Desegregation Plan for the purposes of determining eligibility for an MSAP award, please provide the following information:

**1. Plan Type – Please check the appropriate box and attach required documentation**

☐ A Required Plan: A plan that is undertaken pursuant to a final order issued by a court of the United States, or a court of any State, or any other state agency or official of competent jurisdiction that requires the desegregation of minority group segregated children or faculty in the elementary and secondary schools of that agency or those agencies.

Attach the Following Documents:
- A copy of the court or agency order that demonstrated that the magnet school(s) for which assistance is sought under the grant are a part of the approved plan.
- All subsequent related court orders.
- If a State Agency-Required Plan, include documentation showing state agency approval of the plan.
- If an OCR-Required Plan: the original OCR-required desegregation plan.

Modifications to Plans: If the applicant is implementing a previously approved plan that does not include the magnet school(s) for which assistance is requested, the plan must be modified to include the new magnet school(s). The applicant must obtain approval of the new magnet schools, or any other modification to its desegregation plan, from the court, agency or official that originally approved the plan. The date by which proof of approval of any desegregation plan modification must be submitted to the US Department of Education is identified in the closing date notice. Any **required desegregation plan modification** should be received by May 25, 2022, and should be scanned and emailed to Gillian Cohen-Boyer at msap.team@ed.gov or mailed to her at U.S. Department of Education; Office of Elementary and Secondary Education; 400 Maryland Avenue SW; Washington, DC 20202-5970

☑ A Voluntary Plan: A plan to reduce, eliminate, or prevent minority group isolation that is being implemented (or would be implemented if assistance under the Magnet Schools Assistance Program is made available) on either a voluntary basis or as required under Title VI of the Civil Rights Act of 1964.

*Attach the Following Documents*
- A copy of the plan
- A copy of the school board resolution adopting and implementing the plan or agreeing to adopt and implement the plan upon the award of assistance.
- If the applicant is not a traditional LEA, but rather an entity considered an LEA for the purposes of grants (such as some charter school LEA or regional service providers), include appropriate documentation indicating the entity is an eligible LEA under MSAP in the State where the entity proposes to create, implement, or expand magnet schools to support the appropriate approvals described above.



**Department of
Education**

Office of Student Enrollment
Sarah Kleinhandler
Chief Executive Officer
52 Chamber Street
New York, NY 10007

May 5, 2023

Dear Superintendents Padilla and Davis:

The Office of Student Enrollment (OSE) has reviewed the Voluntary Inter-District Desegregation Plan for Districts 7, 10, and 11 to support a Magnet Schools Assistance Program application.

The plan includes the following designated magnet schools: S.S. X223, H.S. X433, and H.S. X418. The intent of the Districts 7, 10, and 11 plan is to reduce and or eliminate minority group isolation in participating schools through voluntary inter-district, borough, and city-wide student enrollment.

Insofar as the plan is an optional program designed to promote a reduction in racial isolation and increase diversity in schools in Districts 7, 10, and 11, this office is approving the plan. Approval is made with the understanding that Districts 7, 10, and 11 will monitor aspects of the plan to ensure the achievement of the desegregation objectives at all participating schools.

Further, you are advised that the availability of student transportation is established by Chancellor's Regulations, as administered by the Office of Pupil Transportation.

If you need further assistance, please contact me at (212)374-6702.

Sincerely,

Sarah Kleinhandler
Chief Executive Officer
Office of Student Enrollment



**Department of
Education**

Dr. Roberto Padilla
Community Superintendent
District 7
501 Courtland Avenue
Bronx, NY 10451

Fia Davis
Superintendent
Districts 10 and 11
1 Fordham Plaza
Bronx, NY 10458

May 1, 2023

Sarah Kleinhandler, CEO
Office of Student Enrollment
52 Chambers Street
New York, NY 10007

Dear Ms. Kleinhandler:

The following document is being submitted for your approval.  This proposal has the full
support of Superintendents of Districts 7, 10 and 11.

- Inter-District Voluntary Desegregation Plan for Districts 7, 10 and 11

We are requesting an expedited review. Magnet Schools Assistance Program applications must
be received by the US Department of Education by May 12, 2023.

Thank you for your support of these efforts.

Sincerely,

Dr. Roberto Padilla, Community School District 7 Superintendent

Fia Davis, School Districts 10 and 11 Superintendent

# BRONX INTER-DISTRICT VOLUNTARY DESEGREGATION PLAN COMMUNITY SCHOOL DISTRICTS 7, 10, AND 11

## MAY 2023

Community School Districts 7, 10, and 11 submit the following Inter-district Voluntary Desegregation Plan. The plan meets the statutory requirements of Title IV, Part D of Every Student Succeeds Act (ESSA) (Sections 4401-4409) which authorizes the Magnet Schools Assistance Program;

This voluntary desegregation plan and the plan summary is submitted to the New York City Department of Education, Office of Student Enrollment

Under the Voluntary Bronx Inter-District Desegregation Plan, Community School Districts 7, 10, and 11 will establish three new magnet schools The Laboratory School of Finance and Technology (X223), High School for Teaching and the Professions (X433), and Bronx High School for the Visual Arts (X418). Dependent on Title IV ESSA funding, each magnet school will provide a special curriculum, access to college level courses and college credit accumulation, and authentic career experiences, which will be capable of bringing together substantial numbers of students from different social, economic, ethnic, and racial backgrounds.

These magnet schools will encourage the voluntary reduction of minority group isolation in schools with substantial portions of minority students. The course of instruction within each magnet school will substantially strengthen the knowledge of academic subjects and attainment of tangible and marketable vocational, technological, and professional skills of students attending these schools.

In addition, the magnet program at the schools will assist Community School Districts 7, 10, and 11 in the development and design of innovative educational methods and practices. The special curriculum at each school in conjunction with early college access and career pathways will provide subject matter and teaching methodologies that are not generally offered to students of the- same age or grade level in other schools in the districts.

**District 7–10–11 Bronx Inter-district MSAP Consortium Voluntary Desegregation Plan Summary**

The District 7, District 10, and District 11 Inter-district Voluntary Desegregation Plan meets the statutory requirements of Title IV, Part D of the Every Student Succeeds Act (ESSA) (Sections 4401-4409), which authorizes the Magnet Schools Assistance Program. Under this Voluntary Inter-district Desegregation Plan, the D7-D10-D11 consortium will establish three new, whole-school, theme-based magnet schools The Laboratory School of Finance and Technology (X223) in District 7, High School for Teaching and the Professions (X433) in District 10, and Bronx High School for the Visual Arts (X418) in District 11. The intent of the inter-district voluntary desegregation plan is, through voluntary inter-district student enrollment, to eliminate minority group isolation at the District 7 participating school (X223) and the District 11 participating school (X418), and reduce minority group isolation at the District 10 participating school (X433).

According to the definition established by the D7-D10-D11 consortium, minority group isolation is present when the proportion of students belonging to a specific minority group is greater than 10 percentage points above the district average percentage for that group. The minority isolated group at all three schools (X223, X433, and X418) is Hispanic/Latino (13.8, 25.0, and 11.1 percentage points above their Districts, respectively). The D7-10-11 inter-district magnet initiative will capitalize on the ethnic, racial, and SES diversity present within and across the Consortium districts, within the borough of the Bronx, and across New York City. The geographic and accessible locations of the proposed magnet schools in the project are intentional, to maximize potential diversity of the participating schools across the three contiguous districts. The demographic and SES differences across the districts provide diversification possibilities, as does the borough of the Bronx and NYC as a whole. The vibrant opportunities for racially and socioeconomically diversifying schools – both across district lines, within districts, within the borough and across the city – are powerful combinations.

The D7-10-11 inter-district magnet initiative further capitalizes on ethnic, racial, and SES diversity within and across the districts, borough, and city by targeting a sub-set of feeder schools. These feeder schools have more diverse ethnic and racial enrollments and substantially lower levels of poverty percentages than the magnet schools. Across the consortium districts, 83.8% of students qualify for free or reduced priced lunch, or are eligible for Human Resources Administration Benefits, meeting the NYC poverty definition. The percentages at the proposed magnet schools range from a low of 87.6% to a high of 94% — all above the districtwide averages. In contrast, the 10 feeder schools, four 9th -12th grade (HS 412, 418, 475, 696, 430), one 6th – 12th grade (SS 291), three 6th – 8th grade (MS 114, 243, 312), and one PreK- 8th grade (PS/MS 12), have poverty indices that range from 20.6% in MS 243 to 56.8% in HS 430. Most of these feeder schools are also severely overcrowded, ranging from 115% to 133% utilization, compared to the magnet schools, each with less than 100% utilization. An important goal is to attract students who would ordinarily attend the identified feeder schools to voluntarily enroll in the project magnet schools.

The Consortium also plans to attract students from diverse backgrounds who are attending charter, parochial and non-denominational non-public schools. NYC is home to some of the most prestigious private schools in the nation, and about 13% of school-age children in NYC attend charter schools. While the demographics of students attending charter and parochial schools tend to mirror those of traditional public schools, private non-denominational schools in NYC tend to have much higher enrollments of non-minority students.

By concurrently creating secondary and high school pathways, while developing new, attractive, and academically rigorous magnet programs with early college and/or dual enrollment coursework, personalized for every student, the schools will be able to attract a more diverse population of students.

**District 7–10–11 Bronx Inter-district MSAP Consortium Voluntary Desegregation Plan Summary**

Each new magnet school will provide a unique thematic curriculum, with subject matter, post-secondary and career learning exploratory activities, and teaching methodologies that are not generally offered to students of the same grade level in other schools in the districts. These magnet schools will create high quality, compelling, rigorous, personalized, and innovative learning environments with state-of-the-art technology, proven instructional methods, and standards- and evidence-based programs within the NYC public school system. Programs will substantially strengthen students' knowledge of academic subjects and their attainment of tangible and marketable vocational, technological, and professional skills. In addition, the project will bring together a robust set of community partners to support the various facets of the magnet program design, including curriculum development, student enrichment, professional development, and coaching. Consortium partners include the City University of New York, New York University, and Columbia University, globally recognized post-secondary institutions, and career level agencies that enhance curricula offerings to bridge the gap between academic coursework and workplace opportunities and experiences (For a Bright Future). By transforming teaching and learning in the three new whole-school magnet programs through innovative, inquiry-based programs of instruction with a thematic focus and a college-going culture, the District 7-10-11 Bronx Inter-district MSAP Consortium will increase equity of access to programs of choice, help improve academic achievement and outcomes for all students and staff, and reduce MGI in the magnet schools

Robust and targeted outreach and recruitment, designed using multi-faceted communication and dissemination strategies, including support from an experienced communications firm (Technology Therapy Group), will promote awareness of magnet program offerings to attract a more diverse population of families than is currently attending the proposed magnet schools. Collectively, consortium, district- and school-based staff will develop promotional materials, establish relationships with the local press, create a strong social media presence, and form linkages with community-based organizations to inform families about the magnet schools. Additionally, each school will work with their district staff and the NYCDOE Translation Unit to provide verbal and written information about the programs with native speakers of languages other than English. Each school will also work to recruit native speakers of languages other than English from their staff, parents, and local communities to interact directly with families so that they feel welcome in the school buildings and understand the information shared. Further buoying diversity and inclusion goals, a diverse educator workforce, coupled with professional growth strategies, will be leveraged to help to elevate the backgrounds, experiences, and perspectives of NYCDOE students, parents, and families. An Inter-District Consortium Committee, comprised of Superintendent representatives from all three districts; the MSAP Project Director; the Senior Advisor to Chancellor's Leadership team; and administrators, magnet support staff, students, and families from each magnet school, will meet quarterly to plan and reflect on benchmarks and goals, effective and efficient coordination of resources, as well as plan, implement, and review cross-district initiatives, to recruitment. Specific initiatives will include developing a clear pathway between magnet middle and high schools, inter-district Critical Friends groups to improve pedagogical practices, and creating opportunities for students, staff, and families to share and celebrate their diverse experiences.

In NYC, all families have the opportunity to enroll in public secondary and high schools, using the standard admission policies and in line with DOE admissions priorities for secondary and high schools. The admissions process for the three D7-D10-D11 magnet schools will be fully aligned with these processes. Furthermore, the admissions process will use a race-neutral lottery that does not include academic achievement as a selection criterion. All students will have options to pursue rigorous and attractive magnet programs within and across all three districts, the borough, and New York City.

Bronx Inter-district Magnet Consortium

Definition of Minority Group Isolation

In Community School Districts 7, 10 and 11, minority group isolation occurs at a school when the proportion of students belonging to a specific minority group is greater than the district average percentage for that group by at least 10 percentage points. In Community School Districts 7, 10, and 11, the minority isolated group is Hispanic at all three schools: Secondary School X223, High School X433, and High School X418.

NYC Districts 7-10-11 Bronx Inter-district MSAP Desegregation Plan Information

Please note that New York City does not have school boards. Therefore, the voluntary desegregation plan for the Districts 7-10-11 MSAP proposal was not approved via a school board resolution. It was submitted to the New York City Department of Education by the Community Superintendents of Districts 7-10-11, and then approved by the Chief Executive Officer from the Department of Education's Office of Student Enrollment. Copies of the District 7-10-11 voluntary desegregation plan and plan summary, the districts' request for approval and the approval are included in this Desegregation Plan section of this NYC Districts 7-10-11 Bronx Inter-district MSAP Application.

NYC Districts 7-10-11 Bronx Inter-district MSAP Desegregation Plan Information

Please note that New York City does not have school boards. Therefore, the voluntary desegregation plan for the Districts 7-10-11 MSAP proposal was not approved via a school board resolution. It was submitted to the New York City Department of Education by the Community Superintendents of Districts 7-10-11, and then approved by the Chief Executive Officer from the Department of Education's Office of Student Enrollment. Copies of the District 7-10-11 voluntary desegregation plan and plan summary, the districts' request for approval and the approval are included in this Desegregation Plan section of this NYC Districts 7-10-11 Bronx Inter-district MSAP Application.

Docusign Envelope ID: 840B16DC-1F5D-8309-83BD-EA75CCF4C547

---

### 3. Magnet Schools Assistance Program Assurances

In accordance with section 4405(b)(2) of the ESSA, the applicant hereby assures and certifies that it will——

*(A) use grant funds under this part for the purposes specified in section 4401(b);*

*(B) employ highly qualified teachers in the courses of instruction assisted under this part;*

*(C) not engage in discrimination based on race, religion, color, national origin, sex, or disability in the hiring, promotion, or assignment of employees of the applicant or other personnel for whom the applicant has any administrative responsibility;*

*(D) not engage in discrimination based on race, religion, color, national origin, sex, or disability in the assignment of students to schools, or to courses of instruction within the schools, of such applicant, except to carry out the approved plan;*

*(E) not engage in discrimination based on race, religion, color, national origin, sex, or disability in designing or operating extracurricular activities for students;*

*(F) carry out a high-quality education program that will encourage greater parental decision-making and involvement; and*

*(G) give students residing in the local attendance area of the proposed magnet school program equitable consideration for placement in the program, consistent with desegregation guidelines and the capacity of the applicant to accommodate the students.*

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

If the applicant has an approved desegregation plan, the applicant hereby assures and certifies that it is implementing that desegregation plan as approved.

Signed by:

ACA5BFDB2181456...                                          5/13/2026

_____          _____
Signature of Authorized                            Date
Representative

                              Roberto Padilla

_____
Printed Name & Title of Authorized Representative:

**Table 1: Enrollment Data-LEA Level**

☐ *Check this box if all the magnet schools included in the program are implementing a magnet program for the first time.*

Actual Enrollment
**October 1, 2025**

| Grade Level | American Indian / Alaskan Native (Number) | American Indian / Alaskan Native (%) | Asian (Number) | Asian (%) | Black or African American (Number) | Black or African American (%) | Hispanic/Latino (Number) | Hispanic/Latino (%) | Native Hawaiian or Other Pacific Islander (Number) | Native Hawaiian or Other Pacific Islander (%) | White (Number) | White (%) | Two or more races (Number) | Two or more races (%) | Total Students |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PK | | | | | | | | | | | | | | | |
| K | | | | | | | | | | | | | | | |
| 1 | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | |
| 6 | 8 | 1.17 | 6 | 0.88 | 198 | 29.07 | 444 | 65.20 | 4 | 0.59 | 16 | 2.35 | 5 | 0.73 | 681 |
| 7 | 10 | 1.27 | 3 | 0.38 | 193 | 24.46 | 563 | 71.36 | 1 | 0.13 | 14 | 1.77 | 5 | 0.63 | 789 |
| 8 | 1 | 0.13 | 5 | 0.64 | 214 | 27.40 | 542 | 69.40 | 1 | 0.13 | 13 | 1.66 | 5 | 0.64 | 781 |
| 9 | 13 | 0.88 | 18 | 1.23 | 384 | 26.14 | 1,021 | 69.50 | 4 | 0.27 | 18 | 1.23 | 11 | 0.75 | 1,469 |
| 10 | 12 | 0.73 | 12 | 0.73 | 486 | 29.63 | 1,094 | 66.71 | 7 | 0.43 | 25 | 1.52 | 4 | 0.24 | 1,640 |
| 11 | 12 | 0.89 | 8 | 0.59 | 373 | 27.67 | 925 | 68.62 | 3 | 0.22 | 21 | 1.56 | 6 | 0.45 | 1,348 |
| 12 | 9 | 0.67 | 22 | 1.64 | 385 | 28.77 | 897 | 67.04 | 0 | 0.00 | 23 | 1.72 | 2 | 0.15 | 1,338 |
| Total | 65 | 0.81 | 74 | 0.92 | 2,233 | 27.75 | 5,486 | 68.18 | 20 | 0.25 | 130 | 1.62 | 38 | 0.47 | 8,046 |

OMB # 1855-0025
Exp. 02/28/2025

Table 2: Enrollment Data-Feeder Schools

| Schools | | Actual Enrollment as of October 1, 2025 | | | | | | | | | | | | | | |
| | | American Indian /Alaskan Native (Number) | American Indian /Alaskan Native (%) | Asian (Number) | Asian (%) | Black or African-American (Number) | Black or African-American (%) | Hispanic/Latino (Number) | Hispanic/Latino (%) | Native Hawaiian or Other Pacific Islander (Number) | Native Hawaiian or Other Pacific Islander (%) | White (Number) | White (%) | Two or more races (Number) | Two or more races (%) | Total Students |
| FEEDER | MAGNET(S) | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HS 412 | Bronx High School for the Visual Arts High School for Teaching and the Professions | 0 | 0.00 | 106 | 26.63 | 28 | 7.04 | 115 | 28.89 | 2 | 0.50 | 124 | 31.16 | 23 | 5.78 | 398 |
| HS 418 | Bronx High School for the Visual Arts High School for Teaching and the Professions | 1 | 0.15 | 261 | 39.61 | 43 | 6.53 | 107 | 16.24 | 4 | 0.61 | 206 | 31.26 | 37 | 5.61 | 659 |
| HS 430 | Bronx High School for the Visual Arts High School for Teaching and the Professions | 32 | 0.58 | 3,238 | 58.80 | 275 | 4.99 | 441 | 8.01 | 25 | 0.45 | 1,324 | 24.04 | 172 | 3.12 | 5,507 |
| HS 475 | Bronx High School for the Visual Arts High School for Teaching and the Professions | 6 | 0.19 | 2,329 | 71.97 | 65 | 2.01 | 155 | 4.79 | 14 | 0.43 | 509 | 15.73 | 158 | 4.88 | 3,236 |
| HS 696 | Bronx High School for the Visual Arts High School for Teaching and the Professions | 3 | 0.83 | 86 | 23.89 | 28 | 7.78 | 84 | 23.33 | 2 | 0.56 | 139 | 38.61 | 18 | 5.00 | 360 |
| MS 312 | Bronx High School for the Visual Arts High School for Teaching and the Professions | 1 | 0.18 | 218 | 40.30 | 24 | 4.44 | 85 | 15.71 | 1 | 0.18 | 160 | 29.57 | 52 | 9.61 | 541 |
| MS 114 | The Laboratory School of Finance and Technology | 1 | 0.23 | 98 | 22.58 | 21 | 4.84 | 78 | 17.97 | 0 | 0.00 | 204 | 47.00 | 32 | 7.37 | 434 |
| PS/MS 12 | The Laboratory School of Finance and Technology | 4 | 0.69 | 276 | 47.50 | 64 | 11.02 | 97 | 16.70 | 3 | 0.52 | 98 | 16.87 | 39 | 6.71 | 581 |
| SS 291 | The Laboratory School of Finance and Technology | 1 | 0.14 | 50 | 6.83 | 91 | 12.43 | 219 | 29.92 | 3 | 0.41 | 332 | 45.36 | 36 | 4.92 | 732 |

USDOE-Contiunation_000417

**Table 3: Enrollment Data-Magnet Schools  OMB-1855-0025  Expiration 02/28/2025**

- Use a separate copy of this table (or the applicants own format) for each magnet school participating in the project.
- Provide data for all students in each grade for which the school enrolls students.

### Bronx High School for the Visual Arts

Actual Enrollment **(October 1, 2025)**

| Grade Level | American Indian / Alaskan Native (Number) | American Indian / Alaskan Native (%) | Asian (Number) | Asian (%) | Black or African American (Number) | Black or African American (%) | Hispanic/Latino (Number) | Hispanic/Latino (%) | Native Hawaiian or Other Pacific Islander (Number) | Native Hawaiian or Other Pacific Islander (%) | White (Number) | White (%) | Two or more races (Number) | Two or more races (%) | Total Students |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PK | | | | | | | | | | | | | | | |
| K | | | | | | | | | | | | | | | |
| 1 | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | |
| 9 | 1 | 0.96 | 2 | 1.92 | 20 | 19.23 | 55 | 52.88 | 1 | 0.96 | 24 | 23.08 | 1 | 0.96 | 104 |
| 10 | 1 | 1.00 | 4 | 4.00 | 15 | 15.00 | 67 | 67.00 | 0 | 0.00 | 13 | 13.00 | 0 | 0.00 | 100 |
| 11 | 0 | 0.00 | 5 | 5.10 | 11 | 11.22 | 57 | 58.16 | 0 | 0.00 | 24 | 24.49 | 1 | 1.02 | 98 |
| 12 | 1 | 1.04 | 4 | 4.17 | 20 | 20.83 | 60 | 62.50 | 0 | 0.00 | 11 | 11.46 | 0 | 0.00 | 96 |
| Total | 3 | 0.75 | 15 | 3.77 | 66 | 16.58 | 239 | 60.05 | 1 | 0.25 | 72 | 18.09 | 2 | 0.50 | 398 |

**Table 3: Enrollment Data-Magnet Schools  OMB-1855-0025  Expiration 02/28/2025**

- Use a separate copy of this table (or the applicants own format) for each magnet school participating in the project.
- Provide data for all students in each grade for which the school enrolls students.

### High School for Teaching and the Professions

Actual Enrollment  (October 1, 2025)

| Grade Level | American Indian / Alaskan Native (Number) | American Indian / Alaskan Native (%) | Asian (Number) | Asian (%) | Black or African American (Number) | Black or African American (%) | Hispanic/Latino (Number) | Hispanic/Latino (%) | Native Hawaiian or Other Pacific Islander (Number) | Native Hawaiian or Other Pacific Islander (%) | White (Number) | White (%) | Two or more races (Number) | Two or more races (%) | Total Students |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PK | | | | | | | | | | | | | | | |
| K | | | | | | | | | | | | | | | |
| 1 | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | |
| 9 | 2 | 3.23 | 1 | 1.61 | 5 | 8.06 | 53 | 85.48 | 0 | 0.00 | 1 | 1.61 | 0 | 0.00 | 62 |
| 10 | 1 | 1.39 | 0 | 0.00 | 6 | 8.33 | 64 | 88.89 | 0 | 0.00 | 1 | 1.39 | 0 | 0.00 | 72 |
| 11 | 1 | 1.11 | 2 | 2.22 | 17 | 18.89 | 69 | 76.67 | 0 | 0.00 | 1 | 1.11 | 0 | 0.00 | 90 |
| 12 | 0 | 0.00 | 1 | 1.11 | 13 | 14.44 | 74 | 82.22 | 0 | 0.00 | 1 | 1.11 | 1 | 1.11 | 90 |
| Total | 4 | 1.27 | 4 | 1.27 | 41 | 13.06 | 260 | 82.80 | 0 | 0.00 | 4 | 1.27 | 1 | 0.32 | 314 |

**Table 3: Enrollment Data-Magnet Schools  OMB-1855-0025  Expiration 02/28/2025**

- Use a separate copy of this table (or the applicants own format) for each magnet school participating in the project.
- Provide data for all students in each grade for which the school enrolls students.

### The Laboratory School of Finance and Technology

Actual Enrollment  (October 1, 2025)

| Grade Level | American Indian / Alaskan Native (Number) | American Indian / Alaskan Native (%) | Asian (Number) | Asian (%) | Black or African American (Number) | Black or African American (%) | Hispanic/Latino (Number) | Hispanic/Latino (%) | Native Hawaiian or Other Pacific Islander (Number) | Native Hawaiian or Other Pacific Islander (%) | White (Number) | White (%) | Two or more races (Number) | Two or more races (%) | Total Students |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PK | | | | | | | | | | | | | | | |
| K | | | | | | | | | | | | | | | |
| 1 | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | |
| 6 | 0 | 0.00 | 1 | 1.20 | 11 | 13.25 | 67 | 80.72 | 1 | 1.20 | 3 | 3.61 | 0 | 0.00 | 83 |
| 7 | 1 | 1.14 | 0 | 0.00 | 16 | 18.18 | 69 | 78.41 | 0 | 0.00 | 2 | 2.27 | 0 | 0.00 | 88 |
| 8 | 1 | 1.18 | 1 | 1.18 | 24 | 28.24 | 57 | 67.06 | 0 | 0.00 | 2 | 2.35 | 0 | 0.00 | 85 |
| 9 | 2 | 1.92 | 0 | 0.00 | 19 | 18.27 | 82 | 78.85 | 0 | 0.00 | 0 | 0.00 | 1 | 0.96 | 104 |
| 10 | 0 | 0.00 | 0 | 0.00 | 17 | 17.35 | 80 | 81.63 | 0 | 0.00 | 1 | 1.02 | 0 | 0.00 | 98 |
| 11 | 0 | 0.00 | 1 | 1.05 | 19 | 20.00 | 73 | 76.84 | 1 | 1.05 | 1 | 1.05 | 0 | 0.00 | 95 |
| 12 | 1 | 1.06 | 1 | 1.06 | 15 | 15.96 | 76 | 80.85 | 0 | 0.00 | 1 | 1.06 | 0 | 0.00 | 94 |
| Total | 5 | 0.77 | 4 | 0.62 | 121 | 18.70 | 504 | 77.90 | 2 | 0.31 | 10 | 1.55 | 1 | 0.15 | 647 |

PR/Award #S165A230012

**Table 1: Enrollment Data-LEA Level**
**Community School District 10**

Actual Enrollment as of October 1, 2025

| Grade | Native American/ Alaskan Native | | Asian | | African American/Black | | Hispanic | | Pacific Islander | | White | | Two or More Races | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | % | N | % | N | % | N | % | N | % | N | % | N | % | |
| 06 | 21 | 0.74% | 90 | 3.17% | 406 | 14.29% | 2185 | 76.88% | 4 | 0.14% | 113 | 3.98% | 23 | 0.81% | 2842 |
| 07 | 20 | 0.69% | 87 | 3.00% | 392 | 13.51% | 2267 | 78.15% | 14 | 0.48% | 100 | 3.45% | 21 | 0.72% | 2901 |
| 08 | 19 | 0.62% | 101 | 3.31% | 394 | 12.93% | 2370 | 77.76% | 7 | 0.23% | 131 | 4.30% | 26 | 0.85% | 3048 |
| 09 | 40 | 1.06% | 551 | 14.62% | 641 | 17.00% | 2232 | 59.20% | 10 | 0.27% | 238 | 6.31% | 58 | 1.54% | 3770 |
| 10 | 33 | 0.90% | 531 | 14.54% | 576 | 15.77% | 2208 | 60.46% | 7 | 0.19% | 256 | 7.01% | 41 | 1.12% | 3652 |
| 11 | 35 | 1.04% | 556 | 16.49% | 523 | 15.51% | 1949 | 57.82% | 6 | 0.18% | 258 | 7.65% | 44 | 1.31% | 3371 |
| 12 | 24 | 0.76% | 534 | 16.90% | 491 | 15.54% | 1793 | 56.74% | 11 | 0.35% | 269 | 8.51% | 38 | 1.20% | 3160 |
| Total | 192 | 0.84% | 2450 | 10.77% | 3423 | 15.05% | 15004 | 65.97% | 59 | 0.26% | 1365 | 6.00% | 251 | 1.10% | 22744 |

PR/Award #S165A230012

**Table 1: Enrollment Data-LEA Level**

**Community School District 11**

Actual Enrollment as of October 1, 2025

| Grade | Native American/ Alaskan Native | | Asian | | African American/Black | | Hispanic | | Pacific Islander | | White | | Two or More Races | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | % | N | % | N | % | N | % | N | % | N | % | N | % | |
| 06 | 39 | 1.62% | 274 | 11.36% | 705 | 29.23% | 1120 | 46.43% | 15 | 0.62% | 235 | 9.74% | 24 | 1.00% | 2412 |
| 07 | 32 | 1.25% | 286 | 11.20% | 745 | 29.18% | 1204 | 47.16% | 9 | 0.35% | 247 | 9.67% | 30 | 1.18% | 2553 |
| 08 | 47 | 1.81% | 278 | 10.68% | 831 | 31.92% | 1177 | 45.22% | 7 | 0.27% | 236 | 9.07% | 27 | 1.04% | 2603 |
| 09 | 28 | 1.45% | 88 | 4.55% | 639 | 33.07% | 989 | 51.19% | 16 | 0.83% | 158 | 8.18% | 14 | 0.72% | 1932 |
| 10 | 28 | 1.40% | 101 | 5.04% | 747 | 37.29% | 969 | 48.38% | 5 | 0.25% | 144 | 7.19% | 9 | 0.45% | 2003 |
| 11 | 19 | 1.16% | 84 | 5.11% | 658 | 40.05% | 761 | 46.32% | 5 | 0.30% | 102 | 6.21% | 14 | 0.85% | 1643 |
| 12 | 34 | 2.23% | 71 | 4.65% | 633 | 41.45% | 691 | 45.25% | 11 | 0.72% | 81 | 5.30% | 6 | 0.39% | 1527 |
| Total | 227 | 1.55% | 1182 | 8.06% | 4958 | 33.79% | 6911 | 47.10% | 68 | 0.46% | 1203 | 8.20% | 124 | 0.85% | 14673 |

USDOE-Contiunation_000422

| Budget Categories | Carryover from Previous Budget Period | Approved Budget | Expenditures | Anticipated Costs | Carryover to Future Budget Period |
|---|---|---|---|---|---|
| *Reporting Period:* | *Start: 10/1/23* *End: 09/31/24* | *Start: 10/01/25* *End: 09/30/26* | *Start: 10/01/25* *End: 03/31/26* | *Start: 04/01/26* *End: 09/30/26* | *Start: 10/01/26* *End: 9/30/27* |
| Personnel | $1,411,403 | $0 | $602,960 | $495,240 | $0 |
| Fringe Benefits* | $612,377 | $0 | $246,041 | $226,969 | $0 |
| Travel | $9,000 | $0 | $6,001 | $0 | $0 |
| Equipment | $61,000 | $0 | $0 | $35,687 | $0 |
| Supplies | $201,470 | $0 | $268,477 | $100,002 | $0 |
| Contractual | $325,231 | $0 | $454,562 | $140,359 | $0 |
| Construction | $0 | $0 | $0 | $0 | $0 |
| Other | $41,336 | $0 | $76,346 | $9,172 | $0 |
| Total Direct Costs | $2,661,817 | $0 | $1,654,387 | $1,007,429 | $0 |
| Indirect Costs** (2.9%) | $79,854 | $0 | $49,632 | $30,223 | $0 |
| Training Stipend | | $0 | $0 | $0 | $0 |
| Total Costs | $2,741,671 | $0 | $1,704,019 | $1,037,652 | $0 |

*Fringe benefit amounts are calculated at FY26 rates – 45.83% on pedagogue salaries, 20.76% on per session, and 8.15% on per diem for FY26.

**The indirect cost reported above $49,632 reflects the FY26 indirect cost of 3.0% on the year three direct expenditure $1,654,387. The indirect cost rate that District 07 applies to federal grant programs is determined by the New York City Department of Education and approved by the New York State Department of Education.

USDOE-Contiunation_000423

PR/Award # S165A230012

**NYC Community School District 7**
**MSAP Project Year 3 APR Budget Narrative**

The New York City Department of Education Community School MSAP District 7 (7, 10, 11) Bronx Inter-district Magnet Consortium Magnet Schools Assistance Program grant, PR # S165A230012, was awarded $0 for Project Year three.

Expenditures for Project Year 3, from 10/01/2025-03/31/2026 total $1,704,019. This total is listed in item #8b on the cover page of this report, and it covers the allowable MSAP grant obligations for the applicable Project Year 3 budget/reporting period. The projected expenditures for the remainder of Project year 3, 04/01/2026-09/30/2026, total $1,037,652. The combined total equals a projected Project Year 3 total expenditure of $2,741,671. The total NYC CSD 7 MSAP grant allocation for Project year 3 ($0) minus the combined expenditure for Project Year 3 through 03/31/2026 and projected expenditure through 09/30/2026 leaves a projected carryover amount totaling $0.

All of these MSAP expenditures were made within the existing scope of the project and in support of project objectives. Specifically, the expenditures for the year three budget period correlate to the following budget categories:

| | |
|---|---|
| Personnel | $602,960 |
| Fringe Benefits* | $246,041 |
| Travel | $6,001 |
| Equipment | $0 |
| Supplies | $268,477 |
| Contractual | $454,562 |
| Construction | $0 |
| Other | $76,346 |
| Total Direct Costs | $1,654,387 |
| Indirect Costs** (3.0%) | $49,632 |
| Training Stipend | $0 |
| Total Costs | $1,704,019 |

*Fringe benefit amounts are calculated at FY26 rates – 45.83% on pedagogue salaries, 20.76% on per session, and 8.15% on per diem for FY26.
**The indirect cost reported above $49,632 reflects the FY26 indirect cost of 3.0% on the year three direct expenditure $1,654,387. The indirect cost rate that District 07 applies to federal grant programs is determined by the New York City Department of Education and approved by the New York State Department of Education.

The New York City Department of Education's Division of Financial Administration draws down budget expenditures from when charges have cycled through the department's accounting system. These draw downs typically occur approximately every 2-3 months.

USDOE-Contiunation_000424

### Personnel summary

The project's approved MSAP budget includes personnel funds for full positions, per session hours and teacher per diem. Tables and narratives below give further details.

The MSAP funded staff table below provides details on grant- funded location, costs, and fringe on salaried personnel.

### KEY PERSONNEL BUDGET DETAIL

| Location | Salary charged to Grant PY3 |
|----------|------------------------------|
| District 7 | $111,535 |
| 07X223 | $144,298 |
| 10X433 | $162,105 |
| 11X418 | $64,178 |
| **ALL** | **Total Salary-$482,115** |

The salaries of all staff are established by the NYC Department of Education in agreement with the United Federation of Teachers (UFT) and Council of Supervisors and Administrators (CSA) according to contract. The salaries are further dependent on an individual's level of education, years in the system and license area.

A total of $482,115 has been expended to pay for Personnel salaries so far this third project year.
A total of $470,478 in projected Personnel salaries expenditures are estimated for the remainder of the project year (fringe not included).

### Per session summary

Per session activities involve staff development, curriculum activities and student extended day activities that take place before or after the contracted school day and year. Staff developments are aligned to long-range reform efforts and designed to ensure that Magnet Staff have the tools to deliver magnet theme instruction aligned to local and state standards, to improve the academic achievement of all students and to prepare students for college and career. Per session Professional Development opportunities have included, Instructional Technology, Paideia, and PBL Works (formerly Buck Institute of Education).

### PER SESSION BUDGET DETAIL

| Location | Per Session charged to Grant PY3 | FY 26 Fringe 20.76% |
|----------|-----------------------------------|----------------------|
| District 7 | $28,283 | $5,872 |
| 07X223 | $15,103 | $3,135 |
| 10X433 | $68,700 | $14,262 |
| 11X418 | $8,759 | $1,818 |
| **ALL** | **Total Per Session $120,845** | **Total Fringe  $25,087** |

The contracted hourly Per session rate is determined by the 2023 NYC UFT and CSA contract, and is used to calculate the cost for Per session.

A total of $120.845 has been expended to pay for Per session so far this third project year.
A total of $24,762 in projected Per session expenditures are estimated for the remainder of the project year (fringe not included).

PR/Award # S165A230012

## Per Diem summary

Per-diem subs will enable magnet school staff to attend workshops, trainings and conferences, and work on unit planning and curriculum writing during the school day.

### PER DIEM BUDGET DETAIL

| Magnet School | Per Diem Expenditures | Per Diem Fringe PY3 8.15% (FY26) |
|---|---|---|
| 07X223 | $0 | $0 |
| 10X433 | $0 | $0 |
| 11X418 | $0 | $0 |
| ALL | Total Per Diem $0 | Total Fringe $0 |

The contracted daily per-diem rate, determined by the 2023 NYC UFT contract, and is used to calculate the cost for per-diem substitute teachers who work on a day-to-day basis.

A total of $0 has been expended to pay for Per Diem substitute teachers so far this second project year. A total of $0 in projected Per diem expenditures are estimated for the remainder of the project year.

## Fringe Budget Summary

The District 7 MSAP project uses standard NYCDOE fringe benefit rates. The composition of the fringe benefits charged on the project's personnel costs is contained in the table below. This year's NYCDOE fringe rates are higher than they were at the time of the MSAP application. Fringe benefits are charged at the current rates for each fiscal year, which changes every July 1st.

### Fringe Budget Detail

|  | Pedagogical Staff Salaries | Per Session | Per Diem |
|---|---|---|---|
|  | FY26 | FY26 | FY26 |
| Health | 22.24% |  |  |
| FICA | 7.65% | 7.66% | 7.65% |
| UIB | 0.50% | 0.50% | 0.50% |
| Welfare | 2.11% |  |  |
| Annuity | 0.36% |  |  |
| Pension | 12.61% | 12.61% |  |
| Sabbatical | 0.36% |  |  |
| Composite Rate | 45.83% | 20.76% | 8.15% |

## Travel Summary

Travel opportunities will directly align to MSAP grant objectives and will allow MSAP district and school personnel to attend staff development, both local and non-local. MSAP staff and key school personnel will attend staff development and conferences sponsored by the US Department of Education (Washington, DC) and Magnet Schools of America (MSA).

### TRAVEL BUDGET DETAIL

| Location | Total by Location |
|---|---|
| District 7 | $2,886 |

PR/Award # S165A230012

| Schools | $3,115 |
|---|---|
| ALL Total | $6,001 |

A total of $6,001 has been expended to pay for Travel costs so far this second project year.
A total of $0 in projected Travel expenditures are estimated for the remainder of the project year.

## Equipment Summary

Equipment items have more than a $5,000 cost per individual unit.

### EQUIPMENT BUDGET DETAIL

| Location | Item |
|---|---|
| Schools | $0 |
| All Total | $0 |

A total of $0 has been expended to pay for Equipment costs so far this first project year.
A total of $0 in projected Equipment expenditures are estimated for the remainder of the project year.

## Supply Summary

Any item with less than a $5,000 cost per individual unit falls under supplies. Supply purchases support and have a direct impact on teaching, learning and assessment at each school. The types of materials purchased vary according to theme and need. The supplies expenditures, broken down by location and category of supply, are listed in the table below.
Examples of purchases include: General/Instructional supplies – science lab supplies, makerspace material, art and design supplies; Computer/technology supplies –Apple computers/iPads, Chromebooks, desktops/laptops; Books and Libraries - Theme, student achievement, college and career, Advanced Placement, accelerated courses and professional development related materials and resources.

### SUPPLIES BUDGET DETAIL

| Location | Item Type | Expenditures |
|---|---|---|
| District 7 | PD Materials, Computer, General Office Supplies- | $24,999 |
| 07X223 | General/Instructional Supplies, Computers/Technology | $59,989 |
| 10X433 | Specialty furniture, General/Instructional Supplies, Computers/Technology - | $24,962 |
| 11X418 | General/Instructional Supplies, Computers/Technology | $158,527 |
| Total | | $268,477 |

A total of $268,477 has been expended to pay for Supply costs so far this second project year.
A total of $100,002 in projected Supply expenditures are estimated for the remainder of the project year.

## Consultant/Contracts Summary

Funds have been expended to provide residencies, professional development, curriculum development and opportunities for outside partnerships throughout the year. Consultant/Contract expenditures and the major district and school-based consultant/contractual service providers are listed in the table below.

### CONSULTANTS/CONTRACTS BUDGET DETAIL

| Location | Name of consultants | Expenditures |
|---|---|---|

USDOE-Contiunation_000427

| District 7 | Metis Associates Inc., PBL Works (Buck Institute of Education), Grand View Stack, CKing Education, Liberty Science Center, Left of Center Productions, DFCM< Productions, In the Living Room Podcast | $144,310 |
|---|---|---|
| 07X223 | Crossway Driving School, Somos Arte, The Big Picture Company, Follow Us | $200,480 |
| 10X433 | Buck Institute for Education, National Education Opportunity, Ramapo for Children | $20,937 |
| 11X418 | Math Consulting Partners, Teacher's College, Louis Hernandez Jr Foundation | $88,835 |
| | | |
| ALL | | Total $454,562 |

A total of $454,562 has been expended to pay for Consultants/Contract costs so far this first project year. A total of $140,359 in projected Consultants/Contract expenditures are estimated for the remainder of the project year.

### Other Costs Budget Summary

Other expenditures, broken down by location and type are listed in the table below. Examples of purchases include: Advertisement/Recruitment –Marketing- to provide information on our magnet schools to strengthen community awareness of our magnet program, promote open houses and provide contact and enrollment information; Professional Memberships – Magnet Schools of America (MSA).

### OTHER COSTS BUDGET DETAIL

| Location | Description | Expenditures |
|---|---|---|
| District 7 | | $0 |
| 07X223 | Admissions, Advertising/Recruitment | $34,314 |
| 10X433 | Professional Memberships, (MSA), Admissions, Advertising/Recruitment | $42,032 |
| 11X418 | | $0 |
| | | |
| ALL | | Total $76,346 |

A total of $76,346 has been expended to pay for Other costs so far this first project year. A total of $9,172 in projected Other expenditures are estimated for the remainder of the project year.

| NYC District 7 Budget Report by Location | | | | | |
|---|---|---|---|---|---|
| Year Three Expenditures 10/1/2025 – 4/31/2026 | | | | | |
| | District | 07X223 | 10X433 | 11X418 | Total Cost |
| 1. Personnel | $139,818 | $159,400 | $230,804 | $72,938 | $602,960 |
| 2. Fringe Benefits* | $56,987 | $69,268 | $88,554 | $31,232 | $246,041 |
| 3. Travel | $2,886 | | | $3,115 | $6,001 |
| 4. Equipment | | | | | $0 |
| 5. Supplies | $24,999 | $59,989 | $24,962 | $158,527 | $268,477 |
| 6. Contractual | $144,310 | $200,480 | $20,937 | $88,835 | $454,562 |
| 7. Construction | $0 | $0 | $0 | $0 | $0 |
| 8. Other | | $34,314 | $42,032 | | $76,346 |
| 9. Total Direct Costs (lines 1-8) | $369,000 | $523,451 | $407,289 | $354,647 | $1,654,387 |
| 10. Indirect Costs** | $11,070 | $15,704 | $12,219 | $10,639 | $49,632 |
| 11. Training Stipends | $0 | - | | | $0 |
| 12. Total Costs (lines 9-11) | $380,070 | $539,155 | $419,508 | $365,286 | $1,704,019 |

*Fringe benefit amounts are calculated at FY26 rates – 45.83% on pedagogue salaries, 20.76% on per session, and 8.15% on per diem for FY26.

**The indirect cost reported above $49,632 reflects the FY26 indirect cost of 3.0% on the year three direct expenditure $1,654,387. The indirect cost rate that District 07 applies to federal grant programs is determined by the New York City Department of Education and approved by the New York State Department of Education.

| Budget Categories | District | 07X223 | 10X433 | 11X418 | Total |
|---|---|---|---|---|---|
| **NYC District 7 Budget Report by Location** | | | | | |
| **Year Three Projection 4/1/2026 – 9/30/2026** | | | | | |
| **1. Personnel** | $139,818 | $152,400 | $130,084 | $72,938 | $495,240 |
| **2. Fringe Benefits\*** | $57,915 | $49,268 | $88,554 | $31,232 | $226,969 |
| **3. Travel** | $0 | $0 | $0 | $0 | $0 |
| **4. Equipment** | $0 | $14,235 | $11,005 | $10,447 | $35,687 |
| **5. Supplies** | $4,127 | $29,386 | $28,962 | $37,527 | $100,002 |
| **6. Contractual** | $20,107 | $40,480 | $30,937 | $48,835 | $140,359 |
| **7. Construction** | $0 | $0 | $0 | $0 | $0 |
| **8. Other** | $1,542 | $3,314 | $2,032 | $2,284 | $9,172 |
| **9. Total Direct Costs (lines 1-8)** | $223,509 | $289,083 | $291,574 | $203,263 | $1,007,429 |
| **10. Indirect Costs\*\*** | $6,705 | $8,672 | $8,748 | $6,098 | $30,223 |
| **11. Training Stipends** | $0 | $0 | $0 | $0 | $0 |
| **12. Total Costs (lines 9-11)** | $230,214 | $297,755 | $300,322 | $209,361 | $1,037,652 |

\*Fringe benefit amounts are calculated at FY26 rates – 45.83% on pedagogue salaries, 20.76% on per session, and 8.15% on per diem for FY26.

\*\*The indirect cost reported above $30,223 reflects the FY26 indirect cost of 3.0% on the year three direct expenditure $1,007,429. The indirect cost rate that District 07 applies to federal grant programs is determined by the New York City Department of Education and approved by the New York State Department of Education.

| Budget Categories | Carryover from Previous Budget Period | Approved Budget | Expenditures | Anticipated Costs | Carryover to Future Budget Period |
|---|---|---|---|---|---|
| Reporting Period: | *Start: 10/1/23* *End: 09/31/24* | *Start: 10/01/25* *End: 09/30/26* | *Start: 10/01/25* *End: 03/31/26* | *Start: 04/01/26* *End: 09/30/26* | *Start: 10/01/26* *End: 9/30/27* |
| Personnel | $1,411,403 | $0 | $602,960 | $495,240 | $0 |
| Fringe Benefits* | $612,377 | $0 | $246,041 | $226,969 | $0 |
| Travel | $9,000 | $0 | $6,001 | $0 | $0 |
| Equipment | $61,000 | $0 | $0 | $35,687 | $0 |
| Supplies | $201,470 | $0 | $268,477 | $100,002 | $0 |
| Contractual | $325,231 | $0 | $454,562 | $140,359 | $0 |
| Construction | $0 | $0 | $0 | $0 | $0 |
| Other | $41,336 | $0 | $76,346 | $9,172 | $0 |
| Total Direct Costs | $2,661,817 | $0 | $1,654,387 | $1,007,429 | $0 |
| Indirect Costs** (2.9%) | $79,854 | $0 | $49,632 | $30,223 | $0 |
| Training Stipend | | $0 | $0 | $0 | $0 |
| Total Costs | $2,741,671 | $0 | $1,704,019 | $1,037,652 | $0 |

*Fringe benefit amounts are calculated at FY26 rates – 45.83% on pedagogue salaries, 20.76% on per session, and 8.15% on per diem for FY26.

**The indirect cost reported above $49,632 reflects the FY26 indirect cost of 3.0% on the year three direct expenditure $1,007,429. The indirect cost rate that District 07 applies to federal grant programs is determined by the New York City Department of Education and approved by the New York State Department of Education.

# U.S. Department of Education

**Washington, D.C. 20202-5335**



## MSAP Annual Performance Report
**CFDA # 84.165A**
**PR/Award # S165A220034**
**Budget Period # 4**
**Report Type: Annual Performance**

PR/Award # S165A220034



# U.S. Department of Education
## Grant Performance Report Cover Sheet (ED 524B)
*Check only one box per Program Office instructions.*
[✔] Annual Performance Report    [   ] Final Performance Report

OMB No. 1855-0025
Exp. 02/28/2025

## General Information

1. PR/Award #:  S165A220034

*(Block 5 of the Grant Award Notification - 11 characters.)*

2. Grantee NCES ID#:  3600120

*(See instructions. Up to 12 characters.)*

3 Project Title:  Community School Districts 19-27 Consortium Magnet Schools Assistance Program

*(Enter the same title as on the approved application.)*

4. Grantee Name *(Block 1 of the Grant Award Notification.):* NYC Department of Education - Community School District 19

5. Grantee Address *(See instructions.)*

6. Project Director *(See instructions.)* Name: Jenna Krueger-Utter        Title: Project Director

   Ph #: ( 929 )  561  -  1850      Ext: (        )          Fax #: (      ) _____ - _____

   Email Address:  jkrueger2@schools.nyc.gov

## Reporting Period Information *(See instructions.)*

7. Reporting Period:    From:  10  / 01  / 2025    To:  03  / 31  / 2026    (mm/dd/yyyy)

## Budget Expenditures *(To be completed by your Business Office.  See instructions.  Also see Section B.)*

8. Budget Expenditures

|  | **Federal Grant Funds** | **Non-Federal Funds** *(Match/Cost Share)* |
|---|---|---|
| a. Previous Budget Period | $2,672,860.00 | $0.00 |
| b. Current Budget Period | $2,290,095.00 | $0.00 |
| c. Entire Project Period *(For Final Performance Reports only)* | $0.00 | $0.00 |

## Indirect Cost Information *(To be completed by your Business Office.  See instructions.)*

9. Indirect Costs

   a. Are you claiming indirect costs under this grant?  ✔ Yes  ___No

   b. If yes, do you have an Indirect Cost Rate Agreement approved by the Federal Government?  ✔ Yes  ___No

   c. If yes, provide the following information:

      Period Covered by the Indirect Cost Rate Agreement:  From:  07  / 01  / 2025    To:  06  / 30  / 2026    (mm/dd/yyyy)

      Approving Federal agency:  ✔ ED  ___Other *(Please specify)*: _____

      Type of Rate *(For Final Performance Reports Only)*: ___ Provisional ___ Final ___ Other *(Please specify)*: _____

   d. For Restricted Rate Programs (check one) -- Are you using a restricted indirect cost rate that:

      ✔ Is included in your approved Indirect Cost Rate Agreement?

      ___ Complies with 34 CFR 76.564(c)(2)?

## Human Subjects (Annual Institutional Review Board (IRB) Certification) *(See instructions.)*

10.  Is the annual certification of Institutional Review Board (IRB) approval attached?  ✔ Yes ___ No ___ N/A

## Performance Measures Status and Certification *(See instructions.)*

11. Performance Measures Status

   a. Are complete data on performance measures for the current budget period included in the Project Status Chart?  ___Yes  ✔ No

   b. If no, when will the data be available and submitted to the Department?  10  / 30  / 2026   (mm/dd/yyyy)

12. To the best of my knowledge and belief, all data in this performance report are true and correct and the report fully discloses all known weaknesses concerning the accuracy, reliability, and completeness of the data.

Dr. Tamra Collins

Title:  Superintendent

Name of Authorized Representative:

Signature:

Date:  5/12/2026  / _____

ED 524B

Docusign Envelope ID: E1A3DDDB-29E9-8FB2-80A8-B9290B07A920



Dr. Tamra S. Collins
Community Superintendent District 19
590 Sheffield Ave, Room 409
Brooklyn NY 11207

Magnet Schools Assistance Program (MSAP)
U.S. Department of Education
Office of Elementary and Secondary Education
400 Maryland Avenue, SW Washington, D.C. 20202

5/12/2026

Re: NYC MSAP District 19 (19-27) Desegregation Plan

Dear MSAP Program Office:

This letter is to verify that MSAP District 19 - 27 Consortium (District 19 Lead) operates under the desegregation plan that was submitted with the initial MSAP application. There have been no changes to the voluntary desegregation plan.


Respectfully submitted,

Signed by:

369A9C2020EA49C...

Dr. Tamra Collins, District 19 Superintendent

**NYC Community School Districts 19/27 Executive Summary**
May 2026

The NYC Community School Districts 19/27 Magnet Schools Assistance Program (D19/27 MSAP) is an interdistrict project currently in its fourth year of transforming four community schools into magnet schools. Included in this cohort are: PS 64- The Joseph P. Addabbo Magnet School of Leadership & Social Justice Activism; PS 202- The Ernest S. Jenkyns Magnet School of Journalism and Multimedia; IS 171- The Abraham Lincoln Magnet School of Leadership and Innovation; and IS 654- The Magnet School of Multimedia Arts & Engineering at Van Siclen Community Middle School.

This project year was interrupted by the withholding of Project Year 4 funding. The project fortunately was granted access to carryover funds starting in mid-December. The months of uncertainty at the onset of the project year had a profound impact on MSAP programming across the project. This created challenges in each school and at a district level. Most prominent among these challenges are:

1. *Interruption in planning of theme-based curriculum units and residencies*

The schools were actively engaged throughout the summer of 2025 in planning and preparation for the 2025-2026 school year. When the school year began in September 2025, each school had plans for a full year of magnet programming and those programs were dependent upon MSAP funding. When the project received notice just days before the new project year began that there would be no funding for the year, programming screeched to a halt. At that point, magnet staff were already placed in their magnet positions and in one school, a new site coordinator and resource specialist had just been hired. Without MSAP funds available, those salaries had to be taken from the school's non-MSAP budget, leaving a great deficit on funds originally designated for other operational purposes. Partners have operated on good faith over the past three years with the understanding that the NYC CSD 19/27 Magnet Schools would be able to deliver payment for services. When that was no longer the case, some of those partners had to abandon those partnerships  For each of the schools,  their partners could not provide services during the fall semester; they could only begin working with the schools after January 2026, when purchase orders could be generated.  Therefore, students and families missed opportunities they otherwise would have had.

2. *Uncertainty of funding, purchasing interruption*

The interruption in funding created confusion and uncertainty across the project and this impact lasted even after the project was granted access to carryover funds. School leaders had been guided through the MSAP planning process, working with stakeholders to plan thoughtfully and scrupulously over the duration of the grant, making purchases that were carefully considered. They had long-term plans to use all five years of the grant funding period to truly transform their schools. When no funds were available, schools lost momentum with their partnerships and purchasing.  When carryover funds became available, schools had to act quickly to ensure that

they could receive services and materials before the NYCPS procurement purchasing deadlines. This created undue hardship for the schools.

### 3. *Pause in teacher training and afterschool programming*

Throughout October, November, and December, schools did not have access to per session funds for teachers to attend training and the project did not have contractual funds to pay partners. The project lost valuable time at the beginning of the school year, when teachers were establishing instructional plans for the year. One school, PS 202, had 12 new teachers this school year who needed to be onboarded to their school's specialized theme-based curriculum. However, without the MSAP funds to cover per diem coverage or per session funds, it was very difficult to provide the proper training. Furthermore, schools depend on MSAP per session funds for teachers to provide enrichment after school hours, including tutoring, enrichment, and theme-based clubs. Without this, families were left scrambling and frustrated to find after-school coverage .

### 4. *Reduced recruitment scope*

Unfortunately, the CSD 19/27 PY4 MSAP funding was withheld right at the beginning of recruitment season for New York City Public Schools. Middle school applications opened on October 15 and closed on December 12, 2025. While the CSD 19 MSAP middle schools still held open houses and recruitment activities, they were unable to provide a full scope of what the program would look like for prospective students without any certainty of funds. Kindergarten applications opened for our elementary families on December 9 and closed on January 23. While schools made a strong effort to connect with prospective families and highlight the strengths of the program, many families had questions about residencies and afterschool programming that could not be answered at that time.

Individual schools reported the following challenges:

- PS 64- The Joseph P. Addabbo School Magnet School of Leadership and Social Justice indicated that recruitment was a challenge this project year. The school had created a plan over the summer months for various staff members to receive coverage using per diem funds so they could visit early childhood centers and share information with families about the school. This was not possible without MSAP funds. Additionally, they had a delayed start to their LEAD enrichment clubs (career-connected after school clubs where students explore career pathways), which left many families scrambling for childcare. Students ultimately received one less full cycle of enrichment clubs than they would otherwise have received.

- IS 171- The Abraham Lincoln Magnet School of Leadership and Innovation noted the inability to secure resources at the start of the year.  This was a significant issue because it delayed the rollout of new Project Based Learning units, preventing students from engaging with the thematic curriculum during the critical first few months of school. Additionally, because of staffing and funding limitations, the Magnet Coordinator position was assigned alternative classroom duties during October and November, which

took critical time away from core magnet tasks, leading to delays in planning, recruitment, implementation and program administration.

- PS 202- The Ernest S. Jenkyns Magnet School of Journalism and Multimedia has a new principal and new magnet staff. They pointed to challenges with establishing a new MSAP team just as funding was withdrawn. They also had began building an upgraded media room over the summer and found it extremely difficult to continue developing and utilizing the space in the face of reduced and inconsistent funding. While the space now supports podcasting and weekly news broadcasts, interruptions in funding have made it difficult to purchase additional equipment, replace aging tools, and maintain subscriptions for software. As a result, students sometimes must share limited resources or adjust their production schedules, which can slow down momentum and limit the depth of their projects. Another significant challenge has been sustaining the growth of the journalism component without consistent financial support. With funding disruptions, it has been harder to provide these enrichment opportunities, which can impact how fully students are able to explore investigative reporting and real-world connections. Teachers have had to be especially resourceful, adapting lessons and finding creative ways to continue fostering inquiry with fewer supports.
- IS 654- The Magnet School of Multimedia Arts & Engineering at VSCMS reported that their most immediate challenge was the inability to provide per session funding for staff to lead afterschool activities. This affected their most dedicated students who may not have the technology or resources at home to engage in enrichment and extension opportunities. At IS 654, field trips are one of the primary methods for connecting classroom theory to real-world application. Due to funding cuts, the school had to significantly reduce the frequency of these off-site experiences and missed some opportunities because there were no longer dates available once funds were accessible. Reducing trips also impacted recruitment; prospective families often choose magnet schools specifically for these high-exposure "out-of-building" opportunities.

In spite of the challenges, the project was able to achieve several notable successes. Relying on the strong foundation from Project Years 1 through 3, the Project notes the following accomplishments:

1. *Curriculum refinement in all four magnet schools*

MSAP carryover funds allowed schools to reconvene and refine their theme-based curriculum for long-term sustainability. For example, PS 64 is using carryover funds to pay teachers per session to create additional units that highlight social justice and civil engagement in each grade, in addition to revising and improving their existing units. They have three current thematic units and will be adding two more school-wide theme units that will continue to be taught in future years. PS 202 has a new administration and several new teachers, so the school took time with their magnet team to review their magnet units and ensure they are meeting rigorous standards both in terms of academic skills and magnet theme alignment. All four schools utilized per

session funds in addition to working with instructional partners to ensure that the magnet curriculum is strong and will continue past the federal funding period.

*2.   Refocusing on magnet core values and mission statements*

During Project Year 4, schools were asked to consider their identity as a magnet school and refine their mission statement. The CSD 19/27 MSAP project relies on grant funds to be successful. However, the first three years of the project created systems and structures that continued even with no MSAP funds. The four schools have efficient teams that review data and make thoughtful academic and programmatic decisions. The magnet teams worked on their thematic scope and sequence this year to consider the skills and abilities their students will graduate with, and analyze the classes and units to ensure acquisition of those skills and abilities. MSAP staff shared their mission statements and made revisions to ensure that each school has a mission statement that reflects their identity as a magnet school.

*3.   Strengthening community partnerships*

While schools lost some partnerships with vendors because they were unable to generate purchase orders, other schools did have partnerships that showed how mutually beneficial and sustainable their relationships are. Many or our partners worked quickly to accommodate schools when funds were in place, delivering rich instruction in an abbreviated timeline. The reputation of our magnet schools in their respective communities remains strong in spite of the challenges and setbacks.

*4.   Proactive sustainability planning*

All four schools developed sustainability plans aligned with the magnet pillars to ensure future success in the areas of: curriculum and instruction, family engagement, diversity and equity, partnerships, and enrollment management. The MSAP teams at each school worked with various stakeholders (community members, partners, parents) on their magnet teams to reflect on the critical components of their magnet programs and consider how to build on those strengths and develop their program going forward.

Individual schools reported the following successes:

- PS 64- The Joseph P. Addabbo School Magnet School of Leadership and Social Justice is working closely with the National Paideia Center to train every teacher in the school to administer Socratic Seminars in the classroom. These student-led discussions have been transformative for their students, building leadership skills while deepening understanding of content knowledge. They also were able to successfully conduct one round of leadership-based  enrichment clubs, exposing students to multiple career pathways in leadership, and they have plans to complete another cycle before the end of the school year.
- IS 171- The Abraham Lincoln Magnet School of Leadership and Innovation successfully integrated educational field trips with classroom learning to deepen student comprehension. For example, students visited the Newtown Creek Wastewater Treatment Visitor Center as a part of the 8th grade PBL unit on sustainability, allowing them to see

real-world applications of environmental science and civil leadership. They also enhanced family engagement by combining PTA meetings with student award ceremonies to increase attendance and enhance communication within the school community.

- PS 202- The Ernest S. Jenkyns Magnet School of Journalism and Multimedia reported that one of their greatest successes this year has been the transformation of their media room into a fully functional space for podcasting and weekly news broadcasts. This upgrade has allowed students to engage with modern media tools and take ownership of content creation. The students are now actively involved in planning, recording, and producing segments that are shared with the school community. The experience has not only strengthened their technical skills but has also given them a sense of pride and responsibility, as their voices and ideas are being heard in a meaningful way. Another key success has been the growth of the journalism component within the magnet program. By incorporating journalism practices into classroom activities, students are becoming more curious and engaged with the world around them. This emphasis on inquiry has helped students develop a deeper understanding of their surroundings while also building important communication skills.

- IS 654- The Magnet School of Multimedia Arts & Engineering at VSCMS expressed that the most significant success this year wasn't just the continuation of their work with their partner the BEAM Center, but the evolution of the relationship itself. BEAM became a critical partner when funding was unavailable, brainstorming with IS 654 on how to continue the critical work being done in the Fabrication Lab (a space providing hands-on learning experiences for students with tools, technology, 3-d printers, and other materials to encourage innovation, problem solving and real world skills). When carryover funds allowed the BEAM Center to continue work as planned, they worked diligently not only to catch students up, but also to discuss sustainability plans for future years.

During the fourth year of implementation, the NYC CSD 19/27 Magnet Schools Assistance Program continues to make significant strides toward high quality specialized magnet theme education, in spite of the significant challenges that the lack of Project Year 4 funding has presented to the schools and the district. There have been no changes to the student selection process or the desegregation plan and there are no anticipated program changes at this time.

Unfortunately, the withdrawal of funding significantly impacted the CSD 19/27 MSAP project's marketing and recruitment efforts during the fall of 2025. However, the schools have all been working diligently to prepare enhanced recruitment efforts for the fall of 2026. Every school hosted multiple open houses and the schools continued to foster the pipelines from the earlier grades. Middle schools hosted opportunities for elementary students to visit and try out "a day in the life" and the two elementary schools visited local early childhood centers. All four schools are working with Plug Ugly Studios, a film production company, to create short documentary-style advertisement films that highlight the high-quality theme-based work they are

doing in their schools. These will be shared with prospective families and highlighted on the school websites so that interested parties can immediately see the great work being done in the schools.

The schools made significant academic gains in Project Year 3 and they hope to continue that trajectory in spite of the program difficulties this year. Starting in January, using the carryover funding, all four schools reinstated afterschool programs and were able to refine the curriculum to meet the needs of students. Instructional Leadership Teams in the schools analyzed data to create Multi-Tiered Systems of Support (MTSS) to deliver intervention to students who are not meeting grade level standards. While some critical time was lost at the onset of the school year to establish thematic content, schools did establish opportunities for students to access specialized instruction. PS 64 integrated multiple Socratic Seminars in every grade through their partnership with the National Paideia Center and continued their Covery's Leader in Me program, giving students skills to be successful in academic pursuits and in any pathway they choose going forward. PS 202 established a dynamic multimedia studio and gave students ownership of their stories, incorporating journalism inquiry methods into their instructional units. IS 654 worked with the BEAM Center to continue their hands-on Engineering curriculum and also gave students new opportunities to incorporate multimedia into their portfolios. IS 171 successfully completed a new partnership with Boatworks, who led students through crafting their own sea-worthy sailboats. These boats are designed using blueprints, and use marine tools and materials and must be able to float on the Hudson River. Through these projects, students are learning persistence and teamwork while also reinforcing important STEM skills.

The CSD 19/27 MSAP continues to work alongside families to improve communication and build programs that are responsive to the needs of students and families. Some notable efforts in this area include: continuation of the PS 64 Family LEAD Academy, which is a series of workshops for families to be able to experience and therefore better support their children in magnet theme learning; student showcases at PS 202 to demonstrate  student work to a larger audience; and family activity nights at IS 654, where families engaged in highly preferred activities including Lego Robotics Night, Game Night, Karaoke Night, and more.

Effective professional development is a cornerstone of the CSD 19/27 MSAP program. While there was a delay in the start of professional development due to the absence of Project Year 4 funds, there was a significant effort to implement as much PD as possible in a shorter amount of time. A variety of PD opportunities are being offered both at the district level and in individual schools tailored to the needs of staff. The district is offering teachers in every magnet school professional development in the following areas:

- Clarifying Your Magnet Messaging
- Paideia Socratic Seminar and discussion techniques
- Developing Project Based Learning Units
- Creativity in Engineering

- Intro to Adobe Express
- Adobe Express Classrooms, Galleries and Assignment
- PBL Meets Adobe, Crafting Public Products with Purpose
- Adobe Podcasting
- Math w/ CKing Ed (Math Consultancy Firm) - Math Shifts & Heavy Lifts
- Building Hands-On Projects
- Adobe Video Basics
- Grant Funding for Classroom Impact
- Bringing your PBL to Life with Adobe Video Tools
- Canva Basics
- Padlet Basics
- Canva AI Features & Games
- Hospitality Quotient- Leadership in Action

Schools are also conducting professional development throughout the school year to meet the needs of students and teachers in response to data collection. Professional development at the school level includes:

- Renzulli and the Schoolwide Enrichment Model
- Enhancing the Magnet Theme- How to Connect Innovation to your Instruction
- Restorative Practices
- Journalism and Literacy
- Podcasting in the Classroom
- Putting Student News into Production
- Inquiry-Based Learning
- Multi-Tiered Systems of Support (MTSS)
- Using HMH to Help Students Make Progress
- iReady Math
- Civics for All (Project Soapbox)
- National Paideia Center (Socratic Seminar)
- Leader in Me- The 7 Habits of Highly Effective People
- Specialized Instruction for Students with Disabilities
- League of Young Inventors

To ensure the core concepts of the PD are being implemented, schools continue to implement various monitoring and follow-up efforts. Instructional Leadership Team (ILT) members engage in classroom observations and walkthroughs to assess implementation fidelity and provide feedback to educators. Regular check-ins and follow-up meetings with PD participants are conducted to discuss progress, address challenges, and provide additional support as needed. The ILT participates in data analysis of student outcomes and teacher practices to measure the impact of PD on student achievement and instructional quality. Surveys and feedback forms are being used to gather input from educators on the effectiveness of PD sessions and identify areas for improvement. Preliminary data from teacher surveys show that

97% of teachers have reported that magnet-sponsored professional development has had a positive impact on student learning.

While there was a delayed start, NYC CSD 19/27 magnet schools are offering a variety of theme-aligned out-of-school time and extended learning opportunities to enhance student learning and enrichment. This year, schools are providing the following opportunities for students:

- PS 64- The Joseph P. Addabbo School Magnet School of Leadership and Social Justice Activism offers LEAD Enrichment Career Readiness After School Clubs for students in Grades 2-5 to experience leadership skills through career pathways including Podcasting, Coding, Financial Literacy, Cooking, Photography, Stop Motion Animation, and Visual Arts. Students who needed academic support could also receive small group instruction after school.
- Students at IS 171- The Abraham Lincoln Magnet School of Leadership and Innovation participate in sports outside of school hours, building their teamwork and leadership skills. They also had the opportunity to try cooking, gaming, coding, and boat building in addition to academic support provided through their partnership with Practice Makes Perfect.
- PS 202- The Ernest S. Jenkyns Magnet School of Journalism and Multimedia has an active and robust afterschool program that includes opportunities for students to engage in a range of multimedia activities including film, podcasting, and journalism.
- At IS 654- The Magnet School of Multimedia Arts & Engineering at Van Siclen Community Middle School has a limited menu of afterschool programs because of the funding delay. However, students were able to participate in Lego Robotics and a few other shorter cycles of student interest clubs.

Ensuring the sustainability of magnet programs beyond the life of the grant continues to be a key priority for the CSD 19/27 MSAP project. This was certainly amplified by the lack of Project Year 4 funding. Each school developed and refined sustainability plans this year, highlighting key components of magnet programming under each magnet pillar and considering potential barriers. Schools are currently dependent on the MSAP funding as it was designed and outlined- to build a solid, sustainable foundation for future years. However, they are looking ahead and trying to establish structures to ensure that the great progress that has been made is not lost.

At this time there are no major anticipated changes to the program budget as submitted. Overall, the CSD 19/27 MSAP continues to progress toward meeting project goals in spite of significant roadblocks this project year. The project continues to be committed to continuous improvement and innovation as continues to create inclusive, high-quality magnet programs that benefit all students and families in the community.

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

**1  Project Objective**
To reduce minority group isolation (MGI) among Black/African American, Hispanic, and Asian students in proposed magnet schools.

**1.a Performance Measure**

| 1.1: PS 202 (D19) will reduce MGI among Black/African American students from a baseline of 57.8% to: 57.3% by October 1, 2023; 56.5% by October 1, 2024; 53.8% by October 1, 2025; 51.5% by October 1, 2026; and 47.8% by October 1, 2027. | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | **Raw Number** | **Ratio** | **%** | **Raw Number** | **Ratio** | **%** |
| | | / | 51.50 | | / | |

**Explanation of Progress**

**a)      Status of progress**

☐ Met          ☐ Not Met          ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000443

**b) Description of progress (include challenges faced, if any)**

Student enrollment data to assess this measure will be collected by October 1, 2026 and reported in the Ad Hoc report.

**c) If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000444

PR/Award #S165A220034

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

**1  Project Objective**
To reduce minority group isolation (MGI) among Black/African American, Hispanic, and Asian students in proposed magnet schools.

| 1.b **Performance Measure** | | | | | | |
|---|---|---|---|---|---|---|
| 1.2: IS 654 (D19) will reduce MGI among Black/African American students from a baseline of 66.7% to: 65.8% by October 1, 2023; 63.8% by October 1, 2024; 61.3% by October 1, 2025; 58.9% by October 1, 2026; and 56.3% by October 1, 2027. | **Target** | | | **Actual Performance Data** | | |
| | **Raw Number** | **Ratio** | **%** | **Raw Number** | **Ratio** | **%** |
| | | / | 58.90 | | / | |

**Explanation of Progress**

**a)      Status of progress**

☐ Met          ☐ Not Met          ✔ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000445

**b)   Description of progress (include challenges faced, if any)**

Student enrollment data to assess this measure will be collected by October 1, 2026 and reported in the Ad Hoc report.

**c)   If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000446

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

| 1 **Project Objective** |
|---|
| To reduce minority group isolation (MGI) among Black/African American, Hispanic, and Asian students in proposed magnet schools. |

| 1.c **Performance Measure** | | | | | | |
|---|---|---|---|---|---|---|
| 1.3: IS 171 (D19) will reduce MGI among Hispanic students from a baseline of 80.1% to: 79.1% by October 1, 2023; 77.7% by October 1, 2024; 75.7% by October 1, 2025; 72.7% by October 1, 2026; and 70.0% by October 1, 2027. | **Target** | | | **Actual Performance Data** | | |
| | **Raw Number** | **Ratio** | **%** | **Raw Number** | **Ratio** | **%** |
| | | / | 72.70 | | / | |

**Explanation of Progress**

a)      **Status of progress**

☐ Met          ☐ Not Met          ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000447

Page 16

**b)   Description of progress (include challenges faced, if any)**
Student enrollment data to assess this measure will be collected by October 1, 2026 and reported in the Ad Hoc report.

**c)   If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000448

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

1  **Project Objective**
To reduce minority group isolation (MGI) among Black/African American, Hispanic, and Asian students in proposed magnet schools.

1.d **Performance Measure**

| 1.4: PS 64 (D27) will reduce MGI among Asian students from a baseline of 66.4% to: 65.5% by October 1, 2023; 64.3% by October 1, 2024; 61.8% by October 1, 2025; 59.1% by October 1, 2026; and 56.4% by October 1, 2027. | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | / | 59.10 | | / | |

**Explanation of Progress**

a)      **Status of progress**

☐ Met          ☐ Not Met          ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000449

**Page 18**

PR/Award #S165A220034

**b) Description of progress (include challenges faced, if any)**

Student enrollment data to assess this measure will be collected by October 1, 2026 and reported in the Ad Hoc report.

**c) If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000450

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

**1  Project Objective**
To reduce minority group isolation (MGI) among Black/African American, Hispanic, and Asian students in proposed magnet schools.

**1.e Performance Measure**

| 1.5: By September 30 of each of years 2-5 of the grant, the number of magnet applicants received by PS 202 (D19) will increase by 5% or more over the previous year (with year 1 serving as baseline). | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | 104.00 | / | | 69.00 | / | |

**Explanation of Progress**

**a)    Status of progress**

☐ Met              ☐ Not Met       ✔ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000451

Page 20

PR/Award #S165A220034

**b)   Description of progress (include challenges faced, if any)**

As of April 2026, PS 202 (D19) received a total of 69 magnet applications. The school will continue to collect applications through September 2026. The final number of applications will be provided in the Ad Hoc report.

**c)   If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000452

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

1  **Project Objective**
To reduce minority group isolation (MGI) among Black/African American, Hispanic, and Asian students in proposed magnet schools.

1.f  **Performance Measure**

| 1.6: By September 30 of each of years 2-5 of the grant, the number of magnet applicants received by IS 654 (D19) will increase by 5% or more over the previous year (with year 1 serving as baseline). | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | 247.00 | / | | 136.00 | / | |

**Explanation of Progress**

a)      **Status of progress**

☐ Met          ☐ Not Met      ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000453

**b) Description of progress (include challenges faced, if any)**

As of April 2026, IS 654 (D19) received 136 magnet applications. The school will continue to collect applications through September 2026. The final number of applications will be provided in the Ad Hoc report.

**c) If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

1   **Project Objective**
To reduce minority group isolation (MGI) among Black/African American, Hispanic, and Asian students in proposed magnet schools.

1.g **Performance Measure**

| 1.7: By September 30 of each of years 2-5 of the grant, the number of magnet applicants received by IS 171 (D19) will increase by 5% or more over the previous year (with year 1 serving as baseline). | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | 399.00 | / | | 206.00 | / | |

**Explanation of Progress**

a)      **Status of progress**

☐ Met          ☐ Not Met          ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000455

Page 24

PR/Award #S165A220034

**b)  Description of progress (include challenges faced, if any)**

As of April 2026, 171 (D19) received 206 applications. The school will continue to collect applications through September 2026. The final number of applications will be provided in the final report.

**c)   If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000456

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

| 1  **Project Objective** |
|---|
| To reduce minority group isolation (MGI) among Black/African American, Hispanic, and Asian students in proposed magnet schools. |

| 1.h **Performance Measure** | | | | | | |
|---|---|---|---|---|---|---|
| 1.8: By September 30 of each of years 2-5 of the grant, the number of magnet applicants received by PS 64 (D27) will increase by 5% or more over the previous year (with year 1 serving as baseline). | **Target** | | | **Actual Performance Data** | | |
| | **Raw Number** | **Ratio** | **%** | **Raw Number** | **Ratio** | **%** |
| | 211.00 | / | | 164.00 | / | |

**Explanation of Progress**

**a)      Status of progress**

☐ Met          ☐ Not Met          ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000457

**b)   Description of progress (include challenges faced, if any)**

As of April 2026, PS 64 (D27) received a total of 164 magnet applications. The school will continue to collect applications through September 2026. The final number of applications will be provided in the final report.

**c)   If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000458

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

**2  Project Objective**
To ensure that all students attending the magnet schools meet challenging academic standards and are college- and career-ready.

2.a **Performance Measure**

| 2.1: PS 202 (D19) will increase the proportion of students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in ELA compared with baseline (2021-22) by: 2 percentage points as of June 30, 2023; 3 points as of June 30, 2024; 4 points  as of June 30, 2025; 5 points  as of June 30, 2026; and 6 points as of June 30, 2027. | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | / | 32.30 | | / | |

**Explanation of Progress**

a)      **Status of progress**

☐ Met          ☐ Not Met          ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000459

**b)   Description of progress (include challenges faced, if any)**

State assessment data to address this performance measure will be collected by September 30, 2026, and submitted in the Final report.

**c)   If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000460

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

| 2 Project Objective |
| --- |
| To ensure that all students attending the magnet schools meet challenging academic standards and are college- and career-ready. |

| 2.b **Performance Measure** | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 2.2: IS 654 (D19) will increase the proportion of students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in ELA compared with baseline (2021-22) by: 2 percentage points as of June 30, 2023; 3 points as of June 30, 2024; 4 points as of June 30, 2025; 5 points as of June 30, 2026; and 6 points as of June 30, 2027. | **Target** | | | **Actual Performance Data** | | |
| | **Raw Number** | **Ratio** | **%** | **Raw Number** | **Ratio** | **%** |
| | | / | 30.80 | | / | |

**Explanation of Progress**

**a)      Status of progress**

☐ Met          ☐ Not Met          ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000461

**b)   Description of progress (include challenges faced, if any)**

State assessment data to address this performance measure will be collected by September 30, 2026, and submitted in the Final report.

**c)   If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000462

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

**2  Project Objective**
To ensure that all students attending the magnet schools meet challenging academic standards and are college- and career-ready.

**2.c Performance Measure**

| 2.3: IS 171 (D19) will increase the proportion of students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in ELA compared with baseline (2021-22) by: 2 percentage points as of June 30, 2023; 3 points as of June 30, 2024; 4 points as of June 30, 2025; 5 points as of June 30, 2026; and 6 points as of June 30, 2027. | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | / | 36.30 | | / | |

**Explanation of Progress**

**a)      Status of progress**

[ ] Met          [ ] Not Met      [✔] **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000463

**b)  Description of progress (include challenges faced, if any)**

State assessment data to address this performance measure will be collected by September 30, 2026, and submitted in the Final report.

**c)   If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000464

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

**2  Project Objective**
To ensure that all students attending the magnet schools meet challenging academic standards and are college- and career-ready.

| 2.d **Performance Measure** | | | | | | |
|---|---|---|---|---|---|---|
| 2.4: PS 64 (D27) will increase the proportion of students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in ELA compared with baseline (2021-22) by: 2 percentage points as of June 30, 2023; 3 points as of June 30, 2024; 4 points as of June 30, 2025; 5 points as of June 30, 2026; and 6 points as of June 30, 2027. | **Target** | | | **Actual Performance Data** | | |
| | **Raw Number** | **Ratio** | **%** | **Raw Number** | **Ratio** | **%** |
| | | / | 40.90 | | / | |

**Explanation of Progress**

a)      **Status of progress**

☐ Met          ☐ Not Met          ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000465

**b)  Description of progress (include challenges faced, if any)**

State assessment data to address this performance measure will be collected by September 30, 2026, and submitted in the Final report.

**c)   If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000466

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

**2  Project Objective**
To ensure that all students attending the magnet schools meet challenging academic standards and are college- and career-ready.

| 2.e **Performance Measure** | | | | | | |
|---|---|---|---|---|---|---|
| 2.5: PS 202 (D19) will increase the proportion of students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in math compared with baseline (2021-22) by: 2 percentage points as of June 30, 2023; 3 points as of June 30, 2024; 4 points as of June 30, 2025; 5 points as of June 30, 2026; and 6 points as of June 30, 2027. | **Target** | | | **Actual Performance Data** | | |
| | **Raw Number** | **Ratio** | **%** | **Raw Number** | **Ratio** | **%** |
| | | / | 23.20 | | / | |

**Explanation of Progress**

a)      **Status of progress**

☐ Met          ☐ Not Met       ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000467

**b)  Description of progress (include challenges faced, if any)**

State assessment data to address this performance measure will be collected by September 30, 2026, and submitted in the Final report.

**c)  If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000468

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

**2  Project Objective**
To ensure that all students attending the magnet schools meet challenging academic standards and are college- and career-ready.

2.f  **Performance Measure**

| 2.6: IS 654 (D19) will increase the proportion of students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in math compared with baseline (2021-22) by: 2 percentage points as of June 30, 2023; 3 points as of June 30, 2024; 4 points as of June 30, 2025; 5 points as of June 30, 2026; and 6 points as of June 30, 2027. | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | / | 12.00 | | / | |

**Explanation of Progress**

a)      **Status of progress**

☐ Met          ☐ Not Met          ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000469

**b) Description of progress (include challenges faced, if any)**

State assessment data to address this performance measure will be collected by September 30, 2026, and submitted in the Final report.

**c) If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000470

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

| 2  Project Objective |
| --- |
| To ensure that all students attending the magnet schools meet challenging academic standards and are college- and career-ready. |

2.g **Performance Measure**

| 2.7: IS 171 (D19) will increase the proportion of students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in math compared with baseline (2021-22) by: 2 percentage points as of June 30, 2023; 3 points as of June 30, 2024; 4 points as of June 30, 2025; 5 points as of June 30, 2026; and 6 points as of June 30, 2027. | Target | | | Actual Performance Data | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | / | 16.40 | | / | |

**Explanation of Progress**

a)      **Status of progress**

☐ Met          ☐ Not Met          ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000471

**b)  Description of progress (include challenges faced, if any)**

State assessment data to address this performance measure will be collected by September 30, 2026, and submitted in the Final report.

**c)  If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000472

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

**2  Project Objective**
To ensure that all students attending the magnet schools meet challenging academic standards and are college- and career-ready.

2.h **Performance Measure**

| 2.8:  PS 64 (D27) will increase the proportion of students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in math compared with baseline (2021-22) by: 2 percentage points as of June 30, 2023; 3 points as of June 30, 2024; 4 points as of June 30, 2025; 5 points as of June 30, 2026; and 6 points as of June 30, 2027. | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | / | 36.60 | | / | |

**Explanation of Progress**

**a)      Status of progress**

☐ Met          ☐ Not Met          ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**
**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000473

**b) Description of progress (include challenges faced, if any)**

State assessment data to address this performance measure will be collected by September 30, 2026, and submitted in the Final report.

**c) If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000474

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

**2  Project Objective**
To ensure that all students attending the magnet schools meet challenging academic standards and are college- and career-ready.

2.i  **Performance Measure**

| 2.9: PS 202 (D19) will increase the proportion of students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in science compared with baseline (2021-22) by: 2 percentage points as of June 30, 2023; 3 points as of June 30, 2024; 4 points as of June 30, 2025; 5 points as of June 30, 2026; and 6 points as of June 30, 2027. | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | / | 17.00 | | / | |

**Explanation of Progress**

**a)      Status of progress**

☐ Met          ☐ Not Met          ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000475

**b) Description of progress (include challenges faced, if any)**

State assessment data to address this performance measure will be collected by September 30, 2026, and submitted in the Final report.

**c) If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000476

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

**2  Project Objective**
To ensure that all students attending the magnet schools meet challenging academic standards and are college- and career-ready.

| 2.j  **Performance Measure** | | | | | | |
|---|---|---|---|---|---|---|
| 2.10: IS 654 (D19) will increase the proportion of students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in science compared with baseline (2021-22) by: 2 percentage points as of June 30, 2023; 3 points as of June 30, 2024; 4 points as of June 30, 2025; 5 points as of June 30, 2026; and 6 points as of June 30, 2027. | **Target** | | | **Actual Performance Data** | | |
| | **Raw Number** | **Ratio** | **%** | **Raw Number** | **Ratio** | **%** |
| | | / | 18.00 | | / | |

**Explanation of Progress**

a)        **Status of progress**

☐ Met            ☐ Not Met        ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000477

**b)** **Description of progress (include challenges faced, if any)**

State assessment data to address this performance measure will be collected by September 30, 2026, and submitted in the Final report.

**c)** **If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000478

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

**2  Project Objective**
To ensure that all students attending the magnet schools meet challenging academic standards and are college- and career-ready.

2.k **Performance Measure**

| 2.11: IS 171 (D19) will increase the proportion of students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in science compared with baseline (2021-22) by: 2 percentage points as of June 30, 2023; 3 points as of June 30, 2024; 4 points as of June 30, 2025; 5 points as of June 30, 2026; and 6 points as of June 30, 2027. | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | / | 34.00 | | / | |

**Explanation of Progress**

**a)      Status of progress**

☐ Met          ☐ Not Met     ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000479

**b)  Description of progress (include challenges faced, if any)**

State assessment data to address this performance measure will be collected by September 30, 2026, and submitted in the Final report.

**c)   If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000480

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

**2   Project Objective**
To ensure that all students attending the magnet schools meet challenging academic standards and are college- and career-ready.

**2.I   Performance Measure**

| 2.12:   PS 64 (D27) will increase the proportion of students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in science compared with baseline (2021-22) by: 2 percentage points as of June 30, 2023; 3 points as of June 30, 2024; 4 points as of June 30, 2025; 5 points as of June 30, 2026; and 6 points as of June 30, 2027. | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | **Raw Number** | **Ratio** | **%** | **Raw Number** | **Ratio** | **%** |
| | | / | 32.00 | | / | |

**Explanation of Progress**

**a)        Status of progress**

☐ Met              ☐ Not Met        ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000481

**b)  Description of progress (include challenges faced, if any)**

State assessment data to address this performance measure will be collected by September 30, 2026, and submitted in the Final report.

**c)   If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000482

Case 1:25-cv-08547-AS   Document 113-5   Filed 07/20/26   Page 483 of 766

Data Collection Tables - Grant Project

Part I. Student Recruitment and Selection

Student Recruitment

Recruitment in Project Year 4 was interrupted by the sudden withdrawal of MSAP funding at the start of the recruitment period. Nevertheless, each school took steps to recruit, message, brand and market their programs.

In order to increase racial diversity while taking into account socioeconomic diversity, the District worked with the schools to analyze updated data around demographics in surrounding zip codes to formulate more targeted recruitment efforts. Schools considered commuter lines and transportation options in order to give families more options for reaching their schools. School representatives also interviewed local parents to find out what their top priorities are in school choice, which informed the outreach. Examples of site-specific strategies for recruitment include:

- PS 64- The Joseph P. Addabbo School Magnet School of Leadership and Social Justice Activism met with their Magnet Steering Committee to plan recruitment strategies and activities during the summer of 2025. One of their planned activities for the beginning of Project year 4 was to have various teachers visit a list of Early Childhood Centers in the area to share information on their school. Unfortunately, with no funds available, this was not able to happen in the recruitment window. However, they did conduct open houses in January and conducted several school tours with prospective families. They also presented at PTA meetings to ensure that current families understood the depth of the magnet program to better equip them to advertise the achievements of the school in the community.

- IS 171- The Abraham Lincoln Magnet School of Leadership and Innovation participated in several middle school fairs in the district and in surrounding districts as well as distributing flyers and visiting local elementary schools. They also invited elementary students to participate in their showcase days to give them exposure to "a day in the life" of a middle school student.

- PS 202- The Ernest S. Jenkyns Magnet School of Journalism and Multimedia rebranded with a new logo, motto, and color scheme in an effort to establish a clear brand identity. They used their new multimedia lab to generate positive messaging about the school and their thematic instruction. Students have been creating a weekly broadcast that families share on social media, which has brought positive attention to the school. PS 202 also

developed clear, student-friendly materials that highlight the unique features of their magnet program, especially the upgraded media room, podcasting opportunities, and weekly news broadcasts. These materials were shared through school websites, social media, email outreach, and printed flyers distributed at community locations.

- IS 654- The Magnet School of Multimedia Arts & Engineering at Van Siclen Community Middle School (VCMS) met with the local Family Welcome Center to create a stronger pathway for prospective students to access information about the school. The magnet team connected with the director of the welcome center to make sure families who are new to the system receive information about the specialized program available at IS 654. Student ambassadors were able to visit three elementary schools, including PS 202 in order to create a clear magnet pathway from elementary to middle school. Ambassadors shared personal highlights and provided prospective students with an overview of IS 654's unique offerings.

There have been no changes in the way the project conducts lotteries.

PR/Award #S165A220034

OMB # 1855-0025
Exp. 02/28/2025

Student Selection

1. My lottery system is used for (Select one.)
   ☒ MSAP schools only
   ☐ A larger subset of local education agency (LEA) schools
   ☐ Entire LEA
   ☒ Multiple LEAs

2) How are the student enrollment applications made available to students and families? (Select all that apply.)
   ☐ Online
   ☐ Hard copy
   ☒ In multiple languages

**Community Partnerships**

| Partner name | Partnership type | Partnership primary focus | Partnership primary service | Partnership secondary focus | Partnership secondary service | Performance measure link |
|---|---|---|---|---|---|---|
| Alister Arden Creative | Education services org | Community centered | Community centered: Cultural | Student centered | Student centered: In-class i | Magnet theme integrat |
| BEAM Center | Education services org | Student centered | Student centered: Afterschool programming | Student centered | Student centered: In-class i | Magnet theme integrat |
| Boardwalk Global Me | Education services org | Community centered | Community centered: Educational | School centered | School centered: Program s | Magnet theme integrat |
| BRIC Media Arts | Education services org | Student centered | Student centered: In-class instruction | Community centered | Community centered: Cultu | Magnet theme integrat |
| Brooklyn Boatworks | Education services org | Student centered | Student centered: In-class instruction | Community centered | Community centered: Envir | Magnet theme integrat |
| Brooklyn Youth Comp | Education services org | Student centered | Student centered: In-class instruction | Community centered | Community centered: Them | Magnet theme integrat |
| C King Education | Education services org | Teacher centered | Teacher centered: Professional development | | | Professional developm |
| Candystore Productio | Education services org | Student centered | Student centered: In-class instruction | Teacher centered | Teacher centered: Professi | Magnet theme integrat |
| Celia Arts | Education services org | Student centered | Student centered: In-class instruction | Teacher centered | Teacher centered: Mentorin | Social emotional learni |
| Circulate Global Cons | Education services org | Teacher centered | Teacher centered: Professional development | Student centered | Student centered: In-class i | Professional developm |
| City at Work | For-profit business | School centered | School centered: Program sustainability | Community centered | Community centered: Educ | Magnet theme integrat |
| Cypress Hills | Nonprofit organization | Community centered | Community centered: Theme-based | Student centered | Student centered: College/c | Magnet theme integrat |
| Deeway Educational | Education services org | Teacher centered | Teacher centered: Professional development | Student centered | Student centered: In-class i | Magnet theme integrat |
| Edible Schoolyards | Education services org | Community centered | Community centered: Educational | Family centered | Family centered: Education | Magnet theme integrat |
| Elevate | Education services org | Student centered | Student centered: Tutoring | Student centered | Student centered: College/c | Academic achievemen |
| Elite Vision Enterpris | Education services org | Teacher centered | Teacher centered: Professional development | Student centered | Student centered: In-class i | Professional developm |
| EM Arts | Nonprofit organization | Student centered | Student centered: In-class instruction | Teacher centered | Teacher centered: Professi | Magnet theme integrat |

USDOE-Contiunation_000487

PR/Award #S165A220034

OMB # 1855-0025
Exp. 12/13/2021

## Community Partnerships

| Partner name | Partnership type | Partnership primary focus | Partnership primary service | Partnership secondary focus | Partnership secondary service | Performance measure link |
|---|---|---|---|---|---|---|
| Excelling Educationa | Nonprofit organization | Community centered | Community centered: Cultural | Student centered | Student centered: Mentor | Diversity, equity, and in |
| FiWe Financial Litera | Education services org | Teacher centered | Teacher centered: Professional development | Student centered | Student centered: In-class i | Academic achievement |
| Fusing Marketing | For-profit business | School centered | School centered: Program sustainability | Community centered | Community centered: Educ | Enrollment managemer |
| Gassaway Consultan | Education services org | Student centered | Student centered: College/career readiness | Teacher centered | Teacher centered: Professi | Academic achievement |
| Hospitality Quotient | Education services org | Teacher centered | Teacher centered: Mentoring/coaching | School centered | School centered: Program s | Professional developmr |
| How Can I? | Nonprofit organization | Student centered | Student centered: In-class instruction | School centered | | Magnet theme integrat |
| Keleidoscope Multim | Education services org | Student centered | Student centered: In-class instruction | Community centered | Community centered: Them | Magnet theme integrat |
| Leader in Me | Education services org | School centered | School centered: Program sustainability | Teacher centered | Teacher centered: Mentorir | Magnet theme integrat |
| League of Young Inv | Nonprofit organization | Student centered | Student centered: In-class instruction | School centered | School centered: Supplies a | Magnet theme integrat |
| Lego | Education services org | Student centered | Student centered: Afterschool programming | | | Magnet theme integrat |
| Magic Box Production | Education services org | Student centered | Student centered: In-class instruction | Teacher centered | Teacher centered: Professi | Magnet theme integrat |
| National Paideia Cen | Education services org | Teacher centered | Teacher centered: Professional development | School centered | School centered: Program s | Academic achievement |
| NY Historical Society | Nonprofit organization | Community centered | Community centered: Cultural | Community centered | Community centered: Educ | Magnet theme integrat |
| PBL Works | Education services org | Teacher centered | Teacher centered: Professional development | School centered | School centered: Program s | Professional developmr |
| Plug Ugly Films | For-profit business | Community centered | Community centered: Cultural | Student centered | Student centered: In-class i | Magnet theme integrat |
| Practice makes Perfe | Education services org | Student centered | Student centered: Tutoring | Student centered | Student centered: College/c | Academic achievement |
| Quartz Wellness Coll | Education services org | Teacher centered | Teacher centered: Professional development | | | Social emotional learnir |

OMB # 1855-0025
Exp. 02/28/2025

**Data Collection Tables – School**

*Part I. School Demographic Data*

| School demographic data | |
|---|---|
| 1.    School name | IS 171: Abraham Lincoln Middle School |
| 2.    Grantee name | NYC Department of Education - Community School District 19 |
| 3.Was this school in a planning year or an implementation year? | ☐ Planning year       ☑ Implementation year |

USDOE-Contiunation_000489

OMB #
1855-0025 Exp.
02/28/2025

PR/Award #S165A220034

*Part II. Minority Group Isolation Data*

4.  Indicate the targeted racial/ethnic group the school wants to enroll to reduce minority group isolation. The targeted racial/ethnic group is the group of students the school plans to enroll more of to change the enrollment of the minority/racially isolated group. If the school has more than one targeted racial/ethnic group, select all that apply.

☑American Indian or Alaska Native students
☑Asian students
☑Black or African-American students
❏Hispanic or Latino students
☑Native Hawaiian or Other Pacific Islander students
☑White students

USDOE-Contiunation_000490

**OMB #**
**1855-0025 Exp.**
**02/28/2025**

*Part III. Achievement Data*

| State assessment participation data | | | | State assessment achievement data | | | |
|---|---|---|---|---|---|---|---|
| **Number of students that participated in the state assessment in reading/language arts, mathematics, and science** | **Reading** | **Math** | **Science** | **Number of students who met or exceeded the state's standards in reading/language arts, mathematics, and science** | **Reading** | **Math** | **Science** |
| 19. All students | | | | 29. All students | | | |
| 20. American Indian or Alaska Native students | | | | 30. American Indian or Alaska Native students | | | |
| 21. Asian students | | | | 31. Asian students | | | |
| 22. Black or African-American students | | | | 32. Black or African-American students | | | |
| 23. Hispanic or Latino students | | | | 33. Hispanic or Latino students | | | |
| 24. Native Hawaiian or Other Pacific Islander students | | | | 34. Native Hawaiian or Other Pacific Islander students | | | |
| 25. White students | | | | 35. White students | | | |
| 26. Two or more races students | | | | 36. Two or more races students | | | |
| 27. Economically disadvantaged students | | | | 37. Economically disadvantaged students | | | |
| 28. English language learners | | | | 38. English language learners | | | |

☑ Check this box if some fields were intentionally left blank

**Student Selection**

25) Are any students automatically admitted to the MSAP school?

☐ Yes ☑ No

25a. If yes, what criteria are used to automatically admit students? (Select all that apply.)

☐ Reside in attendance zone

☐ Sibling of enrolled student

☐ Parent/guardian's place of employment/district employee

☐ Other, please specify

☐ None

26) How are students who are not automatically admitted to the MSAP school selected?

☐ First come, first served basis

☐ Random lottery

☑ Weighted lottery

27) If a weighted lottery is used to select students not automatically admitted to the MSAP school, what weights did you use this grant year? (Select all that apply.)

☐ Racial composition of geographic area

☐ Socioeconomic status of a geographic area

☐ Race/ethnicity of individual student

☐ Socioeconomic status of individual student

☑ Sibling of enrolled student

☑ Reside in attendance zone

☐ Reside outside of the attendance zone

☐ Parent/guardian's place of employment

☐ Magnet theme articulation

☐ Other, please specify

☐ Not applicable

28) What entrance requirements does this school have, if any? (Select all that apply.)

USDOE-Contiunation_000492

☐ Course grades or grade point average

☐ Test scores

☐ Essays

☐ Prerequisite courses

☐ Identification of student as gifted

☐ Audition/portfolio

☐ Other, please specify

☑ None

29) What is the total number of seats available for students based on the MSAP school's building capacity?   333

30) How many seats were available in this school's magnet program?   333

31) How many magnet program seats were available for students who reside outside of the MSAP school's attendance zone?   ☐ Not applicable

333

32) Percentage of total school capacity seats available to non-zoned students.   100%

33 ) Percentage of magnet program seats available to non-zoned students.   100%

34) This school is currently (select one)

    At capacity

✔ Oversubscribed

      If oversubscribed, describe the waitlist process for this MSAP school.

    Undersubscribed

      If undersubscribed, how are you addressing undersubscription at this MSAP school.

Applicants who do not gain an initial offer are put on a wait list according to lottery results. Lottery results include priorities consistent with the NYCDOE standard admission policies for non-attendance zone middle schools. In order, these priorities will be given to residents of the magnet districts and residents of the borough of Brooklyn.

USDOE-Contiunation_000493

OMB # 1855-0025
Exp. 02/28/2025

## Data Collection Tables – School

*Part I. School Demographic Data*

| School demographic data | |
|---|---|
| 1. School name | IS 654: Van Siclen Community Middle School |
| 2. Grantee name | NYC Department of Education - Community School District 19 |
| 3. Was this school in a planning year or an implementation year? | ☐ Planning year ☑ Implementation year |

USDOE-Contiunation_000494

OMB #
1855-0025 Exp.
02/28/2025

PR/Award #S165A220034

*Part II. Minority Group Isolation Data*

4.  Indicate the targeted racial/ethnic group the school wants to enroll to reduce minority group isolation. The targeted racial/ethnic group is the group of students the school plans to enroll more of to change the enrollment of the minority/racially isolated group. If the school has more than one targeted racial/ethnic group, select all that apply.

☑American Indian or Alaska Native students
☑Asian students
❒Black or African-American students
☑Hispanic or Latino students
☑Native Hawaiian or Other Pacific Islander students
☑White students

USDOE-Contiunation_000495

**OMB #**
**1855-0025 Exp.**
**02/28/2025**

*Part III. Achievement Data*

| State assessment participation data | | | | State assessment achievement data | | | |
|---|---|---|---|---|---|---|---|
| **Number of students that participated in the state assessment in reading/language arts, mathematics, and science** | **Reading** | **Math** | **Science** | **Number of students who met or exceeded the state's standards in reading/language arts, mathematics, and science** | **Reading** | **Math** | **Science** |
| 19.  All students | | | | 29. All students | | | |
| 20.  American Indian or Alaska Native students | | | | 30. American Indian or Alaska Native students | | | |
| 21.  Asian students | | | | 31. Asian students | | | |
| 22.  Black or African-American students | | | | 32. Black or African-American students | | | |
| 23.  Hispanic or Latino students | | | | 33. Hispanic or Latino students | | | |
| 24.  Native Hawaiian or Other Pacific Islander students | | | | 34. Native Hawaiian or Other Pacific Islander students | | | |
| 25.  White students | | | | 35. White students | | | |
| 26.  Two or more races students | | | | 36. Two or more races students | | | |
| 27.  Economically disadvantaged students | | | | 37. Economically disadvantaged students | | | |
| 28.  English language learners | | | | 38. English language learners | | | |

☑ Check this box if some fields were intentionally left blank

USDOE-Contiunation_000496

**Student Selection**

25) Are any students automatically admitted to the MSAP school?

☐ Yes ☑ No

25a. If yes, what criteria are used to automatically admit students? (Select all that apply.)

☐ Reside in attendance zone

☐ Sibling of enrolled student

☐ Parent/guardian's place of employment/district employee

☐ Other, please specify

☐ None

26) How are students who are not automatically admitted to the MSAP school selected?

☐ First come, first served basis

☐ Random lottery

☑ Weighted lottery

27) If a weighted lottery is used to select students not automatically admitted to the MSAP school, what weights did you use this grant year? (Select all that apply.)

☐ Racial composition of geographic area

☐ Socioeconomic status of a geographic area

☐ Race/ethnicity of individual student

☐ Socioeconomic status of individual student

☑ Sibling of enrolled student

☑ Reside in attendance zone

☐ Reside outside of the attendance zone

☐ Parent/guardian's place of employment

☐ Magnet theme articulation

☐ Other, please specify

☐ Not applicable

28) What entrance requirements does this school have, if any? (Select all that apply.)

OMB # 1855-0025
Exp. 02/28/2025

PR/Award #S165A220034

☐ Course grades or grade point average

☐ Test scores

☐ Essays

☐ Prerequisite courses

☐ Identification of student as gifted

☐ Audition/portfolio

☐ Other, please specify

☑ None

29) What is the total number of seats available for students based on the MSAP school's building capacity?    115

30) How many seats were available in this school's magnet program?    115

31) How many magnet program seats were available for students who reside outside of the MSAP school's attendance zone?    ☐ Not applicable

115

32) Percentage of total school capacity seats available to non-zoned students.    100%

100%

33 ) Percentage of magnet program seats available to non-zoned students.

34) This school is currently (select one)

    At capacity

✔ Oversubscribed

    If oversubscribed, describe the waitlist process for this MSAP school.

    Undersubscribed

    If undersubscribed, how are you addressing undersubscription at this MSAP school.

Applicants who do not gain an initial offer are put on a wait list according to lottery results. Lottery results include priorities consistent with the NYCDOE standard admission policies for non-attendance zone middle schools. In order, these priorities will be given to residents of the magnet districts and residents of the borough of Brooklyn.

USDOE-Contiunation_000498

OMB # 1855-0025
Exp. 02/28/2025

**Data Collection Tables – School**

*Part I. School Demographic Data*

| School demographic data | |
|---|---|
| 1.    School name | PS 202: Ernest S. Jenkyns Primary School |
| 2.    Grantee name | NYC Department of Education - Community School District 19 |
| 3.Was this school in a planning year or an implementation year? | ☐ Planning year        ☑ Implementation year |

USDOE-Contiunation_000499

OMB #
1855-0025 Exp.
02/28/2025

PR/Award #S165A220034

*Part II. Minority Group Isolation Data*

4.  Indicate the targeted racial/ethnic group the school wants to enroll to reduce minority group isolation. The targeted racial/ethnic group is the group of students the school plans to enroll more of to change the enrollment of the minority/racially isolated group. If the school has more than one targeted racial/ethnic group, select all that apply.

    ☑American Indian or Alaska Native students
    ☑Asian students
    ❏Black or African-American students
    ☑Hispanic or Latino students
    ☑Native Hawaiian or Other Pacific Islander students
    ☑White students

USDOE-Contiunation_000500

**OMB #
1855-0025 Exp.
02/28/2025**

*Part III. Achievement Data*

| State assessment participation data | | | | State assessment achievement data | | | |
|---|---|---|---|---|---|---|---|
| **Number of students that participated in the state assessment in reading/language arts, mathematics, and science** | **Reading** | **Math** | **Science** | **Number of students who met or exceeded the state's standards in reading/language arts, mathematics, and science** | **Reading** | **Math** | **Science** |
| 19.  All students | | | | 29. All students | | | |
| 20.  American Indian or Alaska Native students | | | | 30. American Indian or Alaska Native students | | | |
| 21.  Asian students | | | | 31. Asian students | | | |
| 22.  Black or African-American students | | | | 32. Black or African-American students | | | |
| 23.  Hispanic or Latino students | | | | 33. Hispanic or Latino students | | | |
| 24.  Native Hawaiian or Other Pacific Islander students | | | | 34. Native Hawaiian or Other Pacific Islander students | | | |
| 25.  White students | | | | 35. White students | | | |
| 26.  Two or more races students | | | | 36. Two or more races students | | | |
| 27.  Economically disadvantaged students | | | | 37. Economically disadvantaged students | | | |
| 28.  English language learners | | | | 38. English language learners | | | |

☑ Check this box if some fields were intentionally left blank

**Student Selection**

25) Are any students automatically admitted to the MSAP school?

☐ Yes ☑ No

25a. If yes, what criteria are used to automatically admit students?  (Select all that apply.)

☐ Reside in attendance zone

☐ Sibling of enrolled student

☐ Parent/guardian's place of employment/district employee

☐ Other, please specify

☐ None

26) How are students who are not automatically admitted to the MSAP school selected?

☐ First come, first served basis

☐ Random lottery

☑ Weighted lottery

27) If a weighted lottery is used to select students not automatically admitted to the MSAP school, what weights did you use this grant year? (Select all that apply.)

☐ Racial composition of geographic area

☐ Socioeconomic status of a geographic area

☐ Race/ethnicity of individual student

☐ Socioeconomic status of individual student

☑ Sibling of enrolled student

☑ Reside in attendance zone

☐ Reside outside of the attendance zone

☐ Parent/guardian's place of employment

☐ Magnet theme articulation

☐ Other, please specify

☐ Not applicable

28) What entrance requirements does this school have, if any? (Select all that apply.)

OMB # 1855-0025
Exp. 02/28/2025

PR/Award #S165A220034

☐ Course grades or grade point average

☐ Test scores

☐ Essays

☐ Prerequisite courses

☐ Identification of student as gifted

☐ Audition/portfolio

☐ Other, please specify

☑ None

29) What is the total number of seats available for students based on the MSAP school's building capacity?   425

30) How many seats were available in this school's magnet program?   425

31) How many magnet program seats were available for students who reside outside of the MSAP school's attendance zone?   ☐ Not applicable

295

32) Percentage of total school capacity seats available to non-zoned students.   69.41%

69.41%

33 ) Percentage of magnet program seats available to non-zoned students.

34) This school is currently (select one)

    At capacity

✔   Oversubscribed

      If oversubscribed, describe the waitlist process for this MSAP school.

    Undersubscribed

      If undersubscribed, how are you addressing undersubscription at this MSAP school.

Applicants who do not gain an initial offer are put on a wait list according to lottery results. Lottery results include priorities consistent with the NYCDOE standard admission policies for non-attendance zone middle schools. In order, these priorities will be given to residents of the magnet districts and residents of the borough of Brooklyn.

USDOE-Contiunation_000503

OMB # 1855-0025
Exp. 02/28/2025

## Data Collection Tables – School

*Part I. School Demographic Data*

| School demographic data | |
|---|---|
| 1.    School name | PS 64: Joseph P. Addabbo Elementary School |
| 2.    Grantee name | NYC Department of Education - Community School District 19 |
| 3.Was this school in a planning year or an implementation year? | ☐ Planning year        ☑ Implementation year |

USDOE-Contiunation_000504

OMB #
1855-0025 Exp.
02/28/2025

PR/Award #S165A220034

*Part II. Minority Group Isolation Data*

4.  Indicate the targeted racial/ethnic group the school wants to enroll to reduce minority group isolation. The targeted racial/ethnic group is the group of students the school plans to enroll more of to change the enrollment of the minority/racially isolated group. If the school has more than one targeted racial/ethnic group, select all that apply.

☑American Indian or Alaska Native students
❏Asian students
☑Black or African-American students
☑Hispanic or Latino students
☑Native Hawaiian or Other Pacific Islander students
☑White students

USDOE-Contiunation_000505

**OMB #
1855-0025 Exp.
02/28/2025**

*Part III. Achievement Data*

| State assessment participation data | | | | State assessment achievement data | | | |
|---|---|---|---|---|---|---|---|
| **Number of students that participated in the state assessment in reading/language arts, mathematics, and science** | **Reading** | **Math** | **Science** | **Number of students who met or exceeded the state's standards in reading/language arts, mathematics, and science** | **Reading** | **Math** | **Science** |
| 19. All students | | | | 29. All students | | | |
| 20. American Indian or Alaska Native students | | | | 30. American Indian or Alaska Native students | | | |
| 21. Asian students | | | | 31. Asian students | | | |
| 22. Black or African-American students | | | | 32. Black or African-American students | | | |
| 23. Hispanic or Latino students | | | | 33. Hispanic or Latino students | | | |
| 24. Native Hawaiian or Other Pacific Islander students | | | | 34. Native Hawaiian or Other Pacific Islander students | | | |
| 25. White students | | | | 35. White students | | | |
| 26. Two or more races students | | | | 36. Two or more races students | | | |
| 27. Economically disadvantaged students | | | | 37. Economically disadvantaged students | | | |
| 28. English language learners | | | | 38. English language learners | | | |

☑ Check this box if some fields were intentionally left blank

OMB # 1855-0025    PR/Award #S165A220034
Exp. 02/28/2025

**Student Selection**

25) Are any students automatically admitted to the MSAP school?

☐ Yes ☑ No

25a. If yes, what criteria are used to automatically admit students? (Select all that apply.)
☐ Reside in attendance zone
☐ Sibling of enrolled student
☐ Parent/guardian's place of employment/district employee
☐ Other, please specify
☐ None

26) How are students who are not automatically admitted to the MSAP school selected?
☐ First come, first served basis
☐ Random lottery
☑ Weighted lottery

27) If a weighted lottery is used to select students not automatically admitted to the MSAP school, what weights did you use this grant year? (Select all that apply.)
☐ Racial composition of geographic area
☐ Socioeconomic status of a geographic area
☐ Race/ethnicity of individual student
☐ Socioeconomic status of individual student
☑ Sibling of enrolled student
☑ Reside in attendance zone
☐ Reside outside of the attendance zone
☐ Parent/guardian's place of employment
☐ Magnet theme articulation
☐ Other, please specify
☐ Not applicable

28) What entrance requirements does this school have, if any? (Select all that apply.)

☐ Course grades or grade point average

☐ Test scores

☐ Essays

☐ Prerequisite courses

☐ Identification of student as gifted

☐ Audition/portfolio

☐ Other, please specify

☑ None

29) What is the total number of seats available for students based on the MSAP school's building capacity?   592

30) How many seats were available in this school's magnet program?   592

31) How many magnet program seats were available for students who reside outside of the MSAP school's attendance zone?   ☐ Not applicable

293

49.49%

32) Percentage of total school capacity seats available to non-zoned students.   49.49%

33 ) Percentage of magnet program seats available to non-zoned students.

34) This school is currently (select one)

    At capacity

 ✔ Oversubscribed

      If oversubscribed, describe the waitlist process for this MSAP school.

    Undersubscribed

      If undersubscribed, how are you addressing undersubscription at this MSAP school.

Applicants who do not gain an initial offer are put on a wait list according to lottery results. Lottery results include priorities consistent with the NYCDOE standard admission policies for non-attendance zone middle schools. In order, these priorities will be given to residents of the magnet districts and residents of the borough of Queens.

USDOE-Contiuation_000508

OMB # 1855-0025
Exp. 02/28/2025

## Section B – Budget Summary

| INCOME U.S. DEPARTMENT OF EDUCATION AND OTHER FEDERAL FUNDS | | | | |
|---|---|---|---|---|
| **Funding Stream** | **Approved Budget** | | | |
| *Reporting Period:* | | *Start:* 10/01/25 *End:* 03/31/26 | | |
| 1. MSAP | 0.00 | | | |
| Other: High Need Support for Title I | School Name | 19K171 | Amount | 7952.00 |
| High Need Support for Title I STH | | 19K171 | | 1545.00 |
| Supplemental Support for Title I Servic | | 19K171 | | 31335.00 |
| Supplemental Support for Title I STH S | | 19K171 | | 6090.00 |
| Title I SWP | | 19K171 | | 317477.00 |
| Title I SWP Carry Over | | 19K171 | | 20917.00 |
| Title I SWP Carry Over Parent and Far | | 19K171 | | 209.00 |
| Title I SWP Parent and Family Engage | | 19K171 | | 3175.00 |
| Title I SWP STH | | 19K171 | | 61696.00 |
| Title I SWP Translation Services | | 19K171 | | 1743.00 |
| Title III Immigrant | | 19K171 | | 5436.00 |
| Title III LEP | | 19K171 | | 12000.00 |
| Title III LEP Carryover | | 19K171 | | 8000.00 |
| Title IV High Impact Tutoring Initiative | | 19K171 | | 11148.00 |
| Title IV Safe Healthy Counseling Summ | | 19K171 | | 6913.00 |
| Title IV Specialized HS Admissions | | 19K171 | | 55.00 |
| High Need Support for Title I | | 19K202 | | 6406.00 |
| High Need Support for Title I STH | | 19K202 | | 934.00 |

USDOE-Contiunation_000509

## Section B – Budget Summary

| | | EXPENSES U.S. DEPARTMENT OF EDUCATION FUNDS | | | |
|---|---|---|---|---|---|
| **Budget Categories** | **Carryover from Previous Budget Period** | **Approved Budget** | **Expenditures** | **Anticipated Costs** | **Carryover to Future Budget Period** |
| *Reporting Period:* | *Start:* 10/1/24 *End:* 9/30/25 | *Start:* 10/1/25 *End:* 9/30/26 | *Start:* 10/1/25 *End:* 3/31/26 | *Start:* 4/1/26 *End:* 9/30/26 | *Start:* 10/1/26 *End:* 9/30/27 |
| 2. Personnel | 1276382.00 | | 798724.00 | 486600.00 | 0.00 |
| 3. Fringe Benefits | 509817.00 | | 266769.00 | 188590.00 | 0.00 |
| 4. Travel | 74000.00 | | 65113.00 | 0.00 | 0.00 |
| 5. Equipment | 81800.00 | | 80122.00 | 0.00 | 0.00 |
| 6. Supplies | 365059.00 | | 353706.00 | 92305.00 | 0.00 |
| 7. Contractual | 645000.00 | | 532325.00 | 90000.00 | 0.00 |
| 8. Construction | 0.00 | | 0.00 | 0.00 | 0.00 |
| 9. Other | 140100.00 | | 126634.00 | 11270.00 | 0.00 |
| 10. Total Direct Costs (items 2-9) | 3092158.00 | | 2223393.00 | 868765.00 | |
| 11. Indirect Costs | 92765.00 | | 66702.00 | 26063.00 | 0.00 |
| 12. Training Stipends | 0.00 | | 0.00 | 0.00 | 0.00 |
| 13. Total Costs (items 10-12) | 3184923.00 | | 2290095.00 | 894828.00 | |
| | | | | | |

USDOE-Contiunation_000510

*Page 2*

1. Please provide an explanation if funds have not been drawn down from the G5 System to pay for the budget expenditure amounts reported in items 8a. – 8c of the Cover Sheet.

   The NYC Department of Education's Division of Financial Administration draws down budget expenditures from the G5 system when charges have cycled through the department's accounting system. These draw-downs typically occur approximately every 2-3 months.

Page 3

2.  Please provide an explanation if you *did not* expend funds at the expected rate during the reporting period.

    During the reporting period, funds were not expended at the anticipated rate due to the absence of new funding allocations for the project year. As a result, expenditures were limited to the use of remaining carryover funds.

*Page 4*

3.  Describe any significant changes to your budget resulting from modification of project activities.

    N/A

*Page 5*

4.  Please describe any changes to your budget that affected your ability to achieve your approved project activities and/or project objectives.

    Due to USDE non-continuation award of MSAP grant funding beginning in September 2025, compounded by a funding pause that left the district without access to grant funds from October through December 2025, the project had access only to carryover funds. These significant budgetary disruptions adversely impacted the district's ability to fully implement approved project activities and objectives, affecting instructional programming, enrichment opportunities, school events and outreach efforts, professional development, and staffing support. Schools were required to scale back or delay partnerships, residencies, field trips, recruitment initiatives, and out-of-school-time programming, while also limiting access to instructional materials, external consultants, and per-session support critical to sustaining high-quality magnet implementation during that time.

*Page 6*

5.  Do you expect to have any unexpended (carryover) funds at the end of the current budget period?  ☐ Yes ☑ No.

      a. If yes, please explain why, provide an estimate, and indicate how you plan to use the unexpended funds in the next budget period.

*Page 7*

6. Describe any anticipated changes in your budget for the *next* budget period that require prior approval from the Department? (See EDGAR, 2 CFR 200.407, as applicable.)

There are no anticipated changes that will require approval at the time of report submission.

NYC CSD 19/27 Year 4 Site-Based Spreadsheet

| Year 4 Expenditures | District (KS19) | PS 64 | IS 171 | PS 202 | IS 654 | Total |
|---|---|---|---|---|---|---|
| Personnel | $209,060 | $160,820 | $142,786 | $122,715 | $163,343 | $798,724 |
| Fringe | $57,698 | $64,972 | $54,232 | $41,478 | $48,389 | $266,769 |
| Travel | $9,323 | $35,561 | $0 | $20,229 | $0 | $65,113 |
| Equipment | $5,676 | $74,446 | $0 | $0 | $0 | $80,122 |
| Supplies | $74,397 | $86,586 | $13,573 | $103,478 | $75,672 | $353,706 |
| Contractual | $82,747 | $89,777 | $134,978 | $102,992 | $121,831 | $532,325 |
| Other | $2,850 | $20,996 | $58,168 | $33,208 | $11,412 | $126,634 |
| Construction | $0 | $0 | $0 | $0 | $0 | $0 |
| Direct Costs | $441,751 | $533,158 | $403,737 | $424,100 | $420,647 | $2,223,393 |
| Indirect Costs | $13,253 | $15,995 | $12,112 | $12,723 | $12,619 | $66,702 |
| Total Costs | $455,004 | $549,153 | $415,849 | $436,823 | $433,266 | $2,290,095 |

USDOE-Contiunation_000517

PR/Award #S165A220034

NYC CSD 19/27 Year 4 Site-Based Spreadsheet (Anticipated from May 1, 2026 - September 30, 2026)

| Year 4 Expenditures | District (KS19) | PS 64 | IS 171 | PS 202 | IS 654 | Total |
|---|---|---|---|---|---|---|
| Personnel | $123,524 | $124,257 | $70,400 | $53,277 | $115,142 | $486,600 |
| Fringe | $44,465 | $49,336 | $32,059 | $19,956 | $42,774 | $188,590 |
| Travel | $0 | $0 | $0 | $0 | $0 | $0 |
| Equipment | $0 | $0 | $0 | $0 | $0 | $0 |
| Supplies | $15,000 | $25,520 | $15,000 | $12,808 | $23,977 | $92,305 |
| Contractual | $50,000 | $0 | $10,000 | $10,000 | $20,000 | $90,000 |
| Other | $0 | $0 | $1,762 | $0 | $9,508 | $11,270 |
| Construction | $0 | $0 | $0 | $0 | $0 | $0 |
| Direct Costs | $232,989 | $199,113 | $129,221 | $96,041 | $211,401 | $868,765 |
| Indirect Costs | $6,990 | $5,973 | $3,877 | $2,881 | $6,342 | $26,063 |
| Total Costs | $239,979 | $205,086 | $133,098 | $98,922 | $217,743 | $894,828 |

USDOE-Contiunation_000518

OMB # 1855-0025
Exp. 02/28/2025

## Section C – Additional Information
### *Desegregation Plan Information Forms*

| Type of Desegregation Plan |
|---|
| **(Check one and attach the appropriate documents)** |

☐  A Required Plan: A plan that is (1) implemented pursuant to a final order of a court of the United States, or a court of any State, or any other state agency or official of competent jurisdiction and (2) the order requires the desegregation of minority group segregated children or faculty in the elementary and secondary schools of that agency or those agencies.

Attach the Following Documents
• A copy of the court or agency order that demonstrated that the magnet school(s) for which assistance is sought under the grant are a part of the approved plan.
• Note: If the applicant is implementing a previously approved plan that does not include the magnet school(s) for which assistance is requested, the plan must be modified to include the new magnet school(s). The applicant must obtain approval of the new magnet schools, or any other modification to its desegregation plan, from the court, agency or official that originally approved the plan. The date by which proof of approval of any desegregation plan modification must be submitted to the US Department of Education is identified in the closing date notice.

Any desegregation plan modification should be mailed to: Gillian Cohen-Boyer
US Department of Education
Office of Elementary and Secondary Education
400 Maryland Avenue SW, Rm 3C140
Washington, DC 20202-5970

☑ A Voluntary Plan: A plan to reduce, eliminate or prevent minority group isolation that is being implemented (or would be implemented if assistance under the Magnet Schools Assistance Program is made available) on either a voluntary basis or as required under Title VI of the Civil Rights Act of 1964.

Attach the Following Documents
• A copy of the plan
• A copy of the school board resolution adopting and implementing the plan, or agreeing to adopt and implement the plan upon the award of assistance.

**District 19 - 27 Inter-district MSAP Consortium Voluntary Desegregation Plan**

The District 19 and District 27 Inter-district Voluntary Desegregation Plan meets the statutory requirements of Title IV, Part D of the Every Student Succeeds Act (ESSA) (Sections 4401-4409), which authorizes the Magnet Schools Assistance Program. Under this Voluntary Inter-district Desegregation Plan, the D19-D27 consortium will establish four new, whole-school, theme-based magnet schools (PS 202, IS 171, IS 654, and PS 64). The intent of the inter-district voluntary desegregation plan is, through voluntary inter-district student enrollment, to reduce minority group isolation at two District 19 participating schools (IS 171 and IS 654), and one District 27 school (PS 64), and eliminate minority group isolation at one District 19 participating school (PS 202).

According to the definition established by the D19-D27 consortium, minority group isolation is present when the proportion of students belonging to a specific minority group is greater than 15 percentage points above the district average percentage for that group. In CSD 19, the minority isolated group is Hispanic/Latinx at IS 171 (30.9 percentage points above the District) and Black/African American at PS 202, and IS 654 (20.9, and 29.8 percentage points above the District, respectively). In CSD 27, the minority isolated group is Asian at PS 64 (45.2 percentage points above the District). The D19-27 inter-district magnet initiative will capitalize on the ethnic, racial, and SES diversity present within and across the Consortium districts. In addition to distinct demographic differences in the districts that provide diversification possibilities, so too do the different grade configurations and isolated minority groups across participating schools. The geographic locations of the proposed magnet schools in the project, across two contiguous NYC school districts, and across two boroughs (Brooklyn and Queens), is intentional, to maximize potential diversity of the participating schools. The vibrant opportunities for racially and socioeconomically diversifying schools – across boroughs, district lines and within districts – are powerful combinations.

The D19-27 inter-district magnet initiative further capitalizes on ethnic, racial, and SES diversity within and across the districts by targeting a sub-set of feeder schools. These feeder schools have much more diverse ethnic and racial enrollments and substantially lower levels of poverty percentages than the magnet schools. Across the consortium districts, 74.6% of students qualify free or reduced priced lunch, or are eligible for Human Resources Administration Benefits, meeting the NYC poverty definition. The percentages at the proposed magnet schools range from a low of 79.7% to a high above 95% — all above the districtwide averages. In contrast, the six PK – 8th grade feeder schools (PS/IS – 207, 47, 114, 146, 232, and 124), have poverty indices that range from 27.6% in PS/IS 114 to 67.2% in PS/IS 124. These feeder schools are also severely overcrowded, ranging from 113% to 140% utilization, compared to the magnet schools, each with less than 100% utilization. An important goal is to attract students who would ordinarily attend the identified feeder schools to voluntarily enroll in the project magnet schools.

The Consortium also plans to attract students from diverse backgrounds who are zoned to the schools but do not attend. In the 2021-22 school year, 2,500 students who were zoned to attend one of the four proposed D19-D27 magnet schools opted not to enroll, but rather chose to attend either another public school in the district (N= 882 students), a public school outside the district (N=414 students), or a charter school (N=1,204). Furthermore, according to data from the 2019–20 Private Schools Universe Survey, 27 non-public schools serving students in grades PreK-8 are located within a five-mile radius of the zip codes of the four D19-D27 magnet schools. These

**District 19 - 27 Inter-district MSAP Consortium Voluntary Desegregation Plan**

schools serve about 5,900 students. When these data are compared with the demographic data of the public school student population across D19-D27, they show that the non-public schools serve a substantially higher proportion of White students (44% to 7%) and lower proportions of African American (5% to 25%) and Hispanic students (35% to 44%).

By developing new, attractive, and academically rigorous magnet programs, the schools will be able to attract a more diverse population of students. Each new magnet school will provide a unique thematic curriculum; with subject matter, activities, and teaching methodologies that are not generally offered to students of the same grade level in other schools in the districts. These magnet schools will create compelling, rigorous, and innovative learning environments with state-of-the-art technology, proven instructional methods, and standards- and evidence-based programs within the NYC public school system that will substantially strengthen students' knowledge of academic subjects and attainment of tangible and marketable vocational, technological, and professional skills. In addition, the project will bring together a robust set of community partners to support the various facets of the magnet program design, including curriculum development, student enrichment, and professional development and coaching.

Aggressive and targeted outreach and recruitment, designed using multi-faceted communication and dissemination strategies, including support from an experienced communications firm (Technology Therapy Group), will promote awareness of the magnet program offerings to attract a more diverse population of families than is currently attending the proposed magnet schools. Both district- and school-based staff will develop promotional materials, establish relationships with the local press, create a strong social media presence, and form linkages with community-based organizations to inform families about the magnet schools. Additionally, each school will work with their district staff and the NYCDOE Translation Unit to ensure that they have access to resources to provide verbal and written information about the programs with native speakers of languages other than English. Each school will also work to recruit native speakers of languages other than English from their staff, parents, and local communities to interact directly with parents so that they feel welcome in the school buildings and understand the information shared. Further buoying diversity and inclusion goals, a diverse educator workforce, coupled with professional growth strategies, will be leveraged to help to elevate the backgrounds, experiences, and perspectives of NYCDOE students, parents, and families.

In NYC, all families have the opportunity to enroll in a public elementary or middle school using the standard admission policies and in line with DOE admissions priorities for elementary and middle schools. The admissions process for the four D19-D27 magnet schools will be fully aligned with these processes. Furthermore, the admissions process will use a race-neutral lottery that does not include academic achievement as a selection criterion. An Inter-District Consortium Committee, comprised of Superintendent representatives from both districts; the MSAP Project Director; the Senior Advisor to Chancellor's Leadership team; and administrators, magnet support staff, students, and families from each magnet school, will meet quarterly to plan and reflect on benchmarks and goals, as well as plan, implement, and review cross-district initiatives related to recruitment. Specific initiatives will include developing a clear pathway between magnet elementary and middle schools, inter-district Critical Friends groups to improve pedagogical practices, and creating opportunities for students, staff, and families to share and celebrate their diverse experiences.

NYC Districts 19-27 MSAP Desegregation Plan Information

Please note that New York City does not have school boards. Therefore, the voluntary desegregation plan for the District 19-27 MSAP proposal was not approved via a school board resolution. It was submitted to the New York City Department of Education by the Community Superintendents of Districts 19 and 27, and then approved by the Chief Executive Officer from the Department of Education's Office of Student Enrollment. Copies of the District 19-27 voluntary desegregation plan, the districts' request for approval and the approval are included in the Desegregation Plan section of this submitted MSAP Application.

NYC Districts 19-27 MSAP Desegregation Plan Information

Please note that New York City does not have school boards. Therefore, the voluntary desegregation plan for the District 19-27 MSAP proposal was not approved via a school board resolution. It was submitted to the New York City Department of Education by the Community Superintendents of Districts 19 and 27, and then approved by the Chief Executive Officer from the Department of Education's Office of Student Enrollment. Copies of the District 19-27 voluntary desegregation plan, the districts' request for approval and the approval are included in the Desegregation Plan section of this submitted MSAP Application.

USDOE-Contiunation_000523

**INTERDISTRICT VOLUNTARY DESEGREGATION PLAN**

**COMMUNITY SCHOOL DISTRICTS 19 AND 27**

**April 2022**

Community School Districts 19 and 27 submit the following Inter-district Voluntary Desegregation Plan. The plan meets the statutory requirements of Title IV, Part D of the Every Student Succeeds Act (ESSA) (Sections 4401-4409), which authorizes the Magnet Schools Assistance Program.

This voluntary desegregation plan is submitted to the New York City Department of Education, Office of Student Enrollment.

Under the Voluntary Inter-district Desegregation Plan, Community School Districts 19 and 27 will establish four new magnet schools (PS 202, MS 171, MS 654, and PS 64). Dependent on Title IV ESSA funding, each magnet school will provide a special curriculum capable of bringing together substantial numbers of students from different social, economic, ethnic, and racial backgrounds.

These magnet schools will encourage the voluntary reduction of minority group isolation in schools with substantial portions of minority students. The course of instruction within each magnet school will substantially strengthen the knowledge of academic subjects and attainment of tangible and marketable vocational, technological, and professional skills of students attending these schools.

In addition, the magnet schools program at the schools will assist Community School Districts 19 and 27 in the development and design of innovative educational methods and practices. The special curriculum at each school will provide subject matter and/or a teaching methodology that is not generally offered to students of the same age or grade level in other schools in the districts.

In summary, Community School Districts 19 and 27 will establish four new magnet schools for the purpose of encouraging the voluntary reduction of minority group isolation in schools by providing special courses of instruction within each magnet school capable of bringing together substantial numbers of students from different social, economic, ethnic, and racial backgrounds.

**Community School Districts 19 and 27 Consortium New York City**

**Definition of Minority Group Isolation**

In Community School Districts 19 and 27, minority group isolation occurs at a school when the proportion of students belonging to a specific minority group is greater than the district average percentage for that group. In Community School District 19, the minority group isolated group is Hispanic/Latino at MS 171 and Black/African American at PS 202 and MS 654. In Community School District 27, the minority group isolated group is Asian at PS 64.

NYC Districts 19-27 MSAP Desegregation Plan Information

Please note that New York City does not have school boards. Therefore, the voluntary desegregation plan for the District 19-27 MSAP proposal was not approved via a school board resolution. It was submitted to the New York City Department of Education by the Community Superintendents of Districts 19 and 27, and then approved by the Chief Executive Officer from the Department of Education's Office of Student Enrollment. Copies of the District 19-27 voluntary desegregation plan, the districts' request for approval and the approval are included in the Desegregation Plan section of this submitted MSAP Application.

Docusign Envelope ID: E1A3DDDB-29E9-8FB2-80A8-B9290B07A920

## Magnet Schools Assistance Program Assurances

In accordance with section 4405(b)(2) of the ESSA, the applicant hereby assures and certifies that it will—

(A) use grant funds under this part for the purposes specified in section 4401(b);

(B) employ highly qualified teachers in the courses of instruction assisted under this part;

(C) not engage in discrimination based on race, religion, color, national origin, sex, or disability in the hiring, promotion, or assignment of employees of the applicant or other personnel for whom the applicant has any administrative responsibility;

(D) not engage in discrimination based on race, religion, color, national origin, sex, or disability in the assignment of students to schools, or to courses of instruction within the schools, of such applicant, except to carry out the approved plan;

(E) not engage in discrimination based on race, religion, color, national origin, sex, or disability in designing or operating extracurricular activities for students;

(F) carry out a high-quality education program that will encourage greater parental decision-making and involvement; and

(G) give students residing in the local attendance area of the proposed magnet school program equitable consideration for placement in the program, consistent with desegregation guidelines and the capacity of the applicant to accommodate the students.

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

If the applicant has an approved desegregation plan, the applicant hereby assures and certifies that it is implementing that desegregation plan as approved.

Signed by:

_____     5/12/2026

Signature of Authorized     Date
Representative

OMB # 1855-0025
Exp. 02/28/2025

PR/Award #S165A220034

**Table 1: Enrollment Data-LEA Level**

☐ *Check this box if all the magnet schools included in the program are implementing a magnet program for the first time.*

Actual Enrollment
**October 1, 2025**

| Grade Level | American Indian / Alaskan Native (Number) | American Indian / Alaskan Native (%) | Asian (Number) | Asian (%) | Black or African American (Number) | Black or African American (%) | Hispanic/Latino (Number) | Hispanic/Latino (%) | Native Hawaiian or Other Pacific Islander (Number) | Native Hawaiian or Other Pacific Islander (%) | White (Number) | White (%) | Two or more races (Number) | Two or more races (%) | Total Students |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PK | 27 | 2.48 | 145 | 13.33 | 397 | 36.49 | 488 | 44.85 | 7 | 0.64 | 20 | 1.84 | 4 | 0.37 | 1,088 |
| K | 19 | 1.62 | 175 | 14.91 | 417 | 35.52 | 527 | 44.89 | 8 | 0.68 | 23 | 1.96 | 5 | 0.43 | 1,174 |
| 1 | 23 | 1.81 | 180 | 14.15 | 408 | 32.08 | 624 | 49.06 | 2 | 0.16 | 24 | 1.89 | 11 | 0.86 | 1,272 |
| 2 | 28 | 2.14 | 150 | 11.47 | 401 | 30.66 | 687 | 52.52 | 6 | 0.46 | 29 | 2.22 | 7 | 0.54 | 1,308 |
| 3 | 16 | 1.24 | 171 | 13.24 | 420 | 32.51 | 637 | 49.30 | 4 | 0.31 | 31 | 2.40 | 13 | 1.01 | 1,292 |
| 4 | 21 | 1.59 | 156 | 11.85 | 414 | 31.44 | 684 | 51.94 | 4 | 0.30 | 22 | 1.67 | 16 | 1.21 | 1,317 |
| 5 | 16 | 1.25 | 149 | 11.62 | 423 | 33.00 | 654 | 51.01 | 3 | 0.23 | 26 | 2.03 | 11 | 0.86 | 1,282 |
| 6 | 19 | 1.63 | 76 | 6.50 | 381 | 32.59 | 665 | 56.89 | 3 | 0.26 | 18 | 1.54 | 7 | 0.60 | 1,169 |
| 7 | 27 | 2.22 | 82 | 6.73 | 407 | 33.42 | 660 | 54.19 | 4 | 0.33 | 25 | 2.05 | 13 | 1.07 | 1,218 |
| 8 | 27 | 2.04 | 95 | 7.18 | 462 | 34.92 | 710 | 53.67 | 6 | 0.45 | 16 | 1.21 | 7 | 0.53 | 1,323 |
| 9 | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| Total | 223 | 1.79 | 1,379 | 11.08 | 4,130 | 33.19 | 6,336 | 50.92 | 47 | 0.38 | 234 | 1.88 | 94 | 0.76 | 12,443 |

OMB # 1855-0025
Exp. 02/28/2025

Table 2: Enrollment Data-Feeder Schools

| Schools | | Actual Enrollment as of October 1, 2025 | | | | | | | | | | | | | | |
| FEEDER | MAGNET(S) | American Indian /Alaskan Native (Number) | American Indian /Alaskan Native (%) | Asian (Number) | Asian (%) | Black or African-American (Number) | Black or African-American (%) | Hispanic/Latino (Number) | Hispanic/Latino (%) | Native Hawaiian or Other Pacific Islander (Number) | Native Hawaiian or Other Pacific Islander (%) | White (Number) | White (%) | Two or more races (Number) | Two or more races (%) | Total Students |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PS/IS 207 | IS 171: Abraham Lincoln Middle School IS 654: Van Siclen Community Middle School | 3 | 0.45 | 82 | 12.24 | 18 | 2.69 | 185 | 27.61 | 4 | 0.60 | 357 | 53.28 | 21 | 3.13 | 670 |
| PS/IS 47 | IS 171: Abraham Lincoln Middle School IS 654: Van Siclen Community Middle School | 1 | 0.38 | 16 | 6.06 | 9 | 3.41 | 53 | 20.08 | | 0.00 | 178 | 67.42 | 7 | 2.65 | 264 |
| PS/MS 124 | IS 171: Abraham Lincoln Middle School IS 654: Van Siclen Community Middle School | 124 | 12.86 | 365 | 37.86 | 168 | 17.43 | 210 | 21.78 | 30 | 3.11 | 48 | 4.98 | 19 | 1.97 | 964 |
| PS/IS 114 | PS 202: Ernest S. Jenkyns Primary School PS 64: Joseph P. Addabbo Elementary School | 2 | 0.30 | 17 | 2.59 | 23 | 3.50 | 123 | 18.72 | | 0.00 | 469 | 71.39 | 23 | 3.50 | 657 |
| PS/IS 146 | PS 202: Ernest S. Jenkyns Primary School PS 64: Joseph P. Addabbo Elementary School | 5 | 0.96 | 79 | 15.16 | 12 | 2.30 | 235 | 45.11 | 6 | 1.15 | 175 | 33.59 | 9 | 1.73 | 521 |
| PS/IS 232 | PS 202: Ernest S. Jenkyns Primary School PS 64: Joseph P. Addabbo Elementary School | 11 | 1.36 | 101 | 12.45 | 57 | 7.03 | 452 | 55.73 | | 0.00 | 173 | 21.33 | 17 | 2.10 | 811 |

USDOE-Contiuation_000529

**Table 3: Enrollment Data-Magnet Schools  OMB-1855-0025  Expiration 02/28/2025**

- Use a separate copy of this table (or the applicants own format) for each magnet school participating in the project.
- Provide data for all students in each grade for which the school enrolls students.

### IS 171: Abraham Lincoln Middle School

Actual Enrollment  **(October 1, 2025)**

| Grade Level | American Indian / Alaskan Native (Number) | American Indian / Alaskan Native (%) | Asian (Number) | Asian (%) | Black or African American (Number) | Black or African American (%) | Hispanic/Latino (Number) | Hispanic/Latino (%) | Native Hawaiian or Other Pacific Islander (Number) | Native Hawaiian or Other Pacific Islander (%) | White (Number) | White (%) | Two or more races (Number) | Two or more races (%) | Total Students |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PK | | | | | | | | | | | | | | | |
| K | | | | | | | | | | | | | | | |
| 1 | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | |
| 6 | 6 | 7.89 | 3 | 3.95 | 4 | 5.26 | 62 | 81.58 | | 0.00 | 1 | 1.32 | | 0.00 | 76 |
| 7 | 2 | 2.00 | 5 | 5.00 | 5 | 5.00 | 86 | 86.00 | | 0.00 | 2 | 2.00 | | 0.00 | 100 |
| 8 | 2 | 2.08 | 8 | 8.33 | 6 | 6.25 | 78 | 81.25 | | 0.00 | 2 | 2.08 | | 0.00 | 96 |
| 9 | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| Total | 10 | 3.68 | 16 | 5.88 | 15 | 5.51 | 226 | 83.09 | 0 | 0.00 | 5 | 1.84 | 0 | 0.00 | 272 |

**Table 3: Enrollment Data-Magnet Schools  OMB-1855-0025  Expiration 02/28/2025**

- Use a separate copy of this table (or the applicants own format) for each magnet school participating in the project.
- Provide data for all students in each grade for which the school enrolls students.

### IS 654: Van Siclen Community Middle School

Actual Enrollment  **(October 1, 2025)**

| Grade Level | American Indian / Alaskan Native (Number) | American Indian / Alaskan Native (%) | Asian (Number) | Asian (%) | Black or African American (Number) | Black or African American (%) | Hispanic/Latino (Number) | Hispanic/Latino (%) | Native Hawaiian or Other Pacific Islander (Number) | Native Hawaiian or Other Pacific Islander (%) | White (Number) | White (%) | Two or more races (Number) | Two or more races (%) | Total Students |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PK | | | | | | | | | | | | | | | |
| K | | | | | | | | | | | | | | | |
| 1 | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | |
| 6 | | 0.00 | | 0.00 | 30 | 68.18 | 12 | 27.27 | | 0.00 | 2 | 4.55 | | 0.00 | 44 |
| 7 | 2 | 4.08 | | 0.00 | 29 | 59.18 | 17 | 34.69 | | 0.00 | 1 | 2.04 | | 0.00 | 49 |
| 8 | 1 | 1.47 | | 0.00 | 50 | 73.53 | 16 | 23.53 | 1 | 1.47 | | 0.00 | | 0.00 | 68 |
| 9 | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| Total | 3 | 1.86 | 0 | 0.00 | 109 | 67.70 | 45 | 27.95 | 1 | 0.62 | 3 | 1.86 | 0 | 0.00 | 161 |

**Table 3: Enrollment Data-Magnet Schools  OMB-1855-0025  Expiration 02/28/2025**

- Use a separate copy of this table (or the applicants own format) for each magnet school participating in the project.
- Provide data for all students in each grade for which the school enrolls students.

### PS 202: Ernest S. Jenkyns Primary School

Actual Enrollment **(October 1, 2025)**

| Grade Level | American Indian / Alaskan Native (Number) | American Indian / Alaskan Native (%) | Asian (Number) | Asian (%) | Black or African American (Number) | Black or African American (%) | Hispanic/Latino (Number) | Hispanic/Latino (%) | Native Hawaiian or Other Pacific Islander (Number) | Native Hawaiian or Other Pacific Islander (%) | White (Number) | White (%) | Two or more races (Number) | Two or more races (%) | Total Students |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PK | | 0.00 | 1 | 2.78 | 16 | 44.44 | 19 | 52.78 | | 0.00 | | 0.00 | | 0.00 | 36 |
| K | | 0.00 | 1 | 3.23 | 14 | 45.16 | 15 | 48.39 | 1 | 3.23 | | 0.00 | | 0.00 | 31 |
| 1 | 0 | 0.00 | 1 | 2.27 | 26 | 59.09 | 16 | 36.36 | | 0.00 | | 0.00 | 1 | 2.27 | 44 |
| 2 | 1 | 3.23 | 4 | 12.90 | 15 | 48.39 | 11 | 35.48 | | 0.00 | | 0.00 | | 0.00 | 31 |
| 3 | 1 | 3.33 | | 0.00 | 19 | 63.33 | 10 | 33.33 | | 0.00 | | 0.00 | | 0.00 | 30 |
| 4 | | 0.00 | | 0.00 | 21 | 65.63 | 11 | 34.38 | | 0.00 | | 0.00 | | 0.00 | 32 |
| 5 | | 0.00 | 3 | 9.09 | 12 | 36.36 | 18 | 54.55 | | 0.00 | | 0.00 | | 0.00 | 33 |
| 6 | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| Total | 2 | 0.84 | 10 | 4.22 | 123 | 51.90 | 100 | 42.19 | 1 | 0.42 | 0 | 0.00 | 1 | 0.42 | 237 |

USDOE-Contiunation_000532

**Table 3: Enrollment Data-Magnet Schools  OMB-1855-0025  Expiration 02/28/2025**

- Use a separate copy of this table (or the applicants own format) for each magnet school participating in the project.
- Provide data for all students in each grade for which the school enrolls students.

### PS 64: Joseph P. Addabbo Elementary School

Actual Enrollment  (October 1, 2025)

| Grade Level | American Indian / Alaskan Native (Number) | American Indian / Alaskan Native (%) | Asian (Number) | Asian (%) | Black or African American (Number) | Black or African American (%) | Hispanic/Latino (Number) | Hispanic/Latino (%) | Native Hawaiian or Other Pacific Islander (Number) | Native Hawaiian or Other Pacific Islander (%) | White (Number) | White (%) | Two or more races (Number) | Two or more races (%) | Total Students |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PK | 2 | 6.25 | 27 | 84.38 | | 0.00 | 3 | 9.38 | | 0.00 | | 0.00 | | 0.00 | 32 |
| K | 4 | 5.33 | 59 | 78.67 | 1 | 1.33 | 10 | 13.33 | | 0.00 | 1 | 1.33 | | 0.00 | 75 |
| 1 | 1 | 1.37 | 58 | 79.45 | 1 | 1.37 | 13 | 17.81 | | 0.00 | | 0.00 | | 0.00 | 73 |
| 2 | 1 | 1.25 | 63 | 78.75 | 2 | 2.50 | 14 | 17.50 | | 0.00 | | 0.00 | | 0.00 | 80 |
| 3 | 1 | 1.19 | 58 | 69.05 | 4 | 4.76 | 18 | 21.43 | 1 | 1.19 | 2 | 2.38 | | 0.00 | 84 |
| 4 | 2 | 2.41 | 59 | 71.08 | 3 | 3.61 | 13 | 15.66 | 1 | 1.20 | 5 | 6.02 | | 0.00 | 83 |
| 5 | 1 | 1.61 | 36 | 58.06 | 2 | 3.23 | 22 | 35.48 | | 0.00 | | 0.00 | 1 | 1.61 | 62 |
| 6 | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| Total | 12 | 2.45 | 360 | 73.62 | 13 | 2.66 | 93 | 19.02 | 2 | 0.41 | 8 | 1.64 | 1 | 0.20 | 489 |

**Table 1: Enrollment Data-LEA Level**

**Community School District 27**

Actual Enrollment as of October 1,2025

| Grade | Native American/ Alaskan Native | | Asian | | African American/Black | | Hispanic | | Pacific Islander | | White | | Two or More Races | | Total |
|-------|------|-------|------|--------|------|--------|-------|--------|------|-------|------|-------|------|-------|-------|
| | N | % | N | % | N | % | N | % | N | % | N | % | N | % | |
| PK | 174 | 6.29% | 646 | 23.35% | 472 | 17.06% | 1132 | 40.91% | 12 | 0.43% | 272 | 9.83% | 59 | 2.13% | 2767 |
| 0K | 137 | 5.13% | 596 | 22.33% | 465 | 17.42% | 1162 | 43.54% | 13 | 0.49% | 255 | 9.55% | 41 | 1.54% | 2669 |
| 1 | 152 | 5.58% | 623 | 22.85% | 483 | 17.72% | 1134 | 41.60% | 23 | 0.84% | 263 | 9.65% | 48 | 1.76% | 2726 |
| 2 | 176 | 6.13% | 614 | 21.38% | 520 | 18.11% | 1235 | 43.00% | 25 | 0.87% | 241 | 8.39% | 61 | 2.12% | 2872 |
| 3 | 147 | 5.19% | 580 | 20.49% | 502 | 17.74% | 1273 | 44.98% | 18 | 0.64% | 257 | 9.08% | 53 | 1.87% | 2830 |
| 4 | 160 | 5.43% | 604 | 20.51% | 516 | 17.52% | 1334 | 45.30% | 25 | 0.85% | 246 | 8.35% | 60 | 2.04% | 2945 |
| 5 | 165 | 5.77% | 554 | 19.36% | 495 | 17.30% | 1312 | 45.86% | 26 | 0.91% | 262 | 9.16% | 47 | 1.64% | 2861 |
| 6 | 206 | 6.83% | 672 | 22.28% | 542 | 17.97% | 1298 | 43.04% | 25 | 0.83% | 238 | 7.89% | 35 | 1.16% | 3016 |
| 7 | 206 | 6.87% | 628 | 20.94% | 534 | 17.81% | 1291 | 43.05% | 31 | 1.03% | 262 | 8.74% | 47 | 1.57% | 2999 |
| 8 | 202 | 6.55% | 648 | 21.03% | 604 | 19.60% | 1296 | 42.05% | 34 | 1.10% | 253 | 8.21% | 45 | 1.46% | 3082 |
| Total | 1725 | 6.00% | 6165 | 21.43% | 5133 | 17.84% | 12467 | 43.34% | 232 | 0.81% | 2549 | 8.86% | 496 | 1.72% | 28767 |



**Department of Education**

*David C. Banks, Chancellor*

**Institutional Review Board and Ethics Review Committee**

**52 Chambers Street Room 310 New York, NY 10007**

August 17, 2025

Ms. Claire Aulicino
100 Wall Street
Suite 802
New York, NY 10005

Dear Ms. Claire Aulicino:

I am happy to inform you that the New York City Department of Education's Ethics or Institutional Review Board has approved or cleared your request for a continuation of your research study numbered 4839 and titled "Evaluation of NYCDOE FY22 Magnet Schools Assistance Program grants for D19/27, D32/16, and D28/29." The continuation approval is for a period of one year:

| | |
|---|---|
| **Continuation Approval Date:** | **September 10, 2025** |
| **Continuation Expiration Date:** | **September 10, 2026** |

Consent forms, letters to research subjects and research protocols approved for use in your continuation study must contain a date falling within the approval period.

**\*\*\* COVID-19 Response:**
**If this study requires in-person interactions or interventions with research subjects, note that these procedures <u>cannot</u> take place without explicit written permission for site access from the NYC DOE IRB and principal or site director.**

**Unless explicitly detailed in this protocol and reviewed and approved by the NYC DOE IRB/ERC, virtual interactions or interventions with research subjects may not take place.**

**This information is subject to change without notice. \*\*\***

**Responsibilities of Principal Investigators:** Please find below a list of responsibilities of Principal Investigators who have DOE IRB approval to conduct research in New York City public schools.

- Approval by this office does not guarantee access to any particular school, individual or data.  You are responsible for making appropriate contacts and getting the required permissions and consents before initiating the study.
- When requesting permission to continue conducting your study in schools, submit the approved Principal Information Letter to the school Principal summarizing your research design and methodology along with this IRB Approval letter.
- Researchers who join the study team after the inception of the research must be added to the protocol through an Amendment and fingerprinted.
- You are responsible for ensuring that the research is conducted in accordance with your research proposal as approved for continuation by the DOE IRB and for the actions of all co-investigators and research staff involved with the research.

Institutional Review Bo
Protocol Number: 4839-N
**Page 104**

P a g e | **2**                                                      August 17, 2025

- You are responsible for informing all participants (e.g., administrators, teachers, parents, and students) that their participation is strictly voluntary and that there are no consequences for non-participation or withdrawal at any time during the study.
- Researchers must: Use the consent forms approved by the DOE IRB; provide all research subjects with copies of their signed forms; maintain signed forms in a secure place for a period of at least three years after study completion; and destroy the forms in accordance with the data disposal plan approved by the IRB.

**Mandatory Reporting to the IRB:** The principal investigator must report to the IRB Director and Chair, within three (3) business days, any serious problem, adverse effect, or outcome that occurs with frequency or degree of severity greater than that anticipated. In addition, the principal investigator must report any event or series of events that prompt the temporary or permanent suspension of a research project involving human subjects or any deviations from the approved protocol.

**Amendments/Modifications:** All amendments/modification of protocols involving human subjects, including, but not limited to, personnel changes, must have prior IRB approval, except those involving the prevention of immediate harm to a subject, which must be reported within 24 hours to the NYC Department of Education IRB.

**Continuation of your research:** It is your responsibility to insure that an application for continuing review approval is submitted three months before the expiration date noted above. If you do not receive approval before the expiration date, all study activities must stop until you receive a new approval letter.

**Research findings:** We require a copy of the report of findings from the research. Interim reports may also be requested for multi-year studies. Your report should not include identification of the superintendency, district, any school, student, or staff member. Please submit a final report with the closure form through our electronic platform.

If you have any questions, please contact IRB@schools.nyc.gov.

Good luck with your research.


Sincerely,
New York City Department of Education Institutional Review Board

PR/Award #S165A220034

NYC CSD 19/27 Budget Narrative Year 4

Based on budget figures provided by the NYCDOE business office, the Community School District 19/27 MSAP is reporting $2,290,095 in expenditures for the current budget period (Project Year 4) to date. This total is listed in item #8b on the cover page of this report, and it includes the allowable MSAP grant obligations for the applicable budget period. All of these grant obligations were made within the existing scope of the project and in support of project objectives. Specifically, the expenditures for the year two budget period through April 30, 2026 correlate to the following budget categories:

1.  Personnel- $798,724
2.  Fringe Benefits- $266,769
3.  Travel- $65,113
4.  Equipment- $80,122
5.  Supplies- $353,706
6.  Contractual- $532,325
7.  Construction- $0
8.  Other- $126,634
9.  Total Direct Costs- $2,223,393
10. Indirect Costs- $66,702
11. Training Stipends- $0
12. Total Costs- $2,290,095

(Notes: Fringe benefit amounts are calculated at current NYCDOE fringe benefit rates of 45.83% on salaries and 20.76% on per session as well as 8.15% on per diem. Also, the indirect costs reported above reflect the indirect costs of 3% on the spent amount in this budget period, anticipating that the total indirect costs will be reflected in the ad hoc report at the end of the project year.)

Personnel:
- One full-time district magnet position (Project Director) was funded by MSAP.
- All four magnet schools have used magnet funding to pay for positions to support magnet programming in Project Year 4. Each school funded 1 full time site coordinator and a .5 magnet resource specialist.
- The District paid per session for District-sponsored professional development. Schools have used per session funding for curriculum development and further professional development as well as to pay teachers who facilitated specialized enrichment programs after school hours and on weekends. Per diem funding was used for coverage so that teachers could attend magnet professional development and to cover one magnet specialty teacher on a per diem basis who was not a full time teacher.

Supplies:

- All schools purchased supplies to support both their instructional magnet program and the professional development provided to their teachers.
- Some of the expenditures originally classified as equipment have been re-classified as supplies because the items purchased did not meet the individual cost per item threshold for equipment. This includes film and multimedia equipment purchased for use at PS 202. With these funds, PS 202 was able to replace outdated equipment in their auditorium and create a performance space for students to be expressive and practice their leadership skills.

Equipment:

- PS 64 purchased new technology for each classroom, including iPads and laptop bundles.

Travel:

- The District, PS 64, and IS 171 sent representatives to the MSA National Conference in San Diego in order to network with other magnet school districts and build and expand expertise and skills.  Staff from PS 64 attended a magnet curriculum conference, where staff members were able to work collaboratively to finetune magnet units and to further solidify their mission and vision as a magnet school with the support of magnet leadership and the National Paideia Center.

Contractual:

- The District has contracted with its External Evaluator, Metis to oversee the D 19/27 grant. The District brought in instructional partners to improve pedagogy including PBLWorks, The League of Young Inventors, and C King Ed.  Hospitality Quotient worked with magnet staff to improve leadership skills to improve culture and performance and Plug Ugly Films was contracted to create promotional films for each school for recruitment purposes.
- PS 64 has additionally contracted with the following theme-based partners:
    - National Paideia Center, which provides training and coaching for teachers on facilitating student discussion through Socratic Seminar.
    - Edible Schoolyards, which supports hands-on cooking and gardening instruction for students and families, encouraging access to healthy food and supports healthy food choice while also supporting and enhancing leadership skills through teamwork.
    - Magic Box Productions, which provides multimedia instruction for teachers and students.
    - League of Young Inventors, which trains teachers to transform their classrooms into an immersive hub of invention through creative student-centered engineering curriculum.
    - Studio in a School, which expands access to the arts for all students.
- IS 171 has contracted with the following theme-based partners:

- o Brooklyn Boatworks, which harnesses the unique craft of wooden boat building and maritime-centered exploration to inspire young people to uncover the confidence, skills, and courage to chart pathways to success in and outside the classroom.
  - o We Got Games, which provides an exciting opportunity for students to explore the innovation behind video games.
  - o Practice Makes Perfect, which provides tutoring and academic support to struggling students to drive academic progress.
  - o EM Arts, which supports students and teachers with creative expression.
  - o Excelling in Leadership, which is a consultancy firm that offers tailored professional development. A consultant worked with the new teachers in the school to better understand the school magnet theme and to improve theme-based units.
  - o FiWe, which provides professional development and resources to support financial literacy in schools.
  - o Gassaway, which provided training for teachers to support data analysis to promote academic progress.
- PS 202 has contracted with the following theme-based partners:
  - o How Can I? Podcasting and Production, which worked with students and teachers to develop a podcasting program for students.
  - o Alister Arden Creative (Student-Led Murals), which gives students opportunities to creatively express themselves through murals, transforming not just their sense of self and community, but also their physical space.
  - o Franklin Covey Leader in Me, which fosters a culture of school-wide leadership through training of teachers and student-facing lessons.
  - o Brooklyn Youth Company, which works with teachers and students to generate original theatrical productions.
  - o DeeWay Educational Services, which provides pedagogical coaching and professional development in data analysis and instructional planning and development.
  - o Circulate Global, which is working with students on innovation and expression through a race car project and documentary.
  - o Keleidoscope Multi Media, which is working with students to put together an interactive historical exhibit celebrating the school's history through artifacts and community-based interviews and documentary films.
  - o Quartz Wellness Collective, which is working with students and teachers to demonstrate learning using multimedia productions.
- IS 654 has contracted with the following theme-based partners:
  - o Urban Wall Street
  - o Victor Nioisi Art

- o Elite Vision Enterprises
- o BRIC Media Arts
- o How Can I? Podcasting and Production
- o BEAM Center
- o City At Work
- o T3I Sports Inc, which teaches leadership skills and teamwork through sports and movement.
- o Andrew Walter Myers, which provides Photography training for students to generate multimedia projects.

Other:

- All schools expended funds to improve their marketing and branding efforts. This includes updating websites, external and internal signage, and promotional materials. Schools also used funds in the "Other" category for student admissions to cultural institutions connected with magnet theme instruction. IS 171 used funds in the same category for students to travel to Washington, DC in order to further their theme-based unit on the US Constitution.

Combined with $894,828 in anticipated costs, based on the approved carryover budget of $3,184,923, the project anticipates having spent 100% of Project Year 4 funds by 9/30/26. The amount of MSAP expenditures, defined as allowable grant obligations made during the applicable budget period, listed in the first table and reported on the cover page for the current budget period is $2,290,095. This amount represents approximately 72% of the total year four carryover allocation. Personnel expenses covered October through April, but other purchases were made in just over four months in an attempt to expediently restore programming after funding was withheld from October through early December. As shown on the budget table, the district estimates that the project will spend an additional $894,828 during the remainder of the budget period (May 1-September 30). This represents an additional 28% of the total MSAP carryover allocation. Based on these projections, the District 19/27 MSAP project has been and will continue to expend MSAP funds at a reasonable rate during the current budget period.

# U.S. Department of Education

**Washington, D.C. 20202-5335**



## MSAP Annual Performance Report
**CFDA # 84.165A**
**PR/Award # S165A220032**
**Budget Period # 4**
**Report Type: Annual Performance**

PR/Award # S165A220032

USDOE-Contiunation_000541

Docusign Envelope ID: 62453F0D-CC30-8F10-8302-2CFF94FD7B27



# U.S. Department of Education
# Grant Performance Report Cover Sheet (ED 524B)
*Check only one box per Program Office instructions.*
[✔] Annual Performance Report    [   ] Final Performance Report

OMB No. 1855-0025
Exp. 02/28/2025

## General Information
1. PR/Award #:  S165A220032

*(Block 5 of the Grant Award Notification - 11 characters.)*

2. Grantee NCES ID#:  3600100

*(See instructions. Up to 12 characters.)*

3 Project Title:  Community School Districts 28-29 Consortium Magnet Schools Assistance Program

*(Enter the same title as on the approved application.)*

4. Grantee Name *(Block 1 of the Grant Award Notification.):* NYC Department of Education - Community School District 28

5. Grantee Address *(See instructions.)*

6. Project Director *(See instructions.)* Name: Reina Sin                      Title: MAGNET DIRECTOR

   Ph #: ( 718 )  968  -  6180      Ext: (        )          Fax #: (      )  _____ - _____

   Email Address:  RSIN@SCHOOLS.NYC.GOV

## Reporting Period Information *(See instructions.)*
7. Reporting Period:    From:  10  / 01  / 2025    To:  03  / 31  / 2026    (mm/dd/yyyy)

## Budget Expenditures *(To be completed by your Business Office.  See instructions.  Also see Section B.)*
8. Budget Expenditures

|  | **Federal Grant Funds** | **Non-Federal Funds** *(Match/Cost Share)* |
|---|---|---|
| a. Previous Budget Period | $2,836,274.00 | $0.00 |
| b. Current Budget Period | $1,013,425.00 | $0.00 |
| c. Entire Project Period *(For Final Performance Reports only)* | $0.00 | $0.00 |

## Indirect Cost Information *(To be completed by your Business Office.  See instructions.)*
9. Indirect Costs

   a. Are you claiming indirect costs under this grant?  ✔ Yes ___No

   b. If yes, do you have an Indirect Cost Rate Agreement approved by the Federal Government?  ✔ Yes ___No

   c. If yes, provide the following information:

   Period Covered by the Indirect Cost Rate Agreement:  From:  07  / 01  / 2025    To:  06  / 30  / 2026    (mm/dd/yyyy)

   Approving Federal agency:  ✔ ED  ___Other *(Please specify)*: _____

   Type of Rate *(For Final Performance Reports Only)*: ___ Provisional ___ Final ___ Other *(Please specify)*: _____

   d. For Restricted Rate Programs (check one) -- Are you using a restricted indirect cost rate that:

   ✔ Is included in your approved Indirect Cost Rate Agreement?

   ___ Complies with 34 CFR 76.564(c)(2)?

## Human Subjects (Annual Institutional Review Board (IRB) Certification) *(See instructions.)*
10.  Is the annual certification of Institutional Review Board (IRB) approval attached?  ✔ Yes ___ No ___ N/A

## Performance Measures Status and Certification *(See instructions.)*
11. Performance Measures Status

   a. Are complete data on performance measures for the current budget period included in the Project Status Chart? ___Yes ✔ No

   b. If no, when will the data be available and submitted to the Department?  09  / 30  / 2026   (mm/dd/yyyy)

12. To the best of my knowledge and belief, all data in this performance report are true and correct and the report fully discloses all known weaknesses concerning the accuracy, reliability, and completeness of the data.

Eric Blake

Name of Authorized Representative:

Title:  Community Superintendent D28

Signed by:

*Eric Blake*

D4E19DE45D7841D...

Signature:

Date:  5/8/2026  /  /

ED 524B

USDOE-Contiunation_000542

**CSD 28-29 MSAP YEAR 4 Executive Summary**
**PR/Award #S165A220032**

**D28/29 MSAP Annual Performance Report**

**In October 2025, NYC CSD 28-29 entered Year four of the MSAP grant awarded by USDE, to support the transformation of three elementary and two middle schools into whole school magnets. This executive summary reports on Year four successes and challenges, thus far.**

**Challenges**

The abrupt discontinuance of Magnet funding profoundly affected all five schools, undermining both the implementation and sustainability of their magnet programs. Plans for project year 4 had been developed in the spring and summer of project year 3, and families enrolled their children expecting full access to theme-based experiences. When funding was withheld, many valued programs, partnerships, field trips, and student leadership opportunities—core components of the magnet model—were discontinued, disrupting learning and eroding trust with families.

Since many partnerships and enrichment opportunities relied on timely financial support, schools struggled to secure contracts with partner organizations, leading to postponed, shortened, or canceled residencies and programs. Funding limitations forced schools to scale back services, including reducing the number of grade levels some partnerships served, session frequency, and the scope of both in-school and afterschool enrichment offerings.

The interruption also severely constrained school-based professional development, instructional coaching, and collaborative planning, limiting teachers' ability to deepen expertise and deliver innovative, theme-based instruction. Schools were unable to maintain or enhance specialized learning spaces, acquire essential materials and equipment, or host family engagement and recruitment events.

Collectively, these losses curtailed access to high-quality, theme-driven learning, stifled program growth and innovation, and significantly compromised the schools' ability to provide the comprehensive, hands-on, transformative experiences that define successful magnet programs.

**Successes**

Despite the challenges created by delayed access to Year 4 carry-over funds and the discontinuance of new MSAP funding, the greatest success of the project was the way educators across the cohort responded to challenging conditions.  They demonstrated flexibility, collaboration, and a strong commitment to sustaining the work already established during the first three years of the grant. With magnet funding unavailable at the start of the school year, magnet leadership teams quickly revised their Year 4 implementation plans and shifted their

focus toward sustainability planning. Rather than pausing the work entirely, teams concentrated on identifying ways to preserve and strengthen the systems, structures, partnerships, and practices that had already been developed through the grant.

A second major success has been the implementation of Paideia Seminars, Project Based Learning, engaging instructional math strategies, and tech tools from Adobe, Canva, and other media platforms across classrooms in all magnet schools. Many District 28-29 teachers have participated in professional development from National Paideia Center, PBL Works, CTSC, Adobe, Canva, CKing Ed in previous years and implemented their learning in their classrooms this year. In some schools, all school leadership, teachers, and support staff have been trained in leading Paideia seminars and designing PBL units. This year, the Magnet Team organized a professional learning series where teachers who had attended previous Adobe and Canva workshops had the opportunity to present how they've used the tools in their classrooms to teachers across all NYC magnet schools. For example, teachers from PS182 led a workshop "PBL Meets Adobe: Crafting Public Products with Purpose" for magnet educators, sharing examples of how students can use Adobe tools to showcase their learning. Teachers from PS135 led the "Grant Funding for Classroom Impact" workshop and shared how they leveraged grant funding to sustain their hydroponic labs, pay for instructional materials, special programs, and student experiences.

**Recruitment**

The discontinuance and interruption of funding in Year 4 created significant challenges in fully implementing outreach efforts to meet MGI goals. Limited funding curtailed the production and distribution of high-quality, marketing materials, restricting the ability to reach a broader audience. Staffing shortages further impacted outreach, as fewer personnel were available to support recruitment, conduct outreach visits, and engage beyond the immediate school community. These constraints also limited the number of open houses and outreach events that could be hosted. Funding uncertainty also made it difficult to fully promote magnet programs, particularly since many partnerships and student experiences—essential components of each program—were impacted.

Despite these challenges, the schools have continued to leverage social media and maintain updated websites to support ongoing outreach and recruitment efforts. For example, PS 312 has leaned into their social media and video content, consistently reaching out to the community through weekly posts on Instagram and Facebook that provide fun snapshots of school life and highlight student participation in new Enrichment Clubs and school activities. Starting in November 2025, the school website was updated monthly with new branding and "Magnet in Action" imagery to clearly communicate the school's theme of Innovative Leadership.

Similarly, PS182 maintains an active online presence, including Instagram, Facebook, and Youtube accounts, and a dynamic website that offers fun student-made videos and galleries that showcase student work, clubs, trips, and special events. Parent links connect prospective families with information about enrollment, and ways to connect with staff. The school also

prepares flyers, letters, and emails for the District Family Welcome Center and local preschools, describing their magnet program. They also created a "Tiger Times" newsletter that they share with prospective families. It includes QR codes with information about how to apply to kindergarten and access their social media platforms.

Although there were many obstacles to the cohort's ability to implement high level and strategic recruitment strategies this year, there were also highlights at each of the magnet schools. For example, MS332 conducted Elementary School Open Houses & Tours, including an event where they reached out to PS55, a formerly funded Magnet elementary school in District 28. This was a strategic attempt to engage students who might be interested in continuing a magnet pathway. This event allowed graduating fifth graders from PS55 to visit MS332's building, talk to the students, see the facilities, and get a feel for the school. Prospective fifth graders saw a presentation, participated in a Q&A with student-leaders, and mingled with staff and students as they toured the building. The fifth graders also participated in a STEAM exploration challenge facilitated by one of 332's magnet specialists.

PS135 also conducted an Open House where families of prospective students from pre-K centers and the surrounding community were invited to explore classrooms, participate in themed activities, and learn about the school's magnet program and arts-integrated approach. Staff shared information about the curriculum, school culture, and admissions process, providing families with a welcoming introduction to the school community.

MS72, took an innovative approach to the traditional "Open House" strategy by hosting a community performance of an original musical: *Run DMC Christmas Carol - The Remix*. The event featured a special daytime performance of the school's winter theater production, showcasing the school's magnet theme of music, dance and theater. The performance, open to neighboring elementary schools, was designed for MS72 students to connect with the community and offer graduating fifth graders the opportunity to come into the building and experience the school's magnet theme in action. Events such as these are opportunities to make personal connections, showcase facilities, and help students understand the school's unique magnet identity.

All the D 28-29 schools have hosted Open Houses in the past, but unfortunately, the funding disruption limited these types of in-person experiences. While digital marketing has real strengths in terms of reach and consistency, it is not a sufficient substitute for in-person engagement. The schools' reliance on digital outreach this year was not a strategic choice, but a necessary adaptation to the constraints the schools faced as a result of the delay in use of carryover funding and discontinuance of new grant funding.

## Student Achievement

Student achievement is driven through multiple, interconnected strategies that align with each school's magnet theme. Principals and leadership teams across District 28/29 magnet schools

continually identify strengths, assess needs, and pursue innovative approaches to enhance student learning—both generally and within thematic content areas. Data teams play a central role, analyzing school-wide and individual student performance to guide targeted interventions and monitor progress. Schools also provide comprehensive multi-tiered supports for students with special needs and struggling learners, alongside school-wide Positive Behavioral Intervention Systems (PBIS) and Social Emotional Learning (SEL) programs that foster a safe and supportive learning environment.

All schools have implemented theme-based project-based learning (PBL) units, and some have also prioritized authentic student engagement through Paideia Seminars, promoting rich, collaborative discussion and critical thinking, demonstrating remarkable adaptability even in periods of limited funding. While financial constraints required modifications—such as limiting instructional materials, field experiences, and partnerships with external experts—schools successfully adapted their units, enabling students to present their learning to peers, families, and the broader community.

Some schools are continuing to use real-world, standards-based math strategies they learned from CKing Education Training to strengthen mathematical understanding and application, and lean into digital media tools like Adobe Creative Suite to enhance PBL and theme-based instruction. Some schools also continued implementing League of Young Inventors STEM units by rationing the instructional materials they saved from previous years. Teachers leveraged prior training from PBL Works, CTSC, and the National Paideia Center, and existing curriculum resources to continue delivering meaningful learning experiences.

For example, one of the most significant successes at PS 135 was the continued implementation of Paideia seminars, a structured discussion-based instructional strategy that encourages students to think critically, speak clearly, and respond to one another using evidence from texts. During these seminars, students engage in collaborative conversations rather than traditional teacher-led instruction. The school has also sustained their arts-themed PBL instruction, where students create visual art, take part in performances, and design multimedia projects to demonstrate their understanding of academic content.

At PS 312, teachers have infused the school's leadership theme into their PBL units by integrating Stephen Covey's Leader in Me attributes. Students work on projects that require them to be proactive, synergize, seek first to understand, and practice other good leadership attributes. The projects often involve community service or solving problems to positively impact the community.

MS332 continued its no-cost residency with the New York Historical Society (NYHS) in Year 4 to support its 6th grade social studies PBL unit. Not only did this free residency align with the school's social studies curriculum, but it integrated its magnet theme of leadership and exploration. The project helped students learn about Ancient Greece and its influence on modern American democracy through experiential learning, artmaking, writing, and theater activities that took place at the NYHS museum.

USDOE-Contiunation_000546

At MS 72, theater students began the year by working on The Haunted House PBL. Students in the theater department learned to use character development and performance design to create an immersive haunted house experience for Halloween. As part of this PBL, students developed character-based experiences by designing costumes, writing scripts, and planning the flow of the haunted house experience for the school community.

At PS182, students practice applied learning in each magnet themed PBL unit. Every PBL also has one fully planned Paideia seminar, which ensures students are exposed to 4 Paideia seminars in each grade every year. Planning time is dedicated to ensure that grade level teams are part of the Paideia Seminar planning process, and digital drives help teachers to collaboratively plan, share, and archive themed units. Systems and structures such as these allow the school to unify and sustain both PBL and Paideia, despite funding disruptions.

In addition to PBL units, theme-based residences and partnerships are a crucial aspect of each school's magnet program and play an important role in enhancing project-based units and supporting student achievement. Schools negotiated contracts last summer with long-term partners such as Studio in a School, Magic Box Productions, OmniLearn, How Can I?, SmartWorks, Marquis Studio, Inside Broadway, and Salvadori Center, using their services to support project based learning units, provide professional development for teachers, and provide theme-based experiences for students. However, due to the financial constraints, schools were forced to terminate most, and in some cases all, partnerships before their natural culmination.

Despite the abrupt loss of funding that ended planned thematic residencies, schools demonstrated resilience by pivoting to teacher-led enrichment initiatives. Students continue to benefit from teacher-run clubs in STEAM, coding, arts, broadcasting, Canva for Kids, dance, and sports, ensuring that exploration, creativity, and engagement remain central to their learning experiences.

At MS332, students participated in a book club, with partners from The Dinner Table Documentary, that promotes leadership, self-identity, and wellness through reading and creating a project to share with the school community.

MS72's  Basie Jewels is a discrete dance class where students receive pre-professional performance and technique dance training using a conservatory model. This club provides students who demonstrate the ability, or desire, to pursue dance long-term, the training they need to dance after their middle school years. In PY4, the Basie Jewels had the opportunity to dance alongside the Rockettes at Radio City Music Hall - the first NYC Public School middle school students to be afforded that honor.

PS135 offers several teacher-run enrichment clubs including: the Bellaire Buzz student broadcasting club that develops journalism, storytelling, and video production skills; a student government organization to promote leadership, civic engagement, and teamwork; a violin program that introduces foundational violin skills and musical development to students; a photojournalism club that teaches photography, composition, and storytelling through images; a

Canva for Kids club to build digital design skills and creative thinking using Canva; a Mind Body Fusion club which combines movement, mindfulness, and self-regulation strategies; an animation club that teaches digital storytelling skills; and after school Basketball and Soccer teams to teach teamwork and physical fitness.

PS182 offers a wide range of in-school enrichment clubs offered every Friday afternoon to all students. The clubs are teacher-led and responsive to student interests. For example, a group of enthusiastic students approached the school's Magnet Site Coordinator and told her that they wanted the school to start a podcasting club. From that encounter, the "I Want to Start A Podcasting Club" was born. By April of this Year 4, the first podcasts had been produced. Other clubs include, but are not limited to: basketball, student council, Minecraft, debate, Tech Ambassadors, art, chess, and Kids who Game.

PS312's elementary school enrichment clubs are in-school programs offered to all students designed to provide extra learning opportunities beyond the regular classroom curriculum. These clubs aim to help students explore interests, build skills, and have fun in a relaxed or specialized setting. Clubs include, but are not limited to: Broadcasting Team, Music (with partners from Education Through Music), Student Government, and Green Team.

**Professional Development**

The Magnet Team has historically offered a wide variety of magnet-themed professional learning opportunities for teachers and school leaders throughout the academic year. However, the delay in the use of carryover funding and the discontinuance of new funding has significantly reduced the team's capacity to deliver large-scale professional learning this year. To address these limitations, the team shifted its approach by drawing extensively on the knowledge and experience of current magnet specialists, site coordinators, teachers, and previously funded magnet administrators to lead professional learning sessions across the schools. In spite of these challenges, teachers from PS182 led a workshop "PBL Meets Adobe: Crafting Public Products with Purpose" for magnet educators sharing examples of how students can use Adobe tools to showcase their learning. Teachers from PS135 led the "Grant Funding for Classroom Impact" workshop and shared how they leveraged grant funding to sustain their hydroponic labs, pay for instructional materials, and implement special programs and student experiences.

Once carryover funding became available in the fall, the Magnet Team updated its professional development plans, reevaluated budgets, and organized targeted learning opportunities with key partners such as Adobe, CKing Education, PBLWorks, and Center for Technology and School Change. Although these initiatives were delayed until mid-December, the Magnet Team was still able to deliver meaningful professional learning experiences aimed at strengthening thematic curriculum development, promoting the exchange of effective practices, and increasing opportunities for teacher-led learning throughout the network. There was high attendance of teachers from District 28/29 Magnet schools and the impact of the professional learning is evident in their classrooms. After attending professional learning, teachers turnkey to their peers at their school and put the strategies to action.

Although the magnet team was able to offer some professional learning opportunities, schools were not able to launch many professional development opportunities they had initially planned for project year 4. PS182 was unable to continue training their teachers with National Paideia Center, CTSC, and Reimagined Ed. PS135 partnered with LEGO Education and received the curriculum materials and the kits in September but were unable to retain training in implementation for teachers prior to funding being withheld, leading to materials and kits remaining only partially used, or entirely unused. PS312 had originally planned but was unable to retain one-on-one math coaching for teachers and continue with National Paideia Center and CTSC. Furthermore, schools had to cancel theme-based residencies that provide experiences for students and professional development for teachers.

**Family Engagement**

In previous years, schools were able to offer a wide range of custom, theme-based family workshops, in addition to more traditional family engagement activities. This provided families with hands-on opportunities to engage with the magnet program alongside their children. These events fostered direct interaction with staff, and stronger community connections around student learning. However, due to funding disruptions, the number of magnet  theme-based workshops and activities was significantly reduced this year, as covering materials and per-session costs for teachers became a challenge. As a result, sustaining the same level of family engagement and connection that innovative, in-person events once supported has become more difficult.

Although the schools were unable to make substantial financial investments to advance their magnet family engagement in Year 4, they were able to effectively implement traditional family engagement efforts and continue to sustain some of the more innovative no or low-cost activities begun in prior project years.

For example, all District 28/29 schools offered opportunities to engage families in their children's education and connect them to essential information and services. Families were able to meet with school stakeholders—both in person and virtually—to monitor student progress, ask questions, provide input, volunteer, and support the magnet program. All of the schools have a Parent Coordinator who serves as a resource to families, and a Parent Association where parents can work together to support each other and the school. The schools also have School Leadership Teams, composed of the Principal, teachers, parents, and para professionals that meet monthly. And all of the schools still retain magnet-funded staff who reach out to both current and prospective families and the school's Parent Coordinator to organize family events, and celebrations.

All of the D 28-29 schools host student performances and showcases, alongside interactive events such as "Coffee with the Principal," "Chat and Chews," parent-teacher conferences, family nights and magnet-themed family activities, events, and/or workshops - albeit not as many now that funding is limited - allowing families to connect with teachers, administrators, and other parents.

PR/Award #S165A220032

Communication with families is strengthened through updated websites, social media platforms, family newsletters, translation services, phone blasts, surveys, and digital communication tools such as Class Dojo and Jupiter Grades, which allow families to track assignments, progress, and grades.

At the start of the new school year in September, the staff at MS332 saw an increase in parent engagement through their parent-led workshops and "Parent of the Week" initiatives. Parent of the Week recognized parents who attended workshops, volunteered at school, helped their child with homework, or supported the school in some other way. However, these events and programs had to be scaled back shortly after they started because there was limited funding for workshop supplies and per session funds.

At MS72, family activities are collaboratively designed by the Parent Coordinator and school administrators, and families receive regular updates on magnet events, workshops, and school activities through multiple sources. The school's most successful events are their themed performing arts performances by the theater, dance, and music programs. These are promoted through multiple channels, including social media, the school website, flyers, newsletters, and Google Classroom. Other activities include Parent Workshops, conducted by the Parent Coordinator, Financial Literacy, and monthly Chat and Chew events where families can meet with the principal and other stakeholders for conversations and light snacks, including Pastries with the Principal, Coffee and Conversation, Lunch with Leaders (student council was invited as well), Wellness Brunch, and Tacos with Teachers.

PS135's stand-out family event this year was the *Glow Show* Art Exhibition. Families were invited to attend this immersive art exhibition showcasing student artwork that glowed in the dark. Students in grades K–5 created unique pieces using fluorescent materials, transforming the space into a vibrant, interactive gallery experience. Another highlight was the *Night of Relaxation* where families were invited to participate in a calming and engaging evening focused on wellness and creativity. The event featured a variety of interactive stations, including stress ball making, coloring, positive word bracelets, fidget creation, and other hands-on activities designed to promote relaxation and mindfulness while featuring the school's arts theme. This experience provided families with simple, accessible strategies to support social-emotional well-being while strengthening connections within the school community.

PS182 hosts many no- or low-cost in-person family engagement activities, many of which celebrate student work and Social Emotional Learning. For example, during Art Week, families join students during their art period every day to observe their work and talk about what they are learning. The school also invites families to High-Five Fridays, a Monthly event hosted for the school's Kindergarten and Grade 1 students. Parents and 5th grade student council members line up to wave, high-five, cheer and clap as the K/1 students enter the building for school. This is an easy way to develop personal connections and cultivate a positive SEL culture of support and unity. The school also fosters positive family interactions and engagement by hosting several PBL Public Product Celebrations where families are invited to PBL celebrations of student work in classrooms or shared spaces. Some examples include: Kindergarten – How Things Grow PBL, where students explored how different living things grow and change,

including themselves; 1st grade -- Recycled Arts Museum PBL, where students used recycled materials to create new pieces of art that showcase the community; 2nd grade -- Secret Garden PBL, families were invited to plant together with their students and share a class recipe book; 4th grade -- Talent Show was the result of a PBL unit that helps students explore their unique talents, known and unknown; the 5th Grade Self-Exploration PBL, where student-created artifacts will be displayed at graduation.

PS312: The school successfully implemented recurring programs such as the "We Speak" Parent Class and the "Leader in Me Family Certification Class ". These programs align with the Full Implementation stage of the Magnet Sustainability Rubric, a tool created by Magnet leadership to reflect, assess, and plan for program sustainability. The LIM certification class is specially designed for parents and provides training and workshops based on the LIM 7 habits. The class co-developed workshops with parents that met specific family needs and interests. The Leader in Me sessions, in particular, sustain the magnet theme by providing parents with guidebooks and lessons that reflect the school's core "Habits of the Month."

## Sustainability

The discontinuance of new funding and delay in use of carryover funding led schools to place a renewed emphasis on sustainability this year. While schools typically operate on five-year funding cycles—integrating sustainability into their long-term planning—the abrupt withdrawal of funds disrupted these plans. Instead of implementing a gradual transition toward sustainability, schools were compelled to halt initiatives already in progress that depended on magnet funding.

Despite these challenges, schools successfully developed practical and achievable sustainability plans across key areas, including Diversity & Equity, Family Engagement, Partnerships, Enrollment Management, and Curriculum & Instruction. These plans focused on strategies that could continue with minimal or no magnet funding by leveraging existing district resources, teacher leadership, family engagement, community-based organizations, low-cost or no-cost partnerships, and other internal supports.

## Lessons Learned

The biggest takeaway for schools is that building a sustainable magnet program takes time, planning, collaboration, and commitment from all key stakeholders. Success hinges on a clearly defined shared vision, along with strong systems and structures for communication, teamwork, shared leadership, and accountability.

Schools also learned that having a strong internal foundation is critical to sustaining high-quality instructional practices aligned to magnet themes. Established structures—such as common planning time, collaborative unit design, walkthrough cycles, and feedback systems—helped maintain consistency across classrooms. These systems ensured that core elements of the magnet program remained visible and effective, even when enrichment opportunities and external supports were limited. The experience reinforced the lesson that sustainable programs

depend on strong systems and routines, not solely on individual events or funding-driven initiatives.

Docusign Envelope ID: 62453F0D-CC30-8E10-8302-2CFF94FD7B27



Dr. Eric Blake
Community Superintendent District 28
90-27 Sutphin Blvd.
Brooklyn NY 11435

Magnet Schools Assistance Program (MSAP)
U.S. Department of Education
Office of Elementary and Secondary Education
400 Maryland Avenue, SW Washington, D.C. 20202

April 1, 2026

Re: NYC MSAP District 28 (28-29) Desegregation Plan

Dear MSAP Program Office:

This letter is to verify that MSAP District 28-29 Consortium (District 28 Lead) operates under the desegregation plan that was submitted with the initial MSAP application. There have been no changes to the voluntary desegregation plan.

Respectfully submitted,

Signed by:

*Eric Blake*

D4E19DE45D7841D...

Dr. Eric Blake, District 28 Superintendent

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

**1  Project Objective**
To reduce minority group isolation (MGI) among Black/African American, Hispanic, and Asian students in proposed magnet schools.

**1.a Performance Measure**

| 1.1: PS 312 (D28) will reduce MGI among Black/African American students from a baseline of 58.7% to: 58.0% by October 1, 2023, 57.2% by October 1, 2024, 55.3% by October 1, 2025, 52.1% by October 1, 2026, and 48.7% by October 1, 2027. | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | / | 52.10 | | / | |

**Explanation of Progress**

**a)        Status of progress**

☐ Met            ☐ Not Met        ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000554

**b)  Description of progress (include challenges faced, if any)**

Student enrollment data to assess this measure will be collected by October 1, 2026 and reported in the Final report.

**c)  If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000555

PR/Award #S165A220032

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

**1  Project Objective**
To reduce minority group isolation (MGI) among Black/African American, Hispanic, and Asian students in proposed magnet schools.

**1.b Performance Measure**

| 1.2: MS 72 (D28) will reduce MGI among Black/African American students from a baseline of 66.8% to: 66.0% by October 1, 2023, 64.9% by October 1, 2024, 62.1% by October 1, 2025, 59.2% by October 1, 2026, and 56.8% by October 1, 2027. | Target | | | Actual Performance Data | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | / | 59.20 | | / | |

**Explanation of Progress**

**a)      Status of progress**

☐ Met         ☐ Not Met         ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000556

**b)  Description of progress (include challenges faced, if any)**
Student enrollment data to assess this measure will be collected by October 1, 2026 and reported in the Final report.

**c)  If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000557

PR/Award #S165A220032

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

**1  Project Objective**
To reduce minority group isolation (MGI) among Black/African American, Hispanic, and Asian students in proposed magnet schools.

**1.c Performance Measure**

| 1.3: MS 332 (D28) will reduce MGI among Black/African American students from a baseline of 74.2% to: 73.4% by October 1, 2023, 71.7% by October 1, 2024, 69.8% by October 1, 2025, 67.0% by October 1, 2026, and 64.2% by October 1, 2027. | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | / | 67.00 | | / | |

**Explanation of Progress**

**a)    Status of progress**

☐ Met          ☐ Not Met          ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000558

**Page 18**

PR/Award #S165A220032

**b) Description of progress (include challenges faced, if any)**

Student enrollment data to assess this measure will be collected by October 1, 2026 and reported in the Final report.

**c) If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

| 1  Project Objective |
|---|
| To reduce minority group isolation (MGI) among Black/African American, Hispanic, and Asian students in proposed magnet schools. |

**1.d Performance Measure**

| 1.4: PS 182 (D28) will reduce MGI among Hispanic students from a baseline of 53.3% to: 52.7% by October 1, 2023, 51.7% by October 1, 2024, 49.6% by October 1, 2025, 46.7% by October 1, 2026, and 43.3% by October 1, 2027. | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | / | 46.70 | | / | |

**Explanation of Progress**

**a)      Status of progress**

☐ Met          ☐ Not Met          ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000560

**Page 20**

PR/Award #S165A220032

**b)   Description of progress (include challenges faced, if any)**

Student enrollment data to assess this measure will be collected by October 1, 2026 and reported in the Final report.

**c)   If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000561

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

1  **Project Objective**
To reduce minority group isolation (MGI) among Black/African American, Hispanic, and Asian students in proposed magnet schools.

1.e **Performance Measure**

| 1.5: PS 135 (D29) will prevent MGI among Asian students from a baseline of 36.6% to: 36.0% by October 1, 2023, 35.2% by October 1, 2024, 32.5% by October 1, 2025, 29.8% by October 1, 2026, and 26.6% by October 1, 2027. | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | / | 29.80 | | / | |

**Explanation of Progress**

a)     **Status of progress**

☐ Met          ☐ Not Met          ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000562

**b)   Description of progress (include challenges faced, if any)**

Student enrollment data to assess this measure will be collected by October 1, 2026 and reported in the Final report.

**c)   If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000563

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

1   **Project Objective**
To reduce minority group isolation (MGI) among Black/African American, Hispanic, and Asian students in proposed magnet schools.

1.f   **Performance Measure**

| 1.6: By September 30 of each of years 2-5 of the grant, the number of magnet applicants received by PS 312 (D28) will increase by 5% or more over the previous year (with year 1 serving as baseline). | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | 187.00 | / | | 115.00 | / | |

**Explanation of Progress**

**a)       Status of progress**

☐ Met                    ☐ Not Met        ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000564

Page 24

**b) Description of progress (include challenges faced, if any)**

As of April 2026, PS 312 received 115 magnet applications. The target for this year is 187, a 5% increase from last year's number of applicants (178). The school will continue to collect applications through September 2026. The final number of applications will be provided in the final report.

**c) If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000565

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

| 1  **Project Objective** |
|---|
| To reduce minority group isolation (MGI) among Black/African American, Hispanic, and Asian students in proposed magnet schools. |

**1.g Performance Measure**

| 1.7: By September 30 of each of years 2-5 of the grant, the number of magnet applicants received by MS 72 (D28) will increase by 5% or more over the previous year (with year 1 serving as baseline). | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | **Raw Number** | **Ratio** | **%** | **Raw Number** | **Ratio** | **%** |
| | 532.00 | / | | 216.00 | / | |

**Explanation of Progress**

**a)    Status of progress**

☐ Met          ☐ Not Met          ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000566

**b)  Description of progress (include challenges faced, if any)**

As of April 2026, MS 72 received 216 magnet applications. The school will continue to collect applications through September 2026. The target for this year is 532, a 5% increase from last year's number of applicants (507). The final number of applications will be provided in the final report.

**c)  If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000567

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

1   **Project Objective**
To reduce minority group isolation (MGI) among Black/African American, Hispanic, and Asian students in proposed magnet schools.

1.h **Performance Measure**

| 1.8: By September 30 of each of years 2-5 of the grant, the number of magnet applicants received by MS 332 (D28) will increase by 5% or more over the previous year (with year 1 serving as baseline). | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | 410.00 | / | | 181.00 | / | |

**Explanation of Progress**

a)      **Status of progress**

☐ Met          ☐ Not Met          ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000568

PR/Award #S165A220032

**b) Description of progress (include challenges faced, if any)**

As of April 2026, MS 332 received 181 magnet applications. The school will continue to collect applications through September 2026. The target for this year is 410, a 5% increase from last year's number of applicants (390). The final number of applications will be provided in the final report.

**c) If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000569

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

1  **Project Objective**
To reduce minority group isolation (MGI) among Black/African American, Hispanic, and Asian students in proposed magnet schools.

1.i  **Performance Measure**

| 1.9: By September 30 of each of years 2-5 of the grant, the number of magnet applicants received by PS 182 (D28) will increase by 5% or more over the previous year (with year 1 serving as baseline). | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | 392.00 | / | | 228.00 | / | |

**Explanation of Progress**

a)      **Status of progress**

☐ Met          ☐ Not Met          ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000570

**Page 30**

**b) Description of progress (include challenges faced, if any)**

As of April 2026, MS 182 received 228 magnet applications. The school will continue to collect applications through September 2026. The target for this year is 392, a 5% increase from last year's number of applicants (373). The final number of applications will be provided in the final report.

**c) If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000571

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

1  **Project Objective**
To reduce minority group isolation (MGI) among Black/African American, Hispanic, and Asian students in proposed magnet schools.

1.j  **Performance Measure**

| 1.10: By September 30 of each of years 2-5 of the grant, the number of magnet applicants received by PS 135 (D29) will increase by 5% or more over the previous year (with year 1 serving as baseline). | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | 230.00 | / | | 158.00 | / | |

**Explanation of Progress**

a)      **Status of progress**

☐ Met          ☐ Not Met          ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000572

PR/Award #S165A220032

**b)  Description of progress (include challenges faced, if any)**

As of April 2026, PS 135 received 158 magnet applications. The school will continue to collect applications through September 2026. The target for this year is 230, a 5% increase from last year's number of applicants (219).  The final number of applications will be provided in the final report.

**c)   If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

PR/Award #S165A220032

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

**2  Project Objective**
To ensure that all students attending the magnet schools meet challenging academic standards and are college- and career-ready.

2.a **Performance Measure**

| 2.1: By September 30 of each year of the grant, PS 312 (D28) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in ELA compared with baseline (2021-22) by: 2 percentage points by June 30, 2023, 3 points by June 30, 2024, 4 points by June 30, 2025, 5 points by June 30, 2026, and 6 points by June 30, 2027. | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | **Raw Number** | **Ratio** | **%** | **Raw Number** | **Ratio** | **%** |
| | | / | 33.30 | | / | |

**Explanation of Progress**

**a)    Status of progress**

[ ] Met          [ ] Not Met     [✔] **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000574

**b)  Description of progress (include challenges faced, if any)**

State assessment data to address this performance measure will be collected by September 30, 2026, and submitted in the Final report.

**c)  If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000575

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

**2  Project Objective**
To ensure that all students attending the magnet schools meet challenging academic standards and are college- and career-ready.

2.b **Performance Measure**

| 2.2: By September 30 of each year of the grant, MS 72 (D28) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in ELA compared with baseline (2021-22) by: 2 percentage points by June 30, 2023, 3 points by June 30, 2024, 4 points by June 30, 2025, 5 points by June 30, 2026, and 6 points by June 30, 2027. | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | / | 45.70 | | / | |

**Explanation of Progress**

**a)      Status of progress**

☐ Met            ☐ Not Met        ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000576

**b)   Description of progress (include challenges faced, if any)**

State assessment data to address this performance measure will be collected by September 30, 2026, and submitted in the Final report.

**c)   If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000577

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

**2  Project Objective**
To ensure that all students attending the magnet schools meet challenging academic standards and are college- and career-ready.

2.c **Performance Measure**

| 2.3: By September 30 of each year of the grant, MS 332 (D28) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in ELA compared with baseline (2021-22) by: 2 percentage points by June 30, 2023, 3 points by June 30, 2024, 4 points by June 30, 2025, 5 points by June 30, 2026, and 6 points by June 30, 2027. | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | / | 47.40 | | / | |

**Explanation of Progress**

**a)    Status of progress**

☐ Met              ☐ Not Met        ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000578

**b) Description of progress (include challenges faced, if any)**

State assessment data to address this performance measure will be collected by September 30, 2026, and submitted in the Final report.

**c) If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000579

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

**2  Project Objective**
To ensure that all students attending the magnet schools meet challenging academic standards and are college- and career-ready.

2.d **Performance Measure**

| 2.4:  By September 30 of each year of the grant, PS 182 (D28) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in ELA compared with baseline (2021-22) by: 2 percentage points by June 30, 2023, 3 points by June 30, 2024, 4 points by June 30, 2025, 5 points by June 30, 2026, and 6 points by June 30, 2027. | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | / | 40.80 | | / | |

**Explanation of Progress**

**a)        Status of progress**

[ ] Met          [ ] Not Met          [✔] **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000580

**b)   Description of progress (include challenges faced, if any)**

State assessment data to address this performance measure will be collected by September 30, 2026, and submitted in the Final report.

**c)   If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000581

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

**2  Project Objective**
To ensure that all students attending the magnet schools meet challenging academic standards and are college- and career-ready.

**2.e Performance Measure**

| 2.5: By September 30 of each year of the grant, PS 135 (D29) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in ELA compared with baseline (2021-22) by: 2 percentage points by June 30, 2023, 3 points by June 30, 2024, 4 points by June 30, 2025, 5 points by June 30, 2026, and 6 points by June 30, 2027. | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | / | 47.10 | | / | |

**Explanation of Progress**

**a)      Status of progress**

☐ Met          ☐ Not Met      ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000582

Page 42

**b)   Description of progress (include challenges faced, if any)**

State assessment data to address this performance measure will be collected by September 30, 2026, and submitted in the Final report.

**c)   If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000583

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

**2  Project Objective**
To ensure that all students attending the magnet schools meet challenging academic standards and are college- and career-ready.

**2.f  Performance Measure**

| 2.6: By September 30 of each year of the grant, PS 312 (D28) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in math compared with baseline (2021-22) by: 2 percentage points by June 30, 2023, 3 points by June 30, 2024, 4 points by June 30, 2025, 5 points by June 30, 2026, and 6 points by June 30, 2027. | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | / | 28.40 | | / | |

**Explanation of Progress**

**a)      Status of progress**

[ ] Met          [ ] Not Met      [✔] **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000584

**b) Description of progress (include challenges faced, if any)**

State assessment data to address this performance measure will be collected by September 30, 2026, and submitted in the Final report.

**c) If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000585

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

**2  Project Objective**
To ensure that all students attending the magnet schools meet challenging academic standards and are college- and career-ready.

2.g **Performance Measure**

| 2.7: By September 30 of each year of the grant, MS 72 (D28) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in math compared with baseline (2021-22) by: 2 percentage points by June 30, 2023, 3 points by June 30, 2024, 4 points by June 30, 2025, 5 points by June 30, 2026, and 6 points by June 30, 2027. | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | / | 24.20 | | / | |

**Explanation of Progress**

**a)      Status of progress**

☐ Met            ☐ Not Met        ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000586

**b) Description of progress (include challenges faced, if any)**

State assessment data to address this performance measure will be collected by September 30, 2026, and submitted in the Final report.

**c) If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000587

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

**2  Project Objective**
To ensure that all students attending the magnet schools meet challenging academic standards and are college- and career-ready.

**2.h Performance Measure**

| 2.8: By September 30 of each year of the grant, MS 332 (D28) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in math compared with baseline (2021-22) by: 2 percentage points by June 30, 2023, 3 points by June 30, 2024, 4 points by June 30, 2025, 5 points by June 30, 2026, and 6 points by June 30, 2027. | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | / | 26.70 | | / | |

**Explanation of Progress**

a)      **Status of progress**

☐ Met          ☐ Not Met      ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000588

Page 48

**b)  Description of progress (include challenges faced, if any)**

State assessment data to address this performance measure will be collected by September 30, 2026, and submitted in the Final report.

**c)   If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000589

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

**2  Project Objective**
To ensure that all students attending the magnet schools meet challenging academic standards and are college- and career-ready.

2.i  **Performance Measure**

| 2.9:  By September 30 of each year of the grant, PS 182 (D28) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in math compared with baseline (2021-22) by: 2 percentage points by June 30, 2023, 3 points by June 30, 2024, 4 points by June 30, 2025, 5 points by June 30, 2026, and 6 points by June 30, 2027. | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | / | 30.30 | | / | |

**Explanation of Progress**

**a)      Status of progress**

☐ Met        ☐ Not Met        ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000590

PR/Award #S165A220032

**b) Description of progress (include challenges faced, if any)**

State assessment data to address this performance measure will be collected by September 30, 2026, and submitted in the Final report.

**c) If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000591

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

**2  Project Objective**
To ensure that all students attending the magnet schools meet challenging academic standards and are college- and career-ready.

**2.j  Performance Measure**

| 2.10: By September 30 of each year of the grant, PS 135 (D29) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in math compared with baseline (2021-22) by: 2 percentage points by June 30, 2023, 3 points by June 30, 2024, 4 points by June 30, 2025, 5 points by June 30, 2026, and 6 points by June 30, 2027. | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | / | 36.10 | | / | |

**Explanation of Progress**

a)       **Status of progress**

☐ Met          ☐ Not Met          ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000592

Page 52

**b)   Description of progress (include challenges faced, if any)**

State assessment data to address this performance measure will be collected by September 30, 2026, and submitted in the Final report.

**c)   If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000593

PR/Award #S165A220032

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

**2  Project Objective**
To ensure that all students attending the magnet schools meet challenging academic standards and are college- and career-ready.

2.k **Performance Measure**

| 2.11: By September 30 of each year of the grant, PS 312 (D28) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in science compared with baseline (2021-22) by: 2 percentage points by June 30, 2023, 3 points by June 30, 2024, 4 points by June 30, 2025, 5 points by June 30, 2026, and 6 points by June 30, 2027. | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | / | 22.00 | | / | |

**Explanation of Progress**

**a)     Status of progress**

☐ Met          ☐ Not Met          ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000594

PR/Award #S165A220032

**b)   Description of progress (include challenges faced, if any)**

State assessment data to address this performance measure will be collected by September 30, 2026, and submitted in the Final report.

**c)   If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000595

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

**2  Project Objective**
To ensure that all students attending the magnet schools meet challenging academic standards and are college- and career-ready.

2.l  **Performance Measure**

| 2.12: By September 30 of each year of the grant, MS 72 (D28) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in science compared with baseline (2021-22) by: 2 percentage points by June 30, 2023, 3 points by June 30, 2024, 4 points by June 30, 2025, 5 points by June 30, 2026, and 6 points by June 30, 2027. | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | / | 20.00 | | / | |

**Explanation of Progress**

a)       **Status of progress**

[ ] Met          [ ] Not Met          [✔] **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000596

PR/Award #S165A220032

**b)   Description of progress (include challenges faced, if any)**

State assessment data to address this performance measure will be collected by September 30, 2026, and submitted in the Final report.

**c)   If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000597

PR/Award #S165A220032

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

**2  Project Objective**
To ensure that all students attending the magnet schools meet challenging academic standards and are college- and career-ready.

| 2.m **Performance Measure** | | | | | | |
|---|---|---|---|---|---|---|
| 2.13: By September 30 of each year of the grant, MS 332 (D28) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in science compared with baseline (2021-22) by: 2 percentage points by June 30, 2023, 3 points by June 30, 2024, 4 points by June 30, 2025, 5 points by June 30, 2026, and 6 points by June 30, 2027. | **Target** | | | **Actual Performance Data** | | |
| | **Raw Number** | **Ratio** | **%** | **Raw Number** | **Ratio** | **%** |
| | | / | 37.00 | | / | |

**Explanation of Progress**

**a)      Status of progress**

☐ Met          ☐ Not Met          ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000598

**b)  Description of progress (include challenges faced, if any)**

State assessment data to address this performance measure will be collected by September 30, 2026, and submitted in the Final report.

**c)   If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000599

PR/Award #S165A220032

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

**2   Project Objective**
To ensure that all students attending the magnet schools meet challenging academic standards and are college- and career-ready.

2.n **Performance Measure**

| 2.14: By September 30 of each year of the grant, PS 182 (D28) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in science compared with baseline (2021-22) by: 2 percentage points by June 30, 2023, 3 points by June 30, 2024, 4 points by June 30, 2025, 5 points by June 30, 2026, and 6 points by June 30, 2027. | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | / | 27.00 | | / | |

**Explanation of Progress**

**a)      Status of progress**

☐ Met          ☐ Not Met          ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000600

**b)   Description of progress (include challenges faced, if any)**

State assessment data to address this performance measure will be collected by September 30, 2026, and submitted in the Final report.

**c)   If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000601

PR/Award #S165A220032

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

**2  Project Objective**
To ensure that all students attending the magnet schools meet challenging academic standards and are college- and career-ready.

2.o **Performance Measure**

| 2.15: By September 30 of each year of the grant, PS 135 (D29) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in science compared with baseline (2021-22) by: 2 percentage points by June 30, 2023, 3 points by June 30, 2024, 4 points by June 30, 2025, 5 points by June 30, 2026, and 6 points by June 30, 2027. | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | / | 30.00 | | / | |

**Explanation of Progress**

a)      **Status of progress**

☐ Met          ☐ Not Met          ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000602

PR/Award #S165A220032

**b) Description of progress (include challenges faced, if any)**

State assessment data to address this performance measure will be collected by September 30, 2026, and submitted in the Final report.

**c) If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

Data Collection Tables - Grant Project

Part I. Student Recruitment and Selection

Student Recruitment

USDOE-Contiunation_000604

**CSD 28/29 PY4 APR Student Recruitment & Selection**

CSD 28/29 Inter-district Magnet Schools seeks to provide high quality school choice options for all families in districts 28, 29 and across the city. District 28/29 Magnet schools made a concerted effort to recruit students from all backgrounds. Strategies were designed to attract families and students from feeder schools, nonpublic schools, charter schools, and schools outside their immediate communities. The magnet team developed a multifaceted approach to outreach and recruitment that included the strategic use of district- and school-level resources to share information about magnet programs with a diverse group of families and community members. This occurred through print materials, web-based and virtual promotion, in-person events, and effective word-of-mouth marketing. Data analytics from social media platforms were closely monitored and used to guide new approaches, as needed. Outreach and recruitment was a joint responsibility of the MSAP Project Director and all magnet-funded staff at the district and individual magnet schools. The MSAP Project Director and the central magnet team worked closely with each school to develop and implement targeted and aggressive outreach and recruitment strategies that reflected the unique characteristics of the school community. However, despite the comprehensive planning and implementation efforts, the fourth year of the grant brought unexpected financial challenges that significantly affected the district's ability to sustain these initiatives at the intended level.

In the fourth year of the grant, the abrupt discontinuance of Magnet funding created significant barriers to fully implementing outreach efforts and achieving recruitment goals. The loss of funding limited the development and distribution of high-quality marketing materials, which affected the ability to reach a broader audience. Financial constraints also prevented several schools from moving forward with new branding initiatives that had been planned as the next phase of their broader marketing and recruitment strategies. In addition, interrupted funding reduced staff capacity to participate in recruitment efforts, outreach activities, and family engagement beyond the immediate school community. These limitations also reduced the number of open houses and outreach events that could be conducted. Furthermore, ongoing funding uncertainty made it more challenging to effectively promote magnet programs, particularly because key program components, including partnerships and student experiences, may be impacted.

**School-specific activities were as follows:**

**28Q072 Catherine and Count Basie Magnet Schools of Multimedia and Performing Arts**:
- Maintained an updated website with magnet program details, admissions information, partner organizations, social media links, and resources for current families like newsletters and engagement activities.
- Used social media (Instagram and X) to share magnet-related events, engage current parents, and attract prospective families, with Instagram being actively updated and X newly launched.
- Hosted limited outreach and showcase events—including open house tours, middle school tours, and a community theater production (Run DMC Christmas Carol - The Remix)—to highlight its programs, students, and school culture to families and

elementary schools

**28Q182 The Magnet School for Discovery and Applied Learning**:
- Emailed outreach to preschools, and the district welcome center to share enrollment updates and introduce the magnet program, including newsletters, QR codes, and program information.
- Utilized website engagement tools including a popover form for interested families, with staff following up weekly, offering tours, and maintaining contact.
- Held virtual open houses during parent-teacher conferences to present the magnet program and explain the application process to current and prospective families.

**28Q312 The Magnet School for Innovative Leadership and Civic Activism**:
- Sent staff to Department of Homeless Services (DHS) shelters in South Queens and Jamaica to inform families
- Built an early childhood enrollment pipeline through Pre-K center visits and strategic email campaigns in key zip codes.
- Supported enrollment through direct outreach during the March 2026 Kindergarten Offer phase, including phone calls, emails, and waitlist messaging to engage families.

**28Q332 The Redwood Magnet School for Leadership and Exploration**:
- Transitioned school website from eChalk to Edlio to expand access to information for both prospective and current families.
- Developed and shared an animation video on the website and during Open Houses to provide an overview of the school community and programs.
- Conducted limited open houses and tours for prospective students from magnet and nonmagnet elementary schools

**29Q135 The Bellaire Magnet School of Exploration through the Arts**:
- Distributed magnet program one-pagers to local early childhood centers and community organizations
- Utilized digital platforms such as ClassDojo and social media to promote the school's programs and events
- Hosted one Kindergarten Open House to provide prospective families with an opportunity to learn about the magnet program

OMB # 1855-0025
Exp. 02/28/2025

Student Selection

1.My lottery system is used for (Select one.)
☐ MSAP schools only
☐ A larger subset of local education agency (LEA) schools
☐ Entire LEA
☐ Multiple LEAs

2) How are the student enrollment applications made available to students and families? (Select all that apply.)
☐ Online
☐ Hard copy
☐ In multiple languages

USDOE-Contiunation_000607

**Community Partnerships**

| Partner name | Partnership type | Partnership primary focus | Partnership primary service | Partnership secondary focus | Partnership secondary service | Performance measure link |
|---|---|---|---|---|---|---|
| Brain Power Wellnes | For-profit business | Teacher centered | Teacher centered: Professional development | Student centered | Student centered: In-class i | Social emotional learni |
| Dinner Table Doc:Be | Education services org | Student centered | Student centered: Afterschool programming | Student centered | Student centered: College/c | Social emotional learni |
| Education Through M | For-profit business | Student centered | Student centered: In-class instruction | Teacher centered | Teacher centered: Professi | Magnet theme integrat |
| League of Young Inv | For-profit business | Teacher centered | Teacher centered: Professional development | Student centered | Student centered: In-class i | Magnet theme integrat |
| Magic Fingers | For-profit business | Student centered | Student centered: Afterschool programming | Teacher centered | Teacher centered: Professi | Magnet theme integrat |
| Metis Associates | For-profit business | School centered | School centered: Program sustainability | | | Other |
| Metropolitan Museum | Nonprofit organization | Student centered | Student centered: Field trips | Student centered | Student centered: In-class i | Magnet theme integrat |
| National Paideia Cen | For-profit business | Teacher centered | Teacher centered: Professional development | Student centered | Student centered: In-class i | Academic achievement |
| NY Historical Society | Nonprofit organization | Student centered | Student centered: Field trips | Student centered | Student centered: In-class i | Magnet theme integrat |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

USDOE-Contiunation_000608

OMB # 1855-0025
Exp. 02/28/2025

## Data Collection Tables – School

*Part I. School Demographic Data*

| School demographic data | |
|---|---|
| 1.    School name | MS 332: Redwood Middle School |
| 2.    Grantee name | NYC Department of Education - Community School District 28 |
| 3. Was this school in a planning year or an implementation year? | ☐ Planning year        ☑ Implementation year |

USDOE-Contiunation_000609

OMB #
1855-0025 Exp.
02/28/2025

PR/Award #S165A220032

*Part II. Minority Group Isolation Data*

4.  Indicate the targeted racial/ethnic group the school wants to enroll to reduce minority group isolation. The targeted racial/ethnic group is the group of students the school plans to enroll more of to change the enrollment of the minority/racially isolated group. If the school has more than one targeted racial/ethnic group, select all that apply.

☑American Indian or Alaska Native students
☑Asian students
☐Black or African-American students
☑Hispanic or Latino students
☑Native Hawaiian or Other Pacific Islander students
☑White students

USDOE-Contiunation_000610

**Page 70**

**OMB #**
**1855-0025 Exp.**
**02/28/2025**

*Part III. Achievement Data*

| State assessment participation data | | | | State assessment achievement data | | | |
|---|---|---|---|---|---|---|---|
| **Number of students that participated in the state assessment in reading/language arts, mathematics, and science** | **Reading** | **Math** | **Science** | **Number of students who met or exceeded the state's standards in reading/language arts, mathematics, and science** | **Reading** | **Math** | **Science** |
| 19. All students | | | | 29. All students | | | |
| 20. American Indian or Alaska Native students | | | | 30. American Indian or Alaska Native students | | | |
| 21. Asian students | | | | 31. Asian students | | | |
| 22. Black or African-American students | | | | 32. Black or African-American students | | | |
| 23. Hispanic or Latino students | | | | 33. Hispanic or Latino students | | | |
| 24. Native Hawaiian or Other Pacific Islander students | | | | 34. Native Hawaiian or Other Pacific Islander students | | | |
| 25. White students | | | | 35. White students | | | |
| 26. Two or more races students | | | | 36. Two or more races students | | | |
| 27. Economically disadvantaged students | | | | 37. Economically disadvantaged students | | | |
| 28. English language learners | | | | 38. English language learners | | | |

☑ Check this box if some fields were intentionally left blank

USDOE-Contiunation_000611

**Student Selection**

25) Are any students automatically admitted to the MSAP school?

☐ Yes ☑ No

25a. If yes, what criteria are used to automatically admit students?  (Select all that apply.)

☐ Reside in attendance zone

☐ Sibling of enrolled student

☐ Parent/guardian's place of employment/district employee

☐ Other, please specify

☐ None

26) How are students who are not automatically admitted to the MSAP school selected?

☐ First come, first served basis

☑ Random lottery

☑ Weighted lottery

27) If a weighted lottery is used to select students not automatically admitted to the MSAP school, what weights did you use this grant year? (Select all that apply.)

☐ Racial composition of geographic area          Magnet District Residents, Borough of Queens Residents

☐ Socioeconomic status of a geographic area

☐ Race/ethnicity of individual student

☐ Socioeconomic status of individual student

☐ Sibling of enrolled student

☐ Reside in attendance zone

☐ Reside outside of the attendance zone

☐ Parent/guardian's place of employment

☐ Magnet theme articulation

☑ Other, please specify

☐ Not applicable

28) What entrance requirements does this school have, if any? (Select all that apply.)

USDOE-Contiunation_000612

OMB # 1855-0025
Exp. 02/28/2025

PR/Award #S165A220032

☐ Course grades or grade point average

☐ Test scores

☐ Essays

☐ Prerequisite courses

☐ Identification of student as gifted

☐ Audition/portfolio

☐ Other, please specify

☑ None

29) What is the total number of seats available for students based on the MSAP school's building capacity?   103

30) How many seats were available in this school's magnet program?   103

31) How many magnet program seats were available for students who reside outside of the MSAP school's attendance zone?    ☐ Not applicable

103

32) Percentage of total school capacity seats available to non-zoned students.    100%

100%

33 ) Percentage of magnet program seats available to non-zoned students.

34) This school is currently (select one)

    At capacity

✔ Oversubscribed

      If oversubscribed, describe the waitlist process for this MSAP school.

    Undersubscribed

      If undersubscribed, how are you addressing undersubscription at this MSAP school.

Applicants who do not receive an initial offer are put on a waitlist according to lottery results. Lottery results include priorities consistent with the New York City DOE's standard admission policies for Non–attendance zone middle schools. In order, these priorities will be given to residents of the magnet districts and residents of the borough of Queens.

USDOE-Contiunation_000613

OMB # 1855-0025
Exp. 02/28/2025

## Data Collection Tables – School

*Part I. School Demographic Data*

| School demographic data | |
|---|---|
| 1.    School name | MS 72: Catherine and Count Basie Middle School |
| 2.    Grantee name | NYC Department of Education - Community School District 28 |
| 3.Was this school in a planning year or an implementation year? | ☐ Planning year      ☑ Implementation year |

USDOE-Contiunation_000614

OMB #
1855-0025 Exp.
02/28/2025

PR/Award #S165A220032

*Part II. Minority Group Isolation Data*

4.  Indicate the targeted racial/ethnic group the school wants to enroll to reduce minority group isolation. The targeted racial/ethnic group is the group of students the school plans to enroll more of to change the enrollment of the minority/racially isolated group. If the school has more than one targeted racial/ethnic group, select all that apply.

☑American Indian or Alaska Native students
☑Asian students
❏Black or African-American students
☑Hispanic or Latino students
☑Native Hawaiian or Other Pacific Islander students
☑White students

USDOE-Contiunation_000615

**OMB #
1855-0025 Exp.
02/28/2025**

*Part III. Achievement Data*

| State assessment participation data | | | | State assessment achievement data | | | |
|---|---|---|---|---|---|---|---|
| **Number of students that participated in the state assessment in reading/language arts, mathematics, and science** | **Reading** | **Math** | **Science** | **Number of students who met or exceeded the state's standards in reading/language arts, mathematics, and science** | **Reading** | **Math** | **Science** |
| 19.  All students | | | | 29. All students | | | |
| 20.  American Indian or Alaska Native students | | | | 30. American Indian or Alaska Native students | | | |
| 21.  Asian students | | | | 31. Asian students | | | |
| 22.  Black or African-American students | | | | 32. Black or African-American students | | | |
| 23.  Hispanic or Latino students | | | | 33. Hispanic or Latino students | | | |
| 24.  Native Hawaiian or Other Pacific Islander students | | | | 34. Native Hawaiian or Other Pacific Islander students | | | |
| 25.  White students | | | | 35. White students | | | |
| 26.  Two or more races students | | | | 36. Two or more races students | | | |
| 27.  Economically disadvantaged students | | | | 37. Economically disadvantaged students | | | |
| 28.  English language learners | | | | 38. English language learners | | | |

☑ Check this box if some fields were intentionally left blank

USDOE-Contiunation_000616

OMB # 1855-0025
Exp. 02/28/2025

PR/Award #S165A220032

**Student Selection**

25) Are any students automatically admitted to the MSAP school?

☐ Yes ☑ No

25a. If yes, what criteria are used to automatically admit students?  (Select all that apply.)

☐ Reside in attendance zone

☐ Sibling of enrolled student

☐ Parent/guardian's place of employment/district employee

☐ Other, please specify

☐ None

26) How are students who are not automatically admitted to the MSAP school selected?

☐ First come, first served basis

☑ Random lottery

☑ Weighted lottery

27) If a weighted lottery is used to select students not automatically admitted to the MSAP school, what weights did you use this grant year? (Select all that apply.)

☐ Racial composition of geographic area          Magnet District Residents, Borough of Queens Residents

☐ Socioeconomic status of a geographic area

☐ Race/ethnicity of individual student

☐ Socioeconomic status of individual student

☐ Sibling of enrolled student

☐ Reside in attendance zone

☐ Reside outside of the attendance zone

☐ Parent/guardian's place of employment

☐ Magnet theme articulation

☑ Other, please specify

☐ Not applicable

28) What entrance requirements does this school have, if any? (Select all that apply.)

USDOE-Contiunation_000617

☐ Course grades or grade point average

☐ Test scores

☐ Essays

☐ Prerequisite courses

☐ Identification of student as gifted

☐ Audition/portfolio

☐ Other, please specify

☑ None

29) What is the total number of seats available for students based on the MSAP school's building capacity?  256

30) How many seats were available in this school's magnet program?  256

31) How many magnet program seats were available for students who reside outside of the MSAP school's attendance zone?  ☐ Not applicable
256

32) Percentage of total school capacity seats available to non-zoned students.  100%
100%

33 ) Percentage of magnet program seats available to non-zoned students.

34) This school is currently (select one)

    At capacity

  ✔ Oversubscribed

      If oversubscribed, describe the waitlist process for this MSAP school.

    Undersubscribed

      If undersubscribed, how are you addressing undersubscription at this MSAP school.

Applicants who do not receive an initial offer are put on a waitlist according to lottery results. Lottery results include priorities consistent with the New York City DOE's standard admission policies for Non–attendance zone middle schools. In order, these priorities will be given to residents of the magnet districts and residents of the borough of Queens.

USDOE-Contiunation_000618

OMB # 1855-0025
Exp. 02/28/2025

## Data Collection Tables – School

*Part I. School Demographic Data*

| School demographic data | |
|---|---|
| 1.    School name | PS 135: The Bellaire School |
| 2.    Grantee name | NYC Department of Education - Community School District 28 |
| 3.Was this school in a planning year or an implementation year? | ☐ Planning year        ☑ Implementation year |

USDOE-Contiunation_000619

OMB #
1855-0025 Exp.
02/28/2025

PR/Award #S165A220032

*Part II. Minority Group Isolation Data*

4.  Indicate the targeted racial/ethnic group the school wants to enroll to reduce minority group isolation. The targeted racial/ethnic group is the group of students the school plans to enroll more of to change the enrollment of the minority/racially isolated group. If the school has more than one targeted racial/ethnic group, select all that apply.

    ☑American Indian or Alaska Native students
    ❒Asian students
    ☑Black or African-American students
    ☑Hispanic or Latino students
    ☑Native Hawaiian or Other Pacific Islander students
    ☑White students

**OMB #
1855-0025 Exp.
02/28/2025**

### *Part III. Achievement Data*

| State assessment participation data | | | | State assessment achievement data | | | |
|---|---|---|---|---|---|---|---|
| **Number of students that participated in the state assessment in reading/language arts, mathematics, and science** | **Reading** | **Math** | **Science** | **Number of students who met or exceeded the state's standards in reading/language arts, mathematics, and science** | **Reading** | **Math** | **Science** |
| 19.  All students | | | | 29. All students | | | |
| 20.  American Indian or Alaska Native students | | | | 30. American Indian or Alaska Native students | | | |
| 21.  Asian students | | | | 31. Asian students | | | |
| 22.  Black or African-American students | | | | 32. Black or African-American students | | | |
| 23.  Hispanic or Latino students | | | | 33. Hispanic or Latino students | | | |
| 24.  Native Hawaiian or Other Pacific Islander students | | | | 34. Native Hawaiian or Other Pacific Islander students | | | |
| 25.  White students | | | | 35. White students | | | |
| 26.  Two or more races students | | | | 36. Two or more races students | | | |
| 27.  Economically disadvantaged students | | | | 37. Economically disadvantaged students | | | |
| 28.  English language learners | | | | 38. English language learners | | | |

☑ Check this box if some fields were intentionally left blank

USDOE-Contiunation_000621

**Student Selection**

25) Are any students automatically admitted to the MSAP school?

☐ Yes ☑ No

25a. If yes, what criteria are used to automatically admit students?  (Select all that apply.)

☐ Reside in attendance zone

☐ Sibling of enrolled student

☐ Parent/guardian's place of employment/district employee

☐ Other, please specify

☐ None

26) How are students who are not automatically admitted to the MSAP school selected?

☐ First come, first served basis

☑ Random lottery

☑ Weighted lottery

27) If a weighted lottery is used to select students not automatically admitted to the MSAP school, what weights did you use this grant year? (Select all that apply.)

☐ Racial composition of geographic area          1) zoned students, 2) siblings of students 3) enrollment in school's Pre-K 4) residents of the magnet district

☐ Socioeconomic status of a geographic area

☐ Race/ethnicity of individual student

☐ Socioeconomic status of individual student

☑ Sibling of enrolled student

☑ Reside in attendance zone

☐ Reside outside of the attendance zone

☐ Parent/guardian's place of employment

☐ Magnet theme articulation

☑ Other, please specify

☐ Not applicable

28) What entrance requirements does this school have, if any? (Select all that apply.)

☐ Course grades or grade point average

☐ Test scores

☐ Essays

☐ Prerequisite courses

☐ Identification of student as gifted

☐ Audition/portfolio

☐ Other, please specify

☑ None

29) What is the total number of seats available for students based on the MSAP school's building capacity?    436

30) How many seats were available in this school's magnet program?    436

31) How many magnet program seats were available for students who reside outside of the MSAP school's attendance zone?    667    ☐ Not applicable

32) Percentage of total school capacity seats available to non-zoned students.    152.98%

152.98%

33 ) Percentage of magnet program seats available to non-zoned students.

34) This school is currently (select one)

   At capacity

✔ Oversubscribed

   If oversubscribed, describe the waitlist process for this MSAP school.

   Undersubscribed

   If undersubscribed, how are you addressing undersubscription at this MSAP school.

Applicants who do not gain an initial offer are put on a waitlist according to lottery results. Lottery results include priorities consistent with the New York City DOE's standard admission policies to elementary schools.
In order, these priorities will be given to zoned students, siblings of students currently attending the magnet school, current enrollment in school's Pre-K(for K lottery only) and residents of the magnet district.

USDOE-Contiunation_000623

OMB # 1855-0025
Exp. 02/28/2025

## Data Collection Tables – School

*Part I. School Demographic Data*

| School demographic data | |
|---|---|
| 1.    School name | PS 182: Samantha Smith Elementary School |
| 2.    Grantee name | NYC Department of Education - Community School District 28 |
| 3.Was this school in a planning year or an implementation year? | ☐ Planning year        ☑ Implementation year |

OMB # 1855-0025 Exp. 02/28/2025

PR/Award #S165A220032

*Part II. Minority Group Isolation Data*

4.  Indicate the targeted racial/ethnic group the school wants to enroll to reduce minority group isolation. The targeted racial/ethnic group is the group of students the school plans to enroll more of to change the enrollment of the minority/racially isolated group. If the school has more than one targeted racial/ethnic group, select all that apply.


☑American Indian or Alaska Native students
☑Asian students
☑Black or African-American students
☐Hispanic or Latino students
☑Native Hawaiian or Other Pacific Islander students
☑White students

USDOE-Contiunation_000625

**OMB #
1855-0025 Exp.
02/28/2025**

*Part III. Achievement Data*

| State assessment participation data | | | | State assessment achievement data | | | |
|---|---|---|---|---|---|---|---|
| **Number of students that participated in the state assessment in reading/language arts, mathematics, and science** | **Reading** | **Math** | **Science** | **Number of students who met or exceeded the state's standards in reading/language arts, mathematics, and science** | **Reading** | **Math** | **Science** |
| 19.  All students | | | | 29. All students | | | |
| 20.  American Indian or Alaska Native students | | | | 30. American Indian or Alaska Native students | | | |
| 21.  Asian students | | | | 31. Asian students | | | |
| 22.  Black or African-American students | | | | 32. Black or African-American students | | | |
| 23.  Hispanic or Latino students | | | | 33. Hispanic or Latino students | | | |
| 24.  Native Hawaiian or Other Pacific Islander students | | | | 34. Native Hawaiian or Other Pacific Islander students | | | |
| 25.  White students | | | | 35. White students | | | |
| 26.  Two or more races students | | | | 36. Two or more races students | | | |
| 27.  Economically disadvantaged students | | | | 37. Economically disadvantaged students | | | |
| 28.  English language learners | | | | 38. English language learners | | | |

☑ Check this box if some fields were intentionally left blank

**Student Selection**

25) Are any students automatically admitted to the MSAP school?

☐ Yes ☑ No

25a. If yes, what criteria are used to automatically admit students? (Select all that apply.)

☐ Reside in attendance zone

☐ Sibling of enrolled student

☐ Parent/guardian's place of employment/district employee

☐ Other, please specify

☐ None

26) How are students who are not automatically admitted to the MSAP school selected?

☐ First come, first served basis

☑ Random lottery

☑ Weighted lottery

27) If a weighted lottery is used to select students not automatically admitted to the MSAP school, what weights did you use this grant year? (Select all that apply.)

☐ Racial composition of geographic area          1) zoned students, 2) siblings of students 3) enrollment in school's Pre-K 4) residents of the magnet district

☐ Socioeconomic status of a geographic area

☐ Race/ethnicity of individual student

☐ Socioeconomic status of individual student

☑ Sibling of enrolled student

☑ Reside in attendance zone

☐ Reside outside of the attendance zone

☐ Parent/guardian's place of employment

☐ Magnet theme articulation

☑ Other, please specify

☐ Not applicable

28) What entrance requirements does this school have, if any? (Select all that apply.)

USDOE-Contiunation_000627

**Page 87**

☐ Course grades or grade point average

☐ Test scores

☐ Essays

☐ Prerequisite courses

☐ Identification of student as gifted

☐ Audition/portfolio

☐ Other, please specify

☑ None

29) What is the total number of seats available for students based on the MSAP school's building capacity?   160

30) How many seats were available in this school's magnet program?   160

31) How many magnet program seats were available for students who reside outside of the MSAP school's attendance zone?      ☐ Not applicable

489

305.63%

32) Percentage of total school capacity seats available to non-zoned students.   305.63%

33 ) Percentage of magnet program seats available to non-zoned students.

34) This school is currently (select one)

    At capacity

✔ Oversubscribed

    If oversubscribed, describe the waitlist process for this MSAP school.

    Undersubscribed

    If undersubscribed, how are you addressing undersubscription at this MSAP school.

Applicants who do not gain an initial offer are put on a waitlist according to lottery results. Lottery results include priorities consistent with the New York City DOE's standard admission policies to elementary schools.

In order, these priorities will be given to zoned students, siblings of students currently attending the magnet school, current enrollment in school's Pre-K(for K lottery only) and residents of the magnet district.

OMB # 1855-0025
Exp. 02/28/2025

## Data Collection Tables – School

*Part I. School Demographic Data*

| School demographic data | |
|---|---|
| 1.    School name | PS 312: Jamaica Children's School |
| 2.    Grantee name | NYC Department of Education - Community School District 28 |
| 3.Was this school in a planning year or an implementation year? | ☐ Planning year        ☑ Implementation year |

USDOE-Contiunation_000629

OMB #
1855-0025 Exp.
02/28/2025

PR/Award #S165A220032

*Part II. Minority Group Isolation Data*

4.  Indicate the targeted racial/ethnic group the school wants to enroll to reduce minority group isolation. The targeted racial/ethnic group is the group of students the school plans to enroll more of to change the enrollment of the minority/racially isolated group. If the school has more than one targeted racial/ethnic group, select all that apply.

☑American Indian or Alaska Native students
☑Asian students
❑Black or African-American students
☑Hispanic or Latino students
☑Native Hawaiian or Other Pacific Islander students
☑White students

USDOE-Contiunation_000630

**OMB #
1855-0025 Exp.
02/28/2025**

*Part III. Achievement Data*

| State assessment participation data | | | | State assessment achievement data | | | |
|---|---|---|---|---|---|---|---|
| **Number of students that participated in the state assessment in reading/language arts, mathematics, and science** | **Reading** | **Math** | **Science** | **Number of students who met or exceeded the state's standards in reading/language arts, mathematics, and science** | **Reading** | **Math** | **Science** |
| 19. All students | | | | 29. All students | | | |
| 20. American Indian or Alaska Native students | | | | 30. American Indian or Alaska Native students | | | |
| 21. Asian students | | | | 31. Asian students | | | |
| 22. Black or African-American students | | | | 32. Black or African-American students | | | |
| 23. Hispanic or Latino students | | | | 33. Hispanic or Latino students | | | |
| 24. Native Hawaiian or Other Pacific Islander students | | | | 34. Native Hawaiian or Other Pacific Islander students | | | |
| 25. White students | | | | 35. White students | | | |
| 26. Two or more races students | | | | 36. Two or more races students | | | |
| 27. Economically disadvantaged students | | | | 37. Economically disadvantaged students | | | |
| 28. English language learners | | | | 38. English language learners | | | |

☑ Check this box if some fields were intentionally left blank

**Student Selection**

25) Are any students automatically admitted to the MSAP school?

☐ Yes ☑ No

25a. If yes, what criteria are used to automatically admit students?  (Select all that apply.)

☐ Reside in attendance zone

☐ Sibling of enrolled student

☐ Parent/guardian's place of employment/district employee

☐ Other, please specify

☐ None

26) How are students who are not automatically admitted to the MSAP school selected?

☐ First come, first served basis

☑ Random lottery

☑ Weighted lottery

27) If a weighted lottery is used to select students not automatically admitted to the MSAP school, what weights did you use this grant year? (Select all that apply.)

☐ Racial composition of geographic area                1) zoned students, 2) siblings of students 3) residents of the magnet district

☐ Socioeconomic status of a geographic area

☐ Race/ethnicity of individual student

☐ Socioeconomic status of individual student

☑ Sibling of enrolled student

☑ Reside in attendance zone

☐ Reside outside of the attendance zone

☐ Parent/guardian's place of employment

☐ Magnet theme articulation

☑ Other, please specify

☐ Not applicable

28) What entrance requirements does this school have, if any? (Select all that apply.)

OMB # 1855-0025
Exp. 02/28/2025

PR/Award #S165A220032

☐ Course grades or grade point average

☐ Test scores

☐ Essays

☐ Prerequisite courses

☐ Identification of student as gifted

☐ Audition/portfolio

☐ Other, please specify

☑ None

29) What is the total number of seats available for students based on the MSAP school's building capacity?  154

30) How many seats were available in this school's magnet program?  154

31) How many magnet program seats were available for students who reside outside of the MSAP school's attendance zone?  ☐ Not applicable

278

32) Percentage of total school capacity seats available to non-zoned students.  180.52%

33 ) Percentage of magnet program seats available to non-zoned students.  180.52%

34) This school is currently (select one)

      At capacity

✔  Oversubscribed

        If oversubscribed, describe the waitlist process for this MSAP school.

      Undersubscribed

        If undersubscribed, how are you addressing undersubscription at this MSAP school.

Applicants who do not gain an initial offer are put on a waitlist according to lottery results. Lottery results include priorities consistent with the New York City DOE's standard admission policies to elementary schools.
In order, these priorities will be given to zoned students, siblings of students currently attending the magnet school, and residents of the magnet district.

USDOE-Contiunation_000633

**Section B – Budget Summary**

OMB # 1855-0025
Exp. 02/28/2025

| INCOME U.S. DEPARTMENT OF EDUCATION AND OTHER FEDERAL FUNDS | | |
|---|---|---|
| **Funding Stream** | **Approved Budget** | |
| *Reporting Period:* | *Start:* 10/01/25  *End:* 03/31/26 | |
| 1. MSAP | 1467172.00 | |
| Other: High Need Support for Title I | School Name   MS72 | Amount   16307.00 |
| High Need Support for Title I STH | MS72 | 3118.00 |
| Supplemental Support for Title I Servic | MS72 | 20539.00 |
| Supplemental Support for Title I STH S | MS72 | 3926.00 |
| Title I SWP | MS72 | 206771.00 |
| Title I SWP Carry Over | MS72 | 10569.00 |
| Title I SWP Carry Over Parent and Far | MS72 | 106.00 |
| Title I SWP Parent and Family Engage | MS72 | 2068.00 |
| Title I SWP STH | MS72 | 39530.00 |
| Title I SWP Translation Services | MS72 | 2126.00 |
| Title III LEP | MS72 | 12000.00 |
| Title III LEP Carryover | MS72 | 8000.00 |
| Title IV Safe Healthy Counseling Summ | MS72 | 6913.00 |
| Title IV Specialized HS Admissions | MS72 | 69.00 |
| High Need Support for Title I | MS332 | 13250.00 |
| High Need Support for Title I STH | MS332 | 3177.00 |
| Supplemental Support for Title I Servic | MS332 | 16687.00 |
| Supplemental Support for Title I STH S | MS332 | 4002.00 |

USDOE-Contiunation_000634

## Section B – Budget Summary

| | EXPENSES U.S. DEPARTMENT OF EDUCATION FUNDS | | | | |
|---|---|---|---|---|---|
| Budget Categories | Carryover from Previous Budget Period | Approved Budget | Expenditures | Anticipated Costs | Carryover to Future Budget Period |
| *Reporting Period:* | *Start:* 10/1/24 *End:* 9/30/25 | *Start:* 10/1/25 *End:* 9/30/26 | *Start:* 10/1/25 *End:* 3/31/26 | *Start:* 4/1/26 *End:* 9/30/26 | *Start:* 10/1/26 *End:* 9/30/27 |
| 2. Personnel | 821633.00 | 0.00 | 595722.00 | 302085.00 | 0.00 |
| 3. Fringe Benefits | 355486.00 | 0.00 | 235947.00 | 138446.00 | 0.00 |
| 4. Travel | 8000.00 | 0.00 | 10040.00 | 0.00 | 0.00 |
| 5. Equipment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6. Supplies | 81320.00 | 0.00 | 66167.00 | 0.00 | 0.00 |
| 7. Contractual | 150000.00 | 0.00 | 68407.00 | 0.00 | 0.00 |
| 8. Construction | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 9. Other | 8000.00 | 0.00 | 7625.00 | 0.00 | 0.00 |
| 10. Total Direct Costs (items 2-9) | 1424439.00 | | 983908.00 | 440531.00 | |
| 11. Indirect Costs | 42733.00 | 0.00 | 29517.00 | 13216.00 | 0.00 |
| 12. Training Stipends | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 13. Total Costs (items 10-12) | 1467172.00 | | 1013425.00 | 453747.00 | |
| | | | | | |

USDOE-Contiunation_000635

*Page 2*

1.  Please provide an explanation if funds have not been drawn down from the G5 System to pay for the budget expenditure amounts reported in items 8a. – 8c of the Cover Sheet.

    The NYC Department of Education's Division of Financial Administration draws down budget expenditures from the G5 system when charges have cycled through the department's accounting system. These draw-downs typically occur approximately every 2-3 months.

Page 3

2.  Please provide an explanation if you ***did not*** expend funds at the expected rate during the reporting period.

    During the reporting period, funds were not expended at the anticipated rate due to the absence of new funding allocations for the project year. As a result, expenditures were limited to the use of remaining carryover funds.

    School-based Magnet positions are currently not being fully funded through the Magnet grant due to insufficient carryover funds to support all positions. Seven out of nine school-based magnet positions are being supplemented by NYC ASA funds.

    NYCPS uses ASA funds as a process to temporarily cover payroll expenses, as a loan, until MSAP funds are reconciled.

    The ASA process occurs in situations such as:
    - Delays in grant funding approval or reimbursement
    - Late budget allocations to schools or programs
    - Staffing costs that must be paid before external funds are received
    - Temporary shortfalls in program budgets

    Once the intended funding source (MSAP grant) is released, the expenses are transferred back from ASA and charged to the MSAP funding source.

*Page 4*

3.  Describe any significant changes to your budget resulting from modification of project activities.

   N/A

*Page 5*

4.  Please describe any changes to your budget that affected your ability to achieve your approved project activities and/or project objectives.

    CSD 28-29 is operating on an austerity budget this year as a result of the USDE non-continuation award of MSAP grant funding beginning in September 2025, compounded by a funding pause that left the district without access to grant funds from October through December 2025. These significant budgetary disruptions adversely impacted the district's ability to fully implement approved project activities and objectives, affecting instructional programming, enrichment opportunities, school events and outreach efforts, professional development, staffing support, end-of-year activities, summer programming, and summer planning for the upcoming school year. Schools were required to scale back or delay partnerships, residencies, field trips, recruitment initiatives, and out-of-school-time programming, while also limiting access to instructional materials, external consultants, and per-session support critical to sustaining high-quality magnet implementation.

*Page 6*

5.  Do you expect to have any unexpended (carryover) funds at the end of the current budget period?  ☐ Yes ☑ No.

> a. If yes, please explain why, provide an estimate, and indicate how you plan to use the unexpended funds in the next budget period.

USDOE-Contiunation_000640

*Page 7*

6.  Describe any anticipated changes in your budget for the *next* budget period that require prior approval from the Department? (See EDGAR, 2 CFR 200.407, as applicable.)

    Any possible budget changes that require prior approval are yet to be determined.

**District 28-29 MSAP**
**Year Four Expenditures 10/1/25-3/31/26**

PR/Award #S165A220032

| Budget Category | District QS28 | Q072 | Q182 | Q312 | Q332 | Q135 | Total Costs |
|---|---|---|---|---|---|---|---|
| Personnel | $198,908 | $78,213 | $107,306 | $56,012 | $73,669 | $81,614 | $595,722 |
| Fringe | $65,973 | $30,612 | $49,178 | $22,484 | $31,176 | $36,524 | $235,947 |
| Travel | $4,458 | $0 | $0 | $5,582 | $0 | $0 | $10,040 |
| Supplies | $0 | $5,868 | $0 | $30,872 | $12,261 | $17,166 | $66,167 |
| Equipment | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Contractual | $35,007 | $25,000 | $0 | $3,400 | $5,000 | $0 | $68,407 |
| Other | $0 | $0 | $0 | $1,985 | $5,640 | $0 | $7,625 |
| Total Direct | $304,346 | $139,693 | $156,484 | $120,335 | $127,746 | $135,304 | $983,908 |
| Total Indirect | $9,130 | $4,191 | $4,695 | $3,610 | $3,832 | $4,059 | $29,517 |
| Combined Total | $313,476 | $143,884 | $161,179 | $123,945 | $131,578 | $139,363 | $1,013,425 |

*Fringe benefit amounts are calculated at FY26 rates – 45.83% on pedagogue salaries, 20.76% on per session, and 8.15% on per diem for FY26.

**The indirect cost reported above ($29,517) reflects the FY26 indirect cost of 3.0% on the year four direct expenditure ($983,908). The indirect cost rate that District 28 applies to federal grant programs is determined by the New York City Department of Education and approved by the New York State Department of Education.

***School-based Magnet positions are currently not being fully funded through the Magnet grant due to insufficient carryover funds to support all positions. Seven out of nine school-based magnet positions are being supplemented by NYC ASA funds.

NYCPS uses ASA funds as a process to temporarily cover payroll expenses, as a loan, until MSAP funds are reconciled.

The ASA process occurs in situations such as:

- Delays in grant funding approval or reimbursement
- Late budget allocations to schools or programs
- Staffing costs that must be paid before external funds are received
- Temporary shortfalls in program budgets

Once the intended funding source (MSAP grant) is released, the expenses are transferred back from ASA and charged to the MSAP funding source.

USDOE-Contiunation_000642

**APR Year 4 Upcoming Budget Report By Location**
**District 28-29 MSAP**
**Year Four Upcoming Reporting Period Anticipated Expenditures 4/1/25-9/30/26**

| Budget Category | District QS28 | Q072 | Q182 | Q312 | Q332 | Q135 | Total Costs |
|---|---|---|---|---|---|---|---|
| Personnel | $65,308 | $44,740 | $69,734 | $31,054 | $38,282 | $52,967 | $302,085 |
| Fringe | $29,931 | $20,504 | $31,959 | $14,232 | $17,545 | $24,275 | $138,446 |
| Travel | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Supplies | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Equipment | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Contractual | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Other | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Total Direct | $95,239 | $65,244 | $101,693 | $45,286 | $55,827 | $77,242 | $440,531 |
| Total Indirect | $2,857 | $1,957 | $3,051 | $1,359 | $1,675 | $2,317 | $13,216 |
| Combined Total | $98,096 | $67,201 | $104,744 | $46,645 | $57,502 | $79,559 | $453,747 |

*Fringe benefit amounts are calculated at FY26 rates – 45.83% on pedagogue salaries, 20.76% on per session, and 8.15% on per diem for FY26.

**The anticipated indirect cost reported above ($13,216) reflects the FY26 indirect cost of 3.0% on the year four anticipated direct expenditure ($440,531). The indirect cost rate that District 28 applies to federal grant programs is determined by the New York City Department of Education and approved by the New York State Department of Education.

OMB # 1855-0025
Exp. 02/28/2025

## Section C – Additional Information
*Desegregation Plan Information Forms*

| **Type of Desegregation Plan** (Check one and attach the appropriate documents) |
|---|

☐  A Required Plan: A plan that is (1) implemented pursuant to a final order of a court of the United States, or a court of any State, or any other state agency or official of competent jurisdiction and (2) the order requires the desegregation of minority group segregated children or faculty in the elementary and secondary schools of that agency or those agencies.

Attach the Following Documents
• A copy of the court or agency order that demonstrated that the magnet school(s) for which assistance is sought under the grant are a part of the approved plan.
• Note: If the applicant is implementing a previously approved plan that does not include the magnet school(s) for which assistance is requested, the plan must be modified to include the new magnet school(s). The applicant must obtain approval of the new magnet schools, or any other modification to its desegregation plan, from the court, agency or official that originally approved the plan. The date by which proof of approval of any desegregation plan modification must be submitted to the US Department of Education is identified in the closing date notice.

Any desegregation plan modification should be mailed to: Gillian Cohen-Boyer
US Department of Education
Office of Elementary and Secondary Education
400 Maryland Avenue SW, Rm 3C140
Washington, DC 20202-5970

☑ A Voluntary Plan: A plan to reduce, eliminate or prevent minority group isolation that is being implemented (or would be implemented if assistance under the Magnet Schools Assistance Program is made available) on either a voluntary basis or as required under Title VI of the Civil Rights Act of 1964.

Attach the Following Documents
• A copy of the plan
• A copy of the school board resolution adopting and implementing the plan, or agreeing to adopt and implement the plan upon the award of assistance.

**Desegregation Plan and Assurances**
**OMB-1855-0011- Expiration 01/31/2025**

To facilitate the review of the LEA's Desegregation Plan for the purposes of determining eligibility for an MSAP award, please provide the following information:

**1. Plan Type – Please check the appropriate box and attach required documentation**

☐ **A Required Plan:** A plan that is undertaken pursuant to a final order issued by a court of the United States, or a court of any State, or any other state agency or official of competent jurisdiction that requires the desegregation of minority group segregated children or faculty in the elementary and secondary schools of that agency or those agencies.

**Attach the Following Documents:**
- A copy of the court or agency order that demonstrated that the magnet school(s) for which assistance is sought under the grant are a part of the approved plan.
- All subsequent related court orders.
- If a State Agency-Required Plan, include documentation showing state agency approval of the plan.
- If an OCR-Required Plan: the original OCR-required desegregation plan.

**Modifications to Plans:** If the applicant is implementing a previously approved plan that does not include the magnet school(s) for which assistance is requested, the plan must be modified to include the new magnet school(s). The applicant must obtain approval of the new magnet schools, or any other modification to its desegregation plan, from the court, agency or official that originally approved the plan. The date by which proof of approval of any desegregation plan modification must be submitted to the US Department of Education is identified in the closing date notice. Any **required desegregation plan modification** should be received by May 25, 2022, and should be scanned and emailed to Gillian Cohen-Boyer at msap.team@ed.gov or mailed to her at U.S. Department of Education; Office of Elementary and Secondary Education; 400 Maryland Avenue SW; Washington, DC 20202-5970

☑ **A Voluntary Plan:** A plan to reduce, eliminate, or prevent minority group isolation that is being implemented (or would be implemented if assistance under the Magnet Schools Assistance Program is made available) on either a voluntary basis or as required under Title VI of the Civil Rights Act of 1964.

*Attach the Following Documents*
- A copy of the plan
- A copy of the school board resolution adopting and implementing the plan or agreeing to adopt and implement the plan upon the award of assistance.
- If the applicant is not a traditional LEA, but rather an entity considered an LEA for the purposes of grants (such as some charter school LEA or regional service providers), include appropriate documentation indicating the entity is an eligible LEA under MSAP in the State where the entity proposes to create, implement, or expand magnet schools to support the appropriate approvals described above.



**Department of
Education**

Office of Student Enrollment
Sarah Kleinhandler
Chief Executive Officer
52 Chamber Street
New York, NY 10007

April 1, 2022

Dear Superintendents Pate and Mitchell:

The Office of Student Enrollment (OSE) has reviewed the Voluntary Inter-district Desegregation Plan for Districts 28 and 29 to support a Magnet Schools Assistance Program application.

The plan includes the following designated magnet schools: MS 72, PS 182, PS 312, MS 332, and PS 135. The intent of the Districts 28 and 29 plan is to reduce and or eliminate minority group isolation in participating schools through voluntary inter-district student enrollment.

Insofar as the plan is an optional program designed to promote a reduction in racial isolation and increase diversity in schools in Districts 28 and 29, this office is approving the plan. Approval is made with the understanding that Districts 28 and 29 will monitor aspects of the plan to ensure the achievement of the desegregation objectives at all participating schools.

Further, you are advised that the availability of student transportation is established by Chancellor's Regulations, as administered by the Office of Pupil Transportation.

If you need further assistance, please contact me at (212)374-6702.

Sincerely,

Sarah Kleinhandler
Chief Executive Officer
Office of Student Enrollment



**Department of Education**

Dr. Tammy Pate
Community Superintendent
District 28
90-27 Sutphin Blvd
Brooklyn, New York 11435

Beverly Mitchell
Community Superintendent
District 29
191-02 Ninetieth Avenue
Hollis, New York 11423

April 1, 2022

Sarah Kleinhandler, CEO
Office of Student Enrollment
52 Chambers Street
New York, NY 10007

Dear Ms. Kleinhandler:

The following document is being submitted for your approval. This proposal has the full support of Community Superintendents 28 and 29.

• Inter-district Voluntary Desegregation Plan for Districts 28 and 29

We are requesting an expedited review. Magnet Schools Assistance Program applications must be received by the US Department of Education by April 25, 2022.

Thank you for your support of these efforts.

Sincerely,

Dr. Tammy Pate, Community School District 28 Superintendent

Beverly Mitchell, Community School District 29 Superintendent

## District 28 - 29 Inter-district MSAP Consortium Voluntary Desegregation Plan

The District 28 and District 29 Inter-district Voluntary Desegregation Plan meets the statutory requirements of Title IV, Part D of the Every Student Succeeds Act (ESSA) (Sections 4401-4409), which authorizes the Magnet Schools Assistance Program. Under this Voluntary Inter-district Desegregation Plan, the D28-D29 consortium will establish five new, whole-school, theme-based magnet schools (MS 72, PS 182, PS 312, MS 332, and PS 135). The intent of the inter-district voluntary desegregation plan is, through voluntary inter-district student enrollment, to reduce minority group isolation at District 28's participating schools and eliminate minority group isolation at District 29's participating school.

According to the definition established by the D28-D29 consortium, minority group isolation is present when the proportion of students belonging to a specific minority group is greater than 10 percentage points above the district average percentage for that group. In CSD 28, the minority isolated group is Hispanic/Latinx at PS 182 (24.3 percentage points above the District) and Black/African American at PS 312, MS 332, and MS 72 (41.0, 56.5, and 49.1 percentage points above the District, respectively). In CSD 29, the minority isolated group is Asian at PS 135 (17.9 percentage points above the District).

The D28-29 inter-district magnet initiative will capitalize on the ethnic, racial, and SES diversity present within and across the Consortium districts. In addition to distinct demographic differences in the districts that provide diversification possibilities, so too do the different grade configurations and isolated minority groups across participating schools. The geographic locations of the proposed magnet schools in the project, across two contiguous NYC school districts in the borough of Queens, is intentional, to maximize potential diversity of the participating schools. The vibrant opportunities for racially and socioeconomically diversifying schools – both across district lines and within districts – is a powerful combination.

The Community School Districts 28 and 29 inter-district magnet initiative further capitalizes on ethnic, racial, and SES diversity within and across the districts by targeting a sub-set of feeder schools. These feeder schools have much more diverse ethnic and racial enrollments and substantially lower levels of poverty percentages than the magnet schools. Across the consortium districts, 63.9% of students qualify for free or reduced priced lunch, or are eligible for Human Resources Administration Benefits, meeting the NYC poverty definition. The percentages at the proposed magnet schools range from a low of 66.1% to a high of 94.3% — all above the districtwide averages. In contrast, the seven feeder schools - PS 175, PS 139, and PS 15 (PK-5), PS/IS 101 and PS/IS 116 (PK-8), and IS 157 and IS 190 (6-8), have poverty indices that range from 17.7% in PS/IS 101 and 68.7% in PS 15. These feeder schools are also severely overcrowded, ranging from 106% to 164% utilization, compared to the magnet schools, each with less than 100% utilization. An important goal is to attract students who would ordinarily attend the identified feeder schools to voluntarily enroll in the project magnet schools.

The Consortium also plans to attract students from diverse backgrounds who are zoned to the schools but do not attend. In the 2021-22 school year, more than 2,400 students who were zoned to attend one of the five proposed D28-D29 magnet schools opted not to enroll, but rather chose to attend either another public school in the district (N= 1,141 students), a public school outside the district (N=733 students), or a charter school (N=532). Furthermore, the 37 elementary and middle non-public schools are located within a five-mile radius of the zip codes of the five D28-

**District 28 - 29 Inter-district MSAP Consortium Voluntary Desegregation Plan**

D29 magnet schools serve about 7,403 grade PreK–8 students. When these data are compared with the demographic data of the public school student population across D28-D29, they show that the non-public schools serve a substantially higher proportion of White students (41% versus 9%), lower proportions of African American (18% versus 34%) and Asian students (13% versus 25%), and a similar proportion of Hispanic students (25%).

By developing new, attractive, and academically rigorous magnet programs, the schools will be able to attract a more diverse population of students. Each new magnet school will provide a unique thematic curriculum; with subject matter, activities, and teaching methodologies that are not generally offered to students of the same grade level in other schools in the districts. These magnet schools will create compelling, rigorous, and innovative learning environments with state-of-the-art technology, proven instructional methods, and standards- and evidence-based programs within the NYC public school system that will substantially strengthen students' knowledge of academic subjects and attainment of tangible and marketable vocational, technological, and professional skills. In addition, the project will bring together a robust set of community partners to support the various facets of the magnet program design, including curriculum development, student enrichment, and professional development and coaching.

Aggressive and targeted outreach and recruitment, designed using multi-faceted communication and dissemination strategies, including support from an experienced communications firm (Technology Therapy Group), will promote awareness of the magnet program offerings to attract a more diverse population of families than is currently attending the proposed magnet schools. Both district- and school-based staff will develop promotional materials, establish relationships with the local press, create a strong social media presence, and form linkages with community-based organizations to inform families about the magnet schools. Additionally, each school will work with their district staff and the NYCDOE Translation Unit to ensure that they have access to resources to provide verbal and written information about the programs with native speakers of languages other than English. Each school will also work to recruit native speakers of languages other than English from their staff, parents, and local communities to interact directly with parents so that they feel welcome in the school buildings and understand the information shared. Further buoying diversity and inclusion goals, a diverse educator workforce, coupled with professional growth strategies, will be leveraged to help to elevate the backgrounds, experiences, and perspectives of NYCDOE students, parents, and families.

In NYC, all families have the opportunity to enroll in a public elementary or middle school using the standard admission policies and in line with DOE admissions priorities for elementary and middle schools. The admissions process for the five D28-D29 magnet schools will be fully aligned with these processes. Furthermore, the admissions process will use a race-neutral lottery that does not include academic achievement as a selection criterion. An Inter-District Consortium Committee, comprised of Superintendent representatives from both districts; the MSAP Project Director; the Senior Advisor to Chancellor's Leadership team; and administrators, magnet support staff, students, and families from each magnet school, will meet quarterly to plan and reflect on benchmarks and goals, as well as plan, implement, and review cross-district initiatives related to recruitment. Specific initiatives will include developing a clear pathway between magnet elementary and middle schools, inter-district Critical Friends groups to improve pedagogical practices, and creating opportunities for students, staff, and families to share and celebrate their diverse experiences.

NYC Districts 28-29 MSAP Desegregation Plan Information

Please note that New York City does not have school boards. Therefore, the voluntary desegregation plan for the District 28-29 MSAP proposal was not approved via a school board resolution. It was submitted to the New York City Department of Education by the Community Superintendents of Districts 28 and 29, and then approved by the Chief Executive Officer from the Department of Education's Office of Student Enrollment. Copies of the District 28-29 voluntary desegregation plan, the districts' request for approval and the approval are included in the Desegregation Plan section of this submitted MSAP Application.

NYC Districts 28-29 MSAP Desegregation Plan Information

Please note that New York City does not have school boards. Therefore, the voluntary desegregation plan for the District 28-29 MSAP proposal was not approved via a school board resolution. It was submitted to the New York City Department of Education by the Community Superintendents of Districts 28 and 29, and then approved by the Chief Executive Officer from the Department of Education's Office of Student Enrollment. Copies of the District 28-29 voluntary desegregation plan, the districts' request for approval and the approval are included in the Desegregation Plan section of this submitted MSAP Application.

Docusign Envelope ID: 62453F0D-CC30-8E10-8302-2CFF94FD7B27

## Magnet Schools Assistance Program Assurances

In accordance with section 4405(b)(2) of the ESSA, the applicant hereby assures and certifies that it will—

(A) use grant funds under this part for the purposes specified in section 4401(b);

(B) employ highly qualified teachers in the courses of instruction assisted under this part;

(C) not engage in discrimination based on race, religion, color, national origin, sex, or disability in the hiring, promotion, or assignment of employees of the applicant or other personnel for whom the applicant has any administrative responsibility;

(D) not engage in discrimination based on race, religion, color, national origin, sex, or disability in the assignment of students to schools, or to courses of instruction within the schools, of such applicant, except to carry out the approved plan;

(E) not engage in discrimination based on race, religion, color, national origin, sex, or disability in designing or operating extracurricular activities for students;

(F) carry out a high-quality education program that will encourage greater parental decision-making and involvement; and

(G) give students residing in the local attendance area of the proposed magnet school program equitable consideration for placement in the program, consistent with desegregation guidelines and the capacity of the applicant to accommodate the students.

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

If the applicant has an approved desegregation plan, the applicant hereby assures and certifies that it is implementing that desegregation plan as approved.

Signed by:

*Eric Blake*

D4E19DE45D7841D...

Signature of Authorized
Representative

5/8/2026

Date

OMB # 1855-0025
Exp. 02/28/2025

PR/Award #S165A220032

**Table 1: Enrollment Data-LEA Level**

☐ *Check this box if all the magnet schools included in the program are implementing a magnet program for the first time.*

Actual Enrollment
    **October 1, 2025**

| Grade Level | American Indian / Alaskan Native (Number) | American Indian / Alaskan Native (%) | Asian (Number) | Asian (%) | Black or African American (Number) | Black or African American (%) | Hispanic/Latino (Number) | Hispanic/Latino (%) | Native Hawaiian or Other Pacific Islander (Number) | Native Hawaiian or Other Pacific Islander (%) | White (Number) | White (%) | Two or more races (Number) | Two or more races (%) | Total Students |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PK | 95 | 7.81 | 385 | 31.66 | 214 | 17.60 | 369 | 30.35 | 8 | 0.66 | 116 | 9.54 | 29 | 2.38 | 1,216 |
| K | 96 | 4.06 | 657 | 27.79 | 356 | 15.06 | 777 | 32.87 | 14 | 0.59 | 386 | 16.33 | 78 | 3.30 | 2,364 |
| 1 | 94 | 3.86 | 743 | 30.48 | 378 | 15.50 | 755 | 30.97 | 6 | 0.25 | 372 | 15.26 | 90 | 3.69 | 2,438 |
| 2 | 119 | 4.79 | 783 | 31.50 | 348 | 14.00 | 789 | 31.74 | 15 | 0.60 | 340 | 13.68 | 92 | 3.70 | 2,486 |
| 3 | 98 | 3.94 | 722 | 29.01 | 374 | 15.03 | 844 | 33.91 | 27 | 1.08 | 347 | 13.94 | 77 | 3.09 | 2,489 |
| 4 | 101 | 4.16 | 714 | 29.42 | 317 | 13.06 | 852 | 35.11 | 30 | 1.24 | 319 | 13.14 | 94 | 3.87 | 2,427 |
| 5 | 119 | 5.08 | 667 | 28.46 | 343 | 14.63 | 794 | 33.87 | 14 | 0.60 | 323 | 13.78 | 84 | 3.58 | 2,344 |
| 6 | 61 | 2.65 | 653 | 28.37 | 372 | 16.16 | 804 | 34.93 | 22 | 0.96 | 296 | 12.86 | 94 | 4.08 | 2,302 |
| 7 | 94 | 4.14 | 644 | 28.36 | 393 | 17.31 | 775 | 34.13 | 18 | 0.79 | 279 | 12.29 | 68 | 2.99 | 2,271 |
| 8 | 85 | 3.67 | 669 | 28.92 | 439 | 18.98 | 746 | 32.25 | 11 | 0.48 | 298 | 12.88 | 65 | 2.81 | 2,313 |
| 9 | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| Total | 962 | 4.25 | 6,637 | 29.30 | 3,534 | 15.60 | 7,505 | 33.13 | 165 | 0.73 | 3,076 | 13.58 | 771 | 3.40 | 22,650 |

OMB # 1855-0025
Exp. 02/28/2025

Table 2: Enrollment Data-Feeder Schools

| Schools | | Actual Enrollment as of October 1, 2025 | | | | | | | | | | | | | | |
|---------|--------|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FEEDER | MAGNET(S) | American Indian /Alaskan Native (Number) | American Indian /Alaskan Native (%) | Asian (Number) | Asian (%) | Black or African-American (Number) | Black or African-American (%) | Hispanic/Latino (Number) | Hispanic/Latino (%) | Native Hawaiian or Other Pacific Islander (Number) | Native Hawaiian or Other Pacific Islander (%) | White (Number) | White (%) | Two or more races (Number) | Two or more races (%) | Total Students |
| IS 157 | MS 332: Redwood Middle School MS 72: Catherine and Count Basie Middle School | 6 | 0.35 | 579 | 34.00 | 77 | 4.52 | 397 | 23.31 | 2 | 0.12 | 531 | 31.18 | 111 | 6.52 | 1,703 |
| IS 190 | MS 332: Redwood Middle School MS 72: Catherine and Count Basie Middle School | 8 | 0.86 | 280 | 30.14 | 66 | 7.10 | 291 | 31.32 | 1 | 0.11 | 231 | 24.87 | 52 | 5.60 | 929 |
| PS 139 | PS 135: The Bellaire School PS 182: Samantha Smith Elementary School PS 312: Jamaica Children's School | 6 | 1.07 | 153 | 27.37 | 24 | 4.29 | 178 | 31.84 | 2 | 0.36 | 184 | 32.92 | 12 | 2.15 | 559 |
| PS 15 | PS 135: The Bellaire School PS 182: Samantha Smith Elementary School PS 312: Jamaica Children's School | 8 | 2.75 | 10 | 3.44 | 211 | 72.51 | 42 | 14.43 | 2 | 0.69 | 7 | 2.41 | 11 | 3.78 | 291 |
| PS 175 | PS 135: The Bellaire School PS 182: Samantha Smith Elementary School PS 312: Jamaica Children's School | 2 | 0.30 | 207 | 30.94 | 14 | 2.09 | 130 | 19.43 | 0 | 0.00 | 283 | 42.30 | 33 | 4.93 | 669 |
| PS/IS 101 | PS 135: The Bellaire School PS 182: Samantha Smith Elementary School PS 312: Jamaica Children's School | 1 | 0.17 | 155 | 25.75 | 10 | 1.66 | 102 | 16.94 | 0 | 0.00 | 244 | 40.53 | 90 | 14.95 | 602 |
| PS/IS 116 | PS 135: The Bellaire School PS 182: Samantha Smith Elementary School PS 312: Jamaica Children's School | 29 | 3.52 | 134 | 16.24 | 297 | 36.00 | 339 | 41.09 | 17 | 2.06 | 4 | 0.48 | 5 | 0.61 | 825 |

**Table 3: Enrollment Data-Magnet Schools  OMB-1855-0025  Expiration 02/28/2025**

- Use a separate copy of this table (or the applicants own format) for each magnet school participating in the project.
- Provide data for all students in each grade for which the school enrolls students.

### MS 332: Redwood Middle School

**Actual Enrollment (October 1, 2025)**

| Grade Level | American Indian / Alaskan Native (Number) | American Indian / Alaskan Native (%) | Asian (Number) | Asian (%) | Black or African American (Number) | Black or African American (%) | Hispanic/Latino (Number) | Hispanic/Latino (%) | Native Hawaiian or Other Pacific Islander (Number) | Native Hawaiian or Other Pacific Islander (%) | White (Number) | White (%) | Two or more races (Number) | Two or more races (%) | Total Students |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PK | | | | | | | | | | | | | | | |
| K | | | | | | | | | | | | | | | |
| 1 | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | |
| 6 | 1 | 1.35 | 11 | 14.86 | 42 | 56.76 | 19 | 25.68 | 0 | 0.00 | 1 | 1.35 | 0 | 0.00 | 74 |
| 7 | 1 | 1.39 | 2 | 2.78 | 40 | 55.56 | 23 | 31.94 | 2 | 2.78 | 2 | 2.78 | 2 | 2.78 | 72 |
| 8 | 7 | 6.03 | 11 | 9.48 | 68 | 58.62 | 26 | 22.41 | 1 | 0.86 | 1 | 0.86 | 2 | 1.72 | 116 |
| 9 | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| Total | 9 | 3.44 | 24 | 9.16 | 150 | 57.25 | 68 | 25.95 | 3 | 1.15 | 4 | 1.53 | 4 | 1.53 | 262 |

**Table 3: Enrollment Data-Magnet Schools  OMB-1855-0025  Expiration 02/28/2025**

- Use a separate copy of this table (or the applicants own format) for each magnet school participating in the project.
- Provide data for all students in each grade for which the school enrolls students.

### MS 72: Catherine and Count Basie Middle School

Actual Enrollment  (October 1, 2025)

| Grade Level | American Indian / Alaskan Native (Number) | American Indian / Alaskan Native (%) | Asian (Number) | Asian (%) | Black or African American (Number) | Black or African American (%) | Hispanic/Latino (Number) | Hispanic/Latino (%) | Native Hawaiian or Other Pacific Islander (Number) | Native Hawaiian or Other Pacific Islander (%) | White (Number) | White (%) | Two or more races (Number) | Two or more races (%) | Total Students |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PK | | | | | | | | | | | | | | | |
| K | | | | | | | | | | | | | | | |
| 1 | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | |
| 6 | 4 | 3.88 | 4 | 3.88 | 65 | 63.11 | 26 | 25.24 | 2 | 1.94 | 0 | 0.00 | 2 | 1.94 | 103 |
| 7 | 4 | 4.00 | 4 | 4.00 | 65 | 65.00 | 24 | 24.00 | 1 | 1.00 | 2 | 2.00 | 0 | 0.00 | 100 |
| 8 | 4 | 3.81 | 7 | 6.67 | 69 | 65.71 | 23 | 21.90 | 1 | 0.95 | 0 | 0.00 | 1 | 0.95 | 105 |
| 9 | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| Total | 12 | 3.90 | 15 | 4.87 | 199 | 64.61 | 73 | 23.70 | 4 | 1.30 | 2 | 0.65 | 3 | 0.97 | 308 |

**Table 3: Enrollment Data-Magnet Schools  OMB-1855-0025  Expiration 02/28/2025**

- Use a separate copy of this table (or the applicants own format) for each magnet school participating in the project.
- Provide data for all students in each grade for which the school enrolls students.

### PS 135: The Bellaire School

| Grade Level | American Indian / Alaskan Native (Number) | American Indian / Alaskan Native (%) | Asian (Number) | Asian (%) | Black or African American (Number) | Black or African American (%) | Hispanic/Latino (Number) | Hispanic/Latino (%) | Native Hawaiian or Other Pacific Islander (Number) | Native Hawaiian or Other Pacific Islander (%) | White (Number) | White (%) | Two or more races (Number) | Two or more races (%) | Total Students |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PK | 2 | 5.56 | 26 | 72.22 | 0 | 0.00 | 3 | 8.33 | 0 | 0.00 | 3 | 8.33 | 2 | 5.56 | 36 |
| K | 6 | 6.67 | 28 | 31.11 | 23 | 25.56 | 26 | 28.89 | 0 | 0.00 | 5 | 5.56 | 2 | 2.22 | 90 |
| 1 | 13 | 11.50 | 42 | 37.17 | 26 | 23.01 | 20 | 17.70 | 2 | 1.77 | 7 | 6.19 | 3 | 2.65 | 113 |
| 2 | 4 | 3.67 | 46 | 42.20 | 26 | 23.85 | 24 | 22.02 | 1 | 0.92 | 3 | 2.75 | 5 | 4.59 | 109 |
| 3 | 7 | 6.25 | 53 | 47.32 | 19 | 16.96 | 26 | 23.21 | 1 | 0.89 | 4 | 3.57 | 2 | 1.79 | 112 |
| 4 | 14 | 13.86 | 35 | 34.65 | 22 | 21.78 | 19 | 18.81 | 1 | 0.99 | 2 | 1.98 | 8 | 7.92 | 101 |
| 5 | 12 | 14.46 | 33 | 39.76 | 20 | 24.10 | 14 | 16.87 | 0 | 0.00 | 4 | 4.82 | 0 | 0.00 | 83 |
| 6 | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| Total | 58 | 9.01 | 263 | 40.84 | 136 | 21.12 | 132 | 20.50 | 5 | 0.78 | 28 | 4.35 | 22 | 3.42 | 644 |

Actual Enrollment (October 1, 2025)

**Table 3: Enrollment Data-Magnet Schools  OMB-1855-0025  Expiration 02/28/2025**

- Use a separate copy of this table (or the applicants own format) for each magnet school participating in the project.
- Provide data for all students in each grade for which the school enrolls students.

### PS 182: Samantha Smith Elementary School

Actual Enrollment  (October 1, 2025)

| Grade Level | American Indian / Alaskan Native (Number) | American Indian / Alaskan Native (%) | Asian (Number) | Asian (%) | Black or African American (Number) | Black or African American (%) | Hispanic/Latino (Number) | Hispanic/Latino (%) | Native Hawaiian or Other Pacific Islander (Number) | Native Hawaiian or Other Pacific Islander (%) | White (Number) | White (%) | Two or more races (Number) | Two or more races (%) | Total Students |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PK | 0 | 0.00 | 15 | 31.25 | 3 | 6.25 | 30 | 62.50 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 48 |
| K | 1 | 0.96 | 29 | 27.88 | 10 | 9.62 | 62 | 59.62 | 0 | 0.00 | 2 | 1.92 | 0 | 0.00 | 104 |
| 1 | 7 | 5.00 | 33 | 23.57 | 23 | 16.43 | 72 | 51.43 | 0 | 0.00 | 5 | 3.57 | 0 | 0.00 | 140 |
| 2 | 5 | 3.70 | 33 | 24.44 | 22 | 16.30 | 70 | 51.85 | 1 | 0.74 | 3 | 2.22 | 1 | 0.74 | 135 |
| 3 | 3 | 2.19 | 25 | 18.25 | 18 | 13.14 | 89 | 64.96 | 0 | 0.00 | 1 | 0.73 | 1 | 0.73 | 137 |
| 4 | 2 | 1.74 | 26 | 22.61 | 10 | 8.70 | 74 | 64.35 | 1 | 0.87 | 2 | 1.74 | 0 | 0.00 | 115 |
| 5 | 7 | 5.34 | 20 | 15.27 | 13 | 9.92 | 82 | 62.60 | 1 | 0.76 | 3 | 2.29 | 5 | 3.82 | 131 |
| 6 | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| Total | 25 | 3.09 | 181 | 22.35 | 99 | 12.22 | 479 | 59.14 | 3 | 0.37 | 16 | 1.98 | 7 | 0.86 | 810 |

**Table 3: Enrollment Data-Magnet Schools  OMB-1855-0025  Expiration 02/28/2025**

- Use a separate copy of this table (or the applicants own format) for each magnet school participating in the project.
- Provide data for all students in each grade for which the school enrolls students.

### PS 312: Jamaica Children's School

Actual Enrollment **(October 1, 2025)**

| Grade Level | American Indian / Alaskan Native (Number) | American Indian / Alaskan Native (%) | Asian (Number) | Asian (%) | Black or African American (Number) | Black or African American (%) | Hispanic/Latino (Number) | Hispanic/Latino (%) | Native Hawaiian or Other Pacific Islander (Number) | Native Hawaiian or Other Pacific Islander (%) | White (Number) | White (%) | Two or more races (Number) | Two or more races (%) | Total Students |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PK | | | | | | | | | | | | | | | |
| K | 0 | 0.00 | 4 | 9.09 | 16 | 36.36 | 23 | 52.27 | 0 | 0.00 | 1 | 2.27 | 0 | 0.00 | 44 |
| 1 | 0 | 0.00 | 6 | 13.95 | 20 | 46.51 | 15 | 34.88 | 0 | 0.00 | 2 | 4.65 | 0 | 0.00 | 43 |
| 2 | 1 | 2.94 | 7 | 20.59 | 14 | 41.18 | 11 | 32.35 | 0 | 0.00 | 1 | 2.94 | 0 | 0.00 | 34 |
| 3 | 1 | 2.56 | 4 | 10.26 | 18 | 46.15 | 16 | 41.03 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 39 |
| 4 | 1 | 2.13 | 3 | 6.38 | 28 | 59.57 | 11 | 23.40 | 1 | 2.13 | 0 | 0.00 | 3 | 6.38 | 47 |
| 5 | 2 | 4.55 | 3 | 6.82 | 20 | 45.45 | 19 | 43.18 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 44 |
| 6 | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| Total | 5 | 1.99 | 27 | 10.76 | 116 | 46.22 | 95 | 37.85 | 1 | 0.40 | 4 | 1.59 | 3 | 1.20 | 251 |

USDOE-Contiunation_000659

Docusign Envelope ID: 62453F0D-CC30-8E10-8302-2CFF94FD7B27



Dr. Eric Blake
Community Superintendent District 28
90-27 Sutphin Blvd.
Brooklyn NY 11435

Magnet Schools Assistance Program (MSAP)
U.S. Department of Education
Office of Elementary and Secondary Education
400 Maryland Avenue, SW Washington, D.C. 20202

April 1, 2026

Re: NYC MSAP District 28 (28-29) Desegregation Plan

Dear MSAP Program Office:

This letter is to verify that MSAP District 28-29 Consortium (District 28 Lead) operates under the desegregation plan that was submitted with the initial MSAP application. There have been no changes to the voluntary desegregation plan.

Respectfully submitted,

Signed by:

*Eric Blake*

D4E19DE45D7841D...

Dr. Eric Blake, District 28 Superintendent

**Table 1: Enrollment Data-LEA Level**

**Community School District 29**

Actual Enrollment as of October 1, 2025

| Grade | Native American/ Alaskan Native | | Asian | | African American/Black | | Hispanic | | Pacific Islander | | White | | Two or More Races | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | % | N | % | N | % | N | % | N | % | N | % | N | % | |
| PK | 46 | 4.60% | 239 | 23.90% | 463 | 46.30% | 217 | 21.70% | 4 | 0.40% | 21 | 2.10% | 10 | 1.00% | 1000 |
| 0K | 70 | 4.39% | 414 | 25.97% | 717 | 44.98% | 335 | 21.02% | 6 | 0.38% | 35 | 2.20% | 17 | 1.07% | 1594 |
| 1 | 90 | 5.06% | 450 | 25.32% | 737 | 41.47% | 408 | 22.96% | 11 | 0.62% | 47 | 2.64% | 34 | 1.91% | 1777 |
| 2 | 80 | 4.55% | 445 | 25.33% | 729 | 41.49% | 423 | 24.08% | 20 | 1.14% | 26 | 1.48% | 34 | 1.94% | 1757 |
| 3 | 69 | 3.77% | 457 | 24.97% | 751 | 41.04% | 465 | 25.41% | 24 | 1.31% | 29 | 1.58% | 35 | 1.91% | 1830 |
| 4 | 68 | 3.92% | 395 | 22.75% | 754 | 43.43% | 428 | 24.65% | 19 | 1.09% | 23 | 1.32% | 49 | 2.82% | 1736 |
| 5 | 79 | 4.34% | 441 | 24.22% | 798 | 43.82% | 423 | 23.23% | 15 | 0.82% | 28 | 1.54% | 37 | 2.03% | 1821 |
| 6 | 92 | 5.35% | 269 | 15.64% | 863 | 50.17% | 439 | 25.52% | 11 | 0.64% | 24 | 1.40% | 22 | 1.28% | 1720 |
| 7 | 86 | 4.68% | 292 | 15.89% | 940 | 51.14% | 441 | 23.99% | 26 | 1.41% | 23 | 1.25% | 30 | 1.63% | 1838 |
| 8 | 113 | 5.60% | 325 | 16.11% | 1034 | 51.26% | 467 | 23.15% | 26 | 1.29% | 20 | 0.99% | 32 | 1.59% | 2017 |
| Total | 793 | 4.64% | 3727 | 21.81% | 7786 | 45.56% | 4046 | 23.67% | 162 | 0.95% | 276 | 1.61% | 300 | 1.76% | 17090 |

USDOE-Contiunation_000661

# U.S. Department of Education

**Washington, D.C. 20202-5335**



## MSAP Annual Performance Report
**CFDA # 84.165A**
**PR/Award # S165A220037**
**Budget Period # 4**
**Report Type: Annual Performance**

PR/Award # S165A220037

USDOE-Contiunation_000662



## U.S. Department of Education
## Grant Performance Report Cover Sheet (ED 524B)
*Check only one box per Program Office instructions.*
[✔] Annual Performance Report   [  ] Final Performance Report

OMB No. 1855-0025
Exp. 02/28/2025

**General Information**

1. PR/Award #:  S165A220037

*(Block 5 of the Grant Award Notification - 11 characters.)*

2. Grantee NCES ID#:  3600097

*(See instructions. Up to 12 characters.)*

3 Project Title:  Community School Districts 32-16 Consortium Magnet Schools Assistance Program

*(Enter the same title as on the approved application.)*

4. Grantee Name *(Block 1 of the Grant Award Notification.):* NYC Department of Education - Community School District 32

5. Grantee Address *(See instructions.)*

6. Project Director *(See instructions.)* Name: Josephine Cohen                    Title: Project Director

   Ph #: ( 718 )  968   -  6180      Ext: (        )          Fax #: (        ) _____ - _____

   Email Address:  gcohen7@schools.nyc.gov

**Reporting Period Information** *(See instructions.)*

7. Reporting Period:    From: 10  / 01  / 2025    To: 03  / 31  / 2026    (mm/dd/yyyy)

**Budget Expenditures** *(To be completed by your Business Office.  See instructions.  Also see Section B.)*

8. Budget Expenditures

|  | **Federal Grant Funds** | **Non-Federal Funds** *(Match/Cost Share)* |
|---|---|---|
| a. Previous Budget Period | $2,714,828.00 | $0.00 |
| b. Current Budget Period | $1,826,805.00 | $0.00 |
| c. Entire Project Period *(For Final Performance Reports only)* | $0.00 | $0.00 |

**Indirect Cost Information** *(To be completed by your Business Office.  See instructions.)*

9. Indirect Costs

   a. Are you claiming indirect costs under this grant?  ✔ Yes ___ No

   b. If yes, do you have an Indirect Cost Rate Agreement approved by the Federal Government?  ✔ Yes ___ No

   c. If yes, provide the following information:

   Period Covered by the Indirect Cost Rate Agreement:  From: 07  / 01  / 2025   To: 06  / 30  / 2026   (mm/dd/yyyy)

   Approving Federal agency:  ✔ ED ___ Other *(Please specify)*: _____

   Type of Rate *(For Final Performance Reports Only)*: ___ Provisional ___ Final ___ Other *(Please specify)*: _____

   d. For Restricted Rate Programs (check one) -- Are you using a restricted indirect cost rate that:

   ✔ Is included in your approved Indirect Cost Rate Agreement?

   ___ Complies with 34 CFR 76.564(c)(2)?

**Human Subjects (Annual Institutional Review Board (IRB) Certification)** *(See instructions.)*

10.  Is the annual certification of Institutional Review Board (IRB) approval attached?  ✔ Yes ___ No ___ N/A

**Performance Measures Status and Certification** *(See instructions.)*

11. Performance Measures Status

   a. Are complete data on performance measures for the current budget period included in the Project Status Chart? ___ Yes ✔ No

   b. If no, when will the data be available and submitted to the Department? 09  / 30  / 2026  (mm/dd/yyyy)

12. To the best of my knowledge and belief, all data in this performance report are true and correct and the report fully discloses all known weaknesses concerning the accuracy, reliability, and completeness of the data.

Arelis Parache

Name of Authorized Representative:

Title:  Community School District 32 Superintendent

Signature: *Arelis Parache*

Date: 05 / 07 / 2026

ED 524B

**NYC CSD32-16 Magnet Schools Assistance Program**
**Year 4 APR Executive Summary**
**May 2026**

**P.S. 86K Bushwick Magnet Multimedia and Arts Academy**
**P.S. 116K Leadership through Multimedia & The Arts Magnet School**
**P.S. 145K Magnet School of Leadership Through Engineering**
**M.S. 35 Stephen Decatur Magnet School of Leadership, Exploration and the Arts**

Across all four CSD 32/16 MSAP schools, the absence of new funding, together with delayed authorization to utilize carryover funds during this fourth year, posed substantial barriers to full program implementation. Schools were forced to scale back enrichment opportunities, reduce residencies, postpone professional development, eliminate per-session staffing, and modify recruitment efforts. The reduced funding negatively impacted the schools and students by: disrupting carefully planned instructional programming; impairing partnership relationships; delaying student supports; and reducing access to authentic experiential learning opportunities foundational to magnet school success. Administrators and teachers consistently shifted from a growth-oriented mindset to one focused on maintenance and preservation of core programming. Partnerships, historically a cornerstone of Magnet programming, were particularly affected. Funding disruptions led to reduced scopes of service, cancellation of planned residencies, and the inability to expand or introduce new programs aligned to school themes. For example, schools had to limit the number of partnerships they solicited, shorten residency durations, or eliminate previously planned family workshops delivered by partnerships. In some instances, collaborative planning between teachers and partner organizations could not continue, forcing educators to redesign units without the essential support of specialized knowledge. Some long-standing partnerships had to be canceled or reduced in scope. Despite these hardships, schools demonstrated resilience by leveraging internal expertise, strengthening collaboration, and prioritizing sustainability planning to preserve the integrity of their magnet themes and to continue serving students and families despite limited resources.

**1. Key Program Successes**
**Despite fiscal challenges, schools achieved several notable successes:**
·   **Continued implementation of theme-based project-based learning and thematic instruction**: All four schools continued to provide theme-based instruction to all students through curriculum units, residencies, and specialty classes. Specifically:
  • P.S. 86 sustained a strong arts and multimedia focus through themed units, student performances, residencies, theme-based clubs, podcasting, and classroom multimedia projects.

- P.S. 116 successfully developed four project-based learning (PBL) thematic units per grade and created a digital repository to support curriculum coherence and long-term sustainability. In addition, its robust arts program and newly established podcast studio provide all students with meaningful exposure to arts and multimedia experiences.
- P.S. 145 strengthened its engineering-focused programming through a dedicated engineering curriculum, PBL engineering units on all grades, a newly developed culinary room, and inclusive thematic clusters.
  - M.S. 35 further advanced its International Baccalaureate (IB) candidacy work by aligning PBL instruction with rigorous frameworks such as Understanding by Design, while integrating arts, leadership, and global learning across all content areas. M.S. 35 has also received national recognition from the Magnet Schools of America, earning both the New and Emerging School Award and, most recently, designation as a Top Magnet School of Distinction.

· **Innovative Student and Family Engagement Efforts:** Schools implemented high-impact events that strengthened school-community connections.

- P.S. 86 hosted culturally responsive events such as its Culture Show and Share and Family Paint Night.
- M.S. 35 sustained school-wide traditions such as arts showcases, honor roll celebrations, and multicultural events.
- Across schools, PBL showcases, performances, and family workshops fostered meaningful opportunities for students to share their voices and actively engage with their school communities.

· **Development of Internal Capacity and Sustainability Structures:** Schools increasingly relied on internal expertise to maintain programming. Teacher-led professional development, collaborative planning structures, and curriculum documentation have laid the groundwork for long-term sustainability beyond the grant period.

· **The last three years of implementation have resulted in very strong gains in student achievement scores:** The last federal report submitted notes 11 of 12 student achievement measures were met. **There is a concern that this trajectory may not continue with the absence of funding mid-way through the grant**.

## 2. Key Program Challenges

The absence of Year 4 MSAP funds had a direct and compounding negative impact across all four schools:

· **Diminished Enrichment, Partnerships, and Experiential Learning:** Across all schools, enrichment programs, residencies, and field trips were reduced, delayed, or canceled.

- At P.S. 116 and P.S. 145, enrichment programming started late and operated for shorter periods, limiting students' exposure to arts learning and opportunities for skill development.
- At P.S. 86, reductions in field trips and assemblies curtailed access to important arts-based experiences.
- At M.S. 35, funding disruptions led to the cancellation or scaling back of key partnerships, resulting in reduced access to specialized expertise, including IB consultants and arts professionals.
- Collectively, these disruptions narrowed students' access to sustained, high-quality arts learning opportunities across participating schools.

· **Reduced Instructional Quality:** Schools were forced to significantly reduce supply allocations, limiting their ability to purchase essential materials, technology devices, and software needed to support thematic instruction.

- At M.S. 35, collaborative unit planning with partner organizations was cut, resulting in unfinished curriculum units.
- P.S. 145 and P.S. 116 also reported scaling back field experiences and purchasing of instructional materials aligned to their magnet themes. As a result, students across all schools had fewer opportunities to participate in high-quality, real-world learning experiences connected and essential to a magnet education..

· **Loss of Staffing Capacity and Program Infrastructure:** Funding reductions eliminated per-session opportunities and reduced staffing structures critical to program implementation.

- At P.S. 116, the Magnet Committee and recruitment teams, which normally met after school were cut.
- At P.S. 145, the reassignment of a Magnet Resource Specialist created leadership and coaching gaps.
- At M.S. 35, administrative staff were required to manually manage recruitment systems previously supported by funded partnerships, increasing workload and reducing efficiency.
- These staffing losses significantly impacted program coordination and instructional support across all four schools.

· **Interrupted Professional Development (PD):** All schools experienced reduced access to external PD providers and delays in training delivery. New teachers, particularly at P.S. 116, were unable to receive foundational training in multimedia integration and instructional frameworks. M.S. 35 was forced to reduce consultant visits and shift to internal "train-the-trainer" models. While internal PD efforts increased, the

lack of sustained external expertise limited the depth and consistency of instructional support.

· **Reduced Recruitment and Outreach Efforts:** Efforts to reduce Minority Group Isolation (MGI) were significantly constrained by funding reductions.

- M.S. 35 experienced the most substantial impact, losing access to data-driven marketing tools such as geo-targeted outreach campaigns and automated enrollment systems, which slowed response times and limited the school's ability to engage diverse communities effectively.
- Across schools, reduced funding also curtailed marketing materials, outreach events, and staffing capacity, forcing schools to rely more heavily on less effective grassroots outreach and word-of-mouth recruitment. As a result, schools' ability to meet MGI goals and improve applicant performance measures may be significantly impacted.

· **Reduced Family Engagement Opportunities:** Although schools remained committed to family engagement, funding limitations resulted in fewer events, reduced program quality, and limited accessibility. All four schools reported challenges in hosting after-school and large-scale events due to lack of per-session funding and resources. Across schools, reductions in event frequency, purchasing of supplies, and external facilitators limited opportunities for meaningful family participation. These constraints weaken critical school/family/community partnerships that are essential to student success, trust-building, and sustained engagement in school life.

3. There have been no changes regarding the student selection process. Additional attachments include a signed and dated letter from the superintendent noting that the LEA continues to operate under the desegregation plan that was originally submitted with MSAP application

**4. MSAP project's efforts in:**
**a. Meeting MGI targets**
The project recognizes the critical importance of meeting MGI targets amid decreasing enrollment in NYCPS, which has significantly impacted enrollment patterns across the magnet schools. Although the District and schools have remained committed to implementing strategic recruitment and outreach efforts, the absence of additional funding has limited the scale and sustainability of these initiatives, reducing the District's capacity to expand marketing, staffing, and community engagement efforts necessary to effectively increase enrollment. Despite these constraints, schools continue to leverage (to a lesser scale due to limited funding), social media strategies, recruitment fairs, open houses, targeted presentations, advertisements, community signage, and promotional campaigns to support outreach and visibility. While these efforts reflect a strong commitment to recruitment and diversity goals, the lack of dedicated funding continues to hinder the District's ability to fully implement high-impact initiatives needed to meet MGI targets.

**b/d. student achievement, generally and with regards to school's thematic content and focused Professional Development**

As noted earlier in this summary, the lack of consistent and adequate funding has significantly interrupted and reduced professional development opportunities across the magnet schools, raising serious concerns about the sustainability of the student achievement gains realized during the first three years of the grant. Although all students continue to be exposed to project-based learning thematic magnet units designed to foster sustained inquiry, critical thinking, problem-solving skills, and real-world application, the reduced funding has limited the schools' ability to fully implement and expand some instructional initiatives. Differentiated instruction and tiered interventions remain in place to support student achievement; however, staffing limitations and constrained resources have affected the consistency and intensity of these supports. Digital platforms such as iReady continue to provide individualized learning opportunities and digital access for magnet students, but the overall impact of these tools has been hindered by reduced professional learning and implementation support. Each of the four schools has continued to offer afterschool programming in remediation, enrichment, and theme-based clubs, though these opportunities have been substantially scaled back or canceled due to budget constraints and reduced grant resources. Despite these challenges, the schools remain committed to promoting student achievement, building instructional capacity among pedagogical staff, and sustaining the magnet program model. Monitoring and follow-up structures, including classroom observations, feedback and reflection sessions, and analysis of student work and performance data, continue to be utilized to assess the effectiveness of professional development and instructional practices; however, the reduced funding has limited the frequency, depth, and overall reach of these continuous improvement efforts.

**c. family engagement**

Each school has made a concerted effort to organize and facilitate family workshops and engagement activities that align with the programmatic experiences students participate in within the magnet program. These opportunities, along with theme-based partnerships that provide additional workshops and resources for families, are intended to strengthen home-school connections, engage families, and deepen family understanding of the magnet themes and instructional approaches. However, limited funding significantly impacted the scope, frequency, and sustainability of these efforts. Schools were often forced to reduce the number of events offered, limit materials and resources available to families, and scale back community partnerships that offered engagement opportunities. Despite these challenges, schools remained committed to providing meaningful family involvement experiences that support student learning, promote participation in the magnet program, and foster stronger relationships between schools and their communities. Family events included:

**PS 86**: Cultural Show and Share, Fall Festival, PBL galleries at end of units, Magnet family night, and Family Read-Alouds

**PS 116**: Monthly theme nights, PBL galleries, family falcon days (set days for parents to learn alongside their children and engage with the curriculum), nutrition workshops, anti-bullying workshops, Parent ESL classes, arts-based workshops

**PS 145**: Cultural celebrations, engineering events, family leadership lab (engaging in learning alongside their children), family literacy night, monthly coffee chats with principal and parent coordinator

**MS35**: Multicultural celebrations, regularly scheduled parent cafes, art/dance-based workshops

Teachers at each of the magnet schools share information with parents regularly on Google Classrooms and use Google Meet to communicate directly with them. Each of the MSAP schools' websites, monthly newsletters and social media pages have been instrumental in keeping families abreast of magnet work, celebrations and important updates. Additionally, the magnet schools now have a common practice of livestreaming and/or recording meetings, showcases, performances, and events, so families also have the option of participating virtually. Google surveys are distributed to assess family events and offer an opportunity for families to express ideas for future workshops/events.

**e. Providing theme-aligned out-of-school (OST) time extended learning opportunities**

Despite absence of new funding, each of the four magnet schools made significant efforts to provide a variety of afterschool and weekend programs designed to enhance students' exposure to thematic instruction, strengthen academic achievement, and support students' social-emotional development. However, the reduction and delay of magnet funding significantly impacted the scope, timing, and quality of these OST opportunities. Across all four schools, many enrichment programs were delayed until mid-year (January 2026) and reduced in duration due to the lack of per-session funding, delayed contracts with external partners, and reduced staffing capacity for planning and implementation. As a result, students received less comprehensive experiences, and schools were unable to fully deliver the robust, year-long programming originally planned. Following are examples of afterschool and/or Saturday programs each of the schools offered to their students during this project year. **(It is important to reiterate that schools were only able to provide a limited number of programs and these were of shorter duration than those offered in previous years due to funding constraints):**

· P.S. 86 offered a wide range of arts-integrated and academic programs, including Inside Broadway theater residency, Eagle News broadcasting, band/orchestra, photography (Magic Box Productions), dance (Dance Parade), hydroponics, cooking (Allergic to Salad), debate, and CHAMPS fitness. Academic intervention programs such as ELA, Math and ENL Academies supported student achievement. While these extended learning opportunities remained aligned to the school's multimedia and arts theme, funding constraints significantly limited the scope and consistency of programming, as the school was unable to provide per-session compensation for staff or fully sustain external partnership opportunities. Additionally, PS 86 was not able to partner with Take Two Film Academy, a NYC organization that work alongside teachers and students to integrate filmmaking and media literacy into core units of study.  As a result, students

were unable to be exposed to multimedia skills, a core component of their magnet program,

· P.S. 116 provided a combination of before-school, afterschool, and Saturday programming, including STEAM club (coding and robotics), podcasting, orchestra, Disney Musicals in Schools, chess, and arts-based enrichment, alongside academic supports such as math intervention and ESL programs. Community-based partnerships (e.g., Coalition for Hispanic Families, CHAMPS) supported some programming; however, many programs started late, ran for shorter periods, or were scaled back, including leadership and enrichment clubs that met infrequently due to lack of per-session funding.

· P.S. 145 delivered a menu of engineering, arts, and life skills programming aligned to its magnet theme, including engineering clubs (with Koko NYC), Little Chefs Culinary Lab, film and media production, musical theater, dance, gardening, debate, and student government. Programs were differentiated by grade level and emphasized real-world skills and hands-on learning. However, due to funding delays, the majority of programs did not begin until January 2026 and were offered in shorter cycles, limiting students' time to build mastery. Additionally, while some partnerships were maintained, reduced funding restricted expansion and continuity of high-impact programs.

· M.S. 35 provided a comprehensive OST structure that included academic intervention (Zero Period, afterschool work sessions, Saturday Academy, Regents preparation), arts programming (Broadway Junior production), and leadership-based enrichment (Step Team, Mock Trial, Debate, Reel Works filmmaking, Vivid Imagination technology program). These programs directly supported the school's leadership and arts magnet theme and provided opportunities for performance, competition, and real-world application. However, funding delays created uncertainty around program continuity, including future registration fees and access to professional mentors, placing several programs at risk of reduction or cancellation.

f. **Building Program Sustainability**: The MSAP project was originally designed to support a full five-year implementation cycle. The absence of new funding during this reporting period required all four magnet schools and the District to shift their planning and implementation after only three years. As a result, schools were forced to accelerate efforts to institutionalize key components of the magnet programs, which were not fully developed due to the sudden cut in funding. Prioritizing the preservation of core thematic instructional practices, embedding project-based learning strategies into existing school structures, leveraging community partnerships, and identifying alternative funding sources and internal resources to maintain programming becomes much more challenging without being able to implement the full 5 years of programming, as originally laid out.  The uncertainty surrounding the funding, coupled with the late start in accessing carryover funds, significantly limited the schools' ability to fully develop, refine, and

expand initiatives before operating in a sustainability mode. The lack of continued funding impacted staffing, professional development, enrichment opportunities, recruitment efforts, and the long-term continuation of specialized programming at the level originally envisioned.

**Overall Impact Statement**

Overall, the CSD 32/16 MSAP project demonstrated meaningful successes despite the absence of Year 4 funding and interruptions in federal support. During the first three years of implementation, participating schools established strong thematic identities, expanded project-based and theme-based instruction, strengthened family and community engagement, and achieved measurable gains in student achievement. These accomplishments reflect the dedication, creativity, and resilience of school leaders, teachers, students, and families who remain deeply committed to the vision and goals of the MSAP initiative.

As outlined in this report, however, the lack of Year 4 funding significantly disrupted implementation momentum. Schools faced challenges sustaining partnerships, providing enrichment opportunities and professional development, maintaining recruitment efforts, and delivering comprehensive student supports. Although schools worked diligently to preserve core program components and build internal capacity for sustainability, reduced funding has raised serious concerns about long-term program sustainability, continued progress toward MGI targets, and the continued trajectory of academic gains. Continued investment and support are essential to ensure that these CSD 32/16 Magnet Schools can fully realize the objectives of the MSAP program and continue providing equitable, high-quality, theme-based educational opportunities for all students.

.

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

| 1  **Project Objective** |
| To reduce minority group isolation (MGI) among Black/African American and Hispanic students in proposed magnet schools. |

| 1.a **Performance Measure** | | | | | | |
|---|---|---|---|---|---|---|
| 1.1: MS 35 (D16) will reduce MGI among Black/African American students from a baseline of 83.0% to: 82.1% by October 1, 2023, 80.8% by October 1, 2024, 78.7% by October 1, 2025. | | **Target** | | | **Actual Performance Data** | |
| | **Raw Number** | **Ratio** | **%** | **Raw Number** | **Ratio** | **%** |
| | | / | 75.90 | | / | |

**Explanation of Progress**

**a)     Status of progress**

☐ Met          ☐ Not Met          ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000672

**b) Description of progress (include challenges faced, if any)**

Student enrollment data to assess this measure will be collected by October 1, 2026 and reported in the final report.

**c) If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000673

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

**1  Project Objective**
To reduce minority group isolation (MGI) among Black/African American and Hispanic students in proposed magnet schools.

| 1.b **Performance Measure** | | | | | | |
|---|---|---|---|---|---|---|
| 1.2: PS 86 (D32) will reduce MGI among Hispanic students from a baseline of 94.8% to: 94.2% by October 1, 2023, 93.3% by October 1, 2024, 91.3% by October 1, 2025. | **Target** | | | **Actual Performance Data** | | |
| | **Raw Number** | **Ratio** | **%** | **Raw Number** | **Ratio** | **%** |
| | | / | 88.10 | | / | |

**Explanation of Progress**

**a)    Status of progress**

☐ Met        ☐ Not Met        ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000674

PR/Award #S165A220037

**b)   Description of progress (include challenges faced, if any)**

Student enrollment data to assess this measure will be collected by October 1, 2026 and reported  in the final report.

**c)   If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000675

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

**1  Project Objective**
To reduce minority group isolation (MGI) among Black/African American and Hispanic students in proposed magnet schools.

**1.c Performance Measure**

1.3: PS 116 (D32) will reduce MGI among Hispanic students from a baseline of 94.1% to: 93.5% by October 1, 2023, 92.2% by October 1, 2024, 90.9% by October 1, 2025.

| | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | / | 87.40 | | / | |

**Explanation of Progress**

**a)    Status of progress**

☐ Met          ☐ Not Met          ✔ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000676

**Page 15**

PR/Award #S165A220037

**b) Description of progress (include challenges faced, if any)**

Student enrollment data to assess this measure will be collected by October 1, 2026 and reported in the final report.

**c) If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000677

PR/Award #S165A220037

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

**1   Project Objective**
To reduce minority group isolation (MGI) among Black/African American and Hispanic students in proposed magnet schools.

**1.d Performance Measure**

| 1.4: PS 145 (D32) will reduce MGI among Hispanic students from a baseline of 90.0% to: 89.4% by October 1, 2023, 88.5% by October 1, 2024, 86.8% by October 1, 2025, 83.1% by October 1, 2026, and 80.0% by October 1, 2027. | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | / | 83.10 | | / | |

**Explanation of Progress**

**a)      Status of progress**

☐ Met          ☐ Not Met          ☑ In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.

In Progress measures must be updated in the Ad Hoc Report )

USDOE-Contiunation_000678

**b)  Description of progress (include challenges faced, if any)**

Student enrollment data to assess this measure will be collected by October 1, 2026 and reported in the final report.

**c)   If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000679

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

**1  Project Objective**
To reduce minority group isolation (MGI) among Black/African American and Hispanic students in proposed magnet schools.

| 1.e **Performance Measure** | | | | | | |
|---|---|---|---|---|---|---|
| | **Target** | | | **Actual Performance Data** | | |
| 1.5: By September 30 of each of years 2-5 of the grant, the number of magnet applicants received by MS 35 (D16) will increase by 5% or more over the previous year (with year 1 serving as baseline). | **Raw Number** | **Ratio** | **%** | **Raw Number** | **Ratio** | **%** |
| | 265.00 | / | | 222.00 | / | |

**Explanation of Progress**

**a)      Status of progress**

☐ Met            ☐ Not Met      ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000680

PR/Award #S165A220037

**b) Description of progress (include challenges faced, if any)**

As of April 15, 2026, MS 35 received 222 magnet applications. The school will continue to collect applications through September 2026. The final number of applications will be provided in the final report.

**c) If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000681

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

| 1  Project Objective |
|---|
| To reduce minority group isolation (MGI) among Black/African American and Hispanic students in proposed magnet schools. |

**1.f  Performance Measure**

| 1.6: By September 30 of each of years 2-5 of the grant, the number of magnet applicants received by PS 86 (D32) will increase by 5% or more over the previous year (with year 1 serving as baseline). | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | 191.00 | / | | 116.00 | / | |

**Explanation of Progress**

**a)      Status of progress**

☐ Met            ☐ Not Met        ✔ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000682

Page 21

PR/Award #S165A220037

**b)   Description of progress (include challenges faced, if any)**

As of April 15, 2026, PS 86 received 116 magnet applications. The school will continue to collect applications through September 2026. The final number of applications will be provided in the final report.

**c)   If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000683

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

1   **Project Objective**
To reduce minority group isolation (MGI) among Black/African American and Hispanic students in proposed magnet schools.

1.g **Performance Measure**

| 1.7: By September 30 of each of years 2-5 of the grant, the number of magnet applicants received by PS 116 (D32) will increase by 5% or more over the previous year (with year 1 serving as baseline). | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | 188.00 | / | | 98.00 | / | |

**Explanation of Progress**

a)        **Status of progress**

☐ Met              ☐ Not Met        ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000684

Page 23

PR/Award #S165A220037

**b)   Description of progress (include challenges faced, if any)**

As of April 15, 2026, PS 116 received 98 magnet applications. The school will continue to collect applications through September 2026. The final number of applications will be provided in the final report.

**c)   If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000685

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

**1   Project Objective**
To reduce minority group isolation (MGI) among Black/African American and Hispanic students in proposed magnet schools.

**1.h Performance Measure**

| 1.8: By September 30 of each of years 2-5 of the grant, the number of magnet applicants received by PS 145 (D32) will increase by 5% or more over the previous year (with year 1 serving as baseline). | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | 308.00 | / | | 128.00 | / | |

**Explanation of Progress**

**a)      Status of progress**

☐ Met          ☐ Not Met          ✔ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000686

PR/Award #S165A220037

**b)   Description of progress (include challenges faced, if any)**

As of April 15, 2026, PS 145 received 128 magnet applications. The school will continue to collect applications through September 2026. The final number of applications will be provided in the final report.

**c)   If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000687

PR/Award #S165A220037

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

**2  Project Objective**
To ensure that all students attending the magnet schools meet challenging academic standards and are college- and career-ready.

2.a **Performance Measure**

| 2.1: MS 35 (D16) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in ELA compared with baseline (2021-22) by: 2 percentage points by June 30, 2023, 3 points by June 30, 2024, 4 points by June 30, 2025, 5 points by June 30, 2026, and 6 points by June 30, 2027. | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | / | 53.70 | | / | |

**Explanation of Progress**

a)        **Status of progress**

☐ Met          ☐ Not Met          ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000688

PR/Award #S165A220037

**b)   Description of progress (include challenges faced, if any)**

Assessment data to address this performance measure will be collected by June 30, 2026 and reported in the final report.

**c)   If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000689

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

**2  Project Objective**
To ensure that all students attending the magnet schools meet challenging academic standards and are college- and career-ready.

2.b **Performance Measure**

| 2.2: PS 86 (D32) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in ELA compared with baseline (2021-22) by: 2 percentage points by June 30, 2023, 3 points by June 30, 2024, 4 points by June 30, 2025, 5 points by June 30, 2026, and 6 points by June 30, 2027. | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | / | 27.10 | | / | |

**Explanation of Progress**

a)      **Status of progress**

[ ] Met          [ ] Not Met          [✔] **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000690

**b) Description of progress (include challenges faced, if any)**

Assessment data to address this performance measure will be collected by June 30, 2026 and reported in the final report.

**c) If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000691

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

**2  Project Objective**
To ensure that all students attending the magnet schools meet challenging academic standards and are college- and career-ready.

2.c **Performance Measure**

| 2.3: PS 116 (D32) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in ELA compared with baseline (2021-22) by: 2 percentage points by June 30, 2023, 3 points by June 30, 2024, 4 points by June 30, 2025, 5 points by June 30, 2026, and 6 points by June 30, 2027. | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | / | 20.50 | | / | |

**Explanation of Progress**

a)       **Status of progress**

☐ Met          ☐ Not Met          ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000692

**b)  Description of progress (include challenges faced, if any)**

Assessment data to address this performance measure will be collected by June 30, 2026 and reported in the final report.

**c)   If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000693

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

| 2 **Project Objective** |
|---|
| To ensure that all students attending the magnet schools meet challenging academic standards and are college- and career-ready. |

| 2.d **Performance Measure** | | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|---|
| | | **Raw Number** | **Ratio** | **%** | **Raw Number** | **Ratio** | **%** |
| 2.4:  PS 145 (D32) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in ELA compared with baseline (2021-22) by: 2 percentage points by June 30, 2023, 3 points by June 30, 2024, 4 points by June 30, 2025, 5 points by June 30, 2026, and 6 points by June 30, 2027. | | | / | 24.80 | | / | |

**Explanation of Progress**

a)      **Status of progress**

☐ Met                    ☐ Not Met          ✔ In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.

In Progress measures must be updated in the Ad Hoc Report )

USDOE-Contiunation_000694

**b) Description of progress (include challenges faced, if any)**

Assessment data to address this performance measure will be collected by June 30, 2026 and reported in the final report.

**c) If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000695

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

**2  Project Objective**
To ensure that all students attending the magnet schools meet challenging academic standards and are college- and career-ready.

| 2.e **Performance Measure** | | | | | | |
|---|---|---|---|---|---|---|
| 2.5: MS 35 (D16) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in math compared with baseline (2021-22) by: 2 percentage points by June 30, 2023, 3 points by June 30, 2024, 4 points by June 30, 2025, 5 points by June 30, 2026, and 6 points by June 30, 2027. | **Target** | | | **Actual Performance Data** | | |
| | **Raw Number** | **Ratio** | **%** | **Raw Number** | **Ratio** | **%** |
| | | / | 41.60 | | / | |

**Explanation of Progress**

a)        **Status of progress**

☐ Met            ☐ Not Met        ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000696

**b)  Description of progress (include challenges faced, if any)**

Assessment data to address this performance measure will be collected by June 30, 2026 and reported in the final report.

**c)   If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000697

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

**2  Project Objective**
To ensure that all students attending the magnet schools meet challenging academic standards and are college- and career-ready.

2.f  **Performance Measure**

| 2.6: PS 86 (D32) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in math compared with baseline (2021-22) by: 2 percentage points by June 30, 2023, 3 points by June 30, 2024, 4 points by June 30, 2025, 5 points by June 30, 2026, and 6 points by June 30, 2027. | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | / | 21.10 | | / | |

**Explanation of Progress**

a)      **Status of progress**

☐ Met          ☐ Not Met     ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000698

**b)  Description of progress (include challenges faced, if any)**

Assessment data to address this performance measure will be collected by June 30, 2026 and reported in the final report.

**c)  If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000699

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

**2  Project Objective**
To ensure that all students attending the magnet schools meet challenging academic standards and are college- and career-ready.

**2.g Performance Measure**

| 2.7: PS 116 (D32) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in math compared with baseline (2021-22) by: 2 percentage points by June 30, 2023, 3 points by June 30, 2024, 4 points by June 30, 2025, 5 points by June 30, 2026, and 6 points by June 30, 2027. | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | / | 22.30 | | / | |

**Explanation of Progress**

**a)      Status of progress**

☐ Met          ☐ Not Met      ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000700

Page 39

**b)  Description of progress (include challenges faced, if any)**

Assessment data to address this performance measure will be collected by June 30, 2026 and reported in the final report.

**c)  If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000701

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

**2  Project Objective**
To ensure that all students attending the magnet schools meet challenging academic standards and are college- and career-ready.

2.h **Performance Measure**

| 2.8: PS 145 (D32) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in math compared with baseline (2021-22) by: 2 percentage points by June 30, 2023, 3 points by June 30, 2024, 4 points by June 30, 2025, 5 points by June 30, 2026, and 6 points by June 30, 2027. | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | / | 27.50 | | / | |

**Explanation of Progress**

a)      **Status of progress**

[ ] Met          [ ] Not Met          [✔] **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000702

Page 41

**b)   Description of progress (include challenges faced, if any)**

Assessment data to address this performance measure will be collected by June 30, 2026 and reported in the final report.

**c)   If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

| 2  Project Objective |
|---|
| To ensure that all students attending the magnet schools meet challenging academic standards and are college- and career-ready. |

| 2.i  Performance Measure | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| 2.9: MS 35 (D16) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in science compared with baseline (2021-22) by: 2 percentage points by June 30, 2023, 3 points by June 30, 2024, 4 points by June 30, 2025, 5 points by June 30, 2026, and 6 points by June 30, 2027. | | / | 25.00 | | / | |

**Explanation of Progress**

**a)      Status of progress**

[ ] Met          [ ] Not Met          [✔] In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.

In Progress measures must be updated in the Ad Hoc Report )

USDOE-Contiunation_000704

**b)   Description of progress (include challenges faced, if any)**

Assessment data to address this performance measure will be collected by June 30, 2026 and reported in the final report.

**c)   If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000705

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

**2  Project Objective**
To ensure that all students attending the magnet schools meet challenging academic standards and are college- and career-ready.

| 2.j  **Performance Measure** | | | | | | |
|---|---|---|---|---|---|---|
| 2.10: PS 86 (D32) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in science compared with baseline (2021-22) by: 2 percentage points by June 30, 2023, 3 points by June 30, 2024, 4 points by June 30, 2025, 5 points by June 30, 2026, and 6 points  by June 30, 2027. | **Target** | | | **Actual Performance Data** | | |
| | **Raw Number** | **Ratio** | **%** | **Raw Number** | **Ratio** | **%** |
| | | / | 15.00 | | / | |

**Explanation of Progress**

a)        **Status of progress**

☐ Met          ☐ Not Met          ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000706

**b) Description of progress (include challenges faced, if any)**

Assessment data to address this performance measure will be collected by June 30, 2026 and reported in the final report.

**c) If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000707

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

**2  Project Objective**
To ensure that all students attending the magnet schools meet challenging academic standards and are college- and career-ready.

**2.k  Performance Measure**

| 2.11: PS 116 (D32) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in science compared with baseline (2021-22) by: 2 percentage points by June 30, 2023, 3 points by June 30, 2024, 4 points by June 30, 2025, 5 points by June 30, 2026, and 6 points by June 30, 2027. | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | / | 16.00 | | / | |

**Explanation of Progress**

**a)      Status of progress**

☐ Met          ☐ Not Met          ☑ **In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.**

**In Progress measures must be updated in the Ad Hoc Report )**

USDOE-Contiunation_000708

**b) Description of progress (include challenges faced, if any)**

Assessment data to address this performance measure will be collected by June 30, 2026 and reported in the final report.

**c) If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000709

OMB #
1855-0025 Exp.
02/28/2025

**SECTION A - Performance Objectives Information and Related Performance Measures Data**

**Project Status Chart**

**2  Project Objective**
To ensure that all students attending the magnet schools meet challenging academic standards and are college- and career-ready.

**2.l  Performance Measure**

| 2.12:  PS 145 (D32) will increase the proportion of all students (in tested grades) who score in performance levels 3 and 4 on the NYS assessments in science compared with baseline (2021-22) by: 2 percentage points by June 30, 2023, 3 points by June 30, 2024, 4 points by June 30, 2025, 5 points by June 30, 2026, and 6 points by June 30, 2027. | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|
| | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | / | 15.00 | | / | |

**Explanation of Progress**

**a)        Status of progress**

☐ Met            ☐ Not Met        ☑ In Progress (only applicable to measures with completion dates that fall after the end of the reporting period.

In Progress measures must be updated in the Ad Hoc Report )

USDOE-Contiunation_000710

PR/Award #S165A220037

**b) Description of progress (include challenges faced, if any)**

Assessment data to address this performance measure will be collected by June 30, 2026 and reported in the final report.

**c) If Measure was "Not Met," describe how and when the measure will be met, and outline any steps and/or strategies that will help ensure continued progress.**

USDOE-Contiunation_000711

Data Collection Tables - Grant Project

Part I. Student Recruitment and Selection

Student Recruitment

CSD32/16 YEAR 4 APR RECRUITMENT

10/01/25 -4/1/26

During this fourth year of implementation, recruitment remained a central priority for NYC CSD32–16 magnet schools, underscoring the district's continued commitment to addressing minority group isolation across all four sites. Despite the absence of additional funding, compounded by a pause in funding during critical recruitment months this year and the challenges that came with limited resources, each school remained steadfast in its outreach efforts. Regularly scheduled meetings with dedicated recruitment teams supported ongoing strategic planning around branding, marketing, open houses, and community engagement. Both in-person and virtual platforms were utilized to showcase each school's unique programs and offerings, reflecting a strong, collective effort to sustain meaningful recruitment and outreach under constrained circumstances. School-Specific Recruitment Highlights include:

MS 35: The Magnet School of Leadership, Exploration, and the Arts

• Leveraged national recognition from Magnet Schools of America, including the Emerging Magnet School of Excellence and Magnet School of Distinction awards , to strengthen MSAP recruitment visibility and attract prospective students and families from diverse backgrounds.

• Developed outreach partnerships with feeder elementary schools by inviting students and families to attend performances and competitions, increasing awareness of magnet program opportunities and supporting early recruitment efforts aligned with MSAP goals.

• Hosted a regional networking breakfast for guidance counselors from neighboring districts to strengthen referral pathways, expand cross-district outreach, and increase access to magnet programming for underrepresented student populations.

• Expanded and refined digital recruitment strategies across social media and search platforms to broaden community engagement, increase program visibility, and support equitable student recruitment under the MSAP grant.

P.S. 86: Bushwick Magnet Multimedia and Arts Academy

• Expanded MSAP outreach efforts through the use of district databases and mapping tools to connect with daycares, early childhood centers, and New York City Department of Education enrollment offices, maximizing recruitment opportunities within available funding parameters.

• Promoted the school's distinctive arts and multimedia programming — including its student broadcasting station, "The Eagle News" — to increase magnet program awareness and attract families from beyond district boundaries.

• Enhanced before- and after-school care options to better support working families, reduce participation barriers, and encourage increased out-of-zone applications consistent with MSAP recruitment objectives.

• Revamped the school website through a new hosting platform, expanded social media engagement, and developed updated recruitment materials, including a promotional brochure and highlight video, to strengthen community outreach and student recruitment efforts.

• Strengthened internal recruitment capacity by establishing clearly defined team roles and coordinated outreach responsibilities to support consistent and strategic MSAP recruitment implementation.

• Increased program visibility through participation in childcare center events, community outreach activities, and both virtual and in-person open houses designed to engage prospective students and families from

diverse backgrounds.

P.S. 116K – Leadership Through Multimedia & The Arts Magnet School

• Continued targeted community branding efforts to promote the school's magnet theme and strengthen awareness of program offerings among prospective students and families.

• Conducted MSAP outreach using district databases and community-based engagement strategies, including participation in local library 3K and Pre-K open house events to increase early recruitment opportunities.

• Led presentations and distributed recruitment materials at the Bushwick Family Center to expand community outreach and connect families with magnet program information and enrollment resources.

• Incorporated QR codes on all print recruitment materials to provide immediate access to translation services and improve accessibility for multilingual families during the outreach and enrollment process.

• Increased digital visibility and community engagement, resulting in more than 10,000 website views over the past year and supporting broader awareness of the school's magnet programming.


P.S. 145K – Magnet School of Leadership Through Engineering

• Expanded the number of open houses, school tours, and direct outreach efforts to childcare centers, libraries, and family welcome centers

• Emphasized leadership and engineering as core recruitment themes, supported by the addition of two full-time engineering teachers and the creation of a makerspace, engineering lab, podcasting/Mac lab, culinary lab and family workshop spaces

• Developed strong partnerships with early childhood center directors to increase program awareness and enrollment opportunities

• Added a literacy and leadership cluster teacher to support Civics for All instruction aligned to the school's theme

• Utilized multiple communication channels, including email campaigns, flyers, and ongoing social media outreach

• Maintains a comprehensive, year-round recruitment plan incorporating varied and targeted strategies Across all four schools, these efforts reflect a coordinated approach to increasing diversity and broadening access. Recruitment and outreach strategies were intentionally implemented to engage families from varied backgrounds through communication, community engagement, and inclusive enrollment efforts that supported the district's goal of reducing minority group isolation and strengthening diversity in alignment with the MSAP objective. Although the schools continued to advance comprehensive outreach and recruitment activities, the scope of these efforts was constrained by limited funding and ongoing resource challenges, which affected the district's ability to expand and sustain broader recruitment initiatives (i.e. launching a more comprehensive citywide media and branding campaign to elevate awareness of the CSD32 Magnet schools, expanding partnerships with a variety of institutions tied to the schools' respective themes).
.
No changes have been made to the lottery processes as outlined in the original MSAP application and desegregation plan.

PR/Award #S165A220037

OMB # 1855-0025
Exp. 02/28/2025

Student Selection

1. My lottery system is used for (Select one.)
   ☐ MSAP schools only
   ☐ A larger subset of local education agency (LEA) schools
   ☐ Entire LEA
   ☐ Multiple LEAs

2) How are the student enrollment applications made available to students and families? (Select all that apply.)
   ☐ Online
   ☐ Hard copy
   ☐ In multiple languages

**Community Partnerships**

| Partner name | Partnership type | Partnership primary focus | Partnership primary service | Partnership secondary focus | Partnership secondary service | Performance measure link |
|---|---|---|---|---|---|---|
| ADOBE | Education services org | Teacher centered | Teacher centered: Professional development | | | Professional developm |
| AJNA DANCE CO | Education services org | Student centered | Student centered: In-class instruction | | | Student engagement |
| ALLERGIC TO SALA | Nonprofit organization | Student centered | Student centered: In-class instruction | Family centered | Family centered: Social fam | Student engagement |
| BALLET HISPANICO | Education services org | Student centered | Student centered: In-class instruction | | | Magnet theme integrat |
| BALLROOM BASIX | Education services org | Student centered | Student centered: In-class instruction | Family centered | Family centered: Social fam | Magnet theme integrat |
| BEAM CENTER | Education services org | Student centered | Student centered: In-class instruction | Teacher centered | Teacher centered: Professi | Magnet theme integrat |
| BROADWAY JR | Education services org | Student centered | Student centered: Afterschool programming | Community centered | Community centered: Cultu | Magnet theme integrat |
| BROOKLYN ARTS C | Education services org | Student centered | Student centered: In-class instruction | | | Magnet theme integrat |
| BROOKLYN BOTAN | Nonprofit organization | Student centered | Student centered: In-class instruction | Teacher centered | Teacher centered: Professi | Student engagement |
| CASA INSIDE BROA | Education services org | Student centered | | | | Student engagement |
| CENTER FOR ARCH | Education services org | Student centered | Student centered: In-class instruction | Teacher centered | Teacher centered: Professi | Magnet theme integrat |
| COLUMBIA: CENTE | Education services org | Teacher centered | Teacher centered: Professional development | Student centered | | Professional developm |
| COSMIC IQ | For-profit business | Student centered | Student centered: In-class instruction | | | Student engagement |
| INTERNATIONAL BA | Education services org | School centered | School centered: Program sustainability | | | Magnet theme integrat |
| KOKO LAB | Education services org | Student centered | Student centered: Afterschool programming | | | Student engagement |
| Leader in Me | Education services org | School centered | School centered: Program sustainability | | | Social emotional learni |
| LEAGUE OF YOUNG | Education services org | Teacher centered | Teacher centered: Professional development | | | Professional developm |

USDOE-Contiuation_000716

**Page 55**

**Community Partnerships**

| Partner name | Partnership type | Partnership primary focus | Partnership primary service | Partnership secondary focus | Partnership secondary service | Performance measure link |
|---|---|---|---|---|---|---|
| MAGIC BOX | Education services org | Student centered | Student centered: In-class instruction | | | Magnet theme integrat |
| MARQUIS STUDIOC | Education services org | Student centered | Student centered: In-class instruction | Family centered | Family centered: Social fam | Magnet theme integrat |
| MET MUSEUM | Nonprofit organization | Teacher centered | Teacher centered: Professional development | Student centered | | Professional developm |
| METIS | For-profit business | School centered | School centered: Program sustainability | | | Other |
| NATIONAL PAIDEIA | Education services org | Teacher centered | Teacher centered: Professional development | Student centered | Student centered: In-class i | Academic achievemen |
| NY SUNWORKS | Education services org | Student centered | Student centered: In-class instruction | Family centered | Family centered: Social fam | Student engagement |
| PBL WORKS | Education services org | Teacher centered | Teacher centered: Professional development | | | Academic achievemen |
| PODCAST ED | Education services org | Student centered | Student centered: In-class instruction | | | Magnet theme integrat |
| STUDIO IN A SCHOC | Education services org | Student centered | Student centered: In-class instruction | Family centered | Family centered: Social fam | Magnet theme integrat |
| TAKE TWO FILMS | Education services org | Student centered | Student centered: In-class instruction | | | Magnet theme integrat |
| THIRD STREET MUS | Education services org | Student centered | Student centered: In-class instruction | | | Magnet theme integrat |
| URBAN ADVANTAG | Education services org | Family centered | Family centered: Social family events | | | Family/community eng |
| VIVID IMAGINATION | Education services org | Student centered | Student centered: In-class instruction | | | Academic achievemen |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

USDOE-Contiunation_000717

Page 56

OMB # 1855-0025
Exp. 02/28/2025

## Data Collection Tables – School

*Part I. School Demographic Data*

| School demographic data | |
|---|---|
| 1.    School name | MS 35: Stephen Decatur Middle School |
| 2.    Grantee name | NYC Department of Education - Community School District 32 |
| 3.Was this school in a planning year or an implementation year? | ☐ Planning year        ☑ Implementation year |

OMB #
1855-0025 Exp.
02/28/2025

PR/Award #S165A220037

*Part II. Minority Group Isolation Data*

4.  Indicate the targeted racial/ethnic group the school wants to enroll to reduce minority group isolation. The targeted racial/ethnic group is the group of students the school plans to enroll more of to change the enrollment of the minority/racially isolated group. If the school has more than one targeted racial/ethnic group, select all that apply.

☑American Indian or Alaska Native students
☑Asian students
☐Black or African-American students
☑Hispanic or Latino students
☑Native Hawaiian or Other Pacific Islander students
☑White students

USDOE-Contiunation_000719

**Page 58**

**OMB #
1855-0025 Exp.
02/28/2025**

*Part III. Achievement Data*

| State assessment participation data | | | | State assessment achievement data | | | |
|---|---|---|---|---|---|---|---|
| **Number of students that participated in the state assessment in reading/language arts, mathematics, and science** | **Reading** | **Math** | **Science** | **Number of students who met or exceeded the state's standards in reading/language arts, mathematics, and science** | **Reading** | **Math** | **Science** |
| 19. All students | | | | 29. All students | | | |
| 20. American Indian or Alaska Native students | | | | 30. American Indian or Alaska Native students | | | |
| 21. Asian students | | | | 31. Asian students | | | |
| 22. Black or African-American students | | | | 32. Black or African-American students | | | |
| 23. Hispanic or Latino students | | | | 33. Hispanic or Latino students | | | |
| 24. Native Hawaiian or Other Pacific Islander students | | | | 34. Native Hawaiian or Other Pacific Islander students | | | |
| 25. White students | | | | 35. White students | | | |
| 26. Two or more races students | | | | 36. Two or more races students | | | |
| 27. Economically disadvantaged students | | | | 37. Economically disadvantaged students | | | |
| 28. English language learners | | | | 38. English language learners | | | |

☑ Check this box if some fields were intentionally left blank

OMB # 1855-0025    PR/Award #S165A220037
Exp. 02/28/2025

**Student Selection**

25) Are any students automatically admitted to the MSAP school?

☐ Yes ☑ No

25a. If yes, what criteria are used to automatically admit students?  (Select all that apply.)

☐ Reside in attendance zone

☐ Sibling of enrolled student

☐ Parent/guardian's place of employment/district employee

☐ Other, please specify

☐ None

26) How are students who are not automatically admitted to the MSAP school selected?

☐ First come, first served basis

☑ Random lottery

☑ Weighted lottery

27) If a weighted lottery is used to select students not automatically admitted to the MSAP school, what weights did you use this grant year? (Select all that apply.)

☐ Racial composition of geographic area          MAGNET DISTRICT RESIDENCE, BOROUGH OF BROOKLYN RESIDENCE

☐ Socioeconomic status of a geographic area

☐ Race/ethnicity of individual student

☐ Socioeconomic status of individual student

☐ Sibling of enrolled student

☐ Reside in attendance zone

☐ Reside outside of the attendance zone

☐ Parent/guardian's place of employment

☐ Magnet theme articulation

☑ Other, please specify

☐ Not applicable

28) What entrance requirements does this school have, if any? (Select all that apply.)

OMB # 1855-0025
Exp. 02/28/2025

PR/Award #S165A220037

☐ Course grades or grade point average

☐ Test scores

☐ Essays

☐ Prerequisite courses

☐ Identification of student as gifted

☐ Audition/portfolio

☐ Other, please specify

☑ None

29) What is the total number of seats available for students based on the MSAP school's building capacity?   284

30) How many seats were available in this school's magnet program?   284

31) How many magnet program seats were available for students who reside outside of the MSAP school's attendance zone?   ☐ Not applicable

284

32) Percentage of total school capacity seats available to non-zoned students.   100%

100%

33 ) Percentage of magnet program seats available to non-zoned students.

34) This school is currently (select one)

At capacity

✔ Oversubscribed

If oversubscribed, describe the waitlist process for this MSAP school.

Undersubscribed

If undersubscribed, how are you addressing undersubscription at this MSAP school.

Applicants who do not receive an initial offer are put on a waitlist according to lottery results. Lottery results include priorities consistent with the New York City DOE's standard admission policies for Non–attendance zone middle schools. In order, these priorities will be given to residents of the magnet districts and residents of the borough of Brooklyn.

USDOE-Contiunation_000722

OMB # 1855-0025
Exp. 02/28/2025

## Data Collection Tables – School

*Part I. School Demographic Data*

| School demographic data | |
|---|---|
| 1.    School name | PS 116: Elizabeth L Farrell Elementary School |
| 2.    Grantee name | NYC Department of Education - Community School District 32 |
| 3. Was this school in a planning year or an implementation year? | ☐ Planning year        ☑ Implementation year |

USDOE-Contiunation_000723

OMB # 1855-0025 Exp. 02/28/2025

PR/Award #S165A220037

*Part II. Minority Group Isolation Data*

4.  Indicate the targeted racial/ethnic group the school wants to enroll to reduce minority group isolation. The targeted racial/ethnic group is the group of students the school plans to enroll more of to change the enrollment of the minority/racially isolated group. If the school has more than one targeted racial/ethnic group, select all that apply.


☑American Indian or Alaska Native students
☑Asian students
☑Black or African-American students
❒Hispanic or Latino students
☑Native Hawaiian or Other Pacific Islander students
☑White students

USDOE-Contiunation_000724

**Page 63**

**OMB #
1855-0025 Exp.
02/28/2025**

*Part III. Achievement Data*

| State assessment participation data | | | | State assessment achievement data | | | |
|---|---|---|---|---|---|---|---|
| **Number of students that participated in the state assessment in reading/language arts, mathematics, and science** | **Reading** | **Math** | **Science** | **Number of students who met or exceeded the state's standards in reading/language arts, mathematics, and science** | **Reading** | **Math** | **Science** |
| 19.  All students | | | | 29. All students | | | |
| 20.  American Indian or Alaska Native students | | | | 30. American Indian or Alaska Native students | | | |
| 21.  Asian students | | | | 31. Asian students | | | |
| 22.  Black or African-American students | | | | 32. Black or African-American students | | | |
| 23.  Hispanic or Latino students | | | | 33. Hispanic or Latino students | | | |
| 24.  Native Hawaiian or Other Pacific Islander students | | | | 34. Native Hawaiian or Other Pacific Islander students | | | |
| 25.  White students | | | | 35. White students | | | |
| 26.  Two or more races students | | | | 36. Two or more races students | | | |
| 27.  Economically disadvantaged students | | | | 37. Economically disadvantaged students | | | |
| 28.  English language learners | | | | 38. English language learners | | | |

☑ Check this box if some fields were intentionally left blank

**Student Selection**

25) Are any students automatically admitted to the MSAP school?

☐ Yes  ☑ No

25a. If yes, what criteria are used to automatically admit students?  (Select all that apply.)

☐ Reside in attendance zone

☐ Sibling of enrolled student

☐ Parent/guardian's place of employment/district employee

☐ Other, please specify

☐ None

26) How are students who are not automatically admitted to the MSAP school selected?

☐ First come, first served basis

☑ Random lottery

☑ Weighted lottery

27) If a weighted lottery is used to select students not automatically admitted to the MSAP school, what weights did you use this grant year? (Select all that apply.)

☐ Racial composition of geographic area    DISTRICT RESIDENCE,CURRENT ENROLLMENT IN SCHOOLS PRE-K (LOTTERY ONLY)

☐ Socioeconomic status of a geographic area

☐ Race/ethnicity of individual student

☐ Socioeconomic status of individual student

☑ Sibling of enrolled student

☑ Reside in attendance zone

☐ Reside outside of the attendance zone

☐ Parent/guardian's place of employment

☐ Magnet theme articulation

☑ Other, please specify

☐ Not applicable

28) What entrance requirements does this school have, if any? (Select all that apply.)

OMB # 1855-0025     PR/Award #S165A220037
Exp. 02/28/2025

☐ Course grades or grade point average

☐ Test scores

☐ Essays

☐ Prerequisite courses

☐ Identification of student as gifted

☐ Audition/portfolio

☐ Other, please specify

☑ None

29) What is the total number of seats available for students based on the MSAP school's building capacity?   479

30) How many seats were available in this school's magnet program?   479

31) How many magnet program seats were available for students who reside outside of the MSAP school's attendance zone?     ☐ Not applicable
388

32) Percentage of total school capacity seats available to non-zoned students.     81%

33 ) Percentage of magnet program seats available to non-zoned students.     81%

34) This school is currently (select one)

    At capacity

✔  Oversubscribed

      If oversubscribed, describe the waitlist process for this MSAP school.

    Undersubscribed

      If undersubscribed, how are you addressing undersubscription at this MSAP school.

Applicants who do not gain an initial offer are put on a waitlist according to lottery results. Lottery results include priorities consistent with the New York City DOE's standard admission policies to elementary schools.

In order, these priorities will be given to zoned students, siblings of students currently attending the magnet school, current enrollment in school's Pre-K(for K lottery only) and residents of the magnet district.

USDOE-Contiunation_000727

OMB # 1855-0025
Exp. 02/28/2025

## Data Collection Tables – School

*Part I. School Demographic Data*

| School demographic data | |
|---|---|
| 1.    School name | PS 145: Andrew Jackson Elementary School |
| 2.    Grantee name | NYC Department of Education - Community School District 32 |
| 3.Was this school in a planning year or an implementation year? | ☐ Planning year        ☑ Implementation year |

OMB #
1855-0025 Exp.
02/28/2025

PR/Award #S165A220037

*Part II. Minority Group Isolation Data*

4.  Indicate the targeted racial/ethnic group the school wants to enroll to reduce minority group isolation. The targeted racial/ethnic group is the group of students the school plans to enroll more of to change the enrollment of the minority/racially isolated group. If the school has more than one targeted racial/ethnic group, select all that apply.


☑American Indian or Alaska Native students
☑Asian students
☑Black or African-American students
☐Hispanic or Latino students
☑Native Hawaiian or Other Pacific Islander students
☑White students

**OMB #**
**1855-0025 Exp.**
**02/28/2025**

*Part III. Achievement Data*

| State assessment participation data | | | | State assessment achievement data | | | |
|---|---|---|---|---|---|---|---|
| **Number of students that participated in the state assessment in reading/language arts, mathematics, and science** | **Reading** | **Math** | **Science** | **Number of students who met or exceeded the state's standards in reading/language arts, mathematics, and science** | **Reading** | **Math** | **Science** |
| 19.  All students | | | | 29. All students | | | |
| 20.  American Indian or Alaska Native students | | | | 30. American Indian or Alaska Native students | | | |
| 21.  Asian students | | | | 31. Asian students | | | |
| 22.  Black or African-American students | | | | 32. Black or African-American students | | | |
| 23.  Hispanic or Latino students | | | | 33. Hispanic or Latino students | | | |
| 24.  Native Hawaiian or Other Pacific Islander students | | | | 34. Native Hawaiian or Other Pacific Islander students | | | |
| 25.  White students | | | | 35. White students | | | |
| 26.  Two or more races students | | | | 36. Two or more races students | | | |
| 27.  Economically disadvantaged students | | | | 37. Economically disadvantaged students | | | |
| 28.  English language learners | | | | 38. English language learners | | | |

☑ Check this box if some fields were intentionally left blank

OMB # 1855-0025
Exp. 02/28/2025

PR/Award #S165A220037

**Student Selection**

25) Are any students automatically admitted to the MSAP school?

☐ Yes ☑ No

25a. If yes, what criteria are used to automatically admit students?  (Select all that apply.)

☐ Reside in attendance zone

☐ Sibling of enrolled student

☐ Parent/guardian's place of employment/district employee

☐ Other, please specify

☐ None

26) How are students who are not automatically admitted to the MSAP school selected?

☐ First come, first served basis

☑ Random lottery

☑ Weighted lottery

27) If a weighted lottery is used to select students not automatically admitted to the MSAP school, what weights did you use this grant year? (Select all that apply.)

☐ Racial composition of geographic area          DISTRICT RESIDENCE, CURRENT ENROLLMENT IN SCHOOLS PRE-K (LOTTERY ONLY)

☐ Socioeconomic status of a geographic area

☐ Race/ethnicity of individual student

☐ Socioeconomic status of individual student

☑ Sibling of enrolled student

☑ Reside in attendance zone

☐ Reside outside of the attendance zone

☐ Parent/guardian's place of employment

☐ Magnet theme articulation

☑ Other, please specify

☐ Not applicable

28) What entrance requirements does this school have, if any? (Select all that apply.)

OMB # 1855-0025
Exp. 02/28/2025

PR/Award #S165A220037

☐ Course grades or grade point average

☐ Test scores

☐ Essays

☐ Prerequisite courses

☐ Identification of student as gifted

☐ Audition/portfolio

☐ Other, please specify

☑ None

29) What is the total number of seats available for students based on the MSAP school's building capacity?  686

30) How many seats were available in this school's magnet program?  686

31) How many magnet program seats were available for students who reside outside of the MSAP school's attendance zone?     ☐ Not applicable

465

32) Percentage of total school capacity seats available to non-zoned students.   67.78%

67.78%

33 ) Percentage of magnet program seats available to non-zoned students.

34) This school is currently (select one)

    At capacity

✔ Oversubscribed

    If oversubscribed, describe the waitlist process for this MSAP school.

    Undersubscribed

    If undersubscribed, how are you addressing undersubscription at this MSAP school.

Applicants who do not gain an initial offer are put on a waitlist according to lottery results. Lottery results include priorities consistent with the New York City DOE's standard admission policies to elementary schools.
In order, these priorities will be given to zoned students, siblings of students currently attending the magnet school, current enrollment in school's Pre-K(for K lottery only) and residents of the magnet district.

USDOE-Contiunation_000732

OMB # 1855-0025
Exp. 02/28/2025

## Data Collection Tables – School

*Part I. School Demographic Data*

| School demographic data | |
|---|---|
| 1. School name | PS 86: The Irvington Elementary School |
| 2. Grantee name | NYC Department of Education - Community School District 32 |
| 3. Was this school in a planning year or an implementation year? | ☐ Planning year      ☑ Implementation year |

USDOE-Contiunation_000733

OMB #
1855-0025 Exp.
02/28/2025

PR/Award #S165A220037

*Part II. Minority Group Isolation Data*

4.  Indicate the targeted racial/ethnic group the school wants to enroll to reduce minority group isolation. The targeted racial/ethnic group is the group of students the school plans to enroll more of to change the enrollment of the minority/racially isolated group. If the school has more than one targeted racial/ethnic group, select all that apply.

☑American Indian or Alaska Native students
☑Asian students
☑Black or African-American students
❑Hispanic or Latino students
☑Native Hawaiian or Other Pacific Islander students
☑White students

USDOE-Contiunation_000734

**OMB #**
**1855-0025 Exp.**
**02/28/2025**

*Part III. Achievement Data*

| State assessment participation data | | | | State assessment achievement data | | | |
|---|---|---|---|---|---|---|---|
| **Number of students that participated in the state assessment in reading/language arts, mathematics, and science** | **Reading** | **Math** | **Science** | **Number of students who met or exceeded the state's standards in reading/language arts, mathematics, and science** | **Reading** | **Math** | **Science** |
| 19.  All students | | | | 29. All students | | | |
| 20.  American Indian or Alaska Native students | | | | 30. American Indian or Alaska Native students | | | |
| 21.  Asian students | | | | 31. Asian students | | | |
| 22.  Black or African-American students | | | | 32. Black or African-American students | | | |
| 23.  Hispanic or Latino students | | | | 33. Hispanic or Latino students | | | |
| 24.  Native Hawaiian or Other Pacific Islander students | | | | 34. Native Hawaiian or Other Pacific Islander students | | | |
| 25.  White students | | | | 35. White students | | | |
| 26.  Two or more races students | | | | 36. Two or more races students | | | |
| 27.  Economically disadvantaged students | | | | 37. Economically disadvantaged students | | | |
| 28.  English language learners | | | | 38. English language learners | | | |

☑ Check this box if some fields were intentionally left blank

OMB # 1855-0025
Exp. 02/28/2025

PR/Award #S165A220037

**Student Selection**

25) Are any students automatically admitted to the MSAP school?

☐ Yes ☑ No

25a. If yes, what criteria are used to automatically admit students?  (Select all that apply.)

☐ Reside in attendance zone

☐ Sibling of enrolled student

☐ Parent/guardian's place of employment/district employee

☐ Other, please specify

☐ None

26) How are students who are not automatically admitted to the MSAP school selected?

☐ First come, first served basis

☑ Random lottery

☑ Weighted lottery

27) If a weighted lottery is used to select students not automatically admitted to the MSAP school, what weights did you use this grant year? (Select all that apply.)

☐ Racial composition of geographic area          DISTRICT RESIDENCE

☐ Socioeconomic status of a geographic area

☐ Race/ethnicity of individual student

☐ Socioeconomic status of individual student

☑ Sibling of enrolled student

☑ Reside in attendance zone

☐ Reside outside of the attendance zone

☐ Parent/guardian's place of employment

☐ Magnet theme articulation

☑ Other, please specify

☐ Not applicable

28) What entrance requirements does this school have, if any? (Select all that apply.)

OMB # 1855-0025
Exp. 02/28/2025

PR/Award #S165A220037

☐ Course grades or grade point average

☐ Test scores

☐ Essays

☐ Prerequisite courses

☐ Identification of student as gifted

☐ Audition/portfolio

☐ Other, please specify

☑ None

29) What is the total number of seats available for students based on the MSAP school's building capacity?  **522**

30) How many seats were available in this school's magnet program?  **522**

31) How many magnet program seats were available for students who reside outside of the MSAP school's attendance zone?  ☐ Not applicable

**427**

32) Percentage of total school capacity seats available to non-zoned students.  **81.8%**

33 ) Percentage of magnet program seats available to non-zoned students.  **81.8%**

34) This school is currently (select one)

　　At capacity

✔　Oversubscribed

　　　If oversubscribed, describe the waitlist process for this MSAP school.

　　Undersubscribed

　　　If undersubscribed, how are you addressing undersubscription at this MSAP school.

Applicants who do not gain an initial offer are put on a waitlist according to lottery results. Lottery results include priorities consistent with the New York City DOE's standard admission policies to elementary schools.

In order, these priorities will be given to zoned students, siblings of students currently attending the magnet school, and residents of the magnet district.

USDOE-Contiunation_000737

PR/Award #S165A220037

**OMB # 1855-0025**
**Exp. 02/28/2025**

## Section B – Budget Summary

| INCOME U.S. DEPARTMENT OF EDUCATION AND OTHER FEDERAL FUNDS | | | |
|---|---|---|---|
| **Funding Stream** | **Approved Budget** | | |
| ***Reporting Period:*** | *Start:* 10/01/25 *End:* 03/31/26 | | |
| 1. MSAP | 2445182.00 | | |
| Other: High Need Support for Title I | School Name | PS 86 | Amount 11042.00 |
| High Need Support for Title I STH | | PS 86 | 41.00 |
| Supplemental Support for Title I Servi | | PS 86 | 43515.00 |
| Supplemental Support for Title I STH S | | PS 86 | 22963.00 |
| Title I SWP | | PS 86 | 440868.00 |
| Title I SWP Carry Over Parent and Far | | PS 86 | 290.00 |
| Title I SWP Parent and Family Engage | | PS 86 | 4409.00 |
| Title I SWP STH | | PS 86 | 232645.00 |
| Title I SWP Translation Services | | PS 86 | 1925.00 |
| Title IIA Carryover Supplemental | | PS 86 | 18073.00 |
| Title IIA Supplemental | | PS 86 | 27062.00 |
| Title III LEP | | PS 86 | 21920.00 |
| Title III LEP Carryover | | PS 86 | 14696.00 |
| High Need Support for Title I | | PS 116 | 7887.00 |
| High Need Support for Title I STH | | PS 116 | 2994.00 |
| Supplemental Support for Title I Servic | | PS 116 | 31082.00 |
| Supplemental Support for Title I STH S | | PS 116 | 11799.00 |
| Title I SWP | | PS 116 | 314906.00 |

USDOE-Contiunation_000738

## Section B – Budget Summary

| | EXPENSES U.S. DEPARTMENT OF EDUCATION FUNDS | | | | |
|---|---|---|---|---|---|
| Budget Categories | Carryover from Previous Budget Period | Approved Budget | Expenditures | Anticipated Costs | Carryover to Future Budget Period |
| *Reporting Period:* | *Start:* 10/1/24 *End:* 9/30/25 | *Start:* 10/1/25 *End:* 9/30/26 | *Start:* 10/1/25 *End:* 3/31/26 | *Start:* 4/1/26 *End:* 9/30/26 | *Start:* 10/1/26 *End:* 9/30/27 |
| 2. Personnel | 1348942.00 | 0.00 | 765065.00 | 411753.00 | 0.00 |
| 3. Fringe Benefits | 560050.00 | 0.00 | 318817.00 | 182439.00 | 0.00 |
| 4. Travel | 25000.00 | 0.00 | 57231.00 | 0.00 | 0.00 |
| 5. Equipment | 45000.00 | 0.00 | 0.00 | 6174.00 | 0.00 |
| 6. Supplies | 115000.00 | 0.00 | 210564.00 | 0.00 | 0.00 |
| 7. Contractual | 269971.00 | 0.00 | 371284.00 | 0.00 | 0.00 |
| 8. Construction | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 9. Other | 10000.00 | 0.00 | 50636.00 | 0.00 | 0.00 |
| 10. Total Direct Costs (items 2-9) | 2373963.00 | | 1773597.00 | 600366.00 | |
| 11. Indirect Costs | 71219.00 | 0.00 | 53208.00 | 18011.00 | 0.00 |
| 12. Training Stipends | | | | | |
| 13. Total Costs (items 10-12) | 2445182.00 | | 1826805.00 | 618377.00 | |

USDOE-Contiunation_000739

*Page 2*

1.  Please provide an explanation if funds have not been drawn down from the G5 System to pay for the budget expenditure amounts reported in items 8a. – 8c of the Cover Sheet.

    The NYC Department of Education's Division of Financial Administration draws down budget expenditures from the G5 system when charges have cycled through the department's accounting system. These draw-downs typically occur approximately every 2-3 months.

USDOE-Contiunation_000740

Page 3

2. Please provide an explanation if you ***did not*** expend funds at the expected rate during the reporting period.

   During the reporting period, funds were not expended at the anticipated rate due to the absence of new funding allocations for the project year. As a result, expenditures were limited to the use of remaining carryover funds.

*Page 4*

3.  Describe any significant changes to your budget resulting from modification of project activities.

    N/A

*Page 5*

4.  Please describe any changes to your budget that affected your ability to achieve your approved project activities and/or project objectives.

    CSD 32-16 is operating on an austerity budget this year as a result of the USDE non-continuation award of MSAP grant funding beginning in September 2025, compounded by a funding pause that left the district without access to grant funds from October through December 2025. These significant budgetary disruptions adversely impacted the district's ability to fully implement approved project activities and objectives, affecting instructional programming, enrichment opportunities, school events and outreach efforts, professional development, staffing support, end-of-year activities, summer programming, and summer planning for the upcoming school year. Schools were required to scale back or delay partnerships, residencies, field trips, recruitment initiatives, and out-of-school-time programming, while also limiting access to instructional materials, external consultants, and per-session support critical to sustaining high-quality magnet implementation.

*Page 6*

5.  Do you expect to have any unexpended (carryover) funds at the end of the current budget period?  ☐ Yes ☑ No.

    a. If yes, please explain why, provide an estimate, and indicate how you plan to use the unexpended funds in the next budget period.

*Page 7*

6.  Describe any anticipated changes in your budget for the *next* budget period that require prior approval from the Department? (See EDGAR, 2 CFR 200.407, as applicable.)

    Any possible budget changes that require prior approval are yet to be determined.

MSAP District 32-16

APR YEAR FOUR BUDGET REPORT BY LOCATION

10/01/25 – 4/30/26

| BUDGET CATEGORY | KS32 | PS 86 | PS 116 | PS 145 | MS35 | TOTAL COST |
|---|---|---|---|---|---|---|
| PERSONNEL | $ 125,659 | $ 124,363 | $ 162,356 | $ 131,330 | $ 221,357 | $ 765,065 |
| FRINGE BENEFITS | $ 50,675 | $ 56,996 | $ 70,231 | $ 46,467 | $ 94,448 | $ 318,817 |
| TRAVEL | $ 27,943 | $ 0 | $ 0 | $ 13,082 | $ 16,206 | $ 57,231 |
| EQUIPMENT | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 |
| SUPPLIES | $ 1,853 | $ 13,011 | $ 29,624 | $ 107,076 | $ 59,000 | $ 210,564 |
| CONTRACTUAL | $ 103,799 | $ 78,514 | $ 91,824 | $ 51,822 | $ 45,325 | $ 371,284 |
| OTHER | $ 2,850 | $ 4,043 | $ 175 | $ 1,874 | $ 41,694 | $ 50,636 |
| TOTAL DIRECT COSTS | $ 312,779 | $ 276,927 | $ 354,210 | $ 351,651 | $ 478,030 | $ 1,773,597 |
| INDIRECT COSTS | $ 9,383 | $ 8,308 | $ 10,626 | $ 10,550 | $ 14,341 | $ 53,208 |
| TRAINING STIPEND | $ 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL COSTS | $ 322,162 | $ 285,235 | $ 364,836 | $ 362,201 | $ 492,371 | $ 1,826,805 |

**APR YEAR FOUR UPCOMING BUDGET REPORT BY LOCATION**

**MSAP District 32-16**

**YEAR THREE UPCOMING REPORTING PERIOD ANTICIPATED EXPENDITURES 5/1/26 – 9/30/26**

**May 2026**

| BUDGET CATEGORY | DISTRICT | PS 86 | PS 116 | PS 145 | MS35 | TOTAL COST |
|---|---|---|---|---|---|---|
| **PERSONNEL** | $ 80,086 | $ 101,578 | $ 77,997 | $ 53,485 | $ 98,607 | $ 411,753 |
| **FRINGE BENEFITS** | 35,450 | 45,300 | 34,493 | 23,258 | 43,938 | 182,439 |
| **TRAVEL** | 0 | 0 | 0 | 0 | 0 | **0** |
| **EQUIPMENT** | 0 | 0 | 0 | 0 | 0 | **0** |
| **SUPPLIES** | 0 | 1,520 | 1500 | 1500 | 1,654 | 6,174 |
| **CONTRACTUAL** | 0 | 0 | 0 | 0 | 0 | **0** |
| **OTHER** | 0 | 0 | 0 | 0 | 0 | **0** |
| **TOTAL DIRECT COSTS** | $ 115,536 | 148,398 | 113,990 | 78,243 | 144,199 | $ 600,366 |
| **INDIRECT COSTS** | 3,466 | 4,452 | 3,420 | 2,347 | 4,326 | 18,011 |
| **TRAINING STIPEND** | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTAL COSTS** | $ 119,002 | 152,850 | 117,410 | 80,590 | 148,525 | $ **618,377** |

OMB # 1855-0025
Exp. 02/28/2025

## Section C – Additional Information
*Desegregation Plan Information Forms*

| Type of Desegregation Plan |
|---|
| **(Check one and attach the appropriate documents)** |

☐  A Required Plan: A plan that is (1) implemented pursuant to a final order of a court of the United States, or a court of any State, or any other state agency or official of competent jurisdiction and (2) the order requires the desegregation of minority group segregated children or faculty in the elementary and secondary schools of that agency or those agencies.

Attach the Following Documents
•       A copy of the court or agency order that demonstrated that the magnet school(s) for which assistance is sought under the grant are a part of the approved plan.
•       Note: If the applicant is implementing a previously approved plan that does not include the magnet school(s) for which assistance is requested, the plan must be modified to include the new magnet school(s). The applicant must obtain approval of the new magnet schools, or any other modification to its desegregation plan, from the court, agency or official that originally approved the plan. The date by which proof of approval of any desegregation plan modification must be submitted to the US Department of Education is identified in the closing date notice.

Any desegregation plan modification should be mailed to: Gillian Cohen-Boyer
US Department of Education
Office of Elementary and Secondary Education
400 Maryland Avenue SW, Rm 3C140
Washington, DC 20202-5970

☑ A Voluntary Plan: A plan to reduce, eliminate or prevent minority group isolation that is being implemented (or would be implemented if assistance under the Magnet Schools Assistance Program is made available) on either a voluntary basis or as required under Title VI of the Civil Rights Act of 1964.

Attach the Following Documents
•       A copy of the plan
•       A copy of the school board resolution adopting and implementing the plan, or agreeing to adopt and implement the plan upon the award of assistance.

**Desegregation Plan and Assurances**
**OMB-1855-0011- Expiration 01/31/2025**

To facilitate the review of the LEA's Desegregation Plan for the purposes of determining eligibility for an MSAP award, please provide the following information:

**1. Plan Type – Please check the appropriate box and attach required documentation**

☐ **A Required Plan:** A plan that is undertaken pursuant to a final order issued by a court of the United States, or a court of any State, or any other state agency or official of competent jurisdiction that requires the desegregation of minority group segregated children or faculty in the elementary and secondary schools of that agency or those agencies.

**Attach the Following Documents:**
- A copy of the court or agency order that demonstrated that the magnet school(s) for which assistance is sought under the grant are a part of the approved plan.
- All subsequent related court orders.
- If a State Agency-Required Plan, include documentation showing state agency approval of the plan.
- If an OCR-Required Plan: the original OCR-required desegregation plan.

**Modifications to Plans:** If the applicant is implementing a previously approved plan that does not include the magnet school(s) for which assistance is requested, the plan must be modified to include the new magnet school(s). The applicant must obtain approval of the new magnet schools, or any other modification to its desegregation plan, from the court, agency or official that originally approved the plan. The date by which proof of approval of any desegregation plan modification must be submitted to the US Department of Education is identified in the closing date notice. Any **required desegregation plan modification** should be received by May 25, 2022, and should be scanned and emailed to Gillian Cohen-Boyer at msap.team@ed.gov or mailed to her at U.S. Department of Education; Office of Elementary and Secondary Education; 400 Maryland Avenue SW; Washington, DC 20202-5970

☑ **A Voluntary Plan:** A plan to reduce, eliminate, or prevent minority group isolation that is being implemented (or would be implemented if assistance under the Magnet Schools Assistance Program is made available) on either a voluntary basis or as required under Title VI of the Civil Rights Act of 1964.

*Attach the Following Documents*
- A copy of the plan
- A copy of the school board resolution adopting and implementing the plan or agreeing to adopt and implement the plan upon the award of assistance.
- If the applicant is not a traditional LEA, but rather an entity considered an LEA for the purposes of grants (such as some charter school LEA or regional service providers), include appropriate documentation indicating the entity is an eligible LEA under MSAP in the State where the entity proposes to create, implement, or expand magnet schools to support the appropriate approvals described above.



**Department of
Education**

Office of Student Enrollment
Sarah Kleinhandler
Chief Executive Officer
52 Chamber Street
New York, NY  10007

April 1, 2022

Dear Superintendents Lozada and Martin:

The Office of Student Enrollment (OSE) has reviewed the Voluntary Inter-district Desegregation Plan for Districts 32 and 16 to support a Magnet Schools Assistance Program application.

The plan includes the following designated magnet schools: PS 86, PS 116, PS 145, and MS 35.  The intent of the Districts 32 and 16 plan is to eliminate minority group isolation in participating schools through voluntary inter-district student enrollment.

Insofar as the plan is an optional program designed to promote a reduction in racial isolation and increase diversity in  schools in Districts 32 and 16, this office is approving the plan. Approval is made with the understanding that Districts 32 and 16 will monitor aspects of the plan to ensure the achievement of the desegregation objectives at all participating schools.

Further, you are advised that the availability of student transportation is established by Chancellor's Regulations, as administered by the Office of Pupil Transportation.

If you need further assistance, please contact me at (212)374-6702.

Sincerely,

Sarah Kleinhandler
Chief Executive Officer
Office of Student Enrollment



**Department of
Education**

Rebecca Lozada
Community Superintendent
District 32
797 Bushwick Avenue
Brooklyn, New York 11221

Yolanda Martin
Community Superintendent
District 16
1010 Lafayette Avenue
Brooklyn, New York 11221

April 1, 2022

Sarah Kleinhandler, CEO
Office of Student Enrollment
52 Chambers Street
New York, NY 10007

Dear Ms. Kleinhandler:

The following document is being submitted for your approval.  This proposal has the full support of Community Superintendents 32 and 16.

- Inter-district Voluntary Desegregation Plan for Districts 32 and 16

We are requesting an expedited review. Magnet Schools Assistance Program applications must be received by the US Department of Education by April 25, 2022.

Thank you for your support of these efforts.

Sincerely,

Rebecca Lozada, Community School District 32 Superintendent

Yolanda Martin, Community School District 16 Superintendent

**District 32 - 16 Inter-district MSAP Consortium Voluntary Desegregation Plan**

The District 32 and District 16 Inter-district Voluntary Desegregation Plan meets the statutory requirements of Title IV, Part D of the Every Student Succeeds Act (ESSA) (Sections 4401-4409), which authorizes the Magnet Schools Assistance Program. Under this Voluntary Inter-district Desegregation Plan, the D32-D16 consortium will establish four new, whole-school, theme-based magnet schools (PS 86, PS 116, PS 145, and MS 35). The intent of the inter-district voluntary desegregation plan is, through voluntary inter-district student enrollment, to eliminate minority group isolation at three District 32 participating Elementary schools (PS 86, PS 116, and PS 145) and one District 32 Middle school (MS 35).

According to the definition established by the D32-D16 consortium, minority group isolation is present when the proportion of students belonging to a specific minority group is greater than 10 percentage points above the district average percentage for that group. In CSD 32, the minority isolated group is Hispanic/Latinx at PS 86, PS 116, and PS 145 (15.6, 14.9, and 10.8 percentage points above the District, respectively). In CSD 16, the minority isolated group is Black/African American at MS 35 (14.1 percentage points above the District).

The D32-16 inter-district magnet initiative will capitalize on the ethnic, racial, and SES diversity present within and across the Consortium districts. In addition to distinct demographic differences in the districts that provide diversification possibilities, so too do the different grade configurations and isolated minority groups across participating schools. The geographic locations of the proposed magnet schools in the project, across two contiguous NYC school districts, is intentional, to maximize potential diversity of the participating schools. The vibrant opportunities for racially and socioeconomically diversifying schools – both across district lines and within districts – is a powerful combination.

The Community School Districts 32 and 16 inter-district magnet initiative further capitalizes on ethnic, racial, and SES diversity within and across the districts by targeting a sub-set of feeder schools. These feeder schools have much more diverse ethnic and racial enrollments and substantially lower levels of poverty percentages than the magnet schools. Across the consortium districts, 82.7% of students qualify free or reduced priced lunch, or are eligible for Human Resources Administration Benefits, meeting the NYC poverty definition. The percentages at the proposed magnet schools range from a low of 85.3% to a high above 95% — all above the districtwide averages. In contrast, the five feeder schools – PS 110, PS 34, PS 123 (PK-5), and IS 577 and IS 915 (6-8), have poverty indices that range from 24.9% in PS 110 to 78.1% in PS 123. These feeder schools are also overcrowded, topping out at 135% utilization, compared to the magnet schools, each with less than 100% utilization. An important goal is to attract students who would ordinarily attend the identified feeder schools to voluntarily enroll in the project magnet schools.

The Consortium also plans to attract students from diverse backgrounds who are zoned to the schools but do not attend. In the 2021-22 school year, over 900 students who were zoned to attend one of the four proposed D32-D16 magnet schools opted not to enroll, but rather chose to attend either another public school in the district (N= 250 students), a public school outside the district (N=258 students), or a charter school (N=405). According to data from the 2019–20 Private Schools Universe Survey, 27 non-public schools serving students in grades PreK-8 are located within a five-mile radius of the zip codes of the four D16-D32 magnet schools. These schools

**District 32 - 16 Inter-district MSAP Consortium Voluntary Desegregation Plan**

serve about 5,800 students. When these data are compared with the demographic data of the public school student population across D16-D32, they show that the non-public schools serve a substantially higher proportion of White students (38% to 3%) and lower proportions of African American (5% to 34%) and Hispanic students (42% to 59%).

By developing new, attractive, and academically rigorous magnet programs, the schools will be able to attract a more diverse population of students. Each new magnet school will provide a unique thematic curriculum; with subject matter, activities, and teaching methodologies that are not generally offered to students of the same grade level in other schools in the districts. These magnet schools will create compelling, rigorous, and innovative learning environments with state-of-the-art technology, proven instructional methods, and standards- and evidence-based programs within the NYC public school system that will substantially strengthen students' knowledge of academic subjects and attainment of tangible and marketable vocational, technological, and professional skills. In addition, the project will bring together a robust set of community partners to support the various facets of the magnet program design, including curriculum development, student enrichment, and professional development and coaching.

Aggressive and targeted outreach and recruitment, designed using multi-faceted communication and dissemination strategies, including support from an experienced communications firm (Technology Therapy Group), will promote awareness of the magnet program offerings to attract a more diverse population of families than is currently attending the proposed magnet schools. Both district- and school-based staff will develop promotional materials, establish relationships with the local press, create a strong social media presence, and form linkages with community-based organizations to inform families about the magnet schools. Additionally, each school will work with their district staff and the NYCDOE Translation Unit to ensure that they have access to resources to provide verbal and written information about the programs with native speakers of languages other than English. Each school will also work to recruit native speakers of languages other than English from their staff, parents, and local communities to interact directly with parents so that they feel welcome in the school buildings and understand the information shared. Further buoying diversity and inclusion goals, a diverse educator workforce, coupled with professional growth strategies, will be leveraged to help to elevate the backgrounds, experiences, and perspectives of NYCDOE students, parents, and families.

In NYC, all families have the opportunity to enroll in a public elementary or middle school using the standard admission policies and in line with DOE admissions priorities for elementary and middle schools. The admissions process for the four D32-D16 magnet schools will be fully aligned with these processes. Furthermore, the admissions process will use a race-neutral lottery that does not include academic achievement as a selection criterion. An Inter-District Consortium Committee, comprised of Superintendent representatives from both districts; the MSAP Project Director; the Senior Advisor to Chancellor's Leadership team; and administrators, magnet support staff, students, and families from each magnet school, will meet quarterly to plan and reflect on benchmarks and goals, as well as plan, implement, and review cross-district initiatives related to recruitment. Specific initiatives will include developing a clear pathway between magnet elementary and middle schools, inter-district Critical Friends groups to improve pedagogical practices, and creating opportunities for students, staff, and families to share and celebrate their diverse experiences.

NYC Districts 32-16 MSAP Desegregation Plan Information

Please note that New York City does not have school boards. Therefore, the voluntary desegregation plan for the District 32-16 MSAP proposal was not approved via a school board resolution. It was submitted to the New York City Department of Education by the Community Superintendents of Districts 32 and 16, and then approved by the Chief Executive Officer from the Department of Education's Office of Student Enrollment. Copies of the District 32-16 voluntary desegregation plan, the districts' request for approval and the approval are included in the Desegregation Plan section of this submitted MSAP Application.

PR/Award #S165A220037

NYC Districts 32-16 MSAP Desegregation Plan Information

Please note that New York City does not have school boards. Therefore, the voluntary desegregation plan for the District 32-16 MSAP proposal was not approved via a school board resolution. It was submitted to the New York City Department of Education by the Community Superintendents of Districts 32 and 16, and then approved by the Chief Executive Officer from the Department of Education's Office of Student Enrollment. Copies of the District 32-16 voluntary desegregation plan, the districts' request for approval and the approval are included in the Desegregation Plan section of this submitted MSAP Application.

## Magnet Schools Assistance Program Assurances

In accordance with section 4405(b)(2) of the ESSA, the applicant hereby assures and certifies that it will-

*(A) use grant funds under this part for the purposes specified in section 4401(b);*

*(B) employ highly qualified teachers in the courses of instruction assisted under this part;*

*(C} not engage in discrimination based on race, religion, color, national origin, sex, or disability in the hiring, promotion, or assignment of employees of the applicant or other personnel for whom the applicant has any administrative responsibility.*

*{D) not engage in discrimination based on race, religion, color, national origin, sex, or disability in the assignment of students to schools, or to courses of instruction within the schools, of such applicant, except to carry out the approved plan.*

*(E) not engage in discrimination based on race, religion, color, national origin, sex, or disability in designing or operating extracurricular activities for students.*

*(F) carry out a high-quality education program that will encourage greater parental decision-making and involvement; and*

*(G) give students residing in the local attendance area of the proposed magnet school program equitable consideration for placement in the program, consistent with desegregation guidelines and the capacity of the applicant to accommodate the students.*

*************************************************************************

If the applicant has an approved desegregation plan, the applicant hereby assures and certifies that it is implementing that desegregation plan as approved.

*Arelis Parache*                              05/11/2026

Signature of Authorized                      Date
Representative

OMB # 1855-0025
Exp. 02/28/2025

**Table 1: Enrollment Data-LEA Level**

☐ *Check this box if all the magnet schools included in the program are implementing a magnet program for the first time.*

Actual Enrollment
        **October 1, 2025**

| Grade Level | American Indian / Alaskan Native (Number) | American Indian / Alaskan Native (%) | Asian (Number) | Asian (%) | Black or African American (Number) | Black or African American (%) | Hispanic/Latino (Number) | Hispanic/Latino (%) | Native Hawaiian or Other Pacific Islander (Number) | Native Hawaiian or Other Pacific Islander (%) | White (Number) | White (%) | Two or more races (Number) | Two or more races (%) | Total Students |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PK | 6 | 1.35 | 8 | 1.80 | 69 | 15.51 | 324 | 72.81 | 1 | 0.22 | 30 | 6.74 | 7 | 1.57 | 445 |
| K | 11 | 2.10 | 10 | 1.91 | 60 | 11.45 | 414 | 79.01 | 1 | 0.19 | 24 | 4.58 | 4 | 0.76 | 524 |
| 1 | 3 | 0.56 | 5 | 0.93 | 62 | 11.50 | 441 | 81.82 | 1 | 0.19 | 20 | 3.71 | 7 | 1.30 | 539 |
| 2 | 4 | 0.68 | 7 | 1.19 | 74 | 12.61 | 474 | 80.75 | 2 | 0.34 | 24 | 4.09 | 2 | 0.34 | 587 |
| 3 | 1 | 0.17 | 4 | 0.67 | 55 | 9.27 | 510 | 86.00 | 2 | 0.34 | 17 | 2.87 | 4 | 0.67 | 593 |
| 4 | 3 | 0.50 | 2 | 0.34 | 62 | 10.40 | 505 | 84.73 | 1 | 0.17 | 17 | 2.85 | 6 | 1.01 | 596 |
| 5 | 4 | 0.68 | 6 | 1.02 | 75 | 12.80 | 488 | 83.28 | 2 | 0.34 | 10 | 1.71 | 1 | 0.17 | 586 |
| 6 | 3 | 0.43 | 14 | 2.03 | 99 | 14.33 | 544 | 78.73 | 0 | 0.00 | 26 | 3.76 | 5 | 0.72 | 691 |
| 7 | 5 | 0.71 | 16 | 2.29 | 81 | 11.57 | 575 | 82.14 | 7 | 1.00 | 13 | 1.86 | 3 | 0.43 | 700 |
| 8 | 6 | 0.76 | 21 | 2.67 | 132 | 16.79 | 606 | 77.10 | 1 | 0.13 | 16 | 2.04 | 4 | 0.51 | 786 |
| 9 | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| Total | 46 | 0.76 | 93 | 1.54 | 769 | 12.72 | 4,881 | 80.72 | 18 | 0.30 | 197 | 3.26 | 43 | 0.71 | 6,047 |

OMB # 1855-0025
Exp. 02/28/2025

Table 2: Enrollment Data-Feeder Schools

| Schools | | Actual Enrollment as of October 1, 2025 | | | | | | | | | | | | | | | |
|---------|---------|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FEEDER | MAGNET(S) | American Indian /Alaskan Native (Number) | American Indian /Alaskan Native (%) | Asian (Number) | Asian (%) | Black or African-American (Number) | Black or African-American (%) | Hispanic/Latino (Number) | Hispanic/Latino (%) | Native Hawaiian or Other Pacific Islander (Number) | Native Hawaiian or Other Pacific Islander (%) | White (Number) | White (%) | Two or more races (Number) | Two or more races (%) | Total Students |
| IS 577 | MS 35: Stephen Decatur Middle School | 2 | 0.63 | 4 | 1.26 | 34 | 10.69 | 224 | 70.44 | 0 | 0.00 | 51 | 16.04 | 3 | 0.94 | 318 |
| IS 915 | MS 35: Stephen Decatur Middle School | 3 | 0.92 | 26 | 7.98 | 128 | 39.26 | 75 | 23.01 | 2 | 0.61 | 67 | 20.55 | 25 | 7.67 | 326 |
| PS 110 | PS 116: Elizabeth L Farrell Elementary School PS 145: Andrew Jackson Elementary School PS 86: The Irvington Elementary School | 1 | 0.19 | 13 | 2.46 | 17 | 3.21 | 97 | 18.34 | 0 | 0.00 | 351 | 66.35 | 50 | 9.45 | 529 |
| PS 132 | PS 116: Elizabeth L Farrell Elementary School PS 145: Andrew Jackson Elementary School PS 86: The Irvington Elementary School | 3 | 0.50 | 37 | 6.11 | 61 | 10.07 | 201 | 33.17 | 1 | 0.17 | 255 | 42.08 | 48 | 7.92 | 606 |
| PS 34 | PS 116: Elizabeth L Farrell Elementary School PS 145: Andrew Jackson Elementary School PS 86: The Irvington Elementary School | 0 | 0.00 | 18 | 4.02 | 11 | 2.46 | 68 | 15.18 | 0 | 0.00 | 308 | 68.75 | 43 | 9.60 | 448 |

**Table 3: Enrollment Data-Magnet Schools  OMB-1855-0025  Expiration 02/28/2025**

- Use a separate copy of this table (or the applicants own format) for each magnet school participating in the project.
- Provide data for all students in each grade for which the school enrolls students.

### MS 35: Stephen Decatur Middle School

Actual Enrollment  (October 1, 2025)

| Grade Level | American Indian / Alaskan Native (Number) | American Indian / Alaskan Native (%) | Asian (Number) | Asian (%) | Black or African American (Number) | Black or African American (%) | Hispanic/Latino (Number) | Hispanic/Latino (%) | Native Hawaiian or Other Pacific Islander (Number) | Native Hawaiian or Other Pacific Islander (%) | White (Number) | White (%) | Two or more races (Number) | Two or more races (%) | Total Students |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PK | | | | | | | | | | | | | | | |
| K | | | | | | | | | | | | | | | |
| 1 | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | |
| 6 | 1 | 1.25 | 0 | 0.00 | 68 | 85.00 | 9 | 11.25 | 0 | 0.00 | 0 | 0.00 | 2 | 2.50 | 80 |
| 7 | 0 | 0.00 | 0 | 0.00 | 52 | 82.54 | 8 | 12.70 | 0 | 0.00 | 0 | 0.00 | 3 | 4.76 | 63 |
| 8 | 0 | 0.00 | 0 | 0.00 | 47 | 90.38 | 5 | 9.62 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 52 |
| 9 | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| Total | 1 | 0.51 | 0 | 0.00 | 167 | 85.64 | 22 | 11.28 | 0 | 0.00 | 0 | 0.00 | 5 | 2.56 | 195 |

USDOE-Contiunation_000759

**Table 3: Enrollment Data-Magnet Schools  OMB-1855-0025  Expiration 02/28/2025**

- Use a separate copy of this table (or the applicants own format) for each magnet school participating in the project.
- Provide data for all students in each grade for which the school enrolls students.

### PS 116: Elizabeth L Farrell Elementary School

**Actual Enrollment** (October 1, 2025)

| Grade Level | American Indian / Alaskan Native (Number) | American Indian / Alaskan Native (%) | Asian (Number) | Asian (%) | Black or African American (Number) | Black or African American (%) | Hispanic/Latino (Number) | Hispanic/Latino (%) | Native Hawaiian or Other Pacific Islander (Number) | Native Hawaiian or Other Pacific Islander (%) | White (Number) | White (%) | Two or more races (Number) | Two or more races (%) | Total Students |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PK | 1 | 3.70 | 1 | 3.70 | 4 | 14.81 | 21 | 77.78 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 27 |
| K | 0 | 0.00 | 1 | 2.56 | 1 | 2.56 | 37 | 94.87 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 39 |
| 1 | 0 | 0.00 | 0 | 0.00 | 2 | 5.56 | 32 | 88.89 | 0 | 0.00 | 2 | 5.56 | 0 | 0.00 | 36 |
| 2 | 0 | 0.00 | 0 | 0.00 | 1 | 2.27 | 43 | 97.73 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 44 |
| 3 | 0 | 0.00 | 1 | 2.56 | 2 | 5.13 | 35 | 89.74 | 0 | 0.00 | 0 | 0.00 | 1 | 2.56 | 39 |
| 4 | 0 | 0.00 | 0 | 0.00 | 3 | 5.56 | 50 | 92.59 | 0 | 0.00 | 1 | 1.85 | 0 | 0.00 | 54 |
| 5 | 0 | 0.00 | 1 | 2.33 | 0 | 0.00 | 42 | 97.67 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 43 |
| 6 | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| Total | 1 | 0.35 | 4 | 1.42 | 13 | 4.61 | 260 | 92.20 | 0 | 0.00 | 3 | 1.06 | 1 | 0.35 | 282 |

**Table 3: Enrollment Data-Magnet Schools  OMB-1855-0025  Expiration 02/28/2025**

- Use a separate copy of this table (or the applicants own format) for each magnet school participating in the project.
- Provide data for all students in each grade for which the school enrolls students.

### PS 145: Andrew Jackson Elementary School

| Grade Level | American Indian / Alaskan Native (Number) | American Indian / Alaskan Native (%) | Asian (Number) | Asian (%) | Black or African American (Number) | Black or African American (%) | Hispanic/Latino (Number) | Hispanic/Latino (%) | Native Hawaiian or Other Pacific Islander (Number) | Native Hawaiian or Other Pacific Islander (%) | White (Number) | White (%) | Two or more races (Number) | Two or more races (%) | Total Students |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PK | 0 | 0.00 | 4 | 5.41 | 8 | 10.81 | 46 | 62.16 | 0 | 0.00 | 14 | 18.92 | 2 | 2.70 | 74 |
| K | 0 | 0.00 | 2 | 2.56 | 9 | 11.54 | 57 | 73.08 | 0 | 0.00 | 6 | 7.69 | 4 | 5.13 | 78 |
| 1 | 0 | 0.00 | 0 | 0.00 | 8 | 13.79 | 49 | 84.48 | 0 | 0.00 | 1 | 1.72 | 0 | 0.00 | 58 |
| 2 | 0 | 0.00 | 0 | 0.00 | 8 | 12.12 | 56 | 84.85 | 0 | 0.00 | 2 | 3.03 | 0 | 0.00 | 66 |
| 3 | 0 | 0.00 | 0 | 0.00 | 5 | 7.46 | 61 | 91.04 | 1 | 1.49 | 0 | 0.00 | 0 | 0.00 | 67 |
| 4 | 0 | 0.00 | 0 | 0.00 | 8 | 13.11 | 52 | 85.25 | 1 | 1.64 | 0 | 0.00 | 0 | 0.00 | 61 |
| 5 | 0 | 0.00 | 1 | 1.59 | 6 | 9.52 | 53 | 84.13 | 0 | 0.00 | 3 | 4.76 | 0 | 0.00 | 63 |
| 6 | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| Total | 0 | 0.00 | 7 | 1.50 | 52 | 11.13 | 374 | 80.09 | 2 | 0.43 | 26 | 5.57 | 6 | 1.28 | 467 |

Actual Enrollment **(October 1, 2025)**

**Table 3: Enrollment Data-Magnet Schools  OMB-1855-0025  Expiration 02/28/2025**

- Use a separate copy of this table (or the applicants own format) for each magnet school participating in the project.
- Provide data for all students in each grade for which the school enrolls students.

### PS 86: The Irvington Elementary School

Actual Enrollment (October 1, 2025)

| Grade Level | American Indian / Alaskan Native (Number) | American Indian / Alaskan Native (%) | Asian (Number) | Asian (%) | Black or African American (Number) | Black or African American (%) | Hispanic/Latino (Number) | Hispanic/Latino (%) | Native Hawaiian or Other Pacific Islander (Number) | Native Hawaiian or Other Pacific Islander (%) | White (Number) | White (%) | Two or more races (Number) | Two or more races (%) | Total Students |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PK | | | | | | | | | | | | | | | |
| K | 3 | 6.98 | 1 | 2.33 | 2 | 4.65 | 35 | 81.40 | 0 | 0.00 | 2 | 4.65 | 0 | 0.00 | 43 |
| 1 | 0 | 0.00 | 0 | 0.00 | 1 | 1.85 | 52 | 96.30 | 0 | 0.00 | 1 | 1.85 | 0 | 0.00 | 54 |
| 2 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 51 | 94.44 | 0 | 0.00 | 2 | 3.70 | 1 | 1.85 | 54 |
| 3 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 58 | 98.31 | 0 | 0.00 | 1 | 1.69 | 0 | 0.00 | 59 |
| 4 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 53 | 96.36 | 0 | 0.00 | 0 | 0.00 | 2 | 3.64 | 55 |
| 5 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 50 | 100.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 50 |
| 6 | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| Total | 3 | 0.95 | 1 | 0.32 | 3 | 0.95 | 299 | 94.92 | 0 | 0.00 | 6 | 1.90 | 3 | 0.95 | 315 |



Arelis Parache
Community Superintendent District 32
1160 Decatur Street
Brooklyn NY 11207

Magnet Schools Assistance Program (MSAP)
U.S. Department of Education
Office of Elementary and Secondary Education
400 Maryland Avenue, SW Washington, D.C. 20202

May 8, 2026

Re: NYC MSAP District 32 (32-16) Desegregation Plan

Dear MSAP Program Office:

This letter is to verify that MSAP District 32-16 Consortium (District 32 Lead) operates under the desegregation plan that was submitted with the initial MSAP application. There have been no changes to the voluntary desegregation plan.

Respectfully submitted,

*Arelis Parache*

Arelis Parache, District 32 Superintendent

**Table 1: Enrollment Data-LEA Level**
**Community School District 16**

Actual Enrollment as of October 1, 2025

| Grade | Native American/ Alaskan Native N | % | Asian N | % | African American/Black N | % | Hispanic N | % | Pacific Islander N | % | White N | % | Two or More Races N | % | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PK | 8 | 1.41 | 19 | 3.35 | 291 | 51.23 | 133 | 23.42 | 2 | 0.35 | 88 | 15.49 | 27 | 4.75 | 568 |
| 0K | 3 | 0.77 | 9 | 2.30 | 235 | 59.95 | 96 | 24.49 | 2 | 0.51 | 35 | 8.93 | 12 | 3.06 | 392 |
| 01 | 4 | 0.95 | 14 | 3.34 | 253 | 60.38 | 109 | 26.01 | 1 | 0.24 | 30 | 7.16 | 8 | 1.91 | 419 |
| 02 | 4 | 0.98 | 5 | 1.22 | 255 | 62.20 | 99 | 24.15 | 8 | 1.95 | 30 | 7.32 | 9 | 2.20 | 410 |
| 03 | 3 | 0.78 | 5 | 1.30 | 257 | 66.58 | 97 | 25.13 | 3 | 0.78 | 10 | 2.59 | 11 | 2.85 | 386 |
| 04 | 4 | 1.00 | 3 | 0.75 | 258 | 64.50 | 106 | 26.50 | 3 | 0.75 | 19 | 4.75 | 7 | 1.75 | 400 |
| 05 | 0 | 0.00 | 3 | 0.76 | 253 | 63.73 | 107 | 26.95 | 5 | 1.26 | 17 | 4.28 | 12 | 3.02 | 397 |
| 06 | 3 | 1.01 | 1 | 0.34 | 204 | 68.92 | 73 | 24.66 | 1 | 0.34 | 7 | 2.36 | 7 | 2.36 | 296 |
| 07 | 1 | 0.34 | 2 | 0.68 | 198 | 67.81 | 74 | 25.34 | 2 | 0.68 | 7 | 2.40 | 8 | 2.74 | 292 |
| 08 | 6 | 2.24 | 1 | 0.37 | 177 | 66.04 | 67 | 25.00 | 5 | 1.87 | 9 | 3.36 | 3 | 1.12 | 268 |
| Total | 36 | 0.94 | 62 | 1.62 | 2381 | 62.20 | 961 | 25.10 | 32 | 0.84 | 252 | 6.58 | 104 | 2.72 | 3828 |

USDOE-Contiunation_000764



**Department of
Education**

*David C. Banks, Chancellor*

**Institutional Review Board
and Ethics Review
Committee**

**52 Chambers Street
Room 310
New York, NY  10007**

August 17, 2025

Ms. Claire Aulicino
100 Wall Street
Suite 802
New York, NY 10005

Dear Ms. Claire Aulicino:

I am happy to inform you that the New York City Department of Education's Ethics or Institutional Review Board has approved or cleared your request for a continuation of your research study numbered 4839 and titled "Evaluation of NYCDOE FY22 Magnet Schools Assistance Program grants for D19/27, D32/16, and D28/29." The continuation approval is for a period of one year:

| | |
|---|---|
| **Continuation Approval Date:** | **September 10, 2025** |
| **Continuation Expiration Date:** | **September 10, 2026** |

Consent forms, letters to research subjects and research protocols approved for use in your continuation study must contain a date falling within the approval period.

**\*\*\* COVID-19 Response:**
**If this study requires in-person interactions or interventions with research subjects, note that these procedures <u>cannot</u> take place without explicit written permission for site access from the NYC DOE IRB and principal or site director.**

**Unless explicitly detailed in this protocol and reviewed and approved by the NYC DOE IRB/ERC, virtual interactions or interventions with research subjects may not take place.**

**This information is subject to change without notice. \*\*\***

**Responsibilities of Principal Investigators:** Please find below a list of responsibilities of Principal Investigators who have DOE IRB approval to conduct research in New York City public schools.

- Approval by this office does not guarantee access to any particular school, individual or data.  You are responsible for making appropriate contacts and getting the required permissions and consents before initiating the study.
- When requesting permission to continue conducting your study in schools, submit the approved Principal Information Letter to the school Principal summarizing your research design and methodology along with this IRB Approval letter.
- Researchers who join the study team after the inception of the research must be added to the protocol through an Amendment and fingerprinted.
- You are responsible for ensuring that the research is conducted in accordance with your research proposal as approved for continuation by the DOE IRB and for the actions of all co-investigators and research staff involved with the research.

Institutional Review Bc
Protocol Number: 4839-N
**Page 104**

P a g e | **2**                                                             August 17, 2025

- You are responsible for informing all participants (e.g., administrators, teachers, parents, and students) that their participation is strictly voluntary and that there are no consequences for non-participation or withdrawal at any time during the study.
- Researchers must:  Use the consent forms approved by the DOE IRB; provide all research subjects with copies of their signed forms; maintain signed forms in a secure place for a period of at least three years after study completion; and destroy the forms in accordance with the data disposal plan approved by the IRB.

**Mandatory Reporting to the IRB:**  The principal investigator must report to the IRB Director and Chair, within three (3) business days, any serious problem, adverse effect, or outcome that occurs with frequency or degree of severity greater than that anticipated.  In addition, the principal investigator must report any event or series of events that prompt the temporary or permanent suspension of a research project involving human subjects or any deviations from the approved protocol.

**Amendments/Modifications:**  All amendments/modification of protocols involving human subjects, including, but not limited to, personnel changes, must have prior IRB approval, except those involving the prevention of immediate harm to a subject, which must be reported within 24 hours to the NYC Department of Education IRB.

**Continuation of your research:**  It is your responsibility to insure that an application for continuing review approval is submitted three months before the expiration date noted above.  If you do not receive approval before the expiration date, all study activities must stop until you receive a new approval letter.

**Research findings:**  We require a copy of the report of findings from the research.  Interim reports may also be requested for multi-year studies.  Your report should not include identification of the superintendency, district, any school, student, or staff member. Please submit a final report with the closure form through our electronic platform.

If you have any questions, please contact IRB@schools.nyc.gov.

Good luck with your research.


Sincerely,
New York City Department of Education Institutional Review Board