

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

July 28, 2026

**By ECF**
The Honorable Arun Subramanian
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

   Re: *The Board of Education of the City School District of the City of New York v. United States Department of Education, et al.*, No. 25 Civ. 8547 (AS)

Dear Judge Subramanian:

  This Office represents the defendants (the "Government") in the above-referenced action. We write with the consent of Plaintiff respectfully to request a one-week extension of the Government's deadline to respond to the Second Motion to Enforce Judgment, from August 7, 2026 to August 14, 2026. *See* ECF No. 112. The Government requests this extension to account for counsel's previously scheduled vacation and to allow sufficient time to respond to the motion. Plaintiff kindly consents to the Government's request. This is the Government's first request for an extension of the deadline to respond to the Second Motion to Enforce Judgment. The parties propose that Plaintiff's deadline to file a reply memorandum be extended until September 4, 2026, in order to account for Plaintiff's counsel's scheduled vacation. No other deadlines or scheduled court appearances are impacted by this request.

  We thank the Court for its attention to this matter.

            Respectfully,

GRANTED. The Clerk of Court is
respectfully directed to terminate the   JAY CLAYTON
motion at Dkt. 117.        United States Attorney

SO ORDERED.     By: */s/ Jeffrey Oestericher*
           JEFFREY OESTERICHER
           Assistant United States Attorney
           Tel.: (212) 637-2695
           Jeffrey.Oestericher@usdoj.gov

Arun Subramanian, U.S.D.J.
Date: July 30, 2026

          cc: Counsel of Record (By ECF)