UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK,

Plaintiff,

-against-

UNITED STATES DEPARTMENT OF EDUCATION, LINDA MCMAHON, in her capacity as Secretary of the United States Department of Education, CRAIG W. TRAINOR, in his capacity as Acting Assistant Secretary for Civil Rights, LINDSEY M. BURKE, in her capacity as Deputy Chief of Staff for Policy and Programs,

Defendants.

25-CV-8547 (AS)

ORDER

THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK,

Plaintiff,

-against-

UNITED STATES DEPARTMENT OF EDUCATION, LINDA MCMAHON, in her capacity as Secretary of the United States Department of Education, MURRAY BESSETTE, in his capacity as Principal Deputy Assistant Secretary and Acting Assistant Secretary of Education, JENNIFER TODD, in her capacity as Director of the Division of Family Empowerment and Education Choice, LAVANNA WEEMS, in her capacity as Supervisory Management Program Analyst,

Defendants.

26-CV-6584 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Court will hold a hearing on the second motion to enforce filed on July 10, 2026, in 25-CV-8547 on **Monday, September 14, 2026, at 1:00 p.m.** Unless and until the Court orders otherwise, counsel for all parties shall appear in **Courtroom 15A, 500 Pearl Street, New York, NY 10007**. Given the filing of the second action, and the disclosure of the administrative record made in connection with the grant determination, the Court believes that the the record will, upon completion of briefing, be complete and the issues in dispute in both cases will be ripe for decision. If that isn't the case, the parties can explain their positions.

SO ORDERED.

Dated: August 11, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge