UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK,

Plaintiff,

-against-

UNITED STATES DEPARTMENT OF EDUCATION, LINDA MCMAHON, in her capacity as Secretary of the United States Department of Education, CRAIG W. TRAINOR, in his capacity as Acting Assistant Secretary for Civil Rights, LINDSEY M. BURKE, in her capacity as Deputy Chief of Staff for Policy and Programs,

Defendants.

25-CV-8547 (AS)
ORDER

THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK,

Plaintiff,

-against-

UNITED STATES DEPARTMENT OF EDUCATION, LINDA MCMAHON, in her capacity as Secretary of the United States Department of Education, MURRAY BESSETTE, in his capacity as Principal Deputy Assistant Secretary and Acting Assistant Secretary of Education, JENNIFER TODD, in her capacity as Director of the Division of Family Empowerment and Education Choice, LAVANNA WEEMS, in her capacity as Supervisory Management Program Analyst,

Defendants.

26-CV-6584 (AS)
ORDER

ARUN SUBRAMANIAN, United States District Judge:

Yesterday evening, plaintiff filed a letter motion with the Court seeking various forms of relief and indicating that it planned to file a motion for expedited relief.

In order to ensure that all parties are on the same page, and to see if the Court can cut through some of what's coming next, the Court will hold a remote hearing on **August 27, 2026, at 2:00 p.m.** The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: **493 647 114**, followed by the pound (#) sign.

Before this call, the Court asks the parties to meet and confer so that an application for expedited relief can be avoided, and issues raised by the pending motion and any further applications can be decided in the ordinary course.

SO ORDERED.

Dated: August 25, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge