UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x

THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF EDUCATION, et al.,

Defendants.

---------------------------------------------------------------------- X

No. 25-cv-8547 (AS)

**[PROPOSED] ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x

THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF EDUCATION, et al.,

Defendants.

---------------------------------------------------------------------- X

No. 26-cv-6584 (AS)

Upon the Declaration of Melanie C.T. Ash dated August 26, 2026; the Declaration of Todd Levitt dated August 26, 2026 and exhibits thereto; and the accompanying Memorandum of Law, it is

**ORDERED** that Defendants show cause before this Court at the United States Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 15A, New York, NY, on August __, 2026, at ___o'clock, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure:

(1) ordering Defendants to set aside sufficient funds to ensure they are available to be awarded should the Court vacate the Grant Award Notifications issued on June 9, 2026 (the "June 9 GANs") and order defendant United States Department of Education ("USDE") to make new, lawful, appropriate grant funding awards, and should USDE then determine that a higher award amount is appropriate; and

(2) suspending the statutory lapse date for such set-aside, FY2026 appropriated funds to permit any such grant funding awards to be issued after the date on which the appropriation would otherwise expire, September 30, 2026; and it is further

**ORDERED** that, good cause being shown for the issuance of a temporary restraining order under Rule 65(b) of the Federal Rules of Civil Procedure, pending the hearing of Plaintiff's application for a preliminary injunction, Defendants are temporarily restrained and enjoined from taking any action to obligate, encumber, disburse, or otherwise place beyond the Court's jurisdiction so much of the FY2026 MSAP appropriated funds that constitute the expected NYCPS full-year MSAP grant awards for FY2026; and it is further

**ORDERED** that Plaintiff is not required to post security; and it is further

**ORDERED** that service of a copy of this order and the papers on which it was granted by electronic mail on Assistant United States Attorney Jeffrey Oestericher, counsel for

Defendants, on or before ____ o'clock on August __, 2026, shall be deemed good and sufficient service thereof.

Dated: August __, 2026

________________________
Hon. Arun Subramanian
United States District Judge