UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x
THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK

Plaintiff,

v.

UNITED STATES DEPARTMENT OF EDUCATION, et al.,

Defendants.
---------------------------------------------------------------------x

No. 25-cv-8547 (AS)

**DECLARATION OF TODD LEVITT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND MOTION FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x
THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK

Plaintiff,

v.

UNITED STATES DEPARTMENT OF EDUCATION, et al.,

Defendants.
---------------------------------------------------------------------x

No. 26-cv-6584 (AS)

**TODD LEVITT**, pursuant to 28 U.S.C. § 1746(2), declares under penalty of perjury that the following is true and correct:

1. I have been employed by the New York City Public Schools ("NYCPS") for more than thirty years and now serve as the Magnet School Assistance Program ("MSAP") Team Lead for NYCPS. I have held this position since 2019, after serving as Co-Lead for the MSAP Team beginning in 2008. In these MSAP leadership positions, I have been responsible for the design, implementation, and oversight of current NYCPS Magnet School Programs operating across all

five boroughs of the City, in 23 of NYCPS' 32 community school districts. My duties involve supervising all aspects of the MSAP Program, including, but not limited to, coordinating resources and services to maximize instructional and operational support for magnet schools; overseeing programs to support professional knowledge and skill development of MSAP Program personnel; developing outreach and informational strategies for recruitment; managing program evaluation, data-collecting, and reporting; managing the fiscal aspects of the program, including supporting schools and offices in developing budgets and monitoring expenditures and drawdowns; liaising with the United States Department of Education ("USDE") and USDE's Office for Civil Rights on magnet school grant issues; and overseeing compliance in grant implementation.

2. I submit this Declaration in my capacity as NYCPS MSAP Team Lead based on my personal knowledge and observations, conversations with my staff and other officials of NYCPS, and my review of NYCPS' documents and records, and I am familiar with all matters set forth herein.

3. I respectfully submit this Declaration in support of Plaintiff's Motion for Summary Judgment and Motion for Preliminary Injunction and Temporary Restraining Order, and to place before the Court certain testimony and documents relevant to the relief requested.

**NYCPS' Magnet School Assistance Program (MSAP) Projects**

4. Magnet schools developed in the 1970s as a voluntary desegregation tool and an alternative to mandatory busing as a remedy for segregated schools. They are defined by federal law as public elementary or secondary schools that offer "a special curriculum capable of attracting substantial numbers of students of different racial backgrounds." 20 U.S.C 7231a. "Magnet" refers to the fact that students attending the school are attracted to attend from across normal attendance

boundaries. MSAP grants provide multi-year funding that is critical to support innovation, equal educational opportunity, and increased achievement.

5. NYCPS has been a recipient of MSAP grants since, at least, 2010. Between 2010 and 2022, 63 different magnet schools have been funded under MSAP.

6. NYCPS currently operates over 200 magnet schools, many of which were initially established using federal seed funding provided by USDE through MSAP, with the expectation that once federal funding expired, the schools would be able to continue offering thematic programming as self-sustaining magnet schools.

7. Each of the MSAP grants in this lawsuit was awarded for a five-year term, with the expectation of continued funding provided performance metrics and financial management were satisfactory each year. During the continuation years of each of the grants, NYCPS' magnet school projects were, without exception, continued. This means that the projects were found to be in the "best interests of the Federal Government" pursuant to 34 C.F.R. § 75.253(a), and that their assurances of compliance with federal civil rights were routinely certified pursuant to 20 U.S.C. § 7231d(c) or considered to be operating in compliance with the assurances in their approved applications.

8. In 2022 and 2023, NYCPS applied for these MSAP grants in response to FY2022 and FY2023 Notices Inviting Applications ("NIA"), respectively. The NIAs offered grants of up to $3.5 million per budget year, for a project period of up to 5 years, with a total award not to exceed $15M, to create or revise magnet schools.

9. As part of the competitive NIA grant processes in 2022 and 2023, NYCPS was awarded MSAP grant funding for the five magnet school projects that are the subject of this litigation (the "MSAP Projects"). Three groups of schools (also known as "consortia") received

grants starting in October 2022 (the "2022 MSAP Projects"); and two consortia received grants starting in October 2023 (the "2023 MSAP Projects"). The MSAP Projects were awarded 5-year grants of $2,999,999 per year, for an expected total award of $15 million per Project over each grant's 5-year project performance period. For 2022 MSAP Projects, the performance period was from October 1, 2022 through September 30, 2027. For the 2023 MSAP Projects, the performance period was from October 1, 2023 through September 30, 2028.

10. The five MSAP Projects—each tied to a specific consortium of schools—encompass 19 schools in twelve districts, across four boroughs of New York City, and serve approximately 7,700 students.

11. The 2022 MSAP Projects involve transforming 13 schools—8 elementary schools and 5 middle or intermediate schools—located in Brooklyn and Queens into new magnet schools serving students from pre-kindergarten and/or kindergarten through fifth grade (for elementary schools), and sixth through eighth grades (for middle or intermediate schools). The 2022 MSAP Projects support schools with programmatic focuses that include journalism and multimedia, innovative leadership and civic activism, multimedia arts and engineering, discovery and applied learning, leadership and exploration, multimedia and the performing arts, and leadership through engineering.

12. The 2023 MSAP Projects involve transforming six high schools located in Manhattan and the Bronx into new magnet schools serving students in grades 6-12 (i.e., three schools served grades 6-9, and three schools served grades 6-12) with programmatic focuses of, among other things, STEAM (the acronym for science, technology, engineering, arts, and math education), early college exploration, career-connected learning, aspiring educators, and innovation through visual arts.

13. MSAP grants follow a typical annual grant cycle linked to the federal fiscal year. For example, in the first year of the 2022 MSAP Project grants, USDE sent to each Project, on or about September 30, 2022, a Grant Award Notification ("GAN") which authorized funding for the budget period commencing on October 1, 2022, and concluding on September 30, 2023. The GAN set forth the amount of funding being allocated for that particular budget period, and it also identified the performance period for the grant, that is, the complete length of time USDE proposes to fund the Project to complete the approved activities—in this case, 5 years. True copies of the first year GANs for each of the MSAP Projects (without attachments) are attached hereto as **Exhibit A**.

14. Once NYCPS received each GAN, its MSAP Program Office notified each MSAP-funded school (the "School") of the amount of funding they would receive under the grant for that grant year. The amount for each School was then entered into Galaxy, a NYCPS digital platform that allows schools to use funding allocated to them for expenditures and to journal and track them. Schools were then able to begin using the funding for supplies, personnel salaries, technology, books and curricular materials, and to enter into contracts for services, among other things.

15. Because the MSAP grants operate on a reimbursable basis, during each grant period, NYCPS periodically notifies USDE of the amount of money the Magnet Projects have expended on allowable purchases, in order to obtain reimbursement for the expenditures. This process is called "drawing down" on the grant funding. Up until FY2026, drawing down for the MSAP Projects has always been a process done through the federal G-5 System, and required only that NYCPS report the value of liquidated expenditures in that system and maintain documentation of all allowable expenditures for which reimbursement is being drawn down.

16. In my experience, without fail, each MSAP project received a new grant award in prior years sufficient to support the operation of its magnet schools for the entirety of the applicable twelve-month budget period. This occurred regardless of whether any of the MSAP projects had some amount of unspent allocated funding—often a significant amount—remaining from prior budget periods (i.e., carryover funds).

17. In my almost two decades of experience supervising NYCPS MSAP projects, it has always been standard procedure and consistent with the MSAP grant program that this type of leftover allocated but unspent grant funding carries over and remains available to spend the following budget year ("Carryover Funding"). Carryover Funding results from several factors: (1) funding for the first year of the grant is not received until after the school year has begun, limiting the ability to hire staff to support the programming during that first year; and (2) the first year of the program is primarily devoted to initial development of fundamental networks, systems and structures to cultivate school change and serve as the infrastructure to support program growth and the foundation for sustainability. During this period, recruitment strategies are developed, student opportunities are created, professional development trainings and workshops are initiated, and program curriculum and instruction are aligned to each school's magnet theme. During this first year, not all of the funding is used, and, in subsequent years, the initial carryover must be used before the new funding is used, which results in some of the new funding being carried over to the next year.

18. Since the inception of the 2022 and 2023 MSAP Projects, October 1, 2022 and 2023, respectively, each received MSAP funding for an initial budget period of one year, and for annual continuation budget periods. In each case, until the FY2026 budget year, each new grant award received by the MSAP Projects was sufficient to support the operation of the Project's

magnet schools for the entirety of the applicable twelve-month budget period. This has occurred regardless of whether the Projects had Carryover Funding remaining from prior budget periods.

19. As of September 30, 2025, the consortia and their magnet schools had each completed only two or three years of programming and had not yet achieved full and sustainable implementation. This is because each Project has a 5-year plan to conceive and develop sustainable magnet schools.

20. Since their initial budget periods starting in October of 2022 and 2023, respectively, the NYCPS MSAP Projects have made use of the grant funds to successfully design, develop and launch the initial phases of innovative magnet school programs at the 19 funded magnet schools, all of which was done with the expectation that the schools would be given the full 5 years of funding that Congress intended, and that for each year of the 5-year terms, the schools would receive new grant funding sufficient to support the full year of planned programming, in order to position the schools to successfully transition to self-sustaining schools by the completion of the grant performance periods.

21. Prior to the FY2026 funding period, which was scheduled to begin October 1, 2025, the 2022 MSAP Project schools had, over the course of three funded years, launched innovative and thematic programming that included: a student-led broadcasting station at PS 86, Bushwick Magnet Multimedia and Arts Academy; specialty learning spaces including a podcasting lab and a STEAM lab at PS 116, Leadership Through Multimedia and the Arts School; hiring full-time engineering/STEM instructors at PS 145, the Magnet School of Leadership Through Engineering; an active student newspaper and morning news station at PS 202, the Magnet School of Journalism and Multimedia; a state-of-the-art fabrication lab and recording studio at VSCMS, the Magnet

School of Multimedia Arts and Engineering; and a puppet-making residency at PS 135, the Bellaire Magnet School of Exploration Through the Arts.

22. For the FY2026 funding period, which was scheduled to begin October 1, 2025, the 2023 MSAP Projects had completed only two fully funded years, and were just beginning the process of developing the partnerships, and designing the experiences, core practices, systems and structures necessary to ensure sustainability. Examples of their innovative and thematic programming included: launching early college courses with a local college at the Esperanza Early College and Leadership Magnet School; establishing Advanced Placement classes and a dual enrollment period with a local college, and developing a financial technology lab with a financial literacy curriculum at the Jacqueline Kennedy Onassis STEAM Magnet School for Business Careers; facilitating an entirely student-designed and produced full scale musical production at the City College Magnet School of the Arts; and launching a student-led social media team providing students with hands-on experience in graphic design, digital storytelling, and strategic communication, and developing a design lab at the Magnet High School for Innovation Through Visual Arts.

**The September 2025 Non-Continuation of NYCPS' MSAP grants**

23. The progress made by the NYCPS MSAP Projects was interrupted in September 2025, when USDE announced, in a series of letters and actions beginning on September 16, 2025, that it was non-continuing NYCPS' MSAP grants effective September 30, 2025. First, on September 16, 2025, then-Acting Assistant Secretary Craig W. Trainor sent a letter notifying NYCPS that USDE's Office for Civil Rights ("OCR") had found that NYCPS' district-wide Guidelines to Support Transgender and Gender Expansive Students violate Title IX, and that the MSAP grants were being non-continued on that basis. A true copy of the Trainor Letter is attached

hereto as **Exhibit B**. The Trainor Letter demanded that NYCPS take "remedial measures," and indicated that NYCPS could seek reconsideration of the non-continuation if it took certain identified, remedial steps, to ensure compliance with Title IX.

24. NYCPS' General Counsel Liz Vladeck wrote to Acting Assistant Secretary Trainor, in a letter dated September 19, 2025, objecting to USDE's failure to follow the necessary process provided by Title IX before discontinuing funding, and requesting an extension to the time to seek reconsideration.

25. Second, in response to NYCPS' letter, Acting Assistant Secretary Trainor sent an email on September 20, 2025, rejecting the requested extension, providing only two additional days to seek reconsideration, and indicating that reconsideration would only be provided if NYCPS adopted the remedial measures listed in the Trainor Letter. True copies of the Vladeck Letter and the Trainor Email in response are attached hereto as **Exhibits C** and **D**, respectively.

26. Third, on September 26, 2025, NYCPS received a letter from USDE's Deputy Chief of Staff for Policy and Programs, Lindsey M. Burke, denying reconsideration of the non-continuation of the MSAP grants (the "Burke Letter"). A true copy of the Burke Letter is attached hereto as **Exhibit E**.

27. Fourth, on September 29, 2025, USDE issued GANs effectuating the non-continuation of the MSAP grants, by amending the performance period in each GAN to end on September 30, 2025. True copies of the amended GANs are attached hereto as **Exhibit F**.

28. It is my understanding that, when taken together, the overall impact of USDE's actions was the immediate cessation of MSAP funding, including both Carryover Funding from FY2025, and all anticipated and budgeted FY2026 MSAP funds. At the time of the non-

continuation, NYCPS had an available balance of Carryover Funding of approximately $11 million allocated in FY2025.

29. I am aware that in October 2025, NYCPS filed a lawsuit challenging the non-continuation of the NYCPS grants. As part of that lawsuit, NYCPS sought immediate access to the Carryover Funding to sustain the operations and programming of the affected magnet schools while the litigation was being pursued. It is my understanding that USDE agreed to allow NYCPS to continue to use the Carryover Funding from the prior budget year during the pendency of the litigation. The Carryover Funding became available to NYCPS in December 2025, through June 30, 2026.

**<u>Events Since the Court's April 8, 2026 Opinion and Order</u>**

30. I am aware that in an Order issued in the lawsuit on April 8, 2026, the Court vacated the non-continuations of NYCPS' MSAP grants, ordered defendants "to make a continuation determination with respect to each of NYCPS' MSAP grants within 10 days of this Order." Order, at p. 10.

31. On April 17, 2026, I received a "Notice of Continuation Determination" as to each of the five MSAP grants (the "Notices") from Murray Bessette, the Principal Deputy Assistant Secretary/Acting Assistant Secretary of USDE. Copies of the Notices are annexed hereto collectively as **Exhibit G**.

32. The Notices stated that "[i]n compliance with the April 8, 2026, judgment" in this case, USDE "is issuing a new continuation determination for your grant award" and that "your grant award is being continued from October 1, 2025 through September 30, 2026."[1] *Id.* at 1.

---

[1] Each Notice stated that "this continuation determination is being issued in protest and solely to comply with the above court order" and that USDE "continues to have concerns regarding your grant." The Notices said nothing further about any such unexplained concerns. *Id.*

33. However, USDE did not award an amount of funding in connection with any of the continuation determinations, which, in my experience, would always be included with a grant continuation. The Notices stated that USDE required "updated grant performance and financial information before making available further funding" and advised that "[a]fter receiving and reviewing the updated materials, the Department will evaluate the amount of continuation funding consistent with the procedures of 34 C.F.R. § 75.253(e)." *Id.*

34. On April 20, 2026, I received GANs from Gillian Cohen-Boyer of USDE's School Community and Improvement Programs for each of the five MSAP Grants, true copies of which are attached hereto as **Exhibit H**. Each of these GANs extended the grants' budget period to September 30, 2026 from the previous end date of June 30, 2026. Each GAN also indicated that the funding awarded for this budget period is "0.00". Exhibit H at 1, Block 6. Prior to this, in my almost two decades of experience supervising MSAP Programs at NYCPS, I had never before seen a GAN purporting to issue a continuation determination that did not also include an award of funding.

35. Shortly after NYCPS received the GANs, in emails dated April 22, 2026, sent to NYCPS by Ms. Cohen-Boyer, USDE requested additional performance and budget information for the five MSAP Projects, for the period covering October 1, 2024 through March 31, 2026. This period included both the last funded year of the grant (October 1, 2024 – September 30, 2025), as well as the unfunded six-month period following the non-continuation determinations (October 1, 2025 – March 31, 2026). True copies of the Cohen-Boyer emails are annexed hereto as **Exhibit I**.

36. NYCPS had already submitted some of this information for the six-month period from October 1, 2024 through March 31, 2025. These were the Spring Annual Performance Reports ("APRs"), which we submitted to USDE in May 2025, consistent with the procedure for

MSAP Project continuation grants: the information for the first half of the grant year, October through March, is compiled and submitted to USDE in May. It has always been my experience that USDE uses that midyear reporting in making continuation grant determinations for the next year. In the ordinary course, we subsequently submit the full-year APRs, which include the second half of the grant year, in October after the close of the grant year on September 30. At that point, USDE has already made the continuation determinations for the upcoming year.

37. In my experience, USDE's request for updated information to make grant continuation determinations was unprecedented. In response to the request, we noted our objection but on May 1, 2026, we submitted the reports for the second half of FY 2025. Those reports, as described above, would in the ordinary course have been submitted last October. Because USDE determined last September to non-continue these MSAP grants, we did not submit the updated APRs at that time; instead, in connection with this litigation, we submitted a budget in December 2025 to cover the use of the Carryover Funds through the end of the 2025-2026 school year.

38. However, USDE also requested updated APRs for the first half of the current year, FY2026, for which NYCPS has had no MSAP grant. Instead, we have used the Carryover Funds from the prior year. I understand that counsel for NYCPS submitted a letter to USDE on May 1, 2026, which provided NYCPS' objection to submitting the current-year information in connection with the grant award for the current year. As described above, in the ordinary course, the first-half APRs are submitted in May to be considered in connection with continuation determinations for the next year. In this instance, we also submitted APRs for the first half of the current (non-continued 2025-2026) grants by May 15, 2026, to be considered in connection with the 2026-2027 grant continuations.

39. As a result of USDE's failure to make grant award determinations within the time period ordered by the Court, despite having received detailed performance information, NYCPS sought the assistance of the Court to require USDE to comply with its April 8 Order by promptly issuing continuation awards with an associated dollar amount for each grant. I am aware that on June 4, 2026, the Court granted NYCPS' request and issued a Second Order (the June 4 Order) directing defendants "to determine the appropriate continued award amount for the grants at issue" by June 9, 2026.

40. **The June 5 Requests for Information**. In the late afternoon of June 5, 2026, each of the MSAP Program Directors received an email from Joseph Wheeler, an attorney with USDE's Office for Civil Rights, requesting that the Program Directors respond to additional requests for information about the MSAP Projects' Performance, and imposing a deadline for these responses of noon, Monday, June 8, 2026, just one day before the Court-ordered deadline for USDE to make a continuation award. The requested information concerned a performance metric in the Annual Performance Reports for the 2025-2026 year that each MSAP Program had recently submitted: Minority Group Isolation ("MGI").

41. I am aware that counsel for NYCPS advised Mr. Wheeler that these requests were improper in light of the June 4 Order and requested that they be retracted.

42. For a period of time, no further communication followed regarding these requests for information. They were not retracted by USDE and NYCPS did not submit any information in response to them. However, USDE again requested this information on June 23, 2026, and requested responses by July 8, 2026. NYCPS timely provided the information on July 8, 2026.

43. **The June 9 GANs.** On June 9, 2026, NYCPS received GANs for each of the MSAP grants. The contents of these GANs differ significantly from any MSAP GAN I have seen in my

almost two decades of experience supervising MSAP Projects at NYCPS. These GANs severely diminished the funding award for FY2026 by replacing new funding that should have been awarded in FY2026 with Carryover Funds from prior years. Copies of the June 9 GANs, without attachments, are attached as **Exhibit J**.

44. The GAN for each MSAP Project dramatically reduced the grant continuation award for the 2025-2026 year by improperly considering the period of October 1, 2025 through June 30, 2026 to be funded by the Carryover Funding that NYCPS used during that nine-month period, pursuant to the Consent Agreement entered into on November 20, 2025, thereby using Carryover Funding to replace a grant continuation award for the first nine months of federal fiscal year 2026. The GAN stated, "The grantee submitted and received approval of its budget through June 30, 2026." (Block 10, Section 6). Furthermore, that same section of the GAN explains the method USDE used to determine the continuation award for the last three months (July, August and September) of that year: "the award amount was determined by dividing the annual requested and recommended average award amount for this grant ($3,000,000) by the 12-month fiscal year period, resulting in an average monthly amount of $250,000, or $750,000 for the three-month continuation period." In addition, for those grants that had remaining Carryover Funding that was not yet encumbered or committed, that remaining carryover amount was then subtracted from the $750,000, yielding a sharply reduced amount of funding to each project for this federal fiscal year. The use of Carryover Funding to replace new funding was a devastating blow to the MSAP Projects, since it meant a deprivation of new funding for three-quarters of FY26 and the drastic reduction of carryover remaining from prior years, which could have been, but would no longer be, used to support activities to further implement the programs and promote sustainability following the end of grant period.

45. In addition to effectively truncating the FY 2026 grant award from a full year to just three months and subtracting the remaining Carryover Funds, the GANs also imposed an onerous pre-reimbursement approval process on the new funding awarded for the three-month continuation period, requiring that the grantees not only pay for all expenditures using their own funds, but also submit for advance approval the documentation that substantiates that their expenditures are allowable under the grant before being allowed to draw down for reimbursement. This reimbursement pay condition removes NYCPS' ability to immediately drawdown reimbursements, and instead requires that they receive advance approval by USDE of all expenditure reimbursements:

> This grant will operate under a reimbursement pay status, as permitted by the Department's discretionary authority under 20 U.S.C. 1226a-1. Grantees will still have access to their grant funds; however, such funds may only be drawn down after submitting documentation that substantiates allowable expenditures under the grant.

(Block 10, par. 6).

46. In my understanding, this is a rarely imposed requirement in MSAP Grants, so rare and unusual that it required further special instructions from USDE to explain how this process would work. Those instructions were sent by USDE to the MSAP Directors on June 15, 2026, establishing procedures for the MSAP Projects to justify expenditures and request release of federal funds for reimbursement before making a drawdown for expenditures in the G-5 system. A copy of the instructions is attached as **Exhibit K**.

47. Based on the procedures outlined in the instructions, the process to request permission to drawdown grant funding will require NYCPS to provide, on a line-item basis, (1) a narrative description of each expenditure for which reimbursement is requested, (2) demonstration of the allowability of the expenditure with documentation of the alignment to the approved project and/or budget narrative, and (3) documentation for the funds that have been expended, including,

but not limited to, extracts from the grant management system or other payment files, with relevant payment codes.

48. In all my years as a MSAP Program Lead, I have never seen this type of reimbursement request process applied to these MSAP grants. Applied here, the reimbursement process will be incredibly burdensome and time-consuming for MSAP staff. And, although USDE claims that requests for reimbursement will "be diligently and expeditiously reviewed" the sheer volume of line items in any given drawdown, multiplied by the five affected MSAP grants, will almost certainly result in lengthy review processes and delays in accessing reimbursements.

49. In addition, because the expenses will be incurred long before USDE undertakes a line-item review of each drawdown request, in addition to the significant administrative burden identified above, NYCPS will face a greater risk to NYCPS that thousands of individual expenditures, reviewed with a fine tooth comb, could be adjudged after-the-fact as not "aligned" to the approved project, and thereby not approved, and will then remain NYCPS' financial responsibility.

50. Finally, in these GANs, USDE stated that FY2026 would be the final year of these grants. The GANs' Terms and Conditions section (Block 10) provided that:

> This award supports the final budget period for this project. The recipient is required to submit all necessary reports to the Department of Education within 120 days after the end of federal support in accordance with 2 CFR 200.328 and 200.329 (Block 6)

**Exhibit J**, Block 10, Item 1.

51. While I understand that USDE has since clarified that this language was included in the GANs in error, the language indicated that these were the final awards for these grants, cutting the grant period by one year for the 2022 MSAP Projects and two years for the 2023 MSAP Projects, and putting all five grants into a wind-down period after September 30, 2026. The

Performance Period of these five-year grants began either on October 1, 2022 or October 1, 2023, and prior to this year, had extended for five consecutive budget periods after their inception, ending on either September 30, 2027 (for the 2022 MSAP Projects that began in FY2023), or September 30, 2028 (for the 2023 MSAP Projects that began in FY2024). However, in the June 9 GANs, the Performance Period for all five grants was listed as ending at the conclusion of this federal fiscal year—on September 30, 2026. USDE subsequently explained that the GANs mistakenly stated that the grants were in their final year because the language of Block 6 reflected that the grants' Performance Periods were ending on September 30, 2026, although no decision had yet been made about FY2027 funding.

**USDE's Actions Continue to Harm the Magnet Schools Program**

52. USDE's continuing failure to timely issue grant awards for the 2026 federal fiscal year and then its award of nominal grant awards for no justifiable reason, has caused significant harm to the MSAP Projects and the students and families they serve. First, the 19 magnet schools were harmed by the non-continuation of the grants in September of 2025, and the absence of any new funding from October through April, while the litigation was pending.

53. Second, once USDE made the determination in April to continue the grants, following this Court's order, its failure to promptly issue GANs that included funding awards negatively impacted the instructional programs of the MSAP schools for the remainder of the school year and made it impossible to provide many of the planned end-of-year activities, all summer programming, and most summer planning for the next school year. In particular, the 19 magnet schools lacked sufficient funds to provide learning activities and events typically offered at the end of the school year, and were given no clarity about whether or when additional resources would be available. Under normal circumstances, magnet schools schedule activities to occur over

the summer, including planning and curriculum development for the upcoming school year, professional development sessions for staff (including workshops for newly hired teachers to share the schools' magnet vision and expectations), and summer enrichment activities for students. Because each of these activities requires the hiring of staff, including teachers, site coordinators and resource specialists on a per-session basis, the lack of a timely and sufficient grant award completely upended the normal hiring schedule because magnet schools were unable to post the positions sufficiently in advance to comply with the requirements of the union contract. These are just some examples of the significant losses that students, staff, and parents at these schools have faced, and continue to face. The lack of funding has harmed the magnet programs and deprived students of many educational opportunities these students would have received.

54. Not only were the magnet programs forced to forego summer programming this year, they were also unable to plan for the upcoming school year—for programming, recruitment, or hiring staff—given the continued uncertainty and truncation of funding. Despite USDE's assertion that the language suggesting this represents the final budget year for these grants was included in error, the truncation of the grant performance period to end on September 30, 2026 in the June 9 GANs (rather than restoring the original performance period provided in the initial GANs) raises considerable doubt as to whether or not these programs will receive federal funding in the upcoming school year, or whether the grants will end prematurely and precipitously, without the usual grant funding cycle and period to use remaining carryover to prepare for the end of the grant term. The continuing funding uncertainty makes it very difficult for the schools to perform essential functions to prepare for the 2026-2027 school year. This includes securing curricular partners—several partners have refused to enter into agreements for the coming year, resulting in

a loss of thematic programming and creative coursework—and planning recruitment activities to take place in the fall.

55. Third, the drastic reduction of new funding for FY2026, provided in the June 9th GANs, has resulted in the depletion of carryover funds, leaving the Schools without access to funding at the end of the grant term. Carryover funding would typically be relied upon to provide magnet programming for the year following a grant's last funded year, helping to gradually prepare the schools to be self-sustaining once the 5-year grant period has ended.

Dated: New York, New York
August 26, 2026

TODD LEVITT