UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK,

Plaintiff,

-against-

UNITED STATES DEPARTMENT OF EDUCATION, LINDA MCMAHON, in her capacity as Secretary of the United States Department of Education, CRAIG W. TRAINOR, in his capacity as Acting Assistant Secretary for Civil Rights, LINDSEY M. BURKE, in her capacity as Deputy Chief of Staff for Policy and Programs,

Defendants.

25-CV-8547 (AS)
ORDER

THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK,

Plaintiff,

-against-

UNITED STATES DEPARTMENT OF EDUCATION, LINDA MCMAHON, in her capacity as Secretary of the United States Department of Education, MURRAY BESSETTE, in his capacity as Principal Deputy Assistant Secretary and Acting Assistant Secretary of Education, JENNIFER TODD, in her capacity as Director of the Division of Family Empowerment and Education Choice, LAVANNA WEEMS, in her capacity as Supervisory Management Program Analyst,

Defendants.

26-CV-6584 (AS)
ORDER

ARUN SUBRAMANIAN, United States District Judge:

For the reasons explained on the record at the August 27, 2026, hearing, the Court directs the plaintiff to submit a proposed temporary retraining order to the Court by **August 28, 2026, at 4 PM**. The proposed order should indicate the amount of funds that the plaintiff seeks the defendants to set aside. The plaintiff should furnish the proposed order to defendants' counsel prior to submission. In addition, the parties should submit to the Court a joint letter detailing any disagreements they have regarding the terms of the proposed order, including any disagreements they have regarding the amount of funds the proposed order indicates should be set aside.

Finally, the parties are directed to meet and confer prior to the hearing in September to discuss what constitutes an appropriate scope of relief for any injunction the Court may grant.

SO ORDERED.

Dated: August 28, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge