**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------ x

THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK,
Plaintiff,
v.
UNITED STATES DEPARTMENT OF EDUCATION, et al.,
Defendants.

No. 25-cv-8547 (AS)

------------------------------------------------------------------------ x

THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK,
Plaintiff,
v.
UNITED STATES DEPARTMENT OF EDUCATION, et al.,
Defendants.

No. 26-cv-6584 (AS)

---------------------------------------------------------------------- x

**TEMPORARY RESTRAINING ORDER**

**Arun Subramanian**, *District Judge.*

Plaintiff having applied for a temporary restraining order ("TRO") and preliminary injunction, the Court having reviewed Plaintiff's papers and convened a conference with the parties, and having found that (1) Plaintiff is likely to succeed on the merits, (2) Plaintiff is threatened with clear, imminent, and irreparable injury absent a TRO, (3) the balance of equities tips in Plaintiff's favor, and (4) a TRO is in the public interest, it is hereby

**ORDERED,** that Defendants, their officers, agents, servants, employees, and attorneys, and all other persons who are in active concert or participation with them and who receive actual notice of this order by personal service or otherwise, be and they hereby are

**ENJOINED AND RESTRAINED** from obligating, disbursing, processing, returning to the U.S. Treasury, or otherwise making unavailable to Plaintiff by any means at least

$11,754,296 of the funds appropriated for the fiscal year that began on October 1, 2025 for grants under the Magnet School Assistance Program (the "Reserved Funds"); and they hereby are

**ORDERED** to ensure that such Reserved Funds remain available to be obligated and disbursed to Plaintiff for the following grants: S165A220032, S165A220034, S165A220037, S165A230011, and S165A230012; and it is further

**ORDERED**, that unless otherwise ordered, this TRO shall expire at 11:59 p.m. on September 21, 2026.

Dated: August 28, 2026

Arun Subramanian
United States District Judge