UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK,

Plaintiff,

-against-

UNITED STATES DEPARTMENT OF EDUCATION, LINDA MCMAHON, in her capacity as Secretary of the United States Department of Education, CRAIG W. TRAINOR, in his capacity as Acting Assistant Secretary for Civil Rights, LINDSEY M. BURKE, in her capacity as Deputy Chief of Staff for Policy and Programs,

Defendants.

25-CV-8547 (AS)
ORDER

THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK,

Plaintiff,

-against-

UNITED STATES DEPARTMENT OF EDUCATION, LINDA MCMAHON, in her capacity as Secretary of the United States Department of Education, MURRAY BESSETTE, in his capacity as Principal Deputy Assistant Secretary and Acting Assistant Secretary of Education, JENNIFER TODD, in her capacity as Director of the Division of Family Empowerment and Education Choice, LAVANNA WEEMS, in her capacity as Supervisory Management Program Analyst,

Defendants.

26-CV-6584 (AS)
ORDER

ARUN SUBRAMANIAN, United States District Judge:

Due to a conflict, the hearing set for **September 25, 2026, at 4:00 PM** is hereby moved to **September 24, 2026, at 12:00 PM**.

SO ORDERED.

Dated: September 15, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge