UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK,

Plaintiff,

-against-

UNITED STATES DEPARTMENT OF EDUCATION, LINDA MCMAHON, in her capacity as Secretary of the United States Department of Education, CRAIG W. TRAINOR, in his capacity as Acting Assistant Secretary for Civil Rights, LINDSEY M. BURKE, in her capacity as Deputy Chief of Staff for Policy and Programs,

Defendants.

25-CV-8547 (AS)
ORDER

THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK,

Plaintiff,

-against-

UNITED STATES DEPARTMENT OF EDUCATION, LINDA MCMAHON, in her capacity as Secretary of the United States Department of Education, MURRAY BESSETTE, in his capacity as Principal Deputy Assistant Secretary and Acting Assistant Secretary of Education, JENNIFER TODD, in her capacity as Director of the Division of Family Empowerment and Education Choice, LAVANNA WEEMS, in her capacity as Supervisory Management Program Analyst,

Defendants.

26-CV-6584 (AS)
ORDER

ARUN SUBRAMANIAN, United States District Judge:

1. On August 28, 2026, the Court ordered the parties "to meet and confer prior to the hearing in September to discuss what constitutes an appropriate scope of relief for any injunction the Court may grant." Dkt. 30. At the hearing on Thursday, defendants should also be prepared to inform the Court whether, if plaintiff's motions are granted, defendants will agree to fund the grants at the levels it previously had, and if not, what defendants would propose as an appropriate path forward to avoid further recurring litigation of these issues.

2. Absent a conflict (let us know if there is one), the time for the hearing will be 11:00 am, instead of 12:00 pm.

SO ORDERED.

Dated: September 23, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge