UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK,

Plaintiff,

-against-

UNITED STATES DEPARTMENT OF EDUCATION, LINDA MCMAHON, in her capacity as Secretary of the United States Department of Education, CRAIG W. TRAINOR, in his capacity as Acting Assistant Secretary for Civil Rights, LINDSEY M. BURKE, in her capacity as Deputy Chief of Staff for Policy and Programs,

Defendants.

25-CV-8547 (AS)
ORDER

THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK,

Plaintiff,

-against-

UNITED STATES DEPARTMENT OF EDUCATION, LINDA MCMAHON, in her capacity as Secretary of the United States Department of Education, MURRAY BESSETTE, in his capacity as Principal Deputy Assistant Secretary and Acting Assistant Secretary of Education, JENNIFER TODD, in her capacity as Director of the Division of Family Empowerment and Education Choice, LAVANNA WEEMS, in her capacity as Supervisory Management Program Analyst,

Defendants.

26-CV-6584 (AS)
ORDER

ARUN SUBRAMANIAN, United States District Judge:

On October 5, 2026, the Court, in case number 26 Civ. 6584, granted summary judgment in favor of plaintiff. Dkt. 48. In so holding, the Court ordered defendants to reassess the FY 2026 grant awards. Dkt. 43. On or before **November 4, 2026,** the parties should file a joint letter apprising the Court of the status of the above-captioned cases, including whether case number 26 Civ. 6584 should be closed.

SO ORDERED.

Dated: October 30, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge